FILED

2003 OCT 17 A 9:46

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff | :    CIVIL ACTION<br>:    NO. 3:02 CV1302 (DJS) |
| v. | : |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs | :<br>:<br>: |
| v. | : |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | :<br>:<br>:<br>:<br>:<br>:    OCTOBER 16, 2003 |

### AFFIDAVIT OF MOVANT'S GOOD FAITH EFFORTS TO RESOLVE THE DISCOVERY DISPUTE RELATIVE TO FESTO'S PRODUCTION OF ALL INSURANCE POLICIES, ANSWER TO INTERROGATORY #3

I, Thomas J. Grady, upon oath being duly sworn as follows:

1. That I am an attorney admitted to practice in the Federal Courts;

2. That I have exercised restraint, patience, forbearance, and perseverance in attempting to resolve the discovery dispute with the Festo Corporation relative to

1

the answering of the information requested in Interrogatory #3 and a compliance with the production of all insurance policies relating thereto;

3. That my patience has been exhausted;

4. That the particularities of the discovery attempts at resolution are more particularized in the motion itself;

5. That counsel believes that he has exercised more than a good faith effort to obtain Festo's compliance with Arpin's discovery requests without the court's intervention.

The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this 16th day of October, 2003.

Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly on the 16th day of October, 2003 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed, to be his free act and deed.

Notary Public: SUSAN TUCKER
My Commission Expires: 2/5/05

2