UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, : | |
|     Plaintiff, : | |
| v. : | |
| : | |
| PAUL ARPIN VAN LINES, INC. : | |
| AND ARPIN LOGISTICS, INC., : | |
|     Defendants and Third-Party Plaintiffs, : | |
| : | |
| v. : | C.A. No. 3:02 CV1302 (DJS) |
| : | |
| THE FESTO CORPORATION, MICHAEL : | |
| D. KOVAC, D/B/A TRANS-EXPO : | |
| INTERNATIONAL, ERICA RAMIREZ, : | |
| IN HER CAPACITY AS EMPLOYEE OF : | |
| TRANS-EXPO INTERNATIONAL, : | |
|     Third-Party Defendants. : | October 20, 2003 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO ARPIN LOGISTICS, INC.S
FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant Festo Corporation ("Festo") in the above-entitled matter and hereby moves this Honorable Court for an extension of time to respond to Arpin Logistics, Inc.'s ("Arpin") Fourth Request for Production of Documents. Pursuant to Rule 7(b)(1) of this Court's Local Rules, Festo respectfully requests an extension of 30 days, or up to and including November 24, 2003, to respond to the Fourth Request for Production of Documents.

This is Festo's first request for an extension of time to respond to these requests for production.

**ORAL ARGUMENT NOT REQUESTED**