UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third-Party Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
| Defendants/Third-Party Defendants | : | OCTOBER 20, 2003 |

### DEFENDANT AND THIRD-PARTY PLAINTIFF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT AS TO COUNT SEVEN OF PLAINTIFF'S FOURTH AND FIFTH AMENDED COMPLAINT

Pursuant to Fed.R.Civ. P. 12 (e) Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") pray for a Motion For More Definite Statement as to Count Seven of Plaintiff's Fourth and Fifth Amended Complaint.

In particular Arpin moves that the Plaintiff either set out the elements of a "joint venture" or explicitly state which State law establishes the alleged joint venture between Trans-Expo and

Arpin. Count Seven, as currently formulated, is so vague and ambiguous that a responsive pleading cannot be framed.

Defendants and Third Party Plaintiffs,
By their attorney

_____
Thomas J, Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 20th day of October 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____
Thomas J. Grady, Esq.

2