UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT : CIVIL ACTION
   Plaintiff : NO. 3:02 CV1302 (DJS)

v. :

PAUL ARPIN VAN LINES, INC. AND :
ARPIN LOGISTICS, INC. :
   Defendants/Third-Party Plaintiffs :

v. :

FESTO CORPORATION, MICHAEL :
D. KOVAC, D/B/A TRANS-EXPO :
INTERNATIONAL, AND ERICA RAMIREZ :
IN HER CAPACITY AS EMPLOYEE :
OF TRANS-EXPO INTERNATIONAL :
   Defendants/Third-Party Defendants : OCTOBER 20, 2003

### OBJECTION TO PLAINTIFF SHAWN POULIOT'S MOTIONS TO AMEND THE COMPLAINT DATED RESPECTIVELY SEPTEMBER 2, 2003 AND OCTOBER 7, 2003 FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE 12(B)(6)

Pursuant to Local Rule 7(a) and Federal Rule of Civil Procedure 12(b)(6), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter" Arpin) hereby submit this Objection to Plaintiff Shawn Pouliot's Motions to Amend the Complaint dated September 2, 2003 and October 7, 2003, respectively. Arpin objects to Counts 5 and 6 of both the Fourth and Fifth Amended Complaints of the Plaintiff for failure to state a claim for recklessness. In support of its Objection is attached a Memorandum of Law.

The Third-Party Plaintiff/Defendant/Cross-Claimant Arpin hereby prays that Plaintiff's Motions to Amend the Complaint dated September 2, 2003 and October 7, 2003 be denied because Counts 5 and 6 of Shawn Pouliot's Fourth and Fifth Amended Complaints fail to state a claim for recklessness.

Defendants/Third-Party Plaintiffs,
By their attorney

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
**LENIHAN, GRADY & STEELE**
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 20th day of October 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.

2