UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third-Party Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
| Defendants/Third-Party Defendants | : | OCTOBER 16, 2003 |

## MOTION TO POSTPONE SETTLEMENT CONFERENCE OF DECEMBER 2, 2003

Now come, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., Defendants, Third-Party Plaintiffs, and Cross-Claim Plaintiffs in the above-entitled matter and request of this Honorable Court that the Settlement Conference scheduled for December 2, 2003 be postponed. As of this time, discovery is not complete and it is not anticipated that it would be completed before the conference, although Plaintiff noticed Trans-Expo employees depositions are scheduled in San Diego on October 23rd and 24th. Recently ordered production has not yet been

1