

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs<br>    Cross-Claim Plaintiffs | : <br> : <br> : <br> : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br>OCTOBER 22, 2003 |

## *MOTION TO COMPEL ANSWERS TO THIRD REQUEST FOR PRODUCTION*

On or about September 10, 2003, Arpin propounded a Third Request for Production to Festo Corporation (Exhibit 1).

On October 17, 2003, three days after the Third Request for Production was due Arpin received the enclosed letter stating that Festo's counsel had no record of receiving a "third" set of document and requested a 30-day extension of time to produce documents for a "fourth" set of document requests which is due on October 28, 2003. Enclosed please find Arpin's reply.

1

On September 10, 2003, Arpin counsel certified that a copy of the Third Request for Production was mailed to all counsel by U.S. First Class Mail. No other counsel failed to received documents.

On or about October 20, 2003, Festo filed Objection to the Third Request for Production.

Arpin hereby seeks an Order of the Court compelling Festo to provide all documents requested in the Third Request for Production. Request is made that the information be provided within 10 days of the Court's Order.

Defendants/Third-Party Plaintiffs/
Cross-Claim Plaintiffs,
By their attorney:

*Thomas G. Grady/ree*
Thomas J. Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street
P.O. Box 541
Westerly, R.I. 02891
(401) 596-0183
(401) 596-6845 (Fax)

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 22nd day of October 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan, P.C.*, 2300 Financial Plaza, Providence, RI 02903-2443.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Thomas J. Grady, Esq.

3