

FILED
2003 OCT 23 P 12: 06
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs<br>    Cross-Claim Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | : | OCTOBER 22, 2003 |

**OBJECTION TO MOTION FOR EXTENSION OF TIME TO RESPOND TO ARPIN LOGISTICS, INC.'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Defendants, Cross-Claim Plaintiffs and Third-Party Plaintiffs in the above-entitled matter (Arpin) and files this their Objection to Festo's Motion for Extension of Time to Respond to Arpin Logistics, Inc.'s Fourth Request for Production of Documents and is therefore relies upon its Memorandum of Law which is attached hereto, made apart hereof, and incorporated herein by reference.

          Defendants/Third-Party Plaintiffs and
          Cross-Claim Plaintiffs,
          By their attorney

          _____
          Thomas J, Grady, Esquire
          Federal Bar No. CT 17139
          ***LENIHAN, GRADY & STEELE***
          6 Canal Street
          P.O. Box 541
          Westerly, RI 02891
          (401) 596-0183
          (401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 22nd day of October, 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

          _____
          Thomas J. Grady, Esq.