FILED

2003 OCT 23 P 12: 05

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs<br>    Cross-Claim Plaintiffs | : <br> : <br> : <br> : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br>OCTOBER 22, 2003 |

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO MOTION FOR EXTENSION OF TIME TO RESPOND TO ARPIN LOGISTICS, INC.'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

Arpin, although having filed a Motion to Amend the Scheduling Order which is pending and not acted upon yet, and although having filed a Motion to Postpone Settlement Conference, which is pending and has not been acted upon yet, is mindful that there is a November 28th bar date for the conduct of all discovery under the presently existing Scheduling Order.

1

In order to protect its rights, Arpin has, or is about to notice a number of depositions of Festo employees during the third week of November 2003 and would prefer to have the enclosed documents so inquiry can be conducted of the witnesses about them at that period of time, if those depositions proceed.

Therefore, as a precaution, Arpin objects to the Motion for Extension of Time in order to be able to comply with the court's present Scheduling Order.

Defendants/Third Party Plaintiffs
and Cross-Claim Plaintiff,
By their attorney

_____
Thomas J, Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

2

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 22nd day of October 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.

3