FILED

2003 OCT 29 A 9: 57

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs<br>    Cross-Claim Plaintiffs | :<br>:<br>:<br>: | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>OCTOBER 28, 2003 |

### REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7(d), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter" Arpin) hereby submit this Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss dated October 16, 2003. Arpin asserts that its Motion to Dismiss for Lack of Subject Matter Jurisdiction dated May 12, 2003 is procedurally and substantively proper and should be granted by this Court. Arpin also responds to Plaintiff's new allegation that Arpin has violated 49 C.F.R. § 396.3 (a). Arpin claims that this regulation does not provide a cause of action for

1

provision of a defective liftgate, which Plaintiff claims is the subject of this case, nor is the regulation asserted as an independent cause of action. In support of its Reply are attached a Memorandum of Law with supporting exhibits.

    Arpin hereby prays that its Motion to Dismiss For Lack of Subject Matter Jurisdiction be granted.

Defendants, Cross-Claim Plaintiffs
and Third-Party Plaintiffs,
By their attorney

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
**LENIHAN, GRADY & STEELE**
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### CERTIFICATION OF NOTICE

    I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 28th day of October, 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan, P.C.*, 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.
