FILED

2003 OCT 29 A 11: 26

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1302 (DJS) |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | OCTOBER 28, 2003 |
| and ARPIN LOGISTICS, INC. | : | |
| Defendants. | : | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ARPIN'S MOTION
FOR A MORE DEFINITE STATEMENT**

The plaintiff files this memorandum in opposition to Arpin's motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e) and Local Rule 7. The motion is clearly disfavored and seeks information readily obtainable in discovery. Since the defendants can frame an answer to the plaintiffs' complaint the motion must be denied. See Casey v. Allegheney Teledyne, No. 2:99cv992(JBA), Endorsement Order (D.Conn. Aug. 19, 1999) (denying motion for more definite statement where defendant could simply deny allegations and uncover information in discovery); Monaco v. Town of Branford, No. 3:97cv2113(AHN), 1997 U.S. Dist. LEXIS 21492, *2-3 (D.Conn., Dec. 18, 1997) (same).

WHEREFORE, the Motion should be denied.

**ORIGINAL**

by: THE PLAINTIFF,

*[signature]*

Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT  06510
(203) 624-9500
(203) 624-9100 Fax
jfaxon@strattonfaxon.com
Fed. Bar No. CT 16255

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via U.S regular first class mail, on this 28th day of October, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103
Fax No. (860) 548-0006

James R. Oswald, Esq.
Adler, Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

_____
Joel T. Faxon