

FILED

2003 OCT 29 A 11: 26

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1302 (DJS) |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | OCTOBER 28, 2003 |
| and ARPIN LOGISTICS, INC. | : | |
| Defendants. | : | |

### PLAINTIFF'S REPLY TO ARPIN'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

The plaintiff files this memorandum in support of his motion to amend the complaint. The only objection asserted by Arpin is that the plaintiff's claim of recklessness is futile. In ruling on a motion pursuant to Fed. R. Civ. P. 15(a), the court must allow the motion (with an objection based on futility) unless there is no possible set of facts under which the plaintiff could prevail. *See Conley v. Gibson*, 355 U.S. 41, 45-46 (1957); *Still v. DeBuono*, 101 F.3d 888 (2d Cir. 1996). In this case, recklessness is a cognizable cause of action in Connecticut and the plaintiff has alleged that Arpin had knowledge of the danger encountered by the plaintiff that Arpin failed to disclose. Thus, the plaintiff should be permitted to offer evidence in support of his claims. *United States v. Yale New Haven Hosp.*, 727 F.Supp. 784, 786 (D.Conn. 1990).

WHEREFORE, the Objection should be overruled.

**ORIGINAL**

THE PLAINTIFF,

By: /s/ Joel T. Faxon
Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
(203) 624-9500
(203) 624-9100 Fax
jfaxon@strattonfaxon.com
Fed. Bar No. CT 16255

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via U.S regular first class mail, on this 28th day of October, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

_____
Joel T. Faxon