UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                              :
    Plaintiff

v.                                         : CIVIL NO.: 3:02cv1302(DJS)

PAUL ARPIN VAN LINES, INC., ET AL          :
    Defendants

## ORDER

    The Plaintiff's Motion to Amend the Complaint (**Doc. #164**) is hereby **GRANTED.** The Clerk shall docket the attached Fourth Amended Complaint dated September 2, 2003.

    The Joint Motion to Amend the Scheduling Order (**Doc. #165**) is hereby **GRANTED in part**. The following scheduling order will control the pretrial proceedings in this case until further order of the Court: Discovery, including all discovery relating to expert witnesses will be completed by **April 16, 2004.** Reports from plaintiff's experts will be due by **January 15, 2004.** Depositions of the plaintiff's experts shall be completed by **February 16, 2004.** Reports from defendants' experts shall be completed by **March 17, 2004.** Depositions of defendants' experts shall be completed by **April 16, 2004.** Dispositive motions, if any, will be filed by **May 17, 2004.**

    A joint trial memorandum, per the attached order, shall be filed by **June 17, 2004.** This case shall be trial ready **July, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

    The Defendant, Arpin Logistics' Motion for Sanctions Pursuant to F.R.C.P. 37(b)(2) (**Doc. #166**) is hereby **DENIED.**

    The Plaintiff's Objection to Motion for Sanction and Request for Extension of Time (**Doc. #170**) is hereby **GRANTED nunc pro tunc to and including October 12, 2003.**

    The Plaintiff's Motion to Amend the Complaint (**Doc. #175**) is hereby **GRANTED.** The Clerk shall docket the attached Fifth Amended Complaint dated October 7, 2003.

    The Defendant, Festo Corporation's, Motion for Extension of Time to Respond to Arpin Logistics, Inc.'s Fourth Request for Production of Documents (**Doc. #183**) is hereby **GRANTED to and including November 24, 2003.**

Defendant and Third Party Plaintiff Paul Arpin Van Lines, Inc. And Arpin Logistics, Inc.'s Motion for a More Definite Statement as to Count Seven of Plaintiff's Fourth and Fifth Amended Complaint (**Doc. #184**) is hereby **DENIED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   30th   day of October, 2003.

 /s/DJS
Dominic J. Squatrito
United States District Judge