UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff,<br>v.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA<br>RAMIREZ,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 3:02 CV 1302 (DJS)<br>:<br>:<br>:<br>:<br>: November 4, 2003 |

**DEFENDANT THE FESTO CORPORATION'S OPPOSITION TO
DEFENDANTS' PAUL ARPIN VAN LINES, INC. AND ARPIN
LOGISTICS, INC.'S MOTION TO COMPEL MORE RESPONSIVE
ANSWERS TO INTERROGATORY AND REQUEST FOR PRODUCTION**

Defendant The Festo Corporation ("Festo") hereby opposes the Motion to Compel More Responsive Answers to Interrogatory and Request for Production of Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (collectively, "Arpin"). In support thereof, Festo relies on the accompanying Memorandum of Law.

            Respectfully submitted,

            Defendant,
            THE FESTO CORPORATION,
            By Its Attorneys

            _____
            JOHN A. TARANTINO, #15980
            JAMES R. OSWALD, #20936
            ADLER POLLOCK & SHEEHAN P.C.
            2300 Financial Plaza
            Providence, RI  02903-2443
            Tel:  (401) 274-7200
            Fax: (401) 751-0604/351-4607
            Dated:  November 4, 2003

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

## CERTIFICATION

TO:    Michael A. Stratton, Esq.                Thomas J. Grady, Esq.
        Stratton Faxon                       Lenihan, Grady & Steele
        59 Elm Street                        6 Canal Street
        New Haven, CT 06510            P.O. Box 541
                                                  Westerly, RI 02891

        Roland F. Moots, Jr., Esq.
        Moots, Pellegrini, Mannion, Martindale     Susan O'Donnell, Esq.
          & Dratch                         Halloran & Sage
        46 Main Street                     One Goodwin Square
        New Milford, CT 06776           225 Asylum Street
                                                  Hartford, CT 06103

       I hereby certify that I caused a true copy of the within, to be mailed, via regular mail, postage prepaid to the above-named counsel of record on the 4th day of November, 2003.

_____

276854_1.DOC