UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | | |
| v. | : | |
| | | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third-Party Plaintiffs | : | |
| Cross-Claim Plaintiffs | : | |
| | | |
| v. | : | |
| | | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
| Defendants/Third-Party Defendants | : | NOVEMBER 4, 2003 |

### MOTION TO STRIKE COUNTS FIVE AND SIX OF PLAINTIFF SHAWN POULIOT'S FIFTH AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE 12(B)(6)

To the extent this issue was not foreclosed by this court's granting of Plaintiff's Motion to

Amend the Complaint dated October 31, 2003, pursuant to Local Rule 7(a) and Federal Rule of

Civil Procedure 12(b)(6), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter"

Arpin) hereby submit this Motion to Strike Counts 5 and 6 of Plaintiff Shawn Pouliot's Fifth

Amended Complaint.  Arpin objects to Counts 5 and 6 of the Plaintiff's Fifth Amended

1

Complaint for failure to state a claim for recklessness under Connecticut law. In support of this Motion is attached a Memorandum of Law.

The Third-Party Plaintiff/Defendant/Cross-Claimant Arpin hereby prays that Plaintiff's Fifth Amended Complaint, docketed October 7, 2003 be denied because Counts 5 and 6 fail to state an adequate claim for recklessness.

Defendants/Third-Party Plaintiff
Cross-Claim Plaintiff,
By their attorney

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
**_LENIHAN, GRADY & STEELE_**
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## _CERTIFICATION OF NOTICE_

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ____ day of ____, 2003, to Michael A. Stratton, Esquire of _Stratton Faxon_, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of _Moots, Pellegrini, Mannion, Martindale & Dratch_, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of _Halloran & Sage_, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of _Adler, Pollack & Sheehan_, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.

2