UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1302(DJS) |
| **PAUL ARPIN VAN LINES, INC., ETAL**<br>    **Defendants/Third Party**<br>    **Plaintiffs, Cross-Claim Plaintiffs** | : |
| v. | |
| **FESTO CORPORATION, ET AL**<br>    **Defendants,**<br>    **Third-Party   Defendants** | : |

### ORDER

The Defendants/Third-Party Plaintiffs/Cross-Claim Plaintiffs' Motion to Compel Answers to Third Request for Production (Doc. #189) is hereby **DENIED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   6th    day of November, 2003.

                                           /s/DJS_____
                                           Dominic J. Squatrito
                                           United States District Judge