FILED

2003 NOV -7 P 2: 04

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT, :
                Plaintiff, : CIVIL ACTION NO.
: 3:02 CV 1302 (DJS)
V. :
:
PAUL ARPIN VAN LINES, INC. : NOVEMBER 6, 2003
and ARPIN LOGISTICS, INC. :
                Defendants. :

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ARPIN'S MOTION TO STRIKE**

The plaintiff files this memorandum in opposition to Arpin's motion to strike.[1] Arpin's motion simply rehashes its objection to the motion to amend (which objection was overruled see Doc. # 197 at 1 (permitting motion to amend)). Both the futility argument under Fed. R. Civ. P. 15(a) and the motion to dismiss under Fed. R. Civ. P. 12(b)(6) apply the same standard – whether there exists any set of facts that would entitle the plaintiff to relief, see Absher v. Flexi Int'l Software, No. 3:02cv171(AHN), at 7 (D.Conn. Mar. 31, 2003) – thus the allowance of the motion to amend *ipso facto* requires the denial of this motion.

Further, in this case, recklessness is a cognizable cause of action in Connecticut and the plaintiff has alleged that Arpin had knowledge of the danger encountered by the plaintiff

---

[1] Arpin wrongly characterizes its motion as one to strike. The appropriate title is a motion to dismiss. See Fed. R. Civ. P. 12(b)(6). Arpin makes no claim that the plaintiff's allegations amount to "scandalous matter" subjecting the Fifth Amended Complaint to a Motion to Strike. Compare Fed. R. Civ. P. 12(f).

that Arpin failed to disclose. Thus, the plaintiff should be permitted to offer evidence in support of his claims. United States v. Yale New Haven Hosp., 727 F.Supp. 784, 786 (D.Conn. 1990).

WHEREFORE, the Motion should be denied.

THE PLAINTIFF,

By: *[signature]*

Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
(203) 624-9500
(203) 624-9100 Fax
jfaxon@strattonfaxon.com
Fed. Bar No. CT 16255

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via U.S regular first class mail, on this 28th day of October, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443
Fax No. (401) 751-0604/351-4607

_____
Joel T. Faxon