UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>　Plaintiff,<br>　　v.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA<br>RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL,<br>　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 3:02 CV1302 (DJS)<br><br><br><br><br><br><br><br>November 3, 2003 |

STATE OF NEW YORK　　　　:
　　　　　　　　　　　　　　: ss.:
COUNTY OF SUFFOLK　　　　:

### AFFIDAVIT OF JOHN MISTRETTA

I, John Mistretta, being duly sworn, hereby deposes and says as follows:

1.　I am Vice-President of Finance of Festo Corporation, 395 Moreland Road, Hauppauge, New York, 11788. I am over the age of eighteen. I make this affidavit in support of Festo Corporation's Opposition to Defendants' Motion to Compel More Responsive Answers to Interrogatories and Request for Production (the "Motion to Compel").

2.　It is my understanding that on or about September 29, 2003, counsel for Festo Corporation in this action, in response to discovery propounded by counsel for Plaintiff, produced a copy of Festo Corporation's insurance policy No. GL-003-08-37-00, together with a Renewal Certificate dated January 9, 2001.

3.　The Renewal Certificate states that it is a "Renewal of Policy Number GL 003-08-37-00," with an "Inception Date" of January 1, 2001 and an "Expiration Date" of January 1,

2002. I believe that policy No. GL-003-08-37-00 is the Festo Corporation insurance policy in effect at the time of the Plaintiff's accident on October 23, 2003.

4.  It is my further understanding that on or about October 10, 2003, counsel for Festo Corporation in this action, in response to discovery propounded by counsel for Plaintiff, also produced a copy of an insurance policy held by Festo AG & Co. KG, a German company with headquarters in Germany. It is my understanding that a copy of this insurance policy is attached as Exhibit F to Plaintiff's October 15, 2003 Motion to Compel.

5.  Festo Corporation does not have an English-language translation or version of the insurance policy referenced in Paragraph 4, above, and is unaware of the existence of any such English-language translation.

6.  Festo Corporation requested that Festo AG & Co.KG contact its German insurance carrier to obtain an English-language translation of the insurance policy referenced in Paragraph 4, above. Festo AG & Co.KG reported to Festo Corporation that it had contacted the German insurance carrier and was informed that no such English-translation exists.

7.  Based on the above, I believe that there does not exist an English-language translation or version of the insurance policy referenced in Paragraph 4, above.

_____
John Mistretta

Subscribed and sworn to before me
this __4__ day of November, 2003.

_____
Notary Public
My commission expires on: __8/31/05__

**VIRGINIA SIMMONS**
Notary Public, State of New York
No. 4837182, Suffolk County
Term Expires August 31, ~~19~~ 2005

276957_1