UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 12 A 11: 24

US DISTRICT COURT
HARTFORD CT

SHAWN POULIOT,
        Plaintiff,
    v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ,
        Defendants.

C.A. No. 3:02 CV1302 (DJS)

November 11, 2003

**MOTION OF DEFENDANT THE FESTO CORPORATION
TO ALLOW ITS INSURER TO ATTEND TELEPHONICALLY
THE DECEMBER 2, 2003 SETTLEMENT CONFERENCE**

Defendant The Festo Corporation ("Festo") respectfully moves this Court to allow Mr. Thomas Moses, a representative of XL Insurance America, to attend the December 2, 2003 settlement conference by telephone. XL Insurance America is the insurer of Festo Corporation. Mr. Moses is the claims examiner at XL Insurance America who will be participating in the settlement conference with counsel for Festo.

Mr. Moses is located in Dallas, Texas. Because of the time and expense involved in having Mr. Moses fly from Dallas to Hartford, Connecticut, Festo respectfully requests that Mr. Moses be allowed to attend and participate in the settlement conference by telephone. Mr. Moses is available to participate by telephone. In addition, counsel for Festo will be present at the settlement conference in Hartford. For these reasons, and in light of this Court's October 31,

**ORAL ARGUMENT NOT REQUESTED
NO TESTIMONY REQUIRED**

2003 Order amending the scheduling order in this action, Festo respectfully requests that the Court allow Mr. Moses to attend the settlement conference by telephone.

Defendant,
THE FESTO CORPORATION,
By Its Attorneys,

*/s/ James R. Oswald*

JOHN A. TARANTINO, #15980
JAMES R. OSWALD, #20936
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: November 11, 2003

## CERTIFICATION

TO:  Michael A. Stratton, Esq.
     Stratton Faxon
     59 Elm Street
     New Haven, CT 06510

     Roland F. Moots, Jr., Esq.
     Moots, Pellegrini, Mannion, Martindale
        & Dratch
     46 Main Street
     New Milford, CT 06776

     Thomas J. Grady, Esq.
     Lenihan, Grady & Steele
     6 Canal Street
     P.O. Box 541
     Westerly, RI 02891

     Susan O'Donnell, Esq.
     Halloran & Sage
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103

I hereby certify that I caused a true copy of the within, to be mailed, via regular mail, to the above-named counsel of record on this 11th day of November, 2003.

*/s/ James R. Oswald*

277923_1

2