FILED

2003 NOV 17 A 9: 28

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>  Defendants/Third-Party Plaintiffs/<br>  Cross-Claim Plaintiffs | :<br>:<br>:<br>: | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>  Defendants/Third-Party Defendants | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>NOVEMBER 14, 2003 |

## REPLY TO PLAINTIFF'S OPPOSITION TO ARPIN'S
## MOTION TO STRIKE

Pursuant to Local Rule 7(d), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter" Arpin) hereby submits this Reply to Plaintiff's Opposition to Arpin's Motion to Strike Counts Five and Six of Plaintiff Shawn Pouliot's Fifth Amended Complaint For Failure to State a Claim Pursuant to Federal Rule 12 (B)(6).

Arpin asserts that this Court has the discretion to consider a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) at this point in the case. Additionally, the Plaintiff has failed to adequately plead a recklessness claim compliant with Fed.R.Civ.P. 12 (b)(6).

In support of its Reply is attached a memorandum of law. Arpin hereby prays that its Motion to Strike Counts Five and Six of Plaintiff Shawn Pouliot's Fifth Amended Complaint For Failure to State a Claim Pursuant to Federal Rule 12(b)(6).

Defendants/Cross-Claim Plaintiffs
and Third-Party Plaintiffs,
By their attorney

_____
Thomas J, Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

2

## CERTIFICATION OF NOTICE

    I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 14th day of Nov., 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollock & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                            Thomas J. Grady, Esq.