FILED

2003 NOV 17 A 9:29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff | :  CIVIL ACTION<br>:  NO. 3:02 CV1302 (DJS) |
| v. | : |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs/<br>    Cross-Claim Plaintiffs | :<br>:<br>:<br>: |
| v. | : |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | :<br>:<br>:<br>:<br>:<br>:  NOVEMBER 14, 2003 |

**REPLY TO DEFENDANT THE FESTO CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORY AND REQUEST FOR PRODUCTION**

Pursuant to Local Rule 7(d), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter" Arpin) hereby submit this Reply to Defendant The Festo Corporation's Memorandum of Law in Opposition to Defendants' Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Motion to Compel More Responsive Answers to Interrogatory and Request For Production.

Arpin asserts that Festo has interpreted Arpin's Request For Production too narrowly, and that it is entitled to all notes, summaries and translations of the subject insurance policy.

In the days prior to the deadline for submission of this Reply, counsel for Arpin and Festo have both made good faith efforts to resolve this discovery dispute. Unfortunately, due to logistical difficulties on both sides counsel have been unable to reach an amenable resolution. While it is hoped that a resolution can be reached without the court's intervention, due to the deadline for Reply, Arpin hereby submits this Reply with attached Memorandum of Law.

Defendants/Cross-Claim Plaintiffs/
Third-Party Plaintiffs
By their attorney:

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
**LENIHAN, GRADY & STEELE**
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

2

## CERTIFICATION OF NOTICE

    I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 14th day of November 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                                        Thomas J. Grady, Esq.