FILED

2003 NOV 18 P 2: 26

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third-Party Plaintiffs/ | : | |
| Cross-Claim Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
| Defendants/Third-Party Defendants | : | NOVEMBER 17, 2003 |

### DEFENDANTS, THIRD-PARTY PLAINTIFFS AND CROSS-CLAIMANTS, PAUL ARPIN VAN LINES AND ARPIN LOGISTICS, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT FESTO CORPORATION'S FIRST SET OF INTERROGATORIES, FIRST SET OF REQUEST FOR DOCUMENTS, SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR DOCUMENTS

The Defendants, Third-Party Plaintiffs and Cross-Claimants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. respectfully request an enlargement of time of thirty (30) days to answer the Defendant Festo Corporation's First Set of Interrogatories, First Set of Request For Documents, Second Set of Interrogatories and Second Request For Documents.

The deadline for the First Set of Interrogatories and First Set of Request for Documents is November 28, 2003. The deadline for the Second Set of Interrogatories and Second Set of Request for Documents is December 5, 2003. Due to the close proximity of both due dates, the intervening holidays and vacations Arpin seeks this 30-day enlargement of time to adequately prepare a response. It is believed that this is the first extension of time Arpin has sought in this case.

Additionally, depositions of Festo officials are tentatively scheduled for some time in the week of November 17, 2003 with the possibility of re-scheduling for some time in late November or early December. Arpin requests time to prepare for these depositions and foresees that the information obtained in these depositions may be necessary to answer both sets of interrogatories and requests for documents.

This is the undersigned's first request for an enlargement of time relating to the Defendant Festo Corporation's First Set of Interrogatories, First Set of Requests For Documents, and Second Set of Interrogatories and Second Set of Requests For Documents.

The Defendant, Festo Corporation has no objection to this extension of time.

2

Defendants/Third-Party Plaintiffs/<br>
Cross-Claim Plaintiffs<br>
By their attorney:

_____<br>
Thomas J, Grady, Esquire<br>
Federal Bar No. CT 17139<br>
**_LENIHAN, GRADY & STEELE_**<br>
6 Canal Street, P.O. Box 541<br>
Westerly, RI 02891<br>
(401) 596-0183<br>
(401) 596-6845 (Fax)

## **_CERTIFICATION OF NOTICE_**

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 17th day of November, 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____<br>
Thomas J. Grady, Esq.