UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHAWN POULIOT,
    Plaintiff,
  v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ,
    Defendants.

C.A. No. 3:02 CV1302 (DJS)

November 11, 2003

### MOTION OF DEFENDANT THE FESTO CORPORATION TO ALLOW ITS INSURER TO ATTEND TELEPHONICALLY THE DECEMBER 2, 2003 SETTLEMENT CONFERENCE

Defendant The Festo Corporation ("Festo") respectfully moves this Court to allow Mr. Thomas Moses, a representative of XL Insurance America, to attend the December 2, 2003 settlement conference by telephone. XL Insurance America is the insurer of Festo Corporation. Mr. Moses is the claims examiner at XL Insurance America who will be participating in the settlement conference with counsel for Festo.

Mr. Moses is located in Dallas, Texas. Because of the time and expense involved in having Mr. Moses fly from Dallas to Hartford, Connecticut, Festo respectfully requests that Mr. Moses be allowed to attend and participate in the settlement conference by telephone. Mr. Moses is available to participate by telephone. In addition, counsel for Festo will be present at the settlement conference in Hartford. For these reasons, and in light of this Court's October 31,

*[handwritten in margin: December 2, 2003 Denied]*

02CV1302end 211

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY REQUIRED**