UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

December 2, 2003

10:00 a.m.

3-02-cv-1302  (DJS) Pouliot v Paul Arpin Van Lines
-----------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Joel Thomas Faxon | Stratton Faxon, 59 Elm St., New Haven, CT 203-624-9500 |
| Thomas J. Grady | Lenihan, Moone, Gallogly & Grady, 6 Canal St., Westerly, RI 401-596-0183 |
| Roland F. Moots Jr. | Moots, Pellegrini, Spillane & Mannion, 46 Main St., PO Box 1319, New Milford, CT 860-355-4191 |
| Susan J. O'Donnell | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| James R. Oswald | Adler, Pollock & Sheehan, 2300 BankBoston Plaza, Providence, RI 401-274-7200 |
| Michael A. Stratton | Stratton Faxon, 59 Elm St., New Haven, CT 203-624-9500 |
| John A. Tarantino | Adler, Pollock & Sheehan, Inc., 2300 Hospital Trust Tower, Providence, RI 401-274-7200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - Did not settle -*
*Time - 8'*