UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff,<br><br>    v.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA<br>RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     C.A. No. 3:02 CV1302 (DJS)<br><br><br><br><br><br><br><br>December 2, 2003 |

### FESTO CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FIRST AMENDED CROSS-CLAIMS OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant The Festo Corporation ("Festo") respectfully submits this Motion for Judgment on the Pleadings as to all of the counts against Festo asserted by Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter, collectively "Arpin") in its First Amended Cross-Claims.[1]

---

[1] Because Arpin's First Amended Cross-Claims (based on Plaintiff's Fifth Amended Complaint, the operative pleading) supercede its Second Amended Third-Party Complaint (which was based on an earlier version of Plaintiff's complaint), Festo has moved for judgment on the pleadings as to the First Amended Cross-Claims. However, to the extent the Court finds that Arpin's Second Amended Third-Party Complaint nonetheless remains viable, Festo also hereby moves for judgment on the pleadings as to Counts 1 and 4 of the Second Amended Third-Party Complaint seeking recovery against Festo in "common law and/or equitable indemnification," for the reasons set forth in the accompanying Memorandum of Law.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

As grounds for its Motion for Judgment on the Pleadings, Festo relies on its Memorandum of Law submitted concurrently herewith.

> Defendant,
> THE FESTO CORPORATION,
> By Its Attorneys,
>
> /s/ _____
> JOHN A. TARANTINO, #15980
> JAMES R. OSWALD, #20936
> ADLER POLLOCK & SHEEHAN P.C.
> 2300 Financial Plaza
> Providence, RI 02903-2443
> Tel: (401) 274-7200
> Fax: (401) 751-0604/351-4607
> Dated: December 2, 2003

## CERTIFICATION

TO:  Michael A. Stratton, Esq.          Thomas J. Grady, Esq.
     Stratton Faxon                     Lenihan, Grady & Steele
     59 Elm Street                      6 Canal Street
     New Haven, CT 06510                P.O. Box 541
                                        Westerly, RI 02891

     Roland F. Moots, Jr., Esq.
     Moots, Pellegrini, Mannion, Martindale    Susan O'Donnell, Esq.
        & Dratch                        Halloran & Sage
     46 Main Street                     One Goodwin Square
     New Milford, CT 06776              225 Asylum Street
                                        Hartford, CT 06103

I hereby certify that I caused a true copy of the within, to be mailed, via regular First Class mail, to the above-named counsel of record on this 2ND day of December, 2003.

_____
Lois J. Verria

279720_1