FILED

2003 DEC -5  A 9: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
|       v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
|    Defendants/Third-Party Plaintiffs | : | |
|    Cross-Claim Plaintiffs | : | |
| | : | |
|       v. | : | |
| | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|    Defendants/Third-Party Defendants | : | DECEMBER 4, 2003 |

### _OBJECTION TO THE TAKING OF THE DEPOSITION OF WILLIAM TWEEDY, WILLIAM MOTTLA, " HEIDI", JOE ROCHA, AND MICHAEL MONTGOMERY AND MOTION FOR PROTECTIVE ORDER_

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs, Paul Arpin

Van Lines, Inc. and Arpin Logistics, Inc. ("Arpin") in the above-entitled case and file this their

Objection and Motion for Protective Order to the Taking of the Deposition of William Tweedy,

William Mottla, "Heidi", Joe Rocha, and Michael Montgomery on December 8, 2003 at Lenihan,

Grady & Steele, 6 Canal Street, Westerly, RI 02891 upon the grounds setforth in the attached

Memorandum of Law.

Defendants/Third-Party Plaintiffs and
Cross-Claim Plaintiffs,
By their attorney

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
**_LENIHAN, GRADY & STEELE_**
6 Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### _CERTIFICATION OF NOTICE_

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 4th day of December 2003, to Michael A. Stratton, Esquire of _Stratton Faxon_, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of _Moots, Pellegrini, Mannion, Martindale & Dratch_, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of _Halloran & Sage_, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of _Adler, Pollack & Sheehan_, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.