FILED

2003 DEC -5  A 9 25

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third-Party Plaintiffs | : | |
| Cross-Claim Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
| Defendants/Third-Party Defendants | : | DECEMBER 4, 2003 |

## _MEMORANDUM OF LAW IN SUPPORT OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC. OBJECTION TO THE TAKING OF THE DEPOSITION OF WILLIAM TWEEDY, WILLIAM MOTTLA, " HEIDI", JOE ROCHA, AND MICHAEL MONTGOMERY AND MOTION FOR PROTECTIVE ORDER_

The deposition notices dated December 3, 2003 (Exhibit A, B, C, D & E) do not state

whether or not there was to have been served on deponees, subpoenas or subpoenas duces

tecums.  No subpoena copy was attached to the deposition notices.  However, William Tweedy,

Michael Montgomery, Joseph Rocha, and William Mottla are no longer employees of Arpin and

1

therefore Arpin has no control over producing them at the deposition so noticed without Plaintiff's subpoena power;

Fed.R.Civ.P. 30(b)(1) requires that "A party desiring to take the deposition of any person upon oral examination shall give reasonable notice in writing to every other party to the action." Fed.R.Civ.P. 45(3)(A)(1) states that a subpoena may be quashed or modified if "it fails to allow a reasonable time for compliance." Five days is not sufficient advance reasonable notice;

Arpin has already orally suggested that the depositions take place on December 22nd and 23rd. Such suggestion, however, is subject to compliance with Fed.R.Civ.P. 45 and the fact that "Arpin" has no control over most of these witnesses.

Counsel for Festo has indicated he is not prepared until after Arpin responds to his discovery requests. Such response are not due until the end of December 2003;

Based upon all of the aforesaid, Defendant "Arpin" hereby seeks a protective order from the court requesting its compliance with the aforesaid deposition notices at it's offices and seeks the following relief; and a protective order requiring that:

a.    The deponees other than Heidi must be subpoened;

b.    The Notices of Deposition and any outstanding process for December 8 depositions shall be quashed;

c.    The depositions of these witnesses may proceed at a later date;

d.   It is oppressive to order these witnesses to be deposed more than once;

e.   Process as to comply with the rules shall be required to compel former Arpin

employees to attend.

An Affidavit of Movant's Good Faith Efforts to Resolve the Discovery Dispute is

enclosed as Exhibit F.

Defendants/Third-Party Plaintiffs and
Cross-Claim Plaintiffs,
By their attorney

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
*LENIHAN, GRADY & STEELE*
6 Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this
____ day of December 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street,
New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale
& Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran &
Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino,
Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza,
Providence, RI 02903-2443.

Thomas J. Grady, Esq.

3

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHAWN POULIOT,                                :
                        Plaintiff,   :
                              :   **CIVIL ACTION NO.**
vs.                                          :   **3:02 CV1302 (DJS)**
                              :
PAUL ARPIN VAN LINES                         :
ARPIN LOGISTICS, INC.                        :
       Defendants/Third Party Plaintiffs,   :
                              :
vs.                                          :
                              :
THE FESTO CORPORATION                        :
MICHAEL D. KOVAC d/b/a                       :
TRANS-EXPO INTERNATIONAL                     :
ERICA RAMIREZ, in her capacity as            :   **DECEMBER 3, 2003**
employee of Trans-Expo International         :
             Third Party Defendants,   :

### RE-NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the plaintiffs will take the deposition of the

**WILLIAM TWEEDY** on **Monday, December 8, 2003, at 4:30 p.m.,** at Lenihan, Grady &

Steel, Six Canal Street, Westerly, RI  02891 (401) 596-0183, before a competent authority

authorized to administer oaths.   The examination will continue from day to day until

completed.



THE PLAINTIFF


By_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
Tel: (203) 624-9500
Fax: (203) 624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile and U.S.

Mail, postage prepaid, on this 3rd day of December, 2003, to:

**Thomas J. Grady, Esq.**
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

Michael A. Stratton

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 3:02 CV1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third Party Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE FESTO CORPORATION | : | |
| MICHAEL D. KOVAC d/b/a | : | |
| TRANS-EXPO INTERNATIONAL | : | |
| ERICA RAMIREZ, in her capacity as | : | DECEMBER 3, 2003 |
| employee of Trans-Expo International | : | |
| Third Party Defendants, | : | |

### RE-NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the plaintiffs will take the deposition of the

**MICHAEL MONTGOMERY** on **Monday, December 8, 2003, at 1:30 p.m.,** at Lenihan,

**Grady & Steel, Six Canal Street, Westerly, RI 02891 (401) 596-0183,** before a competent

authority authorized to administer oaths. The examination will continue from day to day until

completed.



THE PLAINTIFF

By_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
Tel:  (203) 624-9500
Fax: (203) 624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile and U.S.

Mail, postage prepaid, on this 3rd day of December, 2003, to:

**Thomas J. Grady, Esq.**
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

Michael A. Stratton

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 3:02 CV1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES | : | |
| ARPIN LOGISTICS, INC. | : | |
| Defendants/Third Party Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE FESTO CORPORATION | : | |
| MICHAEL D. KOVAC d/b/a | : | |
| TRANS-EXPO INTERNATIONAL | : | |
| ERICA RAMIREZ, in her capacity as | : | DECEMBER 3, 2003 |
| employee of Trans-Expo International | : | |
| Third Party Defendants, | : | |

## <u>RE-NOTICE OF TAKING DEPOSITION</u>

PLEASE TAKE NOTICE that the plaintiffs will take the deposition of the JOE ROCHE on Monday, December 8, 2003, at 3:00 p.m., at Lenihan, Grady & Steel, Six Canal Street, Westerly, RI 02891 (401) 596-0183, before a competent authority authorized to administer oaths. The examination will continue from day to day until completed.



