UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SHAWN POULIOT**                                 :
    **Plaintiff**

v.                                                :    CIVIL NO.: 3:02cv1302(DJS)

**PAUL ARPIN VAN LINES, INC., ET AL**:
    **Defendants**

## ORDER

The Defendants, Third Party Plaintiffs and Cross Claim Plaintiffs' Motion for Protective Order (**Doc. #224**) is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th   day of December, 2003.


/s/DJS
Dominic J. Squatrito
United States District Judge