FILED

2003 DEC 19 A 9: 45

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>    Defendants/Third-Party Plaintiffs<br>    Cross-Claim Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>    Defendants/Third-Party Defendants | : | DECEMBER 18, 2003 |

## MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO PLAINTIFF'S ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF, SHAWN POULIOT

Pursuant to Rule 37(a)(2)(B), the Defendant Arpin Logistics, Inc., hereby moves to compel more responsive answers to Defendant Arpin Logistics, Inc.'s First Set of Interrogatories Propounded to Plaintiff Shawn Pouliot.

The grounds for such motion include:

1

(1) Plaintiff re-asserts Objections, which have already been overruled by this Court's June 17, 2003 Order.

(2) Plaintiff submits several new untimely objections six months after the Interrogatories were served on him, the time within which to lawfully object, having passed.

(3) Plaintiff cites Connecticut procedural law as providing grounds for objection to Interrogatories in federal court.

(4) Plaintiff has filed non-responsive answers to Interrogatory #25 and #33.

(5) Plaintiff wrongly claims that certain portions of Interrogatory #33 are not relevant.

The Defendant Arpin Logistics, Inc. hereby moves for more responsive answers as set forth more particularly in its Memorandum of Law attached hereto.

Attached are a Memorandum of Law in support of this Motion and an affidavit of good faith on the part of Arpin to bring about the settlement of this discovery dispute.

Defendants/Third-Party Plaintiffs/
Cross-Claim Plaintiffs
By their attorney,

*signature*

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## ***CERTIFICATION OF NOTICE***

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 16th day of December, 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler Pollock & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

*signature*

Thomas J. Grady, Esq.

3