FILED

2003 DEC 24  A II: [ ]

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 CV1302 (DJS) |
|    v. | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
|    Defendants/Third-Party Plaintiffs | : | |
|    Cross-Claim Plaintiffs | : | |
|    v. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|    Defendants/Third-Party Defendants | : | DECEMBER 23, 2003 |

### OBJECTION TO FESTO CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FIRST AMENDED CROSS-CLAIMS OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.

Pursuant to Local Rule 7(a), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("hereinafter" Arpin) hereby submit this Objection to Festo Corporation's Motion For Judgment on the Pleadings as to the First Amended Cross-Claims of Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. dated December 2, 2003. Arpin asserts that its Cross-Claims dated August 26,

2003 are compliant with Federal Rules of Civil Procedure 12(c). In support of its Objection are attached a Memorandum of Law with supporting exhibits.

The Third-Party Plaintiffs/Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. hereby pray that the Festo Corporation's pending Motion For Judgment on the Pleadings be denied.

                                       Defendants/Third-Party Plaintiffs
                                       Cross-Claim Plaintiffs
                                       By their attorney:

Thomas J, Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## **_CERTIFICATION OF NOTICE_**

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ____ day of December, 2003, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                                    Thomas J. Grady, Esq.