FILED

2003 DEC 30  A 9: 3?

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | | |
|     v. | : | |
| | | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
|     Defendants/Third-Party Plaintiffs | : | |
|     Cross-Claim Plaintiffs | : | |
| | | |
|     v. | : | |
| | | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|     Defendants/Third-Party Defendants | : | DECEMBER 29, 2003 |

## *RULE 54(b) MOTION FOR PARTIAL JUDGMENT*

Now come the Defendants, Cross-Claim Plaintiffs and Third-Party Plaintiffs, Paul Arpin

Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter Arpin) and file this their Motion pursuant

to F.R.C.P. 54(b) requesting that this Honorable Court enter a judgment as to less than all claims

or parties "final", as applicable to the Plaintiff's claims against Paul Arpin Van Lines, Inc. and

Arpin Logistics, Inc., and further expressly certify that no just cause exists to delay the appeal,

and requesting the direction of the entry of partial judgment on this Court's Memorandum of

Decision entered December 1, 2003 (#217).

Defendants/Third-Party Plaintiffs
Cross-Claim Plaintiffs,
By their attorney:

Thomas J. Grady, Esquire
Federal Bar No. CT 17139
**_LENIHAN, GRADY & STEELE_**
6 Canal Street
P.O. Box 541
Westerly, R.I.  02891
(401) 596-0183
(401) 596-6845 (Fax)

## _CERTIFICATION OF NOTICE_

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 29th day of December, 2003, to Michael A. Stratton, Esquire of _Stratton Faxon_, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire _of Moots, Pellegrini, Mannion, Martindale & Dratch_, 46 Main Street, New Milford, CT  06776, Susan O'Donnell, Esquire of _Halloran & Sage_, One Goodwin Square, 225 Asylum Street, Hartford, CT  06103 and John Tarantino, Esquire and James R. Oswald, Esquire of _Adler, Pollack & Sheehan_, P.C., 2300 Financial Plaza, Providence, RI  02903-2443.

Thomas J. Grady, Esq.

2