FILED

2004 JAN -5  P 1: 0

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SHAWN POULIOT | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) 3:02 CV 1302 (DJS) |
| | ) |
| PAUL ARPIN VAN LINES, INC., | ) |
| ET AL. | ) JANUARY 2, 2004 |

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

On November 26, 2003, this court denied in all respects the defendants' motion to dismiss (Doc. #217). The defendants, rather than file a motion for reconsideration pursuant to D. Conn. L. R. Civ. P. 7(c), which would have been denied, see, e.g., Doyle v. Town of Litchfield, No. 3:02cv656(GLG), at 2-3 (D.Conn. Dec. 13, 2003) (standard for motion for reconsideration – denied), filed a motion for partial, appealable judgment in an effort to convert the denial of their motion into the granting of their motion (without, of course, any legal precedent for such a maneuver). The filing certainly implicates Fed. R. Civ. P. 11, since there is absolutely no precedent that would allow for such a change in the result of the court's ruling. On this basis alone the motion should be denied.

To the extent that the court construes the defendants' motion as one for an interlocutory appeal under the collateral order doctrine (which it should not), none of the prerequisites for granting such an extraordinary motion are present in this case and thus the motion should be denied. See Carlenstolpe v. Merck & Co., 819 F.2d 33, 36-37 (2d Cir. 1987) (dismissing interlocutory appeal for lack of Cohen predicates).

Accordingly, the defendants' motion should be denied.

THE PLAINTIFF

By_____
Joel T. Faxon CT 16255
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct
Tel: (203) 624-9500
Fax: (203) 624-9100
jfaxon@strattonfaxon.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this date to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**John A. Tarantino, Esq**
**Adler, Pollock & Sheehan, Inc.**
2300 Hospital Trust Tower
Providence, RI 02903
Fax No. (401)351-4607

_____
Joel T. Faxon

3