UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,
    Plaintiff
v.    :    No. 3:02CV1302 (DJS)

PAUL ARPIN VAN LINES, INC., AND
ARPIN LOGISTICS, INC.,
    Defendants.

## ORDER

Now pending before the court is defendant and third-party plaintiff Arpin Logistics, Inc.'s ("Arpin") motion to compel **[doc. #178]**. Arpin seeks to compel third-party defendant Festo Corporation's ("Festo") compliance with Interrogatory #3 dated March 11, 2003. Arpin's motion is **GRANTED**.

Arpin submitted a request for information and documents related to any insurance policy through which Festo was, or might be, insured against damage claims brought pursuant to this action. Festo has responded to this interrogatory and Arpin argues to this court that Festo's response is deliberately inadequate. Specifically, Arpin seeks any notes, summaries or translations of a particular insurance policy, the original of which is in German.

Festo has rightly argued that it may not, at this stage of the proceedings, be ordered to incur the expense of translating this document solely for the use of Arpin in this litigation. However, Festo has not argued or proved any privilege for the broad category of documents related to the German insurance policy, or any other insurance policy, that Arpin has requested. Further, Festo has not argued that it does not have notes, summaries or other interpretive documents that a Festo agent could use to understand or apply the insurance policy in question.

Therefore, in the absence of an adequate claim of privilege, the court **ORDERS** the following:

**1.** Festo shall produce all requested insurance policies and related interpretive documents (such as notes, summaries, and full or partial translations in existence on the day this order is published) **no later than March 11, 2004**. This order applies specifically to any documents related to the use, application or interpretation of the policy named by both parties as No. GL-003-08-37-00.

**IT IS SO ORDERED** at Hartford, Connecticut, this 8th day of January, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE