UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff<br><br>VS.<br><br>PAUL ARPIN VAN LINES<br>ARPIN LOGISTICS, INC.<br>   Defendants/Third Party Plaintiffs<br><br>VS.<br><br>THE FESTO CORPORATION<br>MICHAEL D. KOVAC D/B/A<br>TRANS-EXPO INTERNATIONAL<br>ERICA RAMIREZ<br>   Third Party Defendants | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:02 CV1302 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  January 8, 2004 |

### THIRD-PARTY DEFENDANTS MICHAEL KOVAC D/B/A TRANS-EXPO INTERNATIONAL AND ERICA RAMIREZ'S MOTION TO DISMISS AND/OR STRIKE CROSS CLAIMS

Pursuant to FRCP 12(b)(6) and 12(f), the third-party defendants, Michael D. Kovac d/b/a Trans-Expo International (hereafter "Trans-Expo") and Erica Ramirez (hereafter "Ramirez") respectfully submit this Motion to Dismiss and/or Strike the defendants/third-party plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.s' cross-claims against them dated December 18, 2003.

On December 18, 2003 the Defendants Paul Arpin Van Lines. Inc. and Arpin Logistics, Inc. filed an "Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Fifth Amended Complaint of Shawn Pouliot." The cross-claims filed by the Arpin defendants on December 18, 2003

**Oral Argument Not Requested**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

are identical to those cross-claim contained in the Arpin defendants' August 23, 2003 "Fisrt [sic] Amended Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Third Amended Complaint of Shawn Pouliot" (Doc #151). On September 12, 2003 Trans-Expo and Ramirez filed a Motion to Dismiss and/or Strike the cross-claims against them (Doc. #168), together with an accompanying Memorandum of Law (Doc. #169). The Arpin defendants did file an objection and supporting memorandum of law (Doc. #173 & 174). This Court has never ruled on the third-party defendants' Motion to Dismiss and/or Strike the cross-claims.

Accordingly, for those reasons articulated in their September 12, 2003 Motion and Memorandum of Law, the third-party defendants Trans-Expo and Ramirez move to dismiss and/or strike the identical cross-claims of Arpin which are now contained in Arpin's December 18, 2003 Answer and Crossclaims to Plaintiff's Fifth Amended Complaint. The third-party defendants' respectfully incorporate by reference their previously filed Motion and Memorandum of Law, documents numbered 168 and 169.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC d/b/a TRANS-
EXPO INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: _____
Susan O'Donnell of
**HALLORAN & SAGE LLP**
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on January 8, 2004, a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Joel T. Faxon, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax. No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan Grady & Steele
6 Canal Street, PO Box 541
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o John A. Tarantino, Esquire
James R. Oswald, Esquire
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

_____
Susan O'Donnell

501674.1(HS-FP)