UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN 15 P 2: 4

U.S. DISTRICT COURT
HARTFORD, CT.

SHAWN POULIOT,
   Plaintiff,
       v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OFTRANS-EXPO
INTERNATIONAL,
   Defendants.

C.A. No. 3:02 CV 1302 (DJS)

January 13, 2004

## FESTO CORPORATION'S MOTION TO DISMISS CROSSCLAIMS OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Festo Corporation ("Festo") respectfully submits this Motion to Dismiss Cross-Claims of Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (collectively, "Arpin").

On December 18, 2003, Arpin filed its "Answer and Crossclaims" to Plaintiff's Fifth Amended Complaint. Included within Arpin's Answer and Crossclaims were Arpin's Crossclaims asserted against Festo (the "Second Amended Cross-claims"). In its Second Amended Cross-Claims against Festo, Arpin asserts the identical sixteen counts that Arpin had previously asserted against Festo in Arpin's "First Amended Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Third Amended Complaint of Shawn Pouliot, " dated August 26, 2003 (the "First Amended Cross-Claims"). On December 2, 2003, Festo filed its Motion for Judgment on the Pleadings as to all of the counts against Festo asserted by Arpin in its First Amended Cross-Claims. That Motion is currently pending.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

The standards for deciding a motion to dismiss under Fed.R.Civ.P. 12(b)(6) are identical to those for deciding a motion for judgment on the pleadings under Fed.R.Civ.P 12(c). Burnette v. Carothers, 192 F.3d 52, 56 (2d Cir. 1999), cert. denied, 531 U.S. 1052 (2000); Longmoor v. Nilsen, No. 3:02CV1595(JBA), __ F. Supp.2d. __, 2003 WL 22259487, at 5 n.5 (D. Conn. Sept. 26, 2003). Because Arpin's First Amended Cross-Claims against Festo are identical to Arpin's Second Amended Cross-Claims against Festo, Festo moves to dismiss the entirety of Arpin's Second Amended Cross-Claims against Festo for the reasons set forth in Festo's Motion for Judgment on the Pleadings, its Memorandum of Law in Support thereof and its Reply Memorandum of Law in support thereof, each of which Festo hereby expressly incorporates by reference, as if fully set forth herein.

        Defendant,
        THE FESTO CORPORATION,
        By Its Attorneys,

        JOHN A. TARANTINO, #15980
        JAMES R. OSWALD, #20936
        ADLER POLLOCK & SHEEHAN P.C.
        2300 Financial Plaza
        Providence, RI 02903-2443
        Tel: (401) 274-7200
        Fax: (401) 751-0604/351-4607
        Dated: January 13, 2004

## CERTIFICATION

TO:  Michael A. Stratton, Esq.  
     Stratton Faxon  
     59 Elm Street  
     New Haven, CT 06510

     Roland F. Moots, Jr., Esq.  
     Moots, Pellegrini, Mannion, Martindale  
       & Dratch  
     46 Main Street  
     New Milford, CT 06776

Thomas J. Grady, Esq.  
Lenihan, Grady & Steele  
6 Canal Street  
P.O. Box 541  
Westerly, RI 02891

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

     I hereby certify that I caused a true copy of the within, to be mailed, via regular First Class mail, to the above-named counsel of record on this 13th day of January, 2004.

283656_1