FILED

2004 JAN 20 P 1: 32

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>Plaintiff | : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>  Defendants/Third-Party Plaintiffs/<br>  Cross-Claim Plaintiffs | : <br> : <br> : <br> : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>  Defendants/Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br>JANUARY 16, 2004 |

**OBJECTION TO THIRD-PARTY DEFENDANTS MICHAEL KOVAC D/B/A TRANS-EXPO INTERNATIONAL AND ERICA RAMIREZ'S MOTION TO DISMISS AND/OR STRIKE CROSS CLAIMS**

Arpin hereby objects to Third-Party Defendants Michael Kovac d/b/a Trans-Expo, International and Erica Ramirez's Motion to Dismiss and/or Strike Cross-Claims dated January 8, 2004.

Case 3:02-cv-01302-JCH     Document 244     Filed 01/20/2004     Page 2 of 8

Case 3:02-cv-01302-JCH   Document 244   Filed 01/20/2004   Page 3 of 8

Case 3:02-cv-01302-JCH    Document 244    Filed 01/20/2004    Page 5 of 8

In response to the filing of Plaintiff's Fifth Amended Complaint, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. filed an "Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Fifth Amended Complaint of Shawn Pouliot" on December 18, 2003. This pleading answered the Plaintiff's new allegations in his Fifth Amended Complaint. The cross-claims against the Trans-Expo Defendants are identical to those within Arpin's "Fisrt [sic] Amended Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Third Amended Complaint of Shawn Pouliot" (Doc. # 151). On September 12, 2003 Trans-Expo and Ramirez filed a Motion to Dismiss and/or Strike the cross-claims against Arpin's Cross-Claims with an accompanying Memorandum of Law. (Doc. #168). This Motion is currently pending.

On January 8, 2004, Michael Kovac d/b/a Trans-Expo, International and Erica Ramirez filed a new Motion to Dismiss and/or Strike Cross Claims in an apparent attempt to apply their prior Motion to Arpin's re-pled cross-claims.

In response to Michael Kovac d/b/a Trans-Expo, International and Erica Ramirez's Motion to Dismiss and/or Strike of September 12, 2003 (Doc. #168), Arpin filed an Objection with a Memorandum of Law. (Doc. #173 & #174).

Arpin hereby incorporates by reference their previously filed Objection and Memorandum of Law (Doc. #173 & 174) to this herein Objection to Third Party Defendants Michael Kovac

d/b/a Trans-Expo International and Erica Ramirez's Motion to Dismiss and/or Strike Cross Claims dated January 8, 2004.

Defendants/Third-Party Plaintiffs/<br>
Cross-Claim Plaintiffs<br>
By their attorney:

Thomas J, Grady, Esquire<br>
Federal Bar No. CT 17139<br>
**LENIHAN, GRADY & STEELE**<br>
6 Canal Street, P.O. Box 541<br>
Westerly, RI 02891<br>
(401) 596-0183<br>
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 16th day of January, 2004, to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.