FILED

2004 JAN 22 P 2: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>　　Plaintiff | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>　　Defendants/Third-Party Plaintiffs<br>　　Cross-Claim Plaintiffs | |
| v. | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>　　Defendants/Third-Party Defendants | JANUARY 21, 2004 |

### *PAUL ARPIN VAN LINES, INC.'S MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY-FIVE INTERROGATORIES TO THE PLAINTIFF*

Now comes the Defendants/Third-Party Plaintiffs/ Cross-Claimants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. in the above entitled matter and file this its Motion For Leave to File In Excess of Twenty-Five Interrogatories to the Plaintiff, Shawn Pouliot.

Arpin's First Set of Interrogatories, which was served upon the Plaintiff with the Court's permission, consisted of ninety-six interrogatories. Arpin's proposed Second Set of Interrogatories consists of fourteen separate interrogatories. Arpin's total number of

interrogatories would therefore exceed twenty-five, thus necessitating the Court's permission to serve this Second Set of Interrogatories pursuant to Fed.R.Civ.P. 33(a).

Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Memorandum of Law, which is attached hereto and made a part hereof supports Defendant's Motion.

Defendants/Third-Party Plaintiffs/<br>
Cross-Claim Plaintiffs<br>
By their attorney:<br>
<br>
Thomas J, Grady, Esquire<br>
Federal Bar No. CT 17139<br>
**LENIHAN, GRADY & STEELE**<br>
6 Canal Street, P.O. Box 541<br>
Westerly, RI 02891<br>
(401) 596-0183<br>
(401) 596-6845 (Fax)