UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SHAWN POULIOT**                           :
    **Plaintiff**

    v.                                      :    CIVIL NO.: 3:02cv1302(DJS)

**PAUL ARPIN VAN LINES, INC., ET AL:**
    **Defendants**

## ORDER

      Paul Arpin Van Lines, Inc. And Arpin Logistics, Inc.'s Motion to Withdraw Answers to Third Request for Production (**Doc. #245**) is hereby **DENIED**. Paul Arpin Van Lines, Inc.'s Motion for Leave to File in Excess of Twenty-Five Interrogatories to the Plaintiff (**Doc. #246**) is hereby **GRANTED**

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this  26th  day of January, 2004.

                                          /s/DJS
                                          Dominic J. Squatrito
                                          United States District Judge