UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN 26  P 1: 15

US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff,<br><br>    v.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA<br>RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL,<br>    Defendants. | 3:02 CV 1302 (DJS)<br><br><br><br><br><br><br><br><br><br>January 23, 2004 |

### MOTION OF DEFENDANTS FESTO CORPORATION, MICHAEL D. KOVAC, ERICA RAMIREZ, PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS TO SHORTEN TIME FOR CONSIDERATION OF THEIR MOTION TO EXTEND TIME TO DEPOSE PLAINTIFF'S EXPERT WITNESSES

Defendants The Festo Corporation ("Festo"), Michael D. Kovac d/b/a Trans-Expo International, Erica Ramirez (collectively, the "Trans-Expo Defendants"), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (collectively, the "Arpin Defendants") respectfully submit this Motion to Shorten Time for Consideration of Their Motion to Extend the Time to Depose Plaintiff's Expert Witnesses.

Concurrently with the present motion, Defendants have filed a Motion to Extend Time to Depose Plaintiff's Expert Witnesses. As currently permitted by the Court's Scheduling Order, Defendants have until February 16, 2004 to conduct the depositions of Plaintiff's expert witnesses. Because Plaintiff has recently disclosed 17 expert witnesses, Defendants' Motion to Extend Time requests additional time beyond the present February 16, 2004 deadline to depose these expert witnesses, 15 of whom are located out-of-state in Arizona, Florida and Ohio.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

In their present Motion to Shorten Time for Consideration, Defendants respectfully request the Court to consider their Motion to Extend Time to Depose Plaintiff's Expert Witnesses within a shorter time frame than that ordinarily contemplated under the Federal Rules of Civil Procedure and this Court's Local Rules. Defendants request this consideration due to the immediacy of the February 16, 2004 date, and the difficulties in scheduling 17 expert depositions prior to that date should the Court not grant the relief requested in Defendants' Motion to Extend Time to Depose Plaintiff's Expert Witnesses.

Respectfully submitted,

THE FESTO CORPORATION,
By Its Attorneys,

JOHN A. TARANTINO, #15980
JAMES R. OSWALD, #20936
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607

MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ,
By Their Attorneys,

SUSAN O'DONNELL, #07539
HALLORAN & SAGE
One Goodwin Square
25 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006

PAUL ARPIN VAN LINES, INC. and
ARPIN LOGISTICS, INC.
By Their Attorneys,

*Tom Grady /pod*

THOMAS J. GRADY, #17039
LENIHAN, GRADY & STEELE
6 Canal Street
P.O. Box 541
Westerly, RI 02891
Tel: (401) 596-0183
Fax: (401) 596-6845

*284855_1*

## CERTIFICATION

This is to certify that on January 23, 2004, a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Joel T. Faxon, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax. No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan Grady & Steele
6 Canal Street, PO Box 541
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o John A. Tarantino, Esquire
James R. Oswald, Esquire
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

_____
Susan O'Donnell    71659.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105