AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 1:51
U.S. DISTRICT COURT
HARTFORD, CT

Shawn Pouliot,
    PLAINTIFF,
v.

Paul Arpin Van Lines, Inc. and
Arpin Logistics, Inc.
v.
FESTO Corporation Et. Al.

**APPEARANCE**

Case Number: 3:02 CV1302(DJS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    SHAWN POULIOT, PLAINTIFF

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/26/2004 | _[signature]_ |
| Date | Signature |
| | Michael R. Denison     Ct25371 |
| | Print Name     Bar Number |
| | Stratton Faxon 59 Elm Street |
| | Address |
| | New Haven     CT     06510 |
| | City     State     Zip Code |
| | (203) 624-9500     (203) 624-9100 |
| | Phone Number     Fax Number |

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance has been forwarded via U.S. regular first class mail postage prepaid, on this 26th day of January 2004 to:

Thomas J. Grady
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Roland F. Moots Jr.
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street
New Milford, CT 06776

Susan O'Donnell
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

John Tarantino,
James R. Oswald
Adler, Pollack, & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Michael A. Stratton
Stratton Faxon
59 Elm St.
New Haven, CT 06510

_____
Michael R. Denison