UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SHAWN POULIOT**                                :
    **Plaintiff**

**v.**                                                     :   CIVIL NO.: 3:02cv1302(DJS)

**PAUL ARPIN VAN LINES, INC., ET AL:**
    **Defendants**

## ORDER

      Motion of Defendants Festo Corporation, Michael D. Kovac, Erica Ramirez, Paul Arpin Van Lines, Inc. And Arpin Logistics to Extend Time to Depose Plaintiff's Expert Witnesses (**Doc. #249**) is hereby **GRANTED**. The following shall be the new scheduling order in this case until further order from this Court. Discovery, including all discovery relating to expert witnesses will be completed by **June 16, 2004.** Reports from plaintiff's experts will be due by **March 16, 2004.** Depositions of the plaintiff's experts shall be completed by **April 16, 2004.** Reports from defendants' experts shall be completed by **May 17, 2004.** Depositions of defendants' experts shall be completed by **June 16, 2004.** Dispositive motions, if any, will be filed by **July 16, 2004.**

      A joint trial memorandum shall be filed by **August 16, 2004.** This case shall be trial ready **September, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

      Motion of Defendants Festo Corporation, Michael D. Kovac, Erica Ramirez, Paul Arpin Van Lines, Inc. And Arpin Logistics to Shorten Time for Consideration of Their Motion to Extend Time to Depose Plaintiff's Expert Witnesses (**Doc. #250**) is hereby **DENIED.**

      **IT IS SO ORDERED**.

      Dated at Hartford, Connecticut, this __2nd__ day of February, 2004.


                                                        /s/DJS
                                                        Dominic J. Squatrito
                                                       United States District Judge