FILED

2004 JAN 29 P 12: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>Plaintiff | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>  Defendants/Third-Party Plaintiffs/<br>  Cross-Claim Plaintiffs | : | |
| v. | : | |
| FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>  Defendants/Third-Party Defendants | : | JANUARY 28, 2004 |

### *DEFENDANTS/THIRD-PARTY PLAINTIFFS/CROSS-CLAIM PLAINTIFFS PAUL ARPIN VAN LINES, INC AND ARPIN LOGISTICS, INC.'S OBJECTION TO FESTO CORPORATION'S MOTION TO DISMISS CROSSCLAIMS OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.*

Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") hereby Object to Festo Corporation's ("Festo") Motion to Dismiss Crossclaims of Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc dated January 13, 2004.

*ORAL ARGUMENT REQUESTED*
*NO TESTIMONY REQUESTED*

I.      <u>Festo's Motion to Dismiss pursuant to Rule 12(b)(6) is untimely.</u>

Arpin filed its "First Amended Answer and Crossclaims of Defendant Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. to Third Amended Complaint of Shawn Pouliot" on August 26, 2003 ("First Amended Cross-Claims"). Festo answered Arpin's Crossclaims on September 18, 2003. On December 2, 2003, Festo filed a Motion For Judgment on the Pleadings as to all the counts against Festo in Arpin's First Amended Cross-Claims.

On October 31, 2003, the Plaintiff's Fifth Amended Complaint was docketed. In response to Plaintiff's Fifth Amended Complaint, Arpin filed its Second Amended Answer and Crossclaims on December 18, 2003. The sixteen crossclaims against Festo are identical to those cross-claims asserted in Arpin's First Amended Cross-Claims.

Arpin's allegedly defective pleading in failing to comply with Rule 12(b)(6) was not created by any new matter raised in Arpin's December 18, 2003 Second Amended Answer and Crossclaims. As such, Festo's waiver of its right to file a pre-answer Rule 12(b)(6) motion to dismiss Arpin's First Amended Crossclaims remains with respect to Arpin's December 18, 2003 Second Amended Answer and Crossclaims. See <u>Sohns v. Dahl</u>, 392 F.Supp. 1208 at note 7. (W.D.Va., 1975).

Festo's Motion to Dismiss was filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. When a Rule 12(b)(6) Motion is filed after the pleadings have closed, such a

Motion is regularly treated as a Rule 12(c) Motion For Judgment on the Pleadings. See <u>Patel v. Contemporary Classics of Bev. Hills</u>, 259 F.3d 123, 125-26 (2nd Cir. 2001).

As Festo already filed an Answer to Arpin's First Amended Cross-Claims on September 18, 2003, and Arpin's Second Amended Crossclaim raised no new matter as to Festo, a Rule 12(b)(6) motion is untimely. Festo's Motion to Dismiss must be treated as a Motion For Judgment on the Pleadings pursuant to Fed.R.Civ.P. 12(c).

II.   <u>Incorporation by reference of Arpin's Objection to Festo's Motion For Judgment on the Pleadings.</u>

Because Festo's arguments in support of its Motion to Dismiss are identical to those asserted in its December 2, 2003 Motion For Judgment on the Pleadings, Arpin expressly incorporates by reference its Objection and Memorandum of Law in support thereof dated December 23, 2003, and its Reply Memorandum of Law in support thereof dated January 15, 2004.

For the reasons contained therein, Arpin prays that Festo's Motion to Dismiss be denied in its entirety.

Defendants and Third-Party Plaintiff
By their attorney:

Thomas J. Grady, Esquire
Federal Bar No. CT 17139
*LENIHAN, GRADY & STEELE*
6 Canal Street
P.O. Box 541
Westerly, R.I.  02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 28th day of January, 2004, to Michael A. Stratton, Esquire of *Stratton Faxon,* 59 Elm Street, New Haven, CT  06510, Roland F. Moots, Jr., Esquire *of Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT  06776, Susan O'Donnell, Esquire of *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT  06103 and John Tarantino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI  02903-2443.

4