UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN 29  P 12: 34

SHAWN POULIOT,
    Plaintiff,

v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,
    Defendants.

C.A. No. 3:02 CV1302 (DJS)

U.S. DISTRICT COURT
HARTFORD, CT.

January 27, 2004

## MOTION OF DEFENDANT FESTO CORPORATION TO COMPEL PLAINTIFF'S RESPONSES TO FIRST SET OF INTERROGATORIES AND FIRST SET OF DOCUMENT REQUESTS

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37 of the Local Rules of the United States District Court for the District of Connecticut, Defendant The Festo Corporation ("Festo") respectfully submits this Motion to Compel Plaintiff's Responses to Festo's First Set of Interrogatories and First Set of Document Requests (the "Motion to Compel").

As set forth in the accompanying memorandum of law, Plaintiff has unilaterally refused to provide responses to any of the interrogatories and document requests propounded to Plaintiff by Festo. To date, Plaintiff has not answered a single interrogatory or produced a single document to Festo in this action.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

As grounds for its Motion to Compel, Festo relies upon the memorandum of law submitted concurrently herewith.

Respectfully submitted,

THE FESTO CORPORATION,
By Its Attorneys,

_____
JOHN A. TARANTINO, #15980
JAMES R. OSWALD, #20936
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI  02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
January 27, 2004

## CERTIFICATION

TO:   Michael A. Stratton, Esq.         Thomas J. Grady, Esq.
      Stratton Faxon                    Lenihan, Grady & Steele
      59 Elm Street                     6 Canal Street
      New Haven, CT 06510               P.O. Box 541
                                        Westerly, RI 02891

      Roland F. Moots, Jr., Esq.        Susan O'Donnell, Esq.
      Moots, Pellegrini, Mannion, Martindale   Halloran & Sage
        & Dratch                        One Goodwin Square
      46 Main Street                    225 Asylum Street
      New Milford, CT 06776             Hartford, CT 06103

I hereby certify that I caused a true copy of the within, to be served on the above-named counsel of record, via regular mail, on this 27th day of January, 2004.

_____

285035_1