UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT** : | |
|     **Plaintiff** | |
| | |
| v. : | CIVIL NO.: 3:02cv1302(DJS) |
| | |
| **PAUL ARPIN VAN LINES, INC., ET AL** : | |
|     **Defendants** | |

## ORDER

    Third Party Defendants Michael Kovac D/B/A Trans-Expo International and Erica Ramirez's Motion to Dismiss and/or Strike Cross Claims (**Doc. #238**) is hereby **DENIED as moot.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   9th   day of  February, 2004.


                                                      /s/DJS
                                                    Dominic J. Squatrito
                                                    United States District Judge