UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,
    Plaintiff
v.                                       No. 3:02CV1302 (DJS)

PAUL ARPIN VAN LINES, INC., AND
ARPIN LOGISTICS, INC.,
    Defendants.

### ORDER

Now pending before the court is defendant and third-party plaintiff Arpin Logistics, Inc.'s ("Arpin") motion to compel [doc. #229]. Arpin seeks to compel plaintiff Shawn Pouliot's ("Pouliot") answers to the First Set of Interrogatories dated April 21, 2003. Arpin's motion is **GRANTED**.

The objections raised by Pouliot to interrogatories No. 25, 33, 57, 80, 84, 90 and 91 are overruled. Pouliot is ordered to provide a full and fair response to each question. Pouliot's responses to interrogatories No. 61, 62, 63, 64, 65, 66, 67 and 68 are inadequate. The interrogatories are proper under Rule 26 and, absent a legitimate objection or claim of privilege, Pouliot is obligated to provide a full and fair response to each question. Further, to the extent that Pouliot's responses to interrogatories Nos. 61-68 can be construed as a general objections, those objections are overruled.

The Court issues the following **ORDER**:

    **1.** Pouliot shall provide responses to the interrogatories **no later than March 12, 2004**.

**IT IS SO ORDERED** at Hartford, Connecticut, this 7th day of February, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE