UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>Plaintiff,<br><br>V.<br><br>PAUL ARPIN VAN LINES, INC., ET AL. | ) <br> ) CIVIL ACTION NO<br> ) 3:02 CV 1302 (DJS)<br> )<br> )<br> ) FEBRUARY 25, 2004 |

### PLAINTIFF'S MOTION FOR SANCTIONS AS TO THE DEFENDANT PAUL ARPIN VANLINES AND ARPIN LOGISTICS

Pursuant to D.Conn L. R. Civ. P. 11(a) and 37 and Rule 11 of the Federal Rules of Civil Procedure, the plaintiff files this motion for sanctions against the Arpin defendants and requests an order enjoining the current conduct of counsel for Arpin in harassing the plaintiff's specially retained experts and treating physicians. In addition, Arpin's lawyer should be severely censured for violating Local Rule 68 by unnecessarily disclosing to the Court the plaintiff's offer of judgement. Finally, Arpin should be held responsible for the attorney's fees of the plaintiff's lawyers in responding to the wrongful conduct of Arpin.

As to the first request, Arpin's counsel has repeatedly served subpoenas on the plaintiff's treating doctors asking for advance copies of the medical records without advising the plaintiff or even informing the plaintiff of the service of subpoenas. For example, Attorney Grady sent subpoenas to treating physicians Slezak, Cremer, Dankoff, and Johnston indicating that he wanted records delivered to him 6 weeks before the depositions. The deposition notices sent to all parties failed to include this document request and listed only the date of the deposition. See Subpoenas as A, and Deposition Notice as B.

Furthermore, our office had agreed in January by phone and in February by letter to set up all depositions of our specially retained experts and treaters. See letters of 2-6-04 and 2-11-04 as C. Despite our cooperation, Attorney Grady continued to serve subpoenas on these persons. See D. This conduct continued on even after repeated telephone calls and letters from our office. See E.

Arpin does not have authorizations for the retrieval of these records, and there is no authority for the use of a subpoena to acquire them. The proper method is to take the duly noticed deposition of the treater and ask for production in the deposition notice, or request authorizations from the plaintiff. The current procedure is an abuse of process. Incredibly, in addition to the subpoenas being sent, the defendant has even had ex parte communications with the plaintiff's experts and treating physicians demanding that all their records be sent to Arpin's counsel before the date of scheduled depositions. These contacts have all been conducted deceptively without the plaintiff or his counsel knowing or consenting.

We ask the Court to enjoin this conduct and sanction Arpin with attorney's fees of $7,000. See F, Affidavit of Fees Incurred By Counsel in Responding to Arpin's Improper Discovery Efforts.

As to the offer of judgment issue, Local Rule 68 makes it clear that such offers are to remain sealed. Attorney Grady disclosed the offer of judgment to the Court as Exhibit A in his February 24, 2004 Motion to Compel. There was no need for the inclusion of this exhibit which did nothing to further his position. It

was a blatant effort however to skirt the intent of Rule 68 which is to maintain the court's neutrality.

WHEREFORE the motion for sanctions should be granted

THE PLAINTIFF

BY _____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 08166
Tel: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via U.S regular first class mail, on this day to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
06103
Fax No. (401) 596-6845

**Clerk's Office**
**United States District Court**

**District of Connecticut**
450 Main Street
Hartford, Connecticut

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

Michael A. Stratton

4