**FILED**

2004 MAR -2 A 9: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
|     Defendants/Third-Party Plaintiffs | : | |
|     Cross-Claim Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|     Defendants/Third-Party Defendants | : | MARCH 1, 2004 |

**_PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION FOR LEAVE TO WITHDRAW ARPIN'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO PLAINTIFF'S ANSWERS TO DEFENDANT/THIRD-PARTY PLAINTIFFS/CROSS-CLAIM PLAINTIFFS PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S SECOND SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF, SHAWN POULIOT AND MOTION TO COMPEL COMPLIANCE WITH DEFENDANTS/THIRD-PARTY PLAINTIFFS/CROSS-CLAIM PLAINTIFFS PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S FIFTH REQUEST FOR DOCUMENTS_**

Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") hereby move for leave to withdraw their Motion to Compel labeled as **(Doc. # 262)** and the accompanying Memorandum of Law labeled as **(Doc. #263)**.

This withdrawal is prompted by concerns raised by the Plaintiff in its Motion For Sanctions which was faxed to Arpin on February 26, 2004. Plaintiff alleges that Arpin has violated Local Rule 68 by disclosing to the Court its Offer of Judgment. Arpin expressly disagrees with Plaintiff's argument, yet believes that the allegedly objectionable portion of Arpin's Motion to Compel can be withdrawn without undue prejudice to Arpin's argument and would serve to expedite the discovery process. A corrected version of this Motion to Compel will be filed with the Court.

Pursuant to Fed.R.Civ.P. 11(c)(1)(A), this Motion and accompanying Memorandum of Law have been withdrawn within twenty-one days of the service of Plaintiff's Motion for Sanctions.

Arpin hereby moves to withdraw **(Doc. #262)** and **(Doc. #263).**

Attached is a Memorandum of Law in support of Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Motion For Leave to Withdraw Arpin's Motion to Compel More Responsive Answers to Plaintiff's Answers to Defendant/Third-Party Plaintiffs/Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Second Set of Interrogatories Propounded to Plaintiff, Shawn Pouliot and Motion to Compel Compliance with Defendants/Third-Party Plaintiffs/Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Fifth Request For Documents.

By their attorney:

_____
Thomas J. Grady, Esquire
Federal Bar No. CT 17139
***LENIHAN, GRADY & STEELE***
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 1st day of March 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarntino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan, P.C.*, 2300 Financial Plaza, Providence, RI 02903-2443

_____