# United States District Court

DISTRICT OF CONNECTICUT

SHAWN POULIOT
    V
PAUL ARPIN VAN LINES, INC., ARPIN
LOGISTICS, INC., FESTO CORPORATION,
MICHAEL D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA RAMIREZ IN HER
CAPACITY AS EMPLOYEE OF TRANS-EXPO
INTERNATIONAL

APPEARANCE

CASE NUMBER: 3:02 CV1302 DJS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.

| | |
|---|---|
| March 9, 2004 | /s/ Matthew J. Corcoran |
| Date | Signature |
| | Matthew J. Corcoran, Esq.   CT 24861 |
| | Print Name |
| | Lenihan, Grady & Steele |
| | 6 Canal Street |
| | Address |
| | Westerly   RI   02891 |
| | City   State   Zip Code |
| | 401-596-0183 |
| | Phone Number |