UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHAWN POULIOT,
   Plaintiff,
      v.                               C.A. No. 3:02 CV1302 (DJS)

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,
   Defendants.                     March 9, 2004

### JOINT MOTION OF DEFENDANTS THE FESTO CORPORATION, MICHAEL D. KOVAC AND ERICA RAMIREZ TO COMPEL PLAINTIFF (1) TO PROCEED WITH THE DEPOSITION OF HIS EXPERT, ROLAND RUHL, ON MARCH 12, 2004 AND (2) TO PRODUCE DR. RUHL'S WORKPAPERS, OR, IN THE ALTERNATIVE, TO PRECLUDE DR. RUHL FROM TESTIFYING AT TRIAL IN THIS MATTER

Defendants The Festo Corporation and Michael d. Kovac and Erica Ramirez (collectively, the "Moving Defendants") respectfully submit this motion to compel Plaintiff (1) to proceed with the deposition of his expert, Roland Ruhl, on March 12, 2004, and (2) to immediately produce Dr. Ruhl's workpapers and files underlying his expert opinion in this matter. In the alternative, the Moving Defendants respectfully move this Court for an order precluding Dr. Ruhl from testifying at trial in this matter.

Plaintiff concedes that Dr. Ruhl is presently the subject of a validly-issued federal court subpoena, personally served on Dr. Ruhl nearly a month ago, requiring him to appear for deposition on March 12, 2004, and requiring him to produce his workpapers in this matter by February 27, 2004. The deposition date of March 12, 2004 was proposed, and agreed to, <u>by Plaintiff's counsel</u>, nearly one month ago. Plaintiff has represented to the Moving Defendants

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY REQUIRED**

that he will unilaterally defy the subpoena and not proceed with Dr. Ruhl's deposition on March 12, 2004. Plaintiff has not sought, much less obtained, a protective order excusing either his expert's appearance at deposition or the production of his expert's workpapers supporting his expert opinion in this case.

Because of Plaintiff's willful defiance of the subpoena, and his continuing failure to produce Dr. Ruhl's workpapers in this matter, the Moving Defendants' Motion to Compel should be granted. In the alternative, the Court should exercise its discretion to preclude Dr. Ruhl from testifying at trial in this matter for Plaintiff's willful discovery abuses.

The grounds for the Moving Defendants' Motion are set forth in their Memorandum of Law filed concurrently herewith.

        Respectfully submitted,

        THE FESTO CORPORATION,
        By Its Attorneys,

        JOHN A. TARANTINO, #15980
        JAMES R. OSWALD, #20936
        ADLER POLLOCK & SHEEHAN P.C.
        2300 Financial Plaza
        Providence, RI 02903-2443
        Tel: (401) 274-7200
        Fax: (401) 751-0604/351-4607

        MICHAEL D. KOVAC d/b/a TRANS-EXPO
        INTERNATIONAL and ERICA RAMIREZ,
        By Their Attorneys,

        SUSAN O'DONNELL, #07539
        HALLORAN & SAGE
        One Goodwin Square
        25 Asylum Street
        Hartford, CT 06103
        Tel: (860) 522-6103
Dated: March 9, 2004      Fax: (860) 548-0006

## CERTIFICATION

TO:    Michael A. Stratton, Esq. (via regular mail and facsimile)
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Roland F. Moots, Jr., Esq. (via regular mail)
Moots, Pellegrini, Mannion, Martindale
  & Dratch
46 Main Street
New Milford, CT 06776

Thomas J. Grady, Esq. (via regular mail and facsimile)
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

      I hereby certify that I caused a true copy of the within, to be served, by the methods indicated, to the above-named counsel of record on this 9th day of March, 2004.

_____
Susan O'Donnell

289657_1.doc