UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1302(DJS) |
| **PAUL ARPIN VAN LINES, INC., ET AL**<br>    **Defendants** | : |

## ORDER

_____Plaintiff's Motion for Sanctions as to the Defendant Paul Arpin Vanlines and Arpin Logistics (**Doc. #265**) is hereby **DENIED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __11th__ day of March, 2004.

                                                       /s/DJS_____
                                                       Dominic J. Squatrito
                                                       United States District Judge