UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,
    Plaintiff    :
v.    :    No. 3:02CV1302 (DJS)
    :
PAUL ARPIN VAN LINES, INC., AND    :
ARPIN LOGISTICS, INC.,    :
    Defendants.    :

FILED 2004 MAR 12 A 9 42
U.S. DISTRICT COURT
HARTFORD, CT.

## ORDER

Pursuant to the telephone conference held March 9, 2004, the court **ORDERS** the following:

1. The pending motions to compel **[doc. #271]** and to preclude testimony **[doc. #271]** are **DENIED**.

2. The pending motions to compel **[doc. #273]** and to preclude testimony **[doc. #273]** are **DENIED**.

3. The parties are **ORDERED** to take the following actions with regard to discovery:

    **a.** The parties shall arrange a mutually agreeable time and place to conduct the deposition of Dr. Roland Ruhl.

    **b.** The plaintiff shall be responsible for ensuring that the documents requested by defendants in conjunction with the deposition of Dr. Ruhl are copied and distributed to the defendants, at defendants' expense, **no less than five (5) days before** the scheduled deposition of Dr. Ruhl.

    **c.** The plaintiff shall inform the treating physicians who are the subject of document production requests from the defendants that they must comply with all lawful requests and rules of this court and further that they shall produce the requested documents. Should any of the treating physicians be scheduled for a deposition, the plaintiff shall ensure that the requested documents are copied and distributed to the defendants, at defendants' expense **no less than five (5)**

**days before** the scheduled deposition.

**4.** The parties are instructed to make every effort to resolve all future discovery disputes collegially before submitting any discovery motions in the future.

**IT IS SO ORDERED** at Hartford, Connecticut, this 11th day of March, 2004.

DOMINIC J. SQUATRITO<br>
UNITED STATES DISTRICT JUDGE