## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT** : | |
|    Plaintiff | |
| v. : | CIVIL NO.: 3:02cv1302(DJS) |
| **PAUL ARPIN VAN LINES, INC., ET AL**: | |
|    Defendants | |

### ORDER

Paul Arpin Van Lines, Inc. And Arpin Logistics, Inc.'s Motion for Leave to Withdraw Arpin's Motion to Compel More Responsive Answers (Doc. #266) is hereby **GRANTED.**

Documents 262 and 263 should be closed to public viewing or removed from the docket.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   26th   day of March, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge