A Memorandum is attached in support of this Motion. All counsel hereby move that the above requested relief be granted.

DATE: *May 13, 2004*                THE DEFENDANT AND
                                    THIRD-PARTY PLAINTIFF,

                                    BY _____
                                    Thomas J. Grady, Esquire
                                    Federal Bar No. CT 17139
                                    ***LENIHAN, GRADY & STEELE***
                                    6 Canal Street, P.O. Box 541
                                    Westerly, RI 02891
                                    (401) 596-0183
                                    (401) 596-6845 (Fax)

3

DATE: __5/12/04__                THE PLAINTIFF,

                                 BY_____
                                 Michael A. Stratton, Esquire
                                 Stratton Faxon
                                 59 Elm Street
                                 New Haven, CT  06510
                                 Federal Bar No. CT08166
                                 Tel:  203-624-9500
                                 Fax: 203-624-9100

DATE: __5/14/04__    THE DEFENDANTS AND THE THIRD-PARTY
DEFENDANTS, MICHAEL D. KOVAC AND
ERICA RAMIREZ

BY _/s/ Susan O'Donnell_

Susan O'Donnell, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar #CT07539
Tel: 860-297-4618
Fed: 860-548-0006

DATE: _May 13, 2004_   THE DEFENDANTS AND THE THIRD-PARTY
                                            DEFENDANT, FESTO CORPORATION

                                            BY _/s/ James R. Oswald_

                                            James Oswald, Esquire
                                            Adler, Pollock & Sheehan
                                            2300 Financial Plaza
                                            Providence, RI  02903-2443

DATE: May 13, 2004               THE PLAINTIFF,

BY 

                          Roland F. Moots, Esquire
                          Moots, Pellegrini, Mannion, Martindale
                              & Dratch
                          46 Main Street
                          New Milford, CT 06776
                          CT Bar No. CT29363
                          Tel: 860-355-4191
                          Fax: 860-355-8487

## CERTIFICATION

This is to certify that on May 14, 2004, a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Joel T. Faxon, Esquire
Michael R. Denison, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan Grady & Steele
6 Canal Street, PO Box 541
Westerly, RI 02891-0541

**The Festo Corporation**
c/o John A. Tarantino, Esquire
James R. Oswald, Esquire
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443

Susan O'Donnell   71659.1(HS-FP)

-8-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Discovery including all discovery relating to expert witnesses would be completed by August 30, 2004. Deposition of the Plaintiff's experts would be completed by July 1, 2004. Reports from Defendants' experts would be completed by July 31 2004. Deposition of Defendants' experts would be completed by August 30, 2004. Dispositive motions, if any, would be filed by October 1, 2004.

A joint trial memorandum would be filed by November 1, 2004. The case would be trial ready by November 15, 2004.

The undersigned contend that for good cause the Scheduling Order deadlines cannot be reasonably met, despite the diligence of all parties. All counsel move that the above requested relief be granted.

THE DEFENDANT, CROSS-CLAIM AND THIRD PARTY PLAINTIFF:

Thomas J. Grady. Esquire
Federal Bar No. CT 17139
*LENIHAN, GRADY & STEELE*
6 Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845

5

## CERTIFICATION

This is to certify that on May 14, 2004, a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Joel T. Faxon, Esquire
Michael R. Denison, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan Grady & Steele
6 Canal Street, PO Box 541
Westerly, RI 02891-0541

**The Festo Corporation**
c/o John A. Tarantino, Esquire
James R. Oswald, Esquire
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443

_____
Susan O'Donnell    71659.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105