UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                           :
    Plaintiff

v.                                      : CIVIL NO.: 3:02cv1302(DJS)

PAUL ARPIN VAN LINES, INC., ET AL:
    Defendants

## ORDER

The Joint Motion to Amend the Scheduling Order (**Doc. #278**) is hereby **GRANTED in part**. The following shall be the new scheduling order in this case until further order from this Court. Discovery, including all discovery relating to expert witnesses will be completed by **August 30, 2004**. Reports from plaintiff's experts will be due by **June 30, 2004**. Depositions of the plaintiff's experts shall be completed by **July 15, 2004**. Reports from defendants' experts shall be completed by **July 30, 2004**. Depositions of defendants' experts shall be completed by **August 30, 2004**. Dispositive motions, if any, will be filed by **October 15, 2004**.

A joint trial memorandum shall be filed by **November 15, 2004**. This case shall be trial ready **December, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   1st   day of June, 2004.


                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge