# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 3:02 CV 1302 (DJS) |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. | ) | |
| AND ARPIN LOGISTICS, INC., | ) | |
| Defendants, | ) | JUNE 28, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PROVIDE REPORTS FROM TWO DAMAGE EXPERTS

Pursuant to Local Rule 7(a) of the U. S. District Court's Local Rules of Civil Procedure, the plaintiff requests an extension of time. This extension of time is for the purpose of expanding the time the plaintiff has to provide opposing counsel with final reports from two experts: Dr. Anthony Gamboa (a vocational expert) and Dr. Robert Thompson (a physical rehabilitation expert). The plaintiff intends to disclose these two experts in a timely manner—by the June 30, 2004 deadline, but desires an additional 30 days to provide final reports.

The reason for this request is that the plaintiff has just reached maximum medical improvement as of the end of June 2004. Given that MMI has been reached, these two experts will be performing a final evaluation this week to determine the extent of his functional and work capacities. After this examination, a full report will be prepared. It is anticipated that these reports could be provided no later than July 31, 2004.

In addition, when these experts are disclosed, dates will be provided for their depositions in August 2004. All parties have agreed to conclude all depositions by August 30, 2004, and these experts depositions should not interfere with that schedule. As such, it is not expected that the scheduling order will need to be modified to change the dates for the filing of dispositive motions, the joint trial memorandum submission, or as to when the case will be trial ready.

In sum, the plaintiff asks that the current scheduling order entered June 1, 2004 be modified to allow for the reports from Gamboa and Thompson to be provided by July 31, 2004. Further, it should be modified to allow for the completion of their depositions by August 30, 2004. All other dates would remain the same, and the plaintiff would disclose these two experts with deposition date availability by June 30, 2004.

The defendants do not object to the granting of this motion. Wherefore, the plaintiff requests that this extension be granted.

          THE PLAINTIFF,

          BY:_____
             Michael A. Stratton, Esq.
             STRATTON FAXON
             59 Elm Street
             New Haven, CT 06510
             Federal Bar No. ct08166
             Tel: (203) 624-9500
             Fax: (203) 624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been forwarded via U.S regular first class mail on this day to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443
Fax No. (401) 751-0604/351-4607

                                                           _____
                                                           Michael A. Stratton, Esq.