UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                              :
    Plaintiff

v.                                         : CIVIL NO.: 3:02cv1302(DJS)

PAUL ARPIN VAN LINES, INC., ET AL:
    Defendants

## ORDER

Plaintiff's Motion for Extension of Time to Provide Reports from Two Damage Experts (Doc. #281) is hereby **GRANTED to and including July 30, 2004**. All other scheduled dates shall not be modified by this Order.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  1st  day of July, 2004.

                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge