

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>Plaintiff | : <br> : <br> : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : <br> : | |
| PAUL ARPIN VAN LINES, INC. AND<br>ARPIN LOGISTICS, INC.<br>FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>Defendants/Third-Party Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br><br><br>AUGUST 23, 2004 |

### *MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH DEFENDANTS PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS*

Pursuant to Rule 37(a)(2)(B), the Defendant Arpin Logistics, Inc. hereby moves to compel compliance with Defendant Arpin Logistics, Inc.'s Fourth Request for Production of Documents Propounded to Plaintiff, Shawn Pouliot.

On January 28, 2004 the Plaintiff, Shawn Pouliot provided Arpin with unsigned tax returns for the years 1999 and 2000. Plaintiff's counsel represented that no tax return had been filed for the year 2001. On August 11, 2004 Arpin requested from the Plaintiff, Shawn Pouliot's signed tax returns for the years 1999, 2000 and 2001. They have never been provided.

Arpin hereby requests that these signed tax returns be provided, as well as a signed tax return for the year 2001, if such a document does exist.

By their attorney

Thomas J. Grady, Esquire
Federal Bar No. CT 17139
*LENIHAN, GRADY & STEELE*
6 Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 23rd day of August 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and John Tarntino, Esquire and James R. Oswald, Esquire of *Adler, Pollack & Sheehan, P.C.*, 2300 Financial Plaza, Providence, RI 02903-2443