# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT** | : CIVIL ACTION NO. |
|     Plaintiff, | : 3:02CV1302(DJS) |
| | : |
| V. | : |
| | : |
| **PAUL ARPIN VAN LINES, INC.** | : |
| **AND ARPIN LOGISTICS, INC.,** | : |
| **THE FESTO CORPORATION, MICHAEL** | : |
| **D. KOVAC D/B/A TRANS-EXPO** | : |
| **INTERNATIONAL AND ERICA RAMIREZ,** | : |
|     Defendants, | : AUGUST 25, 2004 |

## OBJECTION TO MOTION TO CHANGE SCHEDULING ORDER

The defendant Arpin has requested a scheduling order amendment. The plaintiff objects to this amendment to the extent that it changes the date that this case is exposed for trial.

Discovery is nearly complete with only two depositions left. These two depositions include Dr. Anthony Gamboa who is available on both September 13, 2004 and September 14, 2004, as well as Dr. Robert Thompson who is available beginning at 1:00 p.m. on either September 28, 2004, October 12, 2004, October 19, 2004 or October 26, 2004. Dr. Crakes will not be used as an expert witness.

Given that these witnesses are available for deposition; and that their testimony goes to damages only, there is no reason to change these dates now set for the filing of dispositive motions or for trial.

                                      THE PLAINTIFF,

                           By:_____
                              Michael A. Stratton, Esq.
                              STRATTON FAXON
                              59 Elm Street
                              New Haven, CT 06510
                              Juris #:  421593
                              Telephone:  (203) 624-9500
                              Fax: (203) 624-9100
                              MStatton@StrattonFaxon.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale**
**& Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

                                                                                 _____
                                                                                 Michael A. Stratton, Esq.