

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff, | :<br>: |
| v. | : CIVIL ACTION NO.<br>: 3:02 CV 1302 (DJS) |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY A<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | :<br>:<br>:<br>:<br>:<br>:<br>: AUGUST 27, 2004 |

## MOTION FOR EXPEDITED HEARING

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and move this Court to hear its Motion to Amend the Scheduling Order in an expedited fashion.

Arpin submits this Motion because of the upcoming discovery deadline on August 30, 2004. For the reasons stated within the Motion to Amend the Scheduling Order, Arpin is moving to extend the discovery deadline. If such Motion is denied by this Court, discovery will have to be completed by August 30. An expedited hearing is necessary to provide the parties with adequate notice to complete all discovery should the deadline remain at August 30, 2004.

Counsel for Festo and counsel for Trans-Expo, International and Erica Ramirez have agreed to move the scheduling deadline. Counsel for the Plaintiff has responded to communications from Arpin counsel regarding this matter and indicated that he will object to this Motion.

Arpin moves this Court to hear its Motion to Amend the Scheduling Order on an expedited basis.

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

_____
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 27 day of August 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____
Thomas J. Grady, Esq.