

FILED

2004 AUG 30 A 11: 00

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | :<br>:<br>: |
| v. | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS) |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | :<br>:<br>:<br>:<br>:<br>:<br>:    AUGUST 27, 2004 |

## *MOTION TO AMEND SCHEDULING ORDER*

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and move this Court to amend the Scheduling Order. Counsel for Festo and counsel for Michael D. Kovac d/b/a Trans-Expo, International and Erica Ramirez have been contacted and have indicated that they also support a modification to the current scheduling order.

Arpin asserts that new circumstances justify moving the deadlines indicated in the current Scheduling Order forward sixty days.

A Memorandum is attached in support of this Motion. Counsel for Festo and counsel for

1

Trans-Expo, International and Erica Ramirez have agreed to the requested modification. At this time, Plaintiff's counsel has responded to Arpin counsel's request and indicated that he will object to this Motion.

DATED: August 27, 2004

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

_____
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

DATED: _____     PLAINTIFF


_____
Michael Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. CT 08166
Tel. 203-624-9500
Fax: 203-624-9100

DATED: *August 27, 2004*            DEFENDANT/THIRD PARTY

*Susan O'Donnell /tt*

Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Square
235 Asylum Street
Hartford, CT 06103
Federal Bar No. CT 07539
Tel: 860-297-4618
Fax: 860-548-0006

DATED: 8/26/04                     DEFENDANT/THIRD PARTY

                                   _____
                                   James Oswald, Esq.
                                   Adler, Pollack & Sheehan
                                   2300 Financial Plaza
                                   Providence, RI 02903-2443

DATED: _____          PLAINTIFF,


                                          _____
                                          Roland F. Moots, Jr., Esq.
                                          Moots, Pellegrini, Mannion, Martindale & Dratch
                                          46 Main Street
                                          New Milford, CT 06776
                                          CT Bar No. CT 29363
                                          Tel: 860-355-4191
                                          Fax: 860-335-8487

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of August 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

Thomas J. Grady, Esq.