UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, <br>    Plaintiff, <br><br>v. <br><br>PAUL ARPIN VAN LINES, INC. <br>and ARPIN LOGISTICS, INC., <br>    Defendants and Third Party Plaintiffs, <br><br>v. <br><br>THE FESTO CORPORATION, MICHAEL <br>D. KOVAC, d/b/a TRANS-EXPO <br>INTERNATIONAL, ERICA RAMIREZ, <br>IN HER CAPACITY AS EMPLOYEE OF <br>TRANS-EXPO INTERNATIONAL, <br>    Third Party Defendants. | CIVIL ACTION NO. <br>3:02 CV 1302 (DJS) <br><br><br><br><br><br><br>August 31, 2004 |

## **OBJECTION TO DEFENDANT'S, PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC. MOTION TO COMPEL**

The plaintiff, Shawn Pouliot, has supplemented his discovery and provided the 2001 tax returns on this same date.

    The Plaintiff,

    By:_____
        Michael A. Stratton
        Fed. Bar .:CT 08166
        **Stratton Faxon Firm**
        59 Elm Street
        New Haven, CT 06510
        Phone: (203) 624-9500
        Fax:   (203) 624-9100
        E-mail:mstratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, on this day to all counsel and pro se parties of record as follows:

Thomas J. Grady, Esq.
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

Roland F. Moots, Esq.
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

Susan O'Donnell, Esq.
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103

James R. Oswald, Esq.
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Michael A. Stratton, Esq.