UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | :<br>: |
| v. | :    CIVIL ACTION NO.<br>:    3:02 CV 1302 (DJS) |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | :<br>:<br>:<br>:<br>:<br>:<br>:    SEPTEMBER 7, 2004 |

### *PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO SEAL*

Pursuant to United States District Court of Connecticut Local Rule 5(d), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") hereby move to seal the attached document which is submitted for the Court's consideration as Exhibit 1 to Arpin's Supplemental Memorandum in Support of Arpin's Motion to Amend the Scheduling Order.

Arpin requests that this document be sealed because it contains work product and is part of a sensitive and ongoing investigation into the accident, which is the subject of this litigation. Furthermore, under the circumstances, the countervailing considerations, which might justify disclosure of this document are negligible.

1

In conformance with Local Rule 5(d), the document, which is requested to be sealed is attached with an unsealed envelope bearing the caption of the case, the case number and the caption of the document to be sealed. A memorandum in support of this motion is also attached. Arpin hereby moves the Court to seal the attached document.

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

*signature*

Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 7th day of September 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443

*signature*

Thomas J. Grady, Esq.

2