

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff,<br><br>v.<br><br>PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS)<br><br><br><br><br><br><br><br>SEPTEMBER 7, 2004 |

### SUPPLEMENTAL MEMORANDUM TO AMEND SCHEDULING ORDER

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. and file this their supplemental Memorandum in Support of their request for an additional 60 days to take additional depositions. This request is made as the result of new evidence arising on August 24, 2004 respecting the legitimacy of the within alleged accident. Based upon this report there is an ongoing investigation and Arpin will need the additional use of subpoena power to compel documents in the course of its investigation, and may need to depose additional witnesses.

The Investigative Report is requested to remain sealed since it represents information

1

relative to a very sensitive investigation, which is work product and is ongoing. See Exhibit 1. This document is attached to Paul Arpin Van Lines, Inc.'s and Arpin Logistics, Inc.'s Motion to Seal which was filed pursuant to U.S. District Court of Connecticut Local Rule 5(d). Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. request the Court to review this Investigative Report prior to consideration of the within Motion. In order to ensure that the Investigative Report remains confidential, it has not been attached to this Memorandum, but is attached to Arpin's Motion to Seal which has been filed contemporaneously with the Court.

At the present time, Arpin can foresee the need to depose Plaintiff's accountant, Mark A. Siper, William Tweedy, Dr. Thompson first and then Dr. Gamboa after the accountant has been deposed. These depositions cannot go forward until all of the documents are produced. A 2001 tax return was produced yesterday as having been prepared and submitted on August 13, 2004. The signed 1999 tax return and signed 2000 tax return of Shawn Pouliot's have not been produced.

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

*signature*

Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 7 day of September 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443

*signature*

Thomas J. Grady, Esq.

3