


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT
    Plaintiff,

v.

PAUL ARPIN VAN LINES, INC.;
ARPIN LOGISTICS, INC.; THE FESTO
CORPORATION; MICHAEL D. KOVAC
d/b/a TRANS-EXPO INTERNATIONAL,
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,

CIVIL ACTION NO.
3:02 CV 1302 (DJS)

SEPTEMBER 7, 2004

### *PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO SEAL*

Pursuant to United States District Court of Connecticut Local Rule 5(d), Paul Arpin [Van] Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") hereby move to seal the attached document which is submitted for the Court's consideration as Exhibit 1 to Arpin's Supple[mental] Memorandum in Support of Arpin's Motion to Amend the Scheduling Order.

Arpin requests that this document be sealed because it contains work product and is [part] of a sensitive and ongoing investigation into the accident, which is the subject of this litigat[ion]. Furthermore, under the circumstances, the countervailing considerations, which might justi[fy] disclosure of this document are negligible.

*9/10/04 GRANTED without prejudice.*

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

1