UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS) |
| V. | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: SEPTEMBER 8, 2004 |

## MOTION TO COMPEL PAYMENT FOR EXPERT

Now comes the plaintiff requesting that this court compel the defendant, Paul Arpin Van Lines, Inc., et al, to make payment for expert fees and costs it incurred.

On or about May 24, 2004, the defendant, Paul Arpin Van Lines, Inc., et al, deposed the plaintiff's expert, Dr. Roland Ruhl. The defendant was notified that the cost was $3,045.00 and was asked to make immediate payment in May 2004. See May 24, 2004 communications attached in Exhibit A.

Not having received payment, another demand was send on July 30, 2004. See communications of July 30, 2004 attached as Exhibit B.

Now, more than three and a half months later after incurring this bill, the defendant still has not paid.

The plaintiff requests an order requiring payment, and an order that Paul Arpin Van Lines, Inc., et al pay for the costs of this motion which undersigned represents to be $150.00.

THE PLAINTIFF,

By: _____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. 08166
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStratton@StrattonFaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

Roland F. Moots, Jr., Esq.
**Moots, Pellegrini, Mannion, Martindale & Dratch**
46 Main Street
New Milford, CT 06776

Thomas J. Grady, Esq.
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Susan O'Donnell, Esq.
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

James R. Oswald, Esq.
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton, Esq.

3

# Stratton Faxon

*Connecticut's Firm for Trial Law*

**New Haven Office**
59 Elm Street
New Haven, CT 06510
(203) 624-9500 Phone
(203) 624-9100 Fax
(866) 351-9500 Toll-free
www.strattonfaxon.com

Michael A. Stratton*
Joel T. Faxon
Michael R. Denison

* Certified Civil Trial Advocate
  National Board of Trial Advocacy

Legal Assistants
Marsha Chrzanowski
Carol Girard
Sandy Sims
Shel Swanson, RN
Macaire Montini
Sheila Geen, RN
Kristi Biondo

VIA FACSIMILE AT (401) 596-6845

May 24, 2004

Thomas Grady
Lenihan Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Re: <u>Shawn Pouliot v. Paul Arpin Van Lines, Inc., et al.</u>
    **Deposition of Roland Ruhl, Ph.D.**

Dear Tom:

Dr. Ruhl's expenses for his deposition are as follows:

| | |
|---|---:|
| Travel | $600 |
| Mileage | 45 |
| Deposition | 2,400 |
| **TOTAL** | **$3,045** |

Please pay us directly as I will be reimbursing the doctor.

Very truly yours,

*Joel T Faxon*
Joel T. Faxon

EXHIBIT A

# Stratton Faxon

*Connecticut's Firm for Trial Law*

59 Elm Street
New Haven, CT 06510
(203) 624-9500 Phone
(203) 624-9100 Fax
(866) 351-9500 Toll-free
www.strattonfaxon.com

Michael A. Stratton*
Joel T. Faxon
Michael R. Denison

* Certified Civil Trial Advocate
National Board of Trial Advocacy

Legal Assistants
Carol A. Girard
Shel Swanson, RN
Sheila Geen, RN
Kristi E. Biondo
Jason K. Gamsby
Shannon Wickham

**VIA FACSIMILE AT (401) 596-6845**

July 30, 2004

Thomas Grady
Lenihan Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Re:   **Shawn Pouliot v. Paul Arpin Van Lines, Inc., et al.**
      **Deposition of Roland Ruhl, Ph.D (April 13, 2004).**

Dear Attorney Grady:

    As we have not yet received payment for the deposition of our expert, Dr. Roland Ruhl, I have attached a copy of the letter sent by Joel T. Faxon to you regarding the above-mentioned deposition on May 24, 2004. Prompt payment is appreciated.

Very truly yours,

Jason K. Gamsby
Legal Assistant

EXHIBIT B