```
                              Volume I, Pages 1-7
                                 Exhibits NONE

                   UNITED STATES DISTRICT
                   DISTRICT OF CONNECTICUT

                              C.A. NO. 3:02 CV1302 (DJS)

  SHAWN POULIOT,
            Plaintiff,              CERTIFIED COPY

       vs.

  PAUL ARPIN VAN LINES, INC.
  AND ARPIN LOGISTICS, INC.,
            Defendants/Third-Party Plaintiffs,

       vs.

  THE FESTO CORPORATION,
  MICHAEL D. KOVAC D/B/A TRANS-EXPO INTERNATIONAL
  AND ERICA RAMIREZ IN HER CAPACITY
  AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL,
            Third-Party Defendants


       DEPOSITION OF:  WILLIAM TWEEDY

              LENIHAN, GRADY & STEELE
                   Six Canal Street
              Westerly, Rhode Island 02891

          July 26, 2004 2:05 p.m. - 2:10 p.m.


  ATKINSON-BAKER, INC. COURT REPORTERS

  330 North Brand Boulevard, Suite 250

  Glendale, California  91203

  800.228.3376

  REPORTED BY:  Linda A. Menard
                Registered Professional Reporter
                Certified Shorthand Reporter
  JOB NO. 9E05C32
```

```
 1      APPEARANCES OF COUNSEL:

 2


 3      Representing the Plaintiff:

 4          STRATTON FAXON
            BY:  Michael A. Stratton, Esquire
 5          59 Elm Street
            New Haven, CT 06510
 6          Fax:  203.624.9100

 7
        Representing the Defendants/Third-Party Plaintiffs:
 8
            LENIHAN, GRADY & STEELE
 9          BY:  Thomas J. Grady, Esquire
            Six Canal Street, P.O. Box 541
10          Westerly, RI 02891
            Fax:  401.596.6845
11
        Representing the Third-Party Defendant
12      The Festo Corp.:

13          ADLER, POLLOCK & SHEEHAN, INC.
            BY:  James R. Oswald, Esquire
14          2300 Financial Plaza
            Providence, RI 02903
15          Fax:  401.751.0604

16      Representing the Third-Party Defendants
        Michael D. Kovac, d/b/a Trans-Expo International
17      and Erica Ramirez:

18          HALLORAN & SAGE
            BY:  Susan J. O'Donnell, Esquire
19          One Goodwin Square
            225 Asylum Street
20          Hartford, CT 06103
            Fax:  860.548.0006
21
        ALSO PRESENT:
22          Jack Fuyat
            Elizabeth Wallace
23

24
```

```
 1                      I N D E X

 2
     DEPOSITION OF
 3   WILLIAM TWEEDY                              PAGE
         Examination by Mr. Stratton              4
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                      P R O C E E D I N G S
                          *   *   *   *   *
 2            WILLIAM TWEEDY, a witness called on behalf
 3   of the Plaintiff, first having been duly sworn,
 4   under oath, deposes and says as follows:
 5   EXAMINATION BY MR. STRATTON:
 6        Q.   Sir, are you here pursuant to a subpoena?
 7        A.   Yes.
 8        Q.   And what was the first thing you said to
 9   me as you were walking in the room?
10        A.   I said you were an asshole.
11        Q.   Then you sat down?
12        A.   Yeah.
13        Q.   And you gave me a hand gesture?
14        A.   I gave you the middle finger, correct.
15        Q.   Then I asked you whether you thought that
16   you were under control enough to give a deposition
17   today?
18        A.   I'm under control.  I know what I'm doing.
19        Q.   You told me that you weren't going to do
20   what?
21        A.   I ain't helping your side at all.  I got
22   amnesia.
23        Q.   You've got amnesia and you are planning on
24   lying today?
```

| | |
|---|---|
| 1 | A. Yeah, sure, why not. Did you threaten me |
| 2 | on the phone last winter, told me you'd sue me and |
| 3 | take me for everything I've got? Did you not state |
| 4 | that on the telephone? |
| 5 | Q. I'm going to continue this deposition and |
| 6 | have this done in a court of law in Rhode Island or |
| 7 | Massachusetts. |
| 8 | A. Did you tell me that on the telephone? |
| 9 | Q. You are here pursuant to a U.S. Marshal |
| 10 | subpoena? |
| 11 | A. I'm asking, you threatened me on the |
| 12 | telephone? |
| 13 | Q. I'm here -- I ask the questions; you |
| 14 | answer the questions. |
| 15 | A. You want answers from me? I ain't |
| 16 | answering any questions. You want to subpoena me in |
| 17 | here, you'll tell me under oath whether you |
| 18 | threatened me or not. You didn't tell me you'd sue |
| 19 | me and take me for everything I got if I didn't show |
| 20 | up here? |
| 21 | Q. No. |
| 22 | A. You're a clown. |
| 23 | Q. Sir, are you able to give a deposition? |
| 24 | A. Anybody else wants to ask questions other |

```
1    than you, I'll answer them.
2         Q.   I don't have any further questions right
3    now because I'm going to get a court order to have
4    you answer questions.
5         A.   That's fine.  Get in touch with my
6    attorney.  Don't get in touch with me.
7         Q.   Well, you are free to go at this point,
8    Mr. Tweedy.
9         A.   No problem.
10             (Deposition suspended at 2:05 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

7

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF BRISTOL, ss.

    I, Linda A. Menard, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing transcript of the deposition of WILLIAM TWEEDY, having been duly sworn, on Monday, July 26, 2004, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 9th day of August, 2004.

*[signature]*
Linda A. Menard, RPR
Notary Public
My commission expires:
September 17, 2004