UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>　　Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS)<br>: |
| V. | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>　　Defendants, | :<br>:<br>:<br>:<br>:<br>: OCTOBER 1, 2004 |

## MOTION FOR PROTECTIVE ORDER AND SANCTIONS

Pursuant to Rule 26 of the F.R.C.P. the plaintiff moves for a protective order. In particular, the plaintiff requests that the defendant, Paul Arpin Van lines, Inc., be precluded from requesting certain documents and taking the deposition of 1) Huntington Leasing Corporation (Exhibit A); and 2) Robert J. Baker (Exhibit B).

As to the deposition of the Huntington Leasing Corporation, the defendant Arpin, demands all leases, memos, notes, letters, purchases, payment schedules, vehicle identifications, photographs, account statements of all motor vehicles leased or sold to Shawn Pouliot and his brother Mark Pouliot between January 1, 2000 and the present time. There is no relevance regarding this deposition to the issue of liability or damages.

The plaintiff asks that a protective order be issued prohibiting this deposition and production of records.

As to the deposition of Robert J. Baker, there is no relevance regarding this deposition to the issue of the liability or damages. The plaintiff asks that a protective order be issued prohibiting this deposition.

Wherefore, the plaintiff requests that this motion be granted.

The plaintiff, requests that sanctions of $150.00 be assessed against the defendant, for the cost of bringing this motion.

THE PLAINTIFF,

By: _____
Michael A. Stratton, Esq.
Fed Bar # 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton