**EXHIBIT B**

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAWN POULIOT

v.

PAUL ARPIN VAN LINES, INC.; ARPIN LOGISTICS INC.; THE FESTO CORPORATION; MICHAEL D. KOVAC, D/B/A TRANS-EXPO INTERNATIONAL; ERICA RAMIREZ IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL

TO: ROBERT J. BAKER, 3 MARK DRIVE, SHELTON, CT 06484

### SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1]

U.S. DISTRICT COURT
OF CONNECTICUT
3:02 CV1302 (DJS)

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| LENIHAN, GRADY & STEELE, P.O. BOX 541, 6 CANAL STREET, WESTERLY, RI 02891 | OCTOBER 18, 2004 @ 10:30 A.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Thomas J. Grady, Esq., Attorney for Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. | 9/30/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, Rhode Island 02891  (401) 596-0183

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT
Plaintiff,

V.

PAUL ARPIN VAN LINES, INC.;
ARPIN LOGISTICS, INC.; THE FESTO
CORPORATION; MICHAEL D. KOVAC
d/b/a TRANS-EXPO INTERNATIONAL,
ERICA RAMIREZ, IN HER CAPACITY A
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,

CIVIL ACTION NO.
3:02 CV 1302 (DJS)

SEPTEMBER 30, 2004

## *NOTICE TO TAKE DEPOSITION*

**PLEASE TAKE NOTICE** that the Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. will take the deposition of the **ROBERT J. BAKER, on OCTOBER 18, 2004 at 10:30 A.M. at LENIHAN, GRADY & STEELE, 6 CANAL STREET, WESTERLY, RI** 02891, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a competent authority authorized to administer oaths. The examination will continue from day to day until completed.

Defendants
By their attorney:

_____
Thomas J. Grady, Esq., CT 17139
***LENIHAN, GRADY & STEELE***
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## CERTIFICATION OF NOTICE

I hereby certify that a copy of the foregoing was forwarded, via facsimile transmission this 30th day of September 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____
Thomas J. Grady, Esq.