## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS) |
| | : |
| V. | : |
| | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: SEPTEMBER 30, 2004 |

### MOTION FOR PROTECTIVE ORDER AND SANCTIONS

Pursuant to Rule 26 of the F.R.C.P. the plaintiff moves for a protective order. In particular, the plaintiff requests that the defendant, Paul Arpin Van lines, Inc., be precluded from requesting certain documents and taking the deposition of 1) Mark Pouliot (Exhibit A); and 2) the Cuyahoga Falls Police Department (Exhibit B).

As to Mark Pouliot's deposition, he is the brother of the plaintiff. The defendant, Arpin, has already deposed him on June 30, 2004. They now demand that he appear at another deposition and produce his personal cell phone records between August 1, 2001 and November 15, 2001. There is no indication as to the possible relevance of telephone records of the plaintiff's brother as indeed there is none.

This appears to be nothing more than a fishing expedition, requiring that the parties travel 800 miles, at great expense, to attend. The plaintiff asks that a protective order be issued prohibiting this deposition and production of records.

As to the Cuyahoga Falls Police Department, the defendant is seeking police investigations of two burglaries occurring at a Sunoco Service Station and a Little Caeser's Restaurant 13 years ago. This is a preposterous inquiry, and has no relationship to this case. Apparently, the defendant wants to link the plaintiff or the plaintiff's brother to these two crimes. Even if such a connection could be made, it would be irrelevant and inadmissable in this case.

Wherefore, the plaintiff requests that this motion be granted.

The plaintiff, requests that sanctions of $150.00 be assessed against the defendant, for the cost of bringing this motion.

THE PLAINTIFF,

By:_____
Michael A. Stratton, Esq.
Fed Bar # 08166
Michael R. Denison, Esq.
Fed Bar # 25371
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStratton@StrattonFaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile

transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro

se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale**
**& Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Michael R. Denison, Esq.