# EXHIBIT A

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF OHIO

SHAWN POULIOT

V.

PAUL ARPIN VAN LINES, INC.; ARPIN
LOGISTICS, INC.; THE FESTO CORPORATION;
MICHAEL D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL; ERICA RAMIREZ IN HER CAPACITY
AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL

### SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] U.S. DISTRICT COURT OF CONNECTICUT
3:02 CV1302 (DJS)

TO: MARK A. POULIOT, 25 FREDERICK AVENUE, NO. 17, AKRON, OH 44310

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| BISH & ASSOCIATES, INC. 159 SOUTH MAIN STREET, SUITE 812, AKRON, OH 44308 | OCTOBER 20, 2004 @ 9:30 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ALL TELEPHONE AND CELL PHONE RECORDS MADE IN OR OUT AS OF AUGUST 1, 2001 to NOVEMBER 15, 2001.

| PLACE | DATE AND TIME |
|---|---|
| LENIHAN, GRADY & STEELE, 6 CANAL STREET, P.O. BOX 541, WESTERLY, RHODE ISLAND 02891 | OCTOBER 16, 2004 BY 5:00 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Thomas J. Grady, Esq., Attorney for Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. | 9/29/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas J. Grady, Esq., Lenihan, Grady & Steele, P.O. Box 541, 6 Canal Street, Westerly, RI 02891 (401) 596-0183

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff,<br><br>V.<br><br>PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY A<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS)<br><br><br><br><br><br><br><br>SEPTEMBER 29, 2004 |

## *NOTICE TO TAKE DEPOSITION*

**PLEASE TAKE NOTICE** that the Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. will take the deposition of the **KEEPER OF THE RECORDS OF MARK A. POULIOT, on OCTOBER 20, 2004 at 9:30 A.M. at BISH & ASSOCIATES, INC., 159 SOUTH MAIN STREET, SUITE 812, AKRON, OH 44308**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a competent authority authorized to administer oaths. The examination will continue from day to day until completed.

Defendants
By their attorney:

*[signature]*

Thomas J. Grady, Esq., CT 17139
***LENIHAN, GRADY & STEELE***
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

### ***CERTIFICATION OF NOTICE***

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of September 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

*[signature]*

Thomas J. Grady, Esq.