# EXHIBIT B

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF OHIO

SHAWN POULIOT

V.

PAUL ARPIN VAN LINES, INC.; ARPIN LOGISTICS, INC.; THE FESTO CORPORATION; MICHAEL D. KOVAC, D/B/A TRANS-EXPO INTERNATIONAL; ERICA RAMIREZ IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: U.S. DISTRICT COURT OF CONNECTICUT
3:02 CV1302 (DJS)

TO: CUYAHOGA FALLS POLICE DEPARTMENT, 2310 SECOND STREET, CUYAHOGA FALLS, OH 44221

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| BISH & ASSOCIATES, INC., 159 SOUTH MAIN STREET, SUITE 812, AKRON, OH 44308 | OCTOBER 20, 2004 @ 9:00 A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE SCHEDULE A ON THE ATTACHED NOTICE OF DEPOSITION.

| PLACE | DATE AND TIME |
|---|---|
| LENIHAN, GRADY & STEELE, P.O. BOX 541, 6 CANAL STREET, WESTERLY, RHODE ISLAND 02891 | OCTOBER 16, 2004 BY 5:00 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE
Thomas J. Grady, Esq., Attorney for Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. | 9/29/04

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, Rhode Island 02891 (401) 596-0183

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff, | |
| | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS) |
| v. | |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY A<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | |
| | SEPTEMBER 29 2004 |

## *NOTICE TO TAKE DEPOSITION*

**PLEASE TAKE NOTICE** that the Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. will take the deposition of **KEEPER OF THE RECORDS OF THE CUYAHOGA FALLS POLICE DEPARTMENT ON OCTOBER 20, 2004 at 9:00 a.m. at BISH & ASSOCIATES, INC., 159 SOUTH MAIN STREET, SUITE 812, AKRON, OH 44308**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a competent authority authorized to administer oaths. The examination will continue from day to day until completed.

Please have all documents listed on Schedule A provided to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, Westerly, RI 02891 by October 16, 2004.

Defendants
By their attorney:

*[signature]*

Thomas J. Grady, Esq., CT 17139
***LENIHAN, GRADY & STEELE***
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of September 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

*[signature]*

Thomas J. Grady, Esq.

## SCHEDULE A

1. Any and all records relating to Report #0003901 related to a robbery of a Sunoco Gas Station at 2816 State Road, Cuyahoga Falls, OH 44227 of March 6, 1990 to include all supporting documents, notes, statements, investigative reports, interview records and interviews of police officers at the scene, diagrams, fingerprint records, photographs.

2. Any and all records relating to Report #0003152 related to a burglary at Little Caesars Pizza on July 4, 1991 at 1:30 a.m. at 1752 State Road, Cuyahoga Falls, Ohio to include all supporting documents, notes, statements, investigative reports, interview notes and interviews conducted by at the scene police officers, diagrams, fingerprint records, photographs, insurance documents and results of the lie detector tests.