FILED

2004 OCT -7 A 11: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff | :<br>:<br>: |
| v. | :   CIVIL ACTION NO.<br>:   3:02 CV 1302 (DJS) |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE FESTO<br>CORPORATION; MICHAEL D. KOVAC<br>d/b/a TRANS-EXPO INTERNATIONAL,<br>ERICA RAMIREZ, IN HER CAPACITY A<br>EMPLOYEE OF TRANS-EXPO<br>INTERNATIONAL, | :<br>:<br>:<br>:<br>:<br>:<br>:   OCTOBER 6, 2004 |

### *PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION FOR RECONSIDERATION OF MEMORANDUM OF DECISION AND ORDER (#304)*

Pursuant to Local Rule 7(a), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") respectfully move the Court to reconsider its Order granting, in part, the Plaintiff's Motion For Protective Order which was filed by the Court on September 27, 2004. (Court Doc. No. #304)

A Memorandum of Law in support of this motion is attached.

1

Arpin herby moves that the Court reconsider its Order and permit discovery into the Nationwide Mutual Insurance Company file of Shawn Pouliot.

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

_____
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this 6 day of October 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____
Thomas J. Grady, Esq.

2