UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>　　Plaintiff | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC.;<br>ARPIN LOGISTICS, INC.; THE<br>FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL, AND ERICA RAMIREZ<br>IN HER CAPACITY AS EMPLOYEE<br>OF TRANS-EXPO INTERNATIONAL<br>　　Defendants | : | October 6, 2004 |

### PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER

Pursuant to Fed.R.Civ.P. 15(a), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") move to amend their Answer to Plaintiff's Fifth Amended Complaint. Arpin adds a defense based upon newly discovered evidence indicating fraudulent conduct by the Plaintiff. See Exhibit 1, Arpin's Amended Answer and Cross-Claims. In an attempt to provide clarity, Arpin has also added notations indicating which of its cross-claims have been stricken by Court order.

1

Arpin hereby moves that it be granted leave to amend its Answer. A memorandum of law in support of this Motion is attached.

                                                Paul Arpin Van Lines, Inc. and
                                                Arpin Logistics, Inc.
                                                By their attorney,

                                                Thomas J. Grady, Esquire
                                                Federal Bar No. CT 17139
                                                ***LENIHAN, GRADY & STEELE***
                                                6 Canal Street
                                                P.O. Box 541
                                                Westerly, RI 02891
                                                (401) 596-0183
                                                (401) 596-6845 (Fax)

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of October 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan*, P.C., 2300 Financial Plaza, Providence, RI 02903-2443