

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS) |
| v. | : | JUDGE DOMINIC SQUATRITO |
| PAUL ARPIN VAN LINES, INC.; ET AL. | : | NOTICE OF MANUAL FILING |

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

1. Paul Arpin Van Lines, Inc. and Arpin Logistics Inc.'s Motion for Reconsideration of Memorandum of Decision and Order (#304).
2. Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.'s Motion for Leave to Amend its Answer.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents has been manually served on all parties.

Respectfully submitted,

Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)