UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (DJS) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY A : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL : | OCTOBER 18, 2004 |

## *MOTION TO COMPEL PAYMENT FOR EXPERT FEES*

Now come the Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") requesting that this Court compel the Plaintiff to make payment for expert fees and costs it incurred.

On August 19, 2004, the Plaintiff deposed Arpin's expert, Mr. V. Paul Herbert. The Plaintiff was notified that the cost was $1,876.00 and was asked to make immediate payment on September 7, 2004. Exhibit 1.

Having received only payment of one-third ($625.33), another demand was sent on October 15, 2004. Exhibit 2.

On October 18, 2004, Arpin counsel received a check in the amount of $625.33 from the

Festo Defendants.

Counsel for Arpin has been advised by counsel for the Trans-Expo defendants that no agreement has been made with the Plaintiff to share the costs of Mr. Herbert's deposition.

Arpin requests an order requiring payment of the remaining balance of $625.34 and attorney's fees of $150.00 for the necessity of having to bring this motion.

                                           DEFENDANT/THIRD PARTY
                                           PLAINTIFF/CROSS-CLAIM PLAINTIFF

                                           _____
                                           Thomas J. Grady, Esq.
                                           Lenihan, Grady & Steele
                                           Six Canal Street, P.O. Box 541
                                           Westerly, RI 02891
                                           (401) 596-0183
                                           (401) 596-6845 (Fax)

## *CERTIFICATION*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of October 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                             _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|    Defendants | : | OCTOBER 18, 2004 |

### *AFFIDAVIT OF MOVANT'S GOOD FAITH EFFORTS TO RESOLVE THIS DISCOVERY DISPUTE RELATIVE TO PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC. MOTION TO COMPEL PAYMENT OF EXPERT BILL*

I, Thomas J. Grady, upon oath being duly sworn as follows:

1.    On August 19, 2004, Plaintiff's counsel deposed Paul Arpin Van Lines, Inc.'s and Arpin Logistics, Inc.'s expert Mr. V. Paul Herbert.

2.    On September 7, 2004, Plaintiff's counsel was sent a bill for Mr. Herbert's fees and expenses relative to his deposition in the amount of $1,876.00.

3.    Plaintiff's counsel responded by forwarding only $625.33.

4.    Arpin's counsel faxed Plaintiff's counsel a follow up demand letter on October

15, 2004 demanding payment of the remaining balance of $1250.67.

 5. As of October 18, 2004, Plaintiff's counsel has failed to pay the full balance owed to Mr. V. Paul Herbert of $1,876.00.

 The aforesaid facts are true and correct to the best of my knowledge and belief.

 IN WITNESS THEREOF, I hereunto set my hand and seal this ___ day of October, 2004.

              _____

              Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

 In Westerly, Rhode Island on the ___ day of October 2004 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

              _____

              Notary Public:
              My Commission Expires:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                          :        CIVIL ACTION NO.
                                                3:02 CV 1302 (DJS)

   1.                                  :        JUDGE DOMINIC
                                                SQUATRITO

PAUL ARPIN VAN LINES, INC.; ET AL.     :        NOTICE OF MANUAL FILING

   Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.

have manually filed the following documents:

   1. Exhibit 1 (Letter to Attorney Michael Stratton dated September 7, 2004);
   2. Exhibit 2 (Letter to Attorney Michael Stratton dated October 14, 2004.

   The documents have not been filed electronically because the documents cannot be

converted to an electronic format.

   The documents has been manually served on all parties.

                                                Respectfully submitted,

                                                _____
                                                Thomas J. Grady, Esq. CT 17139
                                                Lenihan, Grady & Steele
                                                Six Canal Street, P.O. Box 541
                                                Westerly, RI 02891
                                                (401) 596-0183

(401) 596-6845 (Fax)