UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS) |
| 1. | : | JUDGE DOMINIC SQUATRITO |
| PAUL ARPIN VAN LINES, INC.; ET AL. | : | NOTICE OF MANUAL FILING |

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

1. Exhibit 1 (Letter to Attorney Michael Stratton dated September 7, 2004);
2. Exhibit 2 (Letter to Attorney Michael Stratton dated October 14, 2004.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents has been manually served on all parties.

Respectfully submitted,

_____
Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

Case 3:02-cv-01302-JCH    Document 315-2    Filed 10/19/2004    Page 2 of 2