UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY AS | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL, | : | OCTOBER 26, 2004 |

## _MOTION TO RESCHEDULE MEDIATION CONFERENCE OF NOVEMBER 9, 2004_

Now come, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") in

the above-entitled matter and move this Court to reschedule the mediation conference currently

scheduled for November 9, 2004.

On October 16, 2004, this Court ordered a date for a mediation conference for November

9, 2004. (Court Doc. #312) The Court also ordered that "Counsel shall be accompanied by the

appropriate persons with authority to settle, including insurance adjusters." While it may be true

that it had orally been set at an earlier time counsel were not sure of this date because the Court

had extended the discovery deadline to October 29, 2004. Indeed there is another Motion

pending at this time to extend the scheduling order to allow for additional discovery. Such discovery may well affect valuation.

Arpin counsel has learned that Mr. Shannon Ali of AIG Technical Services, Inc., the claim representative on this case will be unavailable for the settlement conference scheduled for November 9, 2004 at the United States District Court for the District of Connecticut in Hartford, Connecticut because he will be attending a mediation session in Boise, Idaho. Mr. Ali has further informed counsel that he will also be unavailable telephonically during the mediation conference. He also advises that he will need an additional 60 days to process the matter through the current claims authority procedural system at AIG.

Given the aforementioned circumstances, Arpin contends that a mediation conference may not be entirely fruitful if held on November 9, 2004, because Arpin's insurer AIG is not prepared to actively participate. Therefore, Arpin moves to reschedule the settlement conference until a later date when all appropriate parties are available.

Defendants
By their attorney:

_____
Thomas J. Grady, Esq., CT 17139
***LENIHAN, GRADY & STEELE***
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)


### ***CERTIFICATION OF NOTICE***

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of October 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.


_____
Thomas J. Grady, Esq.