UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (DJS) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY A : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL, : | OCTOBER 26, 2004 |

## *MOTION FOR EXPEDITED HEARING*

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and move this Court to hear its Motion to Reschedule the Mediation Conference of November 9, 2004.

Arpin submits this Motion because of the upcoming mediation conference scheduled for November 9, 2004. For the reasons stated within its Motion to Reschedule Mediation Conference of November 9, 2004, Arpin is moving to reschedule the scheduled mediation. Given the short timeframe between the filing of the Motion to Reschedule and the scheduling of the mediation conference, Arpin moves to have its Motion heard on an expedited basis.

Arpin moves this Court to hear its Motion to Reschedule Mediation Conference

scheduled of November 9, 2004 on an expedited basis.

>DEFENDANT/THIRD PARTY
>PLAINTIFF/CROSS-CLAIM PLAINTIFF
>
>_____
>Thomas J. Grady, Esq.
>Lenihan, Grady & Steele
>Six Canal Street, P.O. Box 541
>Westerly, RI 02891
>(401) 596-0183
>(401) 596-6845 (Fax)

### *CERTIFICATION OF NOTICE*

I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this \_\_\_ day of October 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

>_____
>Thomas J. Grady, Esq.