UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|    Defendants | : | OCTOBER 27, 2004 |

### *AFFIDAVIT OF MOVANT'S GOOD FAITH EFFORTS TO RESOLVE THIS DISCOVERY DISPUTE RELATIVE TO PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS*

I, Thomas J. Grady, upon oath being duly sworn as follows:

1. On October 18, 2004, Arpin counsel sent a letter to Plaintiff's counsel in an attempt to resolve a discovery dispute regarding Plaintiff's Answers and Objections to Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. Fifth Request for Production of Documents

2. As of October 21, 2004, the Plaintiff's counsel has not responded.

The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this ___ day of October, 2004.

                                                                                 _____
                                                                                 Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

      In Westerly, Rhode Island on the ___ day of October 2004 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

                                                                       _____
                                                                        Notary Public:
                                                                        My Commission Expires: