UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                                    :          CIVIL ACTION NO.
                                                            3:02 CV 1302 (DJS)

       v.                                        :          JUDGE DOMINIC SQUATRITO

PAUL ARPIN VAN LINES, INC.; ET AL.      :          NOTICE OF MANUAL FILING

       Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.

have manually filed the following documents:

       1.  Exhibit 1, Fifth Request for Production of Documents to be Propounded by
           Defendants, Third-Party Plaintiffs, and Cross-Claimants Paul Arpin Van Lines, Inc.
           and Arpin Logistics, Inc. to Plaintiff, Shawn Pouliot Under Rule 34;
       2.  Exhibit 2, Plaintiff, Shawn Pouliot's Objection to Defendant's Fifth Request for
           Production Propounded to Plaintiff;
       3.  Exhibit 3, Deposition of Mark Sipos, p. 5-8, 37-40, 41-44, 49-50.

       The documents have not been filed electronically because the documents cannot be

converted to an electronic format.

       The documents have been manually served on all parties.

                                                 Respectfully submitted,


                                                 _____
                                                 Thomas J. Grady, Esq. CT 17139
                                                 Lenihan, Grady & Steele
                                                 Six Canal Street, P.O. Box 541
                                                 Westerly, RI 02891

(401) 596-0183
(401) 596-6845 (Fax)