**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**SHAWN POULIOT**                        :
    **Plaintiff**

    **v.**                                      :   **CIVIL NO.: 3:02cv1302(DJS)**

**PAUL ARPIN VAN LINES, INC., ET AL:**
    **Defendants**

**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

    The following motion is hereby referred to <u>Thomas P. Smith</u>, United States

Magistrate Judge:   Motion to Reschedule Mediation Conference of November 9, 2004

(Doc. #318).

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this  <u>29th</u>  day of  <u>October</u>  , 2004.


                 <u>/s/DJS                                    </u>
                 Dominic J. Squatrito
                 United States District Judge