UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV1302(DJS) |
| | : | |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | |
| AND ARPIN LOGISTICS, INC., | : | |
| THE FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC D/B/A TRANS-EXPO | : | |
| INTERNATIONAL AND ERICA RAMIREZ, | : | |
|     Defendants, | : | OCTOBER 29, 2004 |

## OBJECTION TO POSTPONEMENT OF MEDIATION

The defendant Arpin now requests a continuance of the mediation set for November 9, 2004. The plaintiff strongly objects to this postponement.

First, this case is set for trial in February. A mediation in late January is too close to that trial date to be of any benefit to the parties. The plaintiff does not want a postponement to in any way effect the trial date in this case.

Second, the rationale for the request is spurious. The insurers have known about this date for several weeks. The notion that AIG has not yet prepared or evaluated this claim is ridiculous given there multi million dollar exposure. Certainly, AIG can free up a claims representative for a mediation on November 9, 2004 or shortly thereafter.

Finally, the plaintiff and his counsel are not available from January 5, 2005 through February 9, 2005 due to trials and pre-set travel plans.

THE PLAINTIFF,


By:_____
   Michael A. Stratton, Esq.
   Fed Bar # 08166
   STRATTON FAXON
   59 Elm Street
   New Haven, CT 06510
   Telephone:  (203) 624-9500
   Fax: (203) 624-9100
   MStratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale**
**& Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Michael A. Stratton