UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT, :
    Plaintiff :
v. : No. 3:02CV1302 (DJS)
     :
PAUL ARPIN VAN LINES, INC., AND :
ARPIN LOGISTICS, INC., :
    Defendants. :

## ORDER

Now pending before the court is defendant and third-party plaintiff Paul Arpin Van Lines, Inc.'s ("Arpin") motion for reconsideration **[doc. #178]**. Arpin seeks relief from the court's order dated September 27, 2004 **[doc. #304]** barring Arpin from discovering documents kept by the Nationwide Mutual Insurance Company ("Nationwide") and from deposing Nationwide.

The court based its September 27 ruling on the absence of a claim or counterclaim that might make the information sought by Arpin relevant to the present action. Further, the court held that any relevant information would be extrinsic and therefore not admissible at trial. Subsequently, Arpin has amended its pleading to include a counter-claim of fraud against plaintiff Shawn Pouliot ("Pouliot"). The court, therefore, finds that the factual circumstances underpinning its previous ruling no longer apply. The information protected by the court's prior ruling may lead to the discovery of admissible evidence relevant to the fraud claim; discovery is now appropriate. Further, the information sought is no longer certain to be extrinsic and thus the court cannot say, at this time, whether any evidence produced in discovery would be admissible in a future trial.

The court finds that sound reasons exist for the reconsideration of the court's September 27 ruling **[doc. #304]**. The motion for reconsideration **[doc. #307]** is **GRANTED**

pursuant to Federal Rule of Civil Procedure 60(b)(6) and the court's order is amended as follows: (1) the protective order is vacated and Arpin may seek the production of documents from Nationwide and also conduct any necessary depositions; and (2) this ruling does not, however, alter or vacate the portion of the September 27 ruling that dealt with the deposition of William Tweedy.

**IT IS SO ORDERED** at Hartford, Connecticut, this ___2nd___ day of November, 2004.

                                              /s/DJS
                                 **DOMINIC J. SQUATRITO**
                                 **UNITED STATES DISTRICT JUDGE**