UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY A | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL, | : | NOVEMBER 3, 2004 |

### *MOTION FOR EXPEDITED HEARING*

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and move this Court to hear the two outstanding discovery motions listed below.

(1) Court Docket #307 Motion For Reconsideration re 304 Order on Motion to Expedite, Order on Motion For Protective Order, Order on Motion For Sanctions by Arpin Logistics, Inc.

(2) Court Docket #323 Motion & Memorandum of Law to Compel more responsive answers by Arpin Logistics, Inc., Paul Arpin Van Lines, Inc.

The discovery deadline for the current scheduling order in this case is November 29,

2004. A mediation conference is tentatively scheduled for the month of December 2004. If these Motions are not heard prior to the discovery deadline of November 29, 2004, then Arpin will lose these Motions by default. Arpin files this Motion to avoid that unduly prejudicial result.

1.    Motion For Reconsideration

Arpin moves this Court to hear its Motion For Reconsideration (Court Docket #307) on an expedited basis. Arpin's Motion for Reconsideration requests the Court to reconsider its previous Order barring discovery of an insurance claim file of Shawn Pouliot. If Arpin's Motion For Reconsideration is granted then a records deposition of Nationwide Insurance will have to go forward prior to the discovery deadline of November 29, 2004. The Plaintiff's time to respond to the Motion For Reconsideration expired on October 28, 2004. The Plaintiff will not be prejudiced by an expedited hearing of the Motion For Reconsideration. Given the time constraints imposed by the applicable scheduling order, Arpin respectfully moves the Court to hear its Motion For Reconsideration (Court Docket # 307) on an expedited basis to allow for adequate time to schedule and conduct the aforementioned records deposition.

2.    Motion to Compel

Arpin also moves the Court to hear its Motion to Compel More Responsive Answers (Court Docket #323) on an expedited basis. The current discovery deadline is set for November

29, 2004 and a mediation conference is tentatively scheduled for December of 2004.  In order to engage in a productive mediation process, Arpin believes that this outstanding discovery motion must be heard prior to the scheduled date of the mediation conference.  The Motion to Compel seeks production of the corporate charter of Plaintiff's corporation entitled GMAB, Inc., Shawn Pouliot's cellular phone records from July 1, 2001 to December 31, 2001, and Shawn Pouliot's credit card bills from each month of 2000 and 2001.  Arpin hereby moves the Court to hear its Motion to Compel (Court Docket #323) on an expedited basis.

In the alternative, Arpin moves the Court to decide the Motion to Compel on an expedited basis after the Plaintiff responds to the Motion to Compel or after Plaintiff's time to respond has run on November 19, 2004, whichever date is earlier.

Arpin respectfully moves the Court to hear the Motions filed under Court Docket #307 and Court Docket #323 on an expedited basis.

> Defendants
> By their attorney:
>
> _____
> Thomas J. Grady, Esq., CT 17139
> ***LENIHAN, GRADY & STEELE***
> Six Canal Street, P.O. Box 541
> Westerly, RI 02891
> (401) 596-0183
> (401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

      I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of November 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                                                                                                           _____

                                                                                                                           Thomas J. Grady, Esq.