UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
|     Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (DJS) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY AS : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL, : | NOVEMBER 3, 2004 |

### *MOTION TO AMEND RULING ON MOTIONS TO POSTPONE SETTLEMENT CONFERENCE (DKT. #318) AND FOR AN EXPEDITED HEARING (DKT. #319)*

The Arpin Defendants respectfully request that the Court amend its Ruling of November 1, 2004 to reflect the true known facts in this case in that Plaintiff is not now nor was he ever a quadriplegic. He is a paraplegic with an injury at the level of T12-L1 of the spine.

The Arpin Defendants would respectfully request that the last word in paragraph one on page two "quadriplegic" be substituted by the word "paraplegic".

DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF


_____
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)


### *CERTIFICATION OF NOTICE*

     I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of November 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.


_____
Thomas J. Grady, Esq.