UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (DJS) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY A : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL : | NOVEMBER 4, 2004 |

### *MOTION TO COMPEL PAYMENT FOR EXPERT FEES*

Now come the Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") requesting that this Court compel the Plaintiff to make payment for expert fees and costs it incurred.

On July 29, 2004, the Plaintiff deposed Arpin's expert, Dr. Irving Ojalvo. The Plaintiff was notified that the cost was $3,517.00 and was asked to make immediate payment on July 30, 2004. Exhibit 1. A second notice was sent and a final notice was sent. See Exhibit 2.

Having received only payment of one-third ($1,172.33) from Plaintiff's counsel, another demand was sent on October 29, 2004. Exhibit 3. Other counsel advised of no obligation to pay these fees. They are the exclusive responsibilities of Plaintiff to pay.

Arpin requests an order requiring payment of the remaining balance of $2,344.67 and attorney's fees of $150.00 for the necessity of having to bring this motion.

                                               DEFENDANT/THIRD PARTY
                                               PLAINTIFF/CROSS-CLAIM PLAINTIFF

                                               _____
                                               Thomas J. Grady, Esq.
                                               Lenihan, Grady & Steele
                                               Six Canal Street, P.O. Box 541
                                               Westerly, RI 02891
                                               (401) 596-0183
                                               (401) 596-6845 (Fax)

### ***CERTIFICATION***

      I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of November 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                               _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|    Defendants | : | NOVEMBER 4, 2004 |

### *AFFIDAVIT OF MOVANT'S GOOD FAITH EFFORTS TO RESOLVE THIS DISCOVERY DISPUTE RELATIVE TO PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC. MOTION TO COMPEL PAYMENT OF EXPERT BILL*

I, Thomas J. Grady, upon oath being duly sworn as follows:

1. On July 29, 2004, Plaintiff's counsel deposed Paul Arpin Van Lines, Inc.'s and Arpin Logistics, Inc.'s expert Dr. Irving Ojalvo.

2. On July 30, 2004, Plaintiff's counsel was sent a bill for Dr. Irving Ojalvo's fees and expenses relative to his deposition in the amount of $3,517.00.

3. Plaintiff's counsel responded by forwarding only $1,172.33.

4. Arpin's counsel faxed Plaintiff's counsel a follow up demand letter on October

29, 2004 demanding payment of the remaining balance of $2,344.67.

5.     As of November 4, 2004, Plaintiff's counsel has failed to pay the full balance owed to Dr. Irving Ojalvo of $2,344.67.

The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this ___ day of November, 2004.

_____

Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly, Rhode Island on the ___ day of November 2004 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

_____

Notary Public:
My Commission Expires:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                             :        CIVIL ACTION NO.
                                                   3:02 CV 1302 (DJS)

                                          :        JUDGE DOMINIC SQUATRITO

PAUL ARPIN VAN LINES, INC.; ET AL.        :        NOTICE OF MANUAL FILING

    Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

1. Exhibit 1 (Invoice to Attorney Michael Stratton dated July 30, 2004 from Dr. Irving Ojalvo);
2. Exhibit 2 (Second Notice Invoice and Final Notice Invoice to Attorney Michael Stratton from Dr. Irving Ojalvo).
3. Exhibit 3 (Letter to Attorney Stratton dated October 29, 2004 from Attorney Grady).

    The documents have not been filed electronically because the documents cannot be converted to an electronic format.

    The documents have been manually served on all parties.

    Respectfully submitted,

_____
Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541

Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)