UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY A | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL | : | NOVEMBER 4, 2004 |

## *MOTION FOR EXPEDITED HEARING*

Now come the Defendants, Third-Party Plaintiffs and Cross-Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and move this Court to hear its Motion to Compel Payment of Expert Fees which was filed on November 4, 2004 on an expedited basis.

The discovery deadline for the current scheduling order in this case is November 29, 2004.  Given the brief period of time between the current date and the deadline for discovery, Arpin requests that its Motion be heard prior to the conclusion of discovery so that Arpin will not lose this Motion through default by the passage of the discovery deadline.

Arpin respectfully moves the Court to hear its Motion to Compel Payment of Expert Fees

dated November 4, 2004.

                              DEFENDANT/THIRD PARTY
                              PLAINTIFF/CROSS-CLAIM PLAINTIFF

                              _____
                              Thomas J. Grady, Esq.
                              Lenihan, Grady & Steele
                              Six Canal Street, P.O. Box 541
                              Westerly, RI 02891
                              (401) 596-0183
                              (401) 596-6845 (Fax)

## *CERTIFICATION*

     I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of November 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                              _____