UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>Plaintiff,<br><br>V.<br><br>PAUL ARPIN VAN LINES, INC., ET AL. | )<br>) CIVIL ACTION NO<br>) 3:02 CV 1302 (DJS)<br>)<br>)<br>)<br>) NOVEMBER 9, 2004 |

## MOTION TO COMPEL PAYMENT OF FEES

Pursuant to D.Conn L. R. Civ. P. 37(a)(2), Fed. R. Civ. P. 26 & 37, the plaintiff files this motion to compel the payment of expert fees. The plaintiff agreed to advance the fees for the depositions of Dr. Thompson and Dr. Gamboa (plaintiff's retained experts). Under Fed. R. Civ. P. 26, the defendants are obliged to pay for these expenses. All defendants agreed to remit payment. See Letter attached to Affidavit. Only Arpin has paid. Festo and Trans-Expo have failed to reimburse the undersigned for the costs of the deposition that they were to pay. Accordingly, an order should enter holding the defendants (Festo and Trans-Expo) to their word. The share owed is $2,333.33 each. An affidavit in compliance with Local Rule 37(a)(2) is attached hereto.

WHEREFORE, the plaintiff requests that the motion be granted.

THE PLAINTIFF

BY _____
Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 16255
Tel: (203) 624-9500
Fax: (203) 624-9100
jfaxon@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been forwarded to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Court
Six Canal Street
P.O. Box 541
Westerly, RI  02891
06103
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

**Clerk's Office**
**United States District**

**District of Connecticut**
450 Main Street
Hartford, Connecticut

_____
Joel T. Faxon

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, | ) |
| | ) CIVIL ACTION NO |
| | ) 3:02 CV 1302 (DJS) |
| V. | ) |
| | ) |
| PAUL ARPIN VAN LINES, INC., ET AL. | ) NOVEMBER 9, 2004 |

## AFFIDAVIT OF JOEL T. FAXON

1. I, Joel T. Faxon, am over the age of 18 years and believe in the obligations of the oath and swear to the truth of the following.

2. The defendants agreed to reimburse the undersigned for expert fees in accordance with the attached letters. Arpin has paid. Festo and Trans-Expo have not.

3. The defendants are in breach of the reimbursement agreement and should be ordered to reimburse the undersigned immediately.

_____
Joel T. Faxon

On November 9, 2004 Joel T. Faxon personally appeared before me and swore to the truth of the affidavit's content.

_____
Notary Public
Commission Expires: 8/31/06

LAW OFFICES OF
# LENIHAN GRADY & STEELE
THE DENISON HOUSE
6 CANAL STREET
P.O. BOX 541
WESTERLY, RHODE ISLAND 02891-0541

F. THOMAS LENIHAN
(1939-2003)
THOMAS J. GRADY*
MARGARET L. STEELE*

MICHELLE A. BUCK*
MATTHEW J. CORCORAN*

TELEPHONE (401) 596-0183
FACSIMILE (401) 596-6845

*ADMITTED TO PRACTICE IN
RI AND CT

Mr. Michael A. Stratton, Esquire
59 Elm Street
New Haven, CT 06510

October 8, 2004

Re: Payment of Gamboa and Thompson Depositions

Dear Mike:

By this letter, we agree to pay Dr. Gamboa and Dr. Thompson's deposition costs on or before November 1, 2004.

Our understanding is that Dr. Gamboa and Dr. Thompson have each set aside seven hours for these depositions. Our understanding is that Dr. Gamboa's cost for a seven hour deposition is $3,150 and Dr. Thompson's cost for a seven hour deposition is $3,850. Our understanding is that the costs of the deposition might be appropriately re-calculated should they run less than seven hours.

Our understanding is that Stratton Faxon will advance these monies to Dr. Gamboa and Dr. Thompson and we will reimburse Stratton Faxon for these costs.

It is further understood after discussions with counsel for the Festo and Trans-Expo Defendants that the deposition costs will be borne one-third each by the Arpin, Festo and Trans-Expo Defendants respectively.

Very Truly Yours,

Thomas J. Grady, Esquire