FILED

2004 NOV 10 A 8: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT
    Plaintiff

VS.                                 CIVIL ACTION NO.
                                   3:02 CV1302 (DJS)

PAUL ARPIN VAN LINES
ARPIN LOGISTICS, INC.
    Defendants/Third Party Plaintiffs

VS.

THE FESTO CORPORATION
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL
ERICA RAMIREZ
    Third Party Defendants            November 9, 2004

## TRANS-EXPO'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PAYMENT OF FEES

The third-party defendant, Michael D. Kovac d/b/a Trans-Expo International (hereafter "Trans-Expo"), objects to the November 9, 2004 Motion to Compel Payment of Fees filed by the plaintiff.

In his November 9, 2004 Motion to Compel Payment of Fees, Attorney Joel Faxon, on behalf of the plaintiff, represents to this Court that Trans-Expo has failed to reimburse him for the costs of depositions of Dr. Thompson and Dr. Gamboa (plaintiff's retained experts) that it agreed to pay. Moreover, Attorney Faxon has filed an Affidavit in which he asserts that the defendant Trans-Expo was in "breach of the reimbursement agreement and should be ordered to reimburse the undesigned immediately."

**Oral Argument Not Requested**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

As grounds for this objection, counsel for Trans-Expo declares that on November 2, 2004 she sent Mr. Faxon's partner, Attorney Michael Stratton, a letter which enclosed Trans-Expo's (insured by State Farm) one-third share of the deposition charges of Dr. Gamboa and Dr. Thompson. A copy of the letter and check are attached hereto. In fact, counsel for Trans-Expo remitted the sum of $2,443.00. In the Motion to Compel, plaintiff's counsel contends that the share owed was $2,333.33 each. As such, not only has Trans-Expo reimbursed plaintiff's counsel, it has over-paid by the amount of $109.67.

WHEREFORE, the third-party defendant Michael D. Kovac d/b/a Trans-Expo International respectfully requests that the plaintiff's November 9, 2004 Motion to Compel Payment of Fees as to Trans-Expo be denied.

THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL AND ERICA RAMIREZ, IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INT'L.

BY: _____
Susan O'Donnell of
HALLORAN & SAGE LLP
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

## CERTIFICATION

This is to certify that on November 9, 2004, a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Joel T. Faxon, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax. No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan Grady & Steele
6 Canal Street, PO Box 541
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

FP)

Susan O'Donnell

615160.1(HS-

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

SUSAN O'DONNELL  Direct 860 297-4618  odonnell@halloran-sage.com

November 2, 2004

Michael A. Stratton, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510

    Re:    <u>Shawn Pouliot v. Paul Arpin Van Lines, Inc., et al.</u>
            D/A              :    10/22/01
            Our File No.    :    01355.4172

Dear Michael:

    Enclosed please find State Farm Insurance Company's check in the amount of $2,443.00 representing our 1/3 share of the deposition charges of Dr. Gamboa and Dr. Thompson.

                                                         Very truly yours,

                                                         Susan O'Donnell

SO/eap
Enclosure

611512_1.DOC

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103    860 522-6103    Fax 860 548-0006    www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C. / White Plains, NY