UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, | ) |
| Plaintiff, | ) CIVIL ACTION NO |
| | ) 3:02 CV 1302 (DJS) |
| V. | ) |
| | ) |
| PAUL ARPIN VAN LINES, INC., ET AL. | ) NOVEMBER 8, 2004 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ARPIN'S MOTION TO COMPEL (Doc. #335)

Pursuant to D.Conn L. R. Civ. P. 7(a)(1) & Fed. R. Civ. P. 26, the plaintiff files this memorandum in opposition to Arpin's motion to compel (Doc. #335). The court previously ruled that the plaintiff was required to pay 1/3 of Arpin's liability expert's fee for attending and giving testimony at deposition and denied a motion for attorneys' fees. See Order on Motion to Compel (Doc. #330) (Nov. 2, 2004). With respect to Ojalvo, the plaintiff has remitted 1/3 of the expenses billed. Much of the Ojalvo deposition involved the co-defendants' interrogation of Ojalvo who holds opinions critical of the co-defendants. Thus, the deposition served as a discovery tool for the co-defendants and they should be required (as the court did in the November 2 order) to remit their portion of the fees. As such, the expert's expenses should be shared by all parties adverse to Arpin.

WHEREFORE, the plaintiff requests that the motion be denied.

                                                THE PLAINTIFF

                                                BY_____
                                                  Joel T. Faxon
                                                  Stratton Faxon
                                                  59 Elm Street
                                                  New Haven, CT 06510
                                                  Federal Bar No. ct 16255
                                                  Tel:  (203) 624-9500
                                                  Fax: (203) 624-9100
                                                  jfaxon@strattonfaxon.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been forwarded to:

| | |
|---|---|
| **Thomas J. Grady, Esq.**<br>**Lenihan, Grady & Steele**<br>Six Canal Street<br>P.O. Box 541<br>Westerly, RI  02891<br>06103<br>Fax No. (401) 596-6845 | **Clerk's Office**<br>**United States District Court**<br>**District of Connecticut**<br>450 Main Street<br>Hartford, Connecticut |
| **Susan O' Donnell, Esq.**<br>**Halloran & Sage, LLP**<br>One Goodwin Square<br>Hartford, CT 06103<br>Fax No. (860) 548-0006 | |
| **James R. Oswald, Esq.**<br>**Adler, Pollock & Sheehan, PC**<br>2300 Financial Plaza<br>Providence, RI 02903-2443<br>Fax No. (401) 751-0604/351-4607 | |

                                                _____
                                                Joel T. Faxon