UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>Plaintiff,<br><br>V.<br><br>PAUL ARPIN VAN LINES, INC., ET AL. | )<br>)  CIVIL ACTION NO<br>)  3:02 CV 1302 (DJS)<br>)<br>)<br>)<br>)  NOVEMBER 9, 2004 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ARPIN'S MOTION TO COMPEL (Doc. #335)

Pursuant to D.Conn L. R. Civ. P. 7(a)(1) & Fed. R. Civ. P. 26, the plaintiff files this memorandum in opposition to Arpin's motion to compel (Doc. #335). The court previously ruled that the plaintiff was required to pay 1/3 of Arpin's liability expert's fee for attending and giving testimony at deposition and denied a motion for attorneys' fees. See Order on Motion to Compel (Doc. #330) (Nov. 2, 2004). With respect to Ojalvo, the plaintiff has remitted 1/3 of the expenses billed. Much of the Ojalvo deposition involved the co-defendants' interrogation of Ojalvo who holds opinions critical of the co-defendants. Thus, the deposition served as a discovery tool for the co-defendants and they should be required (as the court did in the November 2 order) to remit their portion of the fees. As such, the expert's expenses should be shared by all parties adverse to Arpin.

WHEREFORE, the plaintiff requests that the motion be denied.

                    THE PLAINTIFF

BY _____
Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 16255
Tel: (203) 624-9500
Fax: (203) 624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
06103
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

**Clerk's Office**
**United States District Court**

**District of Connecticut**
450 Main Street
Hartford, Connecticut

_____
Joel T. Faxon

| | | |
|---|---|---|
| | | filed by Shawn Pouliot. (Blue, A.) (Entered: 11/01/2004) |
| 11/01/2004 | 327 | RULING granting 318 Motion to Reschedule mediation conference, granting 319 Motion for Expedited Hearing, Signed by Judge Thomas P. Smith on 11/1/04. (Blue, A.) (Entered: 11/01/2004) |
| 11/02/2004 | 328 | RESPONSE re 326 OBJECTION filed by Arpin Logistics Inc, Paul Arpin Van Lines Inc. (Blue, A.) (Entered: 11/02/2004) |
| 11/02/2004 | 329 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER denying 305 Motion for Protective Order, denying 305 Motion for Sanctions, denying 306 Motion for Protective Order, denying 306 Motion for Sanctions , Signed by Judge Dominic J. Squatrito on 11/2/04. (Pike, C.) Modified on 11/3/2004 (Blue, A.). (Entered: 11/02/2004) |
| 11/02/2004 | 330 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER granting in part 315 Motion to Compel. Plaintiff is ordered to pay $625.34 in outstanding expert fees and costs. Motion for attorney's fees is DENIED . Signed by Judge Dominic J. Squatrito on 11/2/04. (Pike, C.) (Entered: 11/02/2004) |
| 11/02/2004 | 331 | ORDER granting 307 Motion for Reconsideration , Signed by Judge Dominic J. Squatrito on 11/2/04. (Blue, A.) (Entered: 11/02/2004) |
| 11/04/2004 | 332 | MOTION for Expedited Hearing by Arpin Logistics Inc, Paul Arpin Van Lines Inc. (Blue, A.) (Entered: 11/04/2004) |
| 11/04/2004 | 333 | MOTION to Amend 327 Order on Motion to Continue, Order on Motion to Expedite by Arpin Logistics Inc, Paul Arpin Van Lines Inc.Responses due by 11/25/2004 (Blue, A.) (Entered: 11/04/2004) |
| 11/04/2004 | 334 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER denying 332 Motion for Expedited Hearing . Signed by Judge Dominic J. Squatrito on 11/4/04. (Pike, C.) (Entered: 11/04/2004) |
| 11/05/2004 | 335 | MOTION to Compel payment for expert fees by Arpin Logistics Inc, Paul Arpin Van Lines Inc.Responses due by 11/26/2004 (Blue, A.) (Entered: 11/05/2004) |
| 11/05/2004 | 336 | MOTION for Expedited Hearing on motion to compel 335 by Arpin Logistics Inc, Paul Arpin Van Lines Inc. (Blue, A.) (Entered: 11/05/2004) |
| 11/08/2004 | 337 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY |