UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS) |
| V. | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: NOVEMBER 16, 2004 |

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS DIRECTED TO ARPIN

The plaintiff moves for an order directing the defendant Arpin to answer fully Interrogatories one and two as well as Requests for Production one and two. (See Discovery Requests and Defendant's Response as Exhibit A).

The plaintiff and defendant have consulted and are unable to reach agreement on these four requests.

As to the first Interrogatory, the defendant has answered it subject to the objection made in the section "General Objections." This information should be provided without qualification as it requests the factual basis for the very serious charge of fraud made by the defendant.

As to the second request for production this request asks for any evidence supporting the allegation of fraud. Again, this should be provided without qualification.

As to the second Interrogatory, it is requested that the defendant list all videotaping or recordings that have been made of the plaintiff or other persons. All of this information should be provided.

The first Request for Production requests that these recordings be produced which is also a legitimate request given the gravity of the defendant's charges.

THE PLAINTIFF,

By: _____
Michael A. Stratton, Esq.
Fed Bar # 08166
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton