UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHAWN POULIOT** | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02CV1302(DJS) |
| | : | |
| V. | : | |
| | : | |
| **PAUL ARPIN VAN LINES, INC.** | : | |
| **AND ARPIN LOGISTICS, INC.,** | : | |
| **THE FESTO CORPORATION, MICHAEL** | : | |
| **D. KOVAC D/B/A TRANS-EXPO** | : | |
| **INTERNATIONAL AND ERICA RAMIREZ,** | : | |
|    Defendants, | : | NOVEMBER 17, 2004 |

## REPLY TO TRANS-EXPO OBJECTION TO MOTION RE: PAYMENT OF EXPERT FEES

The plaintiff apologizes to the court and Trans-Expo for claiming inaccurately that they had not paid their fair share of the Gamboa/Thompson expert costs. They have paid. The defendant Festo, also indicated that they are now sending payment. Only the defendant Arpin has not paid.

THE PLAINTIFF,

By:_____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Fed Bar: CT08166
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStatton@StrattonFaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Michael A. Stratton, Esq.