UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY A | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL | : | DECEMBER 3, 2004 |

## *REPLY TO PLAINTIFF'S MOTION FOR PAYMENT OF EXPERT FEES*

Contrary to the assertions of the Plaintiff in its Reply to Trans-Expo Objection to Motion Re: Payment of Expert Fees dated November 17, 2004 that, "Only the defendant Arpin has not paid", the certification date not appearing, Arpin paid $2,443.00 to Stratton Faxon for these

1

witness fees.  Copy of check #898B72472446 and letter to Attorney Stratton are attached as

Exhibit A.

                                                                  DEFENDANT/THIRD PARTY
PLAINTIFF/CROSS-CLAIM PLAINTIFF

_____
Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## *CERTIFICATION*

      I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of December 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

_____