UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO.<br>3:02 CV 1302 (DJS) |
| | : | JUDGE DOMINIC SQUATRITO |
| PAUL ARPIN VAN LINES, INC.; ET AL. | : | NOTICE OF MANUAL FILING |

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

1. Exhibit A (Copy of check #898B 72472446 and letter dated November 23, 2004).

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents has been manually served on all parties.

                                                  Respectfully submitted,

                                                  _____

                                                  Thomas J. Grady, Esq. CT 17139
                                                  Lenihan, Grady & Steele
                                                  Six Canal Street, P.O. Box 541
                                                  Westerly, RI 02891
                                                  (401) 596-0183
                                                  (401) 596-6845 (Fax)