UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY A | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL | : | DECEMBER 8, 2004 |
|     Defendants | | |

### *PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO ADMIT A VISTING ATTORNEY PURSUANT TO LOCAL RULE 83.1(d)(1)*

Pursuant to Local Rule 83.1(d)(1), Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. ("Arpin") move this court to permit the admission of Karen Wolf, Esquire to represent it in this matter. An affidavit from Attorney Wolf has been submitted in compliance with Local Rule 83.1(d) (1).

Attorney Wolf is a member of the law firm of Friedman, Gaythwaite, Wolf & Leavitt, LLP located in Portland, Maine. Attorney Wolf is a graduate of the Syracuse University College of Law.

Attorney Wolf is admitted to practice law in the State of New Hampshire, the State of Maine, the United States District Court of Maine, the United States District Court of New Hampshire and the United States Court of Appeals, First Circuit.

Attorney Wolf has not been denied admission or disciplined by this Court or any other Court. Attorney Wolf has also reviewed and is familiar with the United States District Court of Connecticut Local Rules.

Arpin hereby moves for the admission of Attorney Karen Frink Wolf as an attorney of record for Arpin in this matter.

                                         Paul Arpin Van Lines, Inc. by their attorney:

                                         _____

                                         Thomas J. Grady, Esq., #1005
                                         Lenihan, Grady & Steele
                                         Six Canal Street, P.O. Box 541
                                         Westerly, RI 02891
                                         (401) 596-0183
                                         (401) 596-6845 (Fax)

## *CERTIFICATION OF NOTICE*

     I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of December 2004 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443.

                                                _____
                                             Thomas J. Grady, Esquire