UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| v. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. AND | : | |
| ARPIN LOGISTICS, INC. | : | |
| FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL, AND ERICA RAMIREZ | : | |
| IN HER CAPACITY AS EMPLOYEE | : | |
| OF TRANS-EXPO INTERNATIONAL | : | |
|     Defendants | : | December 8, 2004 |

### *AFFIDAVIT IN SUPPORT OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO ADMIT A VISTING ATTORNEY PURSUANT TO LOCAL RULE 83.1(d)(1)*

I, Karen Frink Wolf, Esquire upon oath being duly sworn as follows:

1. My office address is:

    Friedman Gaythwaite Wolf & Leavitt, LLP
    Suite 400, Six City Center, P.O. Box 4726
    Portland, Maine 04112-4726

2. My office telephone number is (207) 761-0900.

3. My office facsimile number is (207) 761-0186.

4. My e-mail address is KWolf@fgwl-law.com.

5. I am admitted to practice in the following courts:

    (a) State of Maine

    (b) State of New Hampshire

    (c) United States District Court of Maine

    (d) United States District Court of New Hampshire

    (e) United States Court of Appeals, First Circuit

6. I have not been denied admission or disciplined by the United States District Court of the District of Connecticut, or any other court.

7. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

IN WITNESS THEREOF, I hereunto set my hand and seal this ___ day of December, 2004.

                                                               _____
                                                                Karen Frink Wolf

STATE OF RHODE ISLAND  
COUNTY OF WASHINGTON

In Westerly, Rhode Island on the ___ day of December 2004 before me personally appeared Karen Frink Wolf to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument, by she so executed to be her free act and deed.

                                                               _____
                                                               Notary Public:  
                                                               My Commission Expires:

Case 3:02-cv-01302-JCH    Document 353-2    Filed 12/09/2004    Page 3 of 3