## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| | : | NO. 3:02 CV1302 (DJS) |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 13, 2004 |

**MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ'S ANSWER AND AFFIRMATIVE DEFENSE TO JUNE 9, 2003 SECOND AMENDED THIRD-PARTY COMPLAINT**

**Jurisdictional Allegations**

1. The allegations of Paragraph 1 are admitted.

2. The allegations of Paragraph 2 are admitted.

3. As to the allegations of Paragraph 3, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leave the Third-Party Plaintiffs to their proof.

4. As to the allegations of Paragraph 4, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leave the Third-Party Plaintiffs to their proof.

5. The allegations of Paragraph 5 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. The allegations of Paragraph 6 are denied.

7. As to the allegations of Paragraph 7, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leave the Third-Party Plaintiffs to their proof.

8. As to the allegations of Paragraph 8, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leave the Third-Party Plaintiffs to their proof.

9. The allegations of Paragraph 9 are denied.

10. The allegations of Paragraph 10 are denied.

11. The allegations of Paragraph 11 are denied.

12. These Third-Party Defendants admit that the purported amount in controversy exceeds the sum of seventy-five thousand dollars. However, these Defendants deny that they are liable to the Plaintiff or Third-Party Plaintiffs for any portion of that sum.

**Count One: (Common Law Indemnification and/or Equitable Indemnification against Festo Corporation)**

This Count One is directed to the Festo Corporation and, as such, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count One.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Count Two:  (Common Law Indemnification and/or Equitable Indemnification against Michael D. Kovac, d/b/a Trans-Expo International)**

      23.   In this single Paragraph numbered 23, the Third-Party Plaintiffs reallege 18 separately numbered paragraphs previously alleged.  Therefore, the responses of these Third-Party Defendants to Paragraphs 1 through 12 as set forth in the Jurisdictional Allegations are hereby incorporated and made the responses to Paragraphs 1 through 12 of Paragraph 23 of this Count Two as if set forth in full.  In that the Third-Party Plaintiffs also incorporate by reference into Paragraph 23 the allegations of Paragraphs 13 through 18 from Count One, these Third-Party Defendants respond to those allegations as follows:

      13.   The responses to Paragraphs 1 through 12 are hereby incorporated and made the responses to Paragraphs 13 of this Count One as if set forth in full.

      14.   As to the allegations of Paragraph 14, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leaves the Third-Party Plaintiffs to their proof.

      15.   The allegations of Paragraph 15 are admitted.

      16.   That portion of Paragraph 16 that states ". . . thereby causing an accident on October 23, 2001 in which the plaintiff was injured" is denied inasmuch as that allegation is not contained in Paragraph 7 of the Plaintiff's Complaint.  As to the remainder of the allegations of Paragraph 16, the Plaintiff's Complaint referred to therein speaks for itself, and therefore no response is required.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

17. As to the allegations of Paragraph 17, these Third-Party Defendants have insufficient knowledge upon which to form a belief and therefore leave the Third-Party Plaintiffs to their proof.

18. The allegations of Paragraph 18 are denied.

24. The allegations of Paragraph 24 are denied.

25. The allegations of Paragraph 25 are denied.

26. The allegations of Paragraph 26 are denied.

27. In so far as Paragraph 27 alleges any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International, those allegations are denied. As to the remaining allegations of Paragraph 27, the Third-Party Plaintiffs are left to their proof.

**Count Three: (Common Law Indemnification and/or Equitable Indemnification against Erica Ramirez)**

28. The responses to Paragraphs 1 through 18 are hereby incorporated and made the responses to Paragraph 28 of this Count Three as if set forth in full.

29. The allegations of Paragraph 29 are denied.

30. The allegations of Paragraph 30 are denied.

31. The allegations of Paragraph 31 are denied.

32. In so far as Paragraph 32 alleges any negligence on the part of Erica Ramirez, those allegations are denied. As to the remaining allegations of Paragraph 32, the Third-Party Plaintiffs are left to their proof.

