## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| | : | NO. 3:02 CV1302 (DJS) |
| V. | | |
| PAUL ARPIN VAN LINES; ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION; MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL; ERICA RAMIREZ IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 13, 2004 |

### DEFENDANTS MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIFTH AMENDED COMPLAINT DATED OCTOBER 7, 2003

**Count One:**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count One as it is not directed to them. To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez they are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Count Two:**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Two as it is not directed to them. To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez they are denied.

**Count Three:**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Thee as it is not directed to them. To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez they are denied.

**Count Four: (As to Defendants, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez for Negligence)**

1. The allegations of Paragraph 1 are admitted.

2. The allegations of Paragraph 2 are admitted.

3. The allegations of Paragraph 3 are admitted.

4. The allegations in Paragraph 4 are admitted.

5. So much of that portion of Paragraph 5 as alleges that "Michael D. Kovac d/b/a Trans-Expo International *is* a proprietorship" is denied. These Defendants admit that on or about October 23, 2001 Michael D. Kovac d/b/a Trans-Expo International was

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a sole proprietorship with his principal place of business in or about the City of San Diego, State of California. So much of that portion of Paragraph 5 alleging that Michael D. Kovac d/b/a Trans-Expo International is doing business as a "shipper's agent and broker," the Plaintiff is left to his proof.

6. The allegations in Paragraph 6 are denied.

7. The allegations of Paragraph 7 are admitted.

8. The allegations of Paragraph 8 are admitted.

9. So much of that portion of Paragraph 9 as alleges that "Erica Ramirez, Defendant, *is* the agent and servant of Michael D. Kovac, d/b/a Trans-Expo International" is denied. These Defendants admit that on or about October 23, 2001 Erica Ramirez was an employee Michael D. Kovac d/b/a Trans-Expo International. So much of that Portion of Paragraph 9 as alleges that Erica Ramirez is a resident of the City of San Diego, is denied. It is admitted that Erica Ramirez is a resident of the State of California.

10. The allegations in Paragraph 10 are denied.

11. The allegations in Paragraph 11 are denied.

12. These Defendants admit that the matter in controversy purports to exceed the sum of seventy-five thousand dollars. These Defendants deny that they have any obligation to any part for that sum.

13. As to the allegations in Paragraph 13, these Defendants have insufficient knowledge upon which to form a belief and therefore leave the Plaintiff to his proof.

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14. Insofar as Paragraph 14 alleges that Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez provided Shawn Pouliot with a truck and with loads to deliver it is denied.

15. As to the allegations in Paragraph 15, these Defendants have insufficient knowledge upon which to form a belief and therefore leave the Plaintiff to his proof.

16. As to the allegations in Paragraph 16, it is admitted that Defendant Festo Corporation was the shipper of a Learnline mobile workstation. As to the remaining allegations of Paragraph 16, these Defendants have insufficient knowledge upon which to form a belief and therefore leave the Plaintiff to his proof.

17. The allegations in Paragraph 17 are denied.

18. The allegations of Paragraph 18 are denied.

19. That portion of Paragraph 19 as alleges negligence on the part of Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, or that any of the Plaintiff's injuries were caused by these Defendants, is denied. As to the remaining allegations of Paragraph 19, the Plaintiff is left to his proof.

20. To the extent that Paragraph 20 purports to allege any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, or that any of the Plaintiff's injuries were caused by these Defendants, it is denied. As to the remaining allegations of Paragraph 20, the Plaintiff is left to his proof.

21. To the extent that Paragraph 21 purports to allege any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, or that any

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

of the Plaintiff's injuries were caused by these Defendants, it is denied.  As to the remaining allegations of Paragraph 21, the Plaintiff is left to his proof. As to the allegations in paragraph 21, Trans-Expo has insufficient knowledge upon which to form and belief and therefore leaves the Plaintiff to his proof.

22.  To the extent that Paragraph 22 purports to allege any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, or that any of the Plaintiff's injuries were caused by these Defendants, it is denied.  As to the remaining allegations of Paragraph 22, the Plaintiff is left to his proof.

**<u>Count Five</u>**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Five as it is not directed to them.  To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez they are denied.

**<u>Count Six</u>**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Six as it is not directed to them.  To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez they are denied.

- 5 –

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103  

HALLORAN  
& SAGE LLP  

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

**Count Seven**

The Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez do not respond to this Count Six as it is not directed to them.  To the extent that any of these allegations could be construed to apply as to Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, they are denied.

## BY WAY OF AFFIRMATIVE DEFENSE

**Affirmative Defense To Count Four**

Any injuries, losses or damages which the plaintiff, Shawn Pouliot, claims to have sustained as result of the incident alleged in his Complaint were, at least in part, directly and proximately caused by his own negligence which was a substantial factor in producing that incident, in that he:

a. failed to request or obtain additional equipment and/or support staff when he knew, or should have known, that the equipment and/or support staff provided to him by Arpin Logistics, Inc. was insufficient to safely transport and unload the Festo Learnline workstation unit;

b. failed to inspect the lift gate for proper maintenance or damage before operating it;

c. operated the Maxon lift gate without first receiving proper instruction and/or training on its operating instructions;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

d. placed himself in a position with respect to the lift gate and load whereby a falling load could land on him;

e. failed to use good judgment and common sense in the operation of the Maxon lift gate;

f. failed to properly chock, block, strap or otherwise secure the Festo Learnline workstation unit on or to the lift gate;

g. failed to lock the brakes on the wheels of the Festo Learnline unit; and

h. failed to exercise reasonable care for his own safety.

DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.


BY: _____/S/_____
   Susan O'Donnell of
   **HALLORAN & SAGE LLP**
   Fed. Bar No. ct07539
   One Goodwin Square
   Hartford, CT  06103
   Tel. No. (860) 522-6103
   Fax No. (860) 548-0006
   email: odonnell@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 13th day of December, 2004 a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Spillane & Mannion
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel. No. (401) 274-7200
Fax No. (401) 751-0604

                    /S/
                Susan O'Donnell

454895_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105