**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| | : | NO. 3:02 CV1302 (DJS) |
| V. | | |
| PAUL ARPIN VAN LINES; ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION; MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL; ERICA RAMIREZ IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 13, 2004 |

**DEFENDANTS MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ'S ANSWER TO OCTOBER 6, 2004 CROSS CLAIMS OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.**

**Cross-Claim Count Seventeen:** (Common Law Indemnification against Michael D. Kovac d/b/a Trans-Expo International in Negligence)

1. So much of Cross Claim Paragraph 10 as alleges that [O]n or about October 23, 2001, Michael D. Kovac, d/b/a Trans-Expo International, was a sole proprietorship with his principal place of business in or about the City of San Diego, California is admitted. As to that portion of Cross Claim Paragraph 10 as alleges that Michael D. Kovac was "doing business as a transportation broker," the Defendants/Cross Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") are left to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.  The allegations in this Cross Claim Paragraph 11 are directed to the alleged conduct of Festo Corporation and, therefore, Michael D. Kovac, d/b/a Trans-Expo International and Erica Ramirez make no response to the allegations of this Paragraph.

3. The allegations of Cross Claim Paragraph 12 are denied.

4.  The allegations of Cross Claim Paragraph 13 are denied.

5.  The allegations of Cross Claim Paragraph 14 are denied.

6.  The allegations of Cross Claim Paragraph 15 are denied.

7.  As to the allegations of Cross Claim Paragraph 16, Arpin is left to its proof.

8.  The allegations of Cross Claim Paragraph 17 are denied.

9.  The allegations of Cross Claim Paragraph 18 are denied.

10.  In so far Cross Claim Paragraph 19 alleges any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International, and/or that Michael D. Kovac d/b/a Trans Expo-International was acting on behalf of Festo Corporation, those allegations are denied.  As to the remaining allegations of Cross Claim Paragraph 19, Arpin is left to its proof.

**Cross-Claim Count Eighteen:   (Common Law Indemnification against Michael D. Kovac d/b/a Trans-Expo International in Vicarious Liability for Negligence)**

1.  Michael D. Kovac, d/b/a Trans-Expo International admits that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International and that Erica Ramirez was acting within the course and scope of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

her employment on or about that date. As to the remaining allegations of Cross Claim Paragraph 73, Arpin is left to its proof.

    2. The allegations of Cross Claim Paragraph 74 are denied.

    3. The allegations of Cross Claim Paragraph 75 are denied.

    4. The allegations of Cross Claim Paragraph 76 are denied.

    5. As to the allegations of Cross Claim Paragraph 77, Arpin is left to its proof.

    6. In so far Cross Claim Paragraph 78 alleges any negligence on the part of Erica Ramirez, it is denied. As to the remaining allegations of Cross Claim Paragraph 78, Arpin is left to its proof.

    7. In so far as Cross Claim Paragraph 79 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 79, Arpin is left to its proof.

    8. The allegations of Cross Claim Paragraph 80 are denied.

    9. The allegations of Cross Claim Paragraph 81 are denied.

    10. In so far Cross Claim Paragraph 82 alleges any negligence on the part of Erica Ramirez, acting on behalf of Michael D. Kovac d/b/a Trans-Expo International, those allegations are denied. As to the remaining allegations of Cross Claim Paragraph 82, Arpin is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Nineteen**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Nineteen as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Twenty**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Twenty-One:**

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty-One as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Twenty-Two:**

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty-Two as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Twenty-Three: (Contribution against Michael D. Kovac, d/b/a Trans-Expo International for Negligence)**

    1. So much of Cross Claim Paragraph 10 as alleges that [O]n or about October 23, 2001, Michael D. Kovac, d/b/a Trans-Expo International, was a sole proprietorship with his principal place of business in or about the City of San Diego, California is admitted. As to that portion of Cross Claim Paragraph 10 as alleges that Michael D. Kovac was "doing business as a transportation broker," the Defendants/Cross Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") are left to their proof.

    2. The allegations in this Cross Claim Paragraph 11 are directed to the alleged conduct of Festo Corporation and, therefore, Michael D. Kovac, d/b/a Trans-Expo International and Erica Ramirez make no response to the allegations of this Paragraph.

