# EXHIBIT 5

```
 1                                                              1

 2      UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT
 3      ------------------------------------
        SHAWN POULIOT,
 4
                                      Plaintiff,
 5
             - against -
 6
        PAUL ARPIN VAN LINES, INC. AND ARPIN
 7      LOGISTICS, INC., FESTO CORPORATION,
        MICHAEL D. KOVAC D/B/A TRANS-EXPO
 8      INTERNATIONAL, AND ERICA RAMIREZ IN
        HER CAPACITY AS EMPLOYEE OF TRANS-EXPO
 9      INTERNATIONAL,

10                                    Defendants.
        ------------------------------------
11

12                              114 Old County Road
                                Mineola, New York
13

14                              March 30, 2004
                                9:02 A.M.
15

16

17           DEPOSITION of FESTO CORPORATION, a

18      Defendant herein, by FRED ZIERAU, taken by the

19      Adverse Parties, pursuant to Article 31 of the

20      Civil Practice Law and Rules of Testimony, and

21      Notice, held at the above-mentioned time and

22      place, before Martha Trikas, a Notary Public of

23      the State of New York.

24

25
```



DIAMOND REPORTING  (718) 624-7200  16 Court St., B'klyn, NY

```
 1              C E R T I F I C A T E                    67
 2
 3              I, MARTHA TRIKAS, a Notary Public in
 4   and for the State of New York, do hereby certify:
 5              THAT the witness whose examination
 6   is hereinbefore set forth was duly sworn and
 7   that such examination is a true record of the
 8   testimony given by that witness.
 9              I further certify that I am not
10   related to any of the parties to this action by
11   blood or by marriage and that I am in no way
12   interested in the outcome of this matter.
13              IN WITNESS WHEREOF, I have hereunto
14   set my hand this 30th day of March, 2004.
15
16                         _____
17                              MARTHA TRIKAS
18
19
20
21
22
23
24
25
```

DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY

```
 1                      Zierau                        9
 2      A     Didactic is the training division of
 3 Festo.
 4      Q     Training division?
 5      A     Yes.
 6      Q     What does that mean?
 7      A     What does the word mean?
 8      Q     What does that mean, training
 9 division?
10      A     We're the training arm of the
11 business.
12            We train our people, our own people
13 and we train customers and we sell training
14 equipment.
15      Q     When you say "training," are you
16 primarily concerned with the sale of Festo
17 products in educational institutions?
18      A     Yes.
19      Q     Now, directing your attention to
20 Defendants' Exhibit HH, is that the -- was that
21 the job description in effect in October of 2001?
22      A     I'm not sure.
23      Q     Is there any way that, by checking
24 the document, you can tell whether that's so?
25      A     Actually, no.
```