# EXHIBIT 6

Case 3:02-cv-01302-JCH    Document 361-7    Filed 12/15/2004    Page 1 of 13

1

```
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3    ------------------------------------------X
      SHAWN POULIOT,
 4
                                       PLAINTIFFS,
 5
                      -against-
 6
 7    PAUL ARPIN VAN LINES, INC., AND ARPIN LOGISTICS,
      INC., FESTO CORPORATION, MICHAEL D. KOVAC, D/B/A
 8    TRANS-EXPO INTERNATIONAL, AND ERICA RAMIREZ IN HER
      CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL,
 9
                                       DEFENDANTS.
10    ------------------------------------------X
11                     DATE: March 29, 2004
12                     TIME: 11:05 a.m.
13
14
15           EXAMINATION BEFORE TRIAL of the
16    Defendant, FESTO CORPORATION, by a witness, PETRA
17    MILKS, taken by the Respective Parties hereto,
18    pursuant to a Notice, held at the Offices Diamond
19    Reporting Inc., 114 Old Country Road, Mineola,
20    New York 11501, before Jeannine Gallmeyer, a Notary
21    Public of the State of New York.
22
23
24
25
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

                                                                98

1                        P. MILKS

2                  C E R T I F I C A T E

3

4    STATE OF NEW YORK      )
                            : SS.:
5    COUNTY OF SUFFOLK      )

6

7

8              I, JEANNINE GALLMEYER, a Notary Public
9    for and within the State of New York, do hereby
10   certify:
11             That the witness whose examination is
12   hereinbefore set forth was duly sworn and that such
13   examination is a true record of the testimony given
14   by that witness.
15             I further certify that I am not related
16   to any of the parties to this action by blood or by
17   marriage and that I am in no way interested in the
18   outcome of this matter.
19             IN WITNESS WHEREOF, I have hereunto set
20   my hand this 5th day of April, 2004.
21
22                    _____
                                    JEANNINE GALLMEYER
23
24
25

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                      P. MILKS
 2      A.    No, I do not.
 3      Q.    In the course of your dealing with
 4  Trans-Expo, did you mostly deal with Erica Ramirez?
 5      A.    Yes.
 6      Q.    Cheryl Sabatelli told us that her job
 7  with Festo was to ship materials from Festo to
 8  trade shows and that United Van Lines was a
 9  different marketing venue, that you handled your
10  own shipments?
11      A.    That's correct.
12      Q.    You know what the subject matter of
13  this case is?
14      A.    Yes.
15      Q.    Looking at Exhibit 1, can you tell me
16  what those two units are; do they have names so we
17  can talk about the same thing?
18      A.    The first one, yes, has a name, and the
19  second one does not.
20      Q.    What is the name of the first one?
21      A.    First one is actually a Festo Learnline
22  trolley, Workstation.  It's used for educational
23  purposes.
24      Q.    And the second unit, what is the second
25  item?
```

1           P. MILKS

2    A.    The second item is what we call a
3    Triwall, it's generally a cardboard box,
4    corrugated, heavy-duty box with a lid.
5    Q.    Is there anything in the box?
6    A.    Yes.
7    Q.    What's in the box?
8         MR. OSWALD:  In this particular
9    shipment?
10        MR. GRADY:  Yes.
11   A.    In this shipment I'm not sure what was
12   in the box, but being that this was for a
13   presentation, it was probably presentation
14   materials.
15   Q.    Would it be the accessories that go
16   with the first item of cargo?
17   A.    It could be.  I'm sure there were some
18   items that were for the trolley put into the
19   cardboard box.
20   Q.    Now directing your attention again to
21   that exhibit in front of you, can you describe the
22   handwriting on that exhibit?
23        MR. OSWALD:  Do you mean the
24        handwriting in the middle of the exhibit?
25   Q.    Any handwriting.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1                    P. MILKS

2     was completed in Faye DeVito's department?

3        A.     Yes.

4        Q.     Not in your department?

5        A.     Not my department.

6        Q.     Did you have to give information to

7     somebody in that department in order for that

8     document to be completed?

9        A.     Yes.

10       Q.     What information would you have

11    provided that person?

12       A.     Basically, how many shipping items were

13    being sent and if she knew it was a trolley.  Faye

14    was familiar with the trollies.

15       Q.     Is there any kind of manual or

16    specifications list that would indicate what the

17    weight of those items would be?

18       A.     There is no manual.

19       Q.     There is no specifications list?

20       A.     No.

21       Q.     In this particular case, the Festo

22    Learnline trolley, is that a unit that was made in

23    your facility?

24       A.     No.

25       Q.     Where was it made?

```
                                                              14
     1                         P. MILKS
     2        A.      Germany.
     3        Q.      How did it get from Germany to your
     4   facility?
     5        A.      Air freight.
     6        Q.      How would it be shipped?
     7        A.      Crated.
     8        Q.      It was shipped crated?
     9        A.      Yes.
    10        Q.      When it's shipped crated from Germany
    11   to your facility, is it shipped broken down?
    12        A.      I'm not sure.  I believe so.
    13        Q.      Would the wheels be on it?
    14        A.      Yes.
    15        Q.      So it's shipped with the wheels on it,
    16   but it's crated?
    17        A.      Yes.
    18        Q.      Do the wheels extend through the bottom
    19   of the crate?
    20        A.      No.
    21        Q.      They do not?
    22        A.      No.
    23        Q.      Is there a skid or pallet underneath
    24   the crate to pick it up with a forklift?
    25        A.      Yes, you need a forklift.
```

1           P. MILKS

2       Q.      But the wheels were not dropped down,
3  it would be crated?

4       A.      They would be in the crate.

5       Q.      Then when it comes to your facility,
6  what would your facility do with that unit?

7       A.      If it's already sold to a customer, it
8  would go out the way it is, that's generally what
9  happens.

10      Q.      So it would be shipped out to a
11 customer crated?

12      A.      Correct, provided the customer was
13 looking for a brand-new piece of equipment, they
14 would order it that way and it would come from
15 Germany that way.

16      Q.      Would you explain to me what your job
17 was in October 2001?

18      A.      Product coordinator.

19      Q.      What did you do?

20      A.      I answered the phone, help customers,
21 do order entry, order items from Germany, I verify
22 those items are shipped properly and put into
23 stock.  I take care of just the general office
24 functions within the department, dealing with
25 distributors.

1           P. MILKS
2  you prior to undertaking the shipment?
3       A.   Yes.
4       Q.   The information that appears on that
5  document, do you know how the information got
6  there?
7       A.   No.
8       Q.   Did you have a conversation with Erica
9  Ramirez prior to the receipt of that document
10 relative to the subject matter of that document?
11      A.   Yes.
12      Q.   Were they oral or written?
13      A.   The initial conversation that I recall
14 was oral.
15      Q.   Can you explain to me what happened in
16 that initial conversation?
17      A.   That conversation was more or less to
18 introduce myself to her, let her know that I had
19 spoken with my colleague, Cheryl Sabatelli, who had
20 given me the referral that Cheryl was using Arpin
21 Logistics and gave me her number and that's when I
22 phoned her and spoke with her about a shipment I
23 had coming up.
24      Q.   Did you, at that time, tell Erica
25 Ramirez about the particulars of the shipment?

26

1                    P. MILKS

2    A.    I don't recall.

3    Q.    Did you at any time prior to receiving
4  that Shipment Booking Order back from her that's
5  represented by Defendant's C, tell her what, if
6  anything, should be in the document?

7    A.    What information should be in this
8  document?

9    Q.    Yes.

10   A.    No.

11   Q.    You didn't.  So with respect to the
12 information in that document, do you know how it
13 got there?

14   A.    I know how the majority of it got
15 there.

16   Q.    How did the majority get there?

17   A.    I gave it to her.

18   Q.    Tell me what you gave her?

19   A.    I gave her the pickup location, where
20 the shipment was going to be picked up.  I gave her
21 the address to where it was going to be delivered,
22 a contact name and phone number and most
23 importantly, when it needed to be delivered by.

24   Q.    Did you give her the dimensions?

25   A.    Yes, the dimensions and the units,

```
 1                    P. MILKS
 2  which was one trolley and one Triwall.
 3      Q.     Did you provide any information to her
 4  about the weight?
 5      A.     I did not.
 6      Q.     Did you tell Erica anything about the
 7  weight?
 8      A.     I did not.
 9      Q.     Had you handled these transactions
10  before with Trans-Expo International?
11      A.     This was the first time.
12      Q.     This first time dealing with Trans-Expo
13  International?
14      A.     Yes.
15      Q.     Were you aware that weight was an
16  important factor that needed to be conveyed so that
17  safety could be properly safeguarded?
18             MR. OSWALD:  Objection to the form.
19             MS. O'DONNELL:  Join.
20      A.     No.
21             MR. STRATTON:  Objection to the form.
22      Q.     Were you aware that the law requires a
23  shipper to state the weight of the contents
24  accurately?
25             MR. OSWALD:  Objection to the form.
```

                                                                29

1                    P. MILKS
2       talking Exhibit C, October 2001?
3               MR. GRADY:  Yes.
4       A.      Right, yes.
5       Q.      And you knew that the unit was going to
6   be on wheels, right?
7       A.      Yes.
8       Q.      Did you tell Erica Ramirez that this
9   unit weighed anywhere from 700 to 900 pounds and
10  was going to be on wheels?
11      A.      Yes.
12      Q.      You did tell her that?
13      A.      Yes, I told her.
14      Q.      You told her this particular unit was
15  going to be on wheels?
16              MR. OSWALD:  Objection to the form.
17      Q.      Do you understand?
18              MR. OSWALD:  I don't.
19      A.      I'm not sure, but I just answered that.
20      Q.      There's two units being shipped, one
21  weighs 155 pounds plus or minus and the other
22  weighs between 700 and 900 pounds, did you indicate
23  to her that the 700 to 900 pounds was going to be
24  on wheels?
25      A.      Yes.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

57

| | | |
|---|---|---|
| 1 | | P. MILKS |
| 2 | Q. | Would you explain the circumstances |

3   with respect to that sale; how did that occur?

4   A.   I didn't actually handle the sale, but
5   it was a package deal of our training equipment
6   that we had in our classroom. I believe there were
7   three trollies, of which that one was one of them.
8           MR. GRADY: Let's mark this document
9       Defendant's X.
10          (Whereupon, the aforementioned document
11      was marked as Defendant's Exhibit X for
12      identification as of this date by the Reporter.)
13  Q.   Directing your attention to F00014 in
14  the right-hand corner, can you describe that
15  document; do you know what that document is?
16  A.   Yes, I do.
17  Q.   What is it?
18  A.   It's a page from our learning systems
19  product catalogue.
20  Q.   Showing you what was marked Defendant's
21  Exhibit C, at the bottom set of identifications,
22  can you explain to me what those various audo
23  numbers mean?
24  A.   This unit, the way you see it here --
25          MR. GRADY: Pointing to diagram four.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY