# EXHIBIT 7

```
THE UNITED STATES DISTRICT COURT

THE DISTRICT OF CONNECTICUT
```

**CERTIFIED COPY**

```
                                    )
SHAWN POULIOT,                      )
                                    )
            Plaintiff,              )
                                    )
     vs.                            )   No. 3:02 CV 1302
                                    )   (DJS)
PAUL ARPIN VAN LINES, INC.; and ARPIN)
LOGISTICS, INC.,                    )
                                    )
            Third Party/Defendants. )
     vs.                            )
                                    )
THE FESTO CORPORATION, MICHAEL D. KOVAK )
d/b/a TRANS-EXPO INTERNATIONAL, ERICA   )
RAMIREZ, in her capacity as employee of )
TRANS-EXPO INTERNATIONAL,           )
                                    )
            Third Party Defendants. )
                                    )
```

DEPOSITION OF

MICHAEL KOVAK

SAN DIEGO, CALIFORNIA

THURSDAY, OCTOBER 23, 2003


ATKINSON-BAKER, INC.
COURT REPORTERS
600 B Street, Suite 1480
San Diego, California 92101
(800) 288-3376

Reported by: Mauralee A. Ramirez, RPR, CSR NO. 11674

FILE No.: 9D08997

1

## CERTIFICATE OF CERTIFIED COPY

I, *Robert B. Ossio*, an employee of Atkinson-Baker, Inc., Court Reporters, certify that the foregoing pages 1 through 105, constitute a true and correct copy of the original deposition of Michael Kovak, taken on October 23rd, 2003.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 16th day of December, 2003.

_____
*Robert B. Ossio*

```
 1    SAN DIEGO, CALIFORNIA; THURSDAY, OCTOBER 23, 2003
 2                      1:09 p.m.
 3
 4         (Exhibits 1-49 were marked for
 5          identification.)
 6
 7                   MICAHEL KOVAK,
 8    having been administered an oath, testified as follows:
 9
10                    EXAMINATION
11    BY MR. STRATTON:
12         Q    It's Kovak, right?
13         A    That's correct.
14         Q    That's the correct pronunciation?
15         A    Yes.
16         Q    My name is Michael Stratton.  I represent
17    the plaintiff -- the plaintiff in this case.  I'm
18    going to be asking some questions.  If at any point
19    in time you don't understand the question that I ask
20    of you, please ask me to rephrase it, so you
21    understand the question before you give an answer.
22    If you are able to give an answer, I'll expect and
23    assume that that's a truthful answer.  Is that fair?
24         A    That's fair.
25         Q    One more ground rule.  It's very, very
```

7

```
 1   difficult for the court reporter -- if we both talk
 2   at the same time, it's almost impossible for her to
 3   pick up the testimony.  So let me ask my question.
 4   I'll give you a chance to answer the question.
 5   We'll try not to talk over each other.  Okay.  Can
 6   you tell me your full name and date of birth?
 7        A    Michael Dwayne Kovak, September 13th,
 8   1944.
 9        Q    Can you tell me your current address --
10   residential address?
11        A    1366 Etude Road, San Diego, California
12   92128.
13        Q    Do you have a business address that's
14   separate from that?
15        A    The lease on my former business is still
16   in effect until December, I believe, and I'm still
17   receiving some mail there; although the business is
18   closed down.  I don't know if that answers your
19   question.
20        Q    What was the name of that business which
21   is closing down?
22        A    Trans-Expo International.
23        Q    What was your position within that
24   company?
25        A    I owned the company.
```

```
 1      Q    Was it a sole proprietorship?
 2      A    Yes.
 3      Q    It wasn't incorporated?  It wasn't a
 4   partnership?  It was your business?
 5      A    Correct.
 6      Q    Now, tell me about how long that business
 7   has been in existence for?
 8      A    From October 1997 until more or less
 9   officially October of last year.
10      Q    Any particular reason that the operation
11   was shut down?
12      A    Yes.  I needed capital to continue and
13   could not get it.
14      Q    Can you tell me generally the nature of
15   Trans-Expo International's business when it did
16   conduct business?  The types of things that
17   Trans-Expo would do.  What would you call yourself?
18   Sales agents?  Shippers?  Shippers agents?
19      A    I was primarily a sales agent for the
20   Airways Freight Corporation and towards the end of
21   the business, I became a sales agent for Arpin.
22      Q    Now, can you tell me what required you to
23   get additional capital?  Was it so you could do
24   additional marketing?
25      A    So I could hire additional staff.
```

1  Q    Now, I understand that Erica Ramirez was
2  an employee of yours. When was she hired
3  approximately?
4  A    To the best of my knowledge, April of --
5  let's see. April of 2000.
6  Q    And then her employment was terminated
7  around what time?
8  A    I think -- you'll have to excuse me. I
9  think it was around June of -- no. No. I could be
10 wrong about this. Maybe we should start at April of
11 2001. Yes. April of 2001 and terminated in
12 about -- it could have been anywhere between April
13 and June of 2002. I think she was not there quite a
14 year. I'm not exactly sure.
15 Q    Okay. I'm going to show you what has been
16 marked as Exhibit Number 48 and just ask you if this
17 refreshes your recollection as to when Erica Ramirez
18 left the employment of Trans-Expo.
19        MR. GRADY:  Off the record.
20        (Discussion off the record.)
21        MR. OSWALD:  Can you identify what that
22 document is.
23        MR. STRATTON:  I definitely will. I've
24 asked if it refreshes his recollection.
25        THE WITNESS:  March 26, 2002. Okay. So

1  through Arpin. And we discussed an arrangement and
2  they said they would send me a sales agreement and
3  they did. Beyond that, I don't understand the
4  question, I'm sorry.
5      Q    Is it your understanding that you would
6  only work on behalf of Arpin, or did you understand
7  that you would be able to work with other companies?
8      A    It was my understanding that we could work
9  with other companies.
10     Q    Do you have any -- on page three here of
11 Exhibit Number 21, it talks about restrictive
12 covenants. Do have you any knowledge what those
13 restrictive covenants required Trans-Expo to do or
14 not do?
15     A    Reading this now, I believe at the time I
16 read it, I understand this to mean their -- Arpin's
17 clients are off limits to me in terms of selling --
18 selling services. Any kind of services.
19     Q    Did you understand by signing this
20 agreement that you would be a sales agent of Arpin?
21     A    That's correct.
22     Q    And I see a signature here on page five of
23 Exhibit Number 21. It appears to be your signature
24 but only you can tell me whether it actually is.
25     A    Yes. I'm sorry. That is my signature.

15