# EXHIBIT 9

Case 3:02-cv-01302-JCH    Document 361-10    Filed 12/15/2004    Page 1 of 2

```
11/02/2001 15:38 FAX 4018283320        PAVL CORP AFFAIRS
10/31/2001 14:21 FAX 401 886 76        ARPIN LOGISTICS SYSTEMS          ☒008/015
OCT-19-2001  11:21                                                      P.01/01
```

Arpin ccc. TOS-1510

Attention: Bill / Heidi
Fax 401.828.3773
③

# Trans-Expo International
# SHIPMENT BOOKING

| AGENT NO: | | Pickup Date: | Delivery date: |
|---|---|---|---|
| AGENT NAME: | Trans-Expo Intl | 10/19/01 | No later than 10/25 |
| SUBMITTED BY: | Erica Ramirez | Time Ready: Ready now | Delivery Time: 0800-1500 |
| TEL: | 858.376.2300 | Call prior to arrival | only |
| FAX: | 858.376.2308 | Time Close: | |

| SHIPPER | Festo Regional Logistics Ctr | CONSIGNEE | Naugatuck Valley Community College |
|---|---|---|---|
| ADDRESS | 430 Wireless Blvd | ADDRESS | 750 Chase Parkway |
| ADDRESS | Must have 10-12 pads/Straps/protect wheels | ADDRESS | Need Palletjack and liftgate for delv. |
| CITY, ST, ZIP | Hauppauge NY 11788 | CITY, ST, ZIP | Waterbury CT 06708 |
| Customer Name | Faye Devito-MGR | Customer Name | Ray Castellani-Must call in advance of delivery |
| TELEPHONE | 631.435.9417 | TELEPHONE | 203.596.8741 |
| BOOTH Tradeshow | They have a dock | BOOTH Tradeshow | |
| Contractor | | Contractor | |

| BILL TO: | | BILLING PARTY | Festo Corporation-New Account New Contact |
|---|---|---|---|
| ☐ SHIPPER | | ADDRESS | 395 Mooreland Road |
| ☐ CONSIGNEE | | ADDRESS | |
| ☒ THIRD PARTY | | CITY, ST, ZIP | Hauppauge, NY 11788 |
| | | CONTACT | Petra Milks |
| | | TELEPHONE | 631.4043182 |

| DIMENSIONS: | | | Pieces & Weight: | | REQUIREMENTS: |
|---|---|---|---|---|---|
| L | W | H | Pieces | 2 | x Liftgate |
| 59 | 33 | 72 | Actual Wt. | 400 | x Inside Delivery |
| 47 | 32 | 37 | Volume Wt. | | Other |

1 workstation requires pads/1 pallet (protect corners of pallet please

Commodity:
Declared Value:
Insurance:

Special Instructions: Please take extra caution to protect workstation. We are getting these orders because United damaged so much of their shipments. So please tell driver to have correct equipment and pad/strap well. Call prior to p/u and delivery. Ray @ the destination will provide delivery instructions! Thanks Bill ! Erica

Protect wheels!

Quoted Amount:
Quoted $400.00 by Bill Mottla 10/18/01

Please bill client
L/H $512.05
Fuel $25.60
Total $537.65