# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                              :        CIVIL ACTION
                                                   NO. 3:02 CV1302 (DJS)

V.                                         :

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.                  :

V.                                         :

FESTO CORPORATION, MICHAEL D.              :
KOVAC D/B/A TRANS-EXPO                     :
INTERNATIONAL, AND ERICA RAMIREZ IN        :
HER CAPACITY AS EMPLOYEE OF TRANS-         :
EXPO INTERNATIONAL                         :        FEBRUARY 28th, 2003

### AFFIDAVIT OF MICHAEL MONTGOMERY, ARPIN LOGISTICS, INC. IN SUPPORT OF THE OBJECTION OF ARPIN LOGISTICS, INC. TO THIRD PARTY DEFENDANT ERICA RAMIREZ AND THIRD PARTY DEFENDANT MICHAEL D. KOVAC'S MOTION TO DISMISS ON JURISDICTIONAL GROUNDS

Now comes Michael Montgomery, General Manager, Arpin Logistics, Inc., of the Town

of East Greenwich, State of Rhode Island and upon oath duly states as follows:

1.      He was the General Manager at Arpin Logistics, Inc. in October of 2001;

2.      For approximately 6 months prior to October 23, 2001, Erica Ramirez as Agent

        and Servant of Michael D. Kovac, d/b/a Trans-Expo International of San Diego,



California transmitted approximately 26 different shipping orders to Arpin Logistics Inc.;

3.  On or about the morning of October 18, 2001, Erica Ramirez called in an order to Arpin Logistics, Inc. at East Greenwich, Rhode Island for a shipment to be undertaken by Arpin Logistics from the Festo Corporation at Hauppauge, New York to Naugatuck Valley Community College in Waterbury, Connecticut;

4.  On or about October 18th at 11:21 a.m., Erica Ramirez on behalf of Trans-Expo International prepared and faxed the order referred to heretofore to Bill Mottla, customer service representative at Arpin Logistics, Inc. in East Greenwich, Rhode Island. See Exhibit A.

5.  That the Shipping Order (Exhibit A) contained shipping instructions regarding the Festo cargo which were false, namely that the two units weighed 400 lbs.;

6.  Based upon the content of the shipping order (Exhibit A) and paragraph 14 of the Erica Ramirez affidavit of January 22, 2003, in which she said, "The only contact I would have made, as an employee of Trans-Expo, with anyone in Connecticut would have been a brief telephone contact with a representative at the consignee to confirm the delivery information which was provided by Festo.", Erica Ramirez for herself and on behalf of Mr. Kovac, her employer knew or should

have known that the Learnline 2000 unit was to be shipped from Hauppauge, New York into Waterbury, Connecticut where it would be unloaded from a shipping vehicle;

7.    Erica Ramirez for herself and on behalf of Mr. Kovac, her employer expected or should have reasonably expected the act of shipping this Learnline 2000 unit from Hauppauge, New York into Waterbury, Connecticut, where it was to be unloaded, would have consequences in the State of Connecticut;

8.    On or about October 20, 2001, operations at Arpin Logistics, Inc. dispatched Shawn Pouliot to this Festo job from Hauppauge, New York to Waterbury, Connecticut;

9.    On or about October 23, 2001 in the morning, Shawn Pouliot picked up the cargo at Festo Corporation in Hauppauge, New York for delivery to Naugatuck Valley Community College in Waterbury, Connecticut;

10.    At all times material Arpin Logistics, Inc. in accepting the terms of the Shipping Order from Michael D. Kovac, d/b/a Trans-Expo International was undertaking to pick up and deliver cargo for Festo Corporation, Michael D. Kovac, d/b/a Trans-Expo International, acting as the shipping agent of Festo Corporation for the shipment of this Festo Corp. cargo;

11.  At all times material, Arpin Logistics, Inc. relied upon the representations of
Michael D. Kovac, d/b/a Trans-Expo International that he was acting as the agent
of Festo Corporation; and the cargo weighed 400 lbs.;

12.  At all times material, between October 18th at 11:21 a.m. through October 23rd at
15:00 p.m. Arpin Logistics relied upon the shipping instructions and that the
cargo weighed 400 lbs., provided by Erica Ramirez on behalf of Michael D.
Kovac, d/b/a Trans-Expo International, as shipping agent of Festo Corporation, all
as described in the Shipping Order (Exhibit A);

13.  That reliance on their shipping instructions as aforesaid was a continual process
continuing through the period of time described above (October 18 through
October 23rd);

14.  If Arpin Logistics, Inc. had known that the Festo Learnline unit 2000 Workstation
weighed 755 lbs., it would have sent two men for purposes of moving the cargo;

15.  If Arpin Logistics, Inc. had known that the 755 lb. Festo Learnline unit 2000
Workstation was on wheels it would have, additionally, sent a rear lift with
leveling capacity;

16.   If Arpin Logistics, Inc. had known that the 755 lb. unit on wheels had brakes on two of the wheels it would have instructed Shawn Pouliot to lock the wheels through use of the brakes during the unloading process on the rear lift;

17.   Michael D. Kovac, d/b/a Trans-Expo International did not disclose to Arpin Logistics, Inc. that the Festo Learnline 2000 workstation weighed 755 lbs. was on wheels, and that two of the wheels had brakes, at any time prior to the accident, and therefore Arpin Logistics was not forewarned in a timely manner of the dangers and risks in unloading this cargo so that it could safeguard against them;

18.   Consequently Shawn Pouliot's injuries did not result from any negligence attributable to Arpin Logistics, Inc., but rather resulted from the negligence of Michael D. Kovac, d/b/a Trans-Expo International and Erica Ramirez, as aforesaid;

19.   On or about October 23, 2001 at or about 2:30 p.m. Shawn Pouliot, the driver of the Paul Arpin Van Lines van truck and the plaintiff herein was injured at Naugatuck Valley Community College in Waterbury, Connecticut while unloading the Festo Learnline 2000 workstation from the Arpin van truck;

20.   That Arpin Logistics, Inc. undertook a number of shipments for Festo Corporation, which had been engaged by Michael D. Kovac, d/b/a Trans-Expo

International, Inc. beginning on August 30, 2001 and extending to April of 2002 as described on the enclosed documents entitled Arpin Logistics, Inc. Customer Service Board, for customer Festo Corp. (See Exhibit B);

21. At least three of the shipments, each with separate bills of lading, were arranged by Michael D. Kovac, d/b/a Trans-Expo International for Festo Corporation, as described in paragraph #18 and Exhibit B involved the state of Connecticut, one originating in New York and terminating in Connecticut (AL 123854), the second originating in Connecticut and terminating in Ohio (AL 124089), and the third originating in Connecticut and terminating in New York (AL 124088); (See Exhibits C, D, & E)

22. That work which was engaged by Michael D. Kovac, d/b/a Trans-Expo International on behalf of Festo Corporation as described in Exhibit B, related to shipments involving the states of Massachusetts, New York, Georgia, Ohio, New York, Connecticut, Nevada, Illinois, Pennsylvania, Texas, Nebraska, Rhode Island and North Carolina;

23. During the period of time that Arpin Logistics, Inc. were doing business with Festo Corporation, Michael D. Kovac, d/b/a Trans-Expo International acted as a

shipping agent and broker for Festo Corporation on many transactions in interstate commerce;

24. Based upon the contents of paragraph 18 herein and Exhibit B, Michael D. Kovac, d/b/a Trans-Expo International and Erica Ramirez conducted business in interstate commerce;

25. Based upon other provisions herein and the content and representations of the Trans-Expo International Exhibitors letter posted on the internet respecting the Shopa Show in Atlanta, Georgia of November 12 – 14, 2002 (Exhibit F 1 and 2 attached), Michael D. Kovac and Erica Ramirez derived substantial revenue from transactions in interstate commerce and international commerce.

The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this _28_ day of February, 2003.

ARPIN LOGISTICS, INC.

BY: MICHAEL MONTGOMERY

STATE OF _RI_
COUNTY OF _Kent_

In _West Warwick_ on the _28_ day of February, 2003 before me personally appeared Michael Montgomery to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed, to be his free act and deed.

Notary Public: _Kerry M Shine_
My Commission Expires: _4-10-05_

# EXHIBIT A

11/02/2001 15:38 FAX 4018283320        PAVL CORP AFFAIRS
10/31/2001 14:71 FAX 401 886 76        ARPIN LOGISTICS SYSTEMS              ⓦ005
                                                                            @008/015

OCT-19-2001   11:21   *HTP*III  OOU. YOD- ISIU*                             P.01/01

---

## Trans-Expo International
## SHIPMENT
## BOOKING

*Attention: Bill / Heidi*

*Fax 401. 828. 3773*



| AGENT NO: | | PIckup Date: | Delivery date: |
|---|---|---|---|
| AGENT NAME: | Trans-Expo Intl | 10/19/01 | No later than 10/25 |
| SUBMITTED BY: | Erica Ramirez | Time Ready: Ready now | Delivery Time: 0800-1500 only |
| TEL: | 858.376.2300 | Call prior to arrival | |
| FAX: | 858.376.2308 | Time Close: | |

| SHIPPER | Festo Regional Logistics Ctr | CONSIGNEE | Naugatuck Valley Community College |
|---|---|---|---|
| ADDRESS | 430 Wireless Blvd | ADDRESS | 750 Chase Parkway |
| ADDRESS | Must have 10-12 pads/Straps/protect wheels | ADDRESS | Need Palletjack and liftgate for delv. |
| CITY, ST, ZIP | Hauppauge NY 11788 | CITY, ST, ZIP | Waterbury CT 06708 |
| Customer Name | Faye Devito-MGR | Customer Name | Ray Castollani-Must call in advance of delivery |
| TELEPHONE | 631.435.9417 | TELEPHONE | 203.586.8741 |
| BOOTH | They have a dock | BOOTH | |
| Tradeshow | | Tradeshow | |
| Contractor | | Contractor | |

| BILL TO: | | BILLING PARTY | Festo Corporation-New Account  New Contact |
|---|---|---|---|
| ☐ SHIPPER | | ADDRESS | 395 Mooreland Road |
| ☐ CONSIGNEE | | ADDRESS | |
| ☒ THIRD PARTY | | CITY, ST, ZIP | Hauppauge, NY 11788 |
| | | CONTACT | Petra Miles |
| | | TELEPHONE | 631.4043182 |

| DIMENSIONS: | | | Pieces & Weight | | REQUIREMENTS: |
|---|---|---|---|---|---|
| L | W | H | | | |
| 59 | 33 | 72 | Pieces | 2 | x Liftgate |
| 47 | 32 | 37 | Actual Wt. | 400 | x Inside Delivery |
| | | | Volume Wt. | | Other |

1 workstation requires pads/1 pallet (protect corners of pallet  please

Commodity:
Declared Value:
Insurance:

**Special Instructions:** Please take extra caution to protect workstation. We are getting these orders because United damaged so much of their shipments. So please tell driver to have correct equipment and pad/strap well. Call prior to p/u and delivery. Ray @the destination will provide delivery instructions/ Thanks Bill ! Erica

*Protect Wheels !*

**Quoted Amount:**
Quoted $400.00 by Bill Mottia 10/18/01

Please bill client
L/H $512.05
Fuel $25.60
Total $537.65

# EXHIBIT B

2 10:46 FAX 401 886 79▒▒

ARPIN LOGISTICS SYSTEMS

RY INQUIRY  . . . . . . . .  ARPIN LOGISTICS, INC.
CUSTOMER SERVICE BOARD  . . . . . . .

☑002/003

MIKE M
12/30/02
09:40:02

| ± | Pro Number | Customer | Ord Sta | Type | As Weight | ORIGIN City/St | From | To | DESTINATION City/St | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 124378 | FESTO CORP | PST | LTL | 2100 | NEWT MA | 1116 | 1116 | HAUP NY | 1119 | 112 |
| AL | 124377 | FESTO CORP | PST | LTL | 4900 | HAUP NY | 1113 | 1114 | NEWT MA | 1115 | 111 |
| AL | 124351 | FESTO CORP | PST | TSLT | 24000 | ATLA GA | 1116 | 1116 | HAUP NY | 1119 | 112 |
| AL | 124343 | FESTO CORP | PST | LTL | 2800 | PIQU OH | 1108 | 1109 | HAUP NY | 1112 | 111 |
| AL | 124342 | FESTO CORP | PST | TSTL | 24000 | HAUP NY | 1107 | 1107 | ATLA GA | 1110 | 111 |
| AL | 124271 | FESTO CORP | PST | TSLT | 5600 | CLEV OH | 1116 | 1116 | HAUP NY | 1119 | 112 |
| AL | 124268 | FESTO CORP | PST | TSLT | 5600 | HAUP NY | 1106 | 1107 | CLEV OH | 1108 | 111 |
| AL | 124089 | FESTO CORP | PST | LTL | 400 | WATE CT | 1029 | 1029 | PIQU OH | 1031 | 110 |
| AL | 124088 | FESTO CORP | PST | LTL | 400 | WATE CT | 1029 | 1030 | HAUP NY | 1030 | 110 |
| AL | 123854 | FESTO CORP | PST | LTL | 400 | HAUP NY | 1022 | 1022 | WATE CT | 1022 | 102 |
| AL | 123843 | FESTO CORP | PST | TSLT | 4000 | HAUP NY | 1017 | 1017 | WORC MA | 1019 | 101 |
| AL | 123286 | FESTO CORP | PST | LTL | 2100 | LAS NV | 921 | 921 | ROSE IL | 927 | 92 |
| AL | 123048 | FESTO CORP | PST | TSLT | 3500 | HAUP NY | 921 | 921 | ROSE IL | 927 | 92 |

More...

FESTO CORP

Enter=Scan
F03=Exit
F04=Find

F08=Toggle Unaccepted / Operations / Billing / History
F09=Toggle Screen Order / Service    F05=Trailer Tracking
F11=Quick Add                        Master Bill:

02 10:47 FAX 401 886 79

ARPIN LOGISTICS SYSTEMS

☑003/003

RY INQUIRY . . . . . . . . ARPIN LOGISTICS, INC. . . . . . . . . .
CUSTOMER SERVICE BOARD

MIKE_M
12/30/02
09:40:02

| /L | Pro Number | Customer | Ord Sta | Type | As Weight | ORIGIN City/St | From | To | DESTINATION City/St | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 122870 | FESTO CORP | PST | TSLT | 16800 | ROSE IL | 1005 | 1005 | HAUP NY | 1011 | 101 |
| AL | 122694 | FESTO CORP | PST | TSLT | 12600 | LAS NV | 912 | 912 | FRAN IL | 917 | 91 |
| AL | 122590 | FESTO CORP | PST | TSLT | 12600 | HAUP NY | 830 | 830 | LAS NV | 905 | 90 |
| AL | 114295 | FESTO CORP | PST | TSLT | 4900 | WORC MA | 1025 | 1025 | HAUP NY | 1030 | 103 |
| AL | 114294 | FESTO CORP | PST | LTL | 2800 | HAUP NY | 1025 | 1025 | PIQU OH | 1029 | 103 |
| AL | 114283 | FESTO CORP | PST | LTL | 2800 | HAUP NY | 1026 | 1026 | CANO PA | 1029 | 102 |
| TE | 213271 | FESTO CORP | PST | LTL | 2800 | HAUP NY | 422 | 422 | ROCH NY | 423 | 42 |
| TE | 212690 | FESTO CORP | PST | LTL | 1050 | HAUP NY | 322 | 322 | ROCH NY | 325 | 32 |
| TE | 212090 | FESTO CORP | PST | LTL | 500 | WOBU MA | 301 | 304 | HAUP NY | 304 | 30 |
| TE | 210462 | FESTO CORP | PST | TSLT | 2100 | IRVI TX | 118 | 118 | HAUP NY | 121 | 12 |
| TE | 210461 | FESTO CORP | PST | TSLT | 2100 | HAUP NY | 104 | 104 | IRVI TX | 111 | 11 |
| TE | 124721 | FESTO CORP | PST | TSLT | 4900 | HAUP NY | 1207 | 1207 | COLU NE | 1210 | 121 |
| TE | 124362 | FESTO CORP | PST | TSLT | 650 | HAUP NY | 1205 | 1205 | FLAT NC | 1206 | 121 |

Bottom

FESTO CORP

Enter=Scan                          F08=Toggle Unaccepted / Operations / Billing /  History
F03=Exit                            F09=Toggle Screen Order / Service  F05=Trailer  Tracking
F04=Find                                F11=Quick Add                    Master Bill: _____

# EXHIBIT C

**ARPIN**
l o g i s t i c s

SPECIAL PRODUCTS DIVISION OF
Paul Arpin Van Lines, Inc.

**COMBINATION STRAIGHT BILL OF LADING,
INVENTORY AND FREIGHT BILL**

Box 1302, East Greenwich, RI 02818-0998
401-828-8111    1-800-343-3500

L OF 1  ORIGINAL
MC 821
NON-NEGOTIABLE

REGISTRATION #

AL    123854

| PICKUP ADDRESS (ORIGIN) | DELIVERY ADDRESS (CONSIGNEE) |
|---|---|

FESTO CORP.
395 MOORELAND RD.

HAUPPAUGE        NY 11788

FESTO REGIONAL  LOGISTICS
430 WIRELESS BLVD
HAUPPAUGE        NY 11788
FAYE DEVITO
631/435-9417

NAUGATUCK VALLEY COLL_E
750 CHASE PARKWAY
WATERBURY        CT 0
RAY CASTELLANI
203/596—87

THORIZED BY:
22861 FESTO CORP.

| P/U DATES | P/U DATES | TIME | DEL. DATE | DEL. DATES | TIMES |
|---|---|---|---|---|---|
| | 10/22/200 1 | 8:00 | | 10/22/2001 | 8:0 |
| | 10/22/2001 | 16:00 | 10/22/2001 | 10/24/2001 | 15:0 |

T. L TL    119    400

MILES         WEIGHT

SECT.    RATE

ORIGIN INFO

WGT TCKT?    CALL  BEFORE?
INSIDE?    DOCK?    PACK?
STAIRS?    ADD'L  LABOR?

DEST. INFO

WGT TCKT?    CALL  BEFORE
INSIDE?    DOCK?    PACK
STAIRS?        ADD'L  LABOR

CHARGES

ORIGIN REMARKS

CALL PRIOR TO  DEL.  12 PADS REQUIRED
STRAPS
CALL B/4 PICKUP

DESTINATION REMARKS

DESCRIPTIVE SYMBOLS
CARRIER PACKED    PBO – PACKED BY OWNER
CARRIER    DBO – DISASSEMBLED BY
DISASSEMBLED    OWNER

LOCATION SYMBOLS
HEELS    5. LEFT    9. SIDE
OTTOM    6. LEG    10. TOP
ORNER    7. REAR    11. VENEER
ONT    8. RIGHT    12. EDGE

EXCEPTION SYMBOLS
F – FADED
KEN    FR – FRAYED    RU – RUSTED
RED    SC – SCRATCHED
PED    L – LOOSE    SH – SHORT
TENTS & CONDITION    M – MARRED    SO – SOILED
DOWN    MCU – MECHANICAL CONDITION    T – TORN
ITED    UNKNOWN    W – BADLY WORN
Z – CRACKED
OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| | ✓ | ✓ | DESCRIPTION | CONDITION WHEN RECEIVED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

REMARKS/EXCEPTIONS AT DELIVERY

INTERLINE DATA

| | DATE | I.D. # | HAULER | FROM | TO |
|---|---|---|---|---|---|
| R | | | | | |
| | | | | | |
| | | | | | |
| R BIL # | | | | | |
| | | | | | |

d to,    spot subject to Carrier's classifications, rules and regu-
tariffs and contracts including terms and conditions printed or
herein in effect on the date of issue of this document.

THE ABOVE SERVICES WERE RENDERED AND THE PROPERTY
DESCRIBED HAS BEEN RECEIVED IN GOOD CONDITION EXCEPT
AS NOTED.

DEST. REMARKS

R AUTHORIZED AGENT

OWNER OR AUTHORIZED AGENT

X

P.O.D. (PRINT)

AUTHORIZED AGENT (DRIVER)    DATE

CARRIER/AUTHORIZED AGENT (DRIVER)    DATE

LOCATION DELIVERED TO

# EXHIBIT D

01/08/03  10:11 FAX 401 884 7749    ARPIN LOGISTICS SYSTEMS    @002/003


**ARPIN**
L I S T I C S
S.    PRODUCTION VISION OF
ul Arpin Van Lines, Inc.

COMBINATION STRAIGHT BILL OF LADING,
INVENTORY AND FREIGHT BILL

Box 1302, East Greenwich, RI 02818-0998
401-828-8111   1-800-343-3500

1 OF 1   ORIGINAL
MC 621
NON-NEGOTIABLE

REGISTRATION #
AL   124089   *R*

| | |
|---|---|
| **ICE TO**<br>STO CORP.<br>5 MOORELAND RD.<br><br>JPPAUGE   NY 11788 | **PICKUP ADDRESS (ORIGIN)**<br>NAUGATUCK VALLEY COLLEGE<br>750 CHASE PARKWAY<br>WATERBURY   CT 06708<br>RAY CASTELLANI<br>203/596-8741 | **DELIVERY ADDRESS (CONSIGNEE)**<br>EDISON COMMUNITY COLLEGE<br>1973 EDISON DRIVE<br>PIQUA   OH 45356<br>FAYE DEVITO<br>631/435-9417 |

**ORIZED BY:**
22861 FESTO CORP.
LTL   695   400   MILES   WEIGHT   SECT.   RATE

| P/U DATES | P/U DATES | TIME | DEL DATE | DEL DATES | TIMES |
|---|---|---|---|---|---|
| 10/29/2001 | 10/29/2001 | 8:00 | 10/31/2001 | 11/01/2001 | 8:00 |
| | 10/29/2001 | 15:00 | | | 16:00 |

**ORIGIN INFO**
WGT TCKT?   CALL BEFORE?
INSIDE?   DOCK?   PACK?
STAIRS?   ADD'L LABOR?

**DEST. INFO**
WGT TCKT?   CALL BEFORE?
INSIDE?   DOCK?   PACK?
STAIRS?   ADD'L LABOR?

**CHARGES SUBJECT TO CORRECTION**

PEMU 631 - 435-
63 -182   6800

**ORIGIN REMARKS**
CALL PRIOR TO DEL - 12 PADS REQUIRED
STRAPS
CALL B/4 PICKUP
BS. 203-375-8090
1# R Turn over Bridge @ 2  15th @.
Face N Founders Hall @ L Ent Pat...

**DESTINATION REMARKS**

**ORY SYMBOLS**
DESCRIPTIVE SYMBOLS
CARRIER PACKED   PBO – PACKED BY OWNER
CARRIER   DBO – DISASSEMBLED BY
DISASSEMBLED   OWNER
LOCATION SYMBOLS
EELS   5. LEFT   9. SIDE
TTOM   6. LEG   10. TOP
ANER   7. REAR   11. VENEER
ONT   8. RIGHT   12. EDGE
EXCEPTION SYMBOLS
F – FADGE   RU – RUSTED
FR – FRAYED   SC – SCRATCHED
L – LOOSE   SH – SHORT
M – MARRED   SO – SOILED
NCU – MECHANICAL CONDITION   T – TORN
UNKNOWN   W – BADLY WORN
Z – CRACKED

**DESCRIPTIVE INVENTORY**

| | ✓ | ✓ | DESCRIPTION | CONDITION WHEN RECEIVED |
|---|---|---|---|---|
| 1 | | | 1. Carton on Skid PBO, CU | |
| 2 | | | Skid | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**RED VALUE**
...rd or declared value of the property shipped is hereby specifically...
by shipper for purpose of the applicable rate charged hereunder, as...
(a) electronic equipment such as computers and robotics not to...
$5.00 per pound per article; (b) all other property not to exceed 60...
er pound. If a higher released value is declared hereafter, the Ship-
ees to pay Carrier a valuation charge of _____ cents per hundred...
of declared value.

**ERS SIGNATURE**   **DECLARED VALUE**   $

**REMARKS/EXCEPTIONS AT DELIVERY**

**INTERLINE DATA**

ARPIN
R BIL #

| DATE | I.D. # | HAULER | FROM | TO |
|---|---|---|---|---|
| 10/30 | 21543 | Raul Ortiz | Waterbury, CT | |
| 757 | 14-1 | Phil Smith | Sacngalosu | Piqua OH |

**AT ORIGIN**
...for ...subject to Carrier's classifications, rules and reg-
tantis and contract including terms and conditions printed or
herein at elect... the date of issue of this document.

**AT DESTINATION**
THE ABOVE SERVICES WERE RENDERED AND THE PROPERTY
DESCRIBED HAS BEEN RECEIVED IN GOOD CONDITION EXCEPT
AS NOTED.

DEST. REMARKS
PIQUA   OH

**IR AUTHORIZED AGENT**

**OWNER OR AUTHORIZED AGENT**
x David W Sargh

P.O.D. (PRINT)

**AUTHORIZED AGENT (DRIVER)**   **DATE**

**CARRIER/AUTHORIZED AGENT (DRIVER)**   **DATE**

**LOCATION DELIVERED TO**

# EXHIBIT E

10/31/02  09:43 FAX 401 884 7749        ARPIN LOGISTICS SYSTEMS —        @002

# ARPIN
LOGISTICS
SPECIAL PRODUCTS DIVISION OF
Paul Arpin Van Lines, Inc.

Put on Rear

**COMBINATION STRAIGHT BILL OF LADING,
INVENTORY AND FREIGHT BILL**

Box 1302, East Greenwich, RI 02818-0998
401-828-8111    1-800-343-3500

10/31  1 OF 1  ORIGINAL
MC 621

REGISTRATION #
AL    124088    *R*

NON-NEGOTIABLE

| INVOICE TO | PICKUP ADDRESS (ORIGIN) | DELIVERY ADDRESS (CONSIGNEE) |
|---|---|---|
| FESTO CORP.<br>395 MOORELAND RD.<br><br>HAUPPAUGE    NY 11788 | NAUGATUCK VALLEY COLLEGE<br>750 CHASE PARKWAY<br><br>WATERBURY    CT 06708<br>RAY CASTELLANI<br>203/596-8741 | FESTO REGIONAL LOGISTICS<br>430 WIRELESS BLVD<br><br>HAUPPAUGE    NY 11788<br>FAYE DEVITO<br>631/435-9417 |

P.O. #

| AUTHORIZED BY: | P/U DATES | TIME | DEL. DATE | DEL. DATES | TIMES |
|---|---|---|---|---|---|
| 22861 FESTO CORP. | 10/29/2001 | 8:00 | 10/30/2001 | 10/30/2001 | 8:00 |
| | 10/30/200 | 15:00 | | 11/02/2001 | 16:00 |

| ACCT# TL | 119 | 400 |
|---|---|---|

TYPE | MILES | WEIGHT
TARIFF | SECT. | RATE

ORIGIN INFO
WGT TCKT?    CALL  BEFORE?
INSIDE?    DOCK?    PACK?
STAIRS?    ADD'L LABOR?

DEST. INFO ..
WGT TCKT? · CALL  BEFORE?
INSIDE?    DOCK?    PACK?
STAIRS?    ADD'L LABOR?

CHARGES (SUBJECT TO CORRECTION)

ORIGIN REMARKS
CALL PRIOR TO DEL. 12 PADS REQUIRED
STRAPS
CALL B/4 PICKUP

ESN 57N
5077E 64PN 84N

DESTINATION REMARKS

INVENTORY SYMBOLS

DESCRIPTIVE SYMBOLS
CP – CARRIER PACKED      PBO – PACKED BY OWNER
CD – CARRIER      DBO – DISASSEMBLED BY
   DISASSEMBLED      OWNER
LOCATION SYMBOLS
1. WHEELS      5. LEFT
2. BOTTOM      6. LEG      9. SIDE
3. CORNER      7. REAR      10. TOP
4. FRONT      8. RIGHT      11. VENEER
                              12. EDGE
EXCEPTION SYMBOLS

| | ✓ | ✓ | DESCRIPTION | CONDITION WHEN RECEIVED |
|---|---|---|---|---|
| 1 | | | 1 Demo Console | 9C, 50, C, R |
| 2 | | | | D, |
| 3 | | | | |
| 4 | | | | |
| 5 | | | (PA5) | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

SHIPPER'S SIGNATURE

DECLARED VALUE
$

REMARKS/EXCEPTIONS AT DELIVERY

INTERLINE DATA

| CARRIER | DATE | I.D. # | HAULER | FROM | TO |
|---|---|---|---|---|---|
| | 10/30 | 2543 | Paul DRTA | Waterbury, CT | Hauppauge, NY |

CARRIER BIL #

| AT ORIGIN | AT DESTINATION |
|---|---|
| | THE ABOVE SERVICES WERE RENDERED AND THE PROPERTY<br>DESCRIBED HAS BEEN RECEIVED IN GOOD CONDITION EXCEPT<br>AS NOTED. | DEST. REMARKS |

DRIVER/AUTHORIZED AGENT (DRIVER)  DATE

OWNER OR AUTHORIZED AGENT

CARRIER/AUTHORIZED AGENT (DRIVER)  DATE

P.O.D. (PRINT)
Glen GARRICK

LOCATION DELIVERED TO

# EXHIBIT F

| Service | Contact Information | Company & Address |
|---|---|---|
| SHOPA SHOW Management & Registration | Melissa Gebhardt<br>melissag@shopa.org<br>937-297-2250 or 800-854-7467<br>Fax: 937-297-2254 | SHOPA<br>3131 Elbee Road<br>Dayton, OH 45439<br>www.shopa.org |
| Convention Center | Tonya Clemmons<br>tclemmons@gwcc.com<br>404-223-4300<br>Fax: 404-223-4211 | Georgia World Congress Center<br>285 International Blvd NW<br>Atlanta, GA 30313<br>www.gwcc.com |
| Official Contractor – Booth Rental, Cleaning, Decorating, Signage, Floor Covering, Furniture, Air Freight, Rigging, Van Lines, Material Handling | Customer Service<br>404-253-6400<br>Fax: 404-898-0415 | Freeman Decorating Company<br>841 Joseph E Lowery Blvd<br>Atlanta, GA 30318 |
| Audio Visual Equipment | Jeff Parker<br>jparker@totalshow.com<br>404-253-6400<br>Fax: 404-881-1198 | AVW-TELAV Audio Visual Solutions<br>841 Joseph E Lowery Blvd N.W.<br>Atlanta, GA 30318 |
| Electrical/Plumbing | Engineering Department<br>404-223-4800<br>Fax: 404-223-4003 | Georgia World Congress Center<br>285 International Blvd NW<br>Atlanta, GA 30313<br>www.gwcc.com |
| Florist | Debbie Farge<br>conpltds@aol.com<br>504-454-7204<br>Fax: 504-454-7262 | Convention Plant Designs, Inc.<br>PO Box 24425<br>New Orleans, LA 70184 |
| Food Service | Minda Cavill<br>404-223-4500<br>Fax: 404-223-4511 | MGR Food Services<br>Georgia World Congress Center<br>285 International Blvd NW<br>Atlanta, GA 30313 |
| Hosts/Hostesses | Michele Meyer<br>michele@judyvenn.com<br>800-853-8855 or 714-957-8300<br>Fax: 714-957-8301 | Judy Venn Associates, Inc.<br>3186 Airway Avenue, Suite H<br>Costa Mesa, CA 92626 |
| Housing | Customer Service<br>shopa2002@cmrus.com<br>800-716-7732 or 415-979-2284<br>Fax: 415-979-2276 | CMR<br>33 New Montgomery, Suite 1420<br>San Francisco, CA 94105 |
| International Freight Broker | Mike Kovac<br>mikek@trans-expo.com<br>858-376-2300 or 888-618-2052<br>Fax: 858-376-2308 | Trans-Expo International<br>16885 Via Del Campo Court<br>#204<br>San Diego, CA 92127 |
| Lead Retrieval | Customer Service<br>directlead@jspargo.com<br>703-631-6200 or 800-564-4220<br>Fax: 703-502-0257 | J. Spargo & Associates, Inc.<br>11212 Waple Mill Road, Suite 104<br>Fairfax, VA 22030<br>www.directlead.com |
| Photography | Jim Ezell<br>photos@lagniappestudio.com<br>504-488-1922<br>Fax: 504-488-1613 | Lagniappe Photography<br>221 N Bernadette St<br>New Orleans, LA 70119 |
| Security | Mark Moss<br>adfsecurity@mindspring.com<br>404-370-0142<br>Fax: 404-370-7306 | ADF Security<br>246 Sycamore Street, Suite 150<br>Decatur, GA 30030 |
| Telecommunications (Telephone, Fax, Internet) | Dana Mixon<br>info@ccld.net<br>404-222-5500 or 800-762-6977<br>Fax: 404-222-5514 | Georgia World Congress Center<br>285 International Blvd NW<br>Atlanta, GA 30313<br>www.gwcc.com |
| Transportation | Customer Service<br>404-363-2252<br>Fax: 404-363-1793 | Sullivan Transfer Company<br>1300 Henrico Rd<br>Conley, GA 30288 |