# EXHIBIT 12

```
DEC-11-2003  09:10       LENIHAN GRADY & STEELE              4015966845      P.04/23

              Pro#: AL   123854     Div: SLS Status: PST Bill ?: I  Date: _____
 Customer: ___22861 FESTO CORP.___            Ctl Branch: AL  Div: OTR
 Called In By: _____        Phone: 631-435-0800        CSR: BM
 Origin: _____  Extra P/U ?: _     Destination: _____  Extra DLV ?: _
 Name: FESTO REGIONAL LOGISTICS      Name: NAUGATUCK VALLEY COLLEGE
 Add1: 430 WIRELESS BLVD             Add1: 750 CHASE PARKWAY
 Add2: _____               Add2: _____
 City: HAUPPAUGE         St: NY      City: WATERBURY         St: CT
 Zip: 11788    Phone: 631-435-9417   Zip: 06708    Phone: 203-596-8741
 Contact: FAYE DEVITO                Contact: RAY CASTELLANI
    Dates: 10/22/2001 to 10/22/2001     Dates: 10/22/2001 to 10/24/2001
    Times: 8:00 to 16:00                Times: 8:00 to 15:00
    Terms: A  P/C/3              Qty: _____ BillQty: _____  CubeFt: _____
 Bill To: 22861    Split ?: N    Wt: 400  As Wt: 400  Dims: 100  Pcs: 2
                                 Cmdy: _____
 Name: FESTO CORP.                      Additional Valuation: _____
 Add1: 395 MOORELAND RD.            Shipment Information
 Add2: ATTN: CHERYL SABATELLI       CALL PRIOR TO DEL. 12 PADS REQUIRED
 City: HAUPPAUGE         St: NY     STRAPS
 Zip: 11788                         CALL B/4 PICKUP
              Ready To Settle ?: N                          Svce Type: ___
 PO#: _____         Prj/Lease#: _____     Dsc%: ___
 SID#: _____     Type: LTL  SvcWnd: STD  Mls: 119  Trf: ___
                              F05=Documents  F06=POD   F07=Notes
   ENTER=Proceed                                    F24=More Keys
   F08=Dimensions   F09=Commodity Dtl
```




DEC-09-2003  15:32         401 828 3320        97%              P.02