# EXHIBIT 14

*[Page is rotated 90°; shipping order document from FESTO CORPORATION, 430 WIRELESS BLVD., HAUPPAUGE, NY 11788]*

**THIS SHIPPING ORDER**

Carrier: R. Pin Logistics

Consigned to: Naugatuck Valley Community College

Destination: Waterbury   State: CT   Zip: 06708

Delivery Address: 750 Chase Parkway

| No. Packages | HAZ MAT | [description] | Weight | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 | | Pulley Tx Smith | | | |
| | | Reinhart 4' Smith | | | |
| | | Better Pay Asseman | | 755 | |
| | | Phone 203-596-8741 | | | |
| | | Must be delivered on 22 Oct 23 | | | |

**PLACARDS PROVIDED FOR THIS LOAD**

REDIFORM® 6S675/6P675 Rev. 5/98
POLYPAK (50 SETS) 6S675


DEFENDANT'S EXHIBIT KES