# EXHIBIT 15

```
 1                                                              1
 2     UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT
 3     ------------------------------------
       SHAWN POULIOT,
 4
                                        Plaintiff,
 5
              - against -
 6
       PAUL ARPIN VAN LINES, INC. and ARPIN
 7     LOGISTICS, INC., FESTO CORPORATION,
       MICHAEL D. KOVAC D/B/A TRANS-EXPO
 8     INTERNATIONAL, AND ERICA RAMIREZ IN
       HER CAPACITY AS EMPLOYEE OF TRANS-EXPO
 9     INTERNATIONAL,

10                                      Defendants.
       ------------------------------------
11

12                              114 Old County Road
                                Mineola, New York
13

14                              March 30, 2004
                                10:42 A.M.
15

16

17          DEPOSITION of FESTO CORPORATION, a

18     Defendant herein, by AGATHA DEVITO, taken by the

19     Adverse Parties, pursuant to Article 31 of the

20     Civil Practice Law and Rules of Testimony, and

21     Notice, held at the above-mentioned time and

22     place, before Martha Trikas, a Notary Public of

23     the State of New York.

24

25
```

DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY

```
 1              C E R T I F I C A T E                    66
 2
 3              I, MARTHA TRIKAS, a Notary Public in
 4    and for the State of New York, do hereby certify:
 5              THAT the witness whose examination
 6    is hereinbefore set forth was duly sworn and
 7    that such examination is a true record of the
 8    testimony given by that witness.
 9              I further certify that I am not
10    related to any of the parties to this action by
11    blood or by marriage and that I am in no way
12    interested in the outcome of this matter.
13              IN WITNESS WHEREOF, I have hereunto
14    set my hand this 30th day of March, 2004.
15
16                         _____
17                              MARTHA TRIKAS
18
19
20
21
22
23
24
25
```

DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY

```
1                         DeVito                    7
2                 In other words, can you identify
3        this writing right there?
4                 THE WITNESS:  No.
5                 That's not mine.
6        Q        How did you get Exhibit 1?
7                 MR. OSWALD:  This one here
8        (indicating).
9        A        How did I get it?
10       Q        Yes.
11       A        Well, these bills of lading are kept
12   at my desk, and when freight has to be written
13   up, I take one and write all the information on
14   it pertaining to that freight.
15       Q        So you wrote up that document?
16       A        Yes.
17       Q        In the lower right-hand corner,
18   there is a name.
19                What is that name?
20       A        This looks like when the driver
21   picks up the freight, he usually signs the bill
22   of lading and leaves one copy at Festo for our
23   records.
24       Q        Who signed for Festo?
25                MR. OSWALD:  Do you know?
```

DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY