UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHAWN POULIOT,
    Plaintiff,
        v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,
    Defendants.

C.A. No. 3:02 CV1302 (DJS)

December 15, 2004

### AFFIDAVIT OF JAMES R. OSWALD, ESQ.

JAMES R. OSWALD, being duly sworn, hereby deposes and says:

1. I am an attorney admitted to practice before this Court and a member of the firm of Adler Pollock & Sheehan P.C., attorneys for Defendant Festo Corporation ("Festo"). I submit this affidavit in support of Festo's Motion for Summary Judgment as to the Common-Law Indemnity Counts Alleged by Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.

2. Attached as **Exhibit 1** to the Local Rule 56(a)1 Statement in Support of Festo Corporation's Motion for Summary Judgment as to the Common-Law Indemnity Counts Alleged by Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (the "Festo Rule 56(a)(1) Statement") is a true and correct copy of excerpts from the July 26, 2004 Deposition of Joseph E. Rocha.

3. Attached as **Exhibit 2** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the July 27, 2004 Deposition of Michael P. Montgomery.

4. Attached as **Exhibit 3** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the October 5, 2004 Deposition of William Tweedy.

5. Attached as **Exhibit 4** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the December 3, 2002 Deposition of Shawn Pouliot.

6. Attached as **Exhibit 5** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the March 30, 2004 Deposition of Fred Zierau.

7. Attached as **Exhibit 6** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the March 29, 2004 Deposition of Petra Milks.

8. Attached as **Exhibit 7** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the October 23, 2003 Deposition of Michael D. Kovac.

9. Attached as **Exhibit 8** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the October 24, 2003 Deposition of Erica Ramirez.

10. Attached as **Exhibit 9** to the Festo Rule 56(a)1 Statement is a true and correct copy of the Shipment Booking Form referenced in ¶ 22 of the Festo Rule 56(a)1 Statement and attached as Exhibit A to the Affidavit of Michael P. Montgomery referenced in Paragraph 11, below.

11. Attached as **Exhibit 10** to the Festo Rule 56(a)1 Statement is a true and correct copy of the Affidavit of Michael P. Montgomery dated February 28, 2003, which attaches as Exhibit A the Shipment Booking Form.

12. Attached as **Exhibit 11** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the July 27, 2004 Deposition of William F. Mottla, Jr.

13. Attached as **Exhibit 12** to the Festo Rule 56(a)1 Statement is a true and correct copy of a printout of the Arpin Logistics computer information screen that is referenced in ¶ 49

of the Festo Rule 56(a)1 Statement and at pp. 111-12 of the July 26, 2004 Deposition of Joseph E. Rocha and at p. 34 of the July 27, 2004 Deposition of Michael P. Montgomery.

14. Attached as **Exhibit 13** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the July 29, 2004 Deposition of Shawn Pouliot.

15. Attached as **Exhibit 14** to the Festo Rule 56(a)1 Statement is a true and correct copy of a Bill of Lading that is referenced in ¶ 149 of the Festo Rule 56(a)1 Statement and at p. 73 of the December 3, 2002 Deposition of Shawn Pouliot.

16. Attached as **Exhibit 15** to the Festo Rule 56(a)1 Statement is a true and correct copy of excerpts from the March 30, 2004 Deposition of Agatha DeVito.

_____
James R. Oswald

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED and sworn to before me in Providence, Rhode Island on the 14th day of December, 2004.

_____
Kathleen A. Mooney
Notary Public
My Commission Expires: 6/20/05

318287_1.doc