# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 302CV1302 (DJS)

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| PAUL ARPIN VAN LINES, INC. and<br>ARPIN LOGISTICS, INC.<br>    Defendants<br>    Third-Party Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and<br>ERICA RAMIREZ, IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INERNATIONAL | )<br>)<br>)<br>)<br>)<br>) |

FILED 2004 DEC 15 A 10:39 U.S. DISTRICT COURT HARTFORD, CT.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc.

12/13/04
Date

[Signature]
Signature

23785
Connecticut Federal Bar Number

Harold J. Friedman
Print Clearly or Type Name

207-761-0900
Telephone Number

P.O. Box 4726
Address

207-761-0186
Fax Number

Portland, Maine 04112-4726

info@fgwl-law.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510
203-624-9500

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319
860-355-4191

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, Rhode Island 02891-0541
401-596-0183

James R. Oswald, Esq.
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI 02903
401-274-7200

Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103

/s/ Harold J. Friedman

Harold J. Friedman, Esquire, Bar No. 23785
Attorney for Defendants Paul Arpin Van Lines, Inc.
And Arpin Logistics, Inc.
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726
Telephone: 207-761-0900
Facsimile: 207-761-0186
E-mail: hfriedman@fgwl-law.com