UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; ARPIN LOGISTICS, INC.; THE FESTO CORPORATION; MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL, ERICA RAMIREZ, IN HER CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL | : | |
| | : | December 15, 2004 |
| Defendants | : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION FOR SUMMARY JUDGMENT*

Pursuant to Fed. R. Civ. P. 56(b) and Local Rule 7(a), Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") hereby move for summary judgment in their favor on all Counts Plaintiff's Fifth Amended Complaint, on the basis that there is no genuine issue as to any material fact, and Arpin is entitled to judgment as a matter of law. Fed. R. Civ. P. 56. The grounds for this Motion are set forth more fully in Arpin's attached Memorandum of Law in support of its Motion for Summary Judgment.

**ORAL ARGUMENT REQUESTED**

Dated this 15th day of December

                                  Defendants Paul Arpin Van Lines, Inc. and
Arpin Logistics, Inc.,
By their attorneys:

Thomas J. Grady, Esq., CT 17139
LENIHAN, GRADY & STEELE
6 Canal Street, P.O. Box 541
Westerly, R.I.  02891
(401) 596-0183
(401) 596-6845 (Fax)
tjg19872@aol.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 15th day of December, 2004 to the following:

Michael A. Stratton, Esq.  
Stratton Faxon  
59 Elm Street  
New Haven, CT  06510  

Thomas J. Grady, Esq.  
Lenihan Grady & Steele  
6 Canal Street  
PO Box 541  
Westerly, RI 02891-0541  
401-596-0183  

James R. Oswald, Esq.  
Adler, Pollock & Sheehan  
2300 BankBoston Plaza  
Providence, RI  02903  

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Sq., 225 Asylum St.  
Hartford, CT  06103  

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Spillane & Mannion  
46 Main Street, PO BOX 1319  
New Milford, CT 06776-1319  

 

_____  
Karen Frink Wolf, Esq. CT 26494

3