**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SHAWN POULIOT,** ) | **CIVIL ACTION NO.** |
| Plaintiff ) | **3:02 CV 1302 (DJS)** |
| ) | |
| **v.** ) | **JUDGE DOMINIC SQUATRITO** |
| ) | |
| ) | **NOTICE OF MANUAL FILING** |
| **PAUL ARPIN VAN LINES, INC. et al.** ) | |
| Defendants ) | |
| ) | |

    Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

1) Exhibit A (Excerpts from Shawn Pouliot, December 3, 2002 deposition)
2) Exhibit B (Excerpts from Michael Montgomery, July 27, 2004 deposition)
3) Exhibit C (Owner Operator Agreement)
4) Exhibit D (Excerpts from Joseph Rocha, July 26, 2004 deposition)
5) Exhibit E (Excerpts from Jesse Sears, September 16, 2003 deposition)
6) Exhibit F (Excerpts from Terry Morgan, August 17, 2004 deposition)
7) Exhibit G (Excerpts from William Tweedy, October 5, 2004 deposition)
8) Exhibit H (Excerpts from Shawn Pouliot, June 29, 2004 deposition)
9) Exhibit I (Plaintiff's answers to Defendant Arpin Logistics, Inc. First set of Interrogatories)
10) Exhibit J (Third-Party Defendant Festo Corporation's answers and objections to Interrogatories of Arpin Logistics, Inc.)
11) Exhibit K (Excerpts from Barry Groman, March 3, 2003 deposition)
12) Exhibit L (Excerpts from James Blalock, March 3, 2003 deposition)
13) Exhibit M (Excerpts from Dr. Irving Ojalvo, July 29, 2004 deposition)
14) Exhibit N (Excerpts from V. Paul Herbert, August 19, 2004 deposition)
15) Exhibit O (Excerpts from Michael Kovak, October 23, 2003 deposition)
16) Exhibit P (Sales Agent Agreement)
17) Exhibit Q (Excerpts from Erica Ramires, October 24, 2003 deposition)
18) Exhibit R (Excerpts from Cheryl Sabatelli, March 29, 2004 deposition)
19) Exhibit S (Excerpts from Petra Milks, March 29, 2004 deposition)
20) Exhibit T (Excerpts from Fred Zierau, March 30, 2004 deposition)
21) Exhibit U (Excerpts from Arnold Kowal, April 12, 2004 deposition)

    The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

                                               Respectfully submitted,

                                               _____
Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street
PO Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)
tjg19872@aol.com


Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 15th day of December, 2004 to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541
401-596-0183

James R. Oswald, Esq.
Adler, Pollock & Sheehan
2300 BankBoston Plaza
Providence, RI 02903

Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

_____
Karen Frink Wolf, Esq. # 26494