UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT : CIVIL ACTION
NO. 3:02 CV1302 (DJS)
V. :

PAUL ARPIN VAN LINES, INC.,
ET AL.

V. :

THE FESTO CORPORATION,
ET AL. : DECEMBER 15, 2004

## DEFENDANTS / THIRD PARTY DEFENDANTS MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants/Third Party Defendants, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, hereby move for summary judgment as to each claim of common law indemnification asserted against them by the Defendants/Third-Party Plaintiffs, Paul Arpin Van Lines, Inc. and/or Arpin Logistics, Inc. ("Arpin"). In particular, Counts Two, Three, Five and Eight of Arpin's Second Amended Third-Party Complaint; as well as Counts Seventeen, Eighteen, Twenty-Five, Twenty-Six, Thirty-Three and Thirty-Seven of Arpin's Cross Claims, as contained in Arpin's Amended Answer and Cross Claims to Plaintiff's Fifth Amended Complaint.

ORAL ARGUMENT IS REQUESTED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

The undersigned defendants/third party defendants move for summary judgment as to these claims on the grounds that there exists no genuine issues as to the material facts, and that these defendants/third party defendants are entitled to judgment as a matter of law with respect thereto.

A Memorandum of Law in Support of their Motion for Partial Summary Judgment is attached to this Motion, in accordance with D. Conn. L. Civ. R. 7(a). Annexed to this Motion for Summary Judgment is a "Local Rule 56(a)1 Statement."

WHEREFORE, Trans-Expo and Ramirez respectfully requests that this Court grant their Motion for Partial Summary Judgment.

DEFENDANTS / THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: _____
Susan O'Donnell of
**HALLORAN & SAGE LLP**
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

- 2 -

One Goodwin Square        HALLORAN            Phone (860) 522-6103
225 Asylum Street         & SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                            Juris No 26105

## CERTIFICATION

This is to certify that on this 15th day of December, 2004 a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Spillane & Mannion
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan, Grady & Steele
6 Canal Street
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
One Citizen's Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

_____
Susan O'Donnell

619432_1 DOC

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105