UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                    :     CIVIL ACTION
                                       NO. 3:02 CV1302 (DJS)
V.                               :

PAUL ARPIN VAN LINES, INC.,
ET AL.

V.                               :

THE FESTO CORPORATION,           :     DECEMBER 15, 2004
ET AL.

## LOCAL RULE 56(a)(1) STATEMENT OF DEFENDANTS / THIRD PARTY DEFENDANTS MICHAEL D. KOVAC d/b/a TRANS-EXPO INTERNATIONAL and ERICA RAMIREZ'S IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 56(a)(1), the Defendants / Third Party Defendants, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez, hereby submit the following statement of each material fact to which no genuine issue is to be tried. All documentation supporting the citations to the statements of fact, except where citations are to pleadings filed with the Court, are attached hereto in corresponding separately numbered Tabs.

1. On and prior to October 23, 2001, Michael D. Kovac was a sole proprietor doing business as Trans-Expo International. [10/23/03 deposition of Michael Kovak, pgs. 7-9].

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

2. On and prior to October 23, 2001, Michael D. Kovac had a personal residential address and Trans-Expo International had a business address both in San Diego, California. [Kovac Depo., pg. 8; cover page of Sales Agent Agreement, also see # 4 below and Tab 4].

3. On and prior to October 23, 2001, Trans-Expo International was a sales agent for Airways Freight Corporation and for Arpin Logistics, Inc. [Kovac Depo. pgs. 9 & 15].

4. On and prior to October 23, 2001, Michael D. Kovac d/b/a Trans-Expo International had a Sales Agent Agreement with Arpin Logistics, Inc. whereby Trans-Expo agreed to generate sales and solicit new customers as an independent contractor of Arpin Logistics, Inc. [Copy of Sales Agent Agreement, authenticated by M. Montgomery, former Director of Arpin Logistics, Inc., at his deposition on 7/27/04, depo. Exh. P, pgs. 184-186].

5. On and prior to October 23, 2001, Erica Ramirez was an employee of Michael D. Kovac d/b/a Trans-Expo International [Kovak Depo., pgs. 10-11; 10/24/03 deposition of Erica Ramirez, pgs. 5-7].

6. On and prior to October 23, 2001 Arpin Logistics, Inc. was a foreign corporation with its corporate headquarters in Rhode Island. [Arpin's 10/6/04 Answer to Plaintiff's Fifth Amended Complaint, para. 2, Court doc. #314].

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

7. On and prior to October 23, 2001 Arpin Logistics, Inc. did business in Connecticut as a mover and trucker. [Arpin's 10/6/04 Answer to Plaintiff's Fifth Amended Complaint, para. 3, Court doc. #314].

8. On and prior to October 23, 2001, Festo Corporation was a business with facilities located in Hauppauge, New York. [Festo Corp.'s 7/25/03 Answer to Second Amended Complaint, para. 1, Court doc. #144].

9. On and prior to October 23, 2001, a division of Festo Corporation was the manufacturer of equipment known as a Learnline mobile workstation. [3/30/04 deposition of Fred Zierau, Festo sales manager, pg. 8-9, 17].

10. A catalog illustration of a Learnline mobile workstation unit is attached at Tab 10. [3/29/04 deposition of Petra Milks, Festo Product Coordinator, pg. 57, authenticating catalog of workstation, depo. Exh. X]

11. The Festo Learnline workstation is a piece of equipment with dimensions of 6 feet (72") in height; 4.9 feet (59") in length; by 2.75 feet (33") in width. [Festo - Short Form Bill of Lading, authenticated below].

12. The subject Festo Learnline workstation has four wheels, generally with brakes on two of the wheels, diagonally opposed. [3/30/04 Deposition of Fred Zierau, pg. 19; also see Tab 10 illustration showing unit is on wheels].

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

13. In October of 2001 Petra Milks was an employee of Festo Corporation with the title Product Coordinator. [3/29/04 Deposition of Petra Milks, pg. 15].

14. On or prior to October 18, 2001, Petra Milks of Festo Corporation contacted Erica Ramirez by telephone to arrange for the shipment of a Festo Learnline mobile workstation, also referred to as a trolley, and a tri-wall, which is a heavy-duty, cardboard box with a lid. [Milks Depo., pgs. 24-27, pgs. 10-11].

15. The Learnline workstation and tri-wall were to be shipped from Festo's warehouse in Hauppauge, New York to Naugatuck Valley Community College in Waterbury, Connecticut. [Shipment Booking form, authenticated below].

16. The Learnline workstation was to be used at a demonstration to be held at the Naugatuck Valley Community College. [3/3/03 Deposition of Ray Castellani, Director of Engineering at NVCC, pgs. 8-10].

17. The October 2001 shipment which is the subject of this case was the first time Petra Milks had any dealings with Trans-Expo International. [Milks Depo., pg. 27- See Tab 14].

18. Petra Milks knew, on or prior to October 18, 2001, that a Learnline workstation weighed an estimated 700 to 900 pounds. However, Ms. Milks has testified that she did not provide any information to Erica

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Ramirez at Trans-Expo about the weight. [Milks Depo., pgs. 17 & pg. 27 at Tab 14].

19. On October 18, 2001 Erica Ramirez transmitted, via electronic mail, to Petra Milks at Festo Corporation a Trans-Expo International Shipment Booking form which contained information about the shipment. [Shipment Booking form authenticated by P. Milks, depo. Exh. C, pgs. 24-25, 32].

20. The majority of the information contained in the Trans-Expo Shipment Booking form was provided by Petra Milks. [Milks Depo., pg. 26- See Tab 14].

21. The Shipment Booking form contains information that is relayed to the carrier, in this case Arpin Logistics, Inc., in order to pick up and deliver a shipment. [Ramirez Depo., pgs. 9-10].

22. The Shipment Booking form is what Trans-Expo would fax over [to Arpin] regarding an order for input. [7/27/04 Deposition of Wm. Mottla, pg. 8, lines 9-12].

23. In October 2001 William F. Mottla, Jr. was the Customer Service Manger at Arpin Logistics, Inc. [Mottla Depo., pg. 5]. His job was to handle a vast amount of customers; that would include outside sales people who would call orders in or fax orders in; and [customer service] would input those into the [Arpin computer] system; do the pricing; interface with [Arpin]

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

operations as to the feasibility of handling the order. [Mottla Depo., pgs. 5-6].

24. On or prior to October 18, 2001, Erica Ramirez had an oral discussion with William Mottla at Arpin. Information regarding the shipment was orally provided and Mottla quoted the shipping charge, which totaled $537.65. [Mottla Depo., pg. 8-9; also Shipment Booking form at Tab 15].

25. On October 18, 2001, Erica Ramirez faxed the Shipment Booking form to Arpin Logistics, Inc. pertaining to the Festo shipment which now forms the basis for this lawsuit [2/28/03 Affidavit of Michael Montgomery, at para. 4 authenticating Shipment Booking form, attaching same at Aff. Exh. A]

26. The Shipment Booking form transmitted to Arpin Logistics, Inc., and authenticated by Michael Montgomery in his Affidavit, is attached at Tab 15].

27. The Shipment Booking form transmitted to Arpin followed the oral conversation between Erica Ramirez and William Mottla, as the amount quoted for the shipment by Mottla appears on the form transmitted to Arpin. [See Booking form, Tab 15]

28. On October 18, 2001, certain information contained in the Shipment Booking form was entered by William Mottla, Jr. into an Arpin computer system and it became part of an operations computer screen. [Mottla Depo., pgs. 5-6 (Tab 23), pg. 8 (Tab 22), pgs. 12, 21-22].

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

29. Although the Shipment Booking form faxed to Arpin by Trans-Expo indicated that a lift gate and inside delivery were required, William Mottla failed to enter that information into the Arpin computer screen. [Mottla Depo., pgs. 14-15; also see computer printout at Tab 33]

30. Although the Shipment Booking form indicated "protect wheels" in two separate locations, one of which was followed by an exclamation point, the Arpin customer service representative failed to enter that information onto the Arpin computer screen. [See Booking form, Tab 15, and Arpin computer screen, Tab 33]

31. The Shipment Booking form transmitted to Arpin indicated, among other things, that the shipment included a workstation which requires pads; please take extra caution to protect workstation; please tell driver to have correct equipment and pad/strap well; call prior to p/u and deliver; and must have 10-12 pad/straps. [See Shipment Booking form, Tab 15].

32. The Shipment Booking form indicates a weight of 400 pounds for the two pieces of cargo. [See Tab 15]. However, there is a material factual dispute regarding the source of that information.

33. The Arpin computer screen which was created by the Arpin employee pertaining to the shipment which forms the basis of this lawsuit is attached at Tab 33. [Mottla Depo., pg. 13, authenticating depo. Exh. F, computer printout].

-7-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

34. On and prior to October 23, 2001, Shawn Pouliot was a truck driver.

35. On some date between October 18 and October 23, 2001, Arpin Logistics, Inc. provided Shawn Pouliot with a truck and dispatched him to pick up the load at Festo Corporation in Hauppauge, New York and deliver it. [10/6/04 Amended Answer of Arpin, Court doc. #314, para. 5].

36. In October of 2001 William Tweedy was employed by Arpin Logistics, Inc. as a dispatcher. [10/5/04 Deposition of Wm. Tweedy, pg. 10-11].

37. William Tweedy, was the Arpin Logistics, Inc. employee who dispatched Shawn Pouliot. [12/3/02 Deposition of Shawn Pouliot, pg. 65].

38. The Arpin Logistics, Inc. employee who dispatched Shawn Pouliot to pick up and deliver the shipment which is the subject of this lawsuit, never saw the Shipment Booking form. [Tweedy Depo., pg. 91].

39. Arpin Logistics, Inc. dispatched Shawn Pouliot with an Arpin straight truck equipped with a Maxon Tuk-A-Way lift gate for the transportation of the Festo shipment. [7/26/04 Deposition of Joseph Rocha, pg. 26]

40. The lift gate on the truck selected by Arpin for the Festo shipment was a Maxon Tuk-A-Way lift gate which, by the nature of the way it operates, changes angle as it moves up and down. [Rocha Depo, pgs. 48-49]. The lift tilts to the rear during descent.

41. In October of 2001 Joseph Rocha was an employee of Arpin Logistics, Inc., with the title Fleet Operations Manager. Mr. Rocha selected the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Arpin straight truck, which was equipped with the Maxon lift gate, for use for the Festo shipment which is the subject of this lawsuit. [Rocha Depo., pgs. 5 & 99].

42. Joseph Rocha, the employee of selected the truck and lift gate for the subject shipment, never saw the Trans-Expo Shipment Booking form. [Rocha Depo. pgs. 70-71].

43. Shawn Pouliot arrived at Festo Corporation on October 23, 2001. On that date, Pouliot rolled and/or pushed the Learnline workstation from the dock at Festo warehouse onto the Arpin truck, he padded it, and strapped it to the wall of the truck. [12/3/02 Deposition of Shawn Pouliot, pgs. 68-70; 6/29/04 Deposition of Shawn Pouliot, pgs. 135-136].

44. Shawn Pouliot's signature appears on a Festo Corporation Short Form Bill of Lading which describes the subject cargo as 1 trolley (72H, 33W, 59L) and 1 tri-wall (47L, 32W, 37H). [Plaintiff authenticated his signature on said document at his 12/03/02 deposition, pg. 73; copy of Bill of Lading attached].

45. A copy of the Festo Corporation Bill of Lading in the possession of Festo Corporation reflects a weight of the cargo as 755. [See Tabs 11, 44 and Deposition of Faye DeVito, pg. 7; see Tab 11].

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

46. If Shawn Pouliot had determined that additional labor was required for the Festo job, a dispatch employee at Arpin would have arranged for it. [Tweedy Depo. pg. 101].

47. After loading the Festo shipment onto the Arpin truck, Pouliot drove the truck to Naugatuck Valley Community College in Waterbury, Connecticut.

48. At a point in time after Shawn Pouliot arrived at the delivery location at Naugatuck Valley Community College, he stopped the Arpin truck, brought the Learnline workstation out of the truck onto the lift gate, positioned the workstation on the lift gate, and he began to lower the lift gate. [12/3/03 Deposition of Shawn Pouliot, pg. 5].

49. At some point during descent of the lift gate, Pouliot noticed a shift in the Learnline unit that he was not to his liking, so he stopped operating the lift. [12/4/02 Deposition of Shawn Pouliot, pg. 5-6; 7/29/04 Deposition of Shawn Pouliot, p. 175-176].

50. At some point during the process of unloading the Learnline workstation, the workstation landed on Shawn Pouliot and caused him severe personal injuries to include a L1 burse fracture and paraplegia. [Plaintiff's Fifth Amended Complaint, Count One, para. 6, 8, Court doc. # 201].

51. On or prior to October 23, 2001, Michael D. Kovac did not personally have any involvement in the shipment transaction which is the subject of this lawsuit. [Kovak Depo., pgs. 45, 75-76]

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

One Goodwin Square

HALLORAN
& SAGE LLP

52. Michael D. Kovak is not familiar with the different type of lift gates. [Kovac Depo., pg. 65]

53. Erica Ramirez was not responsible for making the decision regarding what type of lift gate would be required for a shipment. [Ramirez Depo., p. 30]

54. Arpin was paid $537.65 by Festo Corporation, the amount quoted by William Mottla, for performing the shipment which is the subject of this lawsuit. [Letter of Attorney Oswald, counsel for Festo, producing Bates-stamped F00042 check indicating payment to Arpin, at Tab 54]

DEFENDANTS / THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: /s/ Susan O'Donnell
Susan O'Donnell of
**HALLORAN & SAGE LLP**
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 15th day of December, 2004 a copy of the foregoing was either mailed, postpaid, or hand-delivered to:

**Shawn Pouliot**
c/o Michael A. Stratton, Esquire
59 Elm Street
New Haven, CT 06510
Tel. No. (203) 624-9500
Fax No. (203) 624-9100

c/o Roland F. Moots, Jr., Esquire
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319
Tel. No. (860) 355-4191
Fax No. (860) 355-8487

**Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**
Thomas J. Grady, Esquire
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 1319
Westerly, RI 02891-0541
Tel. No. (401) 596-0183
Fax No. (401) 596-6845

**The Festo Corporation**
c/o James R. Oswald, Esquire
Adler, Pollock & Sheehan
One Citizen's Plaza – 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604

*/s/ Susan O'Donnell*
Susan O'Donnell

619258

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105