UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 5

1  Q  Now, I understand that Erica Ramirez was
2  an employee of yours. When was she hired
3  approximately?
4  A  To the best of my knowledge, April of --
5  let's see. April of 2000.
6  Q  And then her employment was terminated
7  around what time?
8  A  I think -- you'll have to excuse me. I
9  think it was around June of -- no. No. I could be
10 wrong about this. Maybe we should start at April of
11 2001. Yes. April of 2001 and terminated in
12 about -- it could have been anywhere between April
13 and June of 2002. I think she was not there quite a
14 year. I'm not exactly sure.
15 Q  Okay. I'm going to show you what has been
16 marked as Exhibit Number 48 and just ask you if this
17 refreshes your recollection as to when Erica Ramirez
18 left the employment of Trans-Expo.
19     MR. GRADY: Off the record.
20     (Discussion off the record.)
21     MR. OSWALD: Can you identify what that
22  document is.
23     MR. STRATTON: I definitely will. I've
24  asked if it refreshes his recollection.
25     THE WITNESS: March 26, 2002. Okay. So

10

```
 1        it was March of 2002, and I think she started
 2        approximately a year prior to that or maybe
 3        nine months.  Maybe it was May or June, but I
 4        would have to look into the records again.
 5   BY MR. STRATTON:
 6        Q    How many employees other than Erica
 7   Ramirez did Trans-Expo have during the time that
 8   Erica Ramirez worked for Trans-Expo?
 9        A    Employees.  During the period of time.
10        Q    That she worked?
11        A    That she worked there.
12        Q    Yeah.
13        A    No real employees.  No other employees.
14        Q    So who conducted the day-to-day business
15   of -- you call yourself a sales agent?
16        A    Yes.
17        Q    Who conducted the day-to-day business?
18   Was it you or Erica?
19        A    Erica and myself.
20        Q    Was Erica the in-house person and you were
21   the traveling person or how did that work?
22        A    You could say that.
23        Q    Were you two related at all, or was she
24   just somebody you hired?
25        A    Not related at all.
```

```
 1
 2                    UNITED STATES DISTRICT COURT
 3                      DISTRICT OF CONNECTICUT
 4
     SHAWN POULIOT,                    )
 5                                     )
            Plaintiff,                 )
 6                                     )
            vs.                        ) CIVIL ACTION NO.:
 7                                     ) 3:02 CV1302 (DJS)
     PAUL ARPIN VAN LINES, ARPIN       )
 8   LOGISTICS, INC.,                  )
                                       )
 9          Defendants/Third party     )
            Plaintiffs,                )
10                                     )
            vs.                        )
11   THE FESTO CORPORATION, MICHAEL D. )
     KOVAC d/b/a TRANS-EXPO            )
12   INTERNATIONAL, ERICA RAMIRES, in her)
     capacity as employee of Trans-Expo )
13   International,                    )
                                       )
14          Third party Defendants.    )
                                       )
15
16                         DEPOSITION OF
17                         ERICA RAMIRES
18                    LAGUNA HILLS, CALIFORNIA
19                       OCTOBER 24, 2003
20
     ATKINSON-BAKER, INC.
21   COURT REPORTERS
     330 North Brand Boulevard, Suite 250
22   Glendale, California 91203
     (818) 551-7300
23
     REPORTED BY:  SHELLY GOODELL, CSR NO. 10307
24
     FILE NO.: 9D08994
25
```

**CERTIFIED COPY**

1

CERTIFICATE OF REPORTER

I, SHELLY GOODELL, CSR Number 10307, a certified shorthand reporter for the State of California, do hereby certify:

That the witness named in the foregoing deposition was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth.

That the foregoing deposition was reported by me stenographically at the time and place therein named and thereafter reduced to typewriting under my direction; that the foregoing is a true record of the proceedings taken.

I further certify that I have no interest in the event of this action.

DATE: November 6th, '03

SHELLY GOODELL
Certificate Number 10307

```
 1                    ERICA RAMIRES,
 2              having first been duly sworn, was
 3              examined and testified as follows:
 4
 5      MR. STRATTON:  We're going to have the usual
 6  stipulation and I guess Ms. Ramires will be reading and
 7  signing?
 8      MS. O'DONNELL:  That's fine.
 9
10                      EXAMINATION
11
12  BY MR. STRATTON:
13      Q   Good morning, is it Mrs. Ramires, how do you
14  prefer it, Erica?
15      A   My married name is Korzep, so I use
16  Ramires-Korzep, but I usually go by Ramires because in the
17  industry they know me as Erica Ramires.
18      Q   My name is Michael Stratton, and I'll be
19  asking -- and I represent the plaintiff, and I'll be asking
20  you some questions today with regards to an injury that
21  occurred to the plaintiff in this case and any information
22  you may have that is relevant to that.
23          If I ask a question you don't understand, ask me
24  to rephrase it and I'll be happy to do that.  If you do
25  answer a question, I'll assume you understood it and gave a
```

5

```
 1  truthful answer.
 2          Okay?
 3      A   Yes.
 4      Q   Can you tell me your current address?
 5      A   26 Abilene Drive, Trabuco Canyon 92679.
 6      Q   Do you have any plans on moving at any point in
 7  time?
 8      A   Not at this point.
 9      Q   With whom do you live?
10      A   I have a daughter and my husband.
11      Q   And your full name at this point in time is
12  Erica Ramires-Korzep?
13      A   Yes.
14      Q   K-o-r-z-e-t?
15      A   z-e-p like in Paul.
16      Q   Can you tell me whether you work outside the
17  home?
18      A   No, I do not.
19      Q   Can you tell me the last time that you did work
20  outside the home?
21      A   I worked for Trans-Expo International.
22      Q   Is that the company run by Mr. Kovac?
23      A   That's correct.
24      Q   How long did you work for Trans-Expo?
25      A   Approximately nine months.
```

6

```
 1     Q    Can you describe your job with Trans-Expo?
 2     A    Yes, I was an operations manager.
 3     Q    Did you have a job description?
 4     A    I believe Mike did provide me with one.
 5     Q    And as an operations -- did you say operations
 6  manager?
 7     A    Yes.
 8     Q    What did that job entail?
 9     A    I mainly oversaw shipment, in that I received
10  information from clients and relayed that information to
11  the carriers, the assigned carriers.  And then I would
12  watch the shipment, pick up and delivery was in a timely
13  fashion, and if there were any delays or if there were any
14  problems I would receive that information from the carriers
15  and relay that to the customer.
16     Q    Now, during the nine months that you were with
17  Trans-Expo, who were the assigned carriers that you worked
18  with?
19     A    Airways and Arpin.
20     Q    Anybody else that you recall?
21     A    I don't recall any other carriers.
22     Q    Is it fair to say that Arpin was the only
23  domestic van line carrier that you utilized?
24     A    That's correct.
25     Q    And what was the distinction between work given
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 9

```
 1                                                                    1

 2     UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT
 3     ------------------------------------------
       SHAWN POULIOT,
 4
                                      Plaintiff,
 5
            - against -
 6
       PAUL ARPIN VAN LINES, INC. AND ARPIN
 7     LOGISTICS, INC., FESTO CORPORATION,
       MICHAEL D. KOVAC D/B/A TRANS-EXPO
 8     INTERNATIONAL, AND ERICA RAMIREZ IN
       HER CAPACITY AS EMPLOYEE OF TRANS-EXPO
 9     INTERNATIONAL,

10                                    Defendants.
       ------------------------------------------
11

12                            114 Old County Road
                              Mineola, New York
13

14                            March 30, 2004
                              9:02 A.M.
15

16

17          DEPOSITION of FESTO CORPORATION, a

18     Defendant herein, by FRED ZIERAU, taken by the

19     Adverse Parties, pursuant to Article 31 of the

20     Civil Practice Law and Rules of Testimony, and

21     Notice, held at the above-mentioned time and

22     place, before Martha Trikas, a Notary Public of

23     the State of New York.

24

25
```

DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY

```
 1              C E R T I F I C A T E              67

 2

 3              I, MARTHA TRIKAS, a Notary Public in

 4   and for the State of New York, do hereby certify:

 5              THAT the witness whose examination

 6   is hereinbefore set forth was duly sworn and

 7   that such examination is a true record of the

 8   testimony given by that witness.

 9              I further certify that I am not

10   related to any of the parties to this action by

11   blood or by marriage and that I am in no way

12   interested in the outcome of this matter.

13              IN WITNESS WHEREOF, I have hereunto

14   set my hand this 30th day of March, 2004.

15

16                       _____
                                 MARTHA TRIKAS
17

18

19

20

21

22

23

24

25

     DIAMOND REPORTING (718) 624-7200 16 Court St., B'klyn, NY
```

```
 1                    Zierau                        8
 2      Q     What other education have you had?
 3      A     Associate of Arts --
 4            No.  Associate of Sciences, AS
 5  degree, general education, Chapman University.
 6      Q     Where is that?
 7      A     Orange, California.
 8      Q     Have you had any other education?
 9      A     High school.
10      Q     High school?
11      A     Yes.
12      Q     Where did you go to high school?
13      A     I actually, I finished my high
14  school education in the Navy.  It was -- my high
15  school diploma was issued through the State of
16  New York.
17      Q     What is your present employment?
18      A     I work for Festo Corporation.
19      Q     In what capacity?
20      A     Product -- National sales manager
21  for Didactic.
22      Q     Now, we've had several witnesses
23  testifying in this case from Festo and they make
24  reference to the Didactic division.
25            Could you explain what that is?
```

```
 1                          Zierau                          9
 2          A      Didactic is the training division of
 3   Festo.
 4          Q      Training division?
 5          A      Yes.
 6          Q      What does that mean?
 7          A      What does the word mean?
 8          Q      What does that mean, training
 9   division?
10          A      We're the training arm of the
11   business.
12                 We train our people, our own people
13   and we train customers and we sell training
14   equipment.
15          Q      When you say "training," are you
16   primarily concerned with the sale of Festo
17   products in educational institutions?
18          A      Yes.
19          Q      Now, directing your attention to
20   Defendants' Exhibit HH, is that the -- was that
21   the job description in effect in October of 2001?
22          A      I'm not sure.
23          Q      Is there any way that, by checking
24   the document, you can tell whether that's so?
25          A      Actually, no.
```

```
 1                         Zierau                    17
 2                 I don't remember if I was involved,
 3     if I -- I've been there before, but I do not know
 4     if I was there before or after this event, if I
 5     had been there before this actual presentation.
 6         Q       You don't know if that was your
 7     first time, in other words?
 8         A       I am not sure at this point.
 9         Q       Are you familiar with the Learnline
10     trolley work station?
11         A       Yes, I am.
12         Q       Do you know who the manufacturer of
13     that unit is?
14         A       Festo Corporation.
15         Q       Is it manufactured on-site?
16                 MR. OSWALD:  Meaning in Hauppauge,
17           New York?
18                 MR. GRADY:  Right.
19         A       No.
20         Q       Where is it manufactured?
21         A       To the best of my knowledge, it's
22     manufactured in Germany.
23         Q       Do you know where in Germany?
24         A       No.
25         Q       So it's fair to say that the unit
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 10

1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   ------------------------------------------X
     SHAWN POULIOT,
 4
                                     PLAINTIFFS,
 5
                     -against-
 6
 7   PAUL ARPIN VAN LINES, INC., AND ARPIN LOGISTICS,
     INC., FESTO CORPORATION, MICHAEL D. KOVAC, D/B/A
 8   TRANS-EXPO INTERNATIONAL, AND ERICA RAMIREZ IN HER
     CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL,
 9
                                     DEFENDANTS.
10   ------------------------------------------X

11                       DATE: March 29, 2004

12                       TIME: 11:05 a.m.

13

14

15            EXAMINATION BEFORE TRIAL of the

16   Defendant, FESTO CORPORATION, by a witness, PETRA

17   MILKS, taken by the Respective Parties hereto,

18   pursuant to a Notice, held at the Offices Diamond

19   Reporting Inc., 114 Old Country Road, Mineola,

20   New York 11501, before Jeannine Gallmeyer, a Notary

21   Public of the State of New York.

22

23

24

25
```

98

1         P. MILKS

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK      )
                             : SS.:
5    COUNTY OF SUFFOLK       )

6

7

8            I, JEANNINE GALLMEYER, a Notary Public

9    for and within the State of New York, do hereby

10   certify:

11           That the witness whose examination is

12   hereinbefore set forth was duly sworn and that such

13   examination is a true record of the testimony given

14   by that witness.

15           I further certify that I am not related

16   to any of the parties to this action by blood or by

17   marriage and that I am in no way interested in the

18   outcome of this matter.

19           IN WITNESS WHEREOF, I have hereunto set

20   my hand this 5th day of April, 2004.

21

22   _____
     JEANNINE GALLMEYER

23

24

25

1           P. MILKS

2       Q.      Would you explain the circumstances
3  with respect to that sale; how did that occur?
4       A.      I didn't actually handle the sale, but
5  it was a package deal of our training equipment
6  that we had in our classroom. I believe there were
7  three trollies, of which that one was one of them.
8            MR. GRADY:  Let's mark this document
9       Defendant's X.
10           (Whereupon, the aforementioned document
11  was marked as Defendant's Exhibit X for
12  identification as of this date by the Reporter.)
13      Q.      Directing your attention to F00014 in
14  the right-hand corner, can you describe that
15  document; do you know what that document is?
16      A.      Yes, I do.
17      Q.      What is it?
18      A.      It's a page from our learning systems
19  product catalogue.
20      Q.      Showing you what was marked Defendant's
21  Exhibit C, at the bottom set of identifications,
22  can you explain to me what those various audo
23  numbers mean?
24      A.      This unit, the way you see it here --
25           MR. GRADY:  Pointing to diagram four.



**Mobile workstation,**
for one-sided use, hydraulic

| Components | Quantity | Order no |
|---|---|---|
| Basic mobile unit | 1 | 158 268 |
| Standing drawer unit with 3 drawers | 1 | 158 286 |
| Set of horizontal braces for mounting the profile plate | 1 set | 158 332 |
| Mounting for profile plate, 85° inclination | 1 | 158 327 |
| Aluminium profile plate* | 1 | 159 411 |
| ER mounting frame | 1 | 152 948 |
| **Workstation, complete** | | 167 275 |

(Descriptions: chapter Learnline – Components and accessories)
* Technical data and descriptions: chapter Training packages – Accessories.



**Mobile workstation,**
for two-sided use, pneumatic

| Components | Quantity | Order no. |
|---|---|---|
| Basic mobile unit | 1 | 158 268 |
| Standing drawer unit with 4 drawers* | 2 | 158 284 |
| Set of horizontal braces for mounting the profile plate | 1 set | 158 332 |
| Mounting for profile plate, 85° inclination | 2 | 158 327 |
| Aluminium profile plate** | 2 | 159 411 |
| ER mounting frame | 2 | 152 948 |
| **Workstation, complete** | | 167 276 |

(Descriptions: chapter Learnline – Components and accessories)
* Drawer unit not suitable for hydraulic components.
** Technical data and descriptions: chapter Training packages – Accessories.



**Mobile workstation,**
for two-sided use, hydraulic

| Components | Quantity | Order no. |
|---|---|---|
| Basic mobile unit | 1 | 158 268 |
| Standing drawer unit with 3 drawers | 2 | 158 286 |
| Set of horizontal braces for mounting the profile plate | 1 set | 158 332 |
| Mounting for profile plate, 85° inclination | 2 | 158 327 |
| Aluminium profile plate* | 2 | 159 411 |
| ER mounting frame | 2 | 152 948 |
| **Workstation, complete** | | 167 277 |

(Descriptions: chapter Learnline – Components and accessories)
* Technical data and descriptions: chapter Training packages – Accessories.



F00041

24-month Festo Didactic warranty