UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 16

1

```
 1  UNITED STATES DISTRICT COURT
 2  DISTRICT OF CONNECTICUT
 3
 4  ---------------------------x
 5  SHAWN POULIOT,              :
 6         Plaintiff,           :
 7      -versus-                : No. 3:02CV1302(DJS)
 8  PAUL ARPIN VAN LINES,
    INC., ARPIN LOGISTICS,
 9  INC.,                       :
10      -versus-                :
11  FESTO CORPORATION, MICHAEL
    KOVAC, D/B/A TRANS-EXPO
12  INTERNATIONAL AND ERICA
    RAMERIZ, IN HER CAPACITY
13  AS EMPLOYEE OF TRANS-EXPO
14  INTERNATIONAL,              :
15         Defendants.          :
16  ---------------------------x
17
18         Deposition of RAY CASTELLANI, taken
19  pursuant to Federal Rules of Civil Procedure, at the
20  law offices of Tyler Cooper & Alcorn, New Haven,
21  Connecticut, before Jacqueline McCauley, RPR/CSR, a
22  Notary Public in and for the State of Connecticut, on
23  March 3, 2003, at 4:35 p.m.
24
25
```

1    A.    Yes, it was.

2    Q.    Have you ever been convicted of a felony
3 or misdemeanor?

4    A.    No, sir.

5    Q.    Are you acquainted with any of the parties
6 in this action?  The parties in this action are Shawn
7 Pouliot, Paul Arpin Van Lines, Paul Arpin Logistics,
8 Inc, Trans-Expo International, Erica Rameriz, Festo
9 Corporation.

10    A.    The only one I'm familiar with is Festo.

11    Q.    And how did you first learn about Festo?

12    A.    Through a representative Gary Gulemi, who
13 calls on the college to sell us equipment.

14    Q.    And when did you first learn about Festo?

15    A.    I would say the summer of 2000.

16    Q.    How often would you come in contact with
17 him?

18    A.    Two or three times a year.

19    Q.    Was he a salesman?

20    A.    Yes, sir.

21    Q.    Now, prior to October 23, 2001 did you
22 have contact with Festo Corporation about the Festo
23 Learn Line unit that was involved in this accident?

24    A.    Yes, sir.

25    Q.    Could you explain to me how that occurred?

1       A.  Yes, sir.  I have periodic faculty
2  meetings.  We are in the process of building, planning
3  a new building for engineering.  In going into the new
4  building I wanted the faculty to look at various new
5  ways to teach and new materials for labs so I would
6  have a faculty meeting on Friday, ask a company to
7  come in, show us their wares so the whole faculty
8  could look at it and evaluate it and see whether we
9  wanted to incorporate this into the plan for the new
10 building.
11      Q.  And so in particular what happened with
12 respect to Festo Corporation?
13      A.  He wanted to sell us these portable units
14 for doing pneumatic, hydraulic and electrical layouts
15 where students would actually perform the arrangement
16 of the equipment.  We give them a schematic and say I
17 want you to do something.  I want you to design a
18 circuit that would allow this pneumatic cylinder to
19 push this switch to open something and the student
20 would have to open the drawers, take out all the
21 equipment he needs attach it to the boards, run the
22 air lines if it's pneumatic, generally use a PLC,
23 programmable logic controller, and make the circuit do
24 what it's supposed to do.  It's a pretty sophisticated
25 piece of equipment and I asked Gary to have one

1  brought up for a demo, because it's very difficult
2  looking at pictures to really see how easy is it to
3  attach something to the board, how easy is it to run
4  the pneumatic lines. It's quite another thing when
5  you have to do it and he agreed to ship up and to come
6  up on that Friday to give a demonstration to my
7  faculty and that's how it happened that we had that
8  unit delivered. It was not ours.
9      Q. Did you deal with anybody at Festo other
10 than Gary?
11     A. No, sir.
12     Q. Did you receive any communications from
13 anyone about any kinds of shipping or delivery
14 instructions prior to the accident?
15     A. Not that I recall.
16     Q. Did you ever talk to anybody from
17 Trans-Expo International about this shipment prior to
18 October 23, 2001?
19     A. Not that I recall at all.
20     Q. Were you the contact person at Naugatuck
21 for the delivery of this shipment?
22     A. I would be, yes.
23     Q. Was the demonstration for the purpose of a
24 sale?
25     A. It ended up that way, but actually that

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___6___ day of ___March___, 2003.

_____
NOTARY PUBLIC

My Commission Expires:
5/2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 18

1                    P. MILKS

2            MR. STRATTON: Objection. You're
3    talking about this unit?
4       Q.   The Learnline unit in general.
5       A.   In general, yes. I have pushed it
6    around. It does need a little umph to get it
7    going.
8       Q.   Directing your attention to this
9    photograph here that has been marked as Exhibit B,
10   is that a photograph of a Festo Learnline Trolley
11   Workstation?
12      A.   Yes, it is.
13      Q.   Are they all the same or do they have
14   different --
15      A.   They are not. They are not the same.
16      Q.   Do you know how much they can vary in
17   weight?
18      A.   I can estimate how much they can vary
19   in weight.
20      Q.   Minimum to a maximum?
21      A.   Generally from about 700 pound upwards
22   to about 900 pounds.
23      Q.   Did you know that prior to October 18,
24   2001?
25      A.   Yes.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                                   :     CIVIL ACTION
                                                      NO. 3:02 CV1302 (DJS)
                                                :
V.

PAUL ARPIN VAN LINES;
ARPIN LOGISTICS INC.

V.

THE FESTO CORPORATION;
MICHAEL D. KOVAC d/b/a
TRANS-EXPO INTERNATIONAL;
ERICA RAMIREZ IN HER CAPACITY
AS EMPLOYEE OF TRANS-EXPO INT'L     :     DECEMBER 15, 2004

# EXHIBIT 19

```
 1                      P. MILKS
 2       A.      More than one.
 3       Q.      How many?
 4       A.      Two.
 5       Q.      In the lower part of the first page on
 6   that exhibit, what is that e-mail?
 7       A.      It's an e-mail that I received back
 8   from Erica saying that my shipment was all set.
 9       Q.      Was there an attachment to that e-mail?
10       A.      Yes, there was.
11       Q.      What was that attachment?
12       A.      It was a Shipment Booking Order.
13       Q.      Shipment Booking Order. Is that the
14   same document that's marked as Defendant's
15   Exhibit C?
16       A.      Yes.
17       Q.      Upon receipt of that document and that
18   e-mail, what did you do?
19       A.      I opened the attachment, I looked at
20   the shipping location, where it been delivered to,
21   made sure of the date that it needed to delivered
22   and looked to see that the price that we agreed
23   upon was there, that was it.
24       Q.      Did you look at the weight?
25       A.      No, I didn't.
```

# Trans-Expo International
## SHIPMENT BOOKING


DEFENDANT'S EXHIBIT C  3-25-04

| | | |
|---|---|---|
| **AGENT NO:** <br> **AGENT NAME:** Trans-Expo Intl <br> **SUBMITTED BY:** Erica Ramirez <br> **TEL:** 858.376.2300 <br> **FAX:** 858.376.2308 | **Pickup Date:** 10/19/01 <br> Time Ready: Ready now <br> Call prior to arrival <br> Time Close: | **Delivery date:** No later than 10/25 <br> Delivery Time: 0800-1500 only |

| | | | |
|---|---|---|---|
| **SHIPPER** | Festo Regional Logistics Ctr | **CONSIGNEE** | Naugatuck Valley Community College |
| **ADDRESS** | 430 Wireless Blvd | **ADDRESS** | 750 Chase Parkway |
| **ADDRESS** | Must have 10-12 pads/Straps/protect wheels | **ADDRESS** | Need Palletjack and liftgate for delv. |
| **CITY, ST, ZIP** | Hauppauge NY 11788 | **CITY, ST, ZIP** | Waterbury CT 06708 |
| **Customer Name** | Faye Devito-MGR | **Customer Name** | Ray Castellani-Must call in advance of delivery |
| **TELEPHONE** | 631.435.9417 | **TELEPHONE** | 203.596.8741 |
| **BOOTH** | They have a dock | **BOOTH** | |
| **Tradeshow** | | **Tradeshow** | |
| **Contractor** | | **Contractor** | |

**BILL TO:**
- ☐ SHIPPER
- ☐ CONSIGNEE
- ☒ THIRD PARTY

**BILLING PARTY** Festo Corporation-New Account  New Contact
**ADDRESS** 395 Mooreland Road
**ADDRESS**
**CITY, ST, ZIP** Hauppauge, NY 11788
**CONTACT** Petra Milks
**TELEPHONE** 631.404.3182

**DIMENSIONS:**

| L | W | H |
|---|---|---|
| 59 | 33 | 72 |
| 47 | 32 | 37 |

**Pieces & Weight:**
Pieces 2
Actual Wt. 400
Volume Wt.

1 workstation requires pads/1 pallet (protect corners of pallet please)

Commodity:
Declared Value:
Insurance:

**REQUIREMENTS:**
- x Liftgate
- x Inside Delivery
-   Other

**Special Instructions:** Please take extra caution to protect workstation please tell driver to have correct equipment and pad/strap well. Call prior to p/u and delivery. Ray @the destination will provide delivery instructions/

**Billing:**
L/H $512.05
Fuel $25.60
Total $537.65