UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| | | |
| V. | | |
| | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 49

5

```
 1     A.    I'm on Neurontin.
 2     Q.    Do you know how many milligrams and how
 3  often?
 4     A.    400 milligrams each pill, but I take 800
 5  three times a day.  They're 400 milligram
 6  pills.
 7     Q.    Okay.
 8     A.    And I have to look here.  Hold on.  Then
 9  I take Ultracet which is 200 milligrams three
10  times a day.  I take Prilosec one time a day
11  which is 40 milligrams.  I take Zanaflex twice
12  a day which I believe is 50 milligrams.  I take
13  Xanax twice a day which is .5 milligrams.  And
14  for pain, Vicodins which are 500 milligrams,
15  pain as needed.  That should be all.
16     Q.    Okay. And before I get into all the
17  questions that I have, why don't you tell me in
18  your own words as best you can how the accident
19  happened?
20     A.    Well, I brought the machine out of the
21  truck onto the lift gate, positioned it
22  completely on the lift gate, stepped out and I
23  lowered the -- I lowered the lift gate.  I
24  don't know the exact -- what extent or how high
25  from the ground it was at that point, but I
```

6

1 noticed a shift in the machine that I wasn't
2 particularly happy with.
3          So I stopped operating the lift. I
4 walked around to assess the situation to see
5 what -- what could be corrected. I positioned
6 the side opposite of the lever where I was
7 standing at the lever. The other side is what
8 shifted.
9   Q.   Excuse me for interrupting. Were you
10 standing on the lift at that stage?
11   A.   No.
12   Q.   You're standing on the ground?
13   A.   Yes.
14   Q.   Okay.
15   A.   So I walked around to the other side and
16 corrected the side that I felt had shifted. I
17 positioned it more closer to the truck.
18   Q.   And you're doing this while you were on
19 the ground?
20   A.   Yes, sir. I proceeded to the back, to
21 the other side where the lever was, and I
22 noticed that that side had shifted at that
23 point. So I wanted to assess what was causing
24 this.
25          I stepped up onto the lift gate. I

Page 175

```
 1   lower the lift gate with the unit on it.
 2     Q. Okay. You're standing on the ground at
 3   this point?
 4     A. Yes.
 5     Q. Okay. And so you start to lower the
 6   lift gate down. You stop before it reaches the
 7   ground, right?
 8     A. Yes, at some point I did.
 9     Q. Okay. And I know you've testified about
10   that in your earlier deposition, and I'm not
11   going to rehash all that point by point, just
12   to fill in a few things.
13         Why did you stop the lift gate?
14     A. The unit itself shifted not to my
15   liking.
16     Q. When you say the unit itself shifted, do
17   you mean that one end of it moved?
18     A. Yes.
19     Q. Is that the end away from where you were
20   standing?
21     A. Yes.
22     Q. Okay. When you stopped the lift gate,
23   did that stop the movement of the machine?
24     A. When I stopped the lift gate did what?
25     Q. Did that stop the machine from moving or
```

Page 176

```
 1   did the machine just shift and stop and then
 2   you stopped the lift gate?
 3     A. I don't really know when I noticed it
 4   shift. I stopped everything and had to walk
 5   around and see what was going on.
 6     Q. Okay.
 7     A. I had to inspect it.
 8     Q. Okay. And when you say you had to walk
 9   around to see what was going on, where did you
10   walk?
11     A. I walked around to the other side.
12     Q. Okay. You're walking on the ground
13   around the -- around the lift gate and the
14   machine that's on it; is that right?
15     A. Yes.
16     Q. Okay. And where are you looking -- when
17   you say to inspect the machine, what are you
18   looking at at this point?
19     A. I'm wanting to see how far it shifted
20   from where I put it.
21     Q. Okay. And did you notice how far it had
22   shifted from where you had put it?
23     A. How far I really can't tell you, but it
24   wasn't straight.
25     Q. Okay. And you wanted to get it
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 51

```
 1                THE UNITED STATES DISTRICT COURT

 2                  THE DISTRICT OF CONNECTICUT

 3                                    CERTIFIED COPY

 4                                       )
     SHAWN POULIOT,                      )
 5                                       )
                   Plaintiff,            )
 6                                       )
             vs.                         )   No. 3:02 CV 1302
 7                                       )   (DJS)
     PAUL ARPIN VAN LINES, INC.; and ARPIN )
 8   LOGISTICS, INC.,                    )
                                         )
 9              Third Party/Defendants.  )
             vs.                         )
10                                       )
     THE FESTO CORPORATION, MICHAEL D. KOVAK )
11   d/b/a TRANS-EXPO INTERNATIONAL, ERICA   )
     RAMIREZ, in her capacity as employee of )
12   TRANS-EXPO INTERNATIONAL,           )
                                         )
13              Third Party Defendants.  )
     _____)
14

15                     DEPOSITION OF

16                     MICHAEL KOVAK

17                  SAN DIEGO, CALIFORNIA

18               THURSDAY, OCTOBER 23, 2003

19

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   600 B Street, Suite 1480
     San Diego, California 92101
23   (800) 288-3376

24   Reported by:  Mauralee A. Ramirez, RPR, CSR NO. 11674

25   FILE No.: 9D08997
```

1

```
 1   United Van Lines -- one of the reasons that United
 2   Van Lines caused damage to the work stations is they
 3   were putting them on pallets?
 4           MR. OSWALD:  Objection.
 5   BY MR. STRATTON:
 6      Q    Is that your understanding now?
 7      A    That's my understanding now, yes.
 8      Q    But back during this period of time you --
 9   you had -- you had no idea that these were being
10   shipped without pallets?
11      A    No.  I, again, was not directly involved
12   in these movements.  Erica Ramirez was handling
13   this.
14      Q    Did you have the capacity or capability to
15   tell your client Festo, I want these palleted.  I
16   mean, is that something that was within your power
17   or authority if you had known back in September or
18   October 2001.
19      A    The question doesn't make any sense.  I'm
20   sorry.
21      Q    It may not.  It may not.
22      A    No.  You don't tell a client how to ship
23   their goods, and van lines are specifically for
24   shipping nonpalletized cargo to trade shows and to
25   events.  This is just the way it is.  That's why you
```

```
 1           instructions?
 2    BY MR. GRADY:
 3        Q    Well, you see, for example, there's a
 4    statement on that form that says Ray Castellani must
 5    call in advance of delivery?
 6        A    Yeah.
 7        Q    Okay.  Do you know what that significance
 8    of that statement was?
 9        A    I can guess, but I wasn't involved in
10    this.
11        Q    Okay.  Is it common for you or Erica to
12    get involved in the delivery instructions?
13        A    Oh, yes.
14        Q    Would that also include unloading
15    instructions?
16        A    I -- I don't -- I don't understand the
17    distinction between delivery instructions and
18    unloading instructions.
19        Q    You don't?
20        A    No.
21        Q    Okay.  Would you say that they're the
22    same?
23        A    Not necessarily.
24        Q    Do you know -- I believe you indicated in
25    your answer to interrogatories you really weren't
```

```
1   involved in this transaction at all?
2        A    That's correct.
3        Q    So you really don't have any personal
4   knowledge about what occurred prior to October 18 or
5   19 or I guess even the date of the accident about
6   this transaction involving Mr. Pouliot, correct?
7        A    No.
8        Q    The conversation you had with Cheryl
9   Sabatelli respecting prior shipments with United Van
10  Lines, I believe you indicated she was the one who
11  told you that there was a problem with United Van
12  Lines?
13       A    That's correct.
14       Q    Did she ever explain to you what the
15  problem was?
16       A    No, she did not.
17       Q    Did you have any conversation with anybody
18  else at Festo that mentioned the problem with United
19  Van Lines?
20       A    No, I did not.
21       Q    Cheryl Sabatelli is the only person?
22       A    Yes.
23            MR. GRADY: I don't think I have any
24       further questions.
25            MS. O'DONNELL: Do you want to put that
```

CERTIFICATE OF CERTIFIED COPY

I, *Robert B. Ossio*, an employee of Atkinson-Baker, Inc., Court Reporters, certify that the foregoing pages 1 through 105, constitute a true and correct copy of the original deposition of Michael Kovak, taken on October 23rd, 2003.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 16th day of December, 2003.

_____

*Robert B. Ossio*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 52

```
 1   information provided to us by the shipping
 2   company -- the shipper to -- to the transportation
 3   company.  So the answer was yes, had I been told
 4   that information, I would have put it on the booking
 5   form.
 6        Q    And in the course of your background and
 7   experience, do you have any understanding of the
 8   different kinds of lift gates that are on the back
 9   of trucks or vans?
10        A    No technical expertise.  I've operated a
11   number of lift gates, but I'm not sure what you mean
12   by the question either.
13        Q    Well, are you familiar with what's called
14   a tuckaway lift gate?
15        A    No.  I'm not that familiar with the
16   different types of lift gates.
17        Q    How about, are you familiar with a rail
18   type lift gate?
19        A    No.
20        Q    Do you know the difference between the
21   two?
22        A    No.
23        Q    Okay.
24             MR. STRATTON:  That saved us a half-hour.
25   ////
```

65

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 53

```
 1    A    No, there is no information.
 2    Q    Now, can you tell from the dimensions that were
 3  provided as to how wide a lift gate would be required in
 4  order to maneuver the item down to the ground?
 5    A    I wouldn't make that decision, that would be
 6  Arpin.
 7    Q    Under "special instructions," can you tell me
 8  what the special instructions were?
 9    A    The special instructions state, "Please take
10  extra caution to protect workstation.  We are getting these
11  orders because United damaged so much of their shipments.
12  So please tell the driver to have correct equipment and pad
13  and strap well.  Call prior to pick up and delivery.  Ray
14  at the destination will provide the delivery instructions.
15  Thanks Bill, Erica."  And then I wrote on there "protect
16  wheels."
17    Q    When did you first hear about Shawn Pouliot
18  being injured in the delivery of this particular shipment
19  that we see on Exhibit 50?
20    A    I recall I called to find out if the shipment
21  delivered and Mike Montgomery answered the phone and he
22  told me that the driver had been hurt.
23    Q    Who is Mike Montgomery?
24    A    My recollection is he was the vice president of
25  the special products for Arpin Logistics.
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION<br>NO. 3:02 CV1302 (DJS) |
| | : | |
| V. | | |
| PAUL ARPIN VAN LINES;<br>ARPIN LOGISTICS INC. | | |
| V. | | |
| THE FESTO CORPORATION;<br>MICHAEL D. KOVAC d/b/a<br>TRANS-EXPO INTERNATIONAL;<br>ERICA RAMIREZ IN HER CAPACITY<br>AS EMPLOYEE OF TRANS-EXPO INT'L | : | DECEMBER 15, 2004 |

# EXHIBIT 54

# ADLER POLLOCK & SHEEHAN P.C.

2300 Financial Plaza
Providence, RI 02903
Telephone 401 274 7200
Fax 401 751-0604 / 351 4607

175 Federal Street
Boston, MA 02110
Telephone 617 482 0600
Fax 617 482 0604
www.apslaw.com

August 1, 2003

**VIA FACSIMILE AND REGULAR MAIL**

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Re:   **Shawn Pouliot v. Paul Arpin Van Lines, Inc., et al. v. The Festo Corporation, et al.**, C.A. No. 3:02CV1302(DJS)

Dear Tom:

Enclosed please find a copy of the check indicating payment by Festo Corp. to Paul Arpin Van Lines in the amount of $537.65 (Bates-stamped F00042). Also, I am in possession of the original Short Form Bill of Lading, and there is nothing printed on the back of that form. Finally, in order to supplement Festo's discovery responses, I need to speak with certain individuals who will not be in the office until next week. I will then supplement Festo's discovery responses, as we have discussed.

Please call me if you have any questions.

Sincerely,

JAMES R. OSWALD

JRO:ljv
Enclosure

cc:   Susan O'Donnell, Esq. *(via regular mail)* ✓
      Michael A. Stratton, Esq. *(via regular mail)*
      Ronald F. Moots, Jr., Esq. *(via regular mail)*

267093_1.doc



STATE CAPITAL
GLOBAL LAW FIRM GROUP    *A member of the State Capital Global Law Firm Group*

**FESTO CORP.**
395 MORELAND ROAD
HAUPPAUGE, NY 11788

THE BANK OF NEW YORK (DELAWARE)
WILMINGTON, DELAWARE 19802

No. 105998

FIVE HUNDRED THIRTY-SEVEN DOLLARS SIXTY FIVE CENTS

PAY 537   DOLLARS AND 65 CENTS

DATE 090065753     AMOUNT ****537.65

TO THE ORDER OF
PAUL ARPIN VAN LINES
DEPT 1250
PO BOX 40,000
HARTFORD CT 06151-1250

*John Mistretta*

⑆105998⑆ ⑈031100351⑈ ⑆0300981271⑆     ⑆00000053765⑆

FRB PHILADELPHIA FEDS
090065753 0310-0004-0
090065753 04-

010489195

AP '02 15
PAID
The Bank of New York (Delaware)
Wilm, DE 19871

0200 003118 0200

F00042