UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,  :
    Plaintiff  :
v.  :   No. 3:02CV1302 (DJS)
  :
PAUL ARPIN VAN LINES, INC., AND  :
ARPIN LOGISTICS, INC.,  :
    Defendants.  :

### ORDER

The pending Motion to Compel **[doc. #345]** is **GRANTED**. The court **ORDERS** the following:

**1.** The motion to compel answers to Interrogatory No.1 is granted. Defendant shall produce a fully responsive answer **no later than 10 days** from the entry of this order.

**2.** The motion to compel answers to Interrogatory No. 2 is granted. Implicit in the presentation of the interrogatory is the restriction that Arpin need only disclose information that it knows of or otherwise has in its possession. The interrogatory is broad, but not overly broad, and Arpin has the ability to comply. Again, a fully responsive answer must be produced **no later than 10 days** from the entry of this order.

**3.** The motion to compel production of documents is granted as to both requests. All video evidence sought by Request No. 1 is discoverable and must be disclosed. The information sought pursuant to Request No. 2 may implicate the work product privilege, but that privilege cannot be invoked as a blanket limitation on disclosure. If documents exist that are properly subject to privilege, Arpin may submit a privilege log that names each privileged document and explains how it is subject to privilege. Arpin is ordered to produce all requested documents **no later than 10 days** from the entry of this order.

**IT IS SO ORDERED** at Hartford, Connecticut, this   21st   day of December, 2004.

                                      /s/DJS
                           **DOMINIC J. SQUATRITO**
                      **UNITED STATES DISTRICT JUDGE**