UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JAN -4 P 3: 33
U.S. DISTRICT COURT
HARTFORD, CT.

**SHAWN POULIOT**
   Plaintiff
            :

v.                    : CIVIL NO.: 3:02cv1302(DJS)

**PAUL ARPIN VAN LINES, INC., ET AL**:
   Defendants

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable ___Janet C. Hall___, United States District Judge, who sits in ___Bridgeport___, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in ___Bridgeport___ and bear the docket number **3:02cv1302(**JCH**)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __4th__ day of January, 2005.

                                    Dominic J. Squatrito
                                    United States District Judge

AO 72A
(Rev.8/82)