UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS) |
| V. | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: JANUARY 4, 2005 |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ARPIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7, the Plaintiff requests an extension of time. This extension of time is needed to respond to the Arpin Defendants' lengthy Motion for Summary Judgment. Additional time is necessary to assemble evidence in response to the motion. The Plaintiff requests until January 10, 2005, to file an opposition. Arpin consents to this extension of time. This is the first motion for extension of time regarding the Motion for Summary Judgment.

Wherefore, the Plaintiff requests that this extension be granted.

THE PLAINTIFF,

BY: /s/ Joel T. Faxon
Joel T. Faxon, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06604
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-Mail mstratton@strattonfaxon.com

### CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via US Mail to all counsel and pro se parties of records as follows:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

**Harold J. Friedman, Esq.**
**Friedman, Gaythwaite, Wolf & Leavitt**
6 City Center
P.O. Box 4726
Portland, ME 04101-4726
Fax No. (207)-761-0186

_____
Joel T. Faxon, Esq.