UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHAWN POULIOT,** | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (DJS) |
| | ) | |
| v. | ) | **JUDGE DOMINIC SQUATRITO** |
| | ) | |
| | ) | **NOTICE OF MANUAL FILING** |
| **PAUL ARPIN VAN LINES, INC. et al.** | ) | |
| Defendants | ) | |
| | ) | |

    Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

Exhibit 1—Festo Short Form Bill of Lading

Exhibit 2—Referenced excerpts from James Blalock's deposition taken on March 3, 2003

Exhibit 3—Referenced excerpts from Erica Ramirez's deposition taken on October 24, 2003

Exhibit 4—Referenced excerpts from William Mottla's deposition taken on July 27, 2004

Exhibit 5—Shipment Booking Form

Exhibit 6—Referenced excerpts from Shawn Pouliot's deposition taken on December 3, 2002

Exhibit 7—Referenced excerpts from Shawn Pouliot's deposition taken on July 29, 2004

Exhibit 8—Referenced excerpts from Michael Kovac's deposition taken on October 23, 2003

Exhibit 9—Defendant Festo Corporation's Answers to Defendant Arpin's Interrogatories

Exhibit 10—Referenced excerpts from William Tweedy's deposition taken on October 5, 2004.

Exhibit 11—Referenced excerpts from Joseph Rocha's deposition taken on July 26, 2004.

Exhibit 12— Referenced excerpts from V. Paul Herberts' deposition taken on August 19, 2004.

Exhibit 13—Referenced excerpts from Arnold Kowal's deposition taken on April 12, 2004.

Exhibit 14—Referenced excerpts from Terry Morgan's deposition taken on August 17, 2004.

Exhibit 15—Referenced excerpts from Dr. Irving Ojalvo's deposition taken on July 29, 2004.

Exhibit 16—Referenced excerpts from Petra Milks' deposition taken on March 29, 2004.

Exhibit 17—Referenced excerpts from Michael Montgomery's deposition taken on July 27, 2004.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

Dated this 5th day of January, 2005.

Respectfully submitted,

_____/s/ Thomas J. Grady_____
Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street
PO Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)
tjg19872@aol.com


_____/s/ Karen Frink Wolf_____
Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 5th day of January, 2005 to the following:

Michael A. Stratton, Esq().  
Stratton Faxon  
59 Elm Street  
New Haven, CT  06510

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Spillane & Mannion  
46 Main Street, PO BOX 1319  
New Milford, CT 06776-1319

Thomas J. Grady, Esq.  
Lenihan Grady & Steele  
6 Canal Street  
PO Box 541  
Westerly, RI 02891-0541

John Tarantino, Esq.  
James R. Oswald, Esq.  
Adler, Pollock & Sheehan  
One Citizens Plaza, 8th Floor  
Providence, RI  02903-2443

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Sq., 225 Asylum St.  
Hartford, CT  06103

            /s/ Karen Frink Wolf  
            Karen Frink Wolf, Esq. # 26494