UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHAWN POULIOT,** | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (DJS) |
| | ) | |
| v. | ) | JUDGE DOMINIC SQUATRITO |
| | ) | |
| | ) | NOTICE OF MANUAL FILING |
| **PAUL ARPIN VAN LINES, INC. et al.** | ) | |
| Defendants | ) | |
| | ) | |

    Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

Exhibit 1—Referenced excerpts from Joseph Rocha's deposition taken on July 26, 2004

Exhibit 2—Referenced excerpts from Michael Montgomery's deposition taken on July 27, 2004

Exhibit 3—Michael Montgomery Affidavit dated February 28, 2003

Exhibit 4—Referenced excerpts from Erica Ramirez's deposition taken on October 24, 2003

Exhibit 5—Shipment Booking Order

Exhibit 6—Referenced excerpts from William Tweedy's deposition taken on October 5, 2004

Exhibit 7—Referenced excerpts from William Mottla's deposition taken on July 27, 2004

Exhibit 8—Referenced excerpts from V. Paul Herberts' deposition taken on August 19, 2004

Exhibit 9—Referenced excerpts from Arnold Kowal's deposition taken on April 12, 2004

Exhibit 10—Referenced excerpts from Terry Morgan's deposition taken on August 17, 2004

Exhibit 11—Referenced excerpts from Nelson Cordermann deposition taken on December 2, 2002

Exhibit 12—Referenced excerpts from Shawn Pouliot's deposition taken on December 3, 2002

Exhibit 13—Referenced excerpts from Petra Milks' deposition taken on March 29, 2004

Exhibit 14—Referenced excerpts from Dr. Irving Ojalvo's deposition taken on July 29, 2004

Exhibit 15—Festo Bill of Lading produced by Festo Corporation

Exhibit 16—Exhibit F from Shawn Pouliot's deposition taken on December 3, 2002

Exhibit 17—Exhibit E from Shawn Pouliot's deposition taken on December 3, 2002

Exhibit 18—Exhibit B from Shawn Pouliot's deposition taken on December 3, 2002

Exhibit 19—Referenced excerpts from Shawn Pouliot's deposition taken on June 29, 2004

Exhibit 20—Responses and Objections of Third-Party Defendant Erica Ramirez to Third-Party Plaintiff/Defendant Arpin Logistic's May 30, 2003 Interrogatories dated August 13, 2003

Exhibit 21—Festo Bill of Lading produced by Festo Corporation

      The documents have not been filed electronically because the documents cannot be converted to an electronic format.

      The documents have been manually served on all parties.

      Dated this 5th day of January, 2005.

                                                                                   Respectfully submitted,

                                                                                   /s/ Thomas J. Grady
                                                   Thomas J. Grady, Esq. CT 17139
                                                   Lenihan, Grady & Steele
                                                   Six Canal Street
                                                   PO Box 541
                                                   Westerly, RI 02891
                                                   (401) 596-0183
                                                   (401) 596-6845 (Fax)
                                                   tjg19872@aol.com

    /s/ Karen Frink Wolf
Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF &
LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 5th day of January, 2005 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

John Tarantino, Esq.
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI  02903-2443

Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT  06103

                                                               /s/ Karen Frink Wolf
                                            Karen Frink Wolf, Esq. # 26494