UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(JCH)<br>: |
| V. | :<br>: |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: JANUARY 5, 2005 |

## MOTION FOR SANCTIONS

On December 21, 2004, the court issued an order compelling the defendant, Arpin to produce "No later than 10 days from the entry of this order" all requested documents and interrogatories. See order attached hereto. (Exhibit A).

No discovery has been produced by the defendant pursuant to this order. The plaintiff requests that a default enter against the defendant Arpin; and that costs of this discovery motion be taxed to the defendant in the amount of $2,000.00.

THE PLAINTIFF,

BY: _____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06604
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-Mail mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded via US Mail to all counsel and pro se parties of records as follows:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

**Harold J. Friedman, Esq.**
**Karen Wolf, Esq.**
**Friedman, Gaythwaite, Wolf & Leavitt**
6 City Center
P.O. Box 4726
Portland, ME 04101-4726
Fax No. (207)-761-0186

_____
Michael A. Stratton, Esq.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff<br>v.<br><br>PAUL ARPIN VAN LINES, INC., AND<br>ARPIN LOGISTICS, INC.,<br>    Defendants. | : <br> : <br> :    No. 3:02CV1302 (DJS)<br> : <br> : <br> : <br> : |

## ORDER

The pending Motion to Compel [doc. #345] is **GRANTED**. The court **ORDERS** the following:

1. The motion to compel answers to Interrogatory No.1 is granted. Defendant shall produce a fully responsive answer **no later than 10 days** from the entry of this order.

2. The motion to compel answers to Interrogatory No. 2 is granted. Implicit in the presentation of the interrogatory is the restriction that Arpin need only disclose information that it knows of or otherwise has in its possession. The interrogatory is broad, but not overly broad, and Arpin has the ability to comply. Again, a fully responsive answer must be produced **no later than 10 days** from the entry of this order.

3. The motion to compel production of documents is granted as to both requests. All video evidence sought by Request No. 1 is discoverable and must be disclosed. The information sought pursuant to Request No. 2 may implicate the work product privilege, but that privilege cannot be invoked as a blanket limitation on disclosure. If documents exist that are properly subject to privilege, Arpin may submit a privilege log that names each privileged document and explains how it is subject to privilege. Arpin is ordered to produce all requested documents **no later than 10 days** from the entry of this order.

**IT IS SO ORDERED** at Hartford, Connecticut, this __21st__ day of December, 2004.

                                                /s/DJS
                                **DOMINIC J. SQUATRITO**
                                **UNITED STATES DISTRICT JUDGE**