**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SHAWN POULIOT** | : **CIVIL ACTION NO.** |
| **Plaintiff,** | : **3:02CV1302(JCH)** |
| | : |
| **V.** | : |
| | : |
| **PAUL ARPIN VAN LINES, INC.** | : |
| **AND ARPIN LOGISTICS, INC.,** | : |
| **THE FESTO CORPORATION, MICHAEL** | : |
| **D. KOVAC D/B/A TRANS-EXPO** | : |
| **INTERNATIONAL AND ERICA RAMIREZ,** | : |
| **Defendants,** | : **January 10, 2005** |

## Motion to Compel Full Answers to Plaintiff's Discovery Request

On December 21, 2004, this court ordered compliance with the Plaintiff's Discovery Request.   See order attached hereto.

Then two weeks later, the defendant Arpin provides "Supplemental Answers" that are qualified by objections that have been overruled.  Moreover, the answers are incomplete.

In response to Interrogatory #2, the defendant Arpin indicates that no recorded surveillance was done of the plaintiff.  Given the general objections preceding this response, the plaintiff does not know if this answer is unqualified.

In response to Request for Production #1, the defendant fails to provide copies of the four audiocassette tapes referred to in the answer.  The plaintiff would like copies made and forwarded immediately (at his cost).

THE PLAINTIFF

By: _____
    Michael A. Stratton, Esq.
    STRATTON FAXON
    59 Elm Street
    New Haven, CT 06510
    Juris #:  421593
    Telephone:  (203) 624-9500
    Fax: (203) 624-9100
    MStatton@StrattonFaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale**
**& Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

**Harold J. Friedman, Esq.**
**Karen Wolf, Esq.**
**Friedman, Gaythwaite, Wolf & Leavitt**
6 City Center
P.O. Box 4726
Portland, ME 04101-4726

_____
Michael A. Stratton, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,                          :
    Plaintiff                        :
v.                                      :          No. 3:02CV1302 (DJS)
                                        :
PAUL ARPIN VAN LINES, INC., AND         :
ARPIN LOGISTICS, INC.,                  :
    Defendants.                      :

## ORDER

The pending Motion to Compel **[doc. #345]** is **GRANTED**. The court **ORDERS** the following:

**1.** The motion to compel answers to Interrogatory No. 1 is granted. Defendant shall produce a fully responsive answer **no later than 10 days** from the entry of this order.

**2.** The motion to compel answers to Interrogatory No. 2 is granted. Implicit in the presentation of the interrogatory is the restriction that Arpin need only disclose information that it knows of or otherwise has in its possession. The interrogatory is broad, but not overly broad, and Arpin has the ability to comply. Again, a fully responsive answer must be produced **no later than 10 days** from the entry of this order.

**3.** The motion to compel production of documents is granted as to both requests. All video evidence sought by Request No. 1 is discoverable and must be disclosed. The information sought pursuant to Request No. 2 may implicate the work product privilege, but that privilege cannot be invoked as a blanket limitation on disclosure. If documents exist that are properly subject to privilege, Arpin may submit a privilege log that names each privileged document and explains how it is subject to privilege. Arpin is ordered to produce all requested documents **no later than 10 days** from the entry of this order.

**IT IS SO ORDERED** at Hartford, Connecticut, this __21st__ day of December, 2004.

                                  **/s/DJS**
                      **DOMINIC J. SQUATRITO**
             **UNITED STATES DISTRICT JUDGE**