UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHAWN POULIOT,
   Plaintiff,
   v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,
   Defendants.

C.A. No. 3:02 CV1302 (DJS)

January 18, 2005

## FESTO CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b) of this Court's Local Rules, Defendant The Festo Corporation ("Festo") respectfully submits this Motion for Extension of Time to File its Reply Brief in Support of its Motion for Summary Judgment. Festo requests an extension up to and including February 4, 2005 to file its Reply Brief.

As grounds for its motion, Festo represents as follows:

1. On January 7, 2005, Festo was served with the Memorandum of Law in Opposition to Festo Corporation's Motion for Summary Judgment as to the Common Law Indemnity Counts Alleged by Arpin filed by Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (the "Arpin Defendants"), together with the Arpin Defendants' Local Rule 52(a)2 Statement;

2. Festo's Reply Brief responding to the Arpin Defendants' memorandum in opposition is due on January 20, 2005;

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY REQUIRED**

3. Festo requests an extension of time up to and including February 4, 2005 to be able to research and to formulate a full and accurate response to the Arpin Defendants' Memorandum of Law and the Local Rule 56(a)(2) Statement (including the "Statement in Response to Festo Corporation's Local Rule 56(a)(1) Statement" and the alleged "Disputed Issues of Material Fact"), which it has been otherwise unable to do within the time limitation despite its diligent efforts to do so.

4. Counsel for Festo has inquired of counsel for the Arpin Defendants, Karen Frink Wolf, who has agreed to the present motion.

5. This is the first such motion for extension of time filed by Festo.

Therefore, Festo respectfully requests that its motion be granted.

Respectfully submitted,

Defendant,
THE FESTO CORPORATION,
By Its Attorneys,

JOHN A. TARANTINO, #15980
JAMES R. OSWALD, #20936
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: January 18, 2005

2

## **CERTIFICATION**

TO:  Michael A. Stratton, Esq.  
      Stratton Faxon  
      59 Elm Street  
      New Haven, CT 06510

      Roland F. Moots, Jr., Esq.  
      Moots, Pellegrini, Mannion, Martindale  
        & Dratch  
      46 Main Street  
      New Milford, CT 06776

      Karen Frink Wolf, Esq.  
      Friedman Gaythwaite Wolf & Leavitt  
      Six City Center  
      P.O. Box 4726  
      Portland, ME 04112

Thomas J. Grady, Esq.  
Lenihan, Grady & Steele  
6 Canal Street  
P.O. Box 541  
Westerly, RI 02891

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

I hereby certify that I caused a true copy of the within, to be mailed, via regular First Class mail, to the above-named counsel of record on this 18th day of January, 2005.

*321583_1.doc*

3