UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT | : CIVIL ACTION |
| | : NO. 3:02 CV1302 (JCH) |
| V. | : |
| | : |
| PAUL ARPIN VAN LINES; | : |
| ARPIN LOGISTICS INC. | : |
| | : |
| V. | : |
| | : |
| THE FESTO CORPORATION; | : |
| MICHAEL D. KOVAC d/b/a | : |
| TRANS-EXPO INTERNATIONAL; | : |
| ERICA RAMIREZ IN HER CAPACITY | : |
| AS EMPLOYEE OF TRANS-EXPO INT'L | : JANUARY 18, 2005 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF
IN RESPONSE TO THE ARPIN DEFENDANTS' OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the third-party defendants, Michael Kovac d/b/a Trans-Expo International and Erica Ramirez, request this Court to enlarge the time for these third-party defendants to file a Reply Brief to the Memorandum of Law in Opposition to Motion for Summary Judgment filed by the Arpin defendants dated January 5, 2005. The third-party defendants request an enlargement of time until February 4, 2005 to file a Reply Brief. As grounds for this motion the undersigned counsel represents as follows:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

1. On Monday, January 10, 2005 the undersigned counsel received a Memorandum of Law in Opposition to Defendants/Third Party Defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramires' Motion For Summary Judgment As to The Common Law Indemnity Counts Alleged By Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. The Memorandum was accompanied by a Local Rule 56(a)(2) Statement;

2. Pursuant to F.R.C.P. 6 (a) and Local Rule 7(d), a Reply Brief by the third-party defendants is due on January 20, 2005;

3. The undersigned counsel wishes to file a Reply Brief pursuant to L.Civ.R. 7(d) confined to a discussion of matters raised by the responsive brief;

4. The undersigned third-party defendants' counsel needs additional time to properly research, prepare and provide supporting documentation for a Reply Brief;

5. The undersigned counsel for the third-party defendants has contacted counsel for Arpin, Attorney Karen Frink Wolf, who stated that she has no objection to the granting of this Motion;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

6. This is third-party defendants' first request for an enlargement of time.

>THIRD PARTY DEFENDANTS,
>MICHAEL D. KOVAC D/B/A
>TRANS-EXPO INTERNATIONAL AND
>ERICA RAMIREZ, IN HER CAPACITY AS
>EMPLOYEE OF TRANS-EXPO INT'L.
>
>BY: /s/ Susan O'Donnell
>Susan O'Donnell of
>**HALLORAN & SAGE LLP**
>Fed. Bar No. ct07539
>One Goodwin Square
>Hartford, CT 06103
>Tel. No. (860) 522-6103
>Fax No. (860) 548-0006
>email: odonnell@halloran-sage.com

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 18th day of January 2005, a copy of the foregoing was either mailed postpaid, or hand-delivered to:

| | |
|---|---|
| **Shawn Pouliot**<br>Michael A. Stratton, Esquire<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT 06510<br>Tel No. (203) 624-9500<br>Fax No. (203) 624-9100 | **Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**<br>Thomas J. Grady, Esquire<br>Lenihan, Moone, Gallogly & Grady<br>6 Canal Street<br>Westerly, RI 02891-0541<br>Tel. No. (401) 596-0183<br>Fax No. (401) 596-6845 |
| Roland F. Moots, Jr., Esquire<br>Moots, Pellegrini, Mannion, Martindale<br>  & Dratch, P.C.<br>46 Main Street, P.O. Box 1319<br>New Milford, CT 06776-1319<br>Tel. No. (860) 355-4191<br>Fax No. (860) 355-8487 | Harold J. Friedman, Esquire; and<br>Attorney Karen Frink Wolf<br>Friedman Gaythwaite Wolf & Leavitt<br>Six City Center, P.O. Box 4726<br>Portland, ME 04112<br>Tel. No. (207) 761-0900<br>Fax No. (207) 761-0186 |
| **The Festo Corporation**<br>John A. Tarantino, Esquire<br>James R. Oswald, Esquire<br>Adler, Pollock & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 751-0604 | |

_/s/ Susan O'Donnell_
Susan O'Donnell

639739_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105