UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (JCH) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY AS : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL : | February 18, 2005 |
| : | |
| Defendants : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION FOR LEAVE TO DISCLOSE ADDITIONAL EXPERT WITNESSES*

Pursuant to Local Rule 7(a), Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") hereby move for leave to disclose William H. Burke, Ph.D. and Allan S. McCausland, Ph.D. as additional expert witnesses in this case. Dr. Burke is a certified life care planner. His *curriculum vitae* is attached as Exhibit A to this motion and his expert report is attached as Exhibit B. Dr. McCausland is an economist. His *curriculum vitae* is attached as Exhibit C to this motion and his expert report is attached as Exhibit D.

The grounds for this motion are set forth more fully in Arpin's attached Memorandum of Law in support of its Motion for Leave to Disclose Additional Experts.

**ORAL ARGUMENT REQUESTED**

Dated this 18th day of February, 2005.

        Defendants Paul Arpin Van Lines, Inc. and
        Arpin Logistics, Inc.,
        By their attorneys:


        _____/s/ Harold J. Friedman_____
        Harold J. Friedman, Esq. CT 23785
        Karen Frink Wolf, Esq. CT 26494
        FRIEDMAN GAYTHWAITE WOLF &
        LEAVITT
        Six City Center, P.O. Box 4726
        Portland, ME  04112-4726
        (207) 761-0900
        (207 761-0186 (Fax)
        hfriedman@fgwl-law.com
        kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 18th day of February, 2005 to the following:

Michael A. Stratton, Esq.  
Stratton Faxon  
59 Elm Street  
New Haven, CT  06510  

Thomas J. Grady, Esq.  
Lenihan Grady & Steele  
6 Canal Street  
PO Box 541  
Westerly, RI 02891-0541  

John Tarantino, Esq.  
James R. Oswald, Esq.  
Adler, Pollock & Sheehan  
One Citizens Plaza, 8th Floor  
Providence, RI  02903-2443  

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Spillane & Mannion  
46 Main Street, PO BOX 1319  
New Milford, CT 06776-1319  

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Sq., 225 Asylum St.  
Hartford, CT  06103  

          /s/ Karen Frink Wolf  
          Karen Frink Wolf, Esq. CT 26494