UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (JCH) |
| : | |
| PAUL ARPIN VAN LINES, INC.; : | |
| ARPIN LOGISTICS, INC.; THE FESTO : | |
| CORPORATION; MICHAEL D. KOVAC : | |
| d/b/a TRANS-EXPO INTERNATIONAL, : | |
| ERICA RAMIREZ, IN HER CAPACITY AS : | |
| EMPLOYEE OF TRANS-EXPO : | |
| INTERNATIONAL : | February 18, 2005 |
| : | |
| Defendants : | |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

Exhibit A – *Curriculum Vitae* of William H. Burke, Ph.D.

Exhibit B – Expert Report of William H. Burke, Ph.D.

Exhibit C – *Curriculum Vitae* of Allan S. McCausland, Ph.D.

Exhibit D – Expert Report of Allan S. McCausland, Ph.D.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

Dated this 18[h] day of February, 2005.

    Respectfully submitted,

    /s/ Harold J. Friedman
    Harold J. Friedman, Esq. CT 23785
    Karen Frink Wolf, Esq. CT 26494
    FRIEDMAN GAYTHWAITE WOLF &
    LEAVITT
    Six City Center, P.O. Box 4726
    Portland, ME  04112-4726
    (207) 761-0900
    (207) 761-0186 (Fax)
    hfriedman@fgwl-law.com
    kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 18th day of February, 2005 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |
| Thomas J. Grady, Esq.<br>Lenihan Grady & Steele<br>6 Canal Street<br>PO Box 541<br>Westerly, RI 02891-0541 | Susan O'Donnell, Esq.<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT  06103 |
| John Tarantino, Esq.<br>James R. Oswald, Esq.<br>Adler, Pollock & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI  02903-2443 | |

                                                /s/ Harold J. Friedman
                                                Harold J. Friedman, Esq. CT 23785