UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                             :    CIVIL ACTION
    Plaintiff                         :    NO. 3:02 CV1302 (JCH)
                                      :
    v.                                :
                                      :
PAUL ARPIN VAN LINES, INC. AND            :
ARPIN LOGISTICS, INC.                     :
FESTO CORPORATION, MICHAEL                :
D. KOVAC, D/B/A TRANS-EXPO                :
INTERNATIONAL, AND ERICA RAMIREZ          :
IN HER CAPACITY AS EMPLOYEE               :
OF TRANS-EXPO INTERNATIONAL               :
    Defendants                        :    February 24, 2005

### AFFIDAVIT IN SUPPORT OF ARPIN'S MOTION TO VACATE COURT ORDER (#390) AND MOTION FOR LEAVE TO FILE OBJECTION TO PLAINTIFF'S MOTION TO COMPEL (#381)

The undersigned, Thomas J. Grady, as counsel of record for Paul Arpin Van

Lines, Inc. and Arpin Logistics, Inc. in the above-entitled matter upon oath being duly sworn as

follows:

1.    Between January 5th and January 11th, 2005, I was in hospitalized at the Backus

    Hospital in Norwich, Connecticut for two conditions;

2.    Doris Sellan, our receptionist was out of work for a period of two weeks because of immediate eye surgery required by blindness as the result of cataracts to both eyes;

3.    As the result of my hospitalization and Doris Sellan's absence from the office, my secretary had to take over her role and was pulled away from her regular duties;

4.    The Motion to Compel came into the office and was not logged in because of my secretary's covering for Doris Sellan;

5.    My assistant, Matthew Corcoran read the Motion and prepared an objection for filing in a timely manner. The objection was typed and signed by the undersigned. We don't know whether it got filed or not. We cannot locate the certificate of service which should have been attached;

6.    It is believed that this objection did not get filed because of the shortage in personnel created in the office as the result of two key persons illness, surgery and hospitalization in that period of time;

7.    Paul Arpin Van Lines has a meritorious objection;

8.    The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this 24th day of February, 2005.

_____
Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly, Rhode Island on the _24_ day of February 2005 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

_____
Notary Public
My Commission Expires: 5/12/2008