UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY A | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL, | : | FEBRUARY 25, 2005 |

### *SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION TO VACATE COURT ORDER (#390) AND MOTION FOR LEAVE TO FILE OBJECTION TO PLAINTIFF'S MOTION TO COMPEL (#381)*

The undersigned, Thomas J. Grady, as counsel of record for Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. in the above-entitled matter upon oath being duly sworn as follows:

1. The original signed Objection is not in our possession;

2. The computer generated Objection of January 25, 2005 had with it a form certification page;

3. It is presumed that the original certification page was also executed but no copy can be found in our files;

4. We believe that the original Objection duly signed by counsel was sent to the court because it is not in our office;

5. It is believed that other counsel received copies of this Objection but it cannot be confirmed at this time;

6. In amplification of paragraph 2 of the Motion to Vacate enclosed is my letter of 1/25/05 with copies to all counsel respecting the compliance with the Plaintiff's Motion to Compel and the delivery of the actual tapes. Copies of this letter accompanying the delivery of the actual tapes sought by Plaintiff's counsel to Plaintiff's counsel was received by all copied counsel. See Exhibit 1;

7. The tapes were sent via CD'S by regular first class mail on January 25, 2005. No evidence has ever been addressed that they were not received by Plaintiff's counsel and it is believed that Plaintiff's counsel received the tapes sought by the Motion to Compel. If not received we have additional CD's which can be produced immediately upon additional request.

8.  The aforesaid facts are true and correct to the best of my knowledge and belief.

IN WITNESS THEREOF, I hereunto set my hand and seal this ___ day of February, 2005.

_____
Thomas J. Grady

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly, Rhode Island on the ___ day of February 2005 before me personally appeared Thomas J. Grady to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

_____
Notary Public:
My Commission Expires:

## *CERTIFICATION OF NOTICE*

     I hereby certify that a copy of the foregoing was forwarded, via U.S. First Class Mail this ___ day of February 2005 to Michael A. Stratton, Esquire of *Stratton Faxon*, 59 Elm Street, New Haven, CT 06510, Roland F. Moots, Jr., Esquire of *Moots, Pellegrini, Mannion, Martindale & Dratch*, 46 Main Street, New Milford, CT 06776, Susan O'Donnell, Esquire *Halloran & Sage*, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103, James R. Oswald, Esquire of *Adler, Pollack & Sheehan,* P.C., 2300 Financial Plaza, Providence, RI 02903-2443, Karen Frink Wolf, Esq., Friedman Gaythwaite Wolf & Leavitt, Six City Center, Portland, Maine 04112 and Harold Friedman, Esq., Friedman Gaythwaite Wolf & Leavitt, Six City Center, Portland, Maine 04112

                                                  _____
                                                    Thomas J. Grady, Esq.