# EXHIBIT 1

```
************ -COMM. JOURNAL- ******************* DATE JAN-25-200  **** TIME 16:33 *** P.01


    MODE = MEMORY TRANSMISSION            START=JAN-25 16:25      END=JAN-25 16:33

       FILE NO.= 231

    STN NO.   COM   ABBR NO.   STATION NAME/TEL.NO.   PAGES    DURATION

      001     OK      &        12077610186            003/003  00:00'54"
      002     OK      &        3514607                003/003  00:00'46"
      003     OK      &        18605480006            003/003  00:00'42"
      004     OK      &        18603558487            003/003  00:00'43"

                                                      -LENIHAN GRADY & STEELE  -

****************************** -LENIHAN GRADY & - ***** -        4015966845- *********
```

LAW OFFICES OF

# LENIHAN GRADY & STEELE

THE DENISON HOUSE
6 CANAL STREET

F. THOMAS LENIHAN
(1939-2003)

THOMAS J. GRADY*

MARGARET L. STEELE*

MICHELLE A. BUCK*

MATTHEW J. CORCORAN*

P.O. BOX 541
WESTERLY, RHODE ISLAND 02891-0541

TELEPHONE (401) 596-0183
FACSIMILE (401) 596-6845

*ADMITTED TO PRACTICE IN
RI AND CT

## FACSIMILE COVER SHEET

**TO:** Karen Wolf, Esq. 1-207-761-0186
James Oswald, Esq. 351-4607
Susan O'Donnell, Esq. 1-860-548-0006
Roland F. Moots, Jr., Esq. 1-860-355-8487

**FAX:** _____

**FROM:** Thomas J. Grady, Esq.

**RE:** Pouliot v. Arpin

**TIME:** 4:10 p.m.       **DATE:** 1/25/05

**NUMBER OF PAGES (INCLUDING COVER SHEET):** 2

**MESSAGE:**

## STATEMENT OF CONFIDENTIALITY

This fax contains confidential information intended for the person(s) named above. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you have received this fax in error, please notify us at the above telephone number (collect) immediately and return the original transmission to us without making a copy.

LAW OFFICES OF
# LENIHAN GRADY & STEELE

THE DENISON HOUSE
6 CANAL STREET
P.O. BOX 541
WESTERLY, RHODE ISLAND 02891-0541

F. THOMAS LENIHAN
(1939-2003)
THOMAS J. GRADY*
MARGARET L. STEELE*

MICHELLE A. BUCK*
MATTHEW J. CORCORAN*

TELEPHONE (401) 596-0183
FACSIMILE (401) 596-6845

*ADMITTED TO PRACTICE IN RI AND CT

## FACSIMILE COVER SHEET

**TO:** Karen Wolf, Esq. 1-207-761-0186
James Oswald, Esq. 351-4607
Susan O'Donnell, Esq. 1-860-548-0006
Roland F. Moots, Jr., Esq. 1-860-355-8487

**FAX:** _____

**FROM:** Thomas J. Grady, Esq.

**RE:** Pouliot v. Arpin

**TIME:** 4:10 p.m.     **DATE:** 1/25/05

**NUMBER OF PAGES (INCLUDING COVER SHEET):** 2

### MESSAGE:

### STATEMENT OF CONFIDENTIALITY

This fax contains confidential information intended for the person(s) named above. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you have received this fax in error, please notify us at the above telephone number (collect) immediately and return the original transmission to us without making a copy.

Law Offices of

## LENIHAN GRADY & STEELE

THE DENISON HOUSE
6 CANAL STREET
P.O. BOX 541
WESTERLY, RHODE ISLAND 02891-0541

F. THOMAS LENIHAN
(1939-2003)
THOMAS J. GRADY*
MARGARET L. STEELE*

MICHELLE A. BUCK*
MATTHEW J. CORCORAN*

TELEPHONE (401) 596-0183
FACSIMILE (401) 596-6845

*ADMITTED TO PRACTICE IN
RI AND CT

**VIA FIRST CLASS MAIL**

January 25, 2005

Mr. Michael A. Stratton, Esquire
59 Elm Street
New Haven, CT 06510

Re:   Pouliot v. Arpin, et. al. – Bibbee Tapes

Dear Attorney Stratton:

Enclosed please find copies of the cassette tapes which you referred to in your motion to compel dated January 10, 2005.

CD 1 and CD 2 contain the contents of one cassette tape. CD 3 and CD 4 contain the contents of another cassette tape. CD 5 contains the contents of a third cassette tape. CD 7 and CD 8 contain the contents of a fourth cassette tape.

Very Truly Yours,

Thomas J. Grady, Esquire

TJG/mjc

cc:   Karen Wolf, Esquire
      James Oswald, Esquire
      Susan O'Donnell, Esquire

Roland Moots, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | : | JUDGE JANET C. HALL |
| PAUL ARPIN VAN LINES, INC.; ET AL. | : | NOTICE OF MANUAL FILING |

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following document:

1. Letter dated January 25, 2005 to Attorney Stratton.

The document has not been filed electronically because the document cannot be converted to an electronic format.

The document has been manually served on all parties.

Respectfully submitted,

Thomas J. Grady, Esq. CT 17139
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)