UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 MAR -4  P 12: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAWN POULIOT,
   Plaintiff,

v.                                             C.A. No. 3:02 CV1302 (JCH)

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO
INTERNATIONAL,
   Defendants.                         February 23, 2005

## FESTO CORPORATION'S MOTION TO ADMIT PAUL V. CURCIO, ESQ. PRO HAC VICE

Pursuant to Rule 83.1(d)(1) of this Court's Local Rules, Defendant The Festo Corporation ("Festo") moves this Court to admit Paul V. Curcio, Esq. pro hac vice, to represent it in this matter. An affidavit from Attorney Curcio has been submitted in compliance with Local Rule 83.1(d)(1).

Attorney Curcio is a member of the law firm of Adler Pollock & Sheehan P.C. located in Providence, Rhode Island. He is a graduate of Vanderbilt Law School. Attorney Curcio is admitted to practice law in the State of Rhode Island, Commonwealth of Massachusetts, the United States District Court for the District of Rhode Island and the United States Court of Appeals for the First Circuit.

Attorney Curcio has never been denied admission or disciplined by this Court or any other Court. He has reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

Festo hereby moves for the admission of Attorney Paul V. Curcio as an attorney of record for this matter.

Respectfully submitted,

Defendant,
THE FESTO CORPORATION,
By Its Attorneys,

_____
JOHN A. TARANTINO, #15980
JAMES R. OSWALD, #20936
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: February 23, 2005

**CERTIFICATION**

TO:  Michael A. Stratton, Esq.            Thomas J. Grady, Esq.
     Stratton Faxon                        Lenihan, Grady & Steele
     59 Elm Street                         6 Canal Street
     New Haven, CT 06510                   P.O. Box 541
                                           Westerly, RI 02891
     Roland F. Moots, Jr., Esq.
     Moots, Pellegrini, Mannion, Martindale  Susan O'Donnell, Esq.
        & Dratch                            Halloran & Sage
     46 Main Street                        One Goodwin Square
     New Milford, CT 06776                 225 Asylum Street
                                           Hartford, CT 06103
     Karen Frink Wolf, Esq.
     Friedman Gaythwaite Wolf & Leavitt
     Six City Center
     P.O. Box 4726
     Portland, ME 04112

I hereby certify that I caused a true copy of the within, to be mailed, via regular First Class mail, to the above-named counsel of record on this 23rd day of February, 2005.

_____

*324083_1.doc*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 MAR -4 P 1: 37

U.S. DISTRICT COURT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff,<br>        v.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA<br>RAMIREZ, IN HER CAPACITY AS<br>EMPLOYEE OFTRANS-EXPO<br>INTERNATIONAL,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 3:02 CV1302 (JCH)<br><br><br><br><br><br><br><br><br><br>:<br>:    February 23, 2005 |

### AFFIDAVIT IN SUPPORT OF FESTO CORPORATION'S MOTION TO ADMIT A VISITING ATTORNEY PURSUANT TO LOCAL RULE 83.1(d)(1)

I, Paul V. Curcio, Esq. upon oath being duly sworn as follows:

1.  My office address is:

    Adler Pollock & Sheehan PC
    One Citizens Plaza – 8th Floor
    Providence, RI 02903-2443

2.  My office telephone number is (401) 274-7200.

3.  My office facsimile number is (401) 351-4607.

4.  My e-mail address is pcurcio@apslaw.com.

5.  I am admitted to practice in the following courts:

    (a) State of Rhode Island;
    (b) Commonwealth of Massachusetts;
    (c) United States District Court for the District of Rhode Island
    (d) United States Court of Appeals for the First Circuit.

6.  I have never been denied admission or disciplined by the United States District Court for the District of Connecticut, or any other court.

7. I have fully reviewed and I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of February, 2005.

Paul V. Curcio

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, Rhode Island on the 23rd day of February, 2005 before me personally appeared Paul V. Curcio to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by he so executed to be his free act and deed.

Notary Public
My commission expires: 7/25/05

324102_1.doc

2