UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (JCH) |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | |
| Defendants | ) | |
| | ) | April 28, 2005 |

**PARTIES JOINT MOTION TO MODIFY
THE SCHEDULING ORDER**

Pursuant to D. Conn. L. R. 7(b)2, the Plaintiff, Shawn Pouliot, and the

Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter the "Arpin

Defendants") and hereby move the Court to allow the depositions of the Arpin

Defendants' experts, William Burke, Ph.D and Allan S. McCausland, Ph.D by June 15,

2005. In support of their Motion, the parties state as follows:

1. This Court issued an Order on April 25, 2005 allowing Defendants to

   disclose experts Dr. Burke and Dr. McCausland.

2. The Court further ordered that the Defendants were to make said experts

   available for deposition at a time, date, and place convenient to the

   Plaintiff by April 29, 2005.

3. The parties have agreed that this matter will be subject to mediation

   before Carmin Reiss, Esquire, of Resolutions, LLC, in Boston,

   Massachusetts on June 9, 2005.

4.  Plaintiff and the Arpin Defendants have invited The Festo Corporation to participate in this mediation and are awaiting its response.

5.  In view of the impending mediation, the Plaintiff and the Arpin Defendants have agreed that if the mediation is unsuccessful, defense experts Dr. Burke and Dr. McCausland will be made available for deposition on June 14, 2005 (Dr. Burke) and June 15, 2005 (Dr. McCausland) at the offices of Plaintiff's counsel in New Haven, Connecticut.

6.  The Festo Corporation has been apprised of the filing of this Motion and consents to it being granted.

7.  The Plaintiff has settled its claims against Trans-Expo International, Michael Kovac and Erica Ramires and therefore, the consent of those parties has not been requested.

WHEREFORE, Plaintiff and the Arpin Defendants respectfully request that this Motion be granted and that the Court amend the Scheduling Order and allow said depositions to occur no later than June 15, 2005.

| THE PLAINTIFF | THE ARPIN DEFENDANT |
|---|---|
| By: _____ | By: _____ |
| Michael A. Stratton (ct 08166) | Harold J. Friedman (ct 23785) |
| Michael R. Denison (ct 25371) | Karen Frink Wolf (ct 26498) |
| Stratton Faxon | Friedman Gaythwaite Wolf & |
| 59 Elm Street | Leavitt |
| New Haven, CT 06510 | Six City Center, P.O. Box 4726 |
| (203) 624-9500 | Portland, ME 04112-4726 |

## <u>CERTIFICATION</u>

This is to certify that a true copy of the foregoing was mailed, postage prepaid, on the above date to all pro se parties and counsel of record as follows:


**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443


_____
Michael R. Denison