UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) 3:02 CV 1302 (JCH) |
| | ) |
| PAUL ARPIN VAN LINES, INC., | ) |
| ET AL. | ) APRIL 29, 2005 |

## MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEF

Pursuant to Local Rule 7(b) the plaintiff respectfully requests permission to file a supplemental brief in opposition to the Arpin defendants' motion for summary judgment limited to the issue of the waiver asserted as a basis for summary judgment. Given the nature of the issues in the case and the catastrophic injuries sustained by the plaintiff the undersigned felt compelled to supply the court with the arguments set forth in the supplemental brief.

THE PLAINTIFF

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT. 06510
Telephone (203) 624-9500
E-Mail mstratton@strattonfaxon.com
Federal Juris No. CT 08166

1

CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this date to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
Fax No. (401) 596-6845

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319
Fax No. (860) 355-8487

**Susan J. O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum St.
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443
Fax No. (401) 751-0604/351-4607

**Harold J. Friedman, Esq.**
**Karen Wolf, Esq.**
**Friedman, Gaythwaite, Wolf & Leavitt**
6 City Center
P.O. Box 4726
Portland, ME 04101-4726
Fax No. (207)-761-0186

_____
Michael A. Stratton