UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS)<br>: |
| V. | : |
| PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>: JUNE 30, 2005 |

## MOTION FOR PERMISSION TO TAKE VIDEOTAPED TRIAL TESTIMONY BY WAY OF DEPOSITION

In preparation for the trial of this matter, it has become apparent that certain witnesses are outside the subpoena power of this court and require a pretrial videotaping of their testimony.

Originally this case was being handled out of the Hartford location of the U.S. District Court. At that time, key witnesses resided within the subpoena jurisdiction of the Court. Now with the transfer to Bridgeport, these witnesses are outside that reach.

In particular, the plaintiff would like to take brief and concise videotaped depositions of the following witnesses:

1. <u>William Mottla</u>:    Former Arpin customer service manager who inputted crucial data into the Arpin computers relating to this particular job.

2. <u>Joe Rocha</u>:  Former Arpin employee loaded the vehicle that caused Shawn's injuries.

3. <u>William Tweedy</u>:   The Former employee who dispatched the subject job.

All of these depositions can be conducted in a single day, and will not require more than 1 to 1.5 hours each. Discovery depositions have already been taken, but use of such depositions will subject the jury to an awkward piecemeal flow testimony, and in all likelihood will waste much more court time than the simple showing of a deposition. These can all be taken together before the pretrial and will not interrupt the court's scheduling orders.

In addition, the testimony of the following witnesses could also be taken by videotape rather than deposition reading. These are depositions of employees of companies now no longer parties to the actions.

1) <u>Petra Milks</u>:   Hired Arpin to do the job and is a Festo employee
2) <u>Erica Ramirez</u>: Trans Exp. Employee who acted as the sales agent on this job for Arpin and communicated with Petra Milks.

Again, these videotaped depositions could be completed in a very short period of time.

Wherefore, we ask permission of the Court to preserve this testimony by videotape within the next 30 days.

THE PLAINTIFF

BY_____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 08166
Tel: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

**Clerk's Office**
**United States District Court**
**District of Connecticut**
450 Main Street
Hartford, Connecticut 06103

_____
Michael A. Stratton

f/firmfiles/M-S/Pouliot/Motion for Permission to take Videotaped trial testimony by way of deposition