UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

2005 JUL 12 A 10: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAWN POULIOT,
        Plaintiff,
    v.

PAUL ARPIN VAN LINES, INC.
AND ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION, MICHAEL
D. KOVAC D/B/A TRANS-EXPO
INTERNATIONAL AND ERICA
RAMIREZ,
        Defendants.

C.A. No. 3:02 CV1302 (JCH)

July 11, 2005

## DEFENDANT FESTO CORPORATION'S OBJECTION TO PLAINTIFF'S MOTION TO TAKE VIDEOTAPED TRIAL TESTIMONY OF PETRA MILKS BY WAY OF DEPOSITION

Defendant Festo Corporation ("Festo") hereby objects to Plaintiff's Motion for Permission to Take Videotaped Trial Testimony by Way of Deposition (the "Motion"). Festo objects to the extent Plaintiff is seeking to take, via a second deposition, additional testimony from Petra Milks, an employee of Festo, who has already been deposed and whose deposition transcript is available for use at trial.

Plaintiff's Motion suggests that an additional, videotaped deposition is necessary because Ms. Milks – who is employed at Festo's facility in Hauppauge, Long Island, New York – is allegedly beyond the subpoena power of the United States District Court for the District of Connecticut. Even were Ms. Milks unavailable to testify at trial, however, she has already testified at length in a deposition that was taken and completed on March 29, 2004. This deposition testimony – like the deposition testimony of any other unavailable witness – can be read to the jury. Although Plaintiff could have videotaped that deposition, he chose not to.

There is no reason to subject Ms. Milks to a second, videotaped deposition, and the time and expense such would entail, particularly as Festo is presently the subject of a motion filed by Plaintiff to dismiss his claims against Festo.

        Respectfully submitted,

        THE FESTO CORPORATION,
        By Its Attorneys,

        _____
        JOHN A. TARANTINO, #15980
        JAMES R. OSWALD, #20936
        ADLER POLLOCK & SHEEHAN P.C.
        2300 Financial Plaza
        Providence, RI  02903-2443
        Tel: (401) 274-7200
        Fax: (401) 751-0604/351-4607
        Dated:  July 11, 2005

## CERTIFICATION

TO:  Michael A. Stratton, Esq.  
     Stratton Faxon  
     59 Elm Street  
     New Haven, CT 06510

Thomas J. Grady, Esq.  
Lenihan, Grady & Steele  
6 Canal Street  
P.O. Box 541  
Westerly, RI 02891

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Mannion, Martindale & Dratch  
46 Main Street  
New Milford, CT 06776

Susan O'Donnell, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Karen Frink Wolf, Esq.  
Friedman Gaythwaite Wolf & Leavitt  
Six City Center  
P.O. Box 4726  
Portland, ME 04112

    I hereby certify that I caused a true copy of the within, to be served via facsimile and regular mail, postage prepaid, to the above-named counsel of record on this 11th day of July, 2005.

338376_1.doc