UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| V. | : | NO. 3:02cv01302 (JCH) |
| PAUL ARPIN VAN LINES, ET AL. | : | July 27, 2005 |

## **APPEARANCE**

**TO:   Clerk of Court**

Please enter the appearance of the undersigned on behalf of the Defendants Paul Arpin Van Lines and Arpin Logistics, Inc., in the above entitled matter, in addition to the appearances already on file.

>DEFENDANTS,
>PAUL ARPIN VAN LINES &
>ARPIN LOGISTICS, INC.
>
>BY_____
>MICHAEL S. TAYLOR
>**Horton, Shields & Knox, P.C.**
>90 Gillett Street
>Hartford, CT 06105
>(860) 522-8338
>*fax* (860) 728-0401
>Fed. Bar ID#CT 14650
>mtaylor@hsklawfirm.com

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on July 27, 2005

Michael A. Stratton, Esq.
Joel T. Faxon, Esq.
Michael R. Denison, Esq.
Sandra L. Snaden, Esq.
**STRATTON FAXON**
59 Elm Street
New Haven, CT  06510
Tel.  (203) 624-9500

Roland F. Moots, Esq.
**MOOTS, PELLEGRINI, SPILLANE & MANNION**
46 Main Street, P.O. Box 1319
New Milford, CT  06776-1319
Tel.  (860) 355-4191

Harold J. Friedman, Esq.
Karen F. Wolf, Esq.
**FRIEDMAN, GAYTHWAITE, WOLF & LEAVITT**
6 City Center
P.O. Box 4726
Portland, ME  04101-4726
Tel.  (207) 761-0900

Matthew J. Corcoran, Esq.
Thomas J. Grady, Esq.
**LENIHAN, GRADY & STEELE**
The Denison House
6 Canal Street, P.O. Box 541
Westerly, RI  02891-0541
Tel.  (401) 596-0183

James R. Oswald, Esq.
John A. Tarantino, Esq.
Paul V. Curcio, Esq.
**ADLER, POLLOCK & SHEEHAN, P.C.**
One Citizens Plaza, 8th Floor
Providence, RI  02903-2443
Tel.  (401) 274-7200

Susan J. O'Donnell, Esq.
**HALLORAN & SAGE LLP**
One Goodwin Square,
225 Asylum Street
Hartford, CT  06103
Tel.  (860) 522-6103

_____
MICHAEL S. TAYLOR