UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | |
| Defendants | ) | |
| | ) | JULY 28, 2005 |

### PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS AGAINST THE DEFENDANTS, FESTO CORPORATION, MICHAEL KOVAC, D/B/A TRANS-EXPO INTERNATIONAL, AND ERICA RAMIREZ

Pursuant to Rule 41(a)(2), the plaintiff previously filed a dismissal of the above-named defendants on June 30, 2005, but wrongly named one of the parties. Therefore, the plaintiff hereby moves to dismiss all of its claims against Festo Corporation, Michael Kovac, d/b/a Trans-Expo International, and Erica Ramirez. These claims have been settled and releases have been signed. The dismissal of these claims would leave only the plaintiff's claims against Paul Arpin Van Lines, Inc. and Arpin Logistics to be tried. There are no pending counterclaims.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton, Esq.