

# Shawn Pouliot
## vs.
# Paul Arpin Van Lines, Inc., Arpin Logistics, Inc., Festo Corporation, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez

## United States District Court
## District of Connecticut
## Case No. 3:02 CV 1302

## Deposition of Shawn L. Pouliot
## Tuesday - June 29, 2004



**Bish & Associates, Inc.**
**Stenotype Reporters**
**159 South Main Street**
**Suite 812**
**Akron, Ohio 44308**
**(330) 762-0031**
**Fax (330) 762-0300**
**(800) 332-0607**

**1428 Market Avenue, North**
**Canton, Ohio 44714**
**(330) 580-9181**
**Fax (330) 580-9183**

**Email: bishassociates@neo.rr.com**
**www.bish-associates.com**

**209**

1  all since the accident?
2    A.  No.
3    Q.  Do you have any plans on going back?
4    A.  No.  I mean, I'd like to maybe take a
5  class on something that I'm interested in if I
6  can find something that I'd like to do, but I
7  have no desire to go back and try to get a
8  degree or anything like that.
9    Q.  All right.  Fair to say that you haven't
10  worked since your accident?
11    A.  Well, just recently my brother and I
12  have decided we need to do something so we kind
13  of started this small striping business.  It's
14  a little parking lot striping.  He does the
15  work, makes sure everything gets handled.
16        It's seasonal work, you know, four
17  months out of the year.  There's not a lot of
18  money in it, but it's something to do and try
19  to make some money.  I haven't made any money
20  off of it and he hasn't made anything yet, but
21  we're kind of just getting it started.
22        I just basically -- my involvement
23  is the phone and the calling people trying to
24  get people to get work.
25    Q.  You're kind of the marketing end of

**210**

1  things to drum up business?
2    A.  I'd say yes, the sales part, and that's
3  if I'm feeling well.  The most that I can even
4  be up anyway in a day's time, you know, working
5  in that fashion would be three to four hours
6  anyway doing that.  But yeah, I'd say sales and
7  marketing involvement aspect.
8    Q.  When did you the guys start this
9  business?
10    A.  Couple months ago; two months ago.
11    Q.  About two months?
12    A.  Yeah.
13    Q.  Does it have a name?
14    A.  Not technically yet.  We're still in the
15  process of trying to figure that out.  Right
16  now at this point we're just going off of
17  Pouliot Company, but we are going to have to
18  finalize the name soon.  We've thought about
19  actually just using my kids' initials, JKD.
20  That hasn't been 100 percent confirmed.
21    Q.  Does Mark have any kids?
22    A.  No.
23    Q.  That would make for a long name.
24    A.  Yeah.
25    Q.  Do you need equipment for a parking lot

**211**

1  striping business?  Do you need some sort of
2  striping equipment?
3    A.  Yes.
4    Q.  Have you guys made some sort of
5  investment?
6    A.  Yes.
7    Q.  What is that, a striping machine?
8    A.  Yes, striping machine.
9    Q.  What's the outlay for a striping
10  machine?
11    A.  What's "outlay" mean?
12    Q.  How much did you pay?
13    A.  Close to five thousand.
14    Q.  Have you done any striping jobs yet?
15    A.  Yes.
16    Q.  Handful or how many?
17    A.  Half a dozen.
18    Q.  Okay.  Did you make any investment in
19  the start-up of that company?
20    A.  Yes.
21    Q.  Did you guys go halvsies?
22    A.  Yeah, we're going halvsies right now
23  since we're kind of partners on this.
24    Q.  Okay.  Any other work other than the
25  striping business?

**212**

1    A.  No.
2        MR. OSWALD:  Shawn, I think that's
3  all I got for you.
4        THE WITNESS:  Thank you.
5        MR. OSWALD:  Thank you.
6        MS. O'DONNELL:  Am I next?
7              - - -
8  BY MS. O'DONNELL:
9    Q.  Good afternoon, Shawn.  My name is Susan
10  O'Donnell.  I represent Trans-Expo in this
11  lawsuit.
12        Jim Oswald has been questioning you
13  for a long time today and what I'm going to try
14  to do is just go through what I've taken down
15  from your testimony and try to fill in some of
16  the blanks.
17        In fact, I'd like to see if we can
18  get this done before we leave and take the
19  other doctor's deposition, okay?
20        Going back to your involvement with
21  Arpin, I understand that you were in a truck
22  stop in Milford, Connecticut, you talked with a
23  man who knew Mike Montgomery, and that led you
24  to pursue an affiliation with Arpin; is that
25  fair?