# FRIEDMAN GAYTHWAITE WOLF & LEAVITT

*Attorneys at Law*

Harold J. Friedman  
Partner

Email:  
HFRIEDMAN@FGWL-LAW.COM

January 19, 2005

**By Facsimile and Regular Mail**  
Michael A. Stratton, Esquire  
Stratton Faxon  
59 Elm Street  
New Haven, CT 06510

      Re: **Shawn Pouliot v. Arpin Van Lines, Inc., et al.**

Dear Mike:

      In Arpin's First Request for Production of Documents Propounded to Plaintiff, it requested the following:

1. All hospital records relating to treatment received as a result of the alleged incident, and to injuries, diseases or defects alleged to have been caused by said incident described in the Complaint.

2. All reports of all doctors and all other medical care providers relating to treatment allegedly received by the Plaintiff as a result of injuries received in the alleged incident as described in the Complaint.

3. Copies of, or sufficient written authorization to inspect and make copies of, the wage and employment records of all employers of the Plaintiff for three (3) years prior to the date of the incident and for all years subsequent to the date of the incident to and including the date hereof.

and

6. Copies of all medical bills that are claimed to have been incurred as a result of this incident as described in the Complaint and copies of all reports received from each and every medical provider from whom you have sought and received treatment for injuries caused by said incident and which have not been produced in response to request #1 and #2, above.

      Pursuant to Plaintiff's obligation under Fed. R. Civ. P. 26(e) to supplement his responses to these Requests for Production, we ask that you provide us with the original x-rays from Mr. Pouliot's hospitalization at the Waterbury Hospital by February 4, 2005. If you prefer to give us

SIX CITY CENTER, P.O. BOX 4726, PORTLAND, MAINE 04112  
207.761.0900   207.761.0186 (FAX)   WWW.FGWL-LAW.COM


EXHIBIT B

a signed release authorization, we will make arrangements directly with the Hospital for the proper handling of the original x-ray. In addition, by February 4th, please provide us with Mr. Pouliot's updated medical records and his updated medical bills and expenses, including the current amount of any lien for those bills and expenses. Finally, by the same date, please produce all wage, employment, earnings, and business records pertaining to the parking lot striping business that Mr. Pouliot started with his brother in mid-2004.

Thank you for your assistance and cooperation in this regard.

Sincerely,

Harold J. Friedman

HJF:hb

cc:     Thomas J. Grady, Esquire