ebbie ? Moots Pelle...
by the Award Winning Cheyenne Bitware

William T. Tweedy
18 Camille Drive
Johnston, R.I. 02919

My Name is William Tweedy aka: Bullet. October 22, 2001 I was employed by Paul Arpin Van Lines also dba: Arpin Logistics as the dispatcher for owner-operators.

On the morning of October 22, 2001 I was told to dispatch Shawn Pouliot to do 3 deliveries in and around the Long Island, New York area. Since Shawn's own Truck was in the shop at Coastal International for repairs, Mike Montgomery (Director-Arpin Logistics) told the warehouse crew to load an old Peterbuilt straight truck for Shawn to use. The truck Shawn was to use was in my opinion dilapidated and should not have been used for this type of delivery ex. The lift gate being too small.

On October 22, 2001 Shawn did 3 deliveries in New York and then spent the night in Arpins Secaucus, New Jersey terminal.  On October 23, 2001 Shawn went and did a pick up in Long Island, New York and proceed to head for Naugatuck Community College in Waterbury, Connecticut for delivery.  Shawn was told by myself that the college was waiting for him, I never arranged for labor to help Shawn at destination(college) or was not aware of any equipment being on the truck to assist him due to the truck being preloaded by the warehouse crew.

I William Tweedy am signing this letter and having it notarized that this is my sworn statement.

PLAINTIFF'S
EXHIBIT
7
3:02cv1302(JCH)