EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>Plaintiff,<br><br>V.<br><br>PAUL ARPIN VAN LINES, INC.<br>AND ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION, MICHAEL<br>D. KOVAC D/B/A TRANS-EXPO<br>INTERNATIONAL AND ERICA RAMIREZ,<br>Defendants, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 28, 2004 |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

The plaintiff, **Shawn Pouliot,** pursuant to Fed. R. Civ. P. 26(a)(2)(B), discloses the following expert witnesses:

1. Anthony Gamboa, Jr., Ph.D., M.B.A.

I. **Name and Address**

Anthony Gamboa, Jr., Ph.D., M.B.A.
11933 Brinley Avenue
Louisville, KY 40243-1092

II. **Subject Matter of the Expert Testimony and the Substance of the Expert's Facts and Opinions**

Dr. Anthony Gamboa will be testifying about the plaintiff's vocational impairments and abilities, and the difference between his before and after accident work capacity. He is an expert in vocational economics. He will also opine as to the present value of the plaintiff's economic losses, and his life care needs and plan. (See attached CV, prior testimony history, dates of availability for depositions in August and fees for deposition and trial).

2.   Robert L. Thompson, M.D.

I.   **Name and Address:**

Robert L. Thompson, M.D.
11933 Brinley Avenue
Louisville, KY 40243-1092

II.  **Subject Matter of the Expert Testimony and the Substance of the Expert's Facts and Opinions**

Dr. Robert Thompson will be testifying about the nature and extent of the plaintiff's injuries, his treatment needs, his future prognosis, and will provide the basis for a life care plan for the plaintiff. He is a physical rehabilitation doctor. (See attached CV, dates of availability for depositions in August and fees for deposition and trial.

THE PLAINTIFF,

By: _____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Juris #: 421593
Telephone: (203) 624-9500
Fax: (203) 624-9100
MStatton@StrattonFaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile transmission and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Mannion, Martindale & Dratch
46 Main Street
New Milford, CT 06776

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Susan O'Donnell, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

James R. Oswald, Esq.
Adler, Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton, Esq.