

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS) |
| PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>    Defendants and Third Party Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) JANUARY 7, 2004 |
| THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, d/b/a TRANS-EXPO<br>INTERNATIONAL, ERICA RAMIREZ,<br>IN HER CAPACITY AS EMPLOYEE OF<br>TRANS-EXPO INTERNATIONAL,<br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

The plaintiff discloses the following expert witness who will testify in the above matter.

Identity of Expert

    Gary M. Crakes, Ph.D.
    Maher, Crakes and Associates
    860 Ward Lane
    Cheshire, CT 06410

Subject Matter of Testimony

    Dr. Crakes is an economist. He will testify as to the loss of earnings and lost earning capacity of Shawn Pouliot.

Substance of Facts and Opinions

Dr. Crakes will prepare an appraisal of economic loss of Shawn Pouliot, based on his life expectancy and other factors and data commonly relied upon by economists.

Basis of Opinions

Mr. Crake's opinions are based upon review of the following documents:

- Vital Statistics of the United States, 1998, U.S. Department of Health and Human Services, Center for Disease Control and Prevention, National Center for Health Statistics, Vol. 48, Number 18, Tables 1-9, 2001;

- Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and Monthly Labor Review;

- Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and various issues of the Monthly Labor Review;

- Federal Income Tax Schedules for Individuals: Tax tables, standard deductions and personal exemptions, 2000 and 2001;

- Taxable returns: Adjusted gross income (AGI), income tax and tax ratio, 1947-1998;

- Average benefit payments: Employee benefits as percent of payroll, 1999 Employee Benefits Study (U.S. Chamber of Commerce);

- Background information about Shawn Pouliot;

- Second Revised Complaint;

- Deposition Transcript of Shawn Pouliot;

- Tax Returns for 1996, 1998 – 2000 and W2s for 1997;

-2-

- Shawn Pouliot's Occupational Accident Insurance Policy; and

- His training and knowledge.

-3-

THE PLAINTIFF

By _____
Michael A. Stratton (ct08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel: 203-624-9500
Fax: 203-624-9100
E-mail: mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this 9th day of January, 2004, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion,**
**Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

Susan O'Donnell, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

James R. Oswald, Esq.
Adler, Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton

-4-

APPRAISAL OF ECONOMIC LOSS

Shawn Pouliot

Prepared for: Michael A. Stratton, Esq.
              KOSKOFF KOSKOFF & BIEDER PC
              Law Offices
              350 Fairfield Avenue
              Bridgeport, CT    06604

Prepared by:  Gary M. Crakes, PhD

March 27, 2003

3

## Discussion of appraisal: Shawn Pouliot

Shawn Pouliot was born May 21, 1970 (1970.39) and was injured November 23, 2001 (2001.90) at age 31.51 years with life expectancy of 44.74 years and work-life to age 65 of 33.49 years. See Exhibit II.

In this appraisal of the economic loss of earning capacity, we have calculated the lifetime unimpaired earnings of Shawn Pouliot for two earnings alternatives: lifetime unimpaired earnings based on 1999 annual earnings of $48,431 and lifetime unimpaired earnings based on 2000 annual earnings of $80,287. Unimpaired earnings for the 1.35 years in the past based on 1999 annual earnings of $48,431 are $73,047 with adjustment for each year in the past by the annual percentage change in general levels of earnings. Calculation of future discounted unimpaired earnings assumes that the future average annual rate of growth of earnings will be equal to the discount rate. With this assumption and current estimated annual earnings of $54,267, future discounted unimpaired earnings are $1,744,152. Total discounted lifetime unimpaired earnings based on 1999 annual earnings of $48,431 are $1,817,199. This value appears as the first entry to the summary, Exhibit I.

Alternatively, we have estimated the lifetime unimpaired earnings of Shawn Pouliot based on 2000 annual earnings of $80,287. With adjustment for each year in the past by the annual percentage change in general levels of earnings, unimpaired earnings for the 1.35 years in the past are $117,155. With the assumption that the future average annual rate of growth of earnings will be equal to the discount rate, future discounted unimpaired earnings are $2,796,325. Total discounted lifetime unimpaired earnings based on 2000 annual earnings of $80,287 are $2,913,480. See Exhibit I.

Next, we have deducted the future discounted lifetime impaired earnings of Shawn Pouliot based on the vocational analysis of Comprehensive Rehabilitation Consultants, Inc.. With current estimated annual impaired earnings as a dispatcher of $32,705 and the assumption that the future average annual rate of growth of earnings will be equal to the discount rate, future discounted impaired earnings are $1,095,162. Subtracting this value from discounted lifetime unimpaired earnings results in discounted economic loss of $722,037 with unimpaired earnings based on 1999 annual

4

earnings of $48,431 and $1,818,318 with unimpaired earnings based on 2000 annual earnings of $80,287. See Exhibit I.

Further shown in the summary, Exhibit I, are deductions for federal income taxes of 16.19% of the earnings difference with unimpaired earnings based on 1999 annual earnings of $48,431 and 21.38% of the earnings difference with unimpaired earnings based on 2000 annual earnings of $80,287. These percentages were obtained using the tax rates from the federal personal income tax schedule displayed in Exhibit V. (Exhibit VI presents historical tax rates from 1947 to 1998 and demonstrates the relatively small percentage point changes in rates over time.) With these deductions and deductions for state income taxes, after-tax discounted economic loss is $569,007 with unimpaired earnings based on 1999 annual earnings of $48,431 and $1,338,573 with unimpaired earnings based on 2000 annual earnings of $80,287.

Finally, we have included the value of Shawn Pouliot's continuing costs of care for his 43.39 years of remaining future life expectancy based on the life care plan prepared by Comprehensive Rehabilitation Consultants, Inc.. Exhibit VII displays the annual averages of the all medical care component of the Consumer Price Index from 1950 to 2000. The average annual rate of growth from 1950 to 2000 is 5.82% with a coefficient of determination of 99.93%. (The coefficient measures the accuracy with which the trend describes the data on a scale from zero to 100%.) Calculation of the future discounted cost of care for Shawn Pouliot assumes that the future average annual rate of growth of cost will be equal to the discount rate. With this assumption, the future discounted cost of care is $3,905,990. With the addition of this value, discounted economic loss becomes $4,474,997 with unimpaired earnings based on 1999 annual earnings of $48,431 and $5,244,563 with unimpaired earnings based on 2000 annual earnings of $80,287.

It is our opinion that the discounted economic loss in this case, after adjustment of the capital fund for the quarterly payout of interest, is approximately $4,296,000 with unimpaired earnings based on 1999 annual earnings of $48,431 and $5,035,000 with unimpaired earnings based on 2000 annual earnings of $80,287.

5

Exhibit I

Summary of appraisal: Shawn Pouliot

| | | Discounted values | |
|---|---|---|---|
| | | With unimpaired earnings based on 1999 annual earnings | With unimpaired earnings based on 2000 annual earnings |
| I | Unimpaired earnings | | |
| | A. Based on 1999 annual earnings | $1,817,199 | |
| | B. Based on 2000 annual earnings | | $2,913,480 |
| II | Less impaired earnings | −1,095,162 | −1,095,162 |
| | Subtotals | $ 722,037 | $1,818,318 |
| III | Less federal and state income taxes | | |
| | A. At 21.19% of the earnings difference with unimpaired earnings based on 1999 annual earnings | − 153,030 | |
| | B. At 26.38% of the earnings difference with unimpaired earnings based on 2000 annual earnings | | − 479,745 |
| | Subtotals | $ 569,007 | $1,338,573 |
| V | Plus value of continuing cost of care for 43.39 years of remaining future life expectancy | 3,905,990 | 3,905,990 |
| | Subtotals | $4,474,997 | $5,244,563 |
| VI | Adjustment of capital fund for payout of interest, quarterly | − 179,000 | − 210,000 |
| | Total net discounted economic loss | $4,295,997 | $5,034,563 |

6

Exhibit II

## WORK-LIFE AND LIFE EXPECTANCY

### Shawn Pouliot

|  | Year and fractional equivalent | Number of years |
|---|---|---|
| A. Date of birth: May 21, 1970 | 1970.39 |  |
| B. As of date of injury: November 23, 2001 | 2001.90 |  |
| 1. Age |  | 31.51 |
| 2. Work-life to age 65 |  | 33.49 |
| 3. Life expectancy |  | 44.74 |

Source:

3. <u>Vital Statistics of the United States, 1998</u>, U. S. Department of Health and Human Services, Center for Disease Control and Prevention, National Center for Health Statistics, Vol. 48, Number 18, Tables 1-9, 2001.

Exhibit III

TABLE 98. Average Hourly Earnings of Production or Nonsupervisory Workers[1] on Private Nonagricultural Payrolls, by Industry Division, 1932-74

[In dollars]

| Year and month | Total private | Mining | Contract construction | Manufacturing | | | Manufacturing excluding overtime | Transportation and public utilities | Wholesale and retail trade | | | Finance, insurance, and real estate [3] | Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total [2] | Durable goods | Nondurable goods | | | Total | Wholesale | Retail | | |
| 1932 | | | | 0.441 | 0.492 | 0.412 | | | | | | | |
| 1933 | | | | .457 | .467 | .419 | | | | | | | |
| 1934 | | | | .526 | .550 | .505 | | | | | | | |
| 1935 | | | | .544 | .571 | .520 | | | | | | | |
| 1936 | | | | .550 | .580 | .519 | | | | 0.610 | | | |
| 1937 | | | | .617 | .657 | .586 | | | | .628 | | | |
| 1938 | | | | .620 | .679 | .572 | | | | .658 | | | |
| 1939 | | | | .627 | .691 | .571 | | | | .674 | | | |
| 1940 | | | | .655 | .718 | .590 | | | | .688 | 0.484 | | |
| 1941 | | | | .728 | .799 | .627 | 0.691 | | | .711 | .494 | | |
| 1942 | | | | .851 | .937 | .709 | .793 | | | .763 | .518 | | |
| 1943 | | | | .957 | 1.046 | .787 | .851 | | | .828 | .569 | | |
| 1944 | | | | 1.011 | 1.105 | .844 | .938 | | | .898 | .606 | | |
| 1945 | | | | 1.016 | 1.099 | .856 | .949 | | | .948 | .653 | | |
| 1946 | | | | 1.075 | 1.144 | .995 | 1.035 | | | .990 | .899 | | |
| 1947 | 1.131 | 1.469 | 1.541 | 1.217 | 1.278 | 1.148 | 1.18 | | 0.940 | 1.220 | .838 | 1.140 | |
| 1948 | 1.225 | 1.664 | 1.713 | 1.328 | 1.395 | 1.250 | 1.29 | | 1.010 | 1.308 | .901 | 1.200 | |
| 1949 | 1.275 | 1.717 | 1.792 | 1.378 | 1.453 | 1.295 | 1.34 | | 1.000 | 1.360 | .951 | 1.260 | |
| 1950 | 1.335 | 1.772 | 1.863 | 1.440 | 1.519 | 1.347 | 1.39 | | 1.100 | 1.427 | .983 | 1.340 | |
| 1951 | 1.45 | 1.93 | 2.02 | 1.56 | 1.65 | 1.44 | 1.51 | | 1.18 | 1.52 | 1.06 | 1.45 | |
| 1952 | 1.52 | 2.01 | 2.13 | 1.65 | 1.76 | 1.51 | 1.59 | | 1.23 | 1.61 | 1.09 | 1.51 | |
| 1953 | 1.61 | 2.14 | 2.28 | 1.74 | 1.88 | 1.58 | 1.68 | | 1.30 | 1.70 | 1.16 | 1.58 | |
| 1954 | 1.65 | 2.14 | 2.39 | 1.78 | 1.90 | 1.62 | 1.73 | | 1.35 | 1.76 | 1.20 | 1.65 | |
| 1955 | 1.71 | 2.20 | 2.45 | 1.86 | 1.99 | 1.67 | 1.78 | | 1.40 | 1.83 | 1.25 | 1.70 | |
| 1956 | 1.80 | 2.33 | 2.57 | 1.95 | 2.08 | 1.77 | 1.89 | | 1.47 | 1.94 | 1.30 | 1.78 | |
| 1957 | 1.89 | 2.46 | 2.71 | 2.05 | 2.19 | 1.85 | 1.98 | | 1.54 | 2.02 | 1.37 | 1.84 | |
| 1958 | 1.95 | 2.47 | 2.82 | 2.11 | 2.26 | 1.91 | 2.05 | | 1.60 | 2.09 | 1.42 | 1.89 | |
| 1959 | 2.02 | 2.56 | 2.93 | 2.19 | 2.36 | 1.98 | 2.12 | | 1.66 | 2.18 | 1.47 | 1.95 | |
| 1960 | 2.09 | 2.61 | 3.08 | 2.26 | 2.43 | 2.05 | 2.20 | | 1.71 | 2.24 | 1.52 | 2.02 | |
| 1961 | 2.14 | 2.64 | 3.20 | 2.32 | 2.49 | 2.11 | 2.25 | | 1.76 | 2.31 | 1.56 | 2.09 | |
| 1962 | 2.22 | 2.70 | 3.31 | 2.39 | 2.58 | 2.17 | 2.31 | | 1.83 | 2.37 | 1.63 | 2.17 | |
| 1963 | 2.28 | 2.75 | 3.41 | 2.46 | 2.63 | 2.22 | 2.37 | | 1.89 | 2.45 | 1.68 | 2.26 | |
| 1964 | 2.36 | 2.81 | 3.55 | 2.53 | 2.71 | 2.29 | 2.44 | 2.88 | 1.90 | 2.52 | 1.75 | 2.30 | 1.94 |
| 1965 | 2.45 | 2.92 | 3.70 | 2.61 | 2.79 | 2.36 | 2.51 | 3.03 | 2.03 | 2.61 | 1.82 | 2.39 | 2.05 |
| 1966 | 2.56 | 3.05 | 3.89 | 2.72 | 2.90 | 2.45 | 2.60 | 3.11 | 2.13 | 2.73 | 1.91 | 2.47 | 2.17 |
| 1967 | 2.68 | 3.19 | 4.11 | 2.83 | 3.00 | 2.57 | 2.71 | 3.24 | 2.24 | 2.88 | 2.01 | 2.58 | 2.29 |
| 1968 | 2.85 | 3.35 | 4.41 | 3.01 | 3.19 | 2.74 | 2.88 | 3.42 | 2.40 | 3.05 | 2.16 | 2.75 | 2.42 |
| 1969 | 3.04 | 3.61 | 4.79 | 3.19 | 3.38 | 2.91 | 3.06 | 3.64 | 2.55 | 3.23 | 2.30 | 2.93 | 2.61 |
| 1970 | 3.22 | 3.85 | 5.24 | 3.36 | 3.55 | 3.08 | 3.24 | 3.85 | 2.71 | 3.44 | 2.44 | 3.06 | 2.81 |
| 1971 | 3.44 | 4.06 | 5.69 | 3.57 | 3.79 | 3.26 | 3.44 | 4.21 | 2.86 | 3.67 | 2.57 | 3.27 | 3.02 |
| 1972 | 3.67 | 4.41 | 6.06 | 3.81 | 4.06 | 3.47 | 3.68 | 4.64 | 3.01 | 3.86 | 2.70 | 3.42 | 3.23 |
| 1973 | 3.92 | 4.72 | 6.38 | 4.07 | 4.33 | 3.68 | 3.89 | 5.02 | 3.20 | 4.12 | 2.87 | 3.57 | 3.48 |
| 1974 | 4.22 | 5.20 | 6.76 | 4.40 | 4.68 | 3.98 | 4.23 | 5.40 | 3.47 | 4.49 | 3.10 | 3.81 | 3.74 |

[1] Data relate to production workers in mining and manufacturing; to construction workers in contract construction; and to nonsupervisory workers in transportation and public utilities; wholesale and retail trade; finance, insurance, and real estate; and services.
[2] Prior data are as follows:

| | | | | | |
|---|---|---|---|---|---|
| 1909.. | 0.191 | 1922.. | 0.482 | 1927.. | 0.544 |
| 1914.. | .221 | 1923.. | .516 | 1928.. | .556 |
| 1919.. | .472 | 1924.. | .541 | 1929.. | .500 |
| 1920.. | .549 | 1925.. | .541 | 1930.. | .546 |
| 1921.. | .509 | 1926.. | .542 | 1931.. | .509 |

[3] Excludes data on nonoffice salespersons.
[4] Beginning 1947, includes data on eating and drinking places.
[5] 11-month average.
[6] Prior to January 1956, data were based on the application of adjustment factors to gross average hourly earnings. (For a detailed description see the *Monthly Labor Review*, May 1950, pp. 537-540; reprint available, serial No. R 2020.)

NOTE: Data include Alaska and Hawaii beginning 1959.

| Private sector | | | | Service industry | | | |
|---|---|---|---|---|---|---|---|
| 1975 | $ 4.53 | 1990 | $10.01 | 1975 | $ 4.02 | 1990 | $ 9.83 |
| 1976 | 4.86 | 1991 | 10.32 | 1976 | 4.31 | 1991 | 10.23 |
| 1977 | 5.25 | 1992 | 10.58 | 1977 | 4.65 | 1992 | 10.55 |
| 1978 | 5.69 | 1993 | 10.83 | 1978 | 4.99 | 1993 | 10.78 |
| 1979 | 6.16 | 1994 | 11.12 | 1979 | 5.36 | 1994 | 11.04 |
| 1980 | 6.66 | 1995 | 11.43 | 1980 | 5.85 | 1995 | 11.39 |
| 1981 | 7.25 | 1996 | 11.81 | 1981 | 6.41 | 1996 | 11.79 |
| 1982 | 7.68 | 1997 | 12.26 | 1982 | 6.92 | 1997 | 12.28 |
| 1983 | 8.02 | 1998 | 12.78 | 1983 | 7.30 | 1998 | 12.84 |
| 1984 | 8.33 | 1999 | 13.24 | 1984 | 7.64 | 1999 | 13.37 |
| 1985 | 8.58 | 2000 | 13.75 | 1985 | 7.95 | 2000 | 13.91 |
| 1986 | 8.76 | 2001 | 14.33 | 1986 | 8.16 | 2001 | 14.61 |
| 1987 | 8.98 | | | 1987 | 8.49 | | |
| 1988 | 9.29 | | | 1988 | 8.88 | | |
| 1989 | 9.66 | | | 1989 | 9.39 | | |

Source: *Handbook of Labor Statistics, 1976*, *Handbook of Labor Statistics, 1989*, and *Monthly Labor Review*.

8

Exhibit IV

**TABLE 122. The Consumer Price Index, 1800–1974,[1] Selected Groups, and Purchasing Power of the Consumer Dollar, 1913–74**
[1967=100]

| Year | All items | Year | All items | Year | All items | Food | Rent | Apparel and upkeep | Purchasing power of consumer dollar 1967=$1.00 |
|---|---|---|---|---|---|---|---|---|---|
| 1800 | 51 | 1856 | 27 | 1913 | 29.7 | 29.2 | 49.6 | 29.2 | $3.367 |
| 1801 | 50 | 1857 | 28 | 1914 | 30.1 | 29.8 | 49.6 | 29.4 | 3.322 |
| 1802 | 43 | 1858 | 26 | 1915 | 30.4 | 29.4 | 49.9 | 30.1 | 3.289 |
| 1803 | 45 | 1859 | 27 | 1916 | 32.7 | 33.1 | 50.5 | 33.0 | 3.058 |
| 1804 | 45 | 1860 | 27 | 1917 | 38.4 | 42.6 | 50.1 | 39.6 | 2.604 |
| 1805 | 45 | 1861 | 27 | 1918 | 45.1 | 49.0 | 51.0 | 53.8 | 2.217 |
| 1806 | 47 | 1862 | 30 | 1919 | 51.8 | 54.6 | 55.2 | 71.1 | 1.931 |
| 1807 | 44 | 1863 | 37 | 1920 | 60.0 | 61.5 | 64.9 | 84.6 | 1.667 |
| 1808 | 48 | 1864 | 47 | 1921 | 53.6 | 46.7 | 74.5 | 66.2 | 1.866 |
| 1809 | 47 | 1865 | 46 | 1922 | 50.2 | 43.7 | 76.7 | 53.0 | 1.992 |
| 1810 | 47 | 1866 | 44 | 1923 | 51.1 | 45.1 | 78.6 | 53.1 | 1.957 |
| 1811 | 50 | 1867 | 42 | 1924 | 51.2 | 44.7 | 81.6 | 52.8 | 1.953 |
| 1812 | 51 | 1868 | 40 | 1925 | 52.5 | 48.4 | 81.4 | 51.6 | 1.905 |
| 1813 | 58 | 1869 | 40 | 1926 | 53.0 | 50.0 | 81.0 | 50.8 | 1.887 |
| 1814 | 63 | 1870 | 38 | 1927 | 52.0 | 48.2 | 79.7 | 49.7 | 1.923 |
| 1815 | 55 | 1871 | 36 | 1928 | 51.3 | 47.7 | 77.8 | 48.0 | 1.949 |
| 1816 | 51 | 1872 | 36 | 1929 | 51.3 | 48.3 | 76.0 | 48.5 | 1.949 |
| 1817 | 48 | 1873 | 36 | 1930 | 50.0 | 44.9 | 73.9 | 47.6 | 2.000 |
| 1818 | 46 | 1874 | 34 | 1931 | 45.6 | 37.8 | 70.0 | 43.2 | 2.193 |
| 1819 | 46 | 1875 | 33 | 1932 | 40.9 | 31.5 | 63.8 | 38.2 | 2.448 |
| 1820 | 42 | 1876 | 32 | 1933 | 38.8 | 30.6 | 54.1 | 36.9 | 2.577 |
| 1821 | 40 | 1877 | 32 | 1934 | 40.1 | 34.1 | 50.7 | 40.4 | 2.494 |
| 1822 | 40 | 1878 | 29 | 1935 | 41.1 | 36.5 | 50.8 | 40.8 | 2.433 |
| 1823 | 36 | 1879 | 28 | 1936 | 41.5 | 38.0 | 51.0 | 41.1 | 2.410 |
| 1824 | 33 | 1880 | 29 | 1937 | 43.0 | 38.4 | 54.2 | 43.2 | 2.325 |
| 1825 | 34 | 1881 | 29 | 1938 | 42.2 | 35.6 | 56.0 | 43.0 | 2.370 |
| 1826 | 34 | 1882 | 29 | 1939 | 41.6 | 34.6 | 56.0 | 42.4 | 2.404 |
| 1827 | 34 | 1883 | 28 | 1940 | 42.0 | 35.2 | 56.2 | 42.8 | 2.381 |
| 1828 | 33 | 1884 | 27 | 1941 | 44.1 | 38.4 | 57.2 | 44.8 | 2.268 |
| 1829 | 32 | 1885 | 27 | 1942 | 48.8 | 45.1 | 58.5 | 52.3 | 2.049 |
| 1830 | 32 | 1886 | 27 | 1943 | 51.8 | 50.3 | 58.8 | 54.6 | 1.931 |
| 1831 | 30 | 1887 | 27 | 1944 | 52.7 | 49.6 | 58.5 | 58.5 | 1.898 |
| 1832 | 29 | 1888 | 27 | 1945 | 53.9 | 50.7 | 58.8 | 61.5 | 1.855 |
| 1833 | 30 | 1889 | 27 | 1946 | 58.5 | 58.1 | 59.2 | 67.5 | 1.709 |
| 1834 | 31 | 1890 | 27 | 1947 | 66.9 | 70.6 | 61.1 | 78.2 | 1.495 |
| 1835 | 33 | 1891 | 27 | 1948 | 72.1 | 76.6 | 65.1 | 83.2 | 1.387 |
| 1836 | 34 | 1892 | 27 | 1949 | 71.4 | 73.5 | 68.0 | 80.1 | 1.401 |
| 1837 | 32 | 1893 | 27 | 1950 | 72.1 | 74.5 | 70.4 | 79.0 | 1.387 |
| 1838 | 22 | 1894 | 26 | 1951 | 77.8 | 82.8 | 73.2 | 86.1 | 1.285 |
| 1839 | 30 | 1895 | 25 | 1952 | 79.5 | 84.3 | 76.2 | 85.2 | 1.258 |
| 1840 | 31 | 1896 | 25 | 1953 | 80.1 | 83.0 | 80.2 | 84.0 | 1.248 |
| 1841 | 29 | 1897 | 25 | 1954 | 80.5 | 82.8 | 83.2 | 84.5 | 1.242 |
| 1842 | 28 | 1898 | 25 | 1955 | 80.2 | 81.6 | 84.8 | 84.1 | 1.247 |
| 1843 | 28 | 1899 | 25 | 1956 | 81.4 | 82.2 | 85.9 | 85.8 | 1.229 |
| 1844 | 27 | 1900 | 25 | 1957 | 84.3 | 84.9 | 87.5 | 87.3 | 1.186 |
| 1845 | 28 | 1901 | 26 | 1958 | 86.6 | 88.5 | 89.1 | 87.5 | 1.155 |
| 1846 | 25 | 1902 | 27 | 1959 | 87.3 | 87.1 | 90.4 | 88.2 | 1.145 |
| 1847 | 28 | 1903 | 27 | 1960 | 88.7 | 88.0 | 91.7 | 89.6 | 1.127 |
| 1848 | 26 | 1904 | 27 | 1961 | 89.6 | 89.1 | 92.9 | 90.4 | 1.116 |
| 1849 | 25 | 1905 | 27 | 1962 | 90.6 | 89.9 | 94.0 | 90.9 | 1.104 |
| 1850 | 25 | 1906 | 28 | 1963 | 91.7 | 91.2 | 95.0 | 91.9 | 1.091 |
| 1851 | 25 | 1907 | 28 | 1964 | 92.9 | 92.4 | 95.9 | 92.7 | 1.076 |
| 1852 | 25 | 1908 | 27 | 1965 | 94.5 | 94.4 | 96.9 | 93.7 | 1.058 |
| 1853 | 27 | 1909 | 28 | 1966 | 97.2 | 99.1 | 98.2 | 96.1 | 1.029 |
| 1854 | 28 | 1910 | 28 | 1967 | 100.0 | 100.0 | 100.0 | 100.0 | 1.000 |
| 1855 | | 1911 | 29 | 1968 | 104.2 | 103.6 | 102.4 | 105.4 | .960 |
|  | | 1912 | | 1969 | 109.8 | 108.9 | 105.7 | 111.5 | .911 |
|  | | | | 1970 | 116.3 | 114.9 | 110.1 | 116.1 | .860 |
|  | | | | 1971 | 121.3 | 118.4 | 115.2 | 119.8 | .824 |
|  | | | | 1972 | 125.3 | 123.5 | 119.2 | 122.3 | .799 |
|  | | | | 1973 | 133.1 | 141.4 | 124.3 | 126.8 | .752 |
|  | | | | 1974 | 147.7 | 161.7 | 130.2 | 130.2 | .678 |

[1] Indexes from 1800 to 1912 estimated by splicing the following series: 1800 to 1851—Index of Prices Paid by Vermont Farmers for Family Living; 1851 to 1890—Consumer Price Index by Ethel D. Hoover; 1890 to 1912—Cost of Living Index by Albert Rees.

Source: Handbook of Labor Statistics, 1976, Handbook of Labor Statistics, 1989, and various issues of the Monthly Labor Review

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1975 | 161.2 | 175.4 | 137.3 | 142.3 | $.621 |
| 1976 | 170.5 | 180.8 | 144.7 | 147.6 | .587 |
| 1977 | 181.5 | 192.2 | 153.5 | 154.2 | .551 |
| 1978 | 195.3 | 211.2 | 163.9 | 159.5 | .512 |
| 1979 | 217.7 | 234.7 | 175.9 | 166.4 | .461 |
| 1980 | 247.0 | 248.7 | 192.0 | 177.4 | .400 |
| 1981 | 272.3 | 267.8 | 269.5 | 186.6 | .367 |
| 1982 | 288.6 | 278.5 | 223.5 | 190.9 | .347 |
| 1983 | 297.5 | 284.7 | 263.3 | 195.6 | .336 |
| 1984 | 307.6 | 295.2 | 251.7 | 199.1 | .325 |
| 1985 | 318.5 | 301.8 | 263.7 | 205.0 | .314 |
| 1986 | 323.4 | 311.6 | 278.5 | 206.5 | .309 |
| 1987 | 335.0 | 324.8 | 292.6 | 215.5 | .299 |
| 1988 | 348.4 | 338.2 | 304.3 | 224.3 | .287 |
| 1989 | 365.2 | 358.0 | 315.8 | 230.2 | .274 |
| 1990 | 384.4 | 378.9 | 329.2 | 240.4 | .260 |
| 1991 | 399.9 | 391.5 | 344.1 | 250.8 | .250 |
| 1992 | 411.5 | 396.9 | 355.8 | 257.0 | .243 |

| Year | All items | Food | Rent | Apparel & upkeep | Purchasing power of $ |
|---|---|---|---|---|---|
| 1993 | 423.1 | 405.2 | 364.9 | 260.5 | $.236 |
| 1994 | 433.8 | 414.5 | 374.0 | 260.1 | .231 |
| 1995 | 446.1 | 425.7 | 384.1 | 257.5 | .224 |
| 1996 | 458.9 | 439.8 | 394.3 | 257.5 | .218 |
| 1997 | 469.3 | 451.3 | 405.7 | 259.9 | .213 |
| 1998 | 475.6 | 460.5 | 418.9 | 258.9 | .210 |
| 1999 | 486.2 | 470.3 | 432.1 | 255.9 | .206 |
| 2000 | 515.8 | 481.1 | 447.2 | 252.6 | .194 |
| 2001 | 530.4 | 496.0 | 465.1 | 248.1 | .189 |

9

Exhibit V

Federal Income Tax Schedules for Individuals: Tax tables
standard deductions and personal exemptions, 2001 and 2002

### 2001 | 2002

#### Tax Rates for Married Couples Filing Jointly

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0–$45,200 | 15% | $12,000–$46,700 | 15% |
| $45,200–$109,250 | 27.5% | $46,700–$112,850 | 27% |
| $109,250–$166,500 | 30.5% | $112,850–$171,950 | 30% |
| $166,500–$297,350 | 35.5% | $171,950–$307,050 | 35% |
| Over $297,350 | 39.1% | $Over $307,050 | 38.6% |

#### Tax Rates for Individuals Filing Single Returns

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0–$27,050 | 15% | $6,000–$27,950 | 15% |
| $27,050–$65,550 | 27.5% | $27,950–$67,700 | 27% |
| $65,550–$136,750 | 30.5% | $67,700–$141,250 | 30% |
| $136,750–$297,350 | 35.5% | $141,250–$307,050 | 35% |
| Over $297,350 | 39.1% | Over $307,050 | 38.6% |

#### Tax Rates for Individuals Filing as Head of Household

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0–$36,250 | 15% | $10,000–$37,450 | 15% |
| $36,250–$93,650 | 27.5% | $37,450–$96,700 | 27% |
| $93,650–$151,650 | 30.5% | $96,700–$156,600 | 30% |
| $151,650–$297,350 | 35.5% | $156,600–$307,050 | 35% |
| Over $297,350 | 39.1% | Over $307,050 | 38.6% |

#### Tax Rates for Married Individuals Filing Separately

| Taxable Income | Rate | Taxable Income | Rate |
|---|---|---|---|
| $0–$22,600 | 15% | $6,000–$23,350 | 15% |
| $22,600–$54,625 | 27.5% | $23,350–$56,425 | 27% |
| $54,625–$83,250 | 30.5% | $56,425–$85,975 | 30% |
| $83,250–$148,675 | 35.5% | $85,975–$153,525 | 35% |
| Over $148,675 | 39.1% | Over $153,525 | 38.6% |

#### Standard Deduction

| | 2001 | 2002 |
|---|---|---|
| Married, joint | $7,600 | $7,850 |
| Single | $4,550 | $4,700 |
| Head of household | $6,650 | $6,900 |
| Married, separate | $3,800 | $3,925 |

#### Personal Exemption

| 2001 | 2002 |
|---|---|
| $2,900 | $3,000 |

10

Exhibit VI

Taxable returns: Adjusted gross income (AGI), income tax, and tax ratio, 1947-1998

| Year | Adjusted gross income (AGI) billions of $ | Income tax in billion of $ | Ratio of tax to AGI |
|---|---|---|---|
| 1998 | 5,160.2 | 783.5 | .1518 |
| 1997 | 4,785.2 | 727.3 | .1520 |
| 1996 | 4,341.9 | 655.4 | .1510 |
| 1995 | 4,007.6 | 586.1 | .1462 |
| 1994 | 3,736.6 | 532.6 | .1425 |
| 1993 | 3,564.0 | 500.7 | .1405 |
| 1992 | 3,483.9 | 474.9 | .1363 |
| 1992 | 3,335.2 | 447.2 | .1341 |
| 1990 | 3,298.9 | 446.3 | .1353 |
| 1989 | 3,158.3 | 432.1 | .1368 |
| 1988 | 2,989.9 | 411.8 | .1377 |
| 1987 | 2,700.8 | 367.5 | .1361 |
| 1986 | 2,440.2 | 360.6 | .1478 |
| 1985 | 2,259.0 | 321.9 | .1425 |
| 1984 | 2,110.5 | 304.0 | .1440 |
| 1983 | 1,895.2 | 274.2 | .1447 |
| 1982 | 1,803.8 | 277.6 | .1539 |
| 1981 | 1,721.2 | 282.3 | .1640 |
| 1980 | 1,556.1 | 249.1 | .1601 |
| 1979 | 1,402.2 | 213.3 | .1521 |
| 1978 | 1,241.2 | 186.7 | .1504 |
| 1977 | 1,097.7 | 158.5 | .1444 |
| 1976 | 1,004.4 | 140.8 | .1402 |
| 1975 | 893.3 | 124.4 | .1385 |
| 1974 | 800.2 | 123.7 | .1410 |
| 1973 | 799.7 | 108.1 | .1350 |
| 1972 | 717.4 | 93.6 | .1300 |
| 1971 | 651.3 | 85.2 | .1309 |
| 1970 | 610.3 | 83.8 | .1370 |
| 1969 | 588.2 | 86.6 | .1472 |
| 1968 | 538.3 | 76.6 | .1424 |
| 1967 | 487.4 | 62.9 | .1291 |
| 1966 | 450.2 | 56.1 | .1246 |
| 1965 | 400.3 | 49.5 | .1209 |
| 1964 | 376.0 | 47.2 | .1254 |
| 1963 | 350.4 | 48.2 | .1376 |
| 1962 | 330.6 | 44.9 | .1358 |
| 1961 | 311.3 | 42.2 | .1356 |
| 1960 | 297.2 | 39.5 | .1330 |
| 1959 | 287.8 | 38.6 | .1332 |
| 1958 | 262.2 | 34.3 | .1310 |
| 1957 | 262.2 | 34.4 | .1312 |
| 1956 | 249.6 | 32.7 | .1312 |
| 1955 | 229.6 | 29.5 | .1290 |
| 1954 | 209.7 | 26.7 | .1272 |
| 1953 | 212.4 | 29.4 | .1386 |
| 1952 | 198.5 | 27.8 | .1401 |
| 1951 | 185.1 | 24.2 | .1309 |
| 1950 | 158.5 | 18.4 | .1160 |
| 1949 | 138.7 | 14.5 | .1049 |
| 1948 | 142.1 | 15.4 | .1087 |
| 1947 | 135.3 | 18.1 | .1336 |

Source: Annual issues of Individual Income Tax Returns, Statistics of Income, Internal Revenue Service.



Exhibit VII

Annual averages in the
all medical care component
of the Consumer Price Index
1950-2000 (1982-1984=100)

| Year | All medical care component |
|---|---|
| 1950 | 15.1 |
| 1951 | 15.9 |
| 1952 | 16.7 |
| 1953 | 17.3 |
| 1954 | 17.8 |
| 1955 | 18.2 |
| 1956 | 18.9 |
| 1957 | 19.7 |
| 1958 | 20.6 |
| 1959 | 21.5 |
| 1960 | 22.3 |
| 1961 | 22.9 |
| 1962 | 23.5 |
| 1963 | 24.1 |
| 1964 | 24.6 |
| 1965 | 25.2 |
| 1966 | 26.3 |
| 1967 | 28.2 |
| 1968 | 29.9 |
| 1969 | 31.9 |
| 1970 | 34.0 |
| 1971 | 36.1 |
| 1972 | 37.3 |
| 1973 | 38.8 |
| 1974 | 42.4 |
| 1975 | 47.5 |
| 1976 | 52.0 |
| 1977 | 57.0 |
| 1978 | 61.8 |
| 1979 | 67.5 |
| 1980 | 74.9 |
| 1981 | 82.9 |
| 1982 | 92.5 |
| 1983 | 100.6 |
| 1984 | 106.8 |
| 1985 | 113.5 |
| 1986 | 122.0 |
| 1987 | 130.1 |
| 1988 | 138.6 |
| 1989 | 149.3 |
| 1990 | 162.8 |
| 1991 | 177.0 |
| 1992 | 190.1 |
| 1993 | 201.4 |
| 1994 | 211.0 |
| 1995 | 220.5 |
| 1996 | 228.2 |
| 1997 | 234.6 |
| 1998 | 242.1 |
| 1999 | 250.6 |
| 2000 | 260.8 |

Source: U. S. Department
of Labor, Bureau of
Labor Statistics