UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS)<br>) |
| PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>    Defendants and Third Party Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) DECEMBER 15, 2003<br>) |
| THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, d/b/a TRANS-EXPO<br>INTERNATIONAL, ERICA RAMIREZ,<br>IN HER CAPACITY AS EMPLOYEE OF<br>TRANS-EXPO INTERNATIONAL,<br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

The plaintiff discloses the following expert witness who will testify in the above matter:

### IDENTITY OF EXPERT

Dr. Lawrence J. Forman
8585 Sunset Drive
West Atrium
Miami, FL 33143

### SUBJECT MATTER OF TESTIMONY

Mr. Forman is a rehabilitation expert who will testify as to the future cost of habilitation and rehabilitation of Shawn Pouliot concerning his needs for future care, treatment and living

assistance, and concerning the costs associated with these needs. Further, he will testify as to the loss of earnings, future employment options, and loss of services in the home.

### SUBSTANCE OF FACTS AND OPINIONS

Mr. Forman will testify concerning the future needs of Shawn Pouliot and the cost of his future needs as are more fully described in the continuing care report developed by Mr. Forman.

### BASIS OF OPINION

Mr. Forman will testify, based upon his education, training and experience in the field of rehabilitation and habilitation. He will further base his testimony on information obtained fr[om] the medical and other care providers for the plaintiff and upon his knowledge of the treatment and care options available for and appropriate to Shawn Pouliot based on his experience in the field of habilitation and rehabilitation.

He will further base his testimony on Mr. Pouliot's life expectancy, work life experience, education, past work experience, and future employment options.

The complete substance of Mr. Forman's opinions and grounds for his opinions are found in the attached reports. For the purposes of preparing this report, Mr. Forman reviewed the following documents:

- ❖ Interview of client by Comprehensive Rehabilitation Consultants, Inc.
- ❖ Interview of client by Lawrence S. Forman, M.Ed., J.D., C.R.A., C.R.C., C.V.E., C.C.M., C.D.M.S.

- <u>Dictionary of Occupational Titles</u>
- <u>Occupational Outlook Handbook</u>, 2002-2003
- <u>Classification of Jobs</u>
- <u>The Revised Handbook for Analyzing Jobs</u>
- Adjustment to Injury Scale completed by Shawn Pouliot
- Job Description completed by Shawn Pouliot
- Medical Needs & Physical Assessment form completed by Frederick Slezak, M.D., General Surgeon
- Medical Needs & Physical Assessment form completed by James Johnston, M.D., Family Practice
- Medical Needs & Physical Assessment form completed by Joseph S. Dankoff, M.D., Urology
- Medical Needs & Physical Assessment form completed by Steven A. Cremer, M.D., Physiatry
- Cost of Food at Home estimated for Food Plans at Four Cost Levels, October 2002, U.S. Average, United States Department of Agriculture
- <u>Guides to the Evaluation of Permanent ImpairmentGuides to the Evaluation of Permanent Impairment</u>, Fifth Edition. Chicago: American Medical Association, November, 2000
- <u>Physicians' Desk Reference</u>, 56th Edition, Medical Economics Company, 2002

Records and/or depositions:

- Edwin Shaw Rehabilitation Hospital (records)
- Income Tax Return (records)
- Interrogatories
- James Johnston, D.O. (records)
- Jeffrey S. Tharp, D.O., Orthopedic Spine Surgery (records)
- Joseph S. Dankoff, M.D., Urology (records)
- Muntzra K. Qadri, M.D., Psychiatry (records and deposition)
- Shawn L. Pouliot (deposition)
- Steven Cremer, M.D., Physiatry (records)
- Waterbury Hospital Health Center (records)
- Summa Health Systems/Akron City Hospital (records)

The attached reports are preliminary and may be amended.

THE PLAINTIFF

By: _____
Michael A. Stratton (CT 08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax:   (203) 624-9100
E-mail: mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via Federal Express, on this 17th day of December, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton