UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
No. 3:02 CV 1302 (DIS)

SHAWN POULIOT,

    Plaintiff,

v.

PAUL ARPIN VAN LINES, INC., and
ARPIN LOGISTICS, INC.,



    Defendants/Third-Party Plaintiffs
    Cross-Claim Plaintiffs,

v.

FESTO CORPORATION, MICHAEL
D. KOVAC, D/B/A TRANS-EXPO
INTERNATIONAL, and ERICA RAMIREZ
IN HER CAPACITY AS EMPLOYEE
OF TRANS-EXPO INTERNATIONAL,

    Defendant/Third-Party Defendants.
_____/

44 West Flagler Street
Miami, Florida
April 2nd, 2004

THE DEPOSITION OF

LAWRENCE S. FORMAN

Taken on Behalf of the Defendants
Pursuant to Notice of Taking Deposition
9:15 a.m. - 5:50 p.m.

Page 166

1  on an item by item basis I will tell you whether
2  or not I think I can qualify and give you an
3  opinion that I would perceive to be within the
4  parameters of what I'm allegedly an expert at.
5     Q. Is it your understanding that you will
6  testimony as to the future cost of habilitation
7  and rehabilitation of Shawn Pouliot?
8     A. As it is indicated in my report, yes.
9     Q. Is it your understanding that you will
10 testify as to his needs for future care?
11    A. If I am asked, yes.
12    Q. Is it your understanding you will testify
13 as to his needs for treatment and living
14 assistance?
15    A. Absolutely if I am asked.
16    Q. Is it your understanding that you will
17 testify as to the costs associated with these
18 needs?
19    A. If I am asked, yes.
20    Q. Is it your understanding that you will
21 testify as to the loss of his earnings?
22    A. Yes, if I am asked.
23    Q. Did you do an analysis of the loss of his
24 earnings?
25    A. I sure did. That's in the back.

Page 167

1     Q. That is not what Dr. Crakes did?
2     A. I have no idea of what Dr. Crakes did. If
3  you will look at the end of my report, you will
4  see the analysis of what I did. That is by my
5  definition what I did.
6     Q. Let's look at your report.
7     A. Sure.
8     Q. I want to see where you are pointing that
9  out to us.
10    A. Go to about the fourth page from the back
11 and that gives you the last page and then go to
12 where it says employment section, pre-injury
13 vocational options on page one.
14    Q. Right.
15    A. Page three is post-injury development
16 options, and my recommendations appear on all
17 those pages from one to seven.
18    Q. That's the one to seven in the second
19 part --
20    A. Right.
21    Q. -- I guess of your report?
22    A. I said he could attempt to obtain a
23 two-year college degree or he could go right into
24 the job market.
25    Q. Is it your understanding that you are

Page 168

1  going to testify as to a dollar figure as to Shawn
2  Pouliot's loss of earnings in this case?
3     A. I have no idea. I haven't been asked to.
4     Q. Are you qualified to do that?
5     A. If I am asked to, oh, sure.
6     Q. You are qualified to do that?
7     A. Oh, sure, I can tell you. I do that
8  Social Security all the time.
9     Q. Are you an economist, sir?
10    A. No.
11    Q. Do you have any training in economics?
12    A. Sure.
13    Q. What is it?
14    A. I went to a number of courses, an
15 affiliate from the National Association of
16 Rehabilitation Providers in the private sector on
17 the income curves and growth for employment
18 salaries, and I've done it on the future cost of
19 medical care, but I am not an economist.
20    Q. How long did those courses last?
21    A. Two weeks each.
22    Q. Okay, two weeks each. So a total of four
23 weeks in economics training?
24    A. I said I am not an economist. All I was
25 trained on was the information related to the

Page 169

1  growth curve and earnings ratios of various types
2  of employment and the increased cost of medical
3  care. I did not say I was trained as an
4  economist.
5     Q. I understand that.
6     A. Okay.
7     Q. I asked a different question, that you had
8  a total of four weeks of economics training?
9     A. No, I don't consider that to be economics
10 training. I consider that to be wage and hour
11 training and costs associated with one component
12 of the Consumer Price Index.
13    Q. Thanks for the clarification. So in other
14 words, you don't consider even that to be
15 economics training, correct?
16    A. I consider it to be very specific training
17 on how people enter the job market, what they
18 earn, how long it usually takes them to get to the
19 point in which you can see some stability to their
20 earnings, when it plateaus, and what they do. I'm
21 not talking about earnings 20 years from now.
22    Q. Is it your understanding that you will
23 testify as to future employment options?
24    A. Sure.
25    Q. Is it your understanding that you will