Stapleton, David, Gina Livermore, Scott Scrivner, and Adam Tucker. "Exploratory Study of Health Care Coverage and Employment of People with Disabilities: Literature Review." Report prepared under contract between the U.S. Department of Health and Human Services and The Lewin Group. October 27, 1997.

U.S. Census Bureau. 1990 Census Public Use Microdata Sample. (This is a computer tape housed at the Kentucky State Data Center)

_____. 1992 to 2001 Public Use Data Files on CD-ROM for the March Supplement to the Current Population Survey (Annual Demographic File). Available from the Census Bureau at https://catalog.mso.census.gov/esales4boc.

_____. Current Population Reports, P23-127, *Labor Force Status and Other Characteristics of Persons With a Work Disability: 1982*. Washington, DC: U.S. Government Printing Office, 1983.

_____. Current Population Reports, P23-160, *Labor Force Status and Other Characteristics of Persons With a Work Disability: 1981 to 1988*. Washington, DC: U.S. Government Printing Office, 1989.

_____. *Disability Data from March Current Population Survey (CPS)*. 1995 forward. <http://www.census.gov/hhes/www/disable/disabcps.html>.

_____. *Public Use Files from March Current Population Survey (CPS)*. 1998 forward. <http://www.bls.census.gov/ferretftp.htm#cpsmarch>.

_____. United States Census 2000 5-Percent Public Use Microdata Sample Files. <http://www.census.gov/Press-Release/www/2003/PUMS5.html>

Yelin, Edward. "The Labor Market and Persons with and without Disabilities: Analysis of the 1993 through 1995 Current Population Surveys." Paper presented for the Conference on Employment and Return to Work for People with Disabilities, sponsored by the Office of Disability, Social Security Administration, and National Institute on Disability and Rehabilitation Research (October 31 - November 1, 1996).

## COURT CASES

*Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2876 (1993)

*Kumho Tire Company, Ltd., v. Patrick Carmichael* 526 U.S. 137 (1999)

*Jones and Laughlin Steel Corporation v. Howard E. Pfeifer* 462 U.S. 523 (1983)

*Margaret O'Shea v. Riverway Towing Company* 677 F. 2d 1194 (1982)

## WORKLIFE EXPECTANCY

A worklife expectancy statistically estimates how long a person will work over a lifetime. The predictors of worklife are: age, level of educational attainment, gender, and disability status. The likelihood of work is calculated from a specific age through age 89 (the age at which the United States Department of Commerce ceases to publish data regarding employment potential of nondisabled and disabled persons). Each statistical interval in the worklife pattern represents the joint probability that an individual is alive, in the labor force, and actually employed. The statistical intervals are then summed thereby determining the worklife expectancy in years, the format in which worklife expectancies are typically presented.

## SUMMARY OF ANALYSIS FOR
## Shawn Pouliot (Truck Driver Top 10%)

### PAST LOSS

| | |
|---|---:|
| PRE-INJURY Total Earnings without Taxes Considered | $147,418 |
| Taxes on Earnings | $16,357 |
| Total Pre-Injury Earnings with Taxes Considered | $131,061 |
| POST-INJURY Total Earnings without Taxes Considered | $0 |
| Taxes on Earnings | $0 |
| Total Post-Injury Earnings with Taxes Considered | $0 |
| PAST LOSS WITH TAXES CONSIDERED | $131,061 |

### TOTAL LOSS

| | |
|---|---:|
| Past Loss | $131,061 |
| Future Loss | $1,607,469 |
| TOTAL LIFETIME LOSS | $1,738,530 |

## SUMMARY OF ANALYSIS FOR
## Shawn Pouliot (Truck Driver Top 10%)

### FUTURE LOSS

| PRE-INJURY | |
|---|---|
| Earning Capacity | $65,085.00 |
| Worklife Expectancy | 25.4 |
| Total Earnings without Taxes Considered | $1,652,897.00 |
| Taxes on Earnings | $217,746.24 |
| Total Earnings with Taxes Considered | $1,435,150.76 |

| POST-INJURY | |
|---|---|
| Earning Capacity | $0.00 |
| Worklife Expectancy | 0.0 |
| Total Earnings without Taxes Considered | $0.00 |
| Taxes on Earnings | $0.00 |
| Total Earnings with Taxes Considered | $0.00 |

| LIFETIME LOSS | |
|---|---|
| Pre-Injury Total Earnings with Taxes (from above) | $1,435,150.76 |
| Post-Injury Total Earnings with Taxes (from above) | $0.00 |
| Total Lifetime Loss without Taxes on Interest | $1,435,150.76 |
| Tax Effect on Interest | $172,318.62 |
| TOTAL LIFETIME LOSS | $1,607,469.38 |

# Worklife Probability
## Computation of Lost Worklife and Earnings
## Stratton/Pouliot, Shawn
## Analysis Truck Driver

**Attorney:** Stratton, Michael A.  **Prepared by:** Gamboa, A. M.
**Client:** Pouliot, Shawn
**Notes:** Pre-Injury Truck Driver factors the probabilities of life, participation, and employment. Past losses are computed for periods between the injury date and date of analysis. Past losses do not adjust for the probability of life. Base earnings for past losses are stated in current period dollars, and are not adjusted for discount and growth rates.

Summary:

|  | Pre-Injury Truck Driver |
|---|---|
| Birth Date | May 21, 1970 |
| Injury Date | Oct 23, 2001 |
| Analysis Date | Jul 30, 2004 |
| Current Wage Base | $52,068 |
| Fringe Rate | 25.0% |
| Education Level | Less than 12 years |
| Gender Life/PE | M/M |
| Continuum | Not Disabled |
| Growth/Discount | Pure Offset |
| Future Worklife | 25.4 |
| Lifetime Loss | $1,800,315 |

### Pre-Injury Truck Driver

| Date | Age | Years | Prob. Life | Prob. PE | Prob. Wrklife | Base Earning | Adjusted Earnings |
|---|---|---|---|---|---|---|---|
| 10/23/01 | 31.4 | 0.58 | 1.000 | 0.818 | 0.474 | 52,068 | 30,850 |
| 5/21/02 | 32.0 | 1.00 | 1.000 | 0.818 | 0.818 | 52,068 | 53,240 |
| 5/21/03 | 33.0 | 1.00 | 1.000 | 0.818 | 0.818 | 52,068 | 53,240 |
| 5/21/04 | 34.0 | 0.19 | 1.000 | 0.818 | 0.155 | 52,068 | 10,088 |
| PAST |  | 2.8 |  |  |  |  | 147,418 |
| 7/30/04 | 34.2 | 0.81 | 0.998 | 0.818 | 0.661 | 52,068 | 43,021 |
| 5/21/05 | 35.0 | 1.00 | 0.996 | 0.851 | 0.848 | 52,068 | 55,192 |
| 5/21/06 | 36.0 | 1.00 | 0.994 | 0.851 | 0.846 | 52,068 | 55,062 |
| 5/21/07 | 37.0 | 1.00 | 0.992 | 0.851 | 0.844 | 52,068 | 54,932 |
| 5/21/08 | 38.0 | 1.00 | 0.990 | 0.851 | 0.842 | 52,068 | 54,802 |
| 5/21/09 | 39.0 | 1.00 | 0.988 | 0.851 | 0.841 | 52,068 | 54,736 |
| 5/21/10 | 40.0 | 1.00 | 0.985 | 0.851 | 0.838 | 52,068 | 54,541 |
| 5/21/11 | 41.0 | 1.00 | 0.982 | 0.851 | 0.836 | 52,068 | 54,411 |
| 5/21/12 | 42.0 | 1.00 | 0.980 | 0.851 | 0.834 | 52,068 | 54,281 |
| 5/21/13 | 43.0 | 1.00 | 0.976 | 0.851 | 0.831 | 52,068 | 54,086 |
| 5/21/14 | 44.0 | 1.00 | 0.973 | 0.851 | 0.828 | 52,068 | 53,890 |
| 5/21/15 | 45.0 | 1.00 | 0.969 | 0.872 | 0.845 | 52,068 | 54,997 |
| 5/21/16 | 46.0 | 1.00 | 0.965 | 0.872 | 0.841 | 52,068 | 54,736 |

| Date | Age | Years | Prob. Life | Prob. PE | Prob. Wrklife | Base Earning | Adjusted Earnings |
|---|---|---|---|---|---|---|---|
| | | | | | | Pre-Injury Truck Driver | |
| 5/21/17 | 47.0 | 1.00 | 0.961 | 0.872 | 0.838 | 52,068 | 54,541 |
| 5/21/18 | 48.0 | 1.00 | 0.956 | 0.872 | 0.834 | 52,068 | 54,281 |
| 5/21/19 | 49.0 | 1.00 | 0.951 | 0.872 | 0.829 | 52,068 | 53,955 |
| 5/21/20 | 50.0 | 1.00 | 0.946 | 0.872 | 0.825 | 52,068 | 53,695 |
| 5/21/21 | 51.0 | 1.00 | 0.940 | 0.872 | 0.820 | 52,068 | 53,370 |
| 5/21/22 | 52.0 | 1.00 | 0.934 | 0.872 | 0.814 | 52,068 | 52,979 |
| 5/21/23 | 53.0 | 1.00 | 0.927 | 0.872 | 0.808 | 52,068 | 52,589 |
| 5/21/24 | 54.0 | 1.00 | 0.920 | 0.872 | 0.802 | 52,068 | 52,198 |
| 5/21/25 | 55.0 | 1.00 | 0.912 | 0.739 | 0.674 | 52,068 | 43,867 |
| 5/21/26 | 56.0 | 1.00 | 0.904 | 0.739 | 0.668 | 52,068 | 43,477 |
| 5/21/27 | 57.0 | 1.00 | 0.894 | 0.739 | 0.661 | 52,068 | 43,021 |
| 5/21/28 | 58.0 | 1.00 | 0.884 | 0.739 | 0.653 | 52,068 | 42,501 |
| 5/21/29 | 59.0 | 1.00 | 0.874 | 0.739 | 0.646 | 52,068 | 42,045 |
| 5/21/30 | 60.0 | 1.00 | 0.862 | 0.739 | 0.637 | 52,068 | 41,459 |
| 5/21/31 | 61.0 | 1.00 | 0.850 | 0.739 | 0.628 | 52,068 | 40,873 |
| 5/21/32 | 62.0 | 1.00 | 0.836 | 0.739 | 0.618 | 52,068 | 40,223 |
| 5/21/33 | 63.0 | 1.00 | 0.822 | 0.739 | 0.607 | 52,068 | 39,507 |
| 5/21/34 | 64.0 | 1.00 | 0.806 | 0.739 | 0.596 | 52,068 | 38,791 |
| 5/21/35 | 65.0 | 1.00 | 0.790 | 0.198 | 0.156 | 52,068 | 10,153 |
| 5/21/36 | 66.0 | 1.00 | 0.772 | 0.198 | 0.153 | 52,068 | 9,958 |
| 5/21/37 | 67.0 | 1.00 | 0.753 | 0.198 | 0.149 | 52,068 | 9,698 |
| 5/21/38 | 68.0 | 1.00 | 0.733 | 0.198 | 0.145 | 52,068 | 9,437 |
| 5/21/39 | 69.0 | 1.00 | 0.712 | 0.198 | 0.141 | 52,068 | 9,177 |
| 5/21/40 | 70.0 | 1.00 | 0.689 | 0.198 | 0.136 | 52,068 | 8,852 |
| 5/21/41 | 71.0 | 1.00 | 0.665 | 0.198 | 0.132 | 52,068 | 8,591 |
| 5/21/42 | 72.0 | 1.00 | 0.641 | 0.198 | 0.127 | 52,068 | 8,266 |
| 5/21/43 | 73.0 | 1.00 | 0.615 | 0.198 | 0.122 | 52,068 | 7,940 |
| 5/21/44 | 74.0 | 1.00 | 0.588 | 0.198 | 0.116 | 52,068 | 7,550 |
| 5/21/45 | 75.0 | 1.00 | 0.560 | 0.072 | 0.040 | 52,068 | 2,603 |
| 5/21/46 | 76.0 | 1.00 | 0.531 | 0.072 | 0.038 | 52,068 | 2,473 |
| 5/21/47 | 77.0 | 1.00 | 0.501 | 0.072 | 0.036 | 52,068 | 2,343 |
| 5/21/48 | 78.0 | 1.00 | 0.471 | 0.072 | 0.034 | 52,068 | 2,213 |
| 5/21/49 | 79.0 | 1.00 | 0.440 | 0.072 | 0.032 | 52,068 | 2,083 |
| 5/21/50 | 80.0 | 1.00 | 0.408 | 0.072 | 0.029 | 52,068 | 1,887 |
| 5/21/51 | 81.0 | 1.00 | 0.375 | 0.072 | 0.027 | 52,068 | 1,757 |
| 5/21/52 | 82.0 | 1.00 | 0.341 | 0.072 | 0.025 | 52,068 | 1,627 |
| 5/21/53 | 83.0 | 1.00 | 0.308 | 0.072 | 0.022 | 52,068 | 1,432 |
| 5/21/54 | 84.0 | 1.00 | 0.275 | 0.072 | 0.020 | 52,068 | 1,302 |
| 5/21/55 | 85.0 | 1.00 | 0.242 | 0.025 | 0.006 | 52,068 | 391 |
| 5/21/56 | 86.0 | 1.00 | 0.211 | 0.025 | 0.005 | 52,068 | 325 |
| 5/21/57 | 87.0 | 1.00 | 0.182 | 0.025 | 0.005 | 52,068 | 325 |
| 5/21/58 | 88.0 | 1.00 | 0.154 | 0.025 | 0.004 | 52,068 | 260 |
| 5/21/59 | 89.0 | 1.00 | 0.129 | 0.025 | 0.003 | 52,068 | 195 |
| FUTURE | | 55.8 | | | | | 1,652,897 |
| TOTAL | | 58.6 | | | 27.7 | | 1,800,315 |

4 12:20:08 PM        *Stratton/Pouliot, Shawn / Analysis Truck Driver*

Page 2 of 3

## SUMMARY OF ANALYSIS FOR
## Shawn Pouliot (Actual Earnings)

### FUTURE LOSS

| PRE-INJURY | |
|---|---:|
| Earning Capacity | $71,820.00 |
| Worklife Expectancy | 25.4 |
| Total Earnings without Taxes Considered | $1,823,941.00 |
| Taxes on Earnings | $362,447.69 |
| Total Earnings with Taxes Considered | $1,461,493.31 |

| POST-INJURY | |
|---|---:|
| Earning Capacity | $0.00 |
| Worklife Expectancy | 0.0 |
| Total Earnings without Taxes Considered | $0.00 |
| Taxes on Earnings | $0.00 |
| Total Earnings with Taxes Considered | $0.00 |

| LIFETIME LOSS | |
|---|---:|
| Pre-Injury Total Earnings with Taxes (from above) | $1,461,493.31 |
| Post-Injury Total Earnings with Taxes (from above) | $0.00 |
| Total Lifetime Loss without Taxes on Interest | $1,461,493.31 |
| Tax Effect on Interest | $178,521.43 |
| TOTAL LIFETIME LOSS | $1,640,014.74 |

# Worklife Probability
## Computation of Lost Worklife and Earnings
### Stratton/Pouliot, Shawn
### Analysis Actual

**Attorney:** Stratton, Michael A.  
**Client:** Pouliot, Shawn  
**Prepared by:** Gamboa, A. M.

**Notes:** Pre-Injury Actual factors the probabilities of life, participation, and employment. Past losses are computed for periods between the injury date and date of analysis. Past losses do not adjust for the probability of life. Base earnings for past losses are stated in current period dollars, and are not adjusted for discount and growth rates.

**Summary:**

|  | Pre-Injury Actual |
|---|---|
| Birth Date | May 21, 1970 |
| Injury Date | Oct 23, 2001 |
| Analysis Date | Jul 30, 2004 |
| Current Wage Base | $71,820 |
| Fringe Rate | 0.0% |
| Education Level | Less than 12 years |
| Gender Life/PE | M/M |
| Continuum | Not Disabled |
| Growth/Discount | Pure Offset |
| Future Worklife | 25.4 |
| Lifetime Loss | $1,986,614 |

### Pre-Injury Actual

| Date | Age | Years | Prob. Life | Prob. PE | Prob. Wrklife | Base Earning | Adjusted Earnings |
|---|---|---|---|---|---|---|---|
| 10/23/01 | 31.4 | 0.58 | 1.000 | 0.818 | 0.474 | 71,820 | 34,043 |
| 5/21/02 | 32.0 | 1.00 | 1.000 | 0.818 | 0.818 | 71,820 | 58,749 |
| 5/21/03 | 33.0 | 1.00 | 1.000 | 0.818 | 0.818 | 71,820 | 58,749 |
| 5/21/04 | 34.0 | 0.19 | 1.000 | 0.818 | 0.155 | 71,820 | 11,132 |
| PAST | | 2.8 | | | | | 162,673 |
| 7/30/04 | 34.2 | 0.81 | 0.998 | 0.818 | 0.661 | 71,820 | 47,473 |
| 5/21/05 | 35.0 | 1.00 | 0.996 | 0.851 | 0.848 | 71,820 | 60,903 |
| 5/21/06 | 36.0 | 1.00 | 0.994 | 0.851 | 0.846 | 71,820 | 60,760 |
| 5/21/07 | 37.0 | 1.00 | 0.992 | 0.851 | 0.844 | 71,820 | 60,616 |
| 5/21/08 | 38.0 | 1.00 | 0.990 | 0.851 | 0.842 | 71,820 | 60,472 |
| 5/21/09 | 39.0 | 1.00 | 0.988 | 0.851 | 0.841 | 71,820 | 60,401 |
| 5/21/10 | 40.0 | 1.00 | 0.985 | 0.851 | 0.838 | 71,820 | 60,185 |
| 5/21/11 | 41.0 | 1.00 | 0.982 | 0.851 | 0.836 | 71,820 | 60,042 |
| 5/21/12 | 42.0 | 1.00 | 0.980 | 0.851 | 0.834 | 71,820 | 59,898 |
| 5/21/13 | 43.0 | 1.00 | 0.976 | 0.851 | 0.831 | 71,820 | 59,682 |
| 5/21/14 | 44.0 | 1.00 | 0.973 | 0.851 | 0.828 | 71,820 | 59,467 |
| 5/21/15 | 45.0 | 1.00 | 0.969 | 0.872 | 0.845 | 71,820 | 60,688 |
| 5/21/16 | 46.0 | 1.00 | 0.965 | 0.872 | 0.841 | 71,820 | 60,401 |

7/30/04 12:15:14 PM

*Stratton/Pouliot, Shawn / Analysis Actual*

Page 1 of 3

|  |  |  |  |  | Pre-Injury Actual | | |
|---|---|---|---|---|---|---|---|
| Date | Age | Years | Prob. Life | Prob. PE | Prob. Wrklife | Base Earning | Adjusted Earnings |
| 5/21/17 | 47.0 | 1.00 | 0.961 | 0.872 | 0.838 | 71,820 | 60,185 |
| 5/21/18 | 48.0 | 1.00 | 0.956 | 0.872 | 0.834 | 71,820 | 59,898 |
| 5/21/19 | 49.0 | 1.00 | 0.951 | 0.872 | 0.829 | 71,820 | 59,539 |
| 5/21/20 | 50.0 | 1.00 | 0.946 | 0.872 | 0.825 | 71,820 | 59,251 |
| 5/21/21 | 51.0 | 1.00 | 0.940 | 0.872 | 0.820 | 71,820 | 58,892 |
| 5/21/22 | 52.0 | 1.00 | 0.934 | 0.872 | 0.814 | 71,820 | 58,461 |
| 5/21/23 | 53.0 | 1.00 | 0.927 | 0.872 | 0.808 | 71,820 | 58,031 |
| 5/21/24 | 54.0 | 1.00 | 0.920 | 0.872 | 0.802 | 71,820 | 57,600 |
| 5/21/25 | 55.0 | 1.00 | 0.912 | 0.739 | 0.674 | 71,820 | 48,407 |
| 5/21/26 | 56.0 | 1.00 | 0.904 | 0.739 | 0.668 | 71,820 | 47,976 |
| 5/21/27 | 57.0 | 1.00 | 0.894 | 0.739 | 0.661 | 71,820 | 47,473 |
| 5/21/28 | 58.0 | 1.00 | 0.884 | 0.739 | 0.653 | 71,820 | 46,898 |
| 5/21/29 | 59.0 | 1.00 | 0.874 | 0.739 | 0.646 | 71,820 | 46,396 |
| 5/21/30 | 60.0 | 1.00 | 0.862 | 0.739 | 0.637 | 71,820 | 45,749 |
| 5/21/31 | 61.0 | 1.00 | 0.850 | 0.739 | 0.628 | 71,820 | 45,103 |
| 5/21/32 | 62.0 | 1.00 | 0.836 | 0.739 | 0.618 | 71,820 | 44,385 |
| 5/21/33 | 63.0 | 1.00 | 0.822 | 0.739 | 0.607 | 71,820 | 43,595 |
| 5/21/34 | 64.0 | 1.00 | 0.806 | 0.739 | 0.596 | 71,820 | 42,805 |
| 5/21/35 | 65.0 | 1.00 | 0.790 | 0.198 | 0.156 | 71,820 | 11,204 |
| 5/21/36 | 66.0 | 1.00 | 0.772 | 0.198 | 0.153 | 71,820 | 10,988 |
| 5/21/37 | 67.0 | 1.00 | 0.753 | 0.198 | 0.149 | 71,820 | 10,701 |
| 5/21/38 | 68.0 | 1.00 | 0.733 | 0.198 | 0.145 | 71,820 | 10,414 |
| 5/21/39 | 69.0 | 1.00 | 0.712 | 0.198 | 0.141 | 71,820 | 10,127 |
| 5/21/40 | 70.0 | 1.00 | 0.689 | 0.198 | 0.136 | 71,820 | 9,768 |
| 5/21/41 | 71.0 | 1.00 | 0.665 | 0.198 | 0.132 | 71,820 | 9,480 |
| 5/21/42 | 72.0 | 1.00 | 0.641 | 0.198 | 0.127 | 71,820 | 9,121 |
| 5/21/43 | 73.0 | 1.00 | 0.615 | 0.198 | 0.122 | 71,820 | 8,762 |
| 5/21/44 | 74.0 | 1.00 | 0.588 | 0.198 | 0.116 | 71,820 | 8,331 |
| 5/21/45 | 75.0 | 1.00 | 0.560 | 0.072 | 0.040 | 71,820 | 2,873 |
| 5/21/46 | 76.0 | 1.00 | 0.531 | 0.072 | 0.038 | 71,820 | 2,729 |
| 5/21/47 | 77.0 | 1.00 | 0.501 | 0.072 | 0.036 | 71,820 | 2,586 |
| 5/21/48 | 78.0 | 1.00 | 0.471 | 0.072 | 0.034 | 71,820 | 2,442 |
| 5/21/49 | 79.0 | 1.00 | 0.440 | 0.072 | 0.032 | 71,820 | 2,298 |
| 5/21/50 | 80.0 | 1.00 | 0.408 | 0.072 | 0.029 | 71,820 | 2,083 |
| 5/21/51 | 81.0 | 1.00 | 0.375 | 0.072 | 0.027 | 71,820 | 1,939 |
| 5/21/52 | 82.0 | 1.00 | 0.341 | 0.072 | 0.025 | 71,820 | 1,796 |
| 5/21/53 | 83.0 | 1.00 | 0.308 | 0.072 | 0.022 | 71,820 | 1,580 |
| 5/21/54 | 84.0 | 1.00 | 0.275 | 0.072 | 0.020 | 71,820 | 1,436 |
| 5/21/55 | 85.0 | 1.00 | 0.242 | 0.025 | 0.006 | 71,820 | 431 |
| 5/21/56 | 86.0 | 1.00 | 0.211 | 0.025 | 0.005 | 71,820 | 359 |
| 5/21/57 | 87.0 | 1.00 | 0.182 | 0.025 | 0.005 | 71,820 | 359 |
| 5/21/58 | 88.0 | 1.00 | 0.154 | 0.025 | 0.004 | 71,820 | 287 |
| 5/21/59 | 89.0 | 1.00 | 0.129 | 0.025 | 0.003 | 71,820 | 215 |
| FUTURE |  | 55.8 |  |  |  |  | 1,823,941 |
| TOTAL |  | 58.6 |  |  | 27.7 |  | 1,986,614 |

Case 3:02-cv-01302-JCH    Document 438-8    Filed 08/01/2005    Page 10 of 11

Sources:

Anderson, Robert N. and Peter B. DeTurk. National Vital Statistics Report, vol. 50 no. 6, United States Life Tables, 1999. Hyattsville, MD: National Center for Health Statistics, 2002. <http://www.cdc.gov/nchs/data/nvsr/nvsr50/nvsr50_06.pdf>.

U.S. Census Bureau. Public Use Data Files on CD-ROM for the March Supplement to the Current Population Survey (Annual Demographic File). Available from the Census Bureau at https://catalog.mso.census.gov/esales4boc.

(c) 2002 Vocational Econometrics, Inc.

## CPI Computation

Base Year 2004
Base CPI 189.7

| Year | Index | Adjustment | Earnings | PV Earnings |
|------|-------|------------|----------|-------------|
| 1999 | 166.6 | 1.139 | 48,431.00 | 55,162.91 |
| 2000 | 172.2 | 1.102 | 80,287.00 | 88,476.27 |

Average                                               71,819.59

7/21/04