# SHAWN POULIOT V. ARPIN VAN LINES
## 3:02 CV 1302 (JCH)

## PLAINTIFF'S LIST OF DEFINITE WITNESSES AT TRIAL

|  | Name and Address | Brief Summary of Testimony |
|---|---|---|
| 1. | Shawn Pouliot<br>717 Danner Road<br>Tallmage, OH 44278 | Pre-accident/Post-accident/Effect of Injuries |
| 2. | Shawn's Mother<br>559 Park Hill Drive, Apt. 8<br>Fairlawn, OH 44333 | Effect of Injuries |
| 3. | Shawn's Father | Effect of Injuries |
| 4. | William Mottla<br>75 Yew Street<br>Douglas, MA 01516 | Arpin customer service representative/Took order/Standard operating procedure/Pricing/Relevance of weight |
| 5. | Joseph Rocha<br>S&M Moving<br>120 Quarry Drive<br>Milford, MA 01757 | Loaded truck/selected truck/Arpin employee – truck condition |
| 6. | William Tweedy<br>96 Sheffield Street<br>West Warwick, RI 02889 | Arpin dispatcher/Assigned job/Communications with plaintiff/ Truck condition |
| 7. | Michael Montgomery<br>237 Lake Drive<br>Chepachet, RI 02814 | Arpin supervisor/Standard operating procedure |
| 8. | Heidi Kern (Hopkins)<br>Arpin Logistics, Inc.<br>1485 South County Trail<br>East Greenwich, RI 02818 | Customer service rep at Arpin; importance of obtaining and inputting all information for shipments; other shipments with Ramirez/Festo |
| 9. | Arnold Kowal<br>Maxon<br>11921 Slauson Avenue<br>Santa Fe Springs, CA 90670 | Maxon employer/Maintenance requirements for Liftgates |
| 10. | Irving Ojalvo<br>CT Tech Associates<br>1011 High Ridge Road, 2nd Fl<br>Stamford, CT 06905 | Arpin's Expert; maintenance protocol re: Liftgates |

| | | |
|---|---|---|
| 11. | James Blalock<br>Naugatuck Valley Community College<br>Public Safety Department<br>750 Chase Parkway<br>Waterbury, CT 06708 | Police officer at accident scene, photos, measurements |
| 12. | Ralph Harvey<br>46 Woodcrest Avenue<br>Trumbull, CT 06611 | At scene witness |
| 13. | Barry Groman<br>302 Southford Road<br>Southbury, CT 06488 | At scene witness |
| 14. | Petra Milks<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Festo Product Coordinator; hiring history with Arpin; standard operating procedure for shipping Learnline Units; this shipment |
| 15. | Erica Ramirez<br>26 Abilene Drive<br>Trabuco Canyon, CA 92679 | Trans Expo employee; pricing protocol; placing this order; communications with Arpin/Festo; how the shipment was priced, estimated |
| 16. | Agatha Devito<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Festo traffic manager; communication with Ramirez/Milks Re: this shipment; trolley being shipped by dimensions not weight |
| 17. | Roland Ruhl, Ph.D.<br>2025 N 3rd Street, Ste. 205<br>Phoenix, AZ 85004 | Plaintiff's liability expert; accident reconstruction, defective maintenance on Liftgate and causation |
| 18. | Jarob Mushaweh<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Injuries/permanency/causation (neurosurgeon at Waterbury hospital) |
| 19. | Glenn Taylor<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Injuries/permanence/causation (orthopedist at Waterbury Hospital) |
| 20. | Anthony Gamboa<br>11933 Brinley Avenue<br>Louisville, KY 40243 | Vocational Expert; impact of injuries |
| 21. | Lawrence Foreman<br>8585 Sunset Drive<br>West Atrium<br>Miami, FL 33143 | Life Care Plan Expert |
| 22. | Gary Crakes<br>Maher, Crakes & Associates | Economist Expert |

| | | |
|---|---|---|
| | 860 Ward Lande<br>Cheshire, CT 06410 | |

## PLAINTIFF'S LIST OF WITNESSES WHO MAY BE CALLED AT TRIAL

| 1. | Mark Pouliot | Brother; impact of injuries |
|---|---|---|
| 2. | Dr. Frederick Slezak | Colorectal surgeon; operation performed on plaintiff/impact of injuries |
| 3. | Dr. Steven Cremer | Orthopedist/impact of injuries: skin lesions, sexual function, bowel function, rodding; osteoporosis; future medical needs/costs |
| 4. | Kari Lane<br>717 Danner Road<br>Tallmage, OH 44278 | Girlfriend, impact of injuries |