

McCAUSLAND ECONOMIC ASSOCIATES, LLC
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.  
E-Mail: mea248@aol.com

Tel. (603) 746-5820  
Fax (603) 746-3899

# SUMMARY OF COSTS AND ECONOMIC LOSS
## TO
## SHAWN POULIOT

TOTAL PRESENT VALUE OF NET ECONOMIC LOSS: $ 260,822

TOTAL PRESENT VALUE OF THE LIFE CARE PLAN COST: $ 1,578,093

TOTAL PRESENT VALUE OF COSTS AND ECONOMIC LOSS: $ 1,838,915

The amount of dollars necessary to compensate for the cost of lifetime care and for the net economic loss Shawn Pouliot has suffered is:

$ 1,838,915

Respectfully submitted,

Allan S. McCausland, Ph.D.
February 16, 2005

**McCAUSLAND ECONOMIC ASSOCIATES, LLC**
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.
E-Mail: mea248@aol.com

Tel. (603) 746-5820
Fax (603) 746-3899

February 16, 2005

Heidi A. Bean, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
PO Box 4726
Portland, Maine 04112-4726

**RE:  Economic Loss to Shawn Pouliot**

Dear Attorney Bean:

Please find enclosed a Summary of Economic Loss to Shawn Pouliot. A separate list of the assumptions and methodology that were used to prepare this Report is included. The following were relied upon and/or reviewed in formulating my opinion:

- My entire education, experience and background.
- The 5/3/04 Rehabilitation and Life Care Plan Report of William H. Burke, Ph.D.; and a 1/31/05 telephone conversation with Dr. Burke.
- The Expert Notebook of Gary M. Crakes, Ph.D.
- The 4/2/04 Deposition Transcript and Expert Notebook of Lawrence S. Forman, M.Ed.
- The 10/12/04 Deposition Transcript and Expert Notebook of Anthony M. Gamboa, Jr., Ph.D.
- The 9/22/04 Deposition Transcript of Mark A. Sipos, including exhibits.
- The 10/13/04 Deposition Transcript and Expert Notebook of Robert L. Thompson, M.D.
- Mr. Pouliot's Tax Returns for the years 1998 through 2001.
- On-line Tax Year 2002 data provided by the Internal Revenue Service.
- Various U.S. Government statistical data from the U.S. Department of Health and Human Services, the U.S. Bureau of the Census, and the U.S. Department of Labor, as referenced in my Report.

If you have any questions or comments, please do not hesitate to contact me.

Yours,

Allan S. McCausland, Ph.D.

ASM: rjc
Enclosures

McCAUSLAND ECONOMIC ASSOCIATES, LLC
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.  
E-Mail: mea248@aol.com

Tel. (603) 746-5820  
Fax (603) 746-3899

# SUMMARY OF ECONOMIC LOSS
# TO
# SHAWN POULIOT

Present Value of Net Earning Capacity Loss: $ 207,743  
Present Value of Net Fringe Benefit Loss: $ 53,079

TOTAL PRESENT VALUE OF NET ECONOMIC LOSS: $260,822

The amount of dollars necessary to compensate for the net economic loss Shawn Pouliot has suffered is:

**$260,822**

Respectfully submitted,

*Allan S. McCausland*

Allan S. McCausland, Ph.D.  
February 16, 2005

SUMMARY OF ECONOMIC LOSS

TO

SHAWN POULIOT

Assumptions and Methodology

**Earning Capacity**

1.   This Report determines a present value of a net lost after-tax earning capacity for Shawn Pouliot equal to **$207,743**. This is based on Mr. Pouliot's age, education, employment history, and a comparison of his pre-incident earning capacity versus his post-incident earning capacity. This is also based on the May 3, 2004 Rehabilitation and Life Care Plan Report of William H. Burke, Ph.D., and a January 31, 2005 telephone conversation with Dr. Burke; and the May 29, 2003 Research and Evaluation Services Pertaining to the Needs of the Disabled Report of Lawrence S. Forman, M.Ed., Comprehensive Rehabilitation Consultants, Inc. Mr. Pouliot's worklife is determined on a year by year basis through retirement age by adjusting for the probability of being unable to work, the probability of being unemployed, and the appropriate age/earnings profile changes.

2.   Each year of Mr. Pouliot's pre-incident and post-incident earning capacities is adjusted downward to reflect the probability of being unable to work. The probability of being unable to work is based on data for males, as published by the United States Department of Health and Human Services in Summary Health Statistics for the U.S. Population: National Health Interview Survey, 2001, Table 6, December 2003.

3.   Each year of Mr. Pouliot's pre-incident and post-incident earning capacities is also adjusted downward to reflect the probability of being unemployed. The probability of being unemployed is based on data for males with less than four (4) years of high school education, as published by the Bureau of the Census in the document titled Statistical Abstract of the United States for the years 1996, 1998, 2000, 2002, 2003 and 2004-2005.

4.   Mr. Pouliot's pre-incident earning capacity is based on his employment as a Truck Driver at the time of the incident. Mr. Pouliot's pre-incident earning capacity for the years 2001 and beyond is based on a 2003 average annual pre-tax wage of $35,310.00 for Truck Drivers, Heavy and Tractor-Trailer in the Ohio statewide wage survey area. This is based on data published by the Bureau of Labor Statistics in the document titled November 2003 State Occupational Employment and Wage Estimates - Ohio.

5.   Mr. Pouliot's pre-incident after-tax earning capacity for the year 2001 is determined to be equal to $5,070.26 (represents 19% of the year 2001), after adjusting for the probability of being unable to work and the probability of being unemployed. Mr. Pouliot's pre-incident after-tax earning capacity is determined to be equal to $28,110.61 for the year 2002, $29,118.38 for the year 2003, $30,686.40 for the year 2004, and $31,387.59 for the year 2005; after adjusting for the probability of being unable to work and the probability of being unemployed.

McCausland Economic Associates, LLC
Assumptions and Methodology - Shawn Pouliot
February 16, 2005

6.  This Report makes no determination of a post-incident earning capacity for Mr. Pouliot prior to June 1, 2004. Mr. Pouliot's post-incident earning capacity for the years 2004 and beyond is based on full time, year round employment as a Truck Dispatcher effective June 1, 2004. This is based on the May 3, 2004 Rehabilitation and Life Care Plan Report of William H. Burke, Ph.D., and a January 31, 2005 telephone conversation with Dr. Burke; and the May 29, 2003 Research and Evaluation Services Pertaining to the Needs of the Disabled Report of Lawrence S. Forman, M.Ed. Mr. Pouliot's post-incident earning capacity for the years 2004 and beyond is based on a 2003 average annual pre-tax wage of $31,390.00 for Dispatchers, Except Police, Fire and Ambulance in the Ohio statewide wage survey area. This is based on data published by the Bureau of Labor Statistics in the document titled November 2003 State Occupational Employment and Wage Estimates - Ohio.

7.  Mr. Pouliot's post-incident after-tax earning capacity for the year 2004 is determined to be equal to $14,844.55 (represents 58% of the year 2004), after adjusting for the probability of being unable to work and the probability of being unemployed. Mr. Pouliot's post-incident after-tax earning capacity is determined to be equal to $26,178.88 for the year 2005, after adjusting for the probability of being unable to work and the probability of being unemployed.

8.  Mr. Pouliot's pre-incident earning capacity is adjusted for the years 2001, 2002 and 2004 to reflect changes to the Average Weekly Wage for the Truck Transportation industry in Ohio. Mr. Pouliot's post-incident earning capacity is adjusted for the year 2004 to reflect changes to the Average Weekly Wage for the Truck Transportation industry in Ohio. This is based on information reported in the Bureau of Labor Statistics' publication titled Quarterly Census of Employment and Wages.

9.  Age/earning profile changes are applied to each year of Mr. Pouliot's pre-incident earning capacity beyond the year 2001. Age/earning profile changes are also applied to each year of Mr. Pouliot's post-incident earning capacity beyond the year 2004. Age/earning profile changes track the percentage changes that can be expected in a person's employment earnings each year as he or she ages and gains experience. Age/earning profile changes used in Mr. Pouliot's pre-incident and post-incident earning capacities represent percentage changes in employment earnings that can be expected for men who work full time, year round, and are high school graduates or equivalent. These changes are based on information provided in the Bureau of Labor Statistics' publication titled Current Population Survey, 2004 Annual Social and Economic Supplement, June 2004, Table PINC-04, Part 10.

10.  Mr. Pouliot's earning capacities are adjusted downward to represent his after-tax earning capacities. The effective Federal & State Income Tax rates used for Mr. Pouliot's earning capacities are based on information provided by the Internal Revenue Service, Information Services, Martinsburg Computing Center, Master File Service Support Branch, October 2004.

11.  This Report assumes Mr. Pouliot will retire from the competitive labor market when he becomes eligible for full Social Security Retirement benefits at age sixty-seven (67). No lost earning capacity is projected beyond age sixty-seven (67).

4

McCausland Economic Associates, LLC
Assumptions and Methodology - Shawn Pouliot
February 16, 2005

12. Earning capacities projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 2.5% adjusted for taxes. The 2.5% real rate of interest (market interest rate minus inflation rate) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

## Fringe Benefits

1. This Report determines a present value of net lost fringe benefits for Shawn Pouliot equal to **$53,079**.

2. The dollar fringe benefit package available to Mr. Pouliot from his pre-incident and post-incident after-tax earning capacities is determined to be equal to twenty-five point five-five percent (25.55%) of the discounted present value of his after-tax earning capacities. This is based on information regarding employer costs for insurances, retirement & savings, and legally mandated fringe benefits published by the Bureau of Labor Statistics in the document titled Employer Costs for Employee Compensation – March 2004, Table 5, June 2004.

3. Employer fringe benefit contributions projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 2.5% adjusted for taxes. The 2.5% real rate of interest (market interest rate minus inflation rate) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

McCausland Economic Associates, LLC

# SHAWN POULIOT
Pre-Incident versus Post-Incident Earning Capacity

[Chart: Earning Capacity vs. Age (31–67), comparing Pre-Incident Earning Capacity (diamonds, ~$30,000 rising gradually) and Post-Incident Earning Capacity (squares, starting near $15,000 at age 34, then ~$20,000–$25,000 through age 66).]

McCAUSLAND ECONOMIC ASSOCIATES, LLC
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.
E-Mail: mea248@aol.com

Tel. (603) 746-5820
Fax (603) 746-3899

# SHAWN POULIOT

### NET LOSS BETWEEN PRE-INCIDENT & POST-INCIDENT EARNING CAPACITY AND BENEFITS

| Earning Capacity | Pre-Incident | Post-Incident | Net Loss |
|---|---|---|---|
| Present Value of Earning Capacity: | $ 873,964 | $ 666,221 | $ 207,743 |
| Present Value of Fringe Benefits: | $ 223,298 | $ 170,219 | $ 53,079 |
| Total Present Value of Net Economic Loss: | | | $ 260,822 |

McCausland Economic Associates, LLC

# SHAWN POULIOT
## PRESENT VALUE OF PRE-INCIDENT AFTER-TAX EARNING CAPACITY AND BENEFITS

| Adjusted Earning Cap. | A/E Profile & AWW% Inc. | Adjusted Earning Cap. | Employment Reduction % | Earning Capacity | After Interest Tax Disc. Rate 2.181% | Present Value of Earning Cap. | Year | Age |
|---|---|---|---|---|---|---|---|---|
|  |  | 30132.79 * | 0.8856 | 5070.26 ** | 1.000 | 5070.26 | 2001 | 31 |
| 30132.79 | 5.340 | 31741.88 | 0.8856 | 28110.61 | 1.000 | 28110.61 | 2002 | 32 |
| 31741.88 | 3.585 | 32879.83 | 0.8856 | 29118.38 | 1.000 | 29118.38 | 2003 | 33 |
| 32879.83 | 5.385 | 34650.41 | 0.8856 | 30686.40 | 1.000 | 30686.40 | 2004 | 34 |
| 34650.41 | 2.285 | 35442.17 | 0.8856 | 31387.59 | 0.979 | 30728.45 | 2005 | 35 |
| 35442.17 | 2.285 | 36252.02 | 0.8856 | 32104.79 | 0.958 | 30756.39 | 2006 | 36 |
| 36252.02 | 2.285 | 37080.38 | 0.8856 | 32838.38 | 0.937 | 30769.56 | 2007 | 37 |
| 37080.38 | 1.408 | 37602.47 | 0.8856 | 33300.75 | 0.917 | 30536.79 | 2008 | 38 |
| 37602.47 | 1.408 | 38131.91 | 0.8856 | 33769.62 | 0.898 | 30325.12 | 2009 | 39 |
| 38131.91 | 1.408 | 38668.81 | 0.8856 | 34245.10 | 0.879 | 30101.44 | 2010 | 40 |
| 38668.81 | 1.408 | 39213.27 | 0.8856 | 34727.27 | 0.860 | 29865.45 | 2011 | 41 |
| 39213.27 | 1.408 | 39765.39 | 0.8856 | 35216.23 | 0.841 | 29616.85 | 2012 | 42 |
| 39765.39 | 0.687 | 40038.58 | 0.8856 | 35458.17 | 0.824 | 29217.53 | 2013 | 43 |
| 40038.58 | 0.687 | 40313.65 | 0.8856 | 35701.77 | 0.806 | 28775.63 | 2014 | 44 |
| 40313.65 | 0.687 | 40590.60 | 0.8276 | 33592.78 | 0.789 | 26504.70 | 2015 | 45 |
| 40590.60 | 0.687 | 40869.46 | 0.8276 | 33823.57 | 0.772 | 26111.80 | 2016 | 46 |
| 40869.46 | 0.687 | 41150.23 | 0.8276 | 34055.93 | 0.755 | 25712.23 | 2017 | 47 |
| 41150.23 | -0.091 | 41112.78 | 0.8276 | 34024.94 | 0.739 | 25144.43 | 2018 | 48 |
| 41112.78 | -0.091 | 41075.37 | 0.8276 | 33993.98 | 0.724 | 24611.64 | 2019 | 49 |
| 41075.37 | -0.091 | 41037.99 | 0.8276 | 33963.04 | 0.708 | 24045.83 | 2020 | 50 |
| 41037.99 | -0.091 | 41000.65 | 0.8276 | 33932.14 | 0.693 | 23514.97 | 2021 | 51 |
| 41000.65 | -0.091 | 40963.34 | 0.8276 | 33901.26 | 0.678 | 22985.05 | 2022 | 52 |
| 40963.34 | 1.194 | 41452.44 | 0.8276 | 34306.04 | 0.664 | 22779.21 | 2023 | 53 |
| 41452.44 | 1.194 | 41947.38 | 0.8276 | 34715.65 | 0.650 | 22565.17 | 2024 | 54 |
| 41947.38 | 1.194 | 42448.23 | 0.8276 | 35130.16 | 0.636 | 22342.78 | 2025 | 55 |
| 42448.23 | 1.194 | 42955.06 | 0.8276 | 35549.61 | 0.622 | 22111.86 | 2026 | 56 |
| 42955.06 | 1.194 | 43467.94 | 0.8276 | 35974.07 | 0.609 | 21908.21 | 2027 | 57 |
| 43467.94 | -1.942 | 42623.79 | 0.8276 | 35275.45 | 0.596 | 21024.17 | 2028 | 58 |
| 42623.79 | -1.942 | 41796.04 | 0.8276 | 34590.40 | 0.583 | 20166.20 | 2029 | 59 |
| 41796.04 | -1.942 | 40984.36 | 0.8276 | 33918.66 | 0.571 | 19367.55 | 2030 | 60 |
| 40984.36 | -1.942 | 40188.44 | 0.8276 | 33259.95 | 0.558 | 18559.05 | 2031 | 61 |
| 40188.44 | -1.942 | 39407.98 | 0.8276 | 32614.04 | 0.547 | 17839.88 | 2032 | 62 |
| 39407.98 | -0.791 | 39096.26 | 0.8276 | 32356.06 | 0.535 | 17310.49 | 2033 | 63 |
| 39096.26 | -0.791 | 38787.01 | 0.8276 | 32100.13 | 0.523 | 16788.37 | 2034 | 64 |
| 38787.01 | -0.791 | 38480.20 | 0.8440 | 32477.29 | 0.512 | 16628.37 | 2035 | 65 |
| 38480.20 | -0.791 | 38175.82 | 0.8440 | 32220.39 | 0.501 | 16142.42 | 2036 | 66 |
| 38175.82 | -0.791 | 37873.85 | 0.8440 | 12466.56 *** | 0.491 | 6121.08 | 2037 | 67 |

| | | |
|---|---|---|
| Present Value of Pre-Incident After-Tax Earning Capacity: | $ 873,964 | |
| Present Value of Pre-Incident Fringe Benefits: | $ 223,298 | @ 25.55% |
| Present Value of Pre-Incident After-Tax Earning Capacity and Benefits: | $ 1,097,262 | |

| | |
|---|---|
| Average Nominal After-Tax Earning Capacity: | $ 33,498 |
| Effective Income Tax Rate: | 10.7% |
| Average Nominal Pre-Tax Earning Capacity: | $ 37,512 |
| [After-Tax divided by (1-Tax Rate) equals Pre-Tax] | |

A/E Profile: (2003) Men, Full Time, Year Round, High School Graduate (Includes Equivalency).

\*    Calculation Worksheet
\*\* Represents 19% of the year 2001
\*\*\* Represents 39% of the year 2037

McCausland Economic Associates, LLC

# SHAWN POULIOT
## Pre-Incident Earning Capacity After Taxes

| | |
|---|---:|
| Average Annual Wage in Ohio for Truck Drivers, Heavy and Tractor-Trailer in 2003: | $ 35,310.00 |
| Reduced by Ohio Trucking Industry Average Weekly Wage Increase for 2003: | 1.3% |
| Annual Pre-Tax Wage for the Year 2002: | $ 34,856.86 |
| Reduced by Ohio Trucking Industry Average Weekly Wage Increase for 2002: | 3.3% |
| Annual Pre-Tax Wage for the Year 2001: | $ 33,743.33 |
| Effective Total Income Tax Rate *: | 10.7% |
| **Adjusted After-Tax Earning Capacity for the Year 2001:** | **$ 30,132.79** |

\* Source: Internal Revenue Service, Information Services, Martinsburg Computing Center, Master File Service Support Branch

## Transportation and Material Moving Occupations top

| SOC Code Number | Occupation Title | Employment (1) | Wage Estimates | | | Mean RSE (3) |
|---|---|---|---|---|---|---|
| | | | Median Hourly | Mean Hourly | Mean Annual (2) | |
| 53-1031 | Supervisors/Managers of Transportation and Material-Moving Machine and Vehicle Operators | 8,200 | $20.15 | $21.66 | $45,060 | 1.8% |
| 53-2011 | Airline Pilots, Copilots, and Flight Engineers | 950 | (4) | (4) | $104,190 | 15.4% |
| 53-2021 | Air Traffic Controllers | 880 | $51.78 | $48.85 | $101,600 | 2.8% |
| 53-3011 | Ambulance Drivers and Attendants, Except Emergency Medical Technicians | 950 | $8.49 | $9.18 | $19,100 | 3.9% |
| 53-3021 | Bus Drivers, Transit and Intercity | 3,350 | $12.51 | $13.48 | $28,030 | 4.2% |
| 53-3022 | Bus Drivers, School | 23,620 | $11.43 | $11.29 | $23,490 | 1.7% |
| 53-3031 | Driver/Sales Workers | 21,240 | $8.19 | $10.33 | $21,490 | 3.1% |
| 53-3032 | Truck Drivers, Heavy and Tractor-Trailer | 69,230 | $16.40 | $16.98 | $35,310 | 1.0% |
| 53-3033 | Truck Drivers, Light Or Delivery Services | 39,350 | $11.64 | $12.87 | $26,770 | 1.5% |
| 53-3041 | Taxi Drivers and Chauffeurs | 3,400 | $8.73 | $9.20 | $19,130 | 1.8% |
| 53-4011 | Locomotive Engineers | 1,580 | $16.62 | $17.17 | $35,710 | 4.2% |
| 53-4013 | Rail Yard Engineers, Dinkey Operators, and Hostlers | 350 | $15.85 | $17.24 | $35,860 | 8.1% |
| 53-4021 | Railroad Brake, Signal, and Switch Operators | (7) | $22.43 | $23.76 | $49,420 | 2.6% |
| 53-4031 | Railroad Conductors and Yardmasters | 1,270 | $17.00 | $18.42 | $38,320 | 5.2% |
| 53-5011 | Sailors and Marine Oilers | 550 | $13.78 | $14.52 | $30,200 | 9.3% |



**U.S. Department of Labor**
Bureau of Labor Statistics
*Bureau of Labor Statistics Data*
www.bls.gov



Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

Change Output Options:   From: 2001   To: 2004   GO

☐ include graphs **NEW!**    More Formatting Options ➡

Data extracted on: February 2, 2005 (8:43:28 AM)

### Quarterly Census of Employment and Wages

| Series Id: | ENU39000505484 |
|---|---|
| State: | Ohio |
| Area: | Ohio -- Statewide |
| Industry: | NAICS 484 Truck transportation |
| Owner: | Private |
| Size: | All establishment sizes |
| Type: | Average Annual Pay |

| Year | Annual |
|---|---|
| 2001 | 35942 |
| 2002 | 37117 |
| 2003 | 37582 |

---

| Series Id: | ENU39000405484 |
|---|---|
| State: | Ohio |
| Area: | Ohio -- Statewide |
| Industry: | NAICS 484 Truck transportation |
| Owner: | Private |
| Size: | All establishment sizes |
| Type: | Average Weekly Wage |

| Year | Qtr1 | Qtr2 | Qtr3 | Qtr4 | Annual |
|---|---|---|---|---|---|
| 2001 | 668 | 684 | 691 | 721 | 691 |
| 2002 | 685 | 711 | 715 | 742 | 714 |
| 2003 | 695 | 711 | 720 | 764 | 723 |
| 2004 | 703(P) | 733(P) | | | |

P : Preliminary.

*Handwritten annotations:* { 3.3% / 1.3% / 3.1% preliminary }

Tax Year 2002, United States Selected Income and Tax Items for Individual Income Tax Returns:
Forms 1040, 1040A & 1040EZ, By State and Size of Adjusted Gross Income
Fil' ·ocessing Period: January 1, 2003 to December 31, 2003
[M. .mounts are in thousands of dollars]

| State and item | All returns | Size of adjusted gross income | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Under $20,000 | $20,000 under $30,000 | $30,000 under $50,000 | $50,000 under $75,000 | $75,000 under $100,000 | $100,000 under $200,000 | $200,000 or more |
| **OHIO** | | | | | | | | |
| Adjusted gross income (AGI) | 224,730,731 | 17,546,384 | 20,813,015 | 44,653,603 | 47,546,275 | 29,291,890 | 32,538,632 | 32,340,932 |
| Total tax liability: Amount | 28,198,253 | 665,791 | 1,305,012 | 3,811,214 | 4,910,294 | 3,628,682 | 5,358,030 | 8,519,232 |
| **Effective Federal Income Tax Rate** | **12.5%** | **3.8%** | **6.3%** | **8.5%** | **10.3%** | **12.4%** | **16.5%** | **26.3%** |
| Adjusted gross income (AGI) | 224,730,731 | 17,546,384 | 20,813,015 | 44,653,603 | 47,546,275 | 29,291,890 | 32,538,632 | 32,340,932 |
| State and local income taxes: Amount | 8,993,588 | 143,445 | 195,233 | 1,004,102 | 1,782,770 | 1,433,331 | 1,958,400 | 2,476,306 |
| **Effective State and Local Income Tax Rate** | **4.0%** | **0.8%** | **0.9%** | **2.2%** | **3.7%** | **4.9%** | **6.0%** | **7.7%** |
| **Total Federal & State Income Tax Rate** | **16.5%** | **4.6%** | **7.2%** | **10.7%** | **14.0%** | **17.3%** | **22.5%** | **34.0%** |

SOURCE: Internal Revenue Service, Information Services, Martinsburg Computing Center, Master File Service Support Branch. Unpublished data. October 2004.



McCausland Economic Associates, LLC

# AGE/EARNING PROFILE
Men, Full Time, Year Round, High School Graduate (Includes Equivalency) (2003 Income)

Bureau of the Census, Series P60

## AGE/EARNING PROFILE
Men, Full Time, Year Round, High School Graduate (Includes Equivalency)  (2003 Income)
Source: Current Population Survey, 2004 Annual Social and Economic Supplement,  Table PINC-04 -- Part 10

| Mean Earnings | at age | Previous Income | Current Income | Change | | at age | |
|---|---|---|---|---|---|---|---|
| | | 18689 | 19710 | 5.462% | | 18 | |
| | | 19710 | 20787 | 5.462% | | 19 | |
| | | 20787 | 21922 | 5.462% | | 20 | |
| 23119 | 21 | 21922 | 23119 | 5.462% | | 21 | |
| | | 23119 | 24382 | 5.462% | | 22 | |
| | | 24382 | 25714 | 5.462% | | 23 | |
| | | 25714 | 27118 | 5.462% | | 24 | |
| | | 27118 | 28599 | 5.462% | | 25 | |
| | | 28599 | 30162 | 5.462% | | 26 | |
| 31809 | 27 | 30162 | 31809 | 5.462% | | 27 | |
| | | 31809 | 32458 | 2.040% | | 28 | |
| | | 32458 | 33120 | 2.040% | | 29 | |
| | | 33120 | 33796 | 2.040% | + Ohio Avg. Wage Inc. | 30 | |
| | | 33796 | 34485 | 2.040% | | 31 | |
| 35189 | 32 | 34485 | 35189 | 2.040% +3.3 = 5.340% | | 32 | 2002 |
| | | 35189 | 35993 | 2.285% +1.3 = 3.585% | | 33 | |
| | | 35993 | 36815 | 2.285% +3.1 = 5.385% | | 34 | |
| | | 36815 | 37657 | 2.285% | | 35 | 2005 |
| | | 37657 | 38517 | 2.285% | | 36 | |
| 39397 | 37 | 38517 | 39397 | 2.285% | | 37 | |
| | | 39397 | 39952 | 1.408% | | 38 | |
| | | 39952 | 40514 | 1.408% | | 39 | |
| | | 40514 | 41084 | 1.408% | | 40 | 2010 |
| | | 41084 | 41663 | 1.408% | | 41 | |
| 42249 | 42 | 41663 | 42249 | 1.408% | | 42 | |
| | | 42249 | 42539 | 0.687% | | 43 | |
| | | 42539 | 42832 | 0.687% | | 44 | |
| | | 42832 | 43126 | 0.687% | | 45 | 2015 |
| | | 43126 | 43423 | 0.687% | | 46 | |
| 43721 | 47 | 43423 | 43721 | 0.687% | | 47 | |
| | | 43721 | 43681 | -0.091% | | 48 | |
| | | 43681 | 43642 | -0.091% | | 49 | |
| | | 43642 | 43602 | -0.091% | | 50 | 2020 |
| | | 43602 | 43563 | -0.091% | | 51 | |
| 43523 | 52 | 43563 | 43523 | -0.091% | | 52 | |
| | | 43523 | 44042 | 1.194% | | 53 | |
| | | 44042 | 44568 | 1.194% | | 54 | |
| | | 44568 | 45100 | 1.194% | | 55 | 2025 |
| | | 45100 | 45638 | 1.194% | | 56 | |
| 46183 | 57 | 45638 | 46183 | 1.194% | | 57 | |
| | | 46183 | 45286 | -1.942% | | 58 | |
| | | 45286 | 44406 | -1.942% | | 59 | |
| | | 44406 | 43544 | -1.942% | | 60 | 2030 |
| | | 43544 | 42698 | -1.942% | | 61 | |
| 41869 | 62 | 42698 | 41869 | -1.942% | | 62 | |
| | | 41869 | 41538 | -0.791% | | 63 | |
| | | 41538 | 41210 | -0.791% | | 64 | |
| | | 41210 | 40884 | -0.791% | | 65 | |
| | | 40884 | 40561 | -0.791% | | 66 | |
| | | 40561 | 40240 | -0.791% | | 67 | 2037 |
| | | 40240 | 39922 | -0.791% | | 68 | |
| | | 39922 | 39606 | -0.791% | | 69 | |
| 39293 | 70 | 39606 | 39293 | -0.791% | | 70 | |
| | | 39293 | 38982 | -0.791% | | 71 | |
| | | 38982 | 38674 | -0.791% | | 72 | |
| | | 38674 | 38368 | -0.791% | | 73 | |
| | | 38368 | 38065 | -0.791% | | 74 | |