McCausland Economic Associates, LLC

# EMPLOYMENT ADJUSTMENTS
## Males with Less Than 4 Years of High School

| Probability of being unable to work | Probability of unemployment | Total Employment Adjustment Factor | Employment Adjustment % | Age | |
|---|---|---|---|---|---|
| -2.80% | -19.30% | -22.10% | 77.90 | 18 | |
| -2.80% | -19.30% | -22.10% | 77.90 | 19 | |
| -2.80% | -10.60% | -13.40% | 86.60 | 20 | |
| -2.80% | -10.60% | -13.40% | 86.60 | 21 | |
| -2.80% | -10.60% | -13.40% | 86.60 | 22 | |
| -2.80% | -10.60% | -13.40% | 86.60 | 23 | |
| -2.80% | -10.60% | -13.40% | 86.60 | 24 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 25 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 26 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 27 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 28 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 29 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 30 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 31 | 2001 |
| -2.80% | -8.64% | -11.44% | 88.56 | 32 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 33 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 34 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 35 | 2005 |
| -2.80% | -8.64% | -11.44% | 88.56 | 36 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 37 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 38 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 39 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 40 | 2010 |
| -2.80% | -8.64% | -11.44% | 88.56 | 41 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 42 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 43 | |
| -2.80% | -8.64% | -11.44% | 88.56 | 44 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 45 | 2015 |
| -8.60% | -8.64% | -17.24% | 82.76 | 46 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 47 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 48 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 49 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 50 | 2020 |
| -8.60% | -8.64% | -17.24% | 82.76 | 51 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 52 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 53 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 54 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 55 | 2025 |
| -8.60% | -8.64% | -17.24% | 82.76 | 56 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 57 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 58 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 59 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 60 | 2030 |
| -8.60% | -8.64% | -17.24% | 82.76 | 61 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 62 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 63 | |
| -8.60% | -8.64% | -17.24% | 82.76 | 64 | |
| -11.60% | -4.00% | -15.60% | 84.40 | 65 | |
| -11.60% | -4.00% | -15.60% | 84.40 | 66 | |
| -11.60% | -4.00% | -15.60% | 84.40 | 67 | 2037 |
| -11.60% | -4.00% | -15.60% | 84.40 | 68 | |
| -11.60% | -4.00% | -15.60% | 84.40 | 69 | |

McCausland Economic Associates, LLC
Back-up for Employment Adjustments

PROBABILITY OF UNEMPLOYMENT
MALES

| Ages 25 to 64 | | Male Total | < 4 Yrs HS | 4 Yrs HS | 1-3 Yrs College | 4 or more Yrs College |
|---|---|---|---|---|---|---|
| Year | | | Percentages | | | |
| 1994 | (1) | 6.2 | 12.8 | 7.2 | 5.3 | 2.9 |
| 1995 | (2) | 4.3 | 8.8 | 4.8 | 3.8 | 2.3 |
| 1996 | (3) | 5.3 | 11.0 | 6.4 | 4.5 | 2.3 |
| 1997 | (3) | 4.7 | 9.9 | 5.6 | 4.0 | 2.1 |
| 1998 | (4) | 4.1 | 8.0 | 5.1 | 3.7 | 1.7 |
| 1999 | (4) | 3.5 | 7.0 | 4.1 | 3.2 | 1.9 |
| 2000 | (5) | 2.8 | 5.4 | 3.4 | 2.6 | 1.5 |
| 2001 | (6) | 3.7 | 7.5 | 4.6 | 3.2 | 1.9 |
| 2002 | (2) | 4.7 | 7.8 | 5.4 | 4.6 | 3.0 |
| 2003 | (5) | 5.0 | 8.2 | 5.7 | 5.1 | 3.2 |
| Ten Year (94-03) Average | | -4.43% | -8.64% | -5.23% | -4.00% | -2.28% |

Sources:
(1) Statistical Abstract of the United States, 1996
Table 648, "Unemployment Rates By Educational Attainment, Sex and Race: 1970 to 1991"
Table 649, "Unemployed and Unemployment Rates by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 1995"

(2) Statistical Abstract of the United States, 2003
Table 626, "Unemployed and Unemployment Rates, by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 2002"

(3) Statistical Abstract of the United States, 1998
Table 681, "Unemployed and Unemployment Rates by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 1997"

(4) Statistical Abstract of the United States, 2000
Table 678, "Unemployed and Unemployment Rates, by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 1999"

(5) Statistical Abstract of the United States, 2004-2005
Table 608, "Unemployed and Unemployment Rates, by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 2003"

(6) Statistical Abstract of the United States, 2002
Table 598, "Unemployed and Unemployment Rates, by Educational Attainment, Sex, Race and Hispanic Origin: 1992 to 2001"

| | | |
|---|---|---|
| Ages 16 - 19 | -19.3% | Statistical Abstract of the United States, 2004-2005 |
| Ages 20 - 24 | -10.6% | Table 603, "Unemployed Workers - Summary: 1980 to 2003" |
| Ages 65 and over | -4.0% | |

PROBABILITY OF BEING UNABLE TO WORK
MALES

| Men of age: | Unable to Work |
|---|---|
| 18 - 44 | -2.80% |
| 45 - 64 | -8.60% |
| 65 - 69 | -11.60% |

Source: U.S. Department of Health & Human Services, Centers for Disease Control and Prevention
Summary Health Statistics for the U.S. Population: National Health Interview Survey, 2001
Table 6, Frequencies and percent distributions of limitation in work activity due to health problems
among persons 18-69 years of age, by selected characteristics: United States, 2001.

**EMPLOYER CONTRIBUTIONS TO FRINGE BENEFITS**

From: Employer Costs for Employee Compensation - March 2004
Bureau of Labor Statistics, June 2004
Table 5

| Compensation Component | Private Industry | Management and Professional | Sales and Office | Service | Construction and Maintenance | Production and Transportation |
|---|---|---|---|---|---|---|
| Insurance | 8.78% | 7.28% | 9.57% | 7.81% | 9.51% | 11.83% |
| Retirement and Savings | 4.26% | 4.40% | 3.41% | 1.90% | 5.85% | 5.37% |
| Legally required benefits: | | | | | | |
| Fed. Unemployment | 0.16% | 0.09% | 0.20% | 0.42% | 0.15% | 0.19% |
| State Unemployment | 0.69% | 0.42% | 0.80% | 1.27% | 0.73% | 0.97% |
| Workers' Comp. | 2.39% | 1.05% | 1.54% | 3.27% | 5.61% | 4.46% |
| Employer contributions as a percent of pre-tax pay: | 16.28% | 13.24% | 15.52% | 14.67% | 21.85% | 22.82% |
| Income Tax Adjustment based on a 10.7% effective Income Tax Rate: | 89.30% | 89.30% | 89.30% | 89.30% | 89.30% | 89.30% |
| Employer contributions as a percent of after-tax pay: | 18.23% | 14.83% | 17.38% | 16.43% | 24.47% | 25.55% |

Note: Pay includes wages, paid leave and supplemental pay.

The following percentages represent the employer's required contribution to Social Security (exclusive of Medicare) for each year and are from the United States Social Security Administration.

```
1991 -- 6.20% of gross earnings up to $53,400
1992 -- 6.20% of gross earnings up to $55,500
1993 -- 6.20% of gross earnings up to $57,600
1994 -- 6.20% of gross earnings up to $60,600
1995 -- 6.20% of gross earnings up to $61,200
1996 -- 6.20% of gross earnings up to $62,700
1997 -- 6.20% of gross earnings up to $65,400
1998 -- 6.20% of gross earnings up to $68,400
1999 -- 6.20% of gross earnings up to $72,600
2000 -- 6.20% of gross earnings up to $76,200
2001 -- 6.20% of gross earnings up to $80,400
2002 -- 6.20% of gross earnings up to $84,900
2003 -- 6.20% of gross earnings up to $87,000
2004 -- 6.20% of gross earnings up to $87,900
2005 -- 6.20% of gross earnings up to $90,000
```

Source: U.S. Department of Health and Human Services, Social Security Administration, SSA Publication No. 05-10024

)te: Employer Social Security contribution in Bulletin 2434 maybe greater than 6.20% due to medicare and deferred compensation.

McCausland Economic Associates, LLC

## SHAWN POULIOT
### PRESENT VALUE OF POST-INCIDENT AFTER-TAX EARNING CAPACITY AND BENEFITS

| Adjusted Earning Cap. | A/E Profile | Adjusted Earning Cap. | Employment Reduction % | Earning Capacity | After Interest Tax Disc. Rate 2.181% | Present Value of Earning Cap. | Year | Age |
|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | 1.000 | 0.00 | 2001 | 31 |
| | | | | 0.00 | 1.000 | 0.00 | 2002 | 32 |
| | | | | 0.00 | 1.000 | 0.00 | 2003 | 33 |
| | | 28900.24 * | 0.8856 | 14844.55 ** | 1.000 | 14844.55 | 2004 | 34 |
| 28900.24 | 2.285 | 29560.61 | 0.8856 | 26178.88 | 0.979 | 25629.12 | 2005 | 35 |
| 29560.61 | 2.285 | 30236.07 | 0.8856 | 26777.06 | 0.958 | 25652.42 | 2006 | 36 |
| 30236.07 | 2.285 | 30926.96 | 0.8856 | 27388.92 | 0.937 | 25663.42 | 2007 | 37 |
| 30926.96 | 1.408 | 31362.41 | 0.8856 | 27774.55 | 0.917 | 25469.26 | 2008 | 38 |
| 31362.41 | 1.408 | 31803.99 | 0.8856 | 28165.61 | 0.898 | 25292.72 | 2009 | 39 |
| 31803.99 | 1.408 | 32251.79 | 0.8856 | 28562.19 | 0.879 | 25106.17 | 2010 | 40 |
| 32251.79 | 1.408 | 32705.90 | 0.8856 | 28964.35 | 0.860 | 24909.34 | 2011 | 41 |
| 32705.90 | 1.408 | 33166.40 | 0.8856 | 29372.16 | 0.841 | 24701.99 | 2012 | 42 |
| 33166.40 | 0.687 | 33394.25 | 0.8856 | 29573.95 | 0.824 | 24368.93 | 2013 | 43 |
| 33394.25 | 0.687 | 33623.67 | 0.8856 | 29777.12 | 0.806 | 24000.36 | 2014 | 44 |
| 33623.67 | 0.687 | 33854.66 | 0.8276 | 28018.12 | 0.789 | 22106.30 | 2015 | 45 |
| 33854.66 | 0.687 | 34087.24 | 0.8276 | 28210.60 | 0.772 | 21778.58 | 2016 | 46 |
| 34087.24 | 0.687 | 34321.42 | 0.8276 | 28404.41 | 0.755 | 21445.33 | 2017 | 47 |
| 34321.42 | -0.091 | 34290.19 | 0.8276 | 28378.56 | 0.739 | 20971.76 | 2018 | 48 |
| 34290.19 | -0.091 | 34258.99 | 0.8276 | 28352.74 | 0.724 | 20527.38 | 2019 | 49 |
| 34258.99 | -0.091 | 34227.81 | 0.8276 | 28326.94 | 0.708 | 20055.47 | 2020 | 50 |
| 34227.81 | -0.091 | 34196.66 | 0.8276 | 28301.16 | 0.693 | 19612.70 | 2021 | 51 |
| 34196.66 | -0.091 | 34165.54 | 0.8276 | 28275.40 | 0.678 | 19170.72 | 2022 | 52 |
| 34165.54 | 1.194 | 34573.48 | 0.8276 | 28613.01 | 0.664 | 18999.04 | 2023 | 53 |
| 34573.48 | 1.194 | 34986.29 | 0.8276 | 28954.65 | 0.650 | 18820.52 | 2024 | 54 |
| 34986.29 | 1.194 | 35404.03 | 0.8276 | 29300.38 | 0.636 | 18635.04 | 2025 | 55 |
| ...04.03 | 1.194 | 35826.75 | 0.8276 | 29650.22 | 0.622 | 18442.44 | 2026 | 56 |
| 35826.75 | 1.194 | 36254.52 | 0.8276 | 30004.24 | 0.609 | 18272.58 | 2027 | 57 |
| 36254.52 | -1.942 | 35550.46 | 0.8276 | 29421.56 | 0.596 | 17535.25 | 2028 | 58 |
| 35550.46 | -1.942 | 34860.07 | 0.8276 | 28850.19 | 0.583 | 16819.66 | 2029 | 59 |
| 34860.07 | -1.942 | 34183.09 | 0.8276 | 28289.93 | 0.571 | 16153.55 | 2030 | 60 |
| 34183.09 | -1.942 | 33519.25 | 0.8276 | 27740.53 | 0.558 | 15479.22 | 2031 | 61 |
| 33519.25 | -1.942 | 32868.31 | 0.8276 | 27201.81 | 0.547 | 14879.39 | 2032 | 62 |
| 32868.31 | -0.791 | 32608.32 | 0.8276 | 26986.65 | 0.535 | 14437.86 | 2033 | 63 |
| 32608.32 | -0.791 | 32350.39 | 0.8276 | 26773.18 | 0.523 | 14002.37 | 2034 | 64 |
| 32350.39 | -0.791 | 32094.50 | 0.8440 | 27087.76 | 0.512 | 13868.93 | 2035 | 65 |
| 32094.50 | -0.791 | 31840.63 | 0.8440 | 26873.49 | 0.501 | 13463.62 | 2036 | 66 |
| 31840.63 | -0.791 | 31588.77 | 0.8440 | 10397.76 *** | 0.491 | 5105.30 | 2037 | 67 |

**Present Value of Post-Incident After-Tax Earning Capacity:** $ 666,221
**Present Value of Post-Incident Fringe Benefits:** $ 170,219 @ 25.55%

**Present Value of Post-Incident After-Tax Earning Capacity and Benefits:** $ 836,440

Average Nominal After-Tax Earning Capacity: $ 28,267
Effective Income Tax Rate: 10.7%

Average Nominal Pre-Tax Earning Capacity: $ 31,654
[After-Tax divided by (1-Tax Rate) equals Pre-Tax]

A/E Profile: (2003) Men, Full Time, Year Round, High School Graduate (Includes Equivalency).

\* Calculation Worksheet
\*\* Represents 58% of the year 2004 based on a start date of June 1, 2004.
\*\*\* Represents 39% of the year 2037

# SHAWN POULIOT
## Post-Incident Earning Capacity After Taxes

| | |
|---|---:|
| Average Annual Wage in Ohio for Dispatchers, Except Police Fire and Ambulance in 2003: | $ 31,390.00 |
| Adjusted by Ohio Trucking Industry Average Weekly Wage Increase for 2004 (preliminary): | 3.1% |
| Annual Pre-Tax Wage for the Year 2004: | $ 32,363.09 |
| Effective Income Tax Rate *: | 10.7% |
| **Adjusted After-Tax Earning Capacity for the Year 2004:** | **$ 28,900.24** |

\* Source:  Internal Revenue Service, Information Services, Martinsburg Computing Center,
              Master File Service Support Branch

## Office and Administrative Support Occupations top

| SOC Code Number | Occupation Title | Employment (1) | Wage Estimates ||||
|---|---|---|---|---|---|---|
| | | | Median Hourly | Mean Hourly | Mean Annual (2) | Mean RSE (3) |
| 43-4141 | New Accounts Clerks | 3,480 | $12.17 | $12.52 | $26,050 | 4.2% |
| 43-4151 | Order Clerks | 12,540 | $12.35 | $12.88 | $26,790 | 2.1% |
| 43-4161 | Human Resources Assistants, Except Payroll and Timekeeping | 6,700 | $14.57 | $14.86 | $30,920 | 1.0% |
| 43-4171 | Receptionists and Information Clerks | 36,320 | $9.80 | $9.99 | $20,770 | 0.9% |
| 43-4181 | Reservation and Transportation Ticket Agents and Travel Clerks | 5,390 | $13.49 | $14.28 | $29,690 | 3.6% |
| 43-5011 | Cargo and Freight Agents | 1,860 | $16.18 | $16.23 | $33,750 | 2.6% |
| 43-5021 | Couriers and Messengers | 2,890 | $9.34 | $9.96 | $20,720 | 1.7% |
| 43-5031 | Police, Fire, and Ambulance Dispatchers | 4,370 | $14.89 | $14.62 | $30,400 | 1.1% |
| 43-5032 | Dispatchers, Except Police, Fire, and Ambulance | 5,560 | $14.47 | $15.09 | $31,390 | 2.2% |
| 43-5041 | Meter Readers, Utilities | 1,950 | $14.51 | $15.15 | $31,500 | 4.0% |
| 43-5051 | Postal Service Clerks | 2,660 | $19.64 | $19.79 | $41,170 | 1.0% |
| 43-5052 | Postal Service Mail Carriers | 14,570 | $21.38 | $20.89 | $43,460 | 0.7% |
| 43-5053 | Postal Service Mail Sorters, Processors, and Processing Machine Operators | 9,160 | $18.83 | $17.76 | $36,950 | 1.3% |
| 43-5061 | Production, Planning, and Expediting Clerks | 14,110 | $16.83 | $17.40 | $36,190 | 0.9% |
| | Shipping, Receiving, | | | | | 0.7 |

McCAUSLAND ECONOMIC ASSOCIATES, LLC
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.  
E-Mail: mea248@aol.com

Tel. (603) 746-5820  
Fax (603) 746-3899

February 16, 2005

Heidi A. Bean, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
PO Box 4726
Portland, Maine 04112-4726

**RE: Determination of the Present Value of the Cost of the**
**Life Care Plan for Shawn Pouliot**

Dear Attorney Bean:

Please find enclosed a Present Value of the Cost of the Life Care Plan for Shawn Pouliot. A separate list of the assumptions and methodology that were used to prepare this Report is included. This Report is based on Rehabilitation and Life Care Plan Report provided by William H. Burke, Ph.D. of Portsmouth, New Hampshire dated May 3, 2004. The following were relied upon in formulating my opinion:

- My entire education, experience and background.
- The May 3, 2004 Rehabilitation and Life Care Plan Report of William H. Burke, Ph.D.
- <u>United States Life Tables, 2002</u>, November 10, 2004 as published by the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

If you have any questions or comments, please do not hesitate to contact me.

Yours,

*[signature]*
Allan S. McCausland, Ph.D.

ASM: rjc
Enclosures

McCAUSLAND ECONOMIC ASSOCIATES, LLC
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248

Allan S. McCausland, Ph.D.
E-Mail: mea248@aol.com

Tel. (603) 746-5820
Fax (603) 746-3899

# SHAWN POULIOT

## Present Value of the Life Care Plan of William H. Burke, Ph.D.

### SUMMARY OF COSTS

| | | |
|---|---|---:|
| A(a). | Medical Care - Routine (Part I) | $ 80,486 |
| A(b). | Medical Care - Routine (Part II) | $ 10,633 |
| B. | Medical Care - Surgical | $ 15,237 |
| C(a). | Medication / Medical Supplies (Part I) | $ 471,534 |
| C(b). | Medication / Medical Supplies (Part II) | $ 102,937 |
| C(c). | Medication / Medical Supplies (Part III) | $ 21,590 |
| D. | Therapeutic Intervention | $ 46,081 |
| E. | Support Services | $ 534,299 |
| F(a). | Medical Equipment (Part I) | $ 97,873 |
| F(b). | Medical Equipment (Part II) | $ 10,492 |
| F(c). | Medical Equipment (Part III) | $ 3,924 |
| G. | Mobility Equipment | $ 81,495 |
| H. | Transportation | $ 101,512 |

**Total Present Value of the Life Care Plan Cost:** $ 1,578,093

Respectfully submitted,

Allan S. McCausland, Ph.D.
February 16, 2005

PRESENT VALUE OF THE COST

OF THE LIFE CARE PLAN FOR

SHAWN POULIOT

Assumptions and Methodology

**LIFE CARE PLAN**

This Report determines a present value of the cost of lifetime care for Shawn Pouliot equal to **$1,578,093**. This is based on the Rehabilitation and Life Care Plan provided by William H. Burke, Ph.D. of Portsmouth, New Hampshire dated May 3, 2004. This Report covers the period from April 1, 2005 through Mr. Pouliot's normal life expectancy in the year 2047. Mr. Pouliot's normal life expectancy is based on information regarding Vital Statistics from the United States National Vital Statistics System, as published by the Centers for Disease Control and Prevention in the document titled United States Life Tables, 2002, November 10, 2004. Whenever Dr. Burke indicates a range or frequency, the midpoint of that range or frequency is used.

**A(a).   Medical Care – Routine (Part I)**

This Report determines a present value of the cost of Medical Care – Routine (Part I) for Shawn Pouliot equal to **$80,486**.

1.   Dr. Burke recommends a SCI Evaluation for Mr. Pouliot one (1) time every year throughout his life expectancy. The cost of SCI Evaluations is determined to be $1,779.00 per year.

2.   Dr. Burke recommends an additional PM&R Exam for Mr. Pouliot one (1) time every year throughout his life expectancy. The cost of additional PM&R Exams is determined to be $163.00 per year.

3.   Dr. Burke recommends an Orthopedic Surgery Exam for Mr. Pouliot one (1) time every year throughout his life expectancy. The cost of Orthopedic Surgery Exams is determined to be $163.00 per year.

4.   Dr. Burke recommends Enterostomal Therapist visits for Mr. Pouliot one (1) to two (2) times every year throughout his life expectancy. The cost of Enterostomal Therapist visits is determined to be $150.00 per year.

5.   Dr. Burke recommends Shoulder X-rays for Mr. Pouliot one (1) time every year throughout his life expectancy. The cost of Shoulder X-rays is determined to be $180.00 per year.

6.   Medical Care - Routine (Part I) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

### A(b).   Medical Care – Routine (Part II)

This Report determines a present value of the cost of Medical Care – Routine (Part II) for Shawn Pouliot equal to **$10,633**.

1. Dr. Burke recommends a KUB X-ray/IVP for Mr. Pouliot one (1) time every two (2) to three (3) years throughout his life expectancy. The cost of KUB X-rays/IVPs is determined to be $414.00 per study.

2. Dr. Burke recommends a Urinalysis for Mr. Pouliot two (2) to three (3) times every year throughout his life expectancy. The cost of Urinalyses is determined to be $25.00 per year.

3. Dr. Burke recommends a Urine Culture/Sensitivity for Mr. Pouliot two (2) to three (3) times every year throughout his life expectancy. The cost of Urine Cultures/Sensitivities is determined to be $112.50 per year.

4. Dr. Burke recommends a Flu Vaccination for Mr. Pouliot one (1) time every year throughout his life expectancy. The cost of Flu Vaccinations is determined to be $10.00 per year.

5. Dr. Burke recommends a Pneumonia Vaccination for Mr. Pouliot one (1) time every seven (7) to ten (10) years throughout his life expectancy. The cost of Pneumonia Vaccinations is determined to be $12.00 per event.

6. Medical Care - Routine (Part II) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### B.   Medical Care – Surgical

This Report determines a present value of the cost of Medical Care – Surgical for Shawn Pouliot equal to **$15,237**.

1. Dr. Burke recommends the Removal of Spinal Hardware for Mr. Pouliot one (1) time only in the year 2005. The cost of the Removal of Spinal Hardware is determined to be $15,422.00 in the year 2005.

2. Medical Care – Surgical costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

4

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005


### C(a).  Medication / Medical Supplies – (Part I)

This Report determines a present value of the cost of Medication / Medical Supplies – (Part I) for Shawn Pouliot equal to **$471,534**.

1.  Dr. Burke recommends Oxycontin for Mr. Pouliot throughout his life expectancy. The cost of Oxycontin is determined to be $4,104.79 per year.

2.  Dr. Burke recommends Percocet for Mr. Pouliot throughout his life expectancy. The cost of Percocet is determined to be $4,288.47 per year.

3.  Dr. Burke recommends TED Hose for Mr. Pouliot four (4) times per year throughout his life expectancy. The cost of TED Hose is determined to be $139.92 per year.

4.  Dr. Burke recommends a Bunny Boot for Mr. Pouliot one (1) time every three (3) years throughout his life expectancy. The cost of Bunny Boots is determined to be $64.00 per unit.

5.  Dr. Burke recommends Mentor Sterile Catheter Kits for Mr. Pouliot throughout his life expectancy. The cost of Mentor Sterile Catheter Kits is determined to be $5,978.70 per year.

6.  Medication / Medical Supply – (Part I) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.


### C(b).  Medication / Medical Supplies – (Part II)

This Report determines a present value of the cost of Medication / Medical Supplies – (Part II) for Shawn Pouliot equal to **$102,937**.

1.  Dr. Burke recommends Antibiotic Medication for Mr. Pouliot throughout his life expectancy. The cost of Antibiotic Medication is determined to be $371.96 per year.

2.  Dr. Burke recommends Dulcolax Suppositories for Mr. Pouliot throughout his life expectancy. The cost of Dulcolax Suppositories is determined to be $273.83 per year.

3.  Dr. Burke recommends Caltrate D for Mr. Pouliot throughout his life expectancy. The cost of Caltrate D is determined to be $94.66 per year.

4.  Dr. Burke recommends Convatec Wafers for Mr. Pouliot throughout his life expectancy. The cost of Convatec Wafers is determined to be $1,040.00 per year.

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

5.  Dr. Burke recommends OPAC Disposable Ostomy Pouches for Mr. Pouliot throughout his life expectancy. The cost of OPAC Disposable Ostomy Pouches is determined to be $1,392.50 per year.

6.  Medication / Medical Supply – (Part II) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### C(c). Medication / Medical Supplies – (Part III)

This Report determines a present value of the cost of Medication / Medical Supplies – (Part III) for Shawn Pouliot equal to **$21,590**.

1.  Dr. Burke recommends Stoma Paste for Mr. Pouliot throughout his life expectancy. The cost of Stoma Paste is determined to be $120.00 per year.

2.  Dr. Burke recommends Sure Prep for Mr. Pouliot throughout his life expectancy. The cost of Sure Prep is determined to be $32.76 per year.

3.  Dr. Burke recommends Tape Remover for Mr. Pouliot throughout his life expectancy. The cost of Tape Remover is determined to be $56.50 per year.

4.  Dr. Burke recommends Routine Daily Supplies for Mr. Pouliot throughout his life expectancy. The cost of Routine Daily Supplies is determined to be $456.25 per year.

5.  Medication / Medical Supply – (Part III) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### D. Therapeutic Intervention

This Report determines a present value of the cost of Therapeutic Intervention for Shawn Pouliot equal to **$46,081**.

1.  Dr. Burke recommends an additional Physical Therapy Prescriptive Evaluation for Mr. Pouliot one (1) time per year throughout his life expectancy. The cost of additional Physical Therapy Prescriptive Evaluations is determined to be $163.00 per year.

6

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005


2.  Dr. Burke recommends an additional Occupational Therapy Prescriptive Evaluation for Mr. Pouliot one (1) time per year throughout his life expectancy. The cost of additional Occupational Therapy Prescriptive Evaluations is determined to be $163.00 per year.

3.  Dr. Burke recommends Physical Therapy for Mr. Pouliot two (2) to three (3) times per week for twelve (12) weeks in the year 2005. The cost of Physical Therapy is determined to be $4,890.00 in the year 2005.

4.  Dr. Burke recommends Post-Operation Physical Therapy for Mr. Pouliot two (2) to three (3) times per week for six (6) weeks in the year 2005, following his Removal of Spinal Hardware procedure. The cost of Post-Operation Physical Therapy is determined to be $2,445.00 in the year 2005.

5.  Dr. Burke recommends Psychotherapy for Mr. Pouliot one (1) time per week for six (6) months, then two (2) times per month for six (6) months, and then eight (8) to ten (10) times per year thereafter. The cost of Psychotherapy is determined to be $2,838.00 in the year 2005, $1,122.00 in the year 2006, and then $792.00 per year thereafter.

6.  Therapeutic Intervention costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.


E.  **Support Services**

This Report determines a present value of the cost of Support Services for Shawn Pouliot equal to **$534,299**.

1.  Dr. Burke recommends a PCA/Homemaker for Mr. Pouliot two (2) hours per day for the years 2005 through 2021, and then four (4) hours per day for the years 2022 through his life expectancy. The annual cost of a PCA/Homemaker is determined to be $8,917.68 in the year 2005 and $24,154.28 in the year 2022.

2.  Dr. Burke recommends a Post-Operation Home Health Aid for Mr. Pouliot six (6) hours per day for four (4) weeks in the year 2005. The cost of a Post-Operation Home Health Aid is determined to be $2,052.29 in the year 2005.

3.  A one point eight percent (1.8%) real increase is applied to the cost of PCA/Homemakers and the Post-Operation Home Health Aid for each year beyond the year 2004. Productivity is a key element accounting for increases in real income (over and above inflation).

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

4.   Dr. Burke recommends Home & Yard Maintenance services for Mr. Pouliot ten (10) hours per month throughout his life expectancy. The cost of Home & Yard Maintenance is determined to be $1,296.00 per year.

5.   Support Service costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 2.5%. The 2.5% real rate of interest (market interest rate minus inflation rate) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### F(a).   Medical Equipment – (Part I)

This Report determines a present value of the cost of Medical Equipment – (Part I) for Shawn Pouliot equal to **$97,873**.

1.   Dr. Burke recommends a Freedom Bed for Mr. Pouliot one (1) time every ten (10) years throughout his life expectancy. The cost of Freedom Beds is determined to be $24,500.00 per unit.

2.   Dr. Burke recommends an Over-Bed Table for Mr. Pouliot one (1) time every ten (10) years throughout his life expectancy. The cost of an Over-Bed Tables is determined to be $162.50 per unit.

3.   Dr. Burke recommends a Raised Toilet Seat for Mr. Pouliot one (1) time every five (5) years throughout his life expectancy. The cost of Raised Toilet Seats is determined to be $50.00 per unit.

4.   Dr. Burke recommends a Tub Transfer Bench for Mr. Pouliot one (1) time every five (5) years throughout his life expectancy. The cost of Tub Transfer Benches is determined to be $115.00 per unit.

5.   Dr. Burke recommends a Hand Held Shower for Mr. Pouliot one (1) time every seven (7) years throughout his life expectancy. The cost of Hand Held Showers is determined to be $48.00 per unit.

6.   Medical Equipment – (Part I) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### F(b).   Medical Equipment – (Part II)

This Report determines a present value of the cost of Medical Equipment – (Part II) for Shawn Pouliot equal to **$10,492**.

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

8

1.      Dr. Burke recommends Tub & Toilet Grab Bars for Mr. Pouliot one (1) time every ten (10) to fifteen (15) years throughout his life expectancy. The cost of Tub & Toilet Grab Bars is determined to be $79.50 per set.

2.      Dr. Burke recommends a Standing Frame for Mr. Pouliot one (1) time every ten (10) to fifteen (15) years throughout his life expectancy. The cost of Standing Frames is determined to be $2,849.00 per unit.

3.      Dr. Burke recommends a Transfer Board for Mr. Pouliot one (1) time every five (5) years throughout his life expectancy. The cost of Transfer Boards is determined to be $45.00 per unit.

4.      Dr. Burke recommends a Digital BP Monitor for Mr. Pouliot one (1) time every five (5) years throughout his life expectancy. The cost of Digital BP Monitors is determined to be $120.00 per unit.

5.      Medical Equipment – (Part II) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### F(c).    Medical Equipment – (Part III)

This Report determines a present value of the cost of Medical Equipment – (Part III) for Shawn Pouliot equal to **$3,924**.

1.      Dr. Burke recommends a Digital Thermometer for Mr. Pouliot one (1) time every three (3) years throughout his life expectancy. The cost of Digital Thermometers is determined to be $12.50 per unit.

2.      Dr. Burke recommends a Skin Inspection Mirror for Mr. Pouliot one (1) time every five (5) years throughout his life expectancy. The cost of Skin Inspection Mirrors is determined to be $17.50 per unit.

3.      Dr. Burke recommends a replacement TENS Unit for Mr. Pouliot one (1) time every five (5) years from the year 2007 through his life expectancy. The cost of TENS Units is determined to be $155.53 per unit.

4.      Dr. Burke recommends TENS Unit Supplies for Mr. Pouliot every year throughout his life expectancy. The cost of TENS Unit Supplies is determined to be $79.87 per year.

5.      Medical Equipment – (Part III) costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.