McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

### G.  Mobility Equipment

This Report determines a present value of the cost of Mobility Equipment for Shawn Pouliot equal to **$81,495**.

1.  Dr. Burke recommends a replacement Invacare Arrow Power Wheelchair for Mr. Pouliot one (1) time every five (5) years from the year 2009 through his life expectancy. The cost of Invacare Arrow Power Wheelchairs is determined to be $11,580.00 per unit.

2.  Dr. Burke recommends a Ro-ho Cushion for the Power Wheelchair for Mr. Pouliot one (1) time every two (2) years throughout his life expectancy. The cost of Ro-ho Cushions is determined to be $295.00 per unit.

3.  Dr. Burke recommends a Quickie Lightweight Manual Wheelchair for Mr. Pouliot one (1) time every seven (7) years throughout his life expectancy. The cost of Quickie Lightweight Manual Wheelchairs is determined to be $594.00 per unit.

4.  Dr. Burke recommends a Ro-ho Cushion for the Manual Wheelchair for Mr. Pouliot one (1) time every four (4) years throughout his life expectancy. The cost of Ro-ho Cushions is determined to be $295.00 per unit.

5.  Mobility Equipment costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 1.25%. The 1.25% real rate of interest (market interest rate minus recent medical care inflation rates) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

### H.  Transportation

This Report determines a present value of the cost of Transportation for Shawn Pouliot equal to **$101,512**.

1.  Dr. Burke recommends Modifications to a Mini-Van for Wheelchair Transport for Mr. Pouliot one (1) time every five (5) years from the year 2009 through his life expectancy. The cost of Modifications to a Mini-Van for Wheelchair Transport is determined to be $8,800.00 per event.

2.  Dr. Burke recommends Hand Controls for Mr. Pouliot one (1) time every five (5) years from the year 2009 through his life expectancy. The cost of Hand Controls is determined to be $925.00 per set.

McCausland Economic Associates, LLC
Life Care Plan Assumptions and Methodology - Shawn Pouliot
February 16, 2005

3. Dr. Burke recommends an allowance for Additional Ownership and Operating Expenses for Mr. Pouliot every year throughout his life expectancy. The cost of Additional Ownership and Operating Expenses is determined to be $1,607.00 per year.

4. Dr. Burke recommends Modifications Maintenance for Mr. Pouliot every year throughout his life expectancy. The cost of Modifications Maintenance is determined to be $175.00 per year.

5. Dr. Burke recommends Cellular Phone Service for Mr. Pouliot every year throughout his life expectancy. The cost of Cellular Phone Service is determined to be $360.00 per year.

6. Transportation costs projected beyond December 31, 2004 are discounted to the present value using a real rate of interest of 2.5%. The 2.5% real rate of interest (market interest rate minus inflation rate) is based on the average historical real rate of interest of relatively risk free bonds. No inflationary increases are allowed beyond December 31, 2004.

A(a).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medical Care - Routine (Part I)

| SCI Evaluation | PM&R Exam | Orthopedic Surgery Exam | Enterostomal Therapist | Shoulder X-rays | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.988 | 2405.78 | 2005 | 35 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.975 | 2374.13 | 2006 | 36 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.963 | 2344.91 | 2007 | 37 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.952 | 2318.12 | 2008 | 38 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.940 | 2288.90 | 2009 | 39 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.928 | 2259.68 | 2010 | 40 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.917 | 2232.90 | 2011 | 41 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.905 | 2203.68 | 2012 | 42 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.894 | 2176.89 | 2013 | 43 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.883 | 2150.11 | 2014 | 44 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.872 | 2123.32 | 2015 | 45 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.862 | 2098.97 | 2016 | 46 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.851 | 2072.19 | 2017 | 47 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.840 | 2045.40 | 2018 | 48 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.830 | 2021.05 | 2019 | 49 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.820 | 1996.70 | 2020 | 50 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.810 | 1972.35 | 2021 | 51 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.800 | 1948.00 | 2022 | 52 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.790 | 1923.65 | 2023 | 53 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.780 | 1899.30 | 2024 | 54 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.770 | 1874.95 | 2025 | 55 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.761 | 1853.04 | 2026 | 56 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.751 | 1828.69 | 2027 | 57 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.742 | 1806.77 | 2028 | 58 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.733 | 1784.86 | 2029 | 59 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.724 | 1762.94 | 2030 | 60 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.715 | 1741.03 | 2031 | 61 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.706 | 1719.11 | 2032 | 62 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.697 | 1697.20 | 2033 | 63 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.689 | 1677.72 | 2034 | 64 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.680 | 1655.80 | 2035 | 65 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.672 | 1636.32 | 2036 | 66 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.664 | 1616.84 | 2037 | 67 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.655 | 1594.93 | 2038 | 68 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.647 | 1575.45 | 2039 | 69 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.639 | 1555.97 | 2040 | 70 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.632 | 1538.92 | 2041 | 71 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.624 | 1519.44 | 2042 | 72 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.616 | 1499.96 | 2043 | 73 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.608 | 1480.48 | 2044 | 74 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.601 | 1463.44 | 2045 | 75 |
| 1779.00 | 163.00 | 163.00 | 150.00 | 180.00 | 2435.00 | 0.593 | 1443.96 | 2046 | 76 |
| 1779.00 | * | 163.00 | 100.00 ** | 180.00 | 2222.00 | 0.586 | 1302.09 | 2047 | 77 |

**Total Present Value of Medical Care - Routine (Part I) Costs:**                                                                 **$80,486**

* One (1) exam only in the year 2047 which is included in the SCI Evaluation
** Represents one (1) exam/visit.

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

A(b).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medical Care - Routine (Part II)

| KUB X-ray IVP | Urinalysis | Urine Culture /Sensitivity | Flu Vax | Pneumo Vax | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
| 414.00 | 25.00 | 112.50 | 10.00 | 12.00 | 573.50 | 0.988 | 566.62 | 2005 | 35 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.975 | 143.81 | 2006 | 36 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.963 | 540.72 | 2007 | 37 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.952 | 140.42 | 2008 | 38 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.940 | 138.65 | 2009 | 39 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.928 | 521.07 | 2010 | 40 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.917 | 135.26 | 2011 | 41 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.905 | 508.16 | 2012 | 42 |
|  | 25.00 | 112.50 | 10.00 | 12.00 | 159.50 | 0.894 | 142.59 | 2013 | 43 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.883 | 130.24 | 2014 | 44 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.872 | 489.63 | 2015 | 45 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.862 | 127.15 | 2016 | 46 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.851 | 477.84 | 2017 | 47 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.840 | 123.90 | 2018 | 48 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.830 | 122.43 | 2019 | 49 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.820 | 460.43 | 2020 | 50 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.810 | 119.48 | 2021 | 51 |
| 414.00 | 25.00 | 112.50 | 10.00 | 12.00 | 573.50 | 0.800 | 458.80 | 2022 | 52 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.790 | 116.53 | 2023 | 53 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.780 | 115.05 | 2024 | 54 |
| 14.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.770 | 432.36 | 2025 | 55 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.761 | 112.25 | 2026 | 56 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.751 | 421.69 | 2027 | 57 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.742 | 109.45 | 2028 | 58 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.733 | 108.12 | 2029 | 59 |
| 414.00 | 25.00 | 112.50 | 10.00 | 12.00 | 573.50 | 0.724 | 415.21 | 2030 | 60 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.715 | 105.46 | 2031 | 61 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.706 | 396.42 | 2032 | 62 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.697 | 102.81 | 2033 | 63 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.689 | 101.63 | 2034 | 64 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.680 | 381.82 | 2035 | 65 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.672 | 99.12 | 2036 | 66 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.664 | 372.84 | 2037 | 67 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.655 | 96.61 | 2038 | 68 |
|  | 25.00 | 112.50 | 10.00 | 12.00 | 159.50 | 0.647 | 103.20 | 2039 | 69 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.639 | 358.80 | 2040 | 70 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.632 | 93.22 | 2041 | 71 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.624 | 350.38 | 2042 | 72 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.616 | 90.86 | 2043 | 73 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.608 | 89.68 | 2044 | 74 |
| 414.00 | 25.00 | 112.50 | 10.00 |  | 561.50 | 0.601 | 337.46 | 2045 | 75 |
|  | 25.00 | 112.50 | 10.00 |  | 147.50 | 0.593 | 87.47 | 2046 | 76 |
| 414.00 | 10.00 * | 45.00 * | 10.00 | 12.00 | 491.00 | 0.586 | 287.73 | 2047 | 77 |

**Total Present Value of Medical Care - Routine (Part II) Costs:**    $10,633

\* represents one (1) exam/visit.

All care is determined to begin on April 1, 2005.

B.

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medical Care - Surgical

| Removal of Spinal Hardware | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|
| 15422.00 | 15422.00 | 0.988 | 15236.94 | 2005 | 35 |
|  | 0.00 | 0.975 | 0.00 | 2006 | 36 |
|  | 0.00 | 0.963 | 0.00 | 2007 | 37 |
|  | 0.00 | 0.952 | 0.00 | 2008 | 38 |
|  | 0.00 | 0.940 | 0.00 | 2009 | 39 |
|  | 0.00 | 0.928 | 0.00 | 2010 | 40 |
|  | 0.00 | 0.917 | 0.00 | 2011 | 41 |
|  | 0.00 | 0.905 | 0.00 | 2012 | 42 |
|  | 0.00 | 0.894 | 0.00 | 2013 | 43 |
|  | 0.00 | 0.883 | 0.00 | 2014 | 44 |
|  | 0.00 | 0.872 | 0.00 | 2015 | 45 |
|  | 0.00 | 0.862 | 0.00 | 2016 | 46 |
|  | 0.00 | 0.851 | 0.00 | 2017 | 47 |
|  | 0.00 | 0.840 | 0.00 | 2018 | 48 |
|  | 0.00 | 0.830 | 0.00 | 2019 | 49 |
|  | 0.00 | 0.820 | 0.00 | 2020 | 50 |
|  | 0.00 | 0.810 | 0.00 | 2021 | 51 |
|  | 0.00 | 0.800 | 0.00 | 2022 | 52 |
|  | 0.00 | 0.790 | 0.00 | 2023 | 53 |
|  | 0.00 | 0.780 | 0.00 | 2024 | 54 |
|  | 0.00 | 0.770 | 0.00 | 2025 | 55 |
|  | 0.00 | 0.761 | 0.00 | 2026 | 56 |
|  | 0.00 | 0.751 | 0.00 | 2027 | 57 |
|  | 0.00 | 0.742 | 0.00 | 2028 | 58 |
|  | 0.00 | 0.733 | 0.00 | 2029 | 59 |
|  | 0.00 | 0.724 | 0.00 | 2030 | 60 |
|  | 0.00 | 0.715 | 0.00 | 2031 | 61 |
|  | 0.00 | 0.706 | 0.00 | 2032 | 62 |
|  | 0.00 | 0.697 | 0.00 | 2033 | 63 |
|  | 0.00 | 0.689 | 0.00 | 2034 | 64 |
|  | 0.00 | 0.680 | 0.00 | 2035 | 65 |
|  | 0.00 | 0.672 | 0.00 | 2036 | 66 |
|  | 0.00 | 0.664 | 0.00 | 2037 | 67 |
|  | 0.00 | 0.655 | 0.00 | 2038 | 68 |
|  | 0.00 | 0.647 | 0.00 | 2039 | 69 |
|  | 0.00 | 0.639 | 0.00 | 2040 | 70 |
|  | 0.00 | 0.632 | 0.00 | 2041 | 71 |
|  | 0.00 | 0.624 | 0.00 | 2042 | 72 |
|  | 0.00 | 0.616 | 0.00 | 2043 | 73 |
|  | 0.00 | 0.608 | 0.00 | 2044 | 74 |
|  | 0.00 | 0.601 | 0.00 | 2045 | 75 |
|  | 0.00 | 0.593 | 0.00 | 2046 | 76 |
|  | 0.00 | 0.586 | 0.00 | 2047 | 77 |

**Total PV of Medical Care-Surgical Costs:** $15,237

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

C(a).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medication / Medical Supplies (Part I)

| Oxycontin | | Percocet | | TED Hose | | Bunny Boot | Mentor Catheter Kits | | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3078.59 | * | 3216.35 | * | 104.94 | * | 64.00 | 4484.03 | * | 10947.91 | 0.988 | 10816.54 | 2005 | 35 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.975 | 14149.08 | 2006 | 36 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.963 | 13974.94 | 2007 | 37 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.952 | 13876.24 | 2008 | 38 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.940 | 13641.17 | 2009 | 39 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.928 | 13467.02 | 2010 | 40 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.917 | 13366.08 | 2011 | 41 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.905 | 13133.25 | 2012 | 42 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.894 | 12973.62 | 2013 | 43 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.883 | 12870.50 | 2014 | 44 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.872 | 12654.36 | 2015 | 45 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.862 | 12509.24 | 2016 | 46 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.851 | 12404.07 | 2017 | 47 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.840 | 12189.98 | 2018 | 48 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.830 | 12044.86 | 2019 | 49 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.820 | 11952.22 | 2020 | 50 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.810 | 11754.62 | 2021 | 51 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.800 | 11609.50 | 2022 | 52 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.790 | 11514.95 | 2023 | 53 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.780 | 11319.27 | 2024 | 54 |
| 04.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.770 | 11174.15 | 2025 | 55 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.761 | 11092.24 | 2026 | 56 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.751 | 10898.42 | 2027 | 57 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.742 | 10767.81 | 2028 | 58 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.733 | 10684.12 | 2029 | 59 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.724 | 10506.60 | 2030 | 60 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.715 | 10375.99 | 2031 | 61 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.706 | 10290.57 | 2032 | 62 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.697 | 10114.78 | 2033 | 63 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.689 | 9998.69 | 2034 | 64 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.680 | 9911.60 | 2035 | 65 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.672 | 9751.98 | 2036 | 66 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.664 | 9635.89 | 2037 | 67 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.655 | 9547.20 | 2038 | 68 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.647 | 9389.19 | 2039 | 69 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.639 | 9273.09 | 2040 | 70 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.632 | 9211.96 | 2041 | 71 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.624 | 9055.41 | 2042 | 72 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.616 | 8939.32 | 2043 | 73 |
| 4104.79 | | 4288.47 | | 139.92 | | 64.00 | 5978.70 | | 14575.88 | 0.608 | 8862.14 | 2044 | 74 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.601 | 8721.64 | 2045 | 75 |
| 4104.79 | | 4288.47 | | 139.92 | | | 5978.70 | | 14511.88 | 0.593 | 8605.54 | 2046 | 76 |
| 1190.39 | ** | 1243.66 | ** | 40.58 | ** | 64.00 | 1733.82 | ** | 4272.45 | 0.586 | 2503.66 | 2047 | 77 |

**Total Present Value of Medication / Medical Supply (Part I) Costs:**                                             **$471,534**

\*presents 75% of the year 2005.
Represents 29% of the year 2047.

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

C(b).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medication / Medical Supplies (Part II)

| Antibiotic Medication | Dulcolax Suppository | Caltrate D | Convatec Wafer | OPAC Ostomy Pouch | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 2379.71 * | 0.988 | 2351.15 | 2005 | 35 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.975 | 3093.63 | 2006 | 36 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.963 | 3055.55 | 2007 | 37 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.952 | 3020.65 | 2008 | 38 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.940 | 2982.57 | 2009 | 39 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.928 | 2944.50 | 2010 | 40 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.917 | 2909.60 | 2011 | 41 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.905 | 2871.52 | 2012 | 42 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.894 | 2836.62 | 2013 | 43 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.883 | 2801.71 | 2014 | 44 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.872 | 2766.81 | 2015 | 45 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.862 | 2735.08 | 2016 | 46 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.851 | 2700.18 | 2017 | 47 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.840 | 2665.28 | 2018 | 48 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.830 | 2633.55 | 2019 | 49 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.820 | 2601.82 | 2020 | 50 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.810 | 2570.09 | 2021 | 51 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.800 | 2538.36 | 2022 | 52 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.790 | 2506.63 | 2023 | 53 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.780 | 2474.90 | 2024 | 54 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.770 | 2443.17 | 2025 | 55 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.761 | 2414.61 | 2026 | 56 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.751 | 2382.89 | 2027 | 57 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.742 | 2354.33 | 2028 | 58 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.733 | 2325.77 | 2029 | 59 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.724 | 2297.22 | 2030 | 60 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.715 | 2268.66 | 2031 | 61 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.706 | 2240.10 | 2032 | 62 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.697 | 2211.55 | 2033 | 63 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.689 | 2186.16 | 2034 | 64 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.680 | 2157.61 | 2035 | 65 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.672 | 2132.22 | 2036 | 66 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.664 | 2106.84 | 2037 | 67 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.655 | 2078.28 | 2038 | 68 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.647 | 2052.90 | 2039 | 69 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.639 | 2027.52 | 2040 | 70 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.632 | 2005.30 | 2041 | 71 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.624 | 1979.92 | 2042 | 72 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.616 | 1954.54 | 2043 | 73 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.608 | 1929.15 | 2044 | 74 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.601 | 1906.94 | 2045 | 75 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 3172.95 | 0.593 | 1881.56 | 2046 | 76 |
| 371.96 | 273.83 | 94.66 | 1040.00 | 1392.50 | 920.16 ** | 0.586 | 539.21 | 2047 | 77 |

**Total Present Value of Medication / Medical Supply (Part II) Costs:**          **$102,937**

* presents 75% of the year 2005.
** Represents 29% of the year 2047.

All care is determined to begin on April 1, 2005.

C(c).

## SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medication / Medical Supplies (Part III)

| Stoma Paste | Sure Prep | Tape Remover | Routine Daily Supplies | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|
| 120.00 | 32.76 | 56.50 | 456.25 | 499.13 * | 0.988 | 493.14 | 2005 | 35 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.975 | 648.87 | 2006 | 36 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.963 | 640.89 | 2007 | 37 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.952 | 633.57 | 2008 | 38 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.940 | 625.58 | 2009 | 39 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.928 | 617.59 | 2010 | 40 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.917 | 610.27 | 2011 | 41 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.905 | 602.29 | 2012 | 42 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.894 | 594.97 | 2013 | 43 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.883 | 587.65 | 2014 | 44 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.872 | 580.32 | 2015 | 45 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.862 | 573.67 | 2016 | 46 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.851 | 566.35 | 2017 | 47 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.840 | 559.03 | 2018 | 48 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.830 | 552.37 | 2019 | 49 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.820 | 545.72 | 2020 | 50 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.810 | 539.06 | 2021 | 51 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.800 | 532.41 | 2022 | 52 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.790 | 525.75 | 2023 | 53 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.780 | 519.10 | 2024 | 54 |
| 20.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.770 | 512.44 | 2025 | 55 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.761 | 506.45 | 2026 | 56 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.751 | 499.80 | 2027 | 57 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.742 | 493.81 | 2028 | 58 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.733 | 487.82 | 2029 | 59 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.724 | 481.83 | 2030 | 60 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.715 | 475.84 | 2031 | 61 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.706 | 469.85 | 2032 | 62 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.697 | 463.86 | 2033 | 63 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.689 | 458.54 | 2034 | 64 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.680 | 452.55 | 2035 | 65 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.672 | 447.22 | 2036 | 66 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.664 | 441.90 | 2037 | 67 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.655 | 435.91 | 2038 | 68 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.647 | 430.58 | 2039 | 69 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.639 | 425.26 | 2040 | 70 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.632 | 420.60 | 2041 | 71 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.624 | 415.28 | 2042 | 72 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.616 | 409.95 | 2043 | 73 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.608 | 404.63 | 2044 | 74 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.601 | 399.97 | 2045 | 75 |
| 120.00 | 32.76 | 56.50 | 456.25 | 665.51 | 0.593 | 394.65 | 2046 | 76 |
| 120.00 | 32.76 | 56.50 | 456.25 | 193.00 ** | 0.586 | 113.10 | 2047 | 77 |

**Total Present Value of Medication / Medical Supply (Part III) Costs:**          $21,590

\* epresents 75% of the year 2005.
\*\* epresents 29% of the year 2047.

All care is determined to begin on April 1, 2005.

D.

## SHAWN POULIOT
### Life Care Plan of
### William H. Burke, Ph.D.
#### Therapeutic Intervention

| Physical Therapy Evaluations | Occupational Therapy Evaluations | Physical Therapy | Physical Therapy Post-Op | Psychotherapy | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
| 163.00 | 163.00 | 4890.00 | 2445.00 | 2838.00 | 10499.00 | 0.988 | 10373.01 | 2005 | 35 |
| 163.00 | 163.00 | | | 1122.00 | 1448.00 | 0.975 | 1411.80 | 2006 | 36 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.963 | 1076.63 | 2007 | 37 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.952 | 1064.34 | 2008 | 38 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.940 | 1050.92 | 2009 | 39 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.928 | 1037.50 | 2010 | 40 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.917 | 1025.21 | 2011 | 41 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.905 | 1011.79 | 2012 | 42 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.894 | 999.49 | 2013 | 43 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.883 | 987.19 | 2014 | 44 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.872 | 974.90 | 2015 | 45 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.862 | 963.72 | 2016 | 46 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.851 | 951.42 | 2017 | 47 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.840 | 939.12 | 2018 | 48 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.830 | 927.94 | 2019 | 49 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.820 | 916.76 | 2020 | 50 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.810 | 905.58 | 2021 | 51 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.800 | 894.40 | 2022 | 52 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.790 | 883.22 | 2023 | 53 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.780 | 872.04 | 2024 | 54 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.770 | 860.86 | 2025 | 55 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.761 | 850.80 | 2026 | 56 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.751 | 839.62 | 2027 | 57 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.742 | 829.56 | 2028 | 58 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.733 | 819.49 | 2029 | 59 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.724 | 809.43 | 2030 | 60 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.715 | 799.37 | 2031 | 61 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.706 | 789.31 | 2032 | 62 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.697 | 779.25 | 2033 | 63 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.689 | 770.30 | 2034 | 64 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.680 | 760.24 | 2035 | 65 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.672 | 751.30 | 2036 | 66 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.664 | 742.35 | 2037 | 67 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.655 | 732.29 | 2038 | 68 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.647 | 723.35 | 2039 | 69 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.639 | 714.40 | 2040 | 70 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.632 | 706.58 | 2041 | 71 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.624 | 697.63 | 2042 | 72 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.616 | 688.69 | 2043 | 73 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.608 | 679.74 | 2044 | 74 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.601 | 671.92 | 2045 | 75 |
| 163.00 | 163.00 | | | 792.00 | 1118.00 | 0.593 | 662.97 | 2046 | 76 |
| * | * | | | 792.00 | 229.68 ** | 0.586 | 134.59 | 2047 | 77 |

**Total Present Value of Therapeutic Intervention Costs:**     **$46,081**

\* One (1) exam only in the year 2047 which is included in the SCI Evaluation
\*\* Represents 29% of the year 2047.

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

E.

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Support Services

| PCA / Homemaker | Home Health Aid | Home & Yard Maintenance | Annual Total | Real Disc. Rate 2.5% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|
| 6688.26 * | 2052.29 | 1296.00 | 10036.55 | 0.976 | 9795.67 | 2005 | 35 |
| 9078.20 | | 1296.00 | 10374.20 | 0.952 | 9876.24 | 2006 | 36 |
| 9241.61 | | 1296.00 | 10537.61 | 0.929 | 9789.44 | 2007 | 37 |
| 9407.96 | | 1296.00 | 10703.96 | 0.906 | 9697.79 | 2008 | 38 |
| 9577.30 | | 1296.00 | 10873.30 | 0.884 | 9612.00 | 2009 | 39 |
| 9749.69 | | 1296.00 | 11045.69 | 0.862 | 9521.38 | 2010 | 40 |
| 9925.18 | | 1296.00 | 11221.18 | 0.841 | 9437.01 | 2011 | 41 |
| 10103.83 | | 1296.00 | 11399.83 | 0.821 | 9359.26 | 2012 | 42 |
| 10285.70 | | 1296.00 | 11581.70 | 0.801 | 9276.94 | 2013 | 43 |
| 10470.84 | | 1296.00 | 11766.84 | 0.781 | 9189.90 | 2014 | 44 |
| 10659.32 | | 1296.00 | 11955.32 | 0.762 | 9109.95 | 2015 | 45 |
| 10851.19 | | 1296.00 | 12147.19 | 0.744 | 9037.51 | 2016 | 46 |
| 11046.51 | | 1296.00 | 12342.51 | 0.725 | 8948.32 | 2017 | 47 |
| 11245.35 | | 1296.00 | 12541.35 | 0.708 | 8879.28 | 2018 | 48 |
| 11447.77 | | 1296.00 | 12743.77 | 0.690 | 8793.20 | 2019 | 49 |
| 11653.83 | | 1296.00 | 12949.83 | 0.674 | 8728.19 | 2020 | 50 |
| 11863.60 | | 1296.00 | 13159.60 | 0.657 | 8645.86 | 2021 | 51 |
| 24154.28 ** | | 1296.00 | 25450.28 | 0.641 | 16313.63 | 2022 | 52 |
| 24589.06 | | 1296.00 | 25885.06 | 0.626 | 16204.05 | 2023 | 53 |
| 25031.66 | | 1296.00 | 26327.66 | 0.610 | 16059.87 | 2024 | 54 |
| 25482.23 | | 1296.00 | 26778.23 | 0.595 | 15933.05 | 2025 | 55 |
| 25940.91 | | 1296.00 | 27236.91 | 0.581 | 15824.64 | 2026 | 56 |
| 26407.85 | | 1296.00 | 27703.85 | 0.567 | 15708.08 | 2027 | 57 |
| 26883.19 | | 1296.00 | 28179.19 | 0.553 | 15583.09 | 2028 | 58 |
| 27367.09 | | 1296.00 | 28663.09 | 0.539 | 15449.41 | 2029 | 59 |
| 27859.70 | | 1296.00 | 29155.70 | 0.526 | 15335.90 | 2030 | 60 |
| 28361.17 | | 1296.00 | 29657.17 | 0.513 | 15214.13 | 2031 | 61 |
| 28871.67 | | 1296.00 | 30167.67 | 0.501 | 15114.00 | 2032 | 62 |
| 29391.36 | | 1296.00 | 30687.36 | 0.489 | 15006.12 | 2033 | 63 |
| 29920.40 | | 1296.00 | 31216.40 | 0.477 | 14890.22 | 2034 | 64 |
| 30458.97 | | 1296.00 | 31754.97 | 0.465 | 14766.06 | 2035 | 65 |
| 31007.23 | | 1296.00 | 32303.23 | 0.454 | 14665.67 | 2036 | 66 |
| 31565.36 | | 1296.00 | 32861.36 | 0.443 | 14557.58 | 2037 | 67 |
| 32133.54 | | 1296.00 | 33429.54 | 0.432 | 14441.56 | 2038 | 68 |
| 32711.94 | | 1296.00 | 34007.94 | 0.421 | 14317.34 | 2039 | 69 |
| 33300.75 | | 1296.00 | 34596.75 | 0.411 | 14219.26 | 2040 | 70 |
| 33900.16 | | 1296.00 | 35196.16 | 0.401 | 14113.66 | 2041 | 71 |
| 34510.36 | | 1296.00 | 35806.36 | 0.391 | 14000.29 | 2042 | 72 |
| 35131.55 | | 1296.00 | 36427.55 | 0.382 | 13915.32 | 2043 | 73 |
| 35763.92 | | 1296.00 | 37059.92 | 0.372 | 13786.29 | 2044 | 74 |
| 36407.67 | | 1296.00 | 37703.67 | 0.363 | 13686.43 | 2045 | 75 |
| 37063.01 | | 1296.00 | 38359.01 | 0.354 | 13579.09 | 2046 | 76 |
| 37730.14 | | 1296.00 | 11317.58 *** | 0.346 | 3915.88 | 2047 | 77 |

**Total Present Value of Support Service Costs:**            $534,299

\* Represents 75% of the year 2005.
\*\* Represents an increase from two hours per day to four hours per day at age 52.
\*\*\* Represents 29% of the year 2047.

PCA/Homemaker and Home Health Aid costs are increased by a 1.8% real increase for each year beyond 2004.

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

F(a).

## SHAWN POULIOT
### Life Care Plan of
### William H. Burke, Ph.D.
### Medical Equipment (Part I)

| Freedom Bed | Over bed Table | Raised Toilet Seat | Tub Transfer Bench | Hand Held Shower | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
| 24500.00 | 162.50 | 50.00 | 115.00 | 48.00 | 24875.50 | 0.988 | 24576.99 | 2005 | 35 |
| | | | | | 0.00 | 0.975 | 0.00 | 2006 | 36 |
| | | | | | 0.00 | 0.963 | 0.00 | 2007 | 37 |
| | | | | | 0.00 | 0.952 | 0.00 | 2008 | 38 |
| | | | | | 0.00 | 0.940 | 0.00 | 2009 | 39 |
| | | 50.00 | 115.00 | | 165.00 | 0.928 | 153.12 | 2010 | 40 |
| | | | | | 0.00 | 0.917 | 0.00 | 2011 | 41 |
| | | | | 48.00 | 48.00 | 0.905 | 43.44 | 2012 | 42 |
| | | | | | 0.00 | 0.894 | 0.00 | 2013 | 43 |
| | | | | | 0.00 | 0.883 | 0.00 | 2014 | 44 |
| 24500.00 | 162.50 | 50.00 | 115.00 | | 24827.50 | 0.872 | 21649.58 | 2015 | 45 |
| | | | | | 0.00 | 0.862 | 0.00 | 2016 | 46 |
| | | | | | 0.00 | 0.851 | 0.00 | 2017 | 47 |
| | | | | | 0.00 | 0.840 | 0.00 | 2018 | 48 |
| | | | | 48.00 | 48.00 | 0.830 | 39.84 | 2019 | 49 |
| | | 50.00 | 115.00 | | 165.00 | 0.820 | 135.30 | 2020 | 50 |
| | | | | | 0.00 | 0.810 | 0.00 | 2021 | 51 |
| | | | | | 0.00 | 0.800 | 0.00 | 2022 | 52 |
| | | | | | 0.00 | 0.790 | 0.00 | 2023 | 53 |
| | | | | | 0.00 | 0.780 | 0.00 | 2024 | 54 |
| ^4500.00 | 162.50 | 50.00 | 115.00 | | 24827.50 | 0.770 | 19117.18 | 2025 | 55 |
| | | | | 48.00 | 48.00 | 0.761 | 36.53 | 2026 | 56 |
| | | | | | 0.00 | 0.751 | 0.00 | 2027 | 57 |
| | | | | | 0.00 | 0.742 | 0.00 | 2028 | 58 |
| | | | | | 0.00 | 0.733 | 0.00 | 2029 | 59 |
| | | 50.00 | 115.00 | | 165.00 | 0.724 | 119.46 | 2030 | 60 |
| | | | | | 0.00 | 0.715 | 0.00 | 2031 | 61 |
| | | | | | 0.00 | 0.706 | 0.00 | 2032 | 62 |
| | | | | 48.00 | 48.00 | 0.697 | 33.46 | 2033 | 63 |
| | | | | | 0.00 | 0.689 | 0.00 | 2034 | 64 |
| 24500.00 | 162.50 | 50.00 | 115.00 | | 24827.50 | 0.680 | 16882.70 | 2035 | 65 |
| | | | | | 0.00 | 0.672 | 0.00 | 2036 | 66 |
| | | | | | 0.00 | 0.664 | 0.00 | 2037 | 67 |
| | | | | | 0.00 | 0.655 | 0.00 | 2038 | 68 |
| | | | | | 0.00 | 0.647 | 0.00 | 2039 | 69 |
| | | 50.00 | 115.00 | 48.00 | 213.00 | 0.639 | 136.11 | 2040 | 70 |
| | | | | | 0.00 | 0.632 | 0.00 | 2041 | 71 |
| | | | | | 0.00 | 0.624 | 0.00 | 2042 | 72 |
| | | | | | 0.00 | 0.616 | 0.00 | 2043 | 73 |
| | | | | | 0.00 | 0.608 | 0.00 | 2044 | 74 |
| 24500.00 | 162.50 | 50.00 | 115.00 | | 24827.50 | 0.601 | 14921.33 | 2045 | 75 |
| | | | | | 0.00 | 0.593 | 0.00 | 2046 | 76 |
| | | | | 48.00 | 48.00 | 0.586 | 28.13 | 2047 | 77 |

**Total Present Value of Medical Equipment (Part I) Costs:**                               **$97,873**

* " care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

F(b).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medical Equipment (Part II)

| Grab Bars Tub & Toilet | Standing Frame | Transfer Board | Digital BP Monitor | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|
| 79.50 | 2849.00 | 45.00 | 120.00 | 3093.50 | 0.988 | 3056.38 | 2005 | 35 |
| | | | | 0.00 | 0.975 | 0.00 | 2006 | 36 |
| | | | | 0.00 | 0.963 | 0.00 | 2007 | 37 |
| | | | | 0.00 | 0.952 | 0.00 | 2008 | 38 |
| | | | | 0.00 | 0.940 | 0.00 | 2009 | 39 |
| | | 45.00 | 120.00 | 165.00 | 0.928 | 153.12 | 2010 | 40 |
| | | | | 0.00 | 0.917 | 0.00 | 2011 | 41 |
| | | | | 0.00 | 0.905 | 0.00 | 2012 | 42 |
| | | | | 0.00 | 0.894 | 0.00 | 2013 | 43 |
| | | | | 0.00 | 0.883 | 0.00 | 2014 | 44 |
| | | 45.00 | 120.00 | 165.00 | 0.872 | 143.88 | 2015 | 45 |
| | | | | 0.00 | 0.862 | 0.00 | 2016 | 46 |
| 79.50 | 2849.00 | | | 2928.50 | 0.851 | 2492.15 | 2017 | 47 |
| | | | | 0.00 | 0.840 | 0.00 | 2018 | 48 |
| | | | | 0.00 | 0.830 | 0.00 | 2019 | 49 |
| | | 45.00 | 120.00 | 165.00 | 0.820 | 135.30 | 2020 | 50 |
| | | | | 0.00 | 0.810 | 0.00 | 2021 | 51 |
| | | | | 0.00 | 0.800 | 0.00 | 2022 | 52 |
| | | | | 0.00 | 0.790 | 0.00 | 2023 | 53 |
| | | | | 0.00 | 0.780 | 0.00 | 2024 | 54 |
| | | 45.00 | 120.00 | 165.00 | 0.770 | 127.05 | 2025 | 55 |
| | | | | 0.00 | 0.761 | 0.00 | 2026 | 56 |
| | | | | 0.00 | 0.751 | 0.00 | 2027 | 57 |
| | | | | 0.00 | 0.742 | 0.00 | 2028 | 58 |
| | | | | 0.00 | 0.733 | 0.00 | 2029 | 59 |
| 79.50 | 2849.00 | 45.00 | 120.00 | 3093.50 | 0.724 | 2239.69 | 2030 | 60 |
| | | | | 0.00 | 0.715 | 0.00 | 2031 | 61 |
| | | | | 0.00 | 0.706 | 0.00 | 2032 | 62 |
| | | | | 0.00 | 0.697 | 0.00 | 2033 | 63 |
| | | | | 0.00 | 0.689 | 0.00 | 2034 | 64 |
| | | 45.00 | 120.00 | 165.00 | 0.680 | 112.20 | 2035 | 65 |
| | | | | 0.00 | 0.672 | 0.00 | 2036 | 66 |
| | | | | 0.00 | 0.664 | 0.00 | 2037 | 67 |
| | | | | 0.00 | 0.655 | 0.00 | 2038 | 68 |
| | | | | 0.00 | 0.647 | 0.00 | 2039 | 69 |
| | | 45.00 | 120.00 | 165.00 | 0.639 | 105.44 | 2040 | 70 |
| | | | | 0.00 | 0.632 | 0.00 | 2041 | 71 |
| 79.50 | 2849.00 | | | 2928.50 | 0.624 | 1827.38 | 2042 | 72 |
| | | | | 0.00 | 0.616 | 0.00 | 2043 | 73 |
| | | | | 0.00 | 0.608 | 0.00 | 2044 | 74 |
| | | 45.00 | 120.00 | 165.00 | 0.601 | 99.17 | 2045 | 75 |
| | | | | 0.00 | 0.593 | 0.00 | 2046 | 76 |
| | | | | 0.00 | 0.586 | 0.00 | 2047 | 77 |

al Present Value of Medical Equipment (Part II) Costs:                    $10,492

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

F(c).

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Medical Equipment (Part III)

| Digital Thermometer | Skin Inspection Mirror | TENS Unit | TENS Unit Supplies | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|
| 12.50 | 17.50 |  | 59.90 * | 89.90 | 0.988 | 88.82 | 2005 | 35 |
|  |  |  | 79.87 | 79.87 | 0.975 | 77.87 | 2006 | 36 |
|  |  | 155.53 | 79.87 | 235.40 | 0.963 | 226.69 | 2007 | 37 |
| 12.50 |  |  | 79.87 | 92.37 | 0.952 | 87.94 | 2008 | 38 |
|  |  |  | 79.87 | 79.87 | 0.940 | 75.08 | 2009 | 39 |
|  | 17.50 |  | 79.87 | 97.37 | 0.928 | 90.36 | 2010 | 40 |
| 12.50 |  |  | 79.87 | 92.37 | 0.917 | 84.70 | 2011 | 41 |
|  |  | 155.53 | 79.87 | 235.40 | 0.905 | 213.04 | 2012 | 42 |
|  |  |  | 79.87 | 79.87 | 0.894 | 71.40 | 2013 | 43 |
| 12.50 |  |  | 79.87 | 92.37 | 0.883 | 81.56 | 2014 | 44 |
|  | 17.50 |  | 79.87 | 97.37 | 0.872 | 84.91 | 2015 | 45 |
|  |  |  | 79.87 | 79.87 | 0.862 | 68.85 | 2016 | 46 |
| 12.50 |  | 155.53 | 79.87 | 247.90 | 0.851 | 210.96 | 2017 | 47 |
|  |  |  | 79.87 | 79.87 | 0.840 | 67.09 | 2018 | 48 |
|  |  |  | 79.87 | 79.87 | 0.830 | 66.29 | 2019 | 49 |
| 12.50 | 17.50 |  | 79.87 | 109.87 | 0.820 | 90.09 | 2020 | 50 |
|  |  |  | 79.87 | 79.87 | 0.810 | 64.69 | 2021 | 51 |
|  |  | 155.53 | 79.87 | 235.40 | 0.800 | 188.32 | 2022 | 52 |
| 12.50 |  |  | 79.87 | 92.37 | 0.790 | 72.97 | 2023 | 53 |
|  |  |  | 79.87 | 79.87 | 0.780 | 62.30 | 2024 | 54 |
|  | 17.50 |  | 79.87 | 97.37 | 0.770 | 74.97 | 2025 | 55 |
| 12.50 |  |  | 79.87 | 92.37 | 0.761 | 70.29 | 2026 | 56 |
|  |  | 155.53 | 79.87 | 235.40 | 0.751 | 176.79 | 2027 | 57 |
|  |  |  | 79.87 | 79.87 | 0.742 | 59.26 | 2028 | 58 |
| 12.50 |  |  | 79.87 | 92.37 | 0.733 | 67.71 | 2029 | 59 |
|  | 17.50 |  | 79.87 | 97.37 | 0.724 | 70.50 | 2030 | 60 |
|  |  |  | 79.87 | 79.87 | 0.715 | 57.11 | 2031 | 61 |
| 12.50 |  | 155.53 | 79.87 | 247.90 | 0.706 | 175.02 | 2032 | 62 |
|  |  |  | 79.87 | 79.87 | 0.697 | 55.67 | 2033 | 63 |
|  |  |  | 79.87 | 79.87 | 0.689 | 55.03 | 2034 | 64 |
| 12.50 | 17.50 |  | 79.87 | 109.87 | 0.680 | 74.71 | 2035 | 65 |
|  |  |  | 79.87 | 79.87 | 0.672 | 53.67 | 2036 | 66 |
|  |  | 155.53 | 79.87 | 235.40 | 0.664 | 156.31 | 2037 | 67 |
| 12.50 |  |  | 79.87 | 92.37 | 0.655 | 60.50 | 2038 | 68 |
|  |  |  | 79.87 | 79.87 | 0.647 | 51.68 | 2039 | 69 |
|  | 17.50 |  | 79.87 | 97.37 | 0.639 | 62.22 | 2040 | 70 |
| 12.50 |  |  | 79.87 | 92.37 | 0.632 | 58.38 | 2041 | 71 |
|  |  | 155.53 | 79.87 | 235.40 | 0.624 | 146.89 | 2042 | 72 |
|  |  |  | 79.87 | 79.87 | 0.616 | 49.20 | 2043 | 73 |
| 12.50 |  |  | 79.87 | 92.37 | 0.608 | 56.16 | 2044 | 74 |
|  | 17.50 |  | 79.87 | 97.37 | 0.601 | 58.52 | 2045 | 75 |
|  |  |  | 79.87 | 79.87 | 0.593 | 47.36 | 2046 | 76 |
| 12.50 |  | 155.53 | 23.16 ** | 191.19 | 0.586 | 112.04 | 2047 | 77 |

**tal Present Value of Medical Equipment (Part III) Costs:**  $3,924

\* Represents 75% of the year 2005.
\*\* Represents 29% of the year 2047.

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

G.

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Mobility Equipment

| Invacare Power Wheelchair | Ro-ho Cushion for Power Wheelchair | Quickie Manual Wheelchair | Ro-ho Cushion for Manual Wheelchair | Annual Total | Real Disc. Rate 1.25% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|
| | 295.00 | 594.00 | 295.00 | 1184.00 | 0.988 | 1169.79 | 2005 | 35 |
| | | | | 0.00 | 0.975 | 0.00 | 2006 | 36 |
| | 295.00 | | | 295.00 | 0.963 | 284.09 | 2007 | 37 |
| | | | | 0.00 | 0.952 | 0.00 | 2008 | 38 |
| 11580.00 | 295.00 | | 295.00 | 12170.00 | 0.940 | 11439.80 | 2009 | 39 |
| | | | | 0.00 | 0.928 | 0.00 | 2010 | 40 |
| | 295.00 | | | 295.00 | 0.917 | 270.52 | 2011 | 41 |
| | | 594.00 | | 594.00 | 0.905 | 537.57 | 2012 | 42 |
| | 295.00 | | 295.00 | 590.00 | 0.894 | 527.46 | 2013 | 43 |
| 11580.00 | | | | 11580.00 | 0.883 | 10225.14 | 2014 | 44 |
| | 295.00 | | | 295.00 | 0.872 | 257.24 | 2015 | 45 |
| | | | | 0.00 | 0.862 | 0.00 | 2016 | 46 |
| | 295.00 | | 295.00 | 590.00 | 0.851 | 502.09 | 2017 | 47 |
| | | | | 0.00 | 0.840 | 0.00 | 2018 | 48 |
| 11580.00 | 295.00 | 594.00 | | 12469.00 | 0.830 | 10349.27 | 2019 | 49 |
| | | | | 0.00 | 0.820 | 0.00 | 2020 | 50 |
| | 295.00 | | 295.00 | 590.00 | 0.810 | 477.90 | 2021 | 51 |
| | | | | 0.00 | 0.800 | 0.00 | 2022 | 52 |
| | 295.00 | | | 295.00 | 0.790 | 233.05 | 2023 | 53 |
| 11580.00 | | | | 11580.00 | 0.780 | 9032.40 | 2024 | 54 |
| | 295.00 | | 295.00 | 590.00 | 0.770 | 454.30 | 2025 | 55 |
| | | 594.00 | | 594.00 | 0.761 | 452.03 | 2026 | 56 |
| | 295.00 | | | 295.00 | 0.751 | 221.55 | 2027 | 57 |
| | | | | 0.00 | 0.742 | 0.00 | 2028 | 58 |
| 11580.00 | 295.00 | | 295.00 | 12170.00 | 0.733 | 8920.61 | 2029 | 59 |
| | | | | 0.00 | 0.724 | 0.00 | 2030 | 60 |
| | 295.00 | | | 295.00 | 0.715 | 210.93 | 2031 | 61 |
| | | | | 0.00 | 0.706 | 0.00 | 2032 | 62 |
| | 295.00 | 594.00 | 295.00 | 1184.00 | 0.697 | 825.25 | 2033 | 63 |
| 11580.00 | | | | 11580.00 | 0.689 | 7978.62 | 2034 | 64 |
| | 295.00 | | | 295.00 | 0.680 | 200.60 | 2035 | 65 |
| | | | | 0.00 | 0.672 | 0.00 | 2036 | 66 |
| | 295.00 | | 295.00 | 590.00 | 0.664 | 391.76 | 2037 | 67 |
| | | | | 0.00 | 0.655 | 0.00 | 2038 | 68 |
| 11580.00 | 295.00 | | | 11875.00 | 0.647 | 7683.13 | 2039 | 69 |
| | | 594.00 | | 594.00 | 0.639 | 379.57 | 2040 | 70 |
| | 295.00 | | 295.00 | 590.00 | 0.632 | 372.88 | 2041 | 71 |
| | | | | 0.00 | 0.624 | 0.00 | 2042 | 72 |
| | 295.00 | | | 295.00 | 0.616 | 181.72 | 2043 | 73 |
| 11580.00 | | | | 11580.00 | 0.608 | 7040.64 | 2044 | 74 |
| | 295.00 | | 295.00 | 590.00 | 0.601 | 354.59 | 2045 | 75 |
| | | | | 0.00 | 0.593 | 0.00 | 2046 | 76 |
| | 295.00 | 594.00 | | 889.00 | 0.586 | 520.95 | 2047 | 77 |

**Total Present Value of Mobility Equipment Costs:**         **$81,495**

All care is determined to begin on April 1, 2005.

McCausland Economic Associates, LLC

H.

# SHAWN POULIOT
## Life Care Plan of
## William H. Burke, Ph.D.
### Transportation

| Wheelchair Van Modifications | Hand Controls | Additional Ownership / Operating Costs | Modification Maintenance | Cell Phone Service | Annual Total | Real Disc. Rate 2.5% | Present Value | Year | Age |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 1205.25 * | 175.00 | 270.00 * | 1650.25 | 0.976 | 1610.64 | 2005 | 35 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.952 | 2039.18 | 2006 | 36 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.929 | 1989.92 | 2007 | 37 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.906 | 1940.65 | 2008 | 38 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.884 | 10490.43 | 2009 | 39 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.862 | 1846.40 | 2010 | 40 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.841 | 1801.42 | 2011 | 41 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.821 | 1758.58 | 2012 | 42 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.801 | 1715.74 | 2013 | 43 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.781 | 9268.13 | 2014 | 44 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.762 | 1632.20 | 2015 | 45 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.744 | 1593.65 | 2016 | 46 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.725 | 1552.95 | 2017 | 47 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.708 | 1516.54 | 2018 | 48 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.690 | 8188.23 | 2019 | 49 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.674 | 1443.71 | 2020 | 50 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.657 | 1407.29 | 2021 | 51 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.641 | 1373.02 | 2022 | 52 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.626 | 1340.89 | 2023 | 53 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.610 | 7238.87 | 2024 | 54 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.595 | 1274.49 | 2025 | 55 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.581 | 1244.50 | 2026 | 56 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.567 | 1214.51 | 2027 | 57 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.553 | 1184.53 | 2028 | 58 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.539 | 6396.31 | 2029 | 59 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.526 | 1126.69 | 2030 | 60 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.513 | 1098.85 | 2031 | 61 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.501 | 1073.14 | 2032 | 62 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.489 | 1047.44 | 2033 | 63 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.477 | 5660.56 | 2034 | 64 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.465 | 996.03 | 2035 | 65 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.454 | 972.47 | 2036 | 66 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.443 | 948.91 | 2037 | 67 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.432 | 925.34 | 2038 | 68 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.421 | 4996.01 | 2039 | 69 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.411 | 880.36 | 2040 | 70 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.401 | 858.94 | 2041 | 71 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.391 | 837.52 | 2042 | 72 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.382 | 818.24 | 2043 | 73 |
| 8800.00 | 925.00 | 1607.00 | 175.00 | 360.00 | 11867.00 | 0.372 | 4414.52 | 2044 | 74 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.363 | 777.55 | 2045 | 75 |
|  |  | 1607.00 | 175.00 | 360.00 | 2142.00 | 0.354 | 758.27 | 2046 | 76 |
|  |  | 466.03 ** | 175.00 | 104.40 ** | 745.43 | 0.346 | 257.92 | 2047 | 77 |

**Total Present Value of Transportation Costs:**                                                          **$101,512**

* Represents 75% of the year 2005.
** Represents 29% of the year 2047.

All care is determined to begin on April 1, 2005.