**McCAUSLAND ECONOMIC ASSOCIATES, LLC**
834 Main Street
P.O. Box 248
Contoocook, New Hampshire 03229-0248


EXHIBIT I

Allan S. McCausland, Ph.D.
E-Mail: mea248@aol.com

Tel. (603) 746-5820
Fax (603) 746-3899

February 16, 2005

Heidi A. Bean, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
PO Box 4726
Portland, Maine 04112-4726

### RE: Critique of Dr. Gamboa's Economic Loss to Shawn Pouliot

Dear Attorney Bean:

I have reviewed Dr. Gamboa's "Vocational Economic Assessment for Shawn Pouliot" dated July 30, 2004, as well as his deposition taken on October 12, 2004. I have the following comments regarding his Report.

1. The incomes he used as being representative of Mr. Pouliot's earning capacity are too high. Mr. Pouliot's earning capacity would not be that of a truck driver in the 90th percentile given his age and lack of sufficient experience as a truck driver.
2. Mr. Pouliot's tax returns are also not representative of his earning capacity. They grossly overstate his net actual income based on Arpin Logistics, Inc.'s "Driver History Summary Report," as well as Robert Morris Associates' (RMA's) data on trucking companies' revenue and expenses; and their failure to adequately record expenses incurred.
3. He fails to consider Mr. Pouliot's complete work history when determining his earning capacity. Mr. Pouliot has a long work history outside of the trucking industry.
4. He implicitly assumes Mr. Pouliot would have worked 80 hours per week throughout his worklife based on the initial earnings he used.
5. He fails to spell which "Worklife Probability" tables he is using, and their source (with error estimates).
6. He fails properly account for Mr. Pouliot's probability of being unable work for years beyond age 45 based on US Government statistical data; or to take into account Mr. Pouliot's, and his family's, prior medical history in assuming hours of work and worklife.
7. He improperly characterizes the Current Population Survey data as "One long-running study on disability,...."
8. He fails to account for the flat to declining G.E.D. age/earnings' profile changes as Mr. Pouliot ages.
9. He fails to properly account for Mr. Pouliot's probability of unemployment based on Mr. Pouliot's attainment of only the 10th grade educational level.
10. He fails to properly discount Mr. Pouliot's future wages. Males of Mr. Pouliot's educational attainment and work history do not, and have not, received "real" or "productivity" increases sufficient to offset the "real" interest rate that exists, and has existed, in our economy.

Page 2
Letter to Attorney Bean
February 16, 2005

Re: Critiques of Dr. Gamboa's Economic Loss Report for Shawn Pouliot

11. He does not spell out what fringe benefits he is including in his calculations. He uses a fringe benefit package typical of the average worker (25%) for one of his scenarios without spelling out what benefits he is referring to, or the source of that benefit information. He appears to be including legally mandated benefits, including FICA without considering Mr. Pouliot's social security offset, given his use of a societal average.
12. He fails to consider any residual earning capacity that Mr. Pouliot may have.
13. He does not give the source, method or basis for his income tax calculations.

The following were relied upon and/or reviewed in formulating my opinion:

- My entire education, experience and background.
- The 4/2/04 Deposition Transcript and Expert Notebook of Lawrence S. Forman, M.Ed.
- The 10/12/04 Deposition Transcript and Expert Notebook of Anthony M. Gamboa, Jr., Ph.D.
- The 9/22/04 Deposition Transcript of Mark A. Sipos, including exhibits.
- The 10/13/04 Deposition Transcript and Expert Notebook of Robert L. Thompson, M.D.
- Mr. Pouliot's Tax Returns for the years 1998 through 2001.
- On-line Tax Year 2002 data provided by the Internal Revenue Service.

If you have any questions or comments, please do not hesitate to contact me.

Yours,

Allan S. McCausland, Ph.D.