UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | July 30, 2005 |
| Defendants | : | |

### DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLAINTIFF'S EXPERT WITNESS GARY M. CRAKES, Ph.D., WITH INCORPORATED MEMORANDUM OF LAW

Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") hereby move *in limine* to preclude the testimony of Plaintiff's expert witness Gary M. Crakes, Ph.D. at trial. Plaintiff failed to make Dr. Crakes available for deposition and represented to the Court that he would not use Dr. Crakes as an expert witness in this case. The Court should hold Plaintiff to his word by precluding Dr. Crakes's testimony at trial.

Arpin's August 27, 2004 Memorandum in Support of Motion to Amend the Scheduling Order, filed with the Court on August 30, 2004, describes the Defendants' efforts to arrange and take Dr. Crakes' deposition. *See* August 27, 2004 Memorandum, at pp. 4-7, attached as Exhibit A to this Motion. In his August 25, 2004 Objection to Arpin's Motion to Change Scheduling Order, filed with the Court on August 27, 2004, Plaintiff represented to the Court that "Dr. Crakes will not be used as an expert witness" in this matter. *See* August 25, 2004 Objection, at p. 1, attached as Exhibit B to this Motion. In reliance upon Plaintiff's representation, Arpin did not depose Dr. Crakes.

*ORAL ARGUMENT REQUESTED*

In direct contradiction to his representation to the Court that he would not use Dr. Crakes as an expert witness in this matter, Plaintiff has now included Dr. Crakes on his list of definite witnesses at trial.[1]  Arpin relied on Plaintiff's representation to the Court and discontinued its efforts to arrange and take Dr. Crakes's deposition.  For that reason, the Court should exclude Dr. Crakes as an expert witness at trial.

Dated this 30th day of July, 2005.

                                      Respectfully submitted,

                                      /s/ Karen Frink Wolf
                                    Harold J. Friedman, Esq. CT 23785
                                    Karen Frink Wolf, Esq. CT 26494
                                    FRIEDMAN GAYTHWAITE WOLF & LEAVITT
                                    Six City Center, P.O. Box 4726
                                    Portland, ME  04112-4726
                                    (207) 761-0900
                                    (207 761-0186 (Fax)
                                    hfriedman@fgwl-law.com
                                    kwolf@fgwl-law.com

---

[1] In light of his attempt to include Dr. Crakes on his witness list, Plaintiff's statement to the Court that Dr. Crakes would not be an expert witness in this case, on which Arpin relied in discontinuing its efforts to take Dr. Crakes's deposition, arguably meets the elements of an action for common law fraud, which include that (1) a false representation was made as a statement of fact; (2) that representation was untrue and known to be untrue by the party making it; (3) it was made to induce the other party to act upon it; and (4) the other party did so act upon that false representation to his injury.  *Suffield Development Associates Limited Partnership v. National Loan Investors, L.P.*, 260 Conn. 766, 777 (2002).

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 30th day of July, 2005 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq. | Roland F. Moots, Jr., Esq. |
| Stratton Faxon | Moots, Pellegrini, Spillane & Mannion |
| 59 Elm Street | 46 Main Street, PO BOX 1319 |
| New Haven, CT 06510 | New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

                                                /s/ Karen Frink Wolf
                                        Karen Frink Wolf, Esq. CT 26494