# Stratton Faxon

Connecticut's Firm for Trial Law

59 Elm Street
New Haven, CT 06510
(203) 624-9500 Phone
(203) 624-9100 Fax
(866) 351-9500 Toll-free
www.strattonfaxon.com

Michael A. Stratton*
Joel T. Faxon
Michael R. Denison

* Certified Civil Trial Advocate
  National Board of Trial Advocacy

Legal Assistants
Carol A. Girard
Shel Swanson, RN
Sheila Geen, RN
Kristi E. Magowan
Jason K. Gamsby
Shannon Wickham

February 1, 2005

**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112

Re:   <u>Shawn Pouliot v. Arpin Van Lines, et al. v. Festo Corp., et al.</u>

Dear Attorney Friedman:

Per your correspondence dated January 19, 2005 please be advised that we are in the process of obtaining Mr. Pouliots x-Rays from the hospital. As soon as we received them we will send them to your office.

Also please be advised that everything else that you have asked for has been previously obtained by Thomas J. Grady, Esq., co-counsel in this case and you can obtain this information from him.

If you and Mr. Grady are missing information please indicate exactly what it is you are missing with the name of the provider and the date of the visit.

If you have any other questions please feel free to call our office.

Very truly yours,

Shannon Wickham, Legal Assistant
ATTORNEY MICHAEL A. STRATTON

EXHIBIT A