UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1302(DJS) |
| V. | : |
| PAUL ARPIN VAN LINES, INC., ET AL<br>    Defendants, | :<br>: AUGUST 8, 2005 |

## OBJECTION TO DEFENDANTS' MOTION FOR RECONSIDERATION

The plaintiff, Shawn Pouliot, hereby objects to the defendants' July 21, 2005 Motion for Reconsideration of the Court's July 20, 2005 Order Granting Permission to Take Videotaped Trial Testimony by Way of Deposition.

All witnesses named in Plaintiff's Motion reside and work out-of-state. The use of discovery depositions would be extremely awkward at trial. The videotaped depositions for purposes of trial are in the process of being noticed and can be accomplished in a streamline manner and conducted in a single day before the September 15, 2005 pretrial.

Wherefore, we ask permission of the Court to preserve this testimony by videotape within the next 30 days.

                        THE PLAINTIFF

                        BY_____
                        Michael A. Stratton
                        Stratton Faxon
                        59 Elm Street
                        New Haven, CT 06510
                        Federal Bar No. ct 08166
                        Tel: (203) 624-9500
                        Fax: (203) 624-9100
                        mstratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been forwarded to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

_____
Michael A. Stratton