UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| | : | NO. 3:02 CV1302 (JCH) |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES AND; | : | |
| ARPIN LOGISTICS INC. | : | AUGUST 12, 2005 |

**MICHAEL KOVAC'S OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO TAKE ADDITIONAL VIDEOTAPED TRIAL TESTIMONY BY WAY OF DEPOSITION**

The former defendant and third-party defendant, Michael Kovac d/b/a Trans-Expo International, objects to the plaintiff's August 5, 2005 Motion for Permission to Take Additional Videotaped Trial Testimony By Way of Deposition.

By his motion dated August 5, 2005, plaintiff seeks permission to take a videotaped deposition of Michael Kovac, and he asserts that with the transfer of this case to Bridgeport "these witnesses are outside that [subpoena jurisdiction] reach." Mr. Kovac is a former defendant and third-party defendant in this case. He was the sole proprietor of Trans-Expo International. At all times pertinent to this litigation, Mr. Kovac resided in San Diego, California. The transfer of this case from the Hartford to Bridgeport location of the U.S. District Court in Connecticut did not affect the subpoena jurisdiction with respect to Mr. Kovac.

Counsel for the plaintiff conducted a deposition of Michael Kovac in San Diego on October 23, 2003. That deposition took over two hours. Plaintiff could have videotaped that west coast deposition but chose not to. At that time, the

Arpin defendants were represented by only one (1) attorney, that being Attorney Thomas Grady of Westerly, Rhode Island. At the present time, Arpin is represented by no less than five (5) attorneys to include Mr. Grady, as well as Attorneys Harold Friedman and Karen Frink Wolf of Portland, Maine; and also Attorneys Michael Taylor and Daniel Krisch of Horton, Shields and Knox of Hartford, Connecticut. Counsel for the plaintiff represents to this Court that "these depositions can be conducted in a single day, and will not require more than 1 to 1.5 hours each." However, should the requested discovery be permitted by this Court, counsel for the plaintiff has absolutely no control over the amount of time that Arpin's defense counsel may now spend subjecting Mr. Kovac to additional deposition interrogation.

Moreover, the deposition of Michael Kovac cannot be taken "in conjunction with the video deposition of Erica Ramirez already permitted by the Court in California." Ms. Ramirez is also a former defendant and third-party defendant, and former employee of Michael Kovac. Ms. Ramirez resides in Trabuco Canyon, California. Her deposition was conducted by plaintiff's counsel in Laguna Hills, California on October 24, 2003. Ms. Ramirez submitted to a deposition for four (4) hours. Again, none of the parties chose to videotape that deposition testimony. The location of Ms. Ramirez's deposition was 73 miles from the location of Mr. Kovac's deposition in San Diego. These two California

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

depositions involved travel within that state, as well as an additional time and expense burden. Thus, a deposition of Mr. Kovac cannot be taken "in conjunction with video deposition of Erica Ramirez already permitted by the Court in California."

On May 2, 2005 the common law indemnification claims asserted by the Arpin defendants against Michael Kovac d/b/a Trans-Expo International and Erica Ramirez were dismissed by this Court's ruling on a Motion for Summary Judgment. All other third-party claims against Kovac and Ramirez were dismissed by Court Order or have been extinguished by operation of law. Mr. Kovac and Ms. Ramirez have settled all direct claims the plaintiff had made against them. The business liability insurance carrier for Kovac, and his former employee Ms. Ramirez, paid a considerable sum to the plaintiff to settle and resolve those claims.

Should this Court permit the deposition of Michael Kovac, this will certainly involve additional time, defense costs and expense burdens to this already settled and dismissed party. The plaintiff is trying to achieve a certain "flow of testimony" for his trial presentation. These witnesses have already been subjected to extensive deposition interrogation. The undersigned submits that the burden and expense of the proposed discovery to these former parties far

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

outweighs the trial strategy benefit the plaintiff is attempting to achieve. See F.R.C.P. 26(b)(2)(iii).

For the reasons stated above, the former defendant and third-party defendant Michael Kovac objects to the plaintiff's Motion for Permission to Take Additional Videotaped Trial Testimony By Way of Deposition.

THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: ______________________________

Susan O'Donnell of
**HALLORAN & SAGE LLP**
Fed. Bar No. ct07539
One Goodwin Square
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006
email: odonnell@halloran-sage.com

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

**CERTIFICATION**

This is to certify that on August 12, 2005, a copy of the foregoing was either mailed postpaid, or hand-delivered to:

| | |
|---|---|
| **Shawn Pouliot**<br>Michael A. Stratton, Esquire<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT 06510<br>Tel No. (203) 624-9500<br>Fax No. (203) 624-9100 | **Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**<br>Thomas J. Grady, Esquire<br>Lenihan, Moone, Gallogly & Grady<br>6 Canal Street<br>Westerly, RI 02891-0541<br>Tel. No. (401) 596-0183<br>Fax No. (401) 596-6845 |
| Roland F. Moots, Jr., Esquire<br>Moots, Pellegrini, Mannion, Martindale<br>& Dratch, P.C.<br>46 Main Street, P.O. Box 1319<br>New Milford, CT 06776-1319<br>Tel. No. (860) 355-4191<br>Fax No. (860) 355-8487 | Harold J. Friedman, Esquire; and<br>Attorney Karen Frink Wolf<br>Friedman Gaythwaite Wolf & Leavitt<br>Six City Center, P.O. Box 4726<br>Portland, ME 04112<br>Tel. No. (207) 761-0900<br>Fax No. (207) 761-0186 |
| **The Festo Corporation**<br>John A. Tarantino, Esquire<br>James R. Oswald, Esquire<br>Adler, Pollock & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax: (401) 751-0604 | Daniel J. Krisch, Esquire<br>Michael S. Taylor, Esquire<br>Horton, Shields & Knox PC<br>90 Gillett Street<br>Hartford, CT 06105<br>Tel: 860-522-8338<br>Fax: 860-728-0401 |

Susan O'Donnell



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105