UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
| | ) | 3:02 CV 1302 (JCH) |
| Plaintiff | ) | |
| | ) | JUDGE JANET C. HALL |
| **v.** | ) | |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | August 12, 2005 |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' MOTION FOR AMENDMENT OF PRE-TRIAL COMPLIANCE TO ALLOW SUPPLEMENTAL OBJECTION TO PLAINTIFF'S EXHIBITS WITH INCORPORATED MEMORANDUM OF LAW**

NOW COME the Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. and request that the attached Objections to Plaintiff's Exhibits be substituted for that filed with this Court on August 1, 2005. In support of this motion, the Defendants state as follows:

1.      The parties' Joint Pretrial Memorandum with attachments was duly filed with the Court on August 1, 2005.

2.      Defendants' Objections to Plaintiff's Exhibits were formatted into chart form and when that occurred, apparently Plaintiff's Exhibit No. 14 was inadvertently cut off of the top of one of the chart pages.

3.      Defendants' stated objection to that particular Exhibit is "foundation." No other supplement is made.

4.      The Defendants do note that no listing is made in their Objections for Plaintiff's Exhibit No. 9d, nor is any objection stated. The Defendants have not seen any Exhibit 9d and it has been indicated by the Plaintiff that there is no Exhibit 9d.

As such, no objection is stated even though that particular Exhibit appears on

Plaintiff's list.

5.      Plaintiff did add a late Exhibit between July 26 and August 1, namely, number 33,

a videotape, to which the Defendants duly objected.

WHEREFORE, the Defendants respectfully request that they be allowed to amend the

pre-trial compliance to substitute the attached Defendants' Supplemental Objections to Plaintiff's

Exhibit List attached to the final pre-trial materials.


Respectfully submitted,


        /s/Karen Frink Wolf
Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF &
LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this ___ day of August, 2005 to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT  06510

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

/s/ Karen Frink Wolf
Karen Frink Wolf, Esq. CT 26494
