**SHAWN POULIOT V. ARPIN VAN LINES**
**3:02 CV 1302 (JCH)**

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S EXHIBITS**

| EXHIBIT # | DESCRIPTION | OBJECTION |
|---|---|---|
| 1a.–1bbb. | MRI films dated October 23, 2001 and October 30, 2001 | |
| 2 | Pharmacy records | Relevance; foundation; authentication |
| 3a. | American Medical Response records | |
| 3b. | Waterbury Hospital records | Hearsay; foundation; authentication |
| 3c. | Shaw Rehabilitation records | Hearsay; foundation; authentication |
| 3d. | Consultation and notes from Cremer and Tharp | Hearsay; foundation; authentication |
| 3e. | Offices notes from Johnston, Dankoff and Cremer | Hearsay; foundation; authentication |
| 3f. | Summa Health System Admission records | Hearsay; foundation; authentication |
| 3g. | Office notes from Cremer 01/29/04-06/22/04 | Hearsay; foundation; authentication |
| 3h. | Office notes from Slezak | Hearsay; foundation; authentication |
| 3i. | Notes from Dankoff and Johnston | Hearsay; foundation; authentication |
| 3j. | Emergency records of Tharp | Hearsay; foundation; authentication |
| 3k. | EMS report | Hearsay; foundation; authentication |

| EXHIBIT # | DESCRIPTION | OBJECTION |
|---|---|---|
| 3l. | Summa Health System Discharge Summary | Hearsay; foundation; authentication |
| 3m. | Office notes of Dellinger | Hearsay; foundation; authentication |
| 3n. | Surgical/office notes | Hearsay; foundation; authentication |
| 3o. | Surgical/office notes of Dellinger | Hearsay; foundation; authentication |
| 3p. | Cuyahoga Falls admission records | Hearsay; foundation; authentication |
| 4. | Life Expectancy Chart | Relevance; foundation (as to Plaintiff's life expectancy in view of injury); hearsay |
| 5. | Arpin Corporate Overview | Relevance; foundation (date uncertain) |
| 6. | Arpin Corporate Brochure | Relevance; foundation (date uncertain) |
| 7. | William Tweedy Statement | Hearsay; not sworn; foundation; authentication |
| 8a. | Ruhl Forensics-Arpin Inspection Photos from Ruhl | Relevance; foundation; prejudice |
| 8b. | Ruhl Forensics-AutoCAD from Ruhl | Foundation (not an accurate representation) |
| 9a.-9c. | Photos of Learnline Unit | |
| 10. | Invoice Manifest | |
| 11. | Shipment Booking Orders | |
| 12. | Bills of Lading | |
| 13. | Invoices and Orders | |

| EXHIBIT # | DESCRIPTION | OBJECTION |
|---|---|---|
| 14. | Computer Inputs | Foundation |
| 15. | Computer Outputs | Foundation |
| 16. | Emails re: Shipment | Relevance; foundation (as to some) |
| 17a.-17j. | Photos at Scene | Prejudicial (as to 17a.) |
| 18a.-18p. | Blalock Investigative Photos | Relevance; foundation; authentication (as to 18c and one-half of 18g) |
| 19. | Ruhl Angles When Loaded | Relevance; foundation |
| 20. | Liftgate with Cart Retention System | Relevance; foundation; hearsay |
| 21. | Blalock Diagram of Site | |
| 22. | Maxon Warnings re: Maintenance | Relevance; foundation; hearsay; authentication |
| 23. | Photos of Ulcer | Prejudice |
| 24. | Day in the Life Video | Prejudice; relevance |
| 25. | Arpin Corporate Facts | Relevance (as to date) |
| 26. | Liftgate Warning | Relevance; foundation; hearsay |
| 27. | Liftgate Warning 2 | Relevance; foundation; hearsay |
| 28. | 72-25A Installation | Foundation; hearsay |
| 29. | Notice of Duty to Preserve | Relevance; foundation; hearsay |
| 30. | Arpin's Admission dated August 7, 2003 | Relevance; foundation; hearsay; privilege |

| EXHIBIT # | DESCRIPTION | OBJECTION |
|---|---|---|
| 31. | Arpin's Special Defense dated October 6, 2004 | Relevance; foundation; hearsay; privilege |
| 32. | Arpin's Admissions dated December 15, 2004 | Foundation; hearsay; (from Summary Judgment papers; Plaintiff put to his proof at trial) |
| 33. | Pouliot Videotape | Relevance; foundation; hearsay; improper expert opinion (R. 702) |