UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (JCH) |
| : | |
| PAUL ARPIN VAN LINES, INC. et al. : | |
| : | August 18, 2005 |
| Defendants : | |

### DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 17, 2005 ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO TAKE ADDITIONAL VIDEOTAPED TRIAL TESTIMONY BY WAY OF DEPOSITION, WITH INCORPORATED MEMORANDUM OF LAW

Pursuant to Local Rule 7(c), Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") hereby move for reconsideration of the Court's August 17, 2005 Order (the "Order") granting Plaintiff's Motion for Permission to Take Additional Videotaped Trial Testimony by Way of Deposition ("Plaintiff's Motion"). By this motion, Arpin requests that the Court vacate the Order, review and consider Arpin's timely objection, filed simultaneously herewith, and deny Plaintiff's Motion.[1]

Arpin's objection, timely filed with the Court simultaneously herewith, outlines the showing Plaintiff, as the proponent of the use of videotaped deposition testimony at trial, must make. As Arpin noted in its objection, the proponent of a videotaped deposition must demonstrate both that the witness is unavailable and that the proponent used due diligence in an effort to secure the witness's attendance at trial. *Kirk v. Raymark Industries, Inc.*, 61 F.3d 147, 165 (3rd Cir. 1995), *cert. denied* 516 U.S. 1145,

---

[1] Plaintiff's Motion was filed with the Court on August 11, 2005 (a copy of Plaintiff's Motion, reflecting the August 11, 2005 filing date, is attached as Exhibit A to this Motion for Reconsideration). Pursuant to Local Rule 7(a)(1), Arpin, had until September 1, 2005 to file opposition papers. Arpin filed its objection simultaneously herewith, within the time period for doing so set out in the Local Rules (a copy of Arpin's timely filed objection is attached as Exhibit B to this Motion).

116 S. Ct. 1015, 134 L.Ed.2d 95 (1996); *Moore v. Mississippi Valley State University*, 871 F.2d 545, 552 (5th Cir. 1989) (plaintiff's assertion that witness was unavailable, without further explanation, was insufficient); *Williams v. United Dairy Farmers*, 188 F.R.D. 266, 272 (S.D. Ohio 1999) (proponent must establish that reasonable efforts were undertaken to secure the witness's attendance at the hearing). Plaintiff has failed to make the required showing.

For the foregoing reasons, Arpin respectfully requests that this Court vacate its August 17, 2005 Order, review and consider Arpin's timely filed objection, and deny Plaintiff's Motion For Permission to Take Additional Videotaped Trial Testimony by Way of Deposition.

Dated this 18th day of August, 2005.

                                      Defendants Paul Arpin Van Lines, Inc. and
                                      Arpin Logistics, Inc.,
                                      By their attorneys:

                                      Harold J. Friedman, Esq. CT 23785
                                      Karen Frink Wolf, Esq. CT 26494
                                      FRIEDMAN GAYTHWAITE WOLF &
                                      LEAVITT
                                      Six City Center, P.O. Box 4726
                                      Portland, ME 04112-4726
                                      (207) 761-0900
                                      (207 761-0186 (Fax)
                                      hfriedman@fgwl-law.com
                                      kwolf@fgwl-law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 18th day of August, 2005 to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

_____
Karen Frink Wolf, Esq. CT 26494