## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAWN POULIOT**<br>   **Plaintiff,** | : **CIVIL ACTION NO.**<br>: **3:02CV1302(DJS)**<br>: |
| **V.** | :<br>: |
| **PAUL ARPIN VAN LINES, INC., ET AL**<br>   **Defendants,** | :<br>: **AUGUST 5, 2005** |

### MOTION FOR PERMISSION TO TAKE ADDITIONAL
### VIDEOTAPED TRIAL TESTIMONY BY WAY OF DEPOSITION

In preparation for the trial of this matter, it has become apparent that certain witnesses are outside the subpoena power of this court and require a pretrial videotaping of their testimony.

Originally this case was being handled out of the Hartford location of the U.S. District Court. At that time, key witnesses resided within the subpoena jurisdiction of the Court. Now with the transfer to Bridgeport, these witnesses are outside that reach.

The plaintiff would like to take brief and concise videotaped depositions of the following witnesses:

1. Faye Devito:  In conjunction with already scheduled video deposition of Petra Milks in New York.

2. Michael Kovac: In conjunction with video deposition of Erica Ramirez already permitted by the Court in California



EXHIBIT

A

All of these depositions can be conducted in a single day, and will not require more than 1 to 1.5 hours each. Discovery depositions have already been taken, but use of such depositions will subject the jury to an awkward piecemeal flow testimony, and in all likelihood will waste much more court time than the simple showing of a deposition. These can all be taken together and will not interrupt the court's scheduling orders.

Wherefore, we ask permission of the Court to preserve this testimony by videotape within the next 30 days.

THE PLAINTIFF

BY

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 08166
Tel:  (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been forwarded to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

_____
Michael A. Stratton