UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:02CV1302(JCH) |
| V. | : | |
| PAUL ARPIN VAN LINES, INC., ET AL<br>    Defendants, | : | AUGUST 26, 2005 |

**<u>SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TAKING VIDEOTAPED
DEPOSITIONS FOR PURPOSES OF TRIAL</u>**

The Plaintiff has requested the depositions of the following persons for purposes of trial:

| Name | Address | Mileage from Court |
|---|---|---|
| 1. William Tweedy | 96 Sheffield Street<br>West Warwick, RI 02889 | 115 mi. |
| 2. William Mottla | 75 Yew Street<br>Douglas, MA 01516 | 125 mi. |
| 3. Joseph Rocha | 120 Quarry Drive<br>Milford, MA 01757 | 133 mi. |
| 4. Erica Ramirez | 26 Abilene Drive<br>Trabuco Canyon, CA 92679 | 2872 mi. |
| 5. Michael Kovak | 1366 Etude Road<br>San Diego, CA 92128 | 2909 mi. |
| 6. Agatha "Faye" DeVito | 395 Moreland Road<br>Hauppauge, NY 11786 | 81 mi. |
| 7. Petra Milks | 395 Moreland Road<br>Hauppauge, NY 11786 | 81 mi. |

The first three witnesses are former employees of the Defendant, and are outside the subpoena power of this Court for trial purposes.

Witnesses #4 and #5 are former Defendants, and are outside the Court's power. Witnesses #6 and #7 are employees of the former Defendant Festo and are within the subpoena power of the Court, but given that they are on Long Island, NY and are no longer employees of a party, the Plaintiff has great concern about ensuring their attendance at trial.

The discovery depositions done on these seven witnesses are extremely fragmented and make reading into the record a very cumbersome and awkward process likely to confuse the jury and cause an unfair result.

The Plaintiff stands ready to take all seven of these depositions immediately.

THE PLAINTIFF,

BY_____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct 08166
Tel: (203) 624-9500
Fax: (203) 624-9100
mstratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been forwarded to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891
Fax No. (401) 596-6845

**Susan O' Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103
Fax No. (860) 548-0006

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443
Fax No. (401) 751-0604/351-4607

_____
Michael A. Stratton