UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02-cv-1302 (JCH) |
| : | |
| PAUL ARPIN VAN LINES, INC.; ET AL : | |
|     Defendants. : | AUGUST 31, 2005 |

**RULING**

Plaintiff filed two motions to take video depositions for use at trial (Dkt. Nos. 418 and 445); the court granted both (Dkt. Nos. 421 & 448).  However, the court granted the second motion (Dkt. No. 445) before the time to object expired.  Thus, when the defendant filed its Motion to Reconsider the court's second Order re videotaped testimony (Dkt. No. 451), the court granted that motion.  Now pending before this court is plaintiff's Motion to take videotape trial testimony (Dkt. No. 445).  The court ordered the plaintiff to supplement its submission.

While it now appears there is some "agreement" between the parties, it seems they have merely agreed to disagree.  Therefore, the court will rule.  The court, after review of all the relevant pleadings, GRANTS the plaintiff's motion in part and DENIES it in part.  Plaintiff may take a video deposition for trial use of Tweedy.  He also may take one of DeVito, but only if there is no deposition of DeVito.  He may not take such video "trial" depositions of Kovac, Ramirez, Rocha or Mottla (Milks is not the subject of Dkt. No. 445).

**SO ORDERED**.

Dated at Bridgeport, Connecticut this 31st day of August, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge