UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | |
| Defendants | ) | |
| | ) | SEPTEMBER 1, 2005 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTION IN LIMINE RE: MEDICAL RECORDS**

The defendants complain that certain medical records were not produced. This appears to be inaccurate.

1. Summa Health System (January and March 2003): These records relate to the care provided by Dr. Frederick Slezak. They were provided to the defendants as part of a February 11, 2004 supplemental production. See Exhibit A attached hereto. They were also apart of his records produced at his deposition, and were produced as part of Terry Petruska and Larry Forman's records.

2. Dr. Steven Cremer (January 2004-June 2004): These were produced as part of the plaintiff's initial production; and then Dr. Cremer's deposition was taken in April 2004 by the defendant Arpin and all records were produced to date. To the extent that there were any other records created

subsequent to April 2004, these were produced as part of the plaintiff's exhibit package.

3.  Dr. Frederick Slezak (August 2002 and January 2003): The plaintiff produced all of these records during discovery. See Exhibit A. Moreover, the defendant took a records deposition of Dr. Slezak in April 2004 in Akron, Ohio wherein all of these records were marked as exhibits and copied by the defendant.

4.  Jeffrey Tharp, M.D. (December 2001): This was produced as part of the initial production and was apart of the original hospital record when Shawn was transferred to Ohio.

5.  EMS Record (December 2001): These were all produced in the initial production of documents and were contained in the Ohio hospital records.

6.  Dr. David Dellinger (July 2003-December 2003): These were produced via discovery production supplement on March 30, 2004. See Exhibit B Attached Hereto.

7.  Various Health Care providers: These were all produced via production, and via depositions taken by the Arpin defendants.

8.  Cuyohoga Falls Hospital (May, July, September and October 2003 and February 2004): These were all produced via an April 22, 2004 and August 2, 2004 production supplement. See Exhibit C and D.

THE PLAINTIFF

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.