UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>        Plaintiff | )<br>)<br>) CIVIL ACTION NO.|
| v. | ) 3:02 CV 1302 (DJS)<br>) |
| PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>        Defendants | )<br>)<br>) FEBRUARY 11, 2004 |

### PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST REQUEST FOR PRODUCTION DATED SEPTEMBER 12, 2002

The plaintiff in the above-entitled matter hereby files second supplemental answers to defendant Arpin Logistics, Inc.'s First Request for Production, dated September 12, 2002, as follows:

(2)  All reports of all doctors and all other medical care providers relating to treatment allegedly received by the Plaintiff as a result of injuries received in the alleged incident as described in the Complaint.

**ANSWER:** Office Notes of Dr. Joseph Dankoff dated 6/3/02-1/9/04, Operative record of Dr. Frederick Slezak dates 1/8/03, Office Notes of Dr. Frederick Slezak dated 8/6/02-12/9/03, Office Notes of Dr. James Bressi dated 8/19/03-12/16/03.

(6)  Copies of all medical bills that are claimed to have been incurred as a result of this incident as described in the Complaint and copies of all reports received from each and every medical provider from whom you have sought and received treatment for injuries caused by said incident and, which have not been produced in response to request #1 and #2 hereof.

ANSWER: Medical Bill from Dr. James Johnston reflecting 12/19/02 – 11/24/03 Office Visits and Procedures. Medical Bill from Dr. Frederick Slezak reflecting 8/6/02-10/3/03 Office Visits and Procedures.

THE PLAINTIFF

By_____

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-mail:jfaxon@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, on this

_____ day of February, 2004, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443


_____
Joel T. Faxon