UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>        Plaintiff<br><br>v.<br><br>PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>        Defendants | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS)<br>)<br>)<br>)<br>) MARCH 30, 2004 |

### PLAINTIFF'S SIXTH SUPPLEMENTAL ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST REQUEST FOR PRODUCTION DATED SEPTEMBER 12, 2002

The plaintiff in the above-entitled matter hereby files second supplemental answers to defendant Arpin Logistics, Inc.'s First Request for Production, dated September 12, 2002, as follows:

(2)    All reports of all doctors and all other medical care providers relating to treatment allegedly received by the Plaintiff as a result of injuries received in the alleged incident as described in the Complaint.

ANSWER:    Office Notes and Billing of Novus Clinic c/o Dr. David Dellinger (7/04/03-12/12/03)

THE PLAINTIFF

By_____

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-mail:jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, on this _____ day of March, 2004, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion,**
**Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT  06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Joel T. Faxon