UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>        Plaintiff<br><br>v.<br><br>PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>        Defendants | )<br>)<br>) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS)<br>)<br>)<br>)<br>) APRIL 22, 2004 |

### PLAINTIFF'S SEVENTH SUPPLEMENTAL ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST REQUEST FOR PRODUCTION DATED SEPTEMBER 12, 2002

The plaintiff in the above-entitled matter hereby files seventh supplemental answers to defendant Arpin Logistics, Inc.'s First Request for Production, dated September 12, 2002, as follows:

1) All hospital records relating to treatment received as a result of the alleged incident, and to injuries, diseases or defects alleged to have been caused by said incident described in the Complaint.

    ANSWER:    Admission records for Cuyahoga Falls General Hospital.

    Entire- 5/03, 5/03, 7/03, 9/03, 10/03.

THE PLAINTIFF

By_____
Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-mail:jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, on this _____ day of April, 2004, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Joel T. Faxon