UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>        Plaintiff<br><br>v.<br><br>PAUL ARPIN VAN LINES<br>ARPIN LOGISTICS, INC.<br>et al.,<br>        Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS)<br>)<br>)<br>)<br>)<br>)<br>) AUGUST 2, 2004 |

### PLAINTIFF'S TENTH SUPPLEMENTAL ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST REQUEST FOR PRODUCTION DATED SEPTEMBER 12, 2002

The plaintiff in the above-entitled matter hereby files tenth supplemental answers to defendant Arpin Logistics, Inc.'s First Request for Production, dated September 12, 2002 as follows:

(2)    All reports of all doctors and all other medical care providers relating to treatment allegedly received by the Plaintiff as a result of injuries received in the alleged incident as described in the Complaint.

ANSWER:    Surgery Procedure notes and records of Dr. David Dellinger, Cuyahoga Falls General Hospital 2/3/04 – 2/10/04.

THE PLAINTIFF

By_____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct16255
Tel: (203) 624-9500
Fax: (203) 624-9100
E-mail: mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, on this _____ day of August, 2004, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton