UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,             :
                           :
            Plaintiff      :
                           :
v.                         :   Civil Action No.
                           :   3:02 CV 1302 (DIS)
PAUL ARPIN VAN LINES, INC.;:
ARPIN LOGISTICS, INC.; THE :
FESTO CORPORATION; MICHAEL :
D. KOVAC d/b/a TRANS-EXPO  :
INTERNATIONAL, ERICA RAMIREZ,:
IN HER CAPACITY AS AN      :
EMPLOYEE OF TRANS-EXPO     :
INTERNATIONAL,             :
                           :
            Defendants.    :

- o -

**DEPOSITION OF ANTHONY M. GAMBOA, JR., Ph.D.**

- o -

The deposition of **ANTHONY M. GAMBOA, JR., Ph.D.**, taken before Andrea B. Grant, Court Reporter and Notary Public in and for the Commonwealth of Kentucky, on the 12th day of October, 2004, beginning at the hour of 10:20 A.M. at the Summit Executive Suites, 4350 Brownsboro Road, Suite 110, Louisville, Kentucky 40207.

- o -

A B GRANT & ASSOCIATES
Court Reporters & Legal Videographers
P.O. Box 437106
Louisville, KY  40253-7106
(502) 262-2580   Fax (502) 254-7030
Toll Free 1 (877) 582-2400

TRUE COPY

```
 1        A     To work and earn money.
 2        Q     Thank you.
 3        A     I also was asked to do a present
value calculation on a life care plan and then
the firm was asked also to our psychiatrist
involved in producing a life care plan.
 7        Q     Okay.  So as far as the firm,
meaning Vocational Economics, is concerned,
Vocational Economics was retained to do three
things.  One was to define what effect the
injuries that Shawn Pouliot sustained would
have on his ability to work and earn money in
the future.
14        A     Yes.
15        Q     The second was to provide a
present value calculation based on a life care
plan, correct?
18        A     Yes.
19        Q     And third was to actually provide
or prepare a life care plan - -
21        A     Yes.
22        Q     - - just in kind of plain English.
23        A     Yes.
24        Q     And you, yourself, not the firm,
you were involved in only the first two of
```

```
 1   those aspects, correct?
 2           A     That is correct.
 3           Q     And it's Dr. Thompson who handled
 4   the third aspect of that.
 5           A     Yes.
 6           Q     Now, with respect to the second
 7   piece of what either you or the firm was
 8   doing, that is to provide the present value
 9   calculation on a life care plan, that is a
10   present value calculation on the life care
11   plan that was prepared by Dr. Thompson, the
12   third aspect of what you were asked to do,
13   correct?
14           A     Yes.
15           Q     You, the firm, asked to do,
16   correct?
17           A     Yes.
18           Q     Okay.  And, very briefly, your
19   expert opinion on the effect of the injuries
20   that Shawn Pouliot sustained on his ability to
21   work and earn money is what?
22           A     My opinion is that he sustained
23   the lifetime loss of ability to earn money
24   within a range of $1,738,530.00 to
25   $1,774,398.00, and those two figures are
```

1    stated in terms of present value.
2         Q    Okay.  So is the second aspect of
3    what you and your firm were retained to do,
4    that is providing a present value calculation
5    on the life care plan prepared by Dr. Thompson
6    - - is that different from the figures of
7    1.738 million to 1.774 million that you just
8    gave us?
9         A    Yes.
10        Q    In what sense, sir?
11        A    The figures that I just gave you
12   are specific only to the loss of expected
13   earnings.  The figures are not specific to the
14   present value of the future health and medical
15   care costs.
16        Q    So the present value calculation
17   in the second aspect that you were referring
18   to was a present value calculation of the
19   future health and medical costs, correct?
20        A    Yes.
21        Q    And what was your conclusion with
22   respect to that second aspect?
23        A    With regard to the present value
24   specific to the future health and medical care
25   costs?

1      Q      Yes.
2      A      The present value of the future
3  health and medical care costs are in a range
4  of $5,256,812.00 to $6,550,446.00. That
5  present value sum takes into consideration or
6  utilizes, I should say, a pure
7  offset. In other words, that
8  calculation assumes that future escalation or
9  future increases in health and medical care
10 costs and other related services will be
11 comparable to the average return on a
12 risk-free investment which is defined as a
13 91-day treasury bill.
14             I also produced a second set of
15 numbers which are surprisingly close to the
16 first set. That's normally not the case in a
17 life care plan, but it is in this particular
18 instance.
19             The second analysis makes use of
20 historical trends if we assume that past
21 historical trends, in terms of increases
22 associated with health and medical care, both
23 short-term and long-term, prevail into the
24 future.
25             If that assumption is made, then

1  the present value of the loss is in a range of
2  5.2 to 6.6 million, very, very similar to what
3  we have using a pure offset.
4           The actual numbers are
5  $5,270,964.00 to $6,615,283.00.
6       Q    So when you're answering this
7  question, you're referring to a piece of
8  paper.  Could I see what it is you're
9  referring to?
10      A    Yes.
11      Q    Thanks.  I see.  You're referring
12 to your July 30th, 2004, letter to Michael
13 Stratton, correct?
14      A    Yes.
15      Q    With respect to the second aspect
16 of what Vocational Economics was retained to
17 do and then your role in, that is to say the
18 present value calculation of the life care
19 plan, again you're working off the life care
20 plan that Dr. Thompson prepared, right?
21      A    Yes.
22      Q    So the report that's been
23 produced that Dr. Thompson/Vocational
24 Economics produced to Michael Stratton's
25 office which was produced to us, that's the

```
 1    report that we're talking about here.
 2            A    Yes.
 3            Q    Is it fair to say that you,
 4    yourself, Gamboa, did not participate in the
 5    preparation of the life care plan to the
 6    extent it deals with the kinds or degrees or
 7    quantities of medical services, et cetera that
 8    might need to be provided to Shawn in the
 9    future?
10            A    That's correct.
11            Q    Okay.  That was under the
12    jurisdiction of Dr. Thompson.
13            A    Yes.
14            Q    You're the numbers guy, the
15    dollars guy with respect to that aspect of
16    things; is that fair to say?
17            A    Yes, but only in the sense of
18    arriving at present value.  Dr. Thompson is
19    actually defining what the cost is - -
20            Q    Okay.  Fair enough.  So when Dr.
21    Thompson - - I'm not looking at his report
22    right now, but just as a hypothetical, I
23    guess, or maybe it's not depending upon
24    whether it's in the report.
25                 If Dr. Thompson says it costs
```