UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>      Plaintiff<br><br>v.<br><br>PAUL ARPIN VAN LINES, INC. et al.<br>      Defendants | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH)<br><br><br><br><br><br>SEPTEMBER 1, 2005 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: ADVERSE INFERENCE AS TO WAGES

The defendants accuse the plaintiff of failing to provide information relating to a parking lot striping business that the plaintiff attempted to operate after his injury. In fact, these documents were requested by way of a September 23, 2004 production request filed by Arpin. The plaintiff then fully responded to that request which production was acknowledged by the defendants in an October 27, 2004 motion to compel filed by the defendants: "The plaintiff provided Arpin counsel with the documents relevant to the first request... (GMAB,, Inc. Tax Returns)". See Exhibit A.

If the defendant was unsatisfied with the production, they should have said so in their motion to compel. Given the full compliance made by the plaintiff, any adverse inference would be unwarranted.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.