Roland L. Ruhl, Ph.D., P.E. (Prepared for: Michael A. Stratton, Esq.)　　　　　　　　　　　　April 13, 2004
Pouliot v. Arpin

---

**Page 1**

```
 1      IN THE UNITED STATES DISTRICT COURT
 2           DISTRICT OF CONNECTICUT
 3
     SHAWN POULIOT,           )
 4                            )
            Plaintiff,        )
 5                            )
        -vs-                  ) No. 3:02 CV 1302 (DJS)
 6                            )
     PAUL ARPIN VAN LINES, INC. and )
 7   ARPIN LOGISTICS, INC.,   )
                              )
 8          Defendants.       )
     _____)
 9   AND RELATED ACTIONS      )
     _____)
10
11
12
13      DEPOSITION OF ROLAND L. RUHL, PH.D., P.E.
14
15          Phoenix, Arizona
             April 13, 2004
16
17
18
19
20
21
22   Prepared for:        Reported by:
23   MICHAEL A. STRATTON, ESQ.   PAUL GROSSMAN
                          Arizona Certified
24                        Court Reporter #50028
     (Copy)               CA CSR #1487
25
```

**Page 2**

```
 1            INDEX
 2
 3   Examination:                    Page
 4   BY MR. GRADY                      5
     BY MR. GRADY                    117
 5   BY MR. CURCIO                   133
     BY MS. O'DONNELL                191
 6   BY MR. GRADY                    201
 7
 8
 9          EXHIBITS
10   No.  Description               Page
11   A  (Subpoena.)                   5
12   B  (Deponent's graphs.)          5
13   C  (Maxon Flipover Installation diagram.)  5
14   D  (Platform Adjustment instructions.)   5
15   E  (2002-184-E Notes.)           5
16   F  (Photos.)                     5
17   G  (Deponent's diagrams.)        5
18   H  (Three pages of animations.)  5
19   I  (Workstation systems.)        5
20   J  (Shipping Order.)             5
21   K  (Trans-Expo International Shipment Booking.)  5
22   L  (Deponent's Preliminary Report.)   5
23   M  (Deponent's load angles graphs.)   33
24
25
```

**Page 3**

```
 1   N  (Excerpt of deposition of Shawn L. Pouliot.)  53
 2   O  (Color laser photos.)                57
 3   P  (Letter from Mr. Stratton to Dr. Ruhl,
          12-17-03.)                         156
 4
     Q  (Deponent's case list, 2000-2004.)   166
 5
 6
 7
 ...
25
```

**Page 4**

```
 1      THE DEPOSITION OF ROLAND L. RUHL, PH.D., P.E.,
 2   taken at 9:40 a.m. on April 13, 2004, at the law offices
 3   of Mohr, Hackett, Pederson, Blakley & Randolph,
 4   Suite 1100, 2700 North Central Avenue, Phoenix, Arizona,
 5   before PAUL GROSSMAN, a Notary Public and Certified
 6   Court Reporter #50028 in and for the State of Arizona,
 7   pursuant to the Federal Rules of Civil Procedure.
 8         The plaintiff was represented by his
 9   attorneys, Stratton Faxon, by Michael A. Stratton, Esq.
10         The defendants Arpin were represented by
11   their attorneys, Lenihan, Grady & Steele, by Thomas J.
12   Grady, Esq. and Matthew J. Corcoran, Esq.
13         The defendant Festo Corporation was
14   represented by its attorneys, Adler, Pollack & Sheehan,
15   P.C., by Paul Curcio, Esq.
16         The defendants Trans-Expo, Kovac and Ramirez
17   were represented by their attorneys, Halloran & Sage,
18   LLP, by Susan O'Donnell, Esq.
19
...
25
```

1 (Pages 1 to 4)

Page 5

```
 1              Phoenix, Arizona
 2              April 13, 2004
 3                 9:40 a.m.
 4
 5
 6       (Deposition Exhibits A through L,
 7        inclusive, were then marked for
 8        identification.)
 9
10              ROLAND L. RUHL,
11  called as a witness herein, having been first duly
12  sworn, was examined and testified as follows:
13
14              EXAMINATION
15  BY MR. GRADY:
16     Q.  Sir, would you state your full name for the
17  record?
18     A.  Sure. Roland, middle initial L for Luther,
19  and the last name Ruhl, R-U-H-L.
20     Q.  What is your address?
21     A.  Business address here in Phoenix is going to
22  be 15876 North 76th Street, and our Champaign office
23  will be 1012 Lancaster Drive, Champaign, Illinois.
24     Q.  I'm going to show you a document that's been
25  marked as Exhibit A. It's a subpoena duces tecum. And
```

Page 6

```
 1  ask you if you've seen that document before?
 2     A.  I'm sure I haven't seen the cover sheet, but
 3  I have seen this sheet and the rider with it. It's in
 4  the file as a matter of fact. So the answer is
 5  basically yes.
 6     Q.  So is your answer "yes"?
 7     A.  Yes.
 8     Q.  Thank you. I have that marked for
 9  identification I believe. It's already done, I believe.
10         Now, do I understand correctly that you are a
11  professor at the University of Illinois?
12     A.  Adjunct professor. I'm retired, but I'm an
13  adjunct professor.
14     Q.  You're retired. While you were there did you
15  ever undertake any design projects having to do with
16  rear lifts?
17     A.  I don't believe so.
18     Q.  Will you describe what special training
19  you've had with respect to the operation of rear lifts
20  and in particular the Maxon Tuk-A-Way rear lift?
21     A.  Well, I've used them and I have investigated
22  their use in accidents, other accidents.
23     Q.  Have you ever given any presentations with
24  respect to a Tuk-A-Way rear lift?
25     A.  No, sir.
```

Page 7

```
 1     Q.  Have you ever authored any publication with
 2  respect to a Tuk-A-Way rear lift?
 3     A.  No.
 4     Q.  Have you ever given expert testimony
 5  involving a Tuk-A-Way rear lift accident prior to this
 6  time?
 7     A.  I don't know. I'd have to research that. I
 8  know I have investigated accidents with lifts before.
 9  It is possible I've given depositions. I don't believe
10  I've ever been in a trial. I may well have given
11  depositions.
12     Q.  Have you ever been qualified as an expert
13  witness in a trial with respect to Tuk-A-Way rear lifts?
14     A.  I don't think I've ever appeared in a trial
15  and the question has ever been raised.
16     Q.  Do you know how many depositions you've given
17  respecting the use of Tuk-A-Way rear lifts?
18     A.  No, sir.
19     Q.  I believe you indicated that you've
20  investigated accidents involving rear lifts?
21     A.  Sure.
22     Q.  Not specifically Tuk-A-Way rear lifts, is
23  that correct?
24     A.  I don't recall one way or the other. They
25  may well be Maxon lifts. It may be, and they may be the
```

Page 8

```
 1  Tuk-A-Way style.
 2     Q.  And how many accidents have you been involved
 3  in where you investigated rear lifts?
 4     A.  Several. Two or three at least. Maybe more.
 5     Q.  Were those rear lift accidents that you
 6  investigated ones that involved trucks?
 7     A.  I don't understand the question.
 8     Q.  The rear lift that I'm talking about, I want
 9  to narrow it down and find out whether or not you are
10  referring to two or three accidents involving rear lift
11  gates on trucks.
12     A.  Oh, yeah, yeah, sure. I mean, obviously I've
13  investigated accidents with a variety of material
14  handling equipment. This is just one of a specialized
15  material handling equipment.
16     Q.  With respect to the Tuk-A-Way lift, that is
17  the Maxon Tuk-A-Way lift --
18     A.  Yes.
19     Q.  -- can you describe all prior experience
20  you've had with the Maxon Tuk-A-Way lift?
21     A.  Well, as I said, my recollection is that I
22  have investigated other accidents that are Maxons and I
23  believe they are Tuk-A-Ways and I'm familiar with the
24  design and it's usage and have used them personally.
25     Q.  Okay. In this particular case did you or did
```

Roland L. Ruhl, Ph.D., P.E. (Prepared for: Michael A. Stratton, Esq.)   April 13, 2004
Pouliot v. Arpin

Page 9

1  anyone in your office conduct any inspection of a Maxon
2  72-25A exemplar lift gate in the course of your
3  investigation?
4      A.  Yes. I believe so, yes. Sure.
5      Q   And did you do that with respect to any one
6  Maxon 72-25A other than the one that was involved in the
7  accident?
8      A.  Yes. We looked at one in Phoenix. I don't
9  now recall whether it was an A or a B or a C, but for
10 our purposes it was irrelevant.
11     Q   That was a 72-25LM lift, right?
12     A.  Yes.
13     Q   It was not a 72-25A lift?
14     A.  I believe that's correct, yes.
15     Q   And how many inspections were conducted with
16 respect to the 72-25LM lift?
17     A.  One.
18     Q   And when and where did each inspection occur?
19     A.  Well, each one is one. That occurred -- I
20 believe there were two settings. Suzanne went there
21 twice. It's in the file here. On 3-4 of '03 was the
22 primary test. I'll find out where that was.
23         I don't see it here. I'll have to research
24 it further. I can't tell you the exact location and
25 where she found the vehicle.

Page 10

1      Q   You say there were two dates, however?
2      A.  I think the billing record would show that,
3  that she was there twice -- once -- at least twice.
4  Once running the test and then I think she went back to
5  take some more measurements and pictures.
6      Q   Were they done in Arizona?
7      A.  Oh, yes. It's here in Phoenix only.
8      Q   And what was the purpose of each inspection?
9      A.  Well, I think one was just simply to take
10 some photographs, if my recollection is correct.
11         I asked her to go run some tests to answer
12 two questions. The first question was, since we believe
13 that the lift was properly aligned from the standpoint
14 of it wasn't warped and parts fit together, is to answer
15 the question as to how much sag there is in the unit
16 when the unit is not sprung and also to measure the
17 angles as it goes through its full cycle. The bed
18 height is approximately 50 inches. So those are the two
19 questions we wished to answer.
20         She also measured completely the four bar
21 linkage so that if we wished at a later date to do
22 either an animation or to do a kinematic representation
23 of the linkage we could do so.
24     Q   All right. I'm going to direct your
25 attention now to a series of documents that have to do

Page 11

1  with the testing that was conducted. I believe there
2  were four graphs and then there are four -- six graphs,
3  I guess, and then there are four sheets with platform
4  angles, bed angles, beaver tail angles, load platform
5  angles for the different tests that were run.
6      A.  Yes.
7      Q   I'd like to have that marked. It's already
8  been marked as Exhibit B
9          Where did you get the 72-25LM lift gate that
10 was tested?
11     A.  Suzanne made inquiries I believe by calling
12 dealerships if one would have a Maxon Tuk-A-Way on a
13 straight truck of approximately the same size as our
14 unit, and this one was found and they allowed us to use
15 it, to photograph it, measure it and test it under
16 varying loads.
17     Q   Who owned the unit?
18     A.  Again I don't know. It's whoever's place we
19 went to.
20     Q   Do your records reflect who owned it?
21     A.  I think they either will or I could find out
22 from Suzanne.
23     Q   Was the unit in service at the time of your
24 inspection?
25     A.  My belief was it was either in service or it

Page 12

1  was for sale, one of the two.
2      Q   And when was it manufactured?
3      A.  The truck on which it was installed was a
4  2000 model year. The serial number for the unit was not
5  found. It was not on the device. And Suzanne may have
6  some notes that reflect what the representation was.
7      Q   Well, I'm going to refer you to a document
8  that has at the top "Testing."
9      A.  Okay.
10     Q   Doesn't that document indicate what the
11 serial number was of the Maxon unit?
12     A.  It does. It does.
13     Q   What is that serial number?
14     A.  This one says 06991403CTR.
15     Q   Why was a 72-25LM lift gate selected as
16 opposed to a 72-25A lift gate?
17     A.  Well, because one only has so many choices in
18 the real world to find working equipment that fits the
19 category. Our conversations with Maxon indicated that
20 this would be representative of the kinematics of the
21 72-50, 72-40.
22     Q   And who were those -- who were those
23 conversations with?
24     A.  Suzanne had -- I think that's been produced.
25 She has in her notes and I believe it's been produced,

Page 13

1  she has the names of the party that she communicated
2  with at Maxon.
3    Q   What was the condition of the exemplar lift?
4    A.   The condition is shown in the photographs. A
5  number of photographs have been taken and the
6  measurements, of course, confirm it's performance, how
7  it does. Basically the unit was not warped, but the
8  unit needed a small amount of shimming.
9    Q   This is the exemplar?
10   A.   This is the exemplar, yes.
11       It wasn't sprung but it needed some shimming.
12  But it was a tight unit. In other words, basically its
13  performance was identical over the entire load range.
14   Q   When you say it was a tight unit you mean
15  that the pins were snug?
16   A.   Yes.
17   Q   That's what you mean?
18   A.   Yes. And there was no effective compliance
19  in the unit in its usage.
20   Q   Was it in proper working order?
21   A.   Yes. Well, yes, With the exception that it
22  does need shimming.
23   Q   Does it appear to be manufactured, installed
24  and maintained adequately?
25   A.   Yes.

Page 14

1    Q   And was it operating within the
2  manufacturer's specifications?
3    A.   No.
4    Q   And you answer "no" because of the need for
5  shimming?
6    A.   Yes.
7    Q   And the shimming affects sag, right?
8    A.   Yes.
9    Q   And does the sag have anything to do with the
10  material facts underlying the causal questions in this
11  accident?
12   A.   To my mind, yes.
13   Q   So is it fair to say that this unit was
14  substantially different than the unit that you examined
15  at Arpin?
16   A.   No. It was selected because it was
17  substantially similar.
18   Q   Did it perform differently from the lift gate
19  that you examined at Arpin's?
20   A.   Again it's some -- the answer is in a gross
21  sense, no. It goes up and down. Its angular traverse
22  and its bed height were very -- were essentially
23  identical. That's one of the reasons why it was
24  selected.
25       And it did not have warping damage. In other

Page 15

1  words, it didn't sag when you first put a load on, but
2  it did need shimming and it showed the symptomatology
3  that is essentially classic and has already been marked
4  as an exhibit in the Maxon dep yesterday and it's been
5  in my work file as to what you look for when you do
6  platform adjustments.
7    Q   Do the results show how the angle of the
8  exemplar lift changes as it's height above the ground
9  changes under various loads?
10   A.   Yes.
11   Q   And in the data tables?
12   A.   In the what? The who table? I'm sorry. I
13  didn't mean to interrupt you. I probably should have
14  waited until you finished. I'm sorry. There was
15  something about a table.
16   Q   In the data tables referred to in Exhibit B
17       MR. STRATTON:   That's where I went for data.
18       THE WITNESS:   Oh, data. Okay. All right.
19  Thank you.
20       MR. STRATTON:   You're thinking of dot com.
21       THE WITNESS:   Yes, that's right.
22  BY MR. GRADY:
23   Q   Okay. In the data tables what does the
24  column labeled "Actual platform height inches"
25  represent?

Page 16

1    A.   That would be the measurement from the ground
2  to the height of the platform.
3    Q   Now, was that measurement taken on the front,
4  the back or the side?
5    A.   I'd have to look at the photographs to see
6  where the tape measure is. Unfortunately, I think they
7  are in -- they are on the CD so I can't look at them.
8  Let's see where she actually measured.
9        Oh, you've got hard copies there? This is
10  the real unit. This is not the -- this is not the
11  Phoenix exemplar.
12       MR. CURCIO:   Those are all the photographs
13  from the two CDs that were produced.
14       THE WITNESS:   Oh, here they are. Okay. They
15  are in here. Sorry about that.
16       I believe it was measured at the -- but I'll
17  have to -- I'll have to double-check. I believe it was
18  measured on the beaver tail at the start of the chamfer.
19  BY MR. GRADY:
20   Q   When you say at the beaver tail, are you
21  talking about the outer edge of the beaver tail like the
22  rear?
23   A.   Yes. But on the check-plate, not on the
24  chamfer part. I believe that's correct, but I'll have
25  to double-check.

**Page 17**

1    Q.  So your testimony now is you're not sure;
2    that's where you think it was?
3    A.  That's correct. That's my best estimate but
4    I would need to confirm that.
5    Q.  Okay. How did you apply the 200, 400 and 700
6    pound loads to the exemplar lift?
7    A.  It was done essentially the same way that it
8    was done at my inspection in Rhode Island and that is a
9    footprint, if you will, was created and that footprint
10   then had sandbags put on and they were loaded to
11   cumulative weights.
12   Q.  And what is the load platform referred to on
13   the data tables?
14   A.  That is a platform that our shop made here in
15   Phoenix more or less identical to the one which we had
16   in Rhode Island and which is used to get the weight onto
17   the platform.
18   Q.  What was it made of?
19   A.  I believe it was made of wood.
20   Q.  Do you know what the dimensions were?
21   A.  I believe it was -- it was essentially
22   patterned after the one in -- that we did in Rhode
23   Island.
24   Q.  Well, I'd like to know what the dimensions
25   were on the load platform.

**Page 18**

1    A.  I'll have to get that from Leon, but it's
2    essentially --
3    Q.  The answer is that you don't know at this
4    point?
5    A.  Sir?
6    Q.  You don't know?
7    A.  I don't see it here as to exactly what it
8    was.
9    Q.  Was the platform mounted on wheels?
10   A.  Yes.
11   Q.  And would you describe them, please?
12   A.  Yeah. It was -- basically the platform was
13   mounted on wheels so that the loading is placed on the
14   platform as it would be with the trolley.
15   Q.  What was the construction of the wheel
16   material?
17   A.  Basically it was four inch hard rubber
18   casters.
19   Q.  And how do you know that the same material
20   was used on the unit that was involved in the accident?
21   A.  I don't know that it is the same, but it's
22   substantially similar. It puts a unit load at the base
23   of the wheels as opposed to a distributed load.
24   Q.  So how can you say it's substantially similar
25   if you don't know what the construction was of the

**Page 19**

1    wheels that were involved in the unit?
2    A.  Oh, because the wheel has a contact patch and
3    the variation in contact patch for the two wheels would
4    be de minimus.
5        There's several structural theories one can
6    invoke, but the concentrated load will be measured in
7    the fractions of an inch as opposed to a distributed
8    load which would go over many feet and that was the
9    point, is to put the load concentrated in the general
10   vicinity where the wheels could be anticipated to be.
11   So it was a --
12   Q.  So, can you describe what the surface of the
13   wheel material was?
14   A.  Yes. A hard rubber caster.
15   Q.  If the rolled platform was on wheels, did it
16   ever roll off the lift as the lift descended --
17   A.  No.
18   Q.  -- during the course of the testing?
19   A.  No.
20   Q.  This is on your exemplar lift?
21   A.  Yes.
22   Q.  Did you have to secure it to the lift in any
23   way to prevent it from rolling off?
24   A.  I don't recall one way or the other if they
25   did. I don't think they did but I don't know.

**Page 20**

1    Q.  But you weren't there at this exemplar --
2    A.  I don't know.
3    Q.  -- so you don't know of your own personal
4    knowledge?
5    A.  That's correct.
6    Q.  So your testimony is that you rented or
7    leased or obtained the use of an exemplar unit 72-25A
8    that you believe was substantially similar to the Arpin
9    unit that was involved in the accident and you
10   constructed a load platform on wheels and placed weight
11   on it and loaded it up and down through the arc from the
12   top to the bottom and the load platform never rolled off
13   at any time?
14   A.  That's correct. Right, right. But I need to
15   get the specifics on the platform. I just basically
16   want to make sure we are putting a concentrated load at
17   four points, not a unit load on the whole platform.
18   Q.  Were there any brakes on the wheels on your
19   load platform?
20   A.  I do not know.
21       MR. CURCIO: I'm sorry. What was the answer
22   to the question?
23       THE WITNESS: I do not know.
24   BY MR. GRADY:
25   Q.  Well, do your documents reflect that?

Page 21

1  A. Mine don't but I would need to get Suzanne's
2  notes.
3  Q. There's nothing in the documents that you
4  produced to us that would indicate whether or not there
5  were brakes on the wheels?
6  A. That's correct.
7  Q. Do you know whether or not there were brakes
8  on the wheels on the unit that was involved in the
9  accident?
10 A. The -- I believe now based on the testimony
11 that there would be, I guess, wheel brakes as opposed to
12 pivot brakes on two of the four wheels. The locking
13 lever would be on the lead side we now know of the
14 wheels and the testimony is, I believe, that those two
15 wheels would be at the rearwardmost end of the long
16 dimension of the trolley.
17 Q. According to the measurements that Suzanne
18 took -- and you may refer to your tables or to Exhibit
19 B --
20 A. Yes.
21 Q. -- what are the approximate maximum and
22 minimum angles that the exemplar lift gate platform
23 reaches during its total vertical travel?
24 A. The load platform went from approximately
25 level to 10 degrees, whereupon it struck the ground. In

Page 22

1  other words, the leading edge of the beaver tail, that's
2  the rearwardmost part of the beaver tail, would now be
3  contacting the ground. And that would be affecting the
4  angle of the platform itself, which is now interfering
5  with the ground at the last, oh, 4 inches or so of
6  contact, 3 inches.
7      So that basically the unit in our tests went
8  nominally from somewhere in the range of zero to 10 or
9  from 1 to 10, thereupon being above 9 degrees. Some of
10 the experimental data is around 10. The specs from
11 Maxon is approximately 9 1/2 from their drawings.
12 Q. Can you show me that spec that you're
13 referring to?
14 A. Yes. Their drawing would show -- oh, here's
15 the rest of her notes. They are out of order here. I
16 apologize.
17 Q. Take your time.
18 A. Your question was a little different. You
19 questioned how did I conclude that the Maxon was plus or
20 minus 4 1/2? That was your question, wasn't it?
21 Q. My last question -- I haven't got to that
22 yet.
23     My last question was, would you please show
24 me the specification page that you're talking about that
25 you say states that the vertical travel in the angle of

Page 23

1  declination is zero to 9 or zero to 10 degrees?
2  A. Yeah, yeah. Okay. Sure. The source of the
3  data is the Maxon drawing and I scaled it off the
4  drawing.
5  Q. Well, can you tell me what unit that drawing
6  is from?
7  A. This would be for the 72-25 essentially A, B
8  or C. It doesn't make any difference.
9  Q. Well, how do you know that?
10 A. Because -- because I know from reviewing the
11 maintenance manuals and the measurements on the LM that
12 essentially they all operate the same and that the
13 differences -- and I've reviewed the photographs and my
14 own inspection of the unit and I have reviewed the
15 manual for the C unit. I have had the A one up until
16 now. And that the kinematics of the unit are absolutely
17 identical.
18     There are manufacturing differences in the
19 LM. It has a monolithic member that's sort of a welded
20 composite as opposed to links, but it is kinematically
21 the same.
22 Q. Show me the 72-25A maintenance manual that
23 you reviewed.
24 A. I said I reviewed the C, sir.
25 Q. No, you just said to me that you reviewed A,

Page 24

1  B and C to make that comparison.
2  A. I said I -- I said it is -- I have seen a
3  72A. I've seen the manual which covers -- which
4  actually was written at the time of the 72C, but many of
5  the diagrams in it in my recollection cover generically
6  72-25.
7      I've compared the manual to what I see in the
8  units and the measurements in the photographs from the
9  LM and it's my opinion that they are kinematically
10 identical.
11 Q. The 72-25C manual that you're taking this
12 measurement from is a document that was published in
13 March of 2002, isn't that correct?
14 A. That is correct.
15 Q. It didn't even exist at the time this
16 accident occurred?
17 A. What didn't exist?
18 Q. That document.
19 A. Yes, that's correct. And there may be
20 previous documents but that was the current version of
21 the document and the measurement would be the same
22 because the linkages are kinematically identical.
23 Q. And the document that you received today from
24 Mr. Stratton was a 72-25A installation instructions?
25 A. That is correct.

Page 25

1  Q.  It's not a maintenance manual, is it?
2  A.  **That is correct.**
3  Q.  The original maintenance manual as far as you
4  know that you can review for a 72-25A Tuk-A-Way lift,
5  isn't that correct?
6  A.  **I lost track of your question, sir. Sorry.**
7  **I'm sorry.**
8      MR. GRADY:  Read it back, please.
9      (Whereupon, the record was then read
10     back by the reporter as requested.)
11     THE WITNESS:  That's correct, yes. You use a
12 C today, of course.
13 BY MR. GRADY:
14 Q.  And I'm going to ask you whether or not the
15 angle that you are referring to in the documents is
16 represented by Exhibit D? Are those the angles that
17 you're talking about?
18 A.  **Yes. Yes, sir.**
19 Q.  I'll come to those.
20     Are the exemplar lift conclusions, that is
21 the testing that you did in Phoenix, consistent with the
22 citations in your report that the platform angle must be
23 up at the top as much as it is down at the bottom?
24 A.  **Yes. That's -- that's the design. That's**
25 **exactly what the Maxon manual said. That's what it**

Page 26

1  **should be. It wasn't that, but that's what it should**
2  **be.**
3  Q.  Are the exemplar lift gate conclusions
4  consistent with the idea proposed by the plaintiff that
5  the lift gate should have remained in a position
6  parallel to the ground or tilted inwards toward the
7  truck through its vertical travel?
8      MR. STRATTON:  Objection.
9      THE WITNESS:  What was that? I lost that
10 last part. Parallel to the ground and there was
11 something about inward.
12     MR. GRADY:  You can read it back.
13     (Whereupon, the record was then read
14     back by the reporter as requested.)
15     THE WITNESS:  The use of the Tuk-A-Way cannot
16 do that. It is mechanically kinematically impossible
17 for it to do it. The four bar linkage will have to
18 travel approximately 9 degrees over a vertical change of
19 50 inches. That's just geometry.
20     There are other lift gates made by Maxon that
21 do remain parallel, that do not have this articulation
22 and that there are trade offs or advantages with
23 different types of lifts for different applications.
24 BY MR. GRADY:
25 Q.  But in the one that was involved in this

Page 27

1  accident and in the testing that you did, you weren't
2  talking about those kind of lift gates, isn't that
3  right?
4  A.  **No. This is just -- this is Tuk-A-Way versus**
5  **Tuk-A-Way.**
6  Q.  Right. Tuk-A-Way versus Tuk-A-Way as the
7  angle -- strike that.
8      As the platform itself lowers from the
9  most -- the utmost top position toward the ground, it
10 tilts towards the rear, isn't that correct?
11 A.  **It tilts, yes, right.**
12 Q.  Was the exemplar lift gate defective in any
13 way?
14 A.  **The exemplar lift gate?**
15 Q.  That's the one you used for testing in
16 Phoenix.
17     MR. STRATTON:  Objection. Asked and
18 answered.
19     THE WITNESS:  Yes. It was out of spec. It
20 should be shimmed. But it was not as much out of spec
21 as the accident unit and it was not warped. The pieces
22 fit together properly.
23 BY MR. GRADY:
24 Q.  How did the exemplar lift gate angle data
25 measured relative to the truck alone compare to the

Page 28

1  incident lift gate angle data measured with respect to
2  the Arpin truck alone?
3  A.  **Well, the -- obviously because of the damage**
4  **to the subject, I'll call it the actual lift gate, the**
5  **one in the accident, it's difficult to make a complete**
6  **comparison because the parts don't fit together the same**
7  **way.**
8      **The overall travel in terms of, you call it**
9  **pitching down at the rear. I'm not -- you didn't use**
10 **the word pitch but I will -- the pitch angle allows it**
11 **as you go downward to move the end of the beaver tail or**
12 **the folding platform to become lower and lower and lower**
13 **as it goes.**
14     **It is -- it is a geometric requirement in the**
15 **50 inches of travel that it cover about 9 degrees and**
16 **our tests on the exemplar were, A, to confirm that, but,**
17 **more important, the purpose of the test as I've tried to**
18 **explain is to show that there is, absent malfitting of**
19 **the parts, the Maxon lift is very tight. That is to**
20 **say, it does not have compliance. And it certainly in**
21 **the weight range that is of importance in our case, and**
22 **that is basically getting up to about 800 and some --**
23 **800 pounds and small change -- it does not show any**
24 **additional deflection, rotary deflection, when the parts**
25 **are properly adjusted even though it still needs to be**

Page 29

1  shimmed.
2  Q  Now, directing your attention to Plaintiff's
3  Exhibit B in the tables, not the graphs but the
4  tables --
5  A.  Yes.
6  Q.  -- that show the degree of pitch for bed,
7  platform, beaver tail at various heights, do you see
8  those --
9  A.  Yes, sure.
10 Q.  -- tables?
11 A.  Yes.
12 Q.  Did you make the same kind of analysis to the
13 Arpin Maxon Tuk-A-Way lift, 72-25A, that you inspected
14 in Rhode Island?
15 A.  No, not -- not in this form. No, we did not.
16 Q  You did not?
17 A.  No.
18 Q  So you couldn't produce a table from your
19 Rhode Island inspection that made the same analysis with
20 respect to the same elements and heights as appear on
21 these -- these -- I don't know what you call it --
22 A.  Data sheets.
23 Q.  What?
24 A.  In Illinois we call it data sheets.
25 Q  Data sheets that are part of Exhibit B  You

Page 30

1  don't have those for the Rhode Island inspection, right?
2  A.  No, we do not.
3  Q.  You didn't do that for the Rhode Island
4  inspection?
5  A.  No. For reasons which I've already discussed
6  it would not be practical because of the damage that
7  existed on the lift.
8  Q.  Well, directing --
9  A.  On the accident lift.
10 Q.  Well, directing your attention to the data
11 sheet for the 700 5 pounds, at a level of 18 inches on
12 the exemplar model what is the platform angle at that
13 location?
14 A.  Platform angle would be 6 1/2 to 7 degrees.
15 Q.  And directing your attention to the beaver
16 tail at the same location, what would be the angle of
17 the beaver tail?
18 A.  8 1/2 on one side and 8 on the other.
19 Q.  And this is your examination on the exemplar
20 model, right?
21 A.  Yes.
22 Q.  Do you know what the approximate angle of the
23 Arpin 72-25A Maxon Tuk-A-Way lift gate is at 18 inches
24 when loaded with the 800 pounds?
25 A.  Yes.

Page 31

1  Q  What are those angles, the one for the
2  platform and the one for the beaver tail?
3  A.  Well, I don't have readily those numbers. I
4  do have my analysis for the load itself.
5  Q  No, I'm specifically asking you whether or
6  not you can produce for me data from your notes and
7  records that would provide to me the same findings
8  relative to an 800 pound load at 18 inches above the
9  ground and determine the angle of the platform and the
10 angle on the beaver tail as a result of your inspection
11 at Arpin's of the 72-25A lift gate?
12 A.  I don't know. I would have to look at the
13 videotape because we were running a test and 18 inches
14 is about the level where it was starting to fall off at
15 the test site, which has a different slope than the
16 accident scene and a different slope than the one in
17 Phoenix. So those all have to be corrected.
18     I know quite accurately at the load weight of
19 around 800 pounds, it wasn't exactly 800 pounds but
20 close to it that we used, what the starting position is
21 and I know that the linkage is a four bar linkage and,
22 therefore, I know that it will progress essentially
23 uniformly over the travel, vertical travel distance and
24 that is how I made that determination.
25     Now, with that as a backdrop, I have provided

Page 32

1  a graph both at the test scene projected to the accident
2  scene and also projected to level ground which will show
3  how the angle changes with vertical distance.
4  Q  But you can't tell me what the -- what the
5  level -- at 18 inches above the ground when you made
6  your examination of the Arpin 72-25A lift, what the
7  angle was on the platform and what the angle was in the
8  beaver tail, is that correct?
9  A.  That's correct. I believe that is correct.
10 It's falling off at that point.
11 Q.  Let me ask you this question. Would the
12 subject accident have still occurred, all other things
13 being equal, if the incident lift gate had been replaced
14 with the exemplar lift gate?
15 A.  If the incident lift gate -- I don't know.
16    I can't find my two graphs. They should have
17 been photocopied. I don't know where they are.
18    Could we have left something in the room?
19 Did you pick it up by any chance?
20    Let me check in the room next door. We
21 apparently have two missing sheets. Let me try to find
22 them.
23    (Discussion off the record.)
24    THE WITNESS: All right  We have two more
25 sheets to copy.

Page 33

BY MR. GRADY:
Q. You are producing these for the first time today?
A. Yes, yes. Sure.
Q. We need to get these copied.
(Whereupon, a short recess was then had from 10:26 a.m. until 10:32 a.m.)
(Deposition Exhibit M was then marked for identification.)
BY MR. GRADY:
Q. Okay. Mr. Ruhl, I have had that document, those two pages, marked as Exhibit M.
Now, I believe that you needed those documents in order to answer my question. Would you like the question read back? Please read back my last question.
(Whereupon, the record was then read back by the reporter as requested.)
THE WITNESS: It is possible that it would still have fallen off, but it would have fallen off at a much lower height off the ground if it did.
Let me tell you the methodology that would be used. It would be graph 2 of 2. I recognize you don't have a color copy.
What is not shown on there because I didn't

Page 34

anticipate your question is extrapolating the exemplar unit here in Phoenix to the situation at the time of the accident in which the truck had a pitched down angle by half a degree, so, from Figure 1 of 2 the exemplar unit would not go from zero to 9 as we measured. It would go from plus 1/2 to minus 8 1/2. And if that were superimposed over here one would see that the curve would be closer to the as tested than it is to the as designed at scene, and if one takes the horizontal pencil lines and moves them over to strike the load line for the exemplar, one would see that we are going -- if we were to fall off we would fall off at smaller heights, lower heights. But based upon extrapolation of our test data, it could still fall off with that unit.
BY MR. GRADY:
Q. Let me ask you this question. Are you saying to me that directing your attention to Exhibit B and the table -- the data table for the 700.5 pound exemplar testing at 18 inches, if examination of the 72-25A unit that was involved in the accident showed as a result of testing that the platform angles and the beaver tail angles were exactly the same as your platform angles and beaver tail angles for the exemplar unit, are you saying to me that the unit would not have rolled off?
A. Boy, you lost me on that one. I'm sorry.

Page 35

MR. STRATTON: Objection. Compound.
MR. GRADY: Would you read that back, please?
(Whereupon, the record was then read back by the reporter as requested.)
THE WITNESS: No.
BY MR. GRADY:
Q. You're not saying that?
A. No, I'm not saying that. I'm simply saying that the amount of droop in the exemplar -- droop being the amount that's hanging down below manufacturer's spec -- it should --
Q. Well, where -- where is the manufacturer's spec that says where it's supposed to be? Do you have that? Will you show us that?
A. Sure. I've already told you. The manual says split the difference. He shows it up by the same amount as down.
Q. And I assume you're referring to Exhibit D?
A. That's exactly what I'm referring to, yes.
Q. That's the Maxon 72-25C --
A. Those angles are about 24 degrees.
Q. -- publication. Is that -- is that diagram drawn to scale?
A. I believe it is. I believe the diagram is.
Q. Where does it say that?

Page 36

A. It doesn't say that but the diagram comes from a drawing.
Q. Well, how do you know it comes from a drawing, an engineering drawing?
MR. STRATTON: Objection.
THE WITNESS: Because that's where it comes from and dimensions are scaled. They scale out properly.
I also point out that I did a quick calculation yesterday based upon page 9 of Plaintiff's Exhibit 2 that was taken yesterday afternoon and on page 9 the dimension of --
Q. What dimension?
A. The mathematical dimension or the horizontal dimension from the manufacturer shows 2 to 1 1/4 inches rise and it is traveling over a distance of about 20 inches from the main platform, and if you take 2 1/8 inch and divide by 20 and take the arc tangent of it you're going to get somewhere in the range of 20 to 25 degrees, 24 degrees. So it's just geometry. It has to work out.
Q. All right. Directing your attention now to this document that's been marked as Exhibit C, it's a document that has at the top Flipover Installation and it bears the date 2002-184E inspection 3-7-03 and

Page 37

1  attached to it is -- it looks like measurements for a
2  four bar linkage.
3      A.  Yes, true.
4      Q.  And can you tell me what those two documents
5  are?
6      A.  Yes. The second drawing is a drawing that I
7  did to assist the Suzanne in obtaining the measurements
8  that she obtained at the scene and then she superimposed
9  them on the second drawing.
10         And that those measurements were obtained, I
11 guess the best way to describe it is on a stand by
12 basis. If at some point we wished to animate, if you
13 will, the four bar linkage, this is -- this mechanism
14 that causes the platform to go up and down is known in
15 engineering as a four bar linkage and the locations in
16 space of its four pin-points describe completely the
17 motion of that four bar linkage. It's just geometry at
18 that point. And that we have the information so that we
19 could accurately describe it in an animation if we
20 thought that were necessary to do. We haven't done that
21 yet, but we've simply collected that data.
22      Q.  So, directing your attention now to the first
23 page of this Exhibit C, the date March 7, 2003, how is
24 this inspection related to the inspection of March 4,
25 2003?

Page 38

1      A.  Well, I think those are the two dates. Those
2  must be the two dates that she went there.
3         It was a couple times. She went there to
4  make arrangements with the party, she took some
5  measurements and then they ran the tests. The tests I
6  believe were run on the 7th.
7      Q.  But was it the same exemplar lift that you
8  were testing?
9      A.  Yes.
10     Q.  And that was the 72-25LM, right?
11     A.  Yes.
12     Q.  And what's the significance of the
13 measurements written on this page? I show you Exhibit
14 C.
15     A.  They are just the measurements of the
16 location of the four links of the four bar linkage and
17 that's all it is.
18     Q.  That's the exemplar unit?
19     A.  Yes.
20     Q.  Did you make the same measurements on the
21 Arpin 72-25A at the time that you conducted your initial
22 inspection?
23     A.  No, not in that detail. I did not.
24     Q.  So you couldn't compare your findings with
25 the exemplar unit with findings as they may appertain to

Page 39

1  the 72-25A unit on the truck at the time of the
2  accident?
3      A.  Well, the answer -- the answer is in some
4  respects I can't -- I can't make an ideal model of the
5  actual unit. That's what this is. Because the actual
6  unit is damaged and that all of those parts are bent out
7  of shape and that's one of the reasons why we did not
8  pursue it at that time.
9         Because it's like trying to say, well, can
10 you tell me what the length and width of a car is and I
11 have one here just off the factory floor and the other
12 one has been run into a brick wall at a hundred miles an
13 hour. Now, obviously I can't tell you -- I can't give
14 you the same dimensions on the wrecked unit that I can
15 on one that hasn't been wrecked.
16     Q.  Well, is there any reason why you didn't take
17 those dimensions on the accident lift gate?
18     A.  Sure. There's several reasons. The primary
19 one is the one I told you, is every one of those links
20 would be different in space. They are also bent in
21 pitch and roll. And so it's -- it doesn't lend itself
22 to getting back to what I would call a representation of
23 what Maxon had in mind when they made the unit.
24     Q.  But isn't it true that if the analysis -- the
25 same analysis were done to the accident unit and it

Page 40

1  produced the same platform angles and beaver tail
2  angles, you would be talking apples and apples, not
3  apples and oranges as you seem to want to describe it?
4         MR. STRATTON:  Objection.
5         THE WITNESS:  I don't agree with your
6  representation. It's apples and apples. It's not
7  apples and oranges.
8         The actual unit was tested and measured
9  sufficient to reach the conclusions that I have reached.
10 This was done to test a different hypothesis and that is
11 a unit which is not damaged, does it in fact have
12 compliance in it that we need to know about. The answer
13 is no.
14        And then given that the unit is not damaged,
15 I have a set of consistent measurements which I can use
16 as a designed case for an animation. That was the
17 objective.
18        The objective was not to compare the two in
19 performance. The objective was to get a unit that isn't
20 damaged and to test the compliance issue when it is not
21 damaged. So we know there is compliance in the unit as
22 damaged.
23 BY MR. GRADY:
24     Q.  Now, directing your attention again to
25 Exhibit C, do the measurements that show on Exhibit C