UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>    **Plaintiff** | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>    **Defendants** | )<br>)<br>)<br>) | SEPTEMBER 1, 2005 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: PLAINTIFF'S EMPLOYMENT STATUS

The plaintiff concurs that the plaintiff was an independent contractor for purposes of tort law. But the Code of Federal Regulations does impose safety requirements on motor carriers regardless as to whether they are dealing with a "employee" or an "independent contractor". The plaintiff in this case is not waiving the benefit of any of these regulations by conceding that for purposes of Connecticut tort law that the plaintiff is an independent contractor.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.