## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHAWN POULIOT,** | ) | **CIVIL ACTION NO.** |
| **Plaintiff** | ) | **3:02 CV 1302 (JCH)** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **PAUL ARPIN VAN LINES, INC. et al.** | ) | |
| **Defendants** | ) | |
| | ) | **SEPTEMBER 1, 2005** |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: PRIOR REPAIRS TO THE TRUCK AND LIFTGATE

Information about the prior "repair" of the liftgate is relevant to the main issues and may also additionally become relevant depending on the evidence or argument presented at trial. This cannot be ruled on in a vacuum. If, for instance, the defendants were to claim that they had always performed proper maintenance or that the liftgate was in good shape, this evidence may become relevant to contradict that point.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail,

postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

_____
Michael A. Stratton, Esq.