UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>    **Plaintiff** | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>    **Defendants** | )<br>)<br>) | SEPTEMBER 1, 2005 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: SUBSEQUENT LUBRICATION AND REPAIRS TO THE LIFTGATE**

There is no reason to preclude evidence of subsequent lubrication of the liftgate. It is undisputed that the defendant immediately took the subject truck out of service after this incident, and was completely aware of the incident. For this defendant to then repair and lubricate the liftgate prior to testing raises a major question regarding their awareness of the liftgate's defectiveness and their culpability. Whether this rises to the level of an adverse inference instruction depends on the facts developed at trial, and as to whether the defendant can really prove that this was done as part of some standard maintenance program.

Regardless, the fact of lubrication post incident will be a part of the analysis provided by the experts—none of whom were able to test the liftgate prior to the subsequent repair. The jury will have to be apprised of this. Otherwise, the jury could presume that the fresh blue lubricant seen in video and

photograph demonstrated the condition of the liftgate prior to the incident thereby creating a possible unwarranted positive inference.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.