UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>    Defendants | )<br>)<br>) | SEPTEMBER 1, 2005 |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO BIFURCATE

    The plaintiff objects to any bifurcation of this trial. The liability and damages issues in this case overlap, and it is impossible to separate them without causing repetitive testimony and undue delay. As for sympathy overriding the liability determination, this can be dealt with through the jury charge. Moreover, the jury will know both by seeing Shawn Pouliot during the trial and by virtue of hearing testimony regarding the event that the liability event caused paraplegia. It is impossible to separate.

    This is an issue well within the sound discretion of this Court.

THE PLAINTIFF

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.