UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>        Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | ) <br> ) <br> ) <br> ) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>        Defendants | ) <br> ) <br> ) | SEPTEMBER 1, 2005 |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION
IN LIMINE RE: SUBSEQUENT REMEDIAL MEASURES

The defendants are attempting to preclude evidence that they were aware

at the time of the subject incident that their personnel and computer system were

inadequate. In particular, William Mottla, their customer service supervisor,

indicated that the system (both human and computer wise) did not allow for key

information to be added to alert the dispatcher and others to potentially

dangerous loads needing extra precautions or equipment. Apparently, changes

may have been made afterwards to "tighten up the ship".

This type of evidence does not fall within Rule 407's preclusionary

language. Rather, it is an exception to the rule where such evidence is offered to

show "ownership, control or feasibility of precautionary measures, if controverted

and impeachment." In any event, it is much too early to decide whether this

evidence ought to precluded without the benefit of seeing how this issue

develops at trial.

THE PLAINTIFF,

By:_____
   Michael A. Stratton
   STRATTON FAXON
   59 Elm Street
   New Haven, CT 06510
   Federal Bar No: ct08166
   Telephone: 203-624-9500
   Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail,

postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.