UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>    **Plaintiff** | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>    **Defendants** | )<br>)<br>)<br>) | SEPTEMBER 1, 2005 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
MOTION IN LIMINE RE: WITHDRAWN DEFENSE OF FRAUD**

The Arpin defendants originally defended this action by alleging in answers to the complaint that they were not liable because the plaintiff caused his own injuries. They went so far as to claim that the plaintiff fraudulently planned the incident that caused his paraplegia. Now, just prior to trial they have decided to withdraw this special defense.

"Statements made out of court by a party-opponent are universally deemed admissible when offered against him... so long as they are relevant and material to issues in the case... The vast weight of authority, judicial, legislative, and scholarly, supports the admissibility without restriction of any statement of a party offered against that party at trial." State v. Woodson, 227 Conn. 1, 15 (1993).

The defendants' original defense and explanation for this incident and its later withdrawal are probative on the issues of negligence and credibility and should not be precluded.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.