UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>    Plaintiff<br><br>v.<br><br><br>PAUL ARPIN VAN LINES, INC. et al.<br>    Defendants | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH)<br><br><br><br><br><br><br>SEPTEMBER 1, 2005 |

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: STATEMENTS OF WILLIAM TWEEDY

William Tweedy was the defendants' dispatcher. He assigned the drivers like plaintiff to the particular jobs and was responsible for conveying accurate information so that the appropriate truck and driver could be selected. He acted as a supervisor and director.

William Tweedy has indicated that he was not given key information about the load. He stated that this caused the plaintiff not to have information necessary to complete the job safely and additionally caused a truck with a defective liftgate to be selected since it was not known that a liftgate would be required.

The defendants claim that this is inappropriate hearsay. This is not the correct analysis. These are admissions by a party opponent and as such do not fall within the hearsay rule. FRE Rule 801(d)(2) reads in part "a statement is not

hearsay if… the statement is offered against a party and is … (A) the party's own statement in either an individual or representative capacity or… (D) a statement by the party's agent or servant concerning a matter within the scope of the agency or employment, made during the existence of the relationship."

William Tweedy's statements about the insufficiency of the information provided to him and the improper truck selection are all covered by this rule and should be admissible.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.