UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>  Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | ) <br> ) <br> ) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>  Defendants | ) <br> ) <br> ) | SEPTEMBER 1, 2005 |

### PLAINTIFF'S MEMORANDUM IN ASSENT TO MOTIONS IN LIMINE RE: DEFENSE INVESTIGATION AND EXPERT CRAKES

The plaintiff will not present Dr. Crakes as an expert nor produce evidence or argument regarding the defense investigation described in the defendant's motion in limine.

THE PLAINTIFF,

By:_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.