# FRIEDMAN GAYTHWAITE WOLF & LEAVITT

*Attorneys at Law*

Karen Frink Wolf  
Partner

*Email:*  
KWOLF@FGWL-LAW.COM

September 2, 2005

<u>VIA FACSIMILE & U.S. MAIL</u>  
Michael A. Stratton, Esquire  
Stratton Faxon  
59 Elm Street  
New Haven, CT 06510

**Re: Shawn Pouliot v. Arpin Van Lines, Inc., et al.**

Dear Mike:

Please send our office copies of all settlement agreements and all information relating to settlement terms between Shawn Pouliot, Festo Corporation, Michael Kovac, d/b/a Trans-Expo International, and Erica Ramirez.

I am requesting this information pursuant to F.R. Civ. P. 26(e)(2) which states that "a party is under a duty to seasonably amend a prior response to an interrogatory [or] request for production . . . if the party learns that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing."

As you know, Arpin Logistics, Inc. previously propounded the following Interrogatories to Plaintiff:

- Have you signed a covenant not to sue, a release or discharge of any claim you had, have or may have against any person, corporation or other entity, as a result of the incident alleged in your Complaint?
- If you have, please identify in whose favor it was given, the date thereof and the consideration paid to you for giving it.
- Have you or has anyone on your behalf agreed with any person, corporation, or other entity to limit in any way the liability of such person, corporation or other entity as a result of the incident alleged in your Complaint?
- If you have, please identify in whose favor it was given, the date thereof and the consideration paid to you for giving it.

First Set of Interrogatories, Nos. 27-30.

**EXHIBIT A**

Additionally, Arpin Logistics, Inc. propounded a Request for Production of Documents to Plaintiff requesting "[a] copy of every statement given by any party in this lawsuit concerning this action or its subject matter . . .." First Request for Production of Documents, No. 7.

I look forward to your prompt response.

Sincerely,

Karen Frink Wolf

KFW/ep