# IRVING U. OJALVO  -  CONNECTICUT TECHNOLOGY ASSOCIATES
Mechanical Engineering, Biomechanics & Safety Expert, Retired Scientist, Columbia University

| 1011 High Ridge Road, 2nd Floor | Phone: (203) 329-9909    FAX:   (203) 329-9901 |
| Stamford, CT 06905 | http://www.technology-assoc.com |

**QUALIFICATIONS:**  Licensed Professional Engineer, New York, Connecticut and Florida.

Bullard Professor of Mechanical Engineering, University of Bridgeport (1983-1990).

Author of over 90 technical papers for leading national and international engineering journals.

Court testimony as an expert witness in numerous cases involving biomechanics industrial and automobile accidents and consumer products liability.

Society of Automotive Engineers (SAE) Speakers Bureau on Products Liability and Roadway and Accident Reconstruction.

Developed state-of-the-art structural dynamics computer program under contract with U. S. Government. Space shuttle consultant & lecturer to NASA engineers.

Safety Committee, Human Factors & Ergonomics Society

Safety Council, Institute of Transportation Engineers

Consultant to industry in areas of Industrial and Roadway Safety and Human Factors Engineering

Design of Warnings used in automated industrial equipment

Associate Editor of the American Institute of Aeronautics & Astronautics Journal.

Member of ANSI (American National Standards Institute) Ladder Safety Committee

**EDUCATION:**

| B.M.E. | C.C.N.Y. | 1956 |
| M.S. | M.I.T. | 1957 |
| Sc.D. | N.Y.U. | 1962 |

**EXPERIENCE:**

1961-1966 ...... Structural Engineering Specialist, Republic Aviation
1966-1968 ...... Engineering Consultant, Harry Belock Associates
1968-1983 ...... Manager & Project Engineer at Grumman & Perkin-Elmer Corp.
1966-Present .. Private Consultant to numerous industries & law firms

**AWARDS:**

M.I.T. Assistantship, 1956-1957.
U.S. Fulbright Scholar in the Netherlands, 1960-1961.
N.Y.U. Founders Day Award, 1962.
NASA Certificate of Recognition, 1973
Hofstra University Certificate of Appreciation, 1979 & 1980.
Bullard Chair of Engineering, 1983-1990.
Elected a Life Fellow of the American Society of Mechanical Engineering, 1986.
Listed in Who's Who and American Men and Women of Science.



EXHIBIT C

PLAINTIFF'S EXHIBIT 46