


# DR. I. U. OJALVO
## PARTIAL LIST OF PUBLICATIONS

Abbreviations
AIAA: American Institute of Aeronautics and Astronautics
IMAC: International Modal Analysis Conference
MSC: McNeal Schwendler Corporation
NASA: National Aeronautics and Space Administration
SAE: Society of Automotive Engineers
SDMC: Structures, Dynamics and Materials Conference
SEM: Society of Experimental Mechanics
USAF: United States Air Force


1. Ojalvo, I.U., "Efficient Computation of Mode-shape Derivatives for Large Dynamic Systems," 27th, AIAA Journal, October 1987, Vol. 25, No. 10, pp. 1386-1390.

2. Ojalvo, I.U. and Pilon, D., "Assumption and Accuracies Associated with the MSC/NASTRAN Rod, Bar, and QUAD4 Elements," MSC 1987 World Users Conference Proceedings, Passadena, CA, March 1987.

3. Ojalvo, I.U., "Origins and Advantages of Lanczos Vectors for Large Dynamic Systems," presented at the SEM 6th IMAC, FL, February 1988 and published in the International Journal of Analytic and Experimental Modal Analysis, Vol. 5, No. 1, 1990, pp. 43-49.

4. Ojalvo, I.U. and Pilon, D., "Diagnostics for Geometrically Locating Structural Math Model Errors from Modal Test Data," AIAA SDM Conference, Williamsburg, VA, 1988.

5. Ojalvo, I.U., Pilon, D., and Ting, T., "PAREDYM--A parameter refinement computer code for structural Dynamic Models," presented at the SEM 6th IMAC, Fl, February 1988.

6. Ojalvo, I.U., "Efficient Computation of Modal Sensitivities for Systems with Repeated Frequencies," AIAA Journal, Vol. 26, No. 3, 1988, pp. 361-366.

7. Ting, T. and Ojalvo, I.U., "Systems Identification for Large Space Structures," presented in LA, March 1988 at the "Model Determination for Large Space Systems Workshop," sponsored by the USAF and NASA Space and Technology Aeronautics Labs.

8. Ting, T. and Ojalvo, I.U., "Dynamic Structural Correlation via Non Linear Programming Techniques," <u>Finite Elements in Analysis & Design</u>, Vol. 5, 1989, pp. 247-256.

9. Ojalvo, I.U. and Ting, T., "Interpretation and Improved Solution Approach for Ill-Conditioned Linear Equations," presented at the 2nd NASA/USAF Interdisciplinary Conference in Hampton, VA, September 1988.




Publications, I.U. Ojalvo, page 2.

10. Ting, T., Ojalvo, I.U., and Chen, "A Robust Modal Correlation Procedure for Large Scale Structures," presented at the SEM 7th IMAC, Las Vegas, NV, February 1989.

11. Ojalvo, I.U., Ting, T., Pilon D., and Twomey, W., "Practical Suggestions for Modifying Math Models to Correlate with Actual Modal Test Results," presented at the 7th IMAC, Las Vegas, NV, February 1989.

12. Ojalvo, I.U. and Ting, T., "Interpretation and Improved Solution for Ill-Conditioned Linear Equations," presented at the SDM Conference in Mobile, AL, April 1989 and AIAA Journal, Vol. 12, 1990.

13. Ojalvo, I.U. and Ting, T., "Interpretation and Solution of Ill-Conditioned Equations in Parameter Estimation and System ID," presented at the 7th International Conference of Math and Computer Modeling, Chicago, IL, August 1989. Also published in Mathematical Computer Modeling, Vol. 14, 1990. Pergamon Press, Great Britain, pp. 209-212.

14. Twomey, W.J., Chen, T.L.C., Ojalvo, I.U., and Ting, T., "A General Method for Modifying a Finite-Element Model to Correlate with Modal Test Data," Journal of the American Helicopter Society, Vol. 36, No. 3, July 1991, pp. 48-58.

15. Ojalvo, I.U., "Improved Solution of Ill-Conditioned Algebraic Equations by Epsilon Decomposition," presented at the 31st SDM AIAA Conference in Long Beach, CA, April 1990 and AIAA Journal, Vol 29, No. 12, 1990, p. 2274.

16. Ojalvo, I.U., Ting, T., and Pilon, D., "Dynamic Test, Analysis and Correlation for a Stiffened Cylinder," International Conference of Vibration Problems in Engineering, Wuhan-Chongqing, P.R., China, June 1990.

17. Ojalvo, I.U., " Simplified Detection and Correction of Data Sensitivity for Ill-Conditioned Systems in Analysis & Optimization," 3rd USAF/NASA symposium on Recent Advances in Multidisciplinary Analysis," San Francisco, September, 1990.

18. Ojalvo, I.U., and Zhang, L.M., "Tutorial: Fundamental of Ill-Conditioning," Modal Analysis, International Journal of Analytical and Experimental Modal Analysis, Vol. 8, No. 2, April 1993, pp. 165-176.

19. Ojalvo, I.U. and Cohen, E.C., "An Efficient Model for Low Speed Impact Vehicles," SAE 970779 and SP-1226, SAE International Congress & Exposition, Detroit, MI, February 1997, Warrendale, PA.

20. Ojalvo, I.U. and Yanowitz, H., "Vehicle and Occupant Response to Low Speed Impact: Comparison of Analysis with Test and Parametric Study," SAE 980300, SAE International Congress & Exposition, Detroit, MI, February 1998, Warrendale, PA.

Publications, I.U. Ojalvo, page 3.

21. Ojalvo, I.U. and Masory, O., "Proposed Extensions to Federally Mandated Bumper Testing," SAE 980360, SAE International Congress & Exposition, Detroit, MI, February 1998, Warrendale, PA.

22. Ojalvo, I.U., Weber, B.E., Evensen, D.A., Szabo, T.J., and Welcher, J.B., "Low Speed Car Impacts with Different Bumper Systems: Correlation of Analytical Model with Tests," SAE 980365, SAE International Congress & Exposition, Detroit, MI, February 1998, Warrendale, PA.

23. Yanowitz H. and Ojalvo, I.U., "The Use of ATB in Analyzing an Accidental Fall over a Wall," Proceedings of the 1998 ATB Users Group Conference, April 30, 1998. Fairborn, OH.

24. Obert, R.M., Ojalvo, I.U., and Seluga, K.J., "A Hidden Stepladder Hazard: Excessive Twist Flexibility," Human Factors & Ergonomics Society, 47th Annual Meeting, 2003.