ORIGINAL

1

1

2  UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT
3  ------------------------------------------X
   SHAWN POULIOT,
4
                                    PLAINTIFFS,
5
                   -against-
6

7  PAUL ARPIN VAN LINES, INC., AND ARPIN LOGISTICS,
   INC., FESTO CORPORATION, MICHAEL D. KOVAC, D/B/A
8  TRANS-EXPO INTERNATIONAL, AND ERICA RAMIREZ IN HER
   CAPACITY AS EMPLOYEE OF TRANS-EXPO INTERNATIONAL,
9
                                    DEFENDANTS.
10 ------------------------------------------X

11              DATE: March 29, 2004

12              TIME: 11:05 a.m.

13

14

15        EXAMINATION BEFORE TRIAL of the

16  Defendant, FESTO CORPORATION, by a witness, PETRA

17  MILKS, taken by the Respective Parties hereto,

18  pursuant to a Notice, held at the Offices Diamond

19  Reporting Inc., 114 Old Country Road, Mineola,

20  New York 11501, before Jeannine Gallmeyer, a Notary

21  Public of the State of New York.

22

23

24

25

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

EXHIBIT E

1                    P. MILKS
2          MR. OSWALD: Do you know that?
3     A.   I believe it was.
4     Q.   Do you know anything about how the 1
5  came to be changed to a 7?
6          MR. OSWALD: Objection to the form of
7     the question to the extent again, it hasn't
8     quite been established what happened there.
9     You can answer the question.
10    A.   I do not.
11    Q.   Is it fair to say that this Learnline
12 unit that's shown in the photograph that's marked
13 Defendant B, is a unit that is made in Germany?
14    A.   It's made by Festo.
15    Q.   The same company as you work for?
16         MR. OSWALD: Objection to the form to
17    the extent she knows or doesn't know the legal
18    difference between the companies.
19    Q.   In all cases, that unit was shipped
20 from Germany to your facility in a crate on a skid
21 or pallet underneath and it's then shipped out to a
22 customer new, if that's what they bought, a new
23 unit. And in some cases it's stripped down and
24 shipped without a crate; is that correct?
25         MR. OSWALD: Objection to the form.

1                    P. MILKS
2          You can answer.
3     A.   Occasionally, yes.
4     Q.   Can you explain to me what those
5  circumstances are?
6     A.   Generally, if a unit is shipped without
7  a crate, it is shipped either because we are doing
8  a presentation, it's going to a vocational-type
9  trade show, or it is being sold as a used piece of
10 equipment to a customer.
11    Q.   So, basically, you're talking about
12 demonstration models?
13    A.   For the most part, yes.
14    Q.   Why aren't the demonstration models
15 shipped in a crate?
16    A.   Because, generally, they have been
17 around for more than a year and the crates are
18 discarded.
19    Q.   I believe in this particular case you
20 had communications with Erica Ramirez about this
21 shipment; do you recall that?
22    A.   Yes, I do.
23    Q.   I believe you indicated to me that
24 generally you handled the arrangements, but you
25 keep Faye DeVito involved so she knows what you're

```
 1                        P. MILKS
 2       A.     I don't recall.
 3       Q.     Did you at any time prior to receiving
 4   that Shipment Booking Order back from her that's
 5   represented by Defendant's C, tell her what, if
 6   anything, should be in the document?
 7       A.     What information should be in this
 8   document?
 9       Q.     Yes.
10       A.     No.
11       Q.     You didn't.  So with respect to the
12   information in that document, do you know how it
13   got there?
14       A.     I know how the majority of it got
15   there.
16       Q.     How did the majority get there?
17       A.     I gave it to her.
18       Q.     Tell me what you gave her?
19       A.     I gave her the pickup location, where
20   the shipment was going to be picked up.  I gave her
21   the address to where it was going to be delivered,
22   a contact name and phone number and most
23   importantly, when it needed to be delivered by.
24       Q.     Did you give her the dimensions?
25       A.     Yes, the dimensions and the units,
```

```
 1                      P. MILKS
 2         talking Exhibit C, October 2001?
 3              MR. GRADY:  Yes.
 4         A.   Right, yes.
 5         Q.   And you knew that the unit was going to
 6   be on wheels, right?
 7         A.   Yes.
 8         Q.   Did you tell Erica Ramirez that this
 9   unit weighed anywhere from 700 to 900 pounds and
10   was going to be on wheels?
11         A.   Yes.
12         Q.   You did tell her that?
13         A.   Yes, I told her.
14         Q.   You told her this particular unit was
15   going to be on wheels?
16              MR. OSWALD:  Objection to the form.
17         Q.   Do you understand?
18              MR. OSWALD:  I don't.
19         A.   I'm not sure, but I just answered that.
20         Q.   There's two units being shipped, one
21   weighs 155 pounds plus or minus and the other
22   weighs between 700 and 900 pounds, did you indicate
23   to her that the 700 to 900 pounds was going to be
24   on wheels?
25         A.   Yes.
```

|    |    |    |
|----|----|----|
| 1  |    | P. MILKS |
| 2  | Q. | You did indicate that? |
| 3  | A. | Yes. |
| 4  | Q. | Did you indicate to her it weighed 700 |
| 5  | to 900 pounds? | |
| 6  | A. | I indicated to her it was about -- |
| 7  | "picture a desk on wheels," that's how I described | |
| 8  | it to her. | |
| 9  | Q. | But you didn't say anything about the |
| 10 | weight? | |
| 11 | A. | No, I did not. |
| 12 |    | MR. GRADY: Let's mark this document. |
| 13 |    | (Whereupon, the aforementioned document |
| 14 | was marked as Defendant's Exhibit D for | |
| 15 | identification as of this date by the Reporter.) | |
| 16 | Q. | At the time you were giving this |
| 17 | information to Erica Ramirez, did you know there | |
| 18 | were locks on the wheels? | |
| 19 | A. | Yes. |
| 20 | Q. | Did you tell Erica Ramirez anything |
| 21 | about there being brake locks on the wheels? | |
| 22 | A. | No. |
| 23 |    | MR. GRADY: Let's mark this |
| 24 | Defendant's E. | |
| 25 |    | (Whereupon, the aforementioned document |