UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

- - -

| | |
|---|---|
| SHAWN POULIOT, | ) |
| Plaintiff, | ) CIVIL ACTION |
| vs. | ) Case No. 3:02 CV1302 |
| PAUL ARPIN VAN LINES, | ) |
| INC., and ARPIN | ) **ORIGINAL** |
| LOGISTICS, INC., | ) |
| Defendants. | ) |

- - -

Deposition of SHAWN L. POULIOT, Plaintiff herein, called by the Defendants for cross-examination pursuant to the Ohio Rules of Civil Procedure, taken before me, the undersigned, Kelley E. Spears, a Notary Public in and for the State of Ohio, at the offices of A. Russell Smith Law Offices, 159 South Main Street, Akron, Ohio, on Tuesday, the 3rd day of December, 2002, at 9:52 o'clock a.m.

---

BISH & ASSOCIATES, INC.
812 Key Building
Akron, Ohio 44308-1303
(330) 762-0031
(800) 332-0607
FAX (330) 762-0300
E-Mail: bishassociates@neo.rr.com



EXHIBIT F

114

1  the time of the accident, is it not?
2      A.   Yeah, I guess it would be.  It says for
3  the period of 10/17 to 10/23.
4      Q.   And it looks like you had -- they
5  advanced you $702 bucks on the 12th and on the
6  15th and so you owed them money at the time
7  this accident happened, right?
8           MR. STRATTON:  It's going to be
9  filed on a counterclaim.
10          THE WITNESS:  I guess, yeah.
11 BY MR. GRADY:
12     Q.   How often do you get these settlement
13 sheets?
14     A.   Every week.
15     Q.   Every week?
16     A.   Yeah, I believe so.  Every week.
17     Q.   Have you done your tax return for 2001?
18     A.   No.
19     Q.   Haven't done that yet?
20     A.   No.  Not that I know of, no.
21     Q.   Are you angry at Paul Arpin Van Lines?
22     A.   No, I wouldn't say I'm angry at Paul
23 Arpin Van Lines.  I'm just naturally angry at
24 life.  I mean, I'm upset, I'm hurt.  Sums it
25 up.

                                                                 123

1    disability check from the insurance company?
2        A.   I'm receiving a -- yes.  It's bi-weekly,
3    every two weeks.
4        Q.   How much is that check?
5        A.   I get $800 every two weeks.
6        Q.   So it's roughly $400 a week?
7        A.   Yes, sir.
8        Q.   Is there any reason why you haven't done
9    your 2001 tax return yet?
10       A.   Well, between all this -- all this, I
11   just haven't been able to -- I've -- I've been
12   trying to survive.  I've been trying to take
13   care of myself and my kids and get my life
14   together.  It's been destroyed.
15            MR. GRADY:  And I think that's it.
16            MR. STRATTON:  I don't have any
17   questions.
18            Do you have any questions?  If you
19   do, hold off on them.
20            MR. GRADY:  Shawn, thank you very
21   much.  I wish you well.
22            THE WITNESS:  Thank you very
23   much.
24                        - - -
25       (Deposition concluded at 2:34 o'clock a.m.)