# Shawn Pouliot
## vs.
## Paul Arpin Van Lines, Inc., Arpin Logistics, Inc., Festo Corporation, Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez

### United States District Court
### District of Connecticut
### Case No. 3:02 CV 1302

### Deposition of Shawn L. Pouliot
### Tuesday - June 29, 2004



Bish & Associates, Inc.
Stenotype Reporters
159 South Main Street
Suite 812
Akron, Ohio 44308
(330) 762-0031
Fax (330) 762-0300
(800) 332-0607

1428 Market Avenue, North
Canton, Ohio 44714
(330) 580-9181
Fax (330) 580-9183

Email: bishassociates@neo.rr.com
www.bish-associates.com



EXHIBIT G

**269**

1  A. Years ago.
2  Q. Were you on medication for depression?
3  A. Actually, I think that medication took
4  care -- it did the same thing. It was one
5  medication.
6  Q. Was that Lithium?
7  A. Yes, I believe so.
8  Q. And how about Tegretol?
9  A. That's when I was a kid about ten years
10  old -- yeah, 12 years old, something like that.
11  Q. Were you ever treated by Dr. Perera for
12  alcoholism?
13  A. When you call it alcoholism, I call it
14  depression, but yes, I did my share of drinking
15  when I was a kid.
16  Q. Is it fair to say that you had problems
17  concentrating?
18  A. Yes.
19  Q. That's carried over into adulthood too,
20  right?
21  A. No.
22  Q. Now, you provided us with a joint tax
23  return for the year 1999, IRS joint tax return.
24  Did you file that joint tax return with the
25  Internal Revenue Service?

**270**

1  A. Yes.
2  Q. You provided us with a joint tax return
3  from the year 2000. Did you file that tax
4  return with the Internal Revenue Service?
5  A. Yes. My attorney -- attorney here has
6  done it, taken care of everything.
7  Q. When were those tax returns filed?
8  A. I don't know when exactly, but I was
9  late filing them. But he's got it all. I
10  would have to check his records.
11  Q. How about your tax return for the year
12  2001?
13  A. I believe that's in there too.
14  Q. You filed that one too?
15  A. I believe so.
16  Q. You have a lot of trouble with the law
17  when you were younger?
18  A. I've had my run-ins, yes.
19  Q. And --
20      MR. GRADY: Excuse me just a minute,
21  Shawn.
22  BY MR. GRADY:
23  Q. Were you represented by Attorney James
24  Wagner?
25  A. Probably numerous times.

**271**

1  Q. In fact, this is the office we're at
2  today, right?
3  A. Yes.
4  Q. One of charges that you were charged
5  with is aggravated burglary. Do you remember
6  that, July 31st, 1989?
7  A. Yeah. I was 19 years old.
8  Q. What was that all about?
9  A. I broke into a college dorm and stole an
10  empty beer can collections and a microwave as a
11  joke to a friend of mine, but he didn't take it
12  as a joke. I did no property damage, I just
13  took the broken microwave and an empty beer can
14  collection.
15  Q. How about on July 7, 1990, receiving
16  stolen property?
17  A. 1999?
18  Q. September 7, 1990?
19      MS. O'DONNELL: '90?
20      THE WITNESS: Oh, those big orange
21  barrels on the side of the expressway that had
22  the blinking lights, I took that and put it in
23  the back of my pickup truck and thought it
24  would be cool to use it as a beer cooler. They
25  didn't think that was funny either.

**272**

1  BY MR. GRADY:
2  Q. There's another charge of October 14,
3  1991 of aggravated burglary. What was that one
4  all about?
5  A. Oh, I was mad at a girlfriend so I went
6  in there and took my TV that I bought for her,
7  and I think that was it. I took my TV back
8  that I bought, but I still got charged with it.
9  Q. You have a number of charges for drunk
10  and disorderly, right?
11  A. Yeah.
12  Q. And a number of charges for contempt of
13  court, right?
14  A. A number? How many -- how many are the
15  number of drunk and disorderlies and how many
16  contempt of court?
17  Q. Well, I came across three drunk and
18  disorderlies. September 7, 1990, disorderly
19  conduct, intoxication before Judge Maxen?
20  A. I was 20 years old and I was a partyer.
21  Q. November 2nd, 1995, disorderly conduct,
22  intoxication, Judge Shapiro. May 2nd, 1996,
23  contempt of court, Judge George.
24  A. The May --
25  Q. Do you remember these?