UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - -X
SHAWN POULIOT,                     :
            Plaintiff              :
                                   :
VS                                 : 3:02CV1302(JCH)
                                   :
PAUL ARPIN VAN LINES, INC.,        :
ET AL,                             :
            Defendants             :
- - - - - - - - - - - - - - - - - -X
```

Deposition of ALLAN S. McCAUSLAND, Ph.D.
taken at the offices of Stratton Faxon,
59 Elm Street, New Haven, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on June 15, 2005, at 2:10 p.m.

DEL VECCHIO REPORTING SERVICES, LLC
 PROFESSIONAL SHORTHAND REPORTERS
 117 RANDI DRIVE, MADISON CT 06443
  (203)245-9583     (800)839-6867
        FAX (203)245-2760

    HARTFORD     NEW HAVEN     STAMFORD



```
 1     Q    Okay.  What is that top page that you have?
 2     A    The top page is from Arpin Logistics as to
 3  what he was paid and what his expenses were and gives
 4  his net profit.
 5     Q    For what year?
 6     A    This is for 2001.  This one is for 2001.
 7     Q    All right.  Also on the first page of this
 8  packet there is a yellow sticky note with some numbers
 9  on it.  Do you know what that is?
10     A    Yes.  These are the total revenue and express
11  runs that were on the 1099 in 2001.  So he's giving
12  total revenue in here of 93,767.
13     Q    On his 1099 you're saying?
14     A    That's right.  1099 dollars in 2001.  Right.
15  93,767, 1099, 2001.  And this is what is paid.  He
16  wasn't an independent trucker in the sense that he's
17  just working for anybody and he's on call and going
18  places.  He's really being used by this company to do
19  their delivery and they're doing it as a subcontractor
20  instead of hiring employees, which is not uncommon in
21  the industry today.
22          So we're looking at what the revenues are
23  that they're talking about and what's paid out and what
24  he's claiming as profit and net because his tax returns
25  didn't make a lot of sense.  The figures and numbers
```

 1   didn't make a lot of sense for the trucking industry.
 2        Q    Okay.  What do you mean by that?
 3        A    Well, if you look for a minute at -- if you
 4   look at 1999, he's got $74,000 of revenue, of gross
 5   sales from his operations, and he's got expenses of
 6   25,000.  So it's 48.  The expenses don't line up with
 7   what you'd expect for that industry.  If you look at
 8   the following year, he has 160,000 of revenue and he
 9   has expenses of 80,000.  And if he owned the truck for
10   instance, there's no depreciation on this sheet
11   whatsoever.  So something is going on.  The figures are
12   missing, and there is -- as it turns out later, there
13   was a deposition of the accountant, of course, who just
14   took the numbers and nobody audited or checked the
15   numbers.  So we have a person simply turning in numbers
16   and going in here, and I look at enough tax returns to
17   know that's not the kind of money independent haulers
18   make.  They have a lot of expenses.
19             And if we look at the sheet from Arpin
20   Industries, they're giving -- this is for 1/1/01 to
21   12/31/01 and they're saying the total revenue and then
22   they're giving driver advances and express runs and
23   they have total expenses in here, and then they have a
24   net profit of 25,000 which is much more realistic than
25   the number that he has on his tax returns.

```
 1   to be a Notice of Deposition relating to today's
 2   deposition.  Is that correct?
 3        A    Right.  That's identical to the one you
 4   marked.
 5        Q    I'm going to pull out of Exhibit 5 here your
 6   report relating to the loss of earning capacity.  Would
 7   that be 5-A?
 8        A    Yes.
 9        Q    I'll direct your attention there to Exhibit
10   5-A.  On the second page of your report you indicate in
11   the first paragraph a number of sources of information
12   upon which this report is based, including
13   Mr. Pouliot's age, education, employment history and a
14   comparison of his pre-incident earning capacity versus
15   his post-incident earning capacity.  It goes on to
16   state that this report is based upon the life care plan
17   report of William Burke and a telephone conversation
18   with him.
19        A    Yes.
20        Q    A report by Lawrence Forman?
21        A    That's correct.
22        Q    And that appears to be all.  Is that correct?
23        A    Those are the people.  That's correct.
24        Q    Now, other than these items that I've just
25   stated and pulled out of paragraph one of your report,
```