UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV1302 (DJS) |
| | : | |
| VS. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | |
| AND ARPIN LOGISTICS, INC. | : | |
| Defendants | : | OCTOBER    , 2003 |

### PLAINTIFF'S ANSWERS TO DEFENDANT ARPIN LOGISTICS, INC. FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF, SHAWN POULIOT

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Third-Party Plaintiff Arpin Logistics, Inc. propounds the following interrogatories to Plaintiff, Shawn Pouliot, to be answered separately and fully in writing under oath within thirty (30) days after service hereof.

### PRELIMINARY STATEMENT

In answering these interrogatories, furnish all information available to you, including information in the possession of your attorneys, their investigators and all other persons acting in your behalf, and not merely such information known of your personal knowledge. Each interrogatory, and each subsection of each interrogatory, is to be fully and separately answered in accordance with the duties set forth in Rules 26 and 33 of the Federal Rules of Civil Procedure. As to any interrogatory for which an exact, complete and entirely accurate answer cannot be made at this time after having made reasonable efforts to provide the information, so state, give the reason why a further response cannot be made at this time, and give as complete and precise an answer as is possible.



EXHIBIT

J

you believe were witnesses to the incident, or the condition which you allege caused your injury, including those persons who were present at the place where the accident occurred whether shortly before or shortly after the accident and specify which will be called to testify at trial.

**ANSWER:**    **Objection pending**

81.    Other then this case if you have ever asserted a claim for damages or for compensation of personal injuries, please identify the date of injury, the nature of the injury, the amount of damages or compensation received and the name and address of each person or organization against whom a claim was made or from whom payments were received.

**ANSWER:**    **No**

82.    If you ever received disability benefits or workers compensation payments, please identify the amount received and from whom it was received, when the payments were received, the reason for receipt of those payments and for what, if any, injuries or disabilities you received the payment.

**ANSWER:**    **Social Security Disability in 1996 was received in the amount of $550.00 due to emotional problems. Social Security Disability in 2002 in the amount of $580.00 due to this incident.**

83.    Identify whether you or anyone acting on your behalf is in possession of any statement by Arpin Logistics, Inc. or Paul Arpin Van Lines, Inc., or by any employee or representative of Arpin Logistics, Inc. and/or Paul Arpin Van Lines, Inc. regarding the accident or the circumstances surrounding the same, when each statement was made, whether oral or

95.     Please state whether or not the original Bill of Lading in your possession at the time of the accident was signed by the representative of Naugatuck Community College, and if so, by whom and when, (before or after the accident occurred) identify the name, address, date and time of signature, specifically noting before or after the accident.

**ANSWER:**   **No one signed, as far as I know.**

96.     Please state whether or not the original Bill of Lading in your possession at the time of the accident was signed by the representative of Festo Corporation, and if so, by whom and when.

**ANSWER:**   **I do not know.**

**THE PLAINTIFF**

By_____
Michael A. Stratton
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Federal Bar No. ct08166
Tel:  (203) 336-4421
Fax: (203) 368-3244