UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | CIVIL ACTION NO. |
| Plaintiff : | 3:02 CV 1302 (JCH) |
| : | |
| v. : | JUDGE JANET C. HALL |
| : | |
| PAUL ARPIN VAN LINES, INC. et al. : | |
| : | September 8, 2005 |
| Defendants : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION TO EXCUSE CO-TRIAL COUNSEL FROM ATTENDANCE AT PRETRIAL CONFERENCE AND INCORPORATED MEMORANDUM*

NOW COME Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., (hereinafter "Arpin") and request that co-trial counsel, Harold J. Friedman, be excused from attendance at the Pretrial Conference. Co-trial counsel Karen Frink Wolf, as well as Appellate Counsel, Daniel J. Krisch, will be in attendance at the Pretrial Conference and prepared to discuss all matters pending before the Court. In support of this Motion, Arpin states as follows:

Attorney Friedman is currently in the process of jury selection in the matter of *Wilma Snowberger, et al v. Getty Petroleum Marketing, Inc., et al,* Docket No. X06-CV-01-0167144S, pending in the Connecticut Superior Court Complex Trial Division at Waterbury. Jury selection commenced on September 7, 2005 and is expected to last for at least one week. A request has been made of the *Snowberger* trial court that should jury selection still be underway, Mr. Friedman be excused from attending jury selection in order to attend the Pretrial Conference in this matter. In the event jury selection is continuing, that will be possible; however, the *Snowberger* trial court has indicated a desire and intention that opening statements and evidence begin on September 15, 2005,

in which case Mr. Friedman is not excused from attendance at trial. Accordingly, Arpin requests that Mr. Friedman be excused from attendance at the Pretrial Conference in this matter.

Additionally, in view of this, Arpin wishes to bring to the attention of the Court the fact that the *Snowberger* matter is expected to last approximately five to seven weeks once evidence begins. Further request is hereby made that the present matter, in which Mr. Friedman is co-trial counsel, not be set down for trial until the conclusion of the *Snowberger* matter.

                                        Respectfully submitted,

                                        Harold J. Friedman, Esq. CT 23785
                                        Karen Frink Wolf, Esq. CT 26494
                                        FRIEDMAN GAYTHWAITE WOLF & LEAVITT
                                        Six City Center, P.O. Box 4726
                                        Portland, ME  04112-4726
                                        (207) 761-0900
                                        (207) 761-0186 (Fax)
                                        hfriedman@fgwl-law.com
                                        kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 8th day of August 2005 to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT  06510

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

_____
Karen Frink Wolf, Esq. # 26494