UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | CIVIL ACTION NO. |
| Plaintiff : | 3:02 CV 1302 (JCH) |
| : | |
| v. : | JUDGE JANET C. HALL |
| : | |
| PAUL ARPIN VAN LINES, INC. et al. : | |
| : | September 8, 2005 |
| Defendants : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S OBJECTIONS TO INTERROGATORIES, REQUESTS TO ADMIT, AND ANSWERS THERETO THAT PLAINTIFF INTENDS TO OFFER AT TRIAL*

Pursuant to paragraph 10 of the Court's May 9, 2005 Final Pre-Trial Order, Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") submit the following objections to the Interrogatories, Requests to Admit, and Answers thereto that Plaintiff has indicated he intends to offer as evidence at trial.

1. Arpin's November 5, 2002 Response to Plaintiff's First Request for Production of Documents (Answer #2)

Plaintiff has indicated that he intends to offer Answer #2 from Arpin's November 5, 2002 discovery response as evidence at trial. The November 5th pleading is Arpin's response to a request for production of documents, not a response to an interrogatory or to a request to admit. For that reason, Answer #2 is not properly designated by Plaintiff pursuant to paragraph 10 of the Final Pre-Trial Order as something he intends to offer as evidence at trial.

2. Arpin's January 2, 2004 Discovery Response to Festo (Answers #3, #10, #12, #13, and #16)

On January 2, 2004, Arpin served responses to four different sets of Festo discovery requests (including answers and responses to Festo's First Set of

Interrogatories, Festo's First Request for Production of Documents, Festo's Second Set of Interrogatories, and Festo's Second Request for Production of Documents).  It is unclear from which of those responses Plaintiff intends to offer evidence at trial.  For the purposes of this pleading, Arpin assumes that Plaintiff intends to offer Answers #3, #10, #12, #13, and #16 from Arpin's January 2, 2004 Answers to Defendant Festo Corporation's First Set of Interrogatories as evidence at trial.  Arpin objects to Plaintiff's use of those Answers; they are prior statements of Arpin witnesses and, under Fed. R. Evid. 801, may be admitted only to impeach an Arpin witness regarding inconsistent testimony at trial.  Arpin reserves its right to file further objections in the event that Plaintiff provides clarification that suggests that he intends to offer evidence from one of Arpin's other January 2, 2004 discovery responses.

3. <u>Arpin's April 16, 2004 Answers to Plaintiff's Interrogatories (Answers #1, #2, and #3)</u>

Arpin did not serve any answers to Plaintiff's interrogatories on April 16, 2004, although it did serve answers to a request for production of documents from Festo on that date.  As the April 16th pleading is a response to a request for production of documents, not a response to an interrogatory or to a request to admit, Answers #1, #2, and #3 are not properly designated by Plaintiff pursuant to paragraph 10 of the Final Pre-Trial Order as answers he intends to offer as evidence at trial.  Arpin reserves its right to file further objections in the event that Plaintiff provides clarification that suggests that he intends to offer evidence from another one of Arpin's discovery responses.

3

Dated September 8, 2005.

                Respectfully submitted,

                /s/ Karen Frink Wolf
                Harold J. Friedman, Esq. CT 23785
                Karen Frink Wolf, Esq. CT 26494
                FRIEDMAN GAYTHWAITE WOLF &
                LEAVITT
                Six City Center, P.O. Box 4726
                Portland, ME  04112-4726
                (207) 761-0900
                (207) 761-0186 (Fax)
                hfriedman@fgwl-law.com
                kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 8th day of September, 2005 to the following:

Michael A. Stratton, Esq.  
Stratton Faxon  
59 Elm Street  
New Haven, CT 06510

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Spillane & Mannion  
46 Main Street, PO BOX 1319  
New Milford, CT 06776-1319

Thomas J. Grady, Esq.  
Lenihan Grady & Steele  
6 Canal Street  
PO Box 541  
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.  
Horton, Shields & Knox, P.C.  
90 Gillett Street  
Hartford, CT 06105

      /s/ Karen Frink Wolf  
      Karen Frink Wolf, Esq. # 26494