EXHIBIT
ALL-STATE LEGAL
A

# CURRICULUM VITAE

## WILLIAM H. BURKE, Ph.D.

**Noble's Island No.7**
**500 Market Street**
**Portsmouth, NH 03801**
**(603) 431-4762**
**fax: (603) 431-5057**

**777 S. Flagler Drive**
**West Tower, 8th Floor**
**West Palm Beach, FL 33401**
**(800) 896-5057**
**fax: (561) 515-6001**

**EDUCATION:**

Ph.D., Rehabilitation Services, Department of Counseling Psychology, The Florida State University, Tallahassee. (June, 1985)

M.A., Rehabilitation Counseling, Department of Social and Behavioral Sciences, University of South Florida, Tampa. (June, 1973)

B.S., Psychology, cum laude, Northwest Missouri State University, Maryville. (June, 1971)

**CERTIFICATION/LICENSURE:**

Certified Rehabilitation Counselor (CRC) #23138
The Commission on Rehabilitation Counselor Certification.

Certified Case Manager (CCM) #M-00006590
The Commission for Case Management Certification

Board Certified Rehabilitation Consultant; Diplomate #C4-544
The American Board of Professional Disability Consultants

Board Certified Disability Analyst #2253;
The American Board of Disability Analysts

Licensed Rehabilitation Counselor #91, Commonwealth of Massachusetts.

Licensed Rehabilitation Provider #WC 1001582
State of Florida, Division of Workers Compensation

Certified Vocational Rehabilitation Provider #236
State of New Hampshire, Department of Labor

**PRESENT POSITION:**

**President, *William H. Burke & Associates,* Portsmouth, NH & West Palm Beach,** FL. William H. Burke & Associates is an international rehabilitation and disability management practice that specializes in the analysis, treatment planning and case management of individuals with brain and spinal cord injury, amputations, burns, chronic pain, orthopedic injuries and other severe disabilities. Specialized rehabilitation services are provided to the medical, legal and insurance communities in five primary areas: Comprehensive case analysis, rehabilitation planning, life care planning, vocational evaluation and assessment of post injury employability, and case management and utilization review.

**AFFILIATED ACTIVITIES:**

**Editor, *Rehabilitation Resources Press*.** Portsmouth, NH

**Senior Editor, *Rehabilitation and Treatment of Traumatic Brain Injury*.** H.D.I. Publishing Company, Houston, TX.

**Editorial Review Board, *Journal of Rehabilitation*.**

**Editorial Review Board, *Journal of Applied Rehabilitation Counseling*.**

**Editorial Advisory Board, *The Neurolaw Letter*.**

**Editorial Board, *The Disability Analyst.***

**Member,** Professional Advisory Council, The American Board of Disability Analysts.

**Lecturer,** National Directory of Lecturers, Rehabilitation Research and Training Center on Severe Traumatic Brain Injury. Medical College of Virginia, Richmond, VA.

**Member,** Governor's Committee to Study Head Injury in New Hampshire. Appointed by Governor John H. Sununu, June, 1987.

**Member,** Professional Advisory Committee, Vista Centre, a residence for the Traumatically Head Injured, Ontario, Canada. Appointed January, 1987.

**Member,** National Head Injury Foundation Standing Committee's 1) Education and Training, 2) Membership, 3) Task Force on Life Long Care, 1985 - 1990.

**Member,** New York State Head Injury Association Vocational Task Force. Final report submitted to N.Y. Department of Education, November, 1986.

**PAST PROFESSIONAL ACTIVITY:**

Optimal Environments, Inc., Tampa, FL Clinical Director (7/94 - 11/95)

Florida Institute for Neurologic Rehabilitation Director of Rehabilitation (7/92-7/94)

New Medico Head Injury Rehabilitation System
Executive Director, Highwatch Rehabilitation Center (8/86-7/92)
Director, New Medico Rehabilitation Center of Florida (1/86-9/86)
Director, Timber Ridge Ranch ( 1/85-1/86)

Father Flanagan's Boys' Home, Boys Town, Nebraska
Director, Father Flanagan's Boys Town of Florida (5/83-1/85)
Assistant Director, Group Home Development (5/81-5/83)
Certified Family Teacher (6/79-5/81)

New York State Division for Youth, Albany, New York
Director of Training & Organizational Development (1/76-6/79)

General Systems Associates, Ann Arbor, Michigan
Organization and Management Consultant (4/75-1/76)

State of Florida Division of Youth Services, Jacksonville, Florida
Halfway House Superintendent (1/74-4/75)

Pasco County Schools, Dade City, Florida
School Social Worker (6/72-1/74) Classroom Teacher, 6th grade (8/71-6/72)

**PROFESSIONAL ACADEMIC EMPLOYMENT HISTORY**

**Assistant Professor and Director,** Human Services Program, School of Social and Behavioral Sciences, College of St. Mary, Omaha, Nebraska (1980-1981). Courses taught include: Introduction to Human Services, Behavior Therapy, Human Service Management, Assessment Techniques in Human Services, Value Clarification, Introduction to Research.

**Adjunct Assistant Professor/Instructor**, University of Nebraska, Lincoln; College of St. Mary, Omaha; Empire State College, New Paltz, New York, Marywood College, Scranton, Pennsylvania, Chicago State University, Chicago, Florida A & M University, Tallahassee. Courses taught included: Introduction to Human Services, Behavior Therapy, Behavior Analysis with Children and Adolescents, Management of Social Service Agencies, Developing Community Based Service Programs, Research Design and Methodology, Single Subject Research Design, Management of Organizational Behavior, Individual Counseling, Methods of Group Counseling, Counseling Minority and Disadvantaged Adolescents, Introduction to Public Administration, Systems Change.

**PUBLICATIONS:**

Burke, W.H., Elliot, T. & McAllister, D. (2000) ***Assistive Technology for Upper Extremity Disabilities***. Portsmouth, NH: Rehabilitation Resources Press.

Burke, W.H., Elliot, T. & McAllister, D. (1999) ***Home Health Care in America: A State by State Guide to Nursing Board Regulations & Delegation of Responsibility***. Portsmouth, NH: Rehabilitation Resources Press.

Burke, W.H. (1996) Catastrophic Injury: A Model of Disability Analysis, Treatment Planning and Case Management. In Anchor, K. ***Disability Analysis Handbook: Tools for Independent Practice.*** Dubuque, Iowa: Kendall Hunt.

Burke, W.H. (1995) Defending Rehabilitation and Life Care Plans. In Price, D.R. & Lees-Haley, P. ***The Insurers Handbook on Psychological Injury Claims***. Washington D.C.: IW Publications.

Burke, W.H. (Ed.) (1995). ***The Handbook of Forensic Rehabilitation***. Houston: HDI Publishers.

Burke, W.H. (1995) The Rehabilitation Expert: Analysis and Management of Brain Injury and Other Neurologic Disorders. In Burke,W.H. (Ed.) ***The Handbook of Forensic Rehabilitation***. Houston: HDI Publishers.

Sellars, C.W. & Burke, W.H. (1995) Pediatric Brain Injury: Analysis and Management. In Burke W.H., ***The Handbook of Forensic Rehabilitation***. Houston: HDI Publishers.

Burke, W.H. & Patterson, A.S. (1994). ***An Integrated Rehabilitation Assessment and Treatment Plan***. FINR: Wauchula, FL.

Burke, W.H. , Price, D.R. & Price D.C. (1993). Claims Analysis of Rehabilitation Plans in Mild Closed Head Injury Cases. ***Claims***, June, 68-75.

Price, D.R., Burke, W.H. & Price D.C. (1993). Identification of fictitious closed head injury claims. ***Claims***, May, 37-40.

Burke, W.H., Zencius, A., Wesolowski, M.D. & Doubleday, F. (1991). Improving executive function disorders in brain injured clients. ***Brain Injury***, *5* (3), 241-252.

Zencius, A., Wesolowski, M.D., Burke, W.H. & McQuade, P. (1991) Memory checklists: A method of teaching functional skills to brain damaged adults. ***Behavior Residential Treatment***, 6 (1), 1 - 10.

Zencius, A., Wesolowski, M.D., Krankowski, T., & Burke, W.H. (1991). Memory notebook training with traumatically brain injured clients. ***Brain Injury***, *5* (3), 321-325.

Burke, W.H., Wesolowski, M.D., Buyer, D.M., & Zawlocki, R.J. (1990). The rehabilitation of adolescents with traumatic brain injury: Outcome and follow-up. ***Brain Injury***, *4* (4), 371-378.

Burke, W.H. (1993). The Analysis of Pre-Existing Alcohol Abuse Following Traumatic Brain Injury. ***Insurance/Defense Review***, *Winter*, 1-2.

Burke, W.H. & Bird, B (1992) Violence and the Brain-injured Patient. In Smoyak, S.A. and Blair, T.D. ***Violence and Abuse: Implications for Psychiatric Treatment.*** N.J.: Slack, Inc.

Burke, W.H., Blackerby, W.F. & Wesolowski, M.D. (Eds) (1988); 2nd Edition (1996) ***Rehabilitation and Treatment of Traumatic Brain Injury***. A series of 20 books. Houston, TX: HDI Publishers.

Series titles include:

> Burke, W.H., Guth, M., Guare, R., & Wesolowski, M.D. (1988). ***Head Injury Rehabilitation: An Overview***.
>
> Burke, W.H. & Wesolowski, M.D. (1988). ***Applied Behavior Analysis in Brain Injury Rehabilitation***.
>
> Wesolowski, M.D. & Burke, W.H. (1988). ***Managing Anger and Aggression***.
>
> Burke, W.H. & Wesolowski, M.D. (1988). ***Developing Community Living Skills: Teaching Methods***.
>
> Burke, W.H., Zawlocki, R.J., Wesolowski, M.D. & Guth, M.D. (1988). ***Developing Social Skills: A Social Competence Approach***.
>
> Wesolowski, M.D., Zencius, A., & Burke, W.H. (1988). ***Developing Motivation in Head Injured Clients***.
>
> Guare, R., Samson, M., Guth, M., Warren, S., & Burke, W.H. (1988). ***Developing the Rehabilitation Plan after Traumatic Brain Injury***.
>
> Guth, M., Garmen, C., Warren, S., Parent, N., & Burke, W.H. (1988). ***Accessing Community Resources: Discharge Planning***.
>
> Wesolowski, M.D., Zencius, A., & Burke, W.H. (1988). ***Developing Self Control after TBI.***
>
> Guth, M., Burke, W.H. & Wesolowski, M.D. (1988). ***Increasing Self Awareness in TBI Rehabilitation***.
>
> Burke, W.H., Molinaro, D., Krankowski, T., & Wesolowski, M.D. (1988). ***Supported***

*Employment and TBI.*

Blackerby, W. (1988). *Sexuality after TBI.*

Weinstien, A., Moos, E. & O'Connor, M. (1988). *Management of Memory Disorder.*

Guare, R. & Sampson, M. (1988). *Management of Attention Deficits.*

Wesolowski, M.D. & Zawlocki, R. (1988). *Teaching Job Seeking Skills.*

Lewis, F. (1988). *Developing Adaptive Work Behaviors.*

Guth, M. (1988). *The Role of the Family in TBI Rehabilitation.*

Hopewell, C.A. (1988). *Adaptive Driving after TBI.*

Ylvisaker, M. (1988). *Management of Communication and Language Deficits.*

Ylvisaker, M. (1988). *Head Injury Rehabilitation with Children and Adolescents.*

Burke, W.H. & Wesolowski, M.D. (1987) *Community Living Skill Development: A Guide for Head Injury Rehabilitation.* Center Ossipee, NH: Highwatch Rehabilitation Center.

Burke, W.H., McGrath, N., Schmidt, N., Souza, J. (1990). *Understanding Brain Injury: A Guide for Families and Friends.* Lynn, MA: New Medico Head Injury System.

Burke, M.D., Palma, L.J. & Burke, W.H. (1982). *Parents Teaching Children: A New Approach to an Old Tradition.* Boystown, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H., Burke, M.D., Baron, R.K, Cunningham, P.J., Palma, L.J. & Phillips, E.L. (1982). *Family and Community Living Skill Development.* Boystown, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. & Wesolowski, M.D. (1988). Community re-entry outcomes in brain injured adults and adolescents. *Research Forum, 3* (2), 1-3.

Wesolowski, M.D. & Burke, W.H. (1988). Behavior management techniques. In P. Deutsch & K. Fralish (Eds.). *Innovations in Head Injury Rehabilitation.* New York: Mathew Bender.

Hopewell, C.A., Burke, W.H., Wesolowski, M.D., & Guare, R. (1990). Behavioral learning therapies for the traumatically brain injured patient. In Wood, R.L. & Fussey, I. *Cognitive Rehabilitation in Perspective.* London: Taylor & Francis Ltd.

Burke, W.H., Wesolowski, M.D. & Guth, M. (1988). Comprehensive head injury rehabilitation: An outcome evaluation. *Brain Injury, 2,* (4), 313-322.

Burke, W.H., Wesolowski, M.D., & Zencius, A. (1988). Long term programs in head injury rehabilitation. ***Cognitive Rehabilitation***, 6, (1), 38-41.
Burke, W.H. & Wesolowski, M.D. (1987). Applied behavior analysis in head injury rehabilitation. ***Headlines***, winter, 10-11.

Lane, I., Wesolowski, M.D., & Burke, W.H. (1987). Teaching socially appropriate behavior to eliminate hoarding in a brain injured adult. ***Research Forum***, *2* (3), 3-5.

Burke, W.H., Wesolowski, M.D. & Lane, I. (1988). A positive approach to the treatment of aggressive brain injured clients. ***International Journal of Rehabilitation Research***, *11* (3), 235-241.

Burke, W.H. & Wesolowski, M.D. (1988). Applied behavior analysis in the rehabilitation of brain injured clients. ***Rehabilitation Nursing***, *13* (4), 186-188.

Lane, I., Wesolowski, M.D. & Burke, W.H. (1989). Teaching socially appropriate behavior to eliminate hoarding in a brain injured adult.. ***Behavior Therapy and Experimental Psychiatry***, *20* (1), 79-82.

Zencius, A.H., McQuade, P., Wesolowski, M.D. & Burke, W.H. (1989). Antecedent control in the treatment of brain injured clients. ***Brain Injury***, *3* (2), 199-205.

Zencius, A.H., Wesolowski, M.D. & Burke, W.H. (1989). Comparing motivational systems with two non-compliant head injured adolescents. ***Brain Injury***, *3* (1), 67-71.

Burke, W.H. & Burkhead, E.J. (1989). Runaway children in America: A review of the literature. ***Education and Treatment of Children***, *12* (1), 73-81.

Burke, W.H. & Lewis, F. (1986). Management of maiadaptive social behavior of a brain injured adult.. ***International Journal of Rehabilitation Research***, *9*, (4), 335-342.
Lewis, F., Burke, W.H & Carrillo, R. (1987).

Lewis, F., Burke, W.H. & Carrillo, R. (1986). Model for rehabilitation of head injured adults in the post-acute setting. ***Journal of Applied Rehabilitation Counseling***, *18* (2), 39-45.

Burke, W.H. & Joyce, D. (1985). The interdisciplinary approach works! A clinical commentary. ***Headlines***, Fall, 6-7.

Weber, D.E. & Burke, W.H. (1985). An alternative approach to treating delinquent youth. ***Residential Group Care and Treatment***, *3*, (3), 65-85.

Zencius, A., Burke, W.H.. Wesolowski, M.D. & Hough, S. (1990). Managing hypersexual disorders in brain injured clients. ***Brain Injury***, *4*, (2), 175-181.

Zencius, A., Wesolowski, M. & Burke, W.H. (1990). The use of a visual cue to reduce profanity in a brain injured adult.. ***Behavioral Residential Treatment***, *5*, (3), 143-147.

Zencius, A., Wesolowski, M.D. & Burke, W.H. (1990). Memory checklist: A method of

teaching functional skills to brain damaged adults. ***Behavioral Residential Treatment***, *5* (5), 247-257.

Zencius, A., Wesolowski, M.D., & Burke, W.H. (1990). A comparison of four strategies to improve memory after TBI. ***Brain Injury***, *4*, (1), 33-38.

Burke, W.H., Patrick, J. & Patrick, P.P. (1985). ***Professional Parenting***. Boys Town, Nebraska: Father Flanagan's Boys' Home.

Weber, D.E., Burke, W.H., Thompson, L., Blase, K.A., O'Kane, S., & Luger, R. (1983). ***Group Home Development***. A workshop manual (456 pp.). Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, **W.H. (1982).** ***Managing Performance Improvement: Behavior Analysis Techniques***. Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H., Bastien, J.S., Criste, A., & Freeman, E.J. (1981). ***Management for the 80's: Maximizing Human Resources***. A workshop manual (289 pp.), Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1981). ***A Guide to Problem Solving in Human Services***. Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1981). ***Principles of Time Management***. Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1978). ***Responsibility Charting in Human Services***. Highland, New York: New York State Division for Youth.

**REFEREED PRESENTATIONS:**

**Neuroanatomical Correlates of Behavior in Brain Injury** Survivors. International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA, 1994.

**Social Networks and Social Competence.** International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA, 1994.

**Treating Non-compliance.** International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA 1994.

**Assessing and Facilitating Community Integration in Persons with Disabilities.** Florida Association for Behavior Analysis. Ft. Lauderdale, 1993.

**Integrating Individuals with Traumatic Brain Injury and Behavior Problems in the Community**. Florida Association for Behavior Analysis, Ft. Lauderdale, 1993.

**Managing Sexual Disorders in TBI Clients**. Head Injury Frontiers 1990. The National Head

Injury Foundation, 9th Annual National Symposium, New Orleans, 1990.

**Improving Executive Function Disorders in Brain Injured Clients.** Head Injury Frontiers 1990. The National Head Injury Foundation, 9th Annual Symposium, New Orleans, 1990.

**Rehabilitation of Adolescents with TBI.** Head Injury Frontiers 1990. The National Head Injury Foundation, 9th Annual National Symposium, New Orleans, 1990.

**Managing Sexual Disorders in Clients with Head Injury.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Teaching Prosocial Behaviors to TBI Survivors.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Treatment of Physically Aggressive TBI Clients.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Treatment of Sexual Dysfunction Following Traumatic Brain Injury.** International Association for Behavior Analysis, 15th Annual Convention, Milwaukee, WI, 1989.

**Antecedent Control in the Treatment of Traumatic Brain Injury.** International Association for Behavior Analysis, 15th Annual Convention, Milwaukee, WI, 1989.

**Behavior Analysis Methods in Head Injury Rehabilitation.** Association for Behavior Analysis, 14th Annual Convention, Philadelphia, PA, 1988.

**Rehabilitation Methods to Improve Executive Functioning.** 3rd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1988.

**Supported Employment with Head Injured Clients.** 3rd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1988.

**A Positive Approach to the Treatment of Aggressive Brain Injured Clients.** 4th National Traumatic Brain Injury Symposium, Baltimore, MD, 1988; Association for Behavior Analysis, 14th Annual Convention, Philadelphia, PA, 1988.

**Differences in Sizes of Social Networks Among Disability Types and Ages.** National Head Injury Foundation 6th Annual Symposium, San Diego, CA, 1987.

**Teaching Socially Appropriate Behavior to Eliminate Hoarding in a Brain Injured Client.** Berkshire Conference on Behavior Analysis and Therapy, Amherst, MA, 1987.

**A Reinforcement Approach to the Treatment of Physically Aggressive Brain Injured Clients.** Berkshire Conference on Behavior Analysis and Therapy, Amherst, MA, 1987.

**Behavioral Treatment of Traumatic Brain Injury: A Symposium.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Management of Maladaptive Behavior in a Brain Injured Adult.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Management of Maladaptive Behavior in a Brain Injured Adult.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Applied Behavior Analysis: Behavior Management in Residential Settings.** 2nd Annual Symposium on Advances in Head Injury Rehabilitation. Dallas, TX, 1987.

**Cognitive Rehabilitation: Issues and Answers.** 2nd Annual Symposium on Advances in Head Injury Rehabilitation. Dallas, TX, 1987.

**Behavior Management of Agitated and Aggressive** Patients. 2nd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1987.

**Vocational Programs and Approaches in Head Injury Rehabilitation.** New York State Head Injury Association, 4th Annual Conference, Syracuse, NY, 1986.

**Drugs and Alcohol and the Head Injured Survivor.** New York State Head Injury Association, 4th Annual Conference, Syracuse, NY, 1986.

**Evaluating Client Progress and Outcome: Behavior Analysis Research Designs.** Head Trauma: From Injury to Independence Seminar, Kansas City Rehabilitation Institute, Kansas City, Missouri, 1985.

**Applied Behavior Analysis Techniques to Manage Agitated and Aggressive Behavior.** Head Trauma: From Injury to Independence Seminar, Kansas City Rehabilitation Institute, Kansas City, Missouri, 1985.

**The Role of Evaluation in the Refinement and Dissemination** of a **Model Treatment Program.** Florida Association for Behavior Analysis 4th Annual Meeting, Orlando, Florida, 1984.

**Teaching Parents to Teach Children**. National Teaching Family Association 5th Annual Conference, Omaha, Nebraska, 1982.

**Managing Performance Improvement: Applied Behavior Analysis Strategies.** National Teaching Family Association 5th Annual Conference, Omaha, Nebraska, 1982.

**Time Management.** National Teaching Family Association 4th Annual Conference, Ashville, North Carolina, 1981

**Developing Community Based Group Homes: Variables Critical to Success.** National Teaching Family Association 4th Annual Conference, Ashville, North Carolina, 1981.

**Managing Your Assistant: A Leadership Strategy for Teaching Parents.** Teaching Family

Association 3rd Annual Conference, Kansas City, Missouri, 1980.
National
**INVITED PRESENTATIONS:**

**The Life Care Plan: A Method of Estimating Damages.** New Hampshire Trial Lawyers Association, Manchester, NH 2002

**Evaluation and Defense of the Life Care Plan.** The Forensic Network, Key West, FL 1999; Las Vegas, NV 2000; Jackson Hole, WY 2001; New Orleans, LA 2002

**Handling Psychological and Neuropsychological Injury Claims.** Insurance/Defense Network, Atlanta, GA 1998.

**Managing the Neurologic Injury Claim**. Annual Conference on Emotional and Psychological Injury Claims. The Insurance/Defense Network, Lake Tahoe, NV 1998

**Achieving Rehabilitation Goals. Facing the Challenges of Traumatic Brain Injury**. Florida Brain Injury Association. Tallahassee, FL 1998.

**Back and Knee Injuries**. American Contractors Insurance Group Safety and Claims Management Workshop. New Orleans, LA 1997.

**Management of Complex Injury Claims.** 17th Annual National Workers Compensation and Occupational Medicine Seminar. Hyannis, MA, 1997.

**Evaluation of Pediatric Brain Injury and the Brain Damaged Baby**. Medical Malpractice and Catastrophic Damages Conference. Chicago, IL, San Diego, CA, 1996.

**Estimating Damages in Brain Injury Litigation. Traumatic Brain Injury: A Plaintiff and Defendant's Perspective**. Atlanta 1996.

**The Forensic Analysis of Costs in Head Injury Claims**. Insurance/Defense Network, Las Vegas, NV, 1995; Hilton Head, SC, 1996.

**Claims Analysis and Defense of Organic Brain Syndrome and the Brain Injury Claim**. Defense of Damages Conference & Seminar; Insurance/Defense Network, Atlanta, GA, Dallas, TX, 1995; Breckenridge, CO, 1996.

**Analysis and Defense of Pediatric Brain Injury and the Brain Damaged Baby**. Defense of Damages Conference & Seminar; Insurance/Defense Network, Atlanta, GA, Dallas, TX, 1995.

**Facing the Challenges of Traumatic Brain Injury**. Florida Head Injury Association, Panama City; Ft. Myers, 1995.

**Vocational Rehabilitation after Minor Brain Injury. Minor Head Trauma**. Annual West Virginia Head Injury Association Conference, Charleston, WV, 1993.

**Case Management and Cost Containment in Brain Injury**. Managing Traumatic Brain Injury. United Health Care Corp., Minneapolis, MN, 1993.
**Rehabilitation after Brain Injury**..Southeastern Neuroscience Nursing Symposium. Tampa, 1993

**Cost Containment and Brain Injury Rehabilitation**. Tampa, Miami, Jacksonville,Chicago, Minneapolis, 1993.

**Cost Containment and the Brain Injury Claim**. Florida Institute for Neurologic Rehabilitation Seminar. Orlando, FL, 1992.

**Cost Containment in Neurologic Rehabilitation: A Triage Approach**. Cost Analogies for Post Acute Care. New Orleans, LA, 1992.

**The Future of Neurologic Rehabilitation: Breaking Down the Barriers**. The 2nd Annual Neurobehavioral Management Seminar. Philadelphia, Seattle, Boston, 1992.

**Cost Containment in Brain Injury Rehabilitation**. The Travelers Companies, Hartford, CT, 1992.

**Analysis and Defense of Catastrophic Injury Claims in Head and Spinal Injury**. Defense of Damages Conference and Seminars. The Insurance/Defense Network. Hilton Head, SC, Las Vegas, NV, 1992.

**Analysis and Defense of Brain Injury Claims**. Defense of Damages Conference and Seminars. The Insurance/Defense Network. Hilton Head, SC, Las Vegas, NV, 1992.

**Treatment of the Cognitive and Behavioral Consequences of Traumatic Brain Injury Rehabilitation in Hawaii: Gaining Momentum**. Rehabilitation Association of Hawaii and Hawaii Rehab Counseling Association Annual Conference, 1991.

**Pediatric Brain Injury: Looking to the Future**. Taking Steps Toward Recovery: A Seminar on Neurologic Interventions for Children, Adolescents and Young Adults. Milwaukee; Memphis; Garden City, L.I.; Apple Valley, CA, 1991.

**Estimating Damages in Brain Injury Cases**. Litigating the Brain Injury Case. Los Angeles, CA, 1991.

**Head Injury Rehabilitation Today and Directions for the Future**. Keynote address. Arkansas Head Injury Conference, Little Rock, AR, 1991.

**A Theoretical Overview of Neurobehavioral Rehabilitation**. Examining Brain Injury, Sayre, PA, 1991.
**Treating the Aggressive Brain Injured Patient**. Examining Brain Injury, Sayre, PA, 1991.

**Outcomes of Head Injury Rehabilitation and Directions for the Future**. Keynote Address. Arkansas Head Injury Foundation 3rd Annual Conference. Little Rock, AR, 1991.

**Rehabilitation and Life Long Planning following Traumatic Brain Injury**. Psychology and the Law Conference. Corpus Christi, TX, 1991.

**Life Care Planning as a Method to Estimate Damages in Brain Injury Cases**. North Carolina Trial Lawyers Association Conference, Raleigh, 1990; Tennessee Trial Lawyers Association Conference, Nashville, TN, 1991.

**Neurobehavioral Rehabilitation in Moving Forward Through Change**. 6th National Traumatic Brain Injury Symposium: Decade of the Brain, Baltimore, Maryland, 1991.

**Long Term Outcome Following Pediatric Head Trauma**. The 2nd National Conference on Pediatric Neurotrauma, New York City, 1990.

**Beyond Acute Care: Applied Research and Outcomes**. Treatment Strategies in Head Injury Rehabilitation, Portland, Maine, 1990.

**Advances in Head Injury Treatment: Changing the Outcome**. Head Injury in the 1990's. The Insight Seminar, Toronto, 1990.

**The Efficacy of Neurobehavioral Rehabilitation**. 1989 Kentucky Head Injury Association Conference. Lexington, Kentucky, 1989.

**Outcome Research in Traumatic Brain Injury Rehabilitation**. The 4th Annual New Mexico Head Injury Foundation Conference. Albuquerque, NM, 1989.

**The Efficacy of Neurobehavioral Rehabilitation**. Traumatic Brain Injury: Trends in Rehabilitation. St. Mary's Regional Medical Center Neuro-Rehabilitation Symposium. Reno, Nevada, 1989.

**Behavior: Day to Day Management. Closed Head Injury**. A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**Establishing Long Term Behavior Management Programs**. Closed Head Injury: A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**A Model for Behavior Management**. Closed Head Injury: A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**Rehabilitation Needs: Life Care Planning**. North Carolina Academy of Trial Lawyers. Head Injury Seminar, Raleigh, N.C., 1989.

**Neurorehabilitation**. The National Conference on Pediatric Neurotrauma, Chicago, Illinois, 1988.

**The Use of Antecedent Control to Improve Memory in Brain-Injured Clients**. 22nd Annual AABT Convention, New York, NY, 1988.

**Issues in Behavioral Rehabilitation**. Long Island Head Injury Awareness Day. Garden City, Long Island, 1988.

**Behavior Management Strategies for Teaching Motivation and Insight**. New Hampshire Head Injury Foundation, 2nd Annual Professional Conference, Durham, NH, 1987.

**Management Strategies for the Socially Inappropriate and Aggressive Patient**. New Hampshire Head Injury Foundation, 2nd Annual Professional Conference, Durham, NH, 1987.

**Residual Cognitive and Behavioral Deficits following Traumatic Brain Injury**: Intervention Strategies for Professionals and Families. Keynote Address, New Jersey Head Injury Association, 5th Annual Seminar, Metuchen, New Jersey, 1986.

**Traumatic Brain Injury: Residual Cognitive Deficits and Strategies for Rehabilitation**. Hot Springs Rehabilitation Center, Hot Springs, Arkansas, 1985.

**Community Re-Entry Training for the Head Injured: A Focus on Cognitive, Vocational and Psycho-social Needs**. The Counsel for Exceptional Children Annual Conference, Hot Springs, Arkansas, 1985.

**Rehabilitation of the Traumatically Brain Injured**. Crawford Rehabilitation Seminar, Mobile, Alabama, 1985.

**Cognitive and Behavioral Programming in Head Injury Rehabilitation**. North Texas Head Injury Foundation, Fort Worth, Texas, 1985.

**Traumatic Brain Injury: Roads to Recovery**. The New Medico Head Injury System Seminar, Cleveland, Columbus, Cincinnati, Philadelphia, 1985.

**Neurobehavioral Management of the Head Injured Individual**. Mid-South Head Injury Foundation, Memphis, Tennessee, 1985.

**Residential Post-Acute Rehabilitation of Closed Head Injury**. Kansas Head Injury Association, Kansas City, Missouri, 1985.

**Application of Behavior Analysis Procedures in the Rehabilitation of Traumatic Brain Injury**. International Rehabilitation Association, Little Rock, Arkansas, 1985.

**The Teaching Family Model: Applying Behavior Analysis to Residential Treatment**. Florida Mental Health Institute Conference on Residential Treatment, Tampa, Florida, 1984.

**A Practical Approach to Effective Management.** Southern Regional Training Conference, Child Welfare League of America, New Orleans, Louisiana, 1983.

**Management for the 80's: Maximizing Human Resources.** Workshop presented to Department of Youth Care, Boys Town, Nebraska (1981, 1982); State of New Jersey Division of Children and Family Services, Trenton, New Jersey (1981); Institute for Behavior

Research, Washington, D.C. (1982).

**Human Service Management for the** 80's. College of St. Mary Spring Symposium, Omaha, Nebraska, 1981.

**Training Human Service Generalists.** Fordham University Social Work Symposium, New York, New York, 1978.

**Alternatives to Institutionalizing Delinquent Youth**. University of Michigan School of Social Work Summer Symposium, 1975.

**PROFESSIONAL AFFILIATIONS:**

American Psychological Association

International Association of Rehabilitation Professionals

American Counseling Association

American Rehabilitation Counseling Association

American Chronic Pain Association

American Academy of Pain Management

Brain Injury Association

Brain Injury Association of Florida

Brain Injury Association of New Hampshire

Individual Case Management Association

National Association of Rehabilitation Professionals in the Private Sector

National Rehabilitation Association

National Spinal Cord Injury Association

Case Management Society of America

Amputee Coalition of America

REV: 3/31/03

# TRIAL TESTIMONY

| CASE | ATTORNEY | DATE | CITY/STATE |
|---|---|---|---|
| B. Borror | Timothy VanEman | 10/8/99 | Columbus, OH |
| C. Greenspan | Kelly Puls | 12/1/99 | Ft. Worth, TX |
| J. Beam | Jeffrey Chambers | 1/12/00 | Ft. Worth, TX |
| R. Dooley | Robert Turner | 3/15/00 | Boston, MA |
| C. Curit | William Robitzek | 5/10/00 | Portland, ME |
| M. Raymond | Joseph McDowell | 5/18/00 | Manchester, NH |
| A. Mederos | Brian Felzer | 5/25/00 | Chicago, IL |
| M. Diodato | Jeffrey Stern | 6/2/00 | Boston, MA |
| D. Goldsmith | Joseph Osborne | 6/12/00 | Ft. Lauderdale, FL |
| C. Gunn | Nancy LaVista | 7/19/00 | W. Palm Beach, FL |
| C. Dunn | Francine Rosenzweig | 10/23/00 | Boston, MA |
| J. Suggs | Melinda Huff | 10/26/00 | Ft. Worth, TX |
| A. Stephens | Marcia Davis | 2/23/01 | Panama City, FL |
| J. Belarosa | Joyce Lichtenstein | 4/19/01 | Providence, RI |
| R. Myers | Kenneth Blumenthal | 5/11/01 | Columbus, OH |
| W. Todd | Thomas Luciani | 8/20/01 | Spokane, WA |
| T. Smith | Candace Korthals | 10/18/01 | Pensacola, FL |
| K. Schelzel | Joseph McDowell | 11/21/01 | Manchester, NH |
| M. Fake | John Kelleher | 11/26/01 | Albany, NY |
| M. Martin | Stanley Aronson | 11/30/01 | Akron, Ohio |
| R. Van Pelt | Jason Feinstein | 3/28/02 | Springfield, NJ |
| K. Griffith | James Arnold | 4/2/02 | Columbus, OH |
| W. Showers | Melinda Huff | 4/16/02 | Dallas, TX |
| B. Baxley | Steven Stocker | 4/23/02 | Seattle, WA |
| J. Jacobson | John Hart | 5/6/02 | Ft. Worth, TX |
| C. Zink | David Wendel | 5/8/02 | Hackensack, NJ |
| L. Chaffin | Kenneth Roberts | 6/11/02 | Newport News, VA |
| J. Sankey | Charles Harding | 7/18/02 | Lake George, NY |
| U. Paek | Edward Suh | 7/23/02 | New York, NY |
| M. Cooper | Peter Eleey | 7/30/02 | Boston, MA |
| L. Urezzio | Scott Dwyer | 8/15/02 | Melbourne, FL |
| R. Majewski | Gerald Schaffer | 8/23/02 | Buffalo, NY |
| F. Duran | Kelly Puls | 9/18/02 | Ft. Worth, TX |
| M. Morin | Jennifer Rosen | 10/10/02 | Pittsfield, MA |
| B. Stone | Shawn George | 12/10/02 | Charleston, WV |
| W. Cummings | Charles Harding | 12/12/02 | Glennville, NY |
| G. Taks | Lauren Handler | 1/8/03 | Morristown, NJ |
| J. Clark | Brian Rekofke | 1/29/03 | Spokane, WA |
| M. Podsedly | Michael Appel | 2/10/03 | Boston, MA |
| W. Hopper | Francis Young | 2/21/03 | White Plains, NY |
| M. Stymest | Deborah Santello | 3/4/03 | Lowell, MA |
| G. Fields | Kathy Dougherty | 3/26/03 | Columbus, OH |
| J. Hourihan | Arthur Siegel | 6/19/03 | Cooperstown, NY |
| M. Francis | Mark Morrisette | 11/18/03 | Concord, NH |

## DEPOSITIONS

| CASE | ATTORNEY | DATE | CITY/STATE |
|---|---|---|---|
| J. Smith | Gray Culbreath | 10/12/99 | Columbia, SC |
| R. Hovater | Mike Gardner | 10/22/99 | Portland, ME |
| J. Brockington | Jeff Johnson | 10/22/99 | Omaha, NE |
| C. Lamb | Mike Bee | 11/5/99 | Charleston, WV |
| C. Dunn | Francine Rosenzweig | 11/16/99 | Manchester, NH |
| J. McNally | Mark Abramson | 1/20/00 | Manchester, NH |
| D. Goldsmith | Joseph Osborne | 1/21/00 | West Palm Beach, FL |
| R. MacDowell | Scott Murphy | 1/24/00 | Orlando, FL |
| J. Sturtevant | David Dunn | 1/28/00 | Manchester, NH |
| M. Diodato | Jeff Stern | 2/14/00 | Boston, MA |
| A. Mederos | Shawn Clifford | 2/15/00 | Chicago, IL |
| G. Ballard | Mike Bee | 3/17/00 | Charleston, WV |
| M. Jones | Robert Miller | 3/29/00 | Wellston, OH |
| H. Doyon | Mark Abramson | 3/31/00 | Manchester, NH |
| J. Leitner | Brian Shaughnessy | 4/4/00 | Manchester, NH |
| S. Binsse | Joe McDowell | 4/14/00 | Manchester, NH |
| M. Sagerman | Mike Bee | 4/19/00 | Charleston, WV |
| L. DiCasagrande | Roger Doumar | 4/26/00 | Baltimore, MD |
| M. Jones | Robert Miller | 5/3/00 | Wellston, OH |
| G. Levesque | James Leary | 5/9/00 | Concord, NH |
| B. Stone | Shawn George | 6/1/00 | Charleston, WV |
| A. Roberts | Peter Eleey | 6/5/00 | Boston, MA |
| H. Rood | Kevin Leach | 6/19/00 | Manchester, NH |
| A. Baham | Bill Walker | 6/20/00 | St. Louis, MO |
| B. Meade | Robert D. Cline | 6/23/00 | Charleston, WV |
| E. Plummer | Mark Abramson | 7/12/00 | Manchester, NH |
| A. Uyehara | Brian Rekofke | 7/13/00 | Spokane, WA |
| N. Martinez | Nicholas Jose Medina | 7/14/00 | San Juan, PR |
| A. Ober | Mark Abramson | 7/25/00 | Manchester, NH |
| P. Helms | Ken Raynor | 7/28/00 | Atlanta, GA |
| D. Olsen | Nancy LaVista | 8/10/00 | West Palm Beach, FL |
| D. Awak | Cari Dawson | 8/16/00 | Atlanta, GA |
| N. Witcher | John Hart | 8/24/00 | Ft. Worth, TX |
| S. Hutchins | David Robinson | 8/25/00 | Ft. Worth, TX |
| G. Guillory | Clay Dugas | 8/28/00 | Orange, TX |
| J. Kearns | Jeffrey Poth | 9/12/00 | Columbus, OH |
| B. Cline | Robert D. Cline | 10/16/00 | Charleston, WV |
| J. Turnage | Nolan Carter | 10/30/00 | Orlando, FL |
| J. Neal | Michael Overbeck | 10/31/00 | West Palm Beach, FL |
| E. Mills | James Peterson | 11/17/00 | Charleston, WV |
| S. Steeves | Peter Eleey | 12/13/00 | Boston, MA |
| A. Stephens | Marcia Davis | 1/8/01 | Panama City, FL |
| R. Van Pelt | Jason Feinstein | 1/26/01 | Springfield, NJ |
| J. Seavey | Philip Mancini | 2/1/01 | Portland, ME |
| K. Debraal | Nancy LaVista | 3/12/01 | West Palm Beach, FL |
| M. Daniels | Michael Rourke | 3/14/01 | Columbus, OH |
| J. Jennings | Paul McNeill | 3/14/01 | Jonesboro, AR |
| D. Moses | Wade Coleman | 3/15/01 | Thomasville, GA |
| M. Sanders | Kelly Puls | 3/16/01 | Ft. Worth, TX |
| K. Schelzel | Joseph McDowell | 4/4/01 | Manchester, NH |
| W. Todd | Thomas Luciani | 4/11/01 | Spokane, WA |

| | | | |
|---|---|---|---|
| N. Wasser | Terry Gardner | 4/25/01 | Ft. Worth, TX |
| M. Perry | Tom Aicher | 5/24/01 | Rutland, VT |
| L. Odham | Mike Bee | 5/25/01 | Charleston, WV |
| C. Zink | David Wendell | 6/5/01 | Ridgewood, NJ |
| B. Baxley | Steven Stocker | 7/18/01 | Durham, NH |
| T. Smith | Candy Korthals | 7/19/01 | Ft. Lauderdale, FL |
| N. Cage | Nancy Lavista | 7/30/01 | West Palm Beach, FL |
| P. Berger | Kevin Dugan | 8/27/01 | Manchester, NH |
| S. Williams | Marielise Kelly | 8/28/01 | Boston, MA |
| C. Williams | Clay Dugas | 9/4/01 | Orange, TX |
| J. Desrochers | Kevin Dugan | 9/5/01 | Manchester, NH |
| K. Widen | John Dixon | 9/25/01 | Atlanta, GA |
| P. Cruz | Kern Lewis | 10/29/01 | Ft. Worth, TX |
| R. Vargas | William Garza | 11/8/01 | McAllen, TX |
| L. Davis | Robert Glen | 11/27/01 | Chicago, IL |
| H. Sumpter | Rebecca Monroy | 12/14/01 | Columbia, SC |
| R. Maresh | Art Brender | 12/19/01 | Ft. Worth, TX |
| W. Tripp | Charles Egner | 1/23/02 | Rockford, IL |
| J. Showers | Alan Stone | 1/29/02 | Auburn, ME |
| H. Sumpter | Rebecca Monroy | 2/7/02 | Columbia, SC |
| M. McConnell | Jonathan Tyack | 2/20/02 | Columbus, OH |
| J. Pauley | Dick Poole | 2/26/02 | Wilmington, DE |
| C. Thorndike | Steve Wade | 3/4/02 | Auburn, ME |
| L. Urezzio | Scott Dwyer | 3/11/02 | Melbourne, FL |
| M. Davis | Scott Dwyer | 3/11/02 | Melbourne, FL |
| H. Woodside | Sheila Madden | 4/17/02 | Kansas City, MO |
| T. Locke | Kenneth Blumenthal | 5/29/02 | Columbus, OH |
| L. Chaffin | Kenneth Roberts | 6/5/02 | Newport News, VA |
| G. Baisden | Robert Campbell | 6/19/02 | Charleston, WV |
| M. Cooper | Peter Eleey | 6/24/02 | Quincy, MA |
| B. Stone | Shawn George | 6/26/02 | Charleston, WV |
| D. Penney | Robert Guilford | 7/24/02 | Los Angeles, CA |
| B. Bookshar | Steve Sesser | 9/6/02 | Columbus, OH |
| S. Geffre | Christine Gregoire | 10/23/02 | Spokane, WA |
| J. McKinney | James King | 10/29/02 | Spokane, WA |
| L. Marshall | Robert McWilliams | 11/7/02 | Rockford, IL |
| E. Demars | Vivian Sparacio | 11/15/02 | Brookline, MA |
| J. Phillips | John Hart | 12/2/02 | Ft. Worth, TX |
| K. Kaufmann | M. Remondet | 12/9/02 | Lafayette, LA |
| D. Whaley | Christopher Kelly | 1/10/03 | Greenville, SC |
| T. Blake | Rex Smith | 1/13/03 | Atlanta, GA |
| N. LePage | Mary Kehoe | 1/27/03 | Burlington, VT |
| T. Higgins | Buddy Paul | 1/28/03 | Spokane, WA |
| J. Kelley | David Robinson | 2/7/03 | Fort Worth, TX |
| A. De Luna Magana | Steven Springer | 2/11/02 | Dallas, TX |
| G. Fields | Kathy Dougherty | 2/27/03 | Columbus, OH |
| H. Oldham | Michael Koffman | 3/13/03 | Boston, MA |
| R. McGuire | Kelly Puls | 3/17/03 | Ft. Worth, TX |
| D. Markle | Kathy Dougherty | 4/2/03 | Columbus, OH |
| C. McCray | Mark Prost | 4/8/03 | St. Louis, Missouri |
| E. Bush | Judson Graves | 4/18/03 | Atlanta, GA |
| G. Thacker | Thomas Carlock | 4/21/03 | Atlanta, GA |
| C. Peake | Kevin Dugan | 6/2/03 | Manchester, NH |
| C. Huh | Kathy Dougherty | 7/7/03 | Columbus, OH |
| D. Markle | Kathy Dougherty | 7/8/03 | Columbus, OH |
| W. Lupoli | James Boumil | 7/11/03 | Lowell, MA |
| J. Kidd | Mark Boyd | 7/15/03 | Ft. Lauderdale, FL |

| | | | |
|---|---|---|---|
| M. Simpson | Kevin Leach | 7/21/03 | Manchester, NH |
| H. Olivarez | Steve Gonzalez | 8/28/03 | McAllen, TX |
| H. Choi | Deborah Santello | 9/3/03 | Boston, MA |
| L. Scaggs | Jeff Beausay | 9/4/03 | Columbus, OH |
| J. Nicklis | Kathy Dougherty | 9/15/03 | Columbus, OH |
| K. Nielsen | Corey Meyer | 9/17/03 | Chicago, IL |
| R. Schifferns | Jerry Kirksey | 9/24/03 | Edmond, OK |
| T. Lewis | Chester Tennyson | 9/25/03 | Lincoln, ME |
| J. Dobson | Jeff Beausay | 9/26/03 | Columbus, OH |
| L. Rutherford | Kathy Dougherty | 10/8/03 | Columbus, OH |
| R. Hester | Douglas Suter | 10/28/03 | Columbus, OH |
| K. Sallette | John Richards | 11/3/03 | Ft. Lauderdale, FL |
| B. Hall | Steven Latici | 11/10/03 | Gilford, NH |
| S. Zatkulak | Marie Reilly | 11/11/03 | Philadelphia, PA |
| T. Thompson | Timothy Van Eman | 11/17/03 | Columbus, OH |
| P. Forrest | John Snyder | 12/203 | Philadelphia, PA |
| T. Zimmer | Daniel Glassman | 12/10/03 | Gainesville, FL |
| D. Burt | Randy Moore | 12/15/03 | Fort Worth, TX |
| B. Greenia | Steven Bredice | 1/12/04 | Essex Junction, VT |
| D. Watson | Paul Boyd | 2/19/04 | W. Palm Beach, FL |
| I. Swenson | Joseph Wadland | 3/8/04 | Boston, MA |
| H. Mendoza | Roy Spezia | 3/12/04 | Austin, TX |
| L. Saria | Michael Bee | 3/15/04 | Charleston, WV |
| K. Wallace | Dan McDonald | 4/15/04 | Fort Worth, TX |
| M. Salinas | William Garza | 4/29/04 | McAllen, TX |