EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - -X
SHAWN POULIOT,                      :
              Plaintiff             :
                                    :
VS                                  :   3:02CV1302(JCH)
                                    :
PAUL ARPIN VAN LINES, INC.,         :
ET AL,                              :
              Defendants            :
- - - - - - - - - - - - - - - - - -X
```

Deposition of WILLIAM BURKE, Ph.D., taken at the offices of Stratton Faxon, 59 Elm Street, New Haven, Connecticut, before Audra Quinn, RPR, Licensed Shorthand Reporter #106, and Notary Public, in and for the State of Connecticut on June 14, 2005, at 10:00 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE, MADISON CT 06443
(203)245-9583      (800)839-6867
FAX (203)245-2760

HARTFORD      NEW HAVEN      STAMFORD

5

1     A    That's correct.
2     Q    Now, with specific regard to request number
3  ten, I note among the materials that you've brought
4  with you are a couple of statistical pieces of
5  information, studies, whatnot.  In request number ten I
6  asked you to bring papers, studies, books,
7  publications, et cetera, et cetera.
8          I'm sorry, that's the wrong one.  I meant to
9  refer to request number 11.
10    A    Okay.
11    Q    Any studies upon which you relied or which
12 relate to the areas of testimony that you will be
13 giving in this case.
14         Other than the materials that you have
15 brought with you today, were there any other
16 statistical or informational materials upon which you
17 relied in forming your opinions in this case?
18    A    Sure.  I mean, I didn't reference them
19 specifically, but I relied upon the whole body of
20 literature regarding spinal cord injury and the care
21 and treatment of spinal cord injured patients that I've
22 just amassed over 30 years.
23    Q    Was there any document or book or treatise
24 that you specifically went to and looked at in forming
25 your opinions in this case other than what you've

```
 1    having the skin problems and he finally had a flap
 2    surgery.  So I wrote in my report that it's unlikely
 3    that he went back to school, but if he wanted to go
 4    back to school that's certainly an option as well.
 5         Q    Now, were any of the conclusions in your
 6    report based on the fact that Mr. Pouliot would be
 7    returning to work?
 8         A    No.
 9         Q    So none of your conclusions were based on
10    whether he would be home during the day or whether he
11    would be at work eight hours a day?
12         A    No.  Again, I base my -- the opinions
13    regarding his needs, what's been prescribed, what his
14    medical doctors have recommended, what the clinical
15    standards have said and what we can anticipate with
16    spinal cord patients.
17              MS. WOLF:  Tell me when it would be a
18         good time to take a short break.
19              MS. SNADEN:  Sure.  A few more minutes.
20    BY MS. SNADEN:
21         Q    So would it make a difference to any of your
22    opinions whether Mr. Pouliot would be in the home all
23    day as opposed to not in the home all day?
24         A    No.
25         Q    At pages eight going over to nine on Exhibit
```