
EXHIBIT

# ~ RESUME ~

## Allan S. McCausland, Ph.D.

**CURRENT POSITION**

Arbitrator/Economic Consultant
McCausland Economic Associates, LLC
834 Main Street, P.O. Box 248
Contoocook, NH 03229
(603) 746-5820
e-mail: mea248@aol.com

**Specializing in three areas**:

- **Arbitration, Mediation and Fact-finding Services**
- **Analysis of Economic Damages and Expert Witness Work**
- **Financial Consulting Services**

**EDUCATION**

Ph.D. Clark University, Worcester, Massachusetts
M.A. in Economics, Whittemore School of Business and Economics,
   University of New Hampshire, Durham, New Hampshire
B.A. with High Honors, American International College, Springfield, Massachusetts

**PROFESSIONAL ACTIVITY**

Active Arbitrator/Mediator/Fact-Finder in the Private and Public Sectors
Active Speaker/Panelist
Consultant to Law Firms
Financial Consultant
Chair, Special Programs Comm., National Assoc. of Forensic Economics (2000-2003)
Registered Investment Advisor (1983-1990)
Professor of Economics and Finance (1969-1983)

**MEMBERSHIPS**

American Academy of Economic and Financial Experts
American Economic Association
Industrial Relations and Research Association
Eastern Economic Association
National Academy of Arbitrators
National Association of Business Economists
National Association of Forensic Economists

**PANELS**

American Arbitration Association's National Panel of Labor Arbitrators
American Arbitration Association's Multiemployer Pension Plan Amendments Act Panel
Federal Mediation & Conciliation Service's National Roster of Arbitrators
New Hampshire Public Employee Board's List of Neutrals
Maine Public Employee Board's List of Neutrals
Massachusetts Board of Conciliation and Arbitration
State of New Hampshire and the State Employees' Association, Local 1984
Vermont Public Employee Board's List of Neutrals
Numerous Individual Private & Public Collective Bargaining Agreements
Defense Logistic Agency's Grievance and EEO Panels (1984-1990)
FAA/NATCO-New England Region Panel of Arbitrators (1988-1993)

## HONORS

National Academy of Arbitrators
National Science Foundation Fellow
Omicron Delta Epsilon National Honor Society in Economics
Delta Mu Delta National Honor Society in Business Administration
Alpha Chi National Honor Society
Class Salutatorian (American International College)
Dean's List
Who's Who in American Colleges and Universities (1967)
Merit Faculty Award, Southern New Hampshire University (1979-80)

## PRESENTATIONS (1980-Present)

Educational Funding Issues, NEA Maine, New Hampshire and Vermont Joint Legal Conference, Ogunquit, Maine, November 16, 2004.

Use of Age Earning Profile Analysis to Determine Lost Future Earnings, National Association of Forensic Economics Conference, Edinburgh, Scotland, May 29, 2004.

Chair, Social Security Actuarial Assumptions Panel, National Association of Forensic Economics, American Economic Association Meetings, Washington, DC, January 4, 2003.

Organizing and Presenting Complex Cases, Labor Arbitration Conference, University of Rhode Island, Providence, RI, October 4, 2002.

The Loss of Opportunity Doctrine, NH Trial Lawyers Association Conference, Manchester, NH, June 6, 2002.

Earnings After Wrongful Termination: Review of the Literature, National Association of Forensic Economics, Eastern Economic Association Meetings, Boston, MA, March 16, 2002.

Forecasting Wages and Discounting to Present Value, Maine Trial Lawyers Association Conference, South Portland, Maine, October 19, 2001.

Arbitration Workshop, (with American Arbitration Association), "Issues During the Hearing," New Hampshire AFL-CIO Convention, North Conway, NH, October 12, 2001.

Chair, Labor Market Access and Earning Capacity Estimation, National Association of Forensic Economics, Western Economic Association Meetings, San Francisco, CA, July 7, 2001.

Time Use Studies: The Proposed BLS Data Project, Forensic Application of Time Use Survey Data and Related Issues, National Association of Forensic Economics, Western Economic Association Meetings, San Francisco, CA, July 7, 2001.

Discussant, The Effects of Job Displacement on Post-Displacement Earnings: Preliminary Analysis and Results, National Association of Forensic Economics, Eastern Economic Association Meetings, New York City, NY, February 24, 2001.

Honing Skills in Fact-finding and Interest Arbitration, Coming Together II, New England Consortium of State Labor Relations Agencies Conference, Waterville Valley, NH, July 14, 2000.

Discussion Leader, Building A Forensic Practice, National Association of Forensic Economics, Western Economic Association Meetings, Vancouver, BC, July 2, 2000.

Discussant, Unsettled Issues in Measuring Lost Profits, National Association of Forensic Economics, Western Economic Association Meetings, Vancouver, BC, July 1, 2000.

Discussant, Human Value Appraisals for Wage Loss Using Secondary Data: Wrongful Death--A Specific Case, National Association of Forensic Economics, Western Economic Association Meetings, Vancouver, BC, June 30, 2000.

Chair, Special Topics in Forensic Economics, Sessions I and II, National Association of Forensic Economics, Western Economic Association Meetings, Vancouver, BC, June 30 and July 1, 2000.

Valuing a Publicly-Traded Company, Eastern Economics Association, National Association of Forensic Economics Sessions, Boston, Massachusetts, March 1999.

Discussion Leader, The Best and Worst Data Used in Forensic Valuations: A Group Discussion, Eastern Economics Association, National Association of Forensic Economics Sessions, Boston Massachusetts, March 1999.

Regressions, Lags and Business Lost Income: A Case Study, American Economic Association Conference, National Association of Forensic Economics Sessions, New York City, New York, January 1999.

Calculating Damages and Other Remedies in Employment Disputes, National Academy of Arbitrators, Education Conference, Nashville, Tennessee, October 1997.

Discussant, Multiple Regression Analysis: Discrimination "Plus" Cases, Eastern Economic Association Conference, Issues in Forensic Economics, Washington, D.C., April 1997.

Proving & Litigating Business Value and Profits, New Hampshire Trial Lawyers Association, Civil & Family Law Seminar, March 1996.

Just Cause in Arbitration Cases, Sixth Annual Public Sector Labor Seminar, Manchester, New Hampshire, September 1995.

Arbitration of Teacher Disputes, New Hampshire/NEA Leadership Conference, North Conway, New Hampshire, July 1995.

Make Whole Remedies: The Displaced Employee, National Academy of Arbitrators Forty-Eighth Annual Meeting, San Francisco, California, May 1995.

State and Local Economies, Taxes and Public Sector Bargaining, American Arbitration Association Conference, Bretton Woods, New Hampshire, July 1994.

BLS Worklife Estimates: Not for Use in Personal Injury and/or Wrongful Death Litigations, Eastern Economic Association Conference — Issues in Forensic Economics, Boston, March 1994.

Arbitration to Avoid Litigation, Institute for Management Accounting, Manchester, New Hampshire, February 1993.

Impact of the Economy & Health Issues on Labor/Management Relations, American Arbitration Association, Boston, Massachusetts, June 1991.

Presenting an Arbitration Case, Advanced Arbitration Advocacy Conference, American Arbitration Association, Boston, Massachusetts, May 1991.

Effective Preparation for Fact-finding, American Arbitration Association Seminar, Fairlee, Vermont, September 1990.

Fact-finding: Presentation and Weight of Evidence, New Hampshire School Board Association Workshop, Bedford, New Hampshire, January 1990.

Drug/Alcohol Testing and Impairment Issues, American Arbitration Association Conference, Boston, Massachusetts, December 1989.

Arbitration and Mediation, New Hampshire/NEA Workshop, Hanover, New Hampshire, August 1989.

Projecting Future Costs of Treatment, New Hampshire Bar Association-Continuing Legal Education Program Treating and Representing the Victims of Head Injury, Manchester, New Hampshire, April 1989.

Promotional and Competency Testing, New England Regional Arbitration Conference, University of Massachusetts, Amherst, Massachusetts, May 1988.

How to Effectively Utilize a Mediator, Impasse Resolution New Hampshire School Boards Association Labor Relations Workshop, Manchester, New Hampshire, January 1988.

Arbitrability, Public Sector Labor Relations in New Hampshire, Public Employee Labor Relations Board Conference, State of New Hampshire Symposium, Manchester, New Hampshire, May 1987.

Fundamental Monetary Cycle of Investments, Personal Financial Planning for Lawyers, The New Hampshire Bar Association 1986 Annual Meeting, Bretton Woods, New Hampshire, June 1986.

Mediation to Fact-Finding, Regional Meeting of UniServ Directors of the National Education Association, Kennebunk, Maine, May 1985.

Exports, Imports and Jobs, Eastern Regional Meeting of the National Academy of Arbitrators, April 1984, and Western Massachusetts International Trade Association, Boston, October 1984.

Discussant, Equity Sharing to Promote Residential Sales, Northeast Business and Economic Association, Boston, Massachusetts, November 1984.

Use of Economic Data in Fact-finding, American Arbitration Association Conference, North Conway, New Hampshire, November 1984.

Arbitration Workshop, American Arbitration Association Conference, Boston, July 1984.

Assessing Affirmative Action Progress, New England Business and Economic Association Conference, Hartford, Connecticut, November 1982.

A Worksheet for Mediation, American Arbitration Association Conference, Manchester, New Hampshire, November 1982.

Aspects of Evidence and Proof, American Arbitration Association Conference, Woodstock, Vermont, May 1982.

Discussant, <u>Effect of Government Policy on Employment and Income</u>, Western Economic Association Conference, San Francisco, California, July 1981.

<u>Use and Misuse of the Consumer Price Index in Collective Bargaining</u>, New England Regional Utility Conference, North Conway, New Hampshire, June 1981.

<u>Forecasting Interest Rates</u>, New Hampshire Society of Certified Public Accountants, Manchester, New Hampshire, April 1981.

<u>Use of Econometrics in Forecasting</u>, New Hampshire Society of Certified Public Accountants, Manchester, New Hampshire, Fall 1980.

## PUBLICATIONS

"Regression, Lags and Business Lost Income: A Case Study," The National Association of Forensic Economics, <u>Litigation Economics Digest</u>, Winter 1999, Vol. IV, No. 2.

<u>Kimberly-Clark Corporation and I.A.M.A.W. Local 1828</u>, The Bureau of National Affairs, Inc.'s, <u>Labor Relations Reporter</u>, publication, 1999, 112LA794.

<u>State of New Hampshire Department of Safety and State Employees Association of New Hampshire, Local 1984, Service Employees International Union</u>, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, September 16, 1998, 110LA1105-1107.

<u>Pepsi-Cola Company, Manchester, New Hampshire and Bakers and Sales Drivers & Helpers, Teamsters, Local 686</u>, Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, June 16, 1998, 5163, Pages 5969-5973.

<u>Town of Hampton, New Hampshire and State Employees Association, Local 1984, Hampton Public Works Employees</u>, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, June 3, 1998, 110LA417-448 and Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, July 14, 1998, 5191, Pages 6119-6124.

<u>State of New Hampshire and State Employees Association of New Hampshire, Local 1984</u>, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, April 30, 1997, 108LA209-211.

<u>Chinet Company and Paperworkers, Local 499</u>, Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, September 6, 1996, 6428, Pages 8226-8230.

<u>Handy & Harman Refining Division, Attleboro, MA and United Plant Guard Workers of America Local 541</u>, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, August 28, 1996, 106LA993-1056.

<u>Town of Bedford, NH Police Department and State Employees Association of New Hampshire</u>, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, August 21, 1996, 106LA967-970 and Commerce Clearing House, Inc.'s "Labor Arbitration Awards" publication, January 14, 1997, 97-1, ARB|3014.

Conway (NH) School District and Conway Education Association and Conway Education Support Personnel, NEA-New Hampshire, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, May 29, 1996, 106 LA 385-448, and Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, August 13, 1996, 6256, Pages 7331-7333.

City of Nashua (NH) and American Federation of Teachers, Nashua Teachers Union, Local 1044, American Arbitration Association's "Arbitration in the Schools" publication, 312-9, February 1996.

"Make Whole and Statutory Remedies: The Displaced Employee," Arbitration 1995: New Challenges and Expanding Responsibilities, The Bureau of National Affairs, Inc., pages 191-205.

"BLS Worklife Estimates: Not for Use in Personal Injury and/or Wrongful Death Litigation," Maine Lawyers Review, Vol. III, No. 6, March 15, 1995.

Boise Cascade Corporation/United Paper Workers International, Local 900, Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, October 18, 1994, 94-2 ARB|4483.

Merrimack County Corrections Dept. and State Employees Association, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, September 14, 1994, 102LA1088-1096.

Hillsborough County Commissioners (NH) and AFSCME Local 2715, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, March 2, 1994, 101LA1033-1064, also published by Commerce Clearing House, "Labor Arbitration Awards" publication, May 17, 1994, 94-1 ARB|4221.

Burns International Security Services, Inc. and Guard Workers, Local 538, Commerce Clearing House, "Labor Arbitration Awards" publication, October 26, 1993, 93-2 ARB|3504, also published by The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, December 1, 1993, 101LA441.

Conway (NH) School District and Conway Education Association, American Arbitration Association's "Arbitration in the Schools" publication, December 1, 1991.

Associated Grocers of Maine and Teamsters Union, Local No. 340, Commerce Clearing House Inc.'s, "Labor Arbitration Awards" publications, September 10, 1991, 91-2 ARB|8437.

IBPO Local 388 and City of Holyoke (MA), Commerce Clearing House, "Labor Arbitration Awards" publication, March 12, 1991, 91-1 ARB|8121 and American Arbitration Association's "Labor Arbitration in Government" publication, May 15, 1991 Vol. XXI No. 5.

State of Maine and Maine State Employees Association, Commerce Clearing House Inc.'s "Labor Arbitration Awards" publication, October 30, 1990, 90-2 ARB|8521.

Town of Athol (MA) and International Brotherhood of Police Officers, Local 415, American Arbitration Association's "Labor Arbitration in Government" publication, September 15, 1988.

Container Recovery Corp. and Teamsters, Local 6393, Commerce Clearing House, Inc.'s "Labor Arbitration Awards" publication, August 23, 1988.

Londonderry (NH) School District/AFSCME Council 93, Local 1801, American Arbitration Association's "Arbitration in the Schools" publication, February 1, 1987.

Merrimack (NH) School District/National Education Association-New Hampshire/Merrimack Educational Support Staff, Labor Relations Press's "Labor Arbitration Information System" publication, October 31, 1986.

Town of Goffstown (NH)/AFSCME Council 93, Local 2715, American Arbitration Association's "Labor Arbitration in the Government" publication, April 15, 1986.

Boise Cascade Corporation/United Paperworkers International Union, Local 900, American Arbitration Association's "Summary of Labor Arbitration Awards" publication, October 15, 1985.

North Smithfield (RI) School Committee/North Smithfield Association of Support Staff Personnel/National Education Association-Rhode Island, American Arbitration Association's "Arbitration in the Schools" publication, September 1, 1985.

Boise Cascade Corporation/United Paperworkers International Union, Local 900, Commerce Clearing House, July 22, 1985.

"Using Statistics to Assess Affirmative Action," Papers and Proceedings, New England Business and Economic Association, Fall 1982.

"Sex Discrimination: By Whom?," The Reporter, Fall 1981.

"The Ripple Effect (?) in Minimum Wage Legislation," Atlantic Economic Journal, Vol. III, No. 4, page 96, December 1979 (also presented at the Atlantic International Economic Conference, Vienna, Austria, April 1979).

"Minimum Wage Employment Effects in New England: 1950 through 1972," Papers and Proceedings, New England Business and Economic Development Conference, Hartford, Connecticut, 1976.

"The Fair Labor Standards Amendments of 1975 (H.R. 10130)," FAIR LABOR STANDARDS AMENDMENTS OF 1975, Hearings before the Subcommittee on Labor Standards of the Committee on Education and Labor, House of Representatives, Ninety-Fourth Congress, pages 246-248, November 1975.

## **PREVIOUS PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1983-Present | Arbitrator/Economic Consultant, McCausland Economic Associates, LLC |
| 1974-1983 | Professor Economics and Finance |

        Southern New Hampshire University
        Manchester, New Hampshire

        Duties: Taught Investments, Security Analysis, Labor Economics, Labor Relations and Arbitration, Introduction to Economics.

1978-1983    Special Economic Consultant to Public Service Company of New Hampshire for the development of Labor Supply Availabilities for minorities and for statistically assessing progress in the Company's Affirmative Action Program.

1977-1978    Chairman: Management Arts and Economic Sciences Department, Southern New Hampshire University

        Duties: Supervised faculty, students and curriculum development in the following majors: Economics, Finance, Fashion Merchandising, Hotel/Resort Management, Marketing, Retail Management, and Techna-Business.

1975-1980    Associate Consultant, New England Economic Project: Aided in the development of a New England Forecasting Model and advised the Directors in policy decisions concerning the Project's activities.

1974-1976    Adjunct Professor of Investments and Personal Finance

        Merrimack Valley Branch, University of New Hampshire,
        Manchester, New Hampshire

        Duties: Developed curriculum and taught Investments and Personal Finance.

1969-1974    Assistant Professor of Economics and Finance

        Coordinator: Economics and Finance Area
        New England College, Henniker, New Hampshire

        Duties: Taught Investments, Labor Economics, Labor Relations and Arbitration, Intermediate Micro and Macro Economics, and Introduction to Economics.

## COURT APPEARANCES AS AN ECONOMIC EXPERT *

### MAINE

Federal District Court of Maine, Portland and Bangor, Maine

~ Business Lost Income and Sales, Business Valuations
~ Economic Losses Resulting from Personal Injury, Defamation and Wrongful Discharge/Discrimination

State of Maine Superior Court: Cumberland, Kennebec, Knox, Oxford, Penobscott, Somerset and Sagadahoc Counties

~ Business Valuations
~ Economic Losses Resulting from Personal Injury

### MASSACHUSETTS

Federal District Court of Massachusetts, Boston, Springfield, and Worcester, Massachusetts

~ Business Lost Income and Sales, Business Valuations
~ Economic Losses Resulting from Personal Injury and Wrongful Discharge/Discrimination

State of Massachusetts Superior Courts: Barnstable, Essex, Middlesex, Norfolk, Plymouth, Suffolk, Worcester Counties, and Mass. Commission Against Discrimination

~ Economic Losses Resulting from Personal Injury, Defamation and Wrongful Discharge/Discrimination
~ Limited Partnership Valuations
~ Business Lost Income and Sales, Business Valuations

### NEW HAMPSHIRE

Federal District Court of New Hampshire, Concord, New Hampshire

~ Business Lost Income and Sales, Business Valuations
~ Economic Losses Resulting from Personal Injury, Wrongful Discharge/Discrimination and Wrongful Death

State of New Hampshire Superior Courts: Belknap, Cheshire, Coos, Grafton, Hillsboro, Merrimack, Rockingham, Strafford, and Sullivan Counties

~ Business Lost Income and Sales, Business Valuations
~ Economic Losses Resulting from Personal Injury, Wrongful Death and Wrongful Discharge/Discrimination

### RHODE ISLAND

State of Rhode Island, Providence Superior Court
~ Economic Losses Resulting from Personal Injury and Life Care Plan
East Greenwich Probate Court
~ Wrongful Death

### VERMONT

State of Vermont Superior Courts: Chittenden, Orange, and Windham Counties
~ Economic Losses Resulting from Wrongful Discharge, Discrimination, and Personal Injury

---

*This is a list of the courts in which I have testified. I have testified in many of these courts numerous times on the same issues.*

McCausland Economic Associates, LLC
834 Main Street
P.O. Box 248
Contoocook, NH 03229-0248

## ALLAN S. McCAUSLAND, PH.D. - DEPOSITION APPEARANCES 2001-2005

| Case Name | PL/DE | Depo/Date | Court | Docket Number |
|---|---|---|---|---|
| Caverly/Bates | DE | 02/12/04 | Cumberland County Superior Court, Portland, ME | CF-03-356 |
| Chadick/Irwin | PL | 02/19/04 | Hillsboro Sup. Ct., Southern, Nashua, NH | 02E042 |
| Nordahl/Craig | PL | 05/11/04 | U.S. District Court, Concord, NH | 1:2-CV-419-B |
| Timberlake/Welch | PL | 06/29/04 | Maine Superior Court, Orford, ME | CV-03-83 |
| Brown/Higbee | PL | 06/30/04 | Cumberland County Superior Court, Portland, ME | CV-03-221 |
| Kerrigan/Rotman | PL | 08/26/04 | Middlesex Superior Court, Cambridge, MA | 01-0679 |
| McCrone/Leach | PL | 10/07/04 | Strafford Superior Court, Dover, NH | 01-C-217 |
| Woods/Hodgins | DE | 10/18/04 | Oxford Superior Court, Maine | CV-03-82 |
| Galley/Mawhinney | PL | 12/10/04 | Sagadahoc County Superior Court, Bath, Maine | CV-03-009 |
| Leslie/Cohen | PL | 12/15/04 | Sagadahoc County Superior Court, Bath, Maine | BATSC-CV-2003-00031 |
| Stetson/Vanderzanden | PL | 02/03/03 | Rockingham Superior Court, Kingston, NH | 01-C-0510 |
| Young/DelBianco | PL | 02/25/03 | Androscogin Superior Court, Auburn, ME | CV-01-125 |
| Karch/Blakeney | PL | 02/28/03 | Hillsboro Sup. Ct., Southern, Nashua, NH | 96-C-0616 |
| Levine/Rubin | PL | 03/04/03 | Washington Superior Court, VT | 670-12-01Wncv |
| Pietrowski/Kaye | PL | 03/07/03 | Rockingham Superior Court, Kingston, NH | 02-C-0200 |
| Finochairo/Trott | PL | 03/20/03 | Rockingham Superior Court, Kingston, NH | 01-C-234 |
| Borda/Peters | PL | 03/25/03 | Merrimack County Superior Ct., Concord, NH | 00C-0482 |
| Ash/Poppel | PL | 04/29/03 | U.S. District Court, Boston, MA | 01-11746-MEL |
| Babcock/Paterson | PL | 07/22/03 | Cumberland County Superior Court, Portland, ME | CV-02-91 |
| Maletta/Randall | PL | 09/05/03 | Cumberland County Superior Court, Portland, ME | CV-00-137 |
| Lewis/Tennyson | PL | 09/25/03 | Lincoln County Court, Wiscasset, ME | CV-00-023 |
| Federico/Beck | PL | 12/30/03 | Middlesex Superior Court, Cambridge, MA | CA 200003841 |
| Danley/Meyer | PL | 01/15/02 | U.S. District Court, Concord, NH | 00-564-JD |
| Porell/Sweet | PL | 01/31/02 | York County, Alfred, ME | 00-323 |
| McCoy/Walsh | PL | 04/02/02 | Androscogin Superior Court, Auburn, ME | CV-00162 |
| Penny/Guilford | PL | 08/29/02 | Federal District Court, Concord, NH | 00-CV-205-M |
| MacAdam/Rubin | DE | 09/13/02 | Cumberland County Superior Court, Portland, ME | CV-01-667 |
| Herzog/Corrigan | PL | 09/17/02 | Federal Court of Portland, ME | CV-02-76-P-C |
| Longden/Leonard | PL | 09/19/02 | Hillsboro Sup. Ct., North, Manchester, NH | 00-C-0462 |
| Steamship/Lilley | PL | 10/29/02 | Oxford Cty. Superior Court, Maine | CV-01-33 |
| Raymond/Lowry | PL | 11/13/02 | Somerset County Superior Court, Skowhegan, ME | CV-02-026 |
| Newenham/Rotman | PL | 12/11/02 | Cumberland County Superior Court, Portland, ME | CV-02-272 |
| Galafassi/Aivalikes | PL | 12/17/02 | Hillsboro Sup. Ct., South, Nashua, NH | OIC-0352 |
| Jackson/Somers | PL | 01/03/01 | Vermont Superior Court | 1488-98-Cnc |
| Conkey/Burns | PL | 01/17/01 | New Hampshire Superior Court | 99-C-0468 |
| Spofford/Brown | PL | 02/21/01 | New Hampshire Superior Court | 99-C-020 |
| Houck/Lincoln | PL | 04/09/01 | New Hampshire Superior Court | 99-C-0785/99-C-0134 |
| Ricker/Siegal | PL | 04/18/01 | New Hampshire Superior Court | 00-C-550 |
| Pelletier/Rosenblatt | PL | 05/15/01 | Maine Superior Court | CV-99-274 |
| Latex Group | PL | 06/06/01 | Belknap County Superior Court, Laconia, NH | NH & MA--Various |
| Toxic Waste Group | PL | 6/12 & 6/13/01 | Maine Superior Court | CV-00-018 |
| Latex Group | PL | 07/13/01 | Belknap County Superior Court, Laconia, NH | NH & MA--Various |
| Latex Group | PL | 08/21/01 | Belknap County Superior Court, Laconia, NH | NH & MA--Various |
| Kaechele/Crandlemire | PL | 08/28/01 | New Hampshire Federal District Court | C00-313-JD |
| Jackson/Avaunt | PL | 08/30/01 | Maine Superior Court | CV-01-135 |
| Lynch/Waystack | PL | 10/10/01 | Belknap County Superior Court, Laconia, NH | 99-C-091 |
| Showers/Bogard | PL | 10/24/01 | Penobscot Cty. Superior Ct., Bangor, ME | CV-2000-130 |

2/1/2005

McCausland Economic Associates, LLC
834 Main Street
P.O. Box 248
Contoocook, NH 03229-0248

### ALLAN S. McCAUSLAND, Ph.D. - COURT APPEARANCES 2001-2005

| Mo/Year | Case Name | PL/DE | Court | Docket |
|---|---|---|---|---|
| 1/04 | Federico/Beck | PL | Middlesex Superior Court, Cambridge, MA | CA 200003841 |
| 1/04 | Giniewicz/Marsh | PL | Hillsborough Superior Court North, Manchester, NH | 02-C-0301 |
| 3/04 | Levine/Rubin | PL | Washington County Superior Court, Montpelier, VT | 670-12-01Wncv |
| 3/04 | O'Donnell/Flynn | PL | Rockingham Superior Court, Brentwood, NH | 02-C-0027 |
| 5/04 | Caverly/Bates | DE | Cumberland County Superior Court, Portland, ME | CF-03-356 |
| 5/04 | Cate/Branch | PL | Belknap County Superior Court, Laconia, NH | 03C-0008 |
| 5/04 | Maietta/Lilley | PL | Cumberland County Superior Court, Portland, ME | CV-00-137 |
| 7/04 | Weir/Paterson | PL | Cumberland County Superior Court, Portland, ME | CV-03-221 |
| 7/04 | Holyoke/Dever | PL | Plymouth Superior Court, Plymouth, MA | 01-0690B |
| 11/04 | McCrone/Leach (Report Stipulated) | PL | Strafford County Superior Court, | 01-C-217 |
| 11/04 | Summerfield/Frizzell | PL | US District Ct. for District of Nebraska | 7:04CV5004 |
| 12/04 | Sheridan/Cloutier | PL | U.S. District Court, Worcester, MA | 02-407 75-NMG |
| 12/04 | Chadick/Irwin | PL | Hillsboro Sup. Ct., Southern, Nashua, NH | 02E042 |
| 12/04 | Viger/Welch | PL | Androscoggin County Superior Court, Auburn, ME | CV-03-138 |
| 2/03 | Libbey/Danenbarger | PL | US District Court, Portland, ME | 02-CV-16PH |
| 3/03 | Karch/Blakeney | PL | Hillsboro Superior Court, Southern, Nashua, NH | 96-C-0616 |
| 4/03 | Borda/Standard | PL | Merrimack County Superior Court, Concord, NH | 00C-0482 |
| 5/03 | Munroe/Lukey | DE | Middlesex Superior Court, Lowell, MA | CV01-0538L |
| 7/03 | Herzog/Corrigan | PL | Federal Court of Portland, ME | CV-02-76-P-C |
| 10/03 | Peterson/Harrow | PL | Penobscot County Superior Court, Maine | 2001-257 |
| 10/03 | Longden/Leonard | PL | Hillsboro Superior Court, Northern District | 00-C-442 |
| 11/03 | Labrie/Feeney (Report Stipulated) | PL | US District Court for the District of NH | C-01-432-JD |
| 12/03 | Payette/Rubin | PL | Washington County Superior Court, Montpelier, VT | 222-4-01 |
| 2/02 | Madeja/Burns | PL | Sullivan Sup. Court, Newport, NH | 00-C-0104 |
| 3/02 | Langlois/Waystack | PL | Belknap County Superior Court, Laconia, NH | 98-C-364 |
| 6/02 | Blettner/DeCarolis | DE | Rockingham Superior Court, Brentwood, NH | 01-C-0029 |
| 9/02 | Thurston/Shepatin | PL | Grafton Superior Court, Haverhill, NH | 01-C-0061 |
| 11/02 | Benedict/Follender | PL | Hillsboro County Superior Ct. | 01-C-628 |
| 12/02 | Danley/Meyer | PL | U.S. District Court, Concord, NH | C00564JD |
| 2/01 | Chiu/Rich | PL | Cumberland Superior Court, Portland, ME | CV-99-677 |
| 3/01 | Provencal/DeCarolis | PL | Hillsborough County, South | 99-C-426 |
| 3/01 | Queally/Sweet | PL | Cumberland Superior Court, Portland, ME | CV-96-1128 |
| 3/01 | Modica/Crisp | PL | Rockingham Superior Court, Brentwood, NH | 99-C-26 |
| 4/01 | Richards/Leach | PL | Hillsboro Superior Court, Northern District | 00-C-063 |
| 5/01 | Winstead/Kelly | PL | Barnstable County Superior court | 99-227, 518 & 560 |
| 6/01 | Bendl/Somers | PL | Chittenden County Superior Court | S-778-98 |
| 6/01 | Broaddus/D'Angio | PL | Middlesex County Superior Court, Cambridge, MA | 99-1675 |
| 10/01 | Horney/Cuipylo | PL | MA Federal District Court, Springfield | 99-30175 |
| 10/01 | Hart/Branch | PL | Belknap County Superior Court, Laconia | 00-C-0187 |
| 11/01 | Dubois/DuPuy | PL | Grafton County Superior Court, Haverhill, NH | 99-E-147 & 00-C-8 |