
EXHIBIT
D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - -X
SHAWN POULIOT,                    :
              Plaintiff           :
                                  :
VS                                : 3:02CV1302(JCH)
                                  :
PAUL ARPIN VAN LINES, INC.,       :
ET AL,                            :
              Defendants          :
- - - - - - - - - - - - - - - - -X
```

Deposition of ALLAN S. McCAUSLAND, Ph.D.
taken at the offices of Stratton Faxon,
59 Elm Street, New Haven, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on June 15, 2005, at 2:10 p.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE, MADISON CT 06443
(203)245-9583     (800)839-6867
FAX (203)245-2760

HARTFORD     NEW HAVEN     STAMFORD

```
 1   to be a Notice of Deposition relating to today's
 2   deposition.  Is that correct?
 3        A    Right.  That's identical to the one you
 4   marked.
 5        Q    I'm going to pull out of Exhibit 5 here your
 6   report relating to the loss of earning capacity.  Would
 7   that be 5-A?
 8        A    Yes.
 9        Q    I'll direct your attention there to Exhibit
10   5-A.  On the second page of your report you indicate in
11   the first paragraph a number of sources of information
12   upon which this report is based, including
13   Mr. Pouliot's age, education, employment history and a
14   comparison of his pre-incident earning capacity versus
15   his post-incident earning capacity.  It goes on to
16   state that this report is based upon the life care plan
17   report of William Burke and a telephone conversation
18   with him.
19        A    Yes.
20        Q    A report by Lawrence Forman?
21        A    That's correct.
22        Q    And that appears to be all.  Is that correct?
23        A    Those are the people.  That's correct.
24        Q    Now, other than these items that I've just
25   stated and pulled out of paragraph one of your report,
```