UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT, <br>     Plaintiff, | ) <br> ) <br> )    CIVIL ACTION NO. |
| v. | )    3:02 CV 1302 (DJS) <br> ) |
| PAUL ARPIN VAN LINES, INC. <br> and ARPIN LOGISTICS, INC., <br>     Defendants and Third Party Plaintiffs, | ) <br> ) <br> ) <br> ) |
| v. | )    ~~MARCH 27, 2003~~ <br> ) |
| THE FESTO CORPORATION, MICHAEL <br> D. KOVAC, d/b/a TRANS-EXPO <br> INTERNATIONAL, ERICA RAMIREZ, <br> IN HER CAPACITY AS EMPLOYEE OF <br> TRANS-EXPO INTERNATIONAL, <br>     Third Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

The plaintiff discloses the following expert witness who will testify in the above matter:

### IDENTITY OF EXPERT

Roland L. Ruhl, Ph.D.
Ruhl Forensic
2025 N. 3rd Street
Suite 205
Phoenix, AZ  85004

### SUBJECT MATTER OF TESTIMONY

Mr. Ruhl is a mechanical engineer and reconstructionist, specifically trained in the area

of mechanical and structural design, with emphasis on systems design techniques. Mr. Ruhl's

testimony will describe a reconstruction of the incident of October 23, 2001, involving the 1989 Peterbilt truck equipped with a 24 foot van body and Maxon "Tuk-A-Way" folding tailgate lift, which is the subject of this lawsuit.

### SUBSTANCE OF FACTS AND OPINIONS

Mr. Ruhl will render testimony on his reconstruction of the movement of the hydraulics workstation onto the defective Maxon "Tuk-A-Way" liftgate. The testimony will be concerned with the failure (1) to provide a cargo retention system for the Tuk-A-Way tailgate and (2) to ensure that Mr. Pouliot had the knowledge and skill to safely complete the job.

Mr. Ruhl's testimony will include test results from a simulated workstation being loaded on the platform lift at various heights from the ground.

### BASIS OF OPINION

Mr. Ruhl will testify, based upon his education, training and experience in the field of mechanical and structural design.

For the purposes of preparing this report, Mr. Ruhl reviewed the following documents:

- Video of the Arpin Van Lines truck with hydraulic lift gate;
- Photos of both the truck and the equipment (work station), which fell off the lift of the truck onto Mr. Pouliot;
- Accident report;
- Affidavits from the three witnesses, Barry Groman, William Tweedy and Ralph Harvey;
- Certificate of Search on the 1989 Peterbilt truck;

- Workstation system catalogue;

- Owner/Operator Agreement between Mr. Pouliot and Arpin Logistics;

- The complaint;

- Shawn Pouliot's deposition of December 3, 2002; and

- Plans and dimensions of Edmond Chrzanowski's structure for liftgate testing.

The attached reports are preliminary and may be amended.

THE PLAINTIFF

By:  _____
Michael A. Stratton  (CT 08166)
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Phone: (203) 336-4421
Fax:    (203) 368-3244
E-mail: mstratton@koskoff.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, ~~via Federal Express~~, on this _____ day of ~~March~~, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton

# Jason Gamsby

| | |
|---|---|
| Subject: | JASON--WE HAVE GOT TO SERVE THE RYHL AND ALL OTHER EXPERT DISCLOSURES BY THURSDAY ARE YOU ON THIS PLEASE CALL MY CELL PHONE AND LEAVE MESSAGE!!!! THAT YOU ARE ON THIS NEED TO CALL RUHL TO GET FINAL REPORT! |
| Priority: | High |
| Status: | Not Started |
| Percent Complete: | 0% |
| Total Work: | 0 hours |
| Actual Work: | 0 hours |
| Owner: | Jason Gamsby |
| Requested By: | Michael Stratton |

1



**ROLAND L. RUHL, Ph.D., P.E.**

*Ph.D. in Mechanical Engineering*

---

## CURRENT EMPLOYMENT

**Ruhl Forensic, Inc.**, Forensic and Consulting Engineering, President, since 1979.

**Forensic.** Investigate, reconstruct and analyze the dynamics of vehicular accidents, machine and structural failures and other accidents resulting in personal injury or property loss. Provide testimony in litigation.

**University of Illinois**, Champaign-Urbana, Illinois, Adjunct Professor, Department of General Engineering, 1985-1997. Dr. Ruhl took early retirement effective 12-31-97. Dr. Ruhl continues to participate part time in department activities, including teaching, research and community service.

**Teaching, Advising.** Advise industry sponsored undergraduate design projects, advise graduate students, and participate in other special departmental activities to promote General Engineering.

**Industry Research.** Provide solutions through research to mechanical, electrical, and industrial engineering problems often featuring computer based analysis techniques.

**Other.** General Engineering Constituent Alumni Board, Member, 1995-Present
Research Committee, Chairman, 2000-Present
President's Council, University of Illinois at Urbana-Champaign, 1999-Present

## PREVIOUS EMPLOYMENT

**University of Illinois,** Champaign-Urbana, Illinois. Research and University Consulting, 1985-1997. Provide consulting to industry through the Technology Audit and Assessment Program. Teach remote short courses and workshops in computer applications for engineering. Lecturer (and other classifications) in General Engineering, 1973-1985. Assistant Professor of General Engineering, 1970-1973.

Chairman GE 242 Senior Project Design. Teaching responsibility in the mechanical and structural design area with emphasis on systems design techniques. Advising students with

RUHL FORENSIC, INC.
1210 Lancaster Drive
Champaign, IL 61821-7028
(800) 355-7800
(217) 355-7900 Fax
rlruhl@ruhl.com

PHOENIX OFFICE
2025 N. Third Street Ste#250
Phoenix, AZ 85004
(800) 235-2808
(602) 258-1077 Fax
www.ruhl.com

industry-sponsored design projects since 1970.

Cornell University, Ithaca, NY. Assistant Professor, Instructor, Graduate Assistant, Grader, 1965-1970. Numerous teaching responsibilities in engineering graphics and machine design, kinematics and dynamics of machinery (includes automotive engineering), automatic controls and system simulation.

## EDUCATION

| | |
|---|---|
| Ph.D., 1970 | Cornell University |
| Major field: | Mechanical Systems and Design |
| Minor fields: | Thermal Power, Computer Science |
| | |
| M.B.A., 1966 | Cornell University |
| Major field: | Quantitative Methods |
| | |
| B.M.E., 1965 | Cornell University |
| Major field: | Machine Design |

## PROFESSIONAL CERTIFICATION

Registered Professional Engineer in the State of Illinois

## UNIVERSITY OF ILLINOIS RELATED ACTIVITY

### RECENT UNDERGRADUATE DESIGN PROJECTS, UNIVERSITY OF ILLINOIS

Spring 2000, Flex-N-Gate, Urbana, Illinois, "Design of an Impact Test System for Pickup Truck Bumpers"
Fall 1999, The Heil Company, Chattanooga, Tennessee, "Redesign of Refuse Transport"
Spring 1999, Cummins Engine Company, Columbus, Indiana, "Redesign Of The Engine Coolant and Oil Thermostats"
Fall 1998, Wilson Trailer Company, Sioux City, Iowa, "Dynamic Modeling of a Truck Tractor and Livestock Semi-trailer Combination"
Spring 1998, Squire-Cogswell Company, Gurnee, Illinois, "Lubrication Evaluation for a Vane Pump"
Fall 1997, Fellowes Manufacturing Company, Itasca, Illinois, "Torque Measurement of a Paper Shredder"
Spring 1997, International Skating Union, St. Louis, MO, "An Investigation of Rink Wall Padding for Ice Skating"
Fall 1996, Cummins Engine Company, Columbus, Indiana, "Harmonic Balancer Design"
Spring 1996, Sycamore Systems Division of Lyon Corporation, Sycamore, Illinois, "Design of a Modular Drawer Suspension System"
Fall 1995, Watlow-Gordon Co., Richmond, Illinois, "Fluid Bath for Testing Thermal Response Time Of "Thermometers"
Spring 1995, Greenlee/Textron, Inc., Rockford, Illinois, "Method for Determining Blow Energy of a Hydraulic Pavement Breaker"
Fall 1994, Transparent Container Company, Berkley, Illinois, "Design of a Roll Lifter"
Spring 1994, Outboard Marine Company, Waukegan, Illinois, "Fly By Wire Throttle Control – Failure Mode Evaluation"
Fall 1993, Gabriel Ride Control Products, Troy, Michigan, "MacPherson Strut Damping Flow

Modeling"
Spring 1993, Greenlee Textron, Rockford, Illinois, "Operating Parameters for an Insulated Hand Tool Tester"
Fall 1992, Micro Switch, A Division of Honeywell, Freeport, Illinois, "Multiplexing Pushbuttons"
Fall 1992, Cummins Engine Company, Columbus, Indiana, "Positive Crankcase Blowby Studies"
Spring 1992, Cummins Engine Company, Columbus, Indiana, "Air Intake Precleaner for a Modular Diesel Engine"
Fall 1991, Colonial Pipeline Company, Atlanta, Georgia, "CFD Modeling of Nitrogen Gas in a Petroleum Pipeline"
Fall 1989, Illinois Concrete Council, Chicago, Illinois, "Road Testing of Asphalt Washboarding and Rutting"
Spring 1989, Micro Switch, A Division of Honeywell, Freeport, Illinois, "Integrating a Vision Gauge in an SPC Environment"
Spring 1987, Micro Switch, A Division of Honeywell, Freeport, Illinois, "Decision Support System for a Vision System in Go/No-go Gauging"

## NATIONAL DESIGN AWARDS

James F. Lincoln Arc Welding Foundation, national competition in undergraduate design, approximately 600 yearly entries:

Spring 2000, "Design of an Impact Test System for Pickup Truck Bumpers," Flex-N-Gate (merit award)

Spring 1997, "An Investigation of Rink Wall Padding in Ice Skating," Short Track Technical Committee, International Skating Union (merit award)

Spring 1996," Design of a Modular Drawer Suspension System," Sycamore Systems Division of Lyon Corporation (merit award)

Fall 1995, Fluid Bath for Testing Thermal Response Time of Thermometers, Watlow Gordon Company (merit award)

Spring, 1995, "Design of a Roller Lifter," Transparent Plastic Container Corporation (merit award)

Spring 1994, "Fly By Wire Throttle Control," Outboard Marine Corporation, National Second Place

Spring 1980, "A Computer-Based Exercise Bicycle," National Fourth Place

Spring 1979, "Design Synthesis of a Portable Roof Crane," National Third Place

## BERNT O. LARSON DESIGN AWARDS, DEPARTMENT OF GENERAL ENGINEERING, UNIVERSITY OF ILLINOIS

Department of General Engineering award for best design project per academic year, University of Illinois at Urbana-Champaign:

1995   "Design of a Roller Lifter," Transparent Plastic Container Company
1993   "Modular Air Intake Pre Cleaner for a Diesel Engine," Cummins Engine Company
1980   "Computer Based Exercise Bicycle," University of Illinois at Urbana-Champaign
1976   "Reduction of Solder Shorts in Production Wave Soldering," Micro Switch, a Honeywell

        Division
1974  "Automatic Acceptance/Rejection of Integrated Circuit Chips," Micro Switch, a Honeywell Division

## GRADUATE STUDENTS (INDUSTRIAL RESEARCH ASSISTANTSHIP)

Adam Senalik, Wilson Trailer Company, Sioux City, IA (with Professor J. Medanic)
Ericka Southcombe, Forensic, Inc., Champaign, IL
Craig Robertson, Forensic, Inc., Champaign, IL
William Dilligianis, CRST, Cedar Rapids, IA (with Professor J. V. Carnahan)
Christopher McPeek, Roberson Transportation, Farmer City, IL
Elizabeth Fikes, United Conveyor Corporation, Waukegan, IL
Mike Hudson, Chrysler Corporation, Auburn Hills, MI
Troy Torbeck, Cummins Engine Company, Columbus, IN
Santiago Correa-Harker, Wilson Trailer Company, Sioux City, IA
Aaron Rogers, Diversified Products, Inc., Opalika, AL

## GRANTS AND CONTRACTS RECEIVED

Revcor Technology Audit, 1990

Swift-Eckrich Technology Audit, 1990

Amerock Corporation Technology Assessment: Quality Measurement and Control of a High Solids Paint Line, 1989

Century Tool Technology Assessment: Just-In-Time Manufacturing Analysis, 1989

Illinois Concrete Council, Experimental Measurement of Panic Stopping of Passenger Vehicles on Rutted and Washboard Surfaces, 1989

Century Tool and Manufacturing, Technology Audit, 1989

Micro Switch, A Division of Honeywell, Decision Support System for Vision System, 1987

Hydro-Line Manufacturing Company, Intelligent Hydraulic Motion Control, 1987

Kysor-Westran, Technology Audit, 1986

Revcor, Technology Assessment, 1960

## PROFESSIONAL ASSOCIATIONS

American Society of Mechanical Engineers, Member, Paper Reviewer for Design Division,
    Past Director, Rock Valley Chapter
American Society of Safety Engineers, Member
Society of Automotive Engineers, Member
Illinois Association of Technical Accident Investigators, Member
National Association of Professional Accident Reconstructionists, Member
National Safety Council (corporate membership)

## SPECIAL TRAINING

Commercial Vehicle Crash Testing (truck into trailer side, truck into truck rear, car underrides truck rear, car into trailer side, car underrides truck side at 2 speeds), European Conference for Accident Reconstruction, sponsored by DEKRA, EVU, Winterthur, DSD, IbB Expertisen, DWG, USI, SJTB, Unfallanalyse Berlin, at the DEKRA facilities in Neumunster, Germany, May 31-June 1, 2002.

Passenger Vehicle/Motorcycle Crash Testing, European Conference for Accident Reconstruction, sponsored by DEKRA, Winterthur Assurance, IbB, at Wildhaus, Switzerland, June, 2001.

Passenger Vehicle Crash Testing (Rollover, Pedestrian Impacts, and Tree Impacts), European Conference for Accident Reconstruction, sponsored by DEKRA, Winterthur Assurance, IbB, DSD, EVU and DWG, at the DEKRA facilities in Neumunster, Germany, May, 2000

Instruction permit, Commercial Driving License, State of Illinois

Commercial Vehicle Inspection, TrukSafe America Risk Management, Inc., Phoenix, AZ

Heavy Vehicle Rollovers, SAE Seminar, Atlanta, GA

Graduate, SOS Big Rig Driving School, Phoenix, AZ

Introduction to OSHA, U.S. Department of Labor, Madison, WI

## Professional Seminar

Metz, L. D., R. L. Ruhl and M. Cooper, "Overview of Automotive Vehicle Dynamics: Before and After a Collision," A Technical Highlight Symposium for the Society of Automotive Engineers, Dearborn, Michigan, March 1992. Presented a two day "THS" (Technical Highlight Symposium) on the latest efforts in the automotive and engineering communities regarding vehicle dynamics before and after an automobile accident for the Society of Automotive Engineers.

## Other

Research on road safety resulting in testimony before the Sub Committee of the Select Committee on Highways and Bridges, Illinois House of Representatives. Research was featured in a TV documentary on NBC's WMAQ, Channel 5, Chicago in February of 1990.

Water and Sewer Commissioner, City of Freeport, IL, 1987-1991.

Director, Northwest Illinois YMCA (formerly YMCA of Freeport, IL), 1975-82.

## Avocations, Interests

Anything mechanical. Complete automotive shop (including body shop) and complete woodworking shop. Automotive repair, auto body work, and antique furniture restoration.

Private pilot (single engine-land), instrument rating and certification for a high performance airplane (not current).

## PRESENTATIONS

### Conference Proceedings

Ruhl, R. L., Senalik, C. A., and DeFranco, J.E., "New Developments in Accident Reconstruction," Illinois Defense Counsel's Fall Seminar, Champaign, IL, September 27-28, 2002.

Ruhl, R. L., Fittanto, D. A., and Strauss, M. G., "Full Scale Testing of Class 8 Tractor/Livestock Trailer," presented at the European Conference for Accident Reconstruction, Neumuenster, Germany, May 31 – June 1, 2002.

Ruhl, R.L. and Gladstone, M.G., "Post-Kumho Exclusion of a Traffic Accident Reconstruction Expert," SAE World Congress 2001, Detroit, MI, March 8, 2001.

Carnahan, J.V. and Ruhl, R.L., "University of Illinois General Engineering Senior Design Projects", Truck Trailer Manufacturers Association's Engineering Meeting, Alexandria, VA, November 15, 2000.

Ruhl, R.L., Fittanto, D. A., and Strauss, M. G., "Dynamics and Roll Stability of a Loaded Class 8 Tractor-Livestock Semi-trailer: an EDVDS Application", WP#2000-4, 2000 HVE Forum, San Diego, CA, May 8-12, 2000.

Ruhl, R.L., "Debunking the Shifting Livestock Load Myth", Truck Trailer Manufacturers Associations Product Liability Committee, Chicago, IL, March 4-5, 1999.

Ruhl, R.L. and Sievers, Andrew, "The Latest in Accident Investigation and Reconstruction," American Trucking Associations' Highway Accident Litigation Conference Proceedings, Monterey, CA, September 21-24, 1997.

Ruhl, R.L. and Gaston, Keith, "Favorable Outcomes in Highway Accident Litigation and Settlement: The Decisions Start On-Site", 1997 American Trucking Associations' Management Conference and Exhibition, Las Vegas, NV, October 19-22, 1997.

Ruhl, R. L. and D. G. Owen, "Simulation Involved in Vehicle Accident Reconstruction", Society for Computer Simulation, Austin, Texas, July 1989.

Ruhl, R. L. and J. A. Kutilek, "Microcomputer Based Hydraulic Motion Control: The Next Step", Proceedings 1988 National Conference on Fluid Power, Chicago, Illinois, October 1988.

Ruhl, R. L. and M. P. Death, "A Decision Support System for Part Width Inspection Using a Vision System," Vision 88 Conference, Machine Vision Association of the Society of Manufacturing Engineers, 1988.

Ruhl, R. L. and J. D. Rowe, "Microcomputer Simulation of Structure/Rotor System Response," Machinery Vibration Monitoring and Analysis Meeting, New Orleans, Louisiana, May 1985.

Ruhl, R. L., G. Wirtz and E. Segan, "Avalanche Failure of Glass and Stoneware Products During

No Load Microwave Oven Tests," IMPI 13th Microwave Power Symposium, Ottawa, Canada, June 1978.

Ruhl, R. L., P. J. Rich and J. P. Graves, Jr., "Experiments and Calculations on the Room Air Cooling of Microwave Heated Institutional Serving Systems," IMPI 13th Microwave Power Symposium, Ottawa, Canada, June 1978.

Ruhl, R. L., L. D. Metz and R. Heckman, "Reduction of Low Level Incidence of Soldier Shorts in Wave Soldering," Electronic Packaging and Production, February 1977.

Metz, L.D., and R.L. Ruhl, "On the Influence of Crash Helmets on Whiplash Injury to Racing Car Drivers," 16th American Association of Automotive Medicine, Chapel Hill, North Carolina, Oct. 73.

Ruhl, R. L., F. Benton and E. Flynn, "Hawaii Correctional Masterplan: The Rational Design of an Integrated Statewide Correctional System," Sixth International Conference on System Sciences, University of Hawaii, Honolulu, Hawaii, January 1973.

Ruhl, R. L., F. Fritz and L. D. Metz, "Simulation of a Regional Correctional Facility for Southern Illinois," Sixth International Conference on System Sciences, University of Hawaii, January 1973.

Ruhl, R. L., "Economic Evaluation of an Engineering Design: Rational Decision-Making in the Criminal Justice System Planning Process," Technical Design Associates 1972 Annual Meeting, Philadelphia, Pennsylvania, October 1972.

Ruhl, R. L., M. F. Clifton, and M. H. Pleck, "Program LP: A Line Printer Emulator for the PDP-11/20-Gould 4800-11," DECUS Spring Symposium Proceedings, Boston, Massachusetts, May 1972.

Ruhl, R. L., M. H. Pleck and M. F. Clifton, "Mathematical Modeling and Simulation within the Context of Design," DECUS Spring Symposium Proceedings, Boston, Massachusetts, May 1972.

Ruhl, R. L., "Illinois Graphics Computing System (IGCS): A Mini-Computer Graphics System for Engineering Design Education," Joint Midwestern Analog Hybrid Computer Educational Society and Simulation Council Conference, Madison, Wisconsin, October 1971.

R. L. Ruhl, "Freshman Courses," Fifth National Conference on Engineering Design and Design Education, University of Illinois at U-C, July 1971.

R. L. Ruhl, "Applying Computer Aided Instruction to Correctional Institutions: A Challenge to Engineering Educators," Joint Midwestern Analog/Hybrid Computer Educational Society and Simulation Council Conference, Madison, Wisconsin, October 1971.

Ruhl, R. L., "Mathematical Modeling and Simulation Within the Context of Design," Technical Design Associates 1971 Annual Meeting, Champaign, Illinois, October 1971.

## PUBLICATIONS

### Monographs

Ruhl, R. L., "Dynamics of Distributed Parameter Turborotor Systems: Transfer Matrix and Finite Element Techniques" Ph.D., Thesis, Cornell University, Ithaca, New York, 1970.

## Articles in Journals

Gladstone, Michael H. and Ruhl, Roland L., "After Kumho Tire: Traffic Accident Reconstruction Testimony", *For The Defense*, Defense Research Institute, February 2001.

Southcombe, Ericka, Ruhl, Roland L., and Kuznetsov, Edward, "Fluid Load Analysis within the Static Roll Model," SAE Paper 2000-01-3476, Presented at the 2000 SAE International Truck and Bus Meeting and Exposition, Portland, OR, December 4-6, 2000. Also published in SAE 2000 Transactions, Volume 109-2, Journal of Commercial Vehicles.

Clark, Brent A., Ruhl, R. L., Strauss, Mark G., Mahal, Tim, and Fittanto, Dan A., Dynamics and Roll Stability of a Loaded Class 8 Tractor-Livestock Semi-Trailer, SAE Paper 1999-01-3732, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999. (Also published in Roll Stability Dynamics, Ride and Handling, SP-1486.)

Robertson, Craig V., Ruhl, R. L. and Smith, Philip J., A Prototype Computer Based Test System to Test Commercial Vehicle Air Brake Systems: Application and Test Results, SAE Paper 1999-01-3782, 1999 SAE International Truck and Bus Meeting and Exposition, Detroit, MI, November 15-17, 1999.

Ruhl, R. L., and Ruhl, Roland A., Prediction of Steady State Roll Threshold for Loaded Flat Bed Trailers - Theory and Calculation, *Heavy Duty Braking and Steering*, SAE Publication SP - 1307 (SAE 973261) November 1997. Also published in SAE 1997 Transactions, Volume 106, Journal of Commercial Vehicles.

Hudson, Michael, and Ruhl, R. L., Ventilated Brake Rotor Air Flow Investigation, *Overview of ABS/TCS Brakes*, SAE Publication SP-1229 (SAE 971033), February 1997. Also published in SAE 1997 Transactions, Volume 106, Journal of Passenger Cars.

Metz, L. D., and Ruhl, R. L., "Skidmark Signatures in ABS-Equipped Passenger Cars," *Accident Reconstruction: Human, Vehicle, and Environmental Factors*, SAE Publication SP-814 (SAE 900106), February 1990.

Rowe, J. D., and Ruhl, R. L., "Combining Scene Data With Trajectory Information for Effective Accident Simulation," *Accident Reconstruction - State of the Art 88*, SAE Publication SP-733 (SAE 880066), February 1988

Ruhl, R. L., and Conry, T. F. and Steger, R. L., "Unbalanced Response of a Large-Rotor-Pedestal-Foundation System Using an Elastic Half-Space Soil Model," Trans. ASME, *Journal of Mechanical Design*, Volume 102, 1980.

Ruhl, R. L., and Pleck, M. H., "Graphical Display of Computer Simulated Unbalanced Rotor Response," ASME 71-VIBR-42.

Ruhl, R. L. and Booker, J. F., "A Finite Element Model for Distributed Parameter Turborotor Systems," *Journal of Engineering for Industry,* ASME 71-VIBR-56, February 1972.

## Reports

Ruhl, R. L., "Technical Review - Safety Factors Affecting Asphalt and Concrete Road Surfaces," Report to Illinois Concrete Council, Springfield, Illinois, 1989.

Ruhl, R. L. and Hugelman, R. D., "Technical Assessment - ORS Vision System," Report to Micro Switch, a Division of Honeywell, 1989.

Ruhl, R. L., Hugelman, R. D. and Wildblood, H. S., "Technology Audit and Assessment Report for Century Tool," Report to Century Tool, Cherry Valley, Illinois, July 1989.

Ruhl, R. L., and Hugelman, R. D., "PC Control of Hydraulic Cylinders," Technology Audit and Assessment for Hydro-Line Manufacturing Company, Rockford, Illinois, 1987.

Ruhl, R. L., and Hugelman, R. D., "Thermal Properties and Heat Transfer of Extruded Gum Sheets," Technology Audit and Assessment Report for Warner-Lambert Company, April 1987.

Ruhl, R. L. and Hugelman, R. D., "Truck and Commercial Air-Conditioning Systems," Technology Audit and Assessment Report for Kysor/Byron, Byron, Illinois, December 1986.

Ruhl, R. L., Fuller, K. and Stoltz, T., "A Predictive Model for Occurrence of Mob Violence in Urban Areas," Department of General Engineering, UIUC, August 1971.

Ruhl, R. L., "An Algorithm for a Problem Oriented Language for Discrete Vibratory Systems," Final Report, National Science Foundation Summer Program in Computer Aided Design, Houston, Texas, 1968.

DR. ROLAND L. RUHL
Deposition and Trial Testimony
Ruhl Forensic, Inc.

(Based on Best Information Available)

2000-2004


Disclaimer: The material below is provided from the best information available. It may or may not be complete as it is based on memory and available documentation.

Case Name
Rodriguez, Roma, Padilla v Kachina Builders & Contractors
Rehling v Jewel Food Stores
United States v Laster
Smithers v C&G Custom Module Hauling
Acuna, Scott & Skeeters v Richard Lavigne
Benedict Solis v Commonwealth Edison, et al.
Nava and Flores v Ford
Holtman v Meyer, U-Haul, Michelin
Jaegar, Clement v Old Hickory Trucking, St. James Sugar
Isaac Boehme, Helen Marks v Mack Trucks, et al.
Krstevski v Bosak Motor Sales and Midas
Vales v Romar Transportation
Martinez v Brenco Trucking, Rodolfo Garcia
Gillock v Joseph Beal and Curry Company
Candace and Barbara Chappell v Stacy H. McFarlin
Baughman v Dodge, Pamby Dodge, Universal Welding of CT
Lehrmann v Moist
Lyons v Anderson and Bode Trucking
Griffin v Cybex International, Charpentier's & Co.
USAF Aviano AFB accident - Chris Haugen
Holtman v Meyer, U-Haul, Michelin
Healy v City of Chicago
Flick v Flightsafety International
Estate of Michael Fleming v Chris Heaton
Mark Wise v General Leasing, Thomas Prostter
Estate of Torrey v Mt. Valley Systems, Red Wing
Rush v CTA
Arney v T&G Construction, Western Builders, Firestone
Wilacky v Pacific Rail Services
Sims v Yellow Checker Cab Co.
Danny Willis v UPS
McQuinn v Miglin Beitler, et al.
Nancy Alexander v Gilbert Presbyterian Church and Boy Scouts of America
Holtman v Meyer, U-Haul, Michelin
Magdaleno v Harvest Systems
Hobart Patty Melt Machine
Smith v JLG Industries, Inc and ICM Equipment Co.
Kedziora v Brink Trucking and Nicholas Frank

1/14/2004
1

Ashley Brown v Dadson Corporation
Juan Rivas v TMC Transport, et al
Enlow v Timothy Eike, Eike Farms
Organ v Burke
Daniels v Century National Insurance
Smith v JLG Industries, Inc and ICM Equipment Co.
U.S. v Thomas
Smith v Lindzi Baird and Vermillion County
Dwayne Stevens v Drendel
Pantoja v Hirata Corporation
Ashley Brown v Dadson Corporation
Carr & Hodgkins v Parish Blacktop
Kerin Stewart v Federal Express
Betty Kedziora v Bronk Trucking / Nicholas Frank
Al Daniels v Century National Insurance, et al
Cossarini, et al v 31-W Insulation Company
Hofland v Evans Construction Company
Cossarini, et al v 31-W Insulation Company
Griffin v Cybex International
David Budjinski v Lewis
Vales v Romar Transportation
Simona Donato v Swift Transportation
Alcala v Peterbilt
Maffett v Bliss
Cantway v Automotive Rental, Federal Express Corp. and Shannon Lotito
McDonald, Miller, Slaby, Marvin v Brandt J.
Brown, et al v Leclerc, Inc.
Newkirk v Lincoln Automotive
Blackshare v General Electric Company, et al
Donata v Swift Transportation
Miller v J.S.J. Corp., d/b/a Dake
Katherine Lecat v Pitter, Wilmette Public School Dist.
Tengler and Smith v Rollins, Preferred Unlimited, David Villarrea
Terry Britt v Kansas City Southern Railway Co.
Mike Archer v National Freight, Warehousing of WI, and Larry Duncan
Gillotti v Troy Johnson, Advance Protection Servcies, Advance Protection Systems, et al
Safeco Insurance Co., Anthony Crane dba Maxim Crane v Demag, Mercedes & Williams Detroit Diesel
Jessie Anderson and Justine Turnbough v Active Transportation
Whitman v Ryder
Kristine Kalinic, et al v Dainichi Kinzoku Kogyo Co

DR. ROLAND L. RUHL
Deposition and Trial Testimony
Ruhl Forensic, Inc.

(Based on Best Information Available)

1999 - 2003

Disclaimer: The material below is provided from the best information available. It may or may not be complete as it is based on memory and available documentation.

Case Name
Tanton v Fiero Trucking and Granite Construction
Rebecca Christenberry
Mark Chmielewski v CTA, et al.
Paul Gluchman v Commonwealth Edison, et al.
Theresa Burns v. Standard Bank, et al.
Susan Clark v Pepper Construction
Vogt v Pepper Construction
Williams v Fox Metals & Alloys, Inc.
Vargas, et al v Commonwealth Edison, et al.
Helene Kolodziej v CTA
Mullaney v Campbell
Daniel Rounds v Temple-Beall, SF Phosphates
Andrade
Chouinard v Weyerhouse Canada
Defrance v Goldblatt's Dept. Store
Waters v Sundown Leasing
Williams vs. Troy Allen Baze
Kennedy v South Carolina Department of Transportation
Brody v GM Corp
Jeni C. Green vs Subaru of America, et al.
Kalinas & Flynn v Neal & Son Trucking and Material Service Corp.
Rodriguez, Roma, Padilla v Kachina Builders & Contractors
Rehling v Jewel Food Stores
United States v Laster
Smithers v C&G Custom Module Hauling
Acuna, Scott & Skeeters v Richard Lavigne
Benedict Solis v Commonwealth Edison, et al.
Nava and Flores v Ford
Holtman v Meyer, U-Haul, Michelin
Jaegar, Clement v Old Hickory Trucking, St. James Sugar
Isaac Boehme, Helen Marks v Mack Trucks, et al.
Krstevski v Bosak Motor Sales and Midas
Vales v Romar Transportation
Martinez v Brenco Trucking, Rodolfo Garcia
Gillock v Joseph Beal and Curry Company
Candace and Barbara Chappell v Stacy H. McFarlin
Baughman v Dodge, Pamby Dodge, Universal Welding of CT
Lehrmann v Moist

Lyons v Anderson and Bode Trucking
Griffin v Cybex International, Charpentier's & Co.
USAF Aviano AFB accident - Chris Haugen
Holtman v Meyer, U-Haul, Michelin
Healy v City of Chicago
Flick v Flightsafety International
Estate of Michael Fleming v Chris Heaton
Mark Wise v General Leasing, Thomas Prostter
Estate of Torrey v Mt. Valley Systems, Red Wing
Rush v CTA
Arney v T&G Construction, Western Builders, Firestone
Wilacky v Pacific Rail Services
Sims v Yellow Checker Cab Co.
Danny Willis v UPS
McQuinn v Miglin Beitler, et al.
Nancy Alexander v Gilbert Presbyterian Church and Boy Scouts of America
Holtman v Meyer, U-Haul, Michelin
Magdaleno v Harvest Systems
Hobart Patty Melt Machine
Smith v JLG Industries, Inc and ICM Equipment Co.
Kedziora v Brink Trucking and Nicholas Frank
Ashley Brown v Dadson Corporation
Juan Rivas v TMC Transport, et al
Enlow v Timothy Eike, Eike Farms
Organ v Burke
Daniels v Century National Insurance
Smith v JLG Industries, Inc and ICM Equipment Co.
U.S. v Thomas
Smith v Lindzi Baird and Vermillion County
Dwayne Stevens v Drendel
Pantoja v Hirata Corporation
Ashley Brown v Dadson Corporation
Carr & Hodgkins v Parish Blacktop
Kerin Stewart v Federal Express
Betty Kedziora v Bronk Trucking / Nicholas Frank
Al Daniels v Century National Insurance, et al
Cossarini, et al v 31-W Insulation Company
Hofland v Evans Construction Company
Cossarini, et al v 31-W Insulation Company
Griffin v Cybex International
David Budjinski v Lewis
Anderson and Turnbough v Active Transportation
Vales v Romar Transportation
Simona Donato v Swift Transportation
Alcala v Peterbilt
Maffett v Bliss
Cantway v Automotive Rental, Federal Express Corp. and Shannon Lotito
McDonald, Miller, Slaby, Marvin v Brandt J.
Brown, et al v Leclerc, Inc.
Tengler and Smith v Rollins, Preferred Unlimited, David Villarrea
Newkirk v Lincoln Automotive
Blackshare v General Electric Company, et al
Katherine Lecat v Pitter, Wilmette Public School Dist.
Donata v Swift Transportation