THE PLAINTIFF


By _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
Tel: (203) 624-9500
Fax: (203) 624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile and U.S.

Mail, postage prepaid, on this 3rd day of December, 2003, to:

**Thomas J. Grady, Esq.**
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

Michael A. Stratton

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,                             :
                        Plaintiff,         :
                                           :     CIVIL ACTION NO.
vs.                                        :     3:02 CV1302 (DJS)
                                           :
PAUL ARPIN VAN LINES                       :
ARPIN LOGISTICS, INC.                      :
           Defendants/Third Party Plaintiffs, :
                                           :
vs.                                        :
                                           :
THE FESTO CORPORATION                      :
MICHAEL D. KOVAC d/b/a                     :
TRANS-EXPO INTERNATIONAL                   :
ERICA RAMIREZ, in her capacity as          :     DECEMBER 3, 2003
employee of Trans-Expo International       :
              Third Party Defendants,      :

### RE-NOTICE OF TAKING DEPOSITION

   **PLEASE TAKE NOTICE** that the plaintiffs will take the deposition of the

WILLIAM MOTTLA on **Monday, December 8, 2003, at 11:30 a.m.,** at Lenihan, **Grady**

**& Steel, Six Canal Street, Westerly, RI   02891 (401) 596-0183,** before a competent

authority authorized to administer oaths.  The examination will continue from day to day until

completed.



THE PLAINTIFF

By_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
Tel: (203) 624-9500
Fax: (203) 624-9100

# CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile and U.S.

Mail, postage prepaid, on this 3rd day of December, 2003, to:

**Thomas J. Grady, Esq.**
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

_____
Michael A. Stratton

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,                          :
                        Plaintiff,      :
                                        :    CIVIL ACTION NO.
                                        :    3:02 CV1302 (DJS)
vs.                                     :
                                        :
PAUL ARPIN VAN LINES                    :
ARPIN LOGISTICS, INC.                   :
           Defendants/Third Party Plaintiffs, :
                                        :
vs.                                     :
                                        :
THE FESTO CORPORATION                   :
MICHAEL D. KOVAC d/b/a                  :
TRANS-EXPO INTERNATIONAL               :
ERICA RAMIREZ, in her capacity as       :    DECEMBER 3, 2003
employee of Trans-Expo International    :
           Third Party Defendants,      :

## RE-NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the plaintiffs will take the deposition of the Arpin

employee referenced as "HEIDI" on the attached Shipment Booking on **Monday, December

8, 2003 at 10:30 a.m.**, at Lenihan, Grady & Steel, Six Canal Street, Westerly, RI  02891

(401) 596-0183, before a notary public or other competent authority authorized to administer

oaths.  The examination will continue from day to day until completed.

THE PLAINTIFF

THE PLAINTIFF

By _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
Tel: (203) 624-9500
Fax: (203) 624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile and U.S.

Mail, postage prepaid, on this 3rd day of December, 2003, to:

**Thomas J. Grady, Esq.**
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

_____
Michael A. Stratton

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
|     v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
|     Defendants/Third-Party Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|     Defendants/Third-Party Defendants | : | DECEMBER 4, 2003 |

### *AFFIDAVIT OF MOVANT'S GOOD FAITH EFFORTS TO RESOLVE THE DISCOVERY DISPUTE RELATIVE TO SHAWN POULIOT'S NOTICES OF DEPOSITIONS TO WILLIAM TWEEDY, WILLIAM MOTTLA, "HEIDI", JOE ROCHA AND MICHAEL MONTGOMERY*

I, Thomas J. Grady, upon oath being duly sworn as follows:

1.    That on December 2, 2003, Attorney Stratton orally indicated that he would like to depose the four Arpin (former) employees and one Arpin employee during the week of December 12th;

1

2.     I sent Attorney Stratton a letter indicating that I was available on December 10th and 11th. Attorney Stratton then called and said he wanted to do them on the 8th of December. At that time, Attorney Stratton received from Attorney O'Donnell that she was not available on the 10th or 11th of December but she was available on December 8th, December 15th, 16th, and December 22nd and 23rd. I am out of the state on December 15th and 16th. Attorney Stratton then called and said he wanted to them on the 8th;

3.     I, called Attorney Stratton on December 3, 2003 and indicated to him on his voice mail that the 8th of December was too short notice but I was available on December 22nd and 23rd and to get back to me;

4.     On December 3, 2003 at 4:20 p.m. we received by facsimile transmission Notices of Depositions that are scheduled for December 8, 2003 for the four Arpin (former) employees and one Arpin employee;

5.     On December 4, 2003 my secretary received a call from Attorney Stratton's office indicating that he didn't want to do the depositions on the 22nd and 23rd of December that he was going ahead with the 8th of December at my office without my permission;

2

6.  Counsel believes that he has exercised more than a good faith effort to obtain a reasonable and timely compliance with Pouliot's 5-day advance notices of deposition without the court's intervention.  Arpin has no control over 4 of these employees, they having left the employ of the company.

The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this 4th day of December, 2003.

_____
Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly on the 4th day of December, 2003 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed, to be his free act and deed.

_____
Notary Public: SUSAN TUCKER
My Commission Expires: 2/5/05