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Count Four:   (Common Law and/or Equitable Indemnity in Vicarious Liability as to Festo Corporation)**

This Count Four is directed to the Festo Corporation and, as such, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Four.

**Count Five:  (Common Law and/or Equitable Indemnity in Vicarious Liability as to Michael D. Kovac d/b/a Trans-Expo International)**

37. The responses to Paragraphs 1 through 18, 29, 30, 31 and 31 are hereby incorporated and made the responses to this Paragraph 37 as if set forth in full.

38. Michael D. Kovac d/b/a Trans-Expo International admits that Erica Ramirez was his employee and that on or about October 23, 2001 she was acting within the course and scope of her employment.  As to the remaining allegations of Paragraph 38, the Third-Party Plaintiffs are left to their proof.

39. As to the allegations contained in Paragraph 39, the Third-Party Plaintiffs are left to their proof.

40. That portion of Paragraph 40 as alleges any negligence on the part of Erica Ramirez is denied.  As to the remaining allegations contained in Paragraph 40, the Third-Party Plaintiffs are left to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Count Six:  (Apportionment Complaint against Festo Corporation)**

This Count Six was directed to the Festo Corporation and was ordered stricken by this Court on May 30, 2003.  As such, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Six.

**Count Seven: (Apportionment Complaint against Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez)**

The Third-Party Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Seven as it was ordered stricken by this Court on May 30, 2003.

**Count Eight:   (Common Law and/or Equitable Indemnity for Misrepresentation against Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez)**

50.   The responses to Paragraphs 1 through 12, 14 and 15 are hereby incorporated and made the responses to this Paragraph 50 as if set forth in full.

51.   The allegations of Paragraph 51 are denied.

52.   The allegations of Paragraph 52 are denied.

53.   Those portions of Paragraph 53 as alleges negligent misrepresentation on the part of Michael D. Kovac and/or Erica Ramirez are denied.  As to the remaining allegations contained in Paragraph 53, the Third-Party Plaintiffs are left to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

54. That portion of Paragraph 54 as alleges that Michael D. Kovac d/b/a Trans-Expo International was the "shipping agent" of Festo Corporation, it is denied. It is admitted that Arpin Logistics, Inc. was the carrier which transported the Festo cargo from 430 Wireless Boulevard in Hauppauge, New York to Naugatuck Valley Community College at 750 Chase Parkway in Waterbury, Connecticut. As to any remaining allegations of Paragraph 54, the Third Party Plaintiffs are left to their proof.

55. Those portions of Paragraph 55 as alleges that these Third-Party Defendants are "Festo Corporation's agent" are denied. As to the remaining allegations of Paragraph 55, the Third Party Plaintiffs are left to their proof.

56. The allegations of Paragraph 56 are denied.

57. As to the allegations of Paragraph 57, the Third-Party Plaintiffs are left to their proof.

58. The allegations of Paragraph 58 are denied.

59. As to the allegations of Paragraph 59, the Third-Party Plaintiffs are left to their proof.

60. That portion of Paragraph 60 as alleges that Michael D. Kovac d/b/a Trans-Expo International was an "agent of Festo Corporation" is denied. As to the remaining allegations of Paragraph 60, the Third-Party Plaintiffs are left to their proof.

61. The allegations of Paragraph 61 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## BY WAY OF AFFIRMATIVE DEFENSE

### Affirmative Defense to Count Eight

Count Eight of the Third-Party Plaintiff's Second Amended Third-Party Complaint which purports to allege fraudulent misrepresentation fails to state an adequate claim for common-law fraudulent misrepresentation under Connecticut law upon which relief can be granted.

THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: _____/S/_____
Susan O'Donnell of
**HALLORAN & SAGE LLP**
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT  06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

- 8 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 13th day of December 2004, a copy of the foregoing was either mailed postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT  06510
Tel. No. (203) 624-9500
Fax No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Spillane & Mannion
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and**
**Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan, Grady & Steele
6 Canal Street
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

                                                       /S/
                                      Susan O'Donnel

627133_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105