    3. The allegations of Cross Claim Paragraph 12 are denied.

    4. The allegations of Cross Claim Paragraph 13 are denied.

    5. The allegations of Cross Claim Paragraph 14 are denied.

    6. The allegations of Cross Claim Paragraph 15 are denied.

    7. As to the allegations of Cross Claim Paragraph 16, Arpin is left to its proof.

**Cross-Claim Count Twenty-Four: (Contribution against Michael D. Kovac, d/b/a Trans-Expo International in Vicarious Liability for Negligence)**

    1. Michael D. Kovac, d/b/a Trans-Expo International admits that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Expo International and that Erica Ramirez was acting within the course and scope of her employment on or about that date. As to the remaining allegations of Cross Claim Paragraph 73, Arpin is left to its proof.

  2. The allegations of Cross Claim Paragraph 74 are denied.

  3. The allegations of Cross Claim Paragraph 75 are denied.

  4. The allegations of Cross Claim Paragraph 76 are denied.

  5. As to the allegations of Cross Claim Paragraph 77, Arpin is left to its proof.

  6. In so far Cross Claim Paragraph 78 alleges any negligence on the part of Erica Ramirez, it is denied. As to the remaining allegations of Cross Claim Paragraph 78, Arpin is left to its proof.

  7. In so far as Cross Claim Paragraph 79 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 79, Arpin is left to its proof.

**Cross-Claim Count Twenty-Five: (Common Law Indemnification Against Michael D. Kovac d/b/a Trans-Expo International for Negligent Misrepresentation)**

  1. So much of Cross Claim Paragraph 48 as alleges that [O]n or about October 23, 2001, Michael D. Kovac, d/b/a Trans-Expo International, was a sole proprietorship with his principal place of business in or about the City of San Diego, California is admitted. As to that portion of Cross Claim Paragraph 48 as alleges that Michael D. Kovac was "doing business as a transportation broker," the

- 6 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Defendants/Cross Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") are left to their proof.

    2.  The allegations in Cross Claim Paragraph 49 are directed to the alleged conduct of Festo Corporation and, therefore, Michael D. Kovac, d/b/a Trans-Expo International makes no response to the allegations of this Paragraph.

    3.  The allegations of Cross Claim Paragraph 50 are denied.

    4.  The allegations of Cross Claim Paragraph 51 are denied.

    5.  The allegations of Cross Claim Paragraph 52 are denied.

    6.  As to the allegations of Cross Claim Paragraph 53, Arpin is left to its proof.

    7.  The allegations of Cross Claim Paragraph 54 are denied.

    8.  The allegations of Cross Claim Paragraph 55 are denied.

    9.  In so far Cross Claim Paragraph 56 alleges any negligence on the part of Michael D. Kovac d/b/a Trans-Expo International, those allegations are denied.  As to the remaining allegations of Cross Claim Paragraph 56, Arpin is left to its proof.

**Cross-Claim Count Twenty-Six:  (Common Law Indemnification against Michael D. Kovac d/b/a Trans-Expo International in Vicarious Liability for Negligent Misrepresentation)**

    1.  The allegations of Cross Claim Paragraph 98 are denied.

    2.  Michael D. Kovac, d/b/a Trans-Expo International admits that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Expo International. As to the remaining allegations of Cross Claim Paragraph 99, Arpin is left to its proof.

    3. The allegations of Cross Claim Paragraph 100 are denied.

    4. The allegations of Cross Claim Paragraph 101 are denied.

    5. The allegations of Cross Claim Paragraph 102 are denied.

    6. As to the allegations of Cross Claim Paragraph 103, Arpin is left to its proof.

    7. In so far Cross Claim Paragraph 104 alleges any negligence on the part of Erica Ramirez, it is denied. As to the remaining allegations of Cross Claim Paragraph 104, Arpin is left to its proof.

    8. In so far as Cross Claim Paragraph 105 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 105, Arpin is left to its proof.

    9. The allegations of Cross Claim Paragraph 106 are denied.

    10. The allegations of Cross Claim Paragraph 107 are denied.

    11. In so far Cross Claim Paragraph 108 alleges any negligence on the part of Erica Ramirez, those allegations are denied. As to the remaining allegations of Cross Claim Paragraph 108, Arpin is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Twenty-Seven**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty-Seven as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Twenty-Eight**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty-Eight as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Twenty-Nine**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Twenty-Nine as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Thirty**:

The defendant Michael D. Kovac d/b/a Trans-Expo International does not respond to this Cross-Claim Count Thirty as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Thirty-One: (Contribution Against Michael D. Kovac d/b/a Trans-Expo International in Negligent Misrepresentation)**

1. So much of Cross Claim Paragraph 48 as alleges that [O]n or about October 23, 2001, Michael D. Kovac, d/b/a Trans-Expo International, was a sole proprietorship with his principal place of business in or about the City of San Diego, California is admitted. As to that portion of Cross Claim Paragraph 48 as alleges that Michael D. Kovac was "doing business as a transportation broker," the Defendants/Cross Claim Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") are left to their proof.

2. The allegations in Cross Claim Paragraph 49 are directed to the alleged conduct of Festo Corporation and, therefore, Michael D. Kovac, d/b/a Trans-Expo International makes no response to the allegations of this Paragraph.

3. The allegations of Cross Claim Paragraph 50 are denied.

4. The allegations of Cross Claim Paragraph 51 are denied.

5. The allegations of Cross Claim Paragraph 52 are denied.

6. As to the allegations of Cross Claim Paragraph 53, Arpin is left to its proof.

**Cross-Claim Count Thirty-Two: (Contribution Against Michael D. Kovac d/b/a Trans-Expo International in Vicarious Liability for Negligent Misrepresentation)**

1. The allegations of Cross Claim Paragraph 98 are denied.

2. Michael D. Kovac, d/b/a Trans-Expo International admits that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-

- 10 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Expo International. As to the remaining allegations of Cross Claim Paragraph 99, Arpin is left to its proof.

 3. The allegations of Cross Claim Paragraph 100 are denied.

 4. The allegations of Cross Claim Paragraph 101 are denied.

 5. The allegations of Cross Claim Paragraph 102 are denied.

 6. As to the allegations of Cross Claim Paragraph 103, Arpin is left to its proof.

 7. In so far Cross Claim Paragraph 104 alleges any negligence on the part of Erica Ramirez, it is denied. As to the remaining allegations of Cross Claim Paragraph 104, Arpin is left to its proof.

 8. In so far as Cross Claim Paragraph 105 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 105, Arpin is left to its proof.

**<u>Cross-Claim Count Thirty-Three</u>: (Common Law Indemnification Against Erica Ramirez in Negligence)**

 1. It is admitted that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International and that Erica Ramirez was acting within the course and scope of her employment on or about that date. As to the remaining allegations of Cross Claim Paragraph 73, Arpin is left to its proof.

 2. The allegations of Cross Claim Paragraph 74 are denied.

 3. The allegations of Cross Claim Paragraph 75 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  The allegations of Cross Claim Paragraph 76 are denied.

5.  As to the allegations of Cross Claim Paragraph 77, Arpin is left to its proof.

6.  In so far Cross Claim Paragraph 78 alleges any negligence on the part of Erica Ramirez, it is denied.  As to the remaining allegations of Cross Claim Paragraph 78, Arpin is left to its proof.

7.  In so far as Cross Claim Paragraph 79 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 79, Arpin is left to its proof.

8.  The allegations of Cross Claim Paragraph 80 are denied.

9.  The allegations of Cross Claim Paragraph 81 are denied.

10.  In so far Cross Claim Paragraph 82 alleges any negligence on the part of Erica Ramirez, acting on behalf of Michael D. Kovac d/b/a Trans-Expo International, those allegations are denied.  As to the remaining allegations of Cross Claim Paragraph 82, Arpin is left to its proof.

**<u>Cross-Claim Count Thirty-Four</u>**:

The defendant Erica Ramirez does not respond to this Cross-Claim Count Thirty-Four as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Thirty-Five**:

The defendant Erica Ramirez does not respond to this Cross-Claim Count Thirty-Five as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Thirty-Six: (Contribution Against Erica Ramirez in Negligence)**

1. It is admitted that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International and that Erica Ramirez was acting within the course and scope of her employment on or about that date.  As to the remaining allegations of Cross Claim Paragraph 73, Arpin is left to its proof.

2. The allegations of Cross Claim Paragraph 74 are denied.

3. The allegations of Cross Claim Paragraph 75 are denied.

4. The allegations of Cross Claim Paragraph 76 are denied.

5. As to the allegations of Cross Claim Paragraph 77, Arpin is left to its proof.

6. In so far Cross Claim Paragraph 78 alleges any negligence on the part of Erica Ramirez, it is denied.  As to the remaining allegations of Cross Claim Paragraph 78, Arpin is left to its proof.

7. In so far as Cross Claim Paragraph 79 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 79, Arpin is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Thirty-Seven:  (Common Law Indemnification Against Erica Ramirez for Negligent Misrepresentation)**

    1.  The allegations of Cross Claim Paragraph 98 are denied.

    2.  It is admitted that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International.  As to the remaining allegations of Cross Claim Paragraph 99, Arpin is left to its proof.

    3.  The allegations of Cross Claim Paragraph 100 are denied.

    4.  The allegations of Cross Claim Paragraph 101 are denied.

    5.  The allegations of Cross Claim Paragraph 102 are denied.

    6.  As to the allegations of Cross Claim Paragraph 103, Arpin is left to its proof.

    7.  In so far Cross Claim Paragraph 104 alleges any negligence on the part of Erica Ramirez, it is denied.  As to the remaining allegations of Cross Claim Paragraph 104, Arpin is left to its proof.

    8.  In so far as Cross Claim Paragraph 105 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 105, Arpin is left to its proof.

    9.  The allegations of Cross Claim Paragraph 106 are denied.

    10.  The allegations of Cross Claim Paragraph 107 are denied.

    11.  In so far Cross Claim Paragraph 108 alleges any negligence on the part of Erica Ramirez, those allegations are denied.  As to the remaining allegations of Cross Claim Paragraph 108, Arpin is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Cross-Claim Count Thirty-Eight**:

The defendant Erica Ramirez does not respond to this Cross-Claim Count Thirty-Eight as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Thirty-Nine**:

The defendant Erica Ramirez does not respond to this Cross-Claim Count Thirty-Nine as it was ordered STRICKEN by Order of this Court dated January 14, 2004.

**Cross-Claim Count Forty:  (Contribution Against Erica Ramirez for Negligent Misrepresentation)**

1. The allegations of Cross Claim Paragraph 98 are denied.

2. It is admitted that on or about October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International.  As to the remaining allegations of Cross Claim Paragraph 99, Arpin is left to its proof.

3. The allegations of Cross Claim Paragraph 100 are denied.

4. The allegations of Cross Claim Paragraph 101 are denied.

5. The allegations of Cross Claim Paragraph 102 are denied.

6. As to the allegations of Cross Claim Paragraph 103, Arpin is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7. In so far Cross Claim Paragraph 104 alleges any negligence on the part of Erica Ramirez, it is denied.  As to the remaining allegations of Cross Claim Paragraph 104, Arpin is left to its proof.

8. In so far as Cross Claim Paragraph 105 alleges any negligent acts on the part of Erica Ramirez it is denied. As to the remaining allegations of Cross Claim Paragraph 105, Arpin is left to its proof.

9. As to the allegations contained in Cross-Claim Paragraph 29, Arpin is left to its proof.

10. As to the allegations contained in Cross-Claim Paragraph 30, Arpin is left to its proof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Counts Twenty-Three, Twenty-Four, Thirty-One, Thirty-Two, Thirty-Six and Forty of Arpin's Cross Claim fail to adequately state a claim for Contribution under Connecticut law upon which relief can be granted.  Arpin does not allege that it has been required or obligated, pursuant to Connecticut General Statutes Section 52-572h, to pay more than its proportionate share of any judgment rendered for the plaintiff.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.


BY: _____/S/_____
    Susan O'Donnell of
    **HALLORAN & SAGE LLP**
    Fed. Bar No. ct07539
    One Goodwin Square
    Hartford, CT  06103
    Tel. No. (860) 522-6103
    Fax No. (860) 548-0006
    email: odonnell@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 13th day of December, 2004 a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Spillane & Mannion
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel. No. (401) 274-7200
Fax No. (401) 751-0604

/S/
Susan O'Donnell

623513_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105