UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1302(DJS) |
| | : | |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | |
| AND ARPIN LOGISTICS, INC., | : | |
| THE FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC D/B/A TRANS-EXPO | : | |
| INTERNATIONAL AND ERICA RAMIREZ, | : | |
| Defendants, | : | JUNE 28, 2004 |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

The plaintiff, **Shawn Pouliot,** pursuant to Fed. R. Civ. P. 26(a)(2)(B), discloses the following expert witnesses:

1. **Anthony Gamboa, Jr., Ph.D., M.B.A.**

### I.    Name and Address

Anthony Gamboa, Jr., Ph.D., M.B.A.
11933 Brinley Avenue
Louisville, KY 40243-1092

### II.    Subject Matter of the Expert Testimony and the Substance of the Expert's Facts and Opinions

Dr. Anthony Gamboa will be testifying about the plaintiff's vocational impairments and abilities, and the difference between his before and after accident work capacity.  He is an expert in vocational economics.  He will also opine as to the present value of the plaintiff's economic losses, and his life care needs and plan.  (See attached CV, prior testimony history, dates of availability for depositions in August and fees for deposition and trial).

2.     **Robert L. Thompson, M.D.**

I.     **Name and Address:**

Robert L. Thompson, M.D.
11933 Brinley Avenue
Louisville, KY 40243-1092

II.     **Subject Matter of the Expert Testimony and the Substance of the Expert's Facts**

**and Opinions**

Dr. Robert Thompson will be testifying about the nature and extent of the plaintiff's injuries, his treatment needs, his future prognosis, and will provide the basis for a life care plan for the plaintiff.  He is a physical rehabilitation doctor. (See attached CV, dates of availability for depositions in August and fees for deposition and trial.

THE PLAINTIFF,

By:_____
          Michael A. Stratton, Esq.
          STRATTON FAXON
          59 Elm Street
          New Haven, CT 06510
          Juris #: 421593
          Telephone:  (203) 624-9500
          Fax: (203) 624-9100
          MStatton@StrattonFaxon.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via facsimile transmission

and by U.S. Mail, postage prepaid, this day to all counsel and pro se parties of record:

**Roland F. Moots, Jr., Esq.**
**Moots, Pellegrini, Mannion, Martindale**
**& Dratch**
46 Main Street
New Milford, CT 06776

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
6 Canal Street
P.O. Box 541
Westerly, RI 02891

**Susan O'Donnell, Esq.**
**Halloran & Sage**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI  02903-2443

_____
Michael A. Stratton, Esq.

Curriculum Vitae

## Anthony M. Gamboa, Jr.  Ph.D, MBA

**BUSINESS ADDRESS:**    11933 Brinley Ave.
Louisville, KY 40243
(502) 489-8130

**DATE OF BIRTH:**  January 15, 1945

## EDUCATION:

8/91 to 8/93   University of Chicago, Chicago, Illinois
School of Business
*Postdoctoral study in Financial and Cost Accounting, Macroeconomics and
Microeconomics, Political Economy, Investments, Finance, Statistics and
Management.*
*Awarded MBA 8/27/93.*

Summer 1990 Purdue University, W. Lafayette, Indiana
Department of Economics
*Postdoctoral study in Economic Assessment of Earnings and Health Care Costs*

1/87 to 8/87   University of Louisville, Louisville, Kentucky
Department of Economics and Finance
*Postdoctoral study and research in Economic Assessment of Earnings*

9/81 to 12/81 University of Cincinnati, Cincinnati, Ohio
Department of Rehabilitation Counseling
*Postdoctoral study and research in Vocational Rehabilitation Counseling*

1/68 to 6/71   The Ohio State University, Columbus, Ohio
*Ph.D.: Guidance and Counseling*
*Major: Vocational Counseling*
*Minor: Vocational Education*

9/66 to 8/67   Miami University, Oxford, Ohio
*M.Ed.: Guidance and Counseling*
*Major: Vocational Counseling*

9/62 to 6/66    University of Massachusetts at Boston, Boston,
                Massachusetts
                Formerly State College at Boston
                *B.S. : Education*
                *Major: History*
                *Minor: English*


**WORK EXPERIENCE:**

1/77 – Present Vocational Economics, Inc.
                Chief Executive Officer, Senior Analyst (1/91 to Present)
                Vocational Economic Analyst (1/77 to 12/90)
                *Supervise and conduct assessments to analyze earning capacity in cases of injury*
                *or death. Provide vocational rehabilitation counseling, assessment, consultation,*
                *and placement of adult disabled and nondisabled clients.*


6/77 to 9/92    Vocational Expert, U.S. Department of Health and Human Services, Social
                Security Administration, Bureau of Hearings and Appeals.
                *Provided vocational testimony in disability hearings. Testimony based on the*
                *claimant's age, education, previous work experience, and review of medical*
                *evidence as it relates to the claimant's exertional capabilities.*


Spring 1991     Instructor, Purdue University, Department of Economics,
                West Lafayette, Indiana
                *Co-taught course regarding the economic assessment of earnings and health care*
                *costs.*


7/71 to 6/88    Department of Educational Psychology and Counseling, University of Louisville,
                Louisville, Kentucky. (Leave of Absence, 1/86 to 6/88)
                Professor of Counseling (7/79 to 6/88)
                Associate Professor    (7/75 to 6/79)
                Assistant Professor    (7/71 to 6/75)
                *Instructed graduate students preparing for careers as vocational counselors,*
                *rehabilitation counselors, and school counselors. Performed research in the*
                *areas of career development, vocational economic assessment, and vocational*
                *rehabilitation.*


6/69 to 6/71    Director of Guidance, State of Ohio, Ohio Youth Commission, Scioto Village
                School for Girls, Box 100, Powell, Ohio.
                *Supervised counseling staff and direct client service in the area of vocational and*
                *educational counseling and placement of disabled clients.*

2

9/68 to 6/69    School Counselor, State of Ohio, Ohio Youth Commission, Fairfield School of
                Boys, Lancaster, Ohio.
                *Vocational, educational, and personal/social counseling of disabled clients.*

9/67 to 6/68    Teacher/Counselor, Delaware City Schools, Delaware, Ohio.
                *History teacher and school counselor*


## PUBLICATIONS AND PRESENTATIONS:

Gamboa, A.M. "Worklife Expectancy for Canadians With and Without Disability: An Aid to
    Assess Earning Capacity. Accepted for publication, December, 2002, *The Verdict*, Trial
    Lawyers Association of British Columbia, in press.

Gamboa, A.M. " Vocational and Economic Considerations in Mild Traumatic Brain Injury" A
    chapter in *Handling the Brain Injury Case: A Primer for Lawyers.* Kentucky Academy of
    Trial Attorneys, December, 2002.

Gamboa, A.M. "Vocational Rehabilitation Economics". Presentation to The Brain Injury
    Association of Nevada– Required Medical & Legal Education in the Traumatic Brain
    Injury Case, Las Vegas, Nevada, October, 2002

Gamboa, A.M. "Disability, Loss of Function, Loss of Limb". Presentation to the Indiana
    Continuing Legal Education Forum – 64 Tips for Personal Injury Damages, Indianapolis,
    Indiana,        August, 2002

Gamboa, A. M. "The New Worklife Expectancy Tables: 2002 Edition." Vocational
    Econometrics, Inc , Louisville, Kentucky, July, 2002

Gamboa, A.M. "The Field of Forensic Vocational Economics: Past, Present & Future".
    Presentation to the International Association of Rehabilitation Professionals Annual
    Conference. San Diego, California, April 2002.

Gamboa, A. M. "Quantifying Economic Damages." Presentation to the Kentucky Academy of
    Trial Attorneys. *Litigating the Brain Injury Case Conference.* Bowling Green, Kentucky,
    June 2001.

Gamboa, A. M. "Measuring and Defining Damages." Presentation to the Indiana Continuing
    Legal Education Forum *ADA Past, Present and Future Conference* Indianapolis,
    Indiana, June 2001.

Gamboa, A. M. "Understanding Worklife Expectancy." Paper presented at the American
    Rehabilitation Economics Association Conference, Reno, Nevada. May 2001.

Gamboa, A. M. "Worklife Expectancy for Persons with a Work Disability: Meeting the Daubert Challenge." Paper presented to the American Board of Vocational Experts Conference, San Diego, California. March 2001

Gamboa, A. M. "Under Examination: New Worklife Tables: The Final Word." Medical Malpractice Law and Strategy. March 2001

Gamboa, A. M. "Understanding Worklife Expectancy." Presentation to the Massachusetts Academy of Trial Attorneys Conference. Boston, Massachusetts. March 2001.

Gamboa, A. M. "Defining Economic Damages: The Importance of Worklife Expectancy." Presentation to the 2001 Utah Trial Lawyers Association/Utah Brain Injury Association Conference. Salt Lake City, Utah. February, 2001.

Gamboa, A. M. "Understanding Worklife Expectancy: The Key to Measuring Earning Capacity." Presentation for Vocational Econometrics, Inc. Seminar. Louisville, Kentucky. December, 2000.

Gamboa, A. M. "Defining Fair Recovery for Loss of Earning Capacity." Presented at the Colorado Trial Lawyers Association Annual Convention. Steamboat Springs, Colorado. August 2000.

Gamboa, A. M. "The Economic Issues of Traumatic Brain Injury." Presented at The Brain Injury Association of New York State's Third Annual Conference. New York, New York. June 2000.

Gamboa, A.M. Presentation to the Louisville Association of Paralegals Meeting. Louisville, Kentucky, March 2000

Gamboa, A.M. "Vocational Rehabilitation and Economic Loss." Presented at the Utah Trial Lawyers Association and Utah Brain Injury Association Conference. Salt Lake City, Utah, January 2000.

Gamboa, A. M. "Mild Brain Injury: Vocational and Economic Consequences." Presented at the Brain Injury Association 13th Annual Conference for Attorneys. Phoenix, Arizona. September 1999.

Gamboa, A. M. and P. Prachyl. "The Vocational Economic Consequences of Brain Injury: An Update " The Neurolaw Letter, Vol. 8, No. 11, July 1999

Gamboa, A. M. et al. VALE 2000 User's Manual. Louisville, KY: Vocational Econometrics, Inc. 1999.

Missun, Ronald E. and Gamboa, A.M. " Important Considerations When Computing The Present Value of Lost Earning Capacity" ATLA tbi, Volume 6, Number 6, Spring 1999.

4

Gamboa, A. M. "Lost Earning Potential: The Economic Consequences of Occupational Disability." Presented at the Southeast Region National Rehabilitation Association Conference. Louisville, Kentucky. April 1999.

Gamboa, A. M. "Evaluating the Economic Loss: There is No Discount." Presented at the Consumer Attorneys of California Meeting. Lake Tahoe, California. March 1999.

Gamboa, A. M. "The New Worklife Expectancy Tables, 1998 Edition." Vocational Econometrics, Inc., Louisville, Kentucky, 1998

Gamboa, A. M. "Economic Damages." Presented at the Institute of Continuing Legal Education. Troy, Michigan. October 1998.

Gamboa, A. M. "Mild Brain Injury: Vocational and Economic Consequences-Direct Examination of Experts" Presented at the Brain Injury Association Annual Conference for Attorneys, Palm Beach, Florida. September 1998.

Gamboa, A. M. Speech to the monthly meeting of the Fayette County Bar Association. Lexington, Kentucky. October 1998.

Gamboa, A. M. Presentation to Vocational Economics, Inc. Defining Monetary Damages Seminar. Louisville, Kentucky. August 1998.

Gamboa, A. M. "Vocational Economics: The Ability To Earn." Presented at the Arkansas Trial Lawyers Association Brain Injury Seminar. Little Rock, Arkansas. October 1997.

Gamboa, A M "Mild Brain Injury and Its Vocational and Economic Consequences " Presented at the Indiana Continuing Legal Education Forum, Indianapolis, Indiana. August 1997.

Gamboa, A M., Jr., Gibson, D.S. and Tierney, J. P. "Americans with Disability Act: Short Term Effects." Paper delivered to the Authors' Bazaar at the Sixth Annual Meeting of the American Law and Economics Association, (10-11 May 1996).

Gamboa, A.M. and S. Collard. "Are the Wrongfully Injured Adequately Awarded?" *Michigan Lawyers Weekly*, Volume 9, Number 50, (23 October 1995): 6, 41.

Gamboa, A M "Vocational Assessment: Determining Loss of Earning Capacity " Delivered at the 9th Annual Trial Lawyers' Conference entitled "The Brain Injury Case: What the Trial Lawyer Needs To Know," sponsored by the Brain Injury Association, Colorado Springs, Colorado, 30 September 1995.

Gamboa, A.M. "Are the Wrongfully Injured Adequately Awarded?" *The Issues Papers: Seventh National Forum on Issues in Vocational Assessment, March 10-12, 1995, Louisville, Kentucky.* Compiled by Ronald R. Fry, 94-98. Menomonie, Wisconsin: The Rehabilitation Resource, Stout Vocational Rehabilitation Institute, School of Education and Human Services, University of Wisconsin -Stout, 1995.

Gamboa, A.M. "Lawyers Undervalue Plaintiffs' Loss of 'Ability to Work.'" Interview by Elaine McArdle. *Lawyers Weekly USA*, No. 95-15 (17 July 1995): 634,640.

Gamboa, A.M. "Vocational Loss Evaluation of the Survivor of Traumatic Brain Injury." Presented at seminar entitled "Third Annual Brain Injury Seminar: Giving Full Service to Survivors of Traumatic Brain Injury," sponsored by Clark, Perdue, Roberts & Scott Co., L.P.A., for the benefit of the Ohio Head Injury Association, Columbus, Ohio, 19 May 1995.

Gamboa, A.M. "The Vocational Economic Assessment." Presented at seminar entitled "Toward a Better Understanding of Traumatic Brain Injury," sponsored by Simkins & Simkins, Attorneys at Law, for the benefit of the Michigan Head Injury Alliance and Mothers Against Drunk Driving, Michigan State Organization, Detroit, Michigan, 23 March 1995.

Gamboa, A.M. "Are the Wrongfully Injured Adequately Awarded?" Presented at the "Seventh National Forum on Issues in Vocational Assessment," sponsored by Vocational Evaluation and Work Adjustment Association, a Professional Division of the National Rehabilitation Association, Louisville, Kentucky, 10 March 1995.

Gamboa, A.M. *The New Worklife Expectancy Tables, 1995 Edition.* Vocational Econometrics, Inc., Louisville, Kentucky, January 1995.

Gamboa, A.M. "Defining Loss of Earning Capacity in Cases of Partial Disability." Delivered to The Young Lawyers Section of the Chicago Bar Association, Chicago, Illinois, 27 October 1994.

Gamboa, A.M., D. Gibson, and G. Holland. *Analysis of Occupational Characteristics*, 2nd edition, Vocational Econometrics, Inc., Louisville, Kentucky, October 1994.

Gamboa, A.M. "Vocational Assessment: Determining Loss of Earning Capacity." Delivered at the 8th Annual Trial Lawyers' Conference entitled "The Head Injury Case: What the Trial Lawyer Needs To Know." sponsored by the National Head Injury Foundation, Palm Beach, Florida, 1 October 1994

Gamboa, A.M., and J. Spoonster. "Brain Injury and Loss of Earning Capacity." Delivered to the Cleveland Academy of Trial Attorneys, Cleveland, Ohio, 27 September 1994.

Gamboa, A.M. "Worklife Expectancy and Disability." Delivered to the 69th Annual Western Economic Association International Conference, Vancouver, British Columbia, Canada, 1 July 1994.

Gamboa, A.M. "Mild Brain Injury and Its Vocational Economic Consequences." Presented at seminar entitled "Representing the Survivor of 'Mild' Head Injury," sponsored by Clark, Perdue, Roberts & Scott Co., Attorneys at Law, for the benefit of the Ohio Head Injury Alliance Association, Columbus, Ohio, 3 June 1994.

Gamboa, A.M. "The Vocational Economic Assessment." Presented at seminar entitled "Toward a Better Understanding of Traumatic Brain Injury," sponsored by Simkins & Simkins, Attorneys at Law, for the benefit of the Michigan Head Injury Alliance and Mothers Against Drunk Driving, Michigan State Organization, Detroit, Michigan, 24 March 1994.

Gamboa, A.M. "The Vocational Economic Consequences of Traumatic Brain Injury Mild-Moderate-Severe." A chapter in *Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury*, Charles N. Simkins, Editor. Distributed by the National Head Injury Foundation, Washington, D.C., February 1994.

Gamboa, A.M. "The Effect of CPLR Articles 50A and 50B on Present Value Calculations" Presented at seminar entitled "The Effect of CPLR Articles 50A and 50B on Catastrophic Head Injury," for the benefit of the New York State Head Injury Association, New York, New York, 9-10 December 1993.

Gamboa, A.M. "The Vocational Economic Assessment." Presented at seminar entitled "Proving and Defending Against Damages in Personal Litigation," sponsored by the Practicing Law Institute, New York, New York, 30 June 1993.

Gamboa, A.M. and A. Suell. "Mild Brain Damage and Its Vocational Economic Consequences." Paper presented at seminar entitled "Recognizing, Handling and Litigating the Traumatic Head Injury Case," sponsored by Clark, Perdue and Roberts Law Firm, for the benefit of the Ohio Head Injury Foundation, Columbus, Ohio, 21 May 1993.

Gamboa, A.M., and K. Vogler. "The Economic Effect of Personal Injury." *The Indiana Lawyer*, Vol. 3, Issue 25, 24 April 1993.

Gamboa, A.M. "Demonstrating Damages in Brain Injury Cases." Presented at seminar entitled "Effective Representation of Persons Surviving Head Injury," sponsored by Simkins & Simkins, Attorneys at Law, for the benefit of the Michigan Head Injury Alliance and Mothers Against Drunk Driving, Michigan State Organization, Northville, Michigan, 25 March 1993.

Gamboa, A.M. "Demonstrating Damages in Brain Injury Cases." Presented at seminar entitled "Effective Representation of Persons Surviving Traumatic Brain Injury," sponsored by Simkins and Simkins, Attorneys at Law, for the benefit of State of Connecticut, Mothers Against Drunk Driving, North Haven, Connecticut, 9 October 1992.

Male, R., F. Lawlis, and A. Gamboa. "Establishing Losses Due to Personal Injury-By the Numbers," *Trial News*, Washington State Trial Lawyers Association, Volume 27, Number 3, November 1991.

Gamboa, A.M. "Defining Economic Damages." Paper presented to the Inner Circle of Advocates at their Annual Convention in Santa Fe, New Mexico, August 1991.

Gamboa, A.M., and M. Hanak. "Catastrophic Injuries, Catastrophic Costs: The Life Care Plan," *Trial*, March 1991, 59-63.

Vogenthaler, D., J. Tierney, and A. Gamboa. "Disability and Lost Earnings: Implications of New Data." *Journal of the Missouri Bar*, March 1991, 150-53.

Gamboa, A.M. "Demonstrating Damages in Brain Injury Cases." Presented at seminar entitled "Effective Representation of Persons Surviving Head Injury," sponsored by Simkins and Simkins, Attorneys at Law, for the benefit of the Michigan Head Injury Alliance, Detroit, Michigan, 21 March 1991.

Gamboa, A.M. "What the Infant or Child Could Have Been." *The Best of Trial*, American Trial Lawyers Association Press, 1990, 339-43 (reprint from September 1986 issue of *Trial*).

Gamboa, A.M. "Vocational Rehabilitation: More Than Resume Preparation and Want Ad Review." Presented at the Fourth Annual Workers' Compensation seminar sponsored by the Louisville Bar Association, Louisville, Kentucky, 30 March 1990.

Gamboa, A.M., V. Ellien, and M. Hanak. "Projecting Future Economic Loss - Lost Earning Capacity and Medical Expense in Cases of Partial Disability and Catastrophic Injury." Presented at seminar sponsored by the New York Trial Lawyers Institute, New York, New York, 28 March 1990.

Gamboa, A.M. "Demonstrating Damages in Brain Injury Cases." Presented at seminar entitled "Representing the Closed Head Injury Victim," sponsored by the Michigan Head Injury Alliance, Northville, Michigan, 15 March 1990

Gamboa, A.M. "Use of an Economist in Personal Injury and Wrongful Death Litigation." Presented at damages seminar sponsored by the Arizona Trial Lawyers Association, Phoenix, Arizona, 9 February 1990.

Gamboa, A.M., J. Tierney, and G. Holland. "Worklife Expectancy and Disability." *Journal of Forensic Economics*, April 1989.

Gamboa, A.M. "Projecting Future Damages in Head Injury." Presentation delivered at seminar entitled "Medical Perspectives Regarding the Head Injury Case," sponsored by HOPE: Center for Head Injury, and Synergos Neurological Centers, Phoenix, Arizona, 28 April 1989.

Gamboa, A.M. "Direct and Cross Examination of a Vocational Economist." Guest Lecturer, Advanced Evidence, Georgetown University Law Center, 11 April 1989.

Henderson, S., J. Tierney, A. Gamboa, and A. Suell. "Assessing Vocational Damages Due to Burn Injury." Paper presented to the American Burn Association, New Orleans, Louisiana, 31 March 1989.

Tierney, J., A. Gamboa, and G. Holland. "Demonstrating Damages in Brain Injury." *Journal of the Missouri Bar*, Vol. 44, No. 8, December 1988.

Gamboa, A.M., G. Holland, and J. Tierney. "Advances in Vocational Rehabilitation Assessment: Assessing Work and Earning Capacity." Section 1, Chapter 1, in Volume II, *Advances in Clinical Rehabilitation*, Myron G. Eisenberg and Roy Grzesiak, Editors. Springer Publishing Company, New York, 1988.

Gamboa, A.M. "Assessing Economic Loss." Discussant to Seminar of the Kentucky Academy of Trial Attorneys, Louisville, Kentucky, 29 June 1988.

Tierney, J., A. Gamboa, and G. Holland. "Addressing the Value of Household Services Through a Functional Vocational Analysis." *The Journal of Forensic Economics*, May 1988.

Gamboa, A.M. "Vocational Economic Damages: Establishing Future Earnings Capacity for the Injured Client." *Trial*, March 1988, 33-35.

Gamboa, A.M. "Assessing Capacity to Perform Work and Earn Money." Presentation delivered at the Fourth National Forensic Center Conference, Atlanta, Georgia, December 1987.

Gamboa, A.M. "Assessing Capacity to Perform Work and Earn Money." *The Journal of Applied Rehabilitation Counseling*, 18, no. 3 (Fall 1987): 49-51.

Gamboa, A.M. *Worklife Expectancy of Disabled Versus Nondisabled Persons by Sex and Level of Educational Attainment*. Vocational Econometrics Press, Louisville, Kentucky, 1987. Revised.

Gamboa, A.M. *Worklife Profile* (software designed to assess loss of earning capacity as a result of death or total disability). Distributed by Vocational Economics, Inc., Louisville, Kentucky, 1987.

9

Gamboa, A.M., and M. Watson. *Worklife Profile Users Manual.* Vocational Economics Press, Louisville, Kentucky, 1987.

Gamboa, A.M. "Evaluating Loss of Work Potential: Resources and Experts." Presentation delivered at a pre-convention workshop of the Division of Rehabilitation Psychology, The American Psychology Association Annual Convention, New York City, August 1987.

Gamboa, A.M., J. Tierney, and V. Gregory. "Assessing Capacity to Perform Work and Earn Money." Discussants to symposium of the American Psychological Association Annual Convention, New York, New York, August 1987.

Gamboa, A.M. "Vocational Assessment of Lost Earnings." Presentation delivered to The Texas Rehabilitation Association, Dallas, Texas, 14 July 1987.

Gamboa, A.M. Book review of "A Guide to Rehabilitation" by Paul Deutsch and Horace Sawyer. *American Journal of Forensic Psychiatry*, 8, no. 1 (1987): 45-46.

Brookshire, M., W. Cobb, and A. Gamboa. "Worklife of the Partially Disabled." *Trial*, March, 1987, 44-47.

Gamboa, A.M. "Wage Loss Analysis." Presentation delivered to the National Council on Rehabilitation Education, Region IV Mid-Winter Conference, Atlanta, Georgia, 6 February 1987.

Gamboa, A.M. "What the Infant or Child Could Have Been." The Audio Lawyer, American Law Institute, American Bar Association Committee on Continuing Professional Education, Philadelphia, 1987

Gamboa, A.M. "Introducing VALE: A Microcomputer Program Designed to Assess Earning Capacity." *Rehabilitation Counseling Bulletin*, June, 1987, 278-81.

Gamboa, A.M. "Work Capacity Services for the Burn Patient." Presentation delivered to the International Society for Burn Injuries, The World Health Organization Annual Meeting, Denver, Colorado, December 1986.

Gamboa, A.M. "What the Infant or Child Could Have Been." *Trial*, September 1986, 76-80.

Gamboa, A.M. "Establishing Damages in Cases of Partial Disability." Presentation delivered at a pre-convention workshop of the Division of Rehabilitation Psychology, The American Psychological Association Annual Convention, Washington, D.C., August 1986.

Gamboa, A.M. *VALE (Vocational Assessment of Lost Earnings)* (software program designed to assess loss of earning capacity as a result of partial or total physical or mental impairment). Distributed by Vocational Econometrics, Inc., Louisville, Kentucky, 1986, Revised 1993.

Gamboa, A.M. "Value of Loss of Service." Discussant, Second Annual Seminar, "Dissolution: Practical Problems in Preparing and Presenting the Complex Action." University of Louisville, Continuing Legal Education, 9 November 1984.

Gamboa, A.M. "Role of Vocational Analysis in Evaluation of Occupational Disability." Workers Compensation. Office of Continuing Legal Education, School of Law, University of Louisville, 15 June 1984.

Gamboa, A.M. "Multiple Psychiatric Diagnosis: Alcoholism and Depression." Discussant in Symposium presented by Aponte, J.T.; Bell, T.A.; Aponte, C.E. American Psychological Association Convention, Anaheim, California, August 1983.

Gamboa, A.M. "Welfare Recipients and Displaced Homemakers." Panelist at the Statewide Conference for Job Training Partnership Act, Kentucky Department for Human Resources, Frankfort, Kentucky, July 1983.

Brookshire, M., W. Cobb, and A. Gamboa. "Proof of Damages." Seminar conducted for Kentucky Trail Lawyers Association and University of Louisville, School of Law, Louisville, Kentucky, May 1983.

Gamboa, A.M. "Rehabilitation of the Injured Worker." *Kentucky Self-Insured Newsletter*, December 1982.

Gamboa, A.M. "Behavior Modification and Its Use with the Physically Disabled." Presented to the Kentucky Rehabilitation Nurses Association, May 1982.

Weinreich, S., and A. Gamboa. "Caveat Emptor: A Guide to Graduate Study in Counselor Education." *The Personnel and Guidance Journal*, December 1977, 214-18.

Gamboa, A.M. Book review of "An Evaluation of Policy-Related Rehabilitation Research," by Monroe Berkowitz, et al. *Personnel and Guidance Journal*. April 1977, 447-48.

Gamboa, A.M. Book review of "Counseling Techniques That Work," by Wayne W. Dyer and John Vriend. *Personnel and Guidance Journal*, April 1977, 449

Birkimer, J., J. Brown, A. Gamboa, and A. Frankel. "The Effects of Behavioral Consultation Workshop on the Reduction of Children's Problem Behaviors." *Journal of Corrective and Social Psychiatry*, 23, no. 1 (1977): 22-26.

11

Brown, J., A. Gamboa, J. Birkimer, and R. Brown. "Some Possible Effects of Parent Self-Control Training on Parent-Child Interactions." Chapter 11, *Behavioral Modification and Families: Applications and Developments*. New York: Bruner-Mazel, Inc., 1976.

Gamboa, A.M., D. Tosi, and A. Riccio. "Race and Counselor Climate in the Counselor Preference of Delinquent Girls." *Journal of Counseling Psychology*, 23, no. 2 (1976): 160-62.

Brown, J., A. Frankel, J. Birkimer, and A. Gamboa. "The Effects of Classroom Management Workshop on the Reduction of Children's Problematic Behaviors." *Journal of Corrective and Social Psychiatry*, no. 2 (1976): 1-9.

Gamboa, A.M. Book review of "Workshop Management: A Behavioral and Systems Approach." by D.B. Simpson and P.M. Podsakoff. *Behavioral Science*, November 1976.

Gamboa, A.M. "Professional Helping and Cultural Difference." Presented at the International Association of Personnel in Employment Security. Louisville, Kentucky, April 1976.

Gamboa, A.M. "Counselor Self-Management: The First Step Toward an Effective Guidance Program." Presented at the Kentucky Personnel and Guidance Association Conference with J.H. Brown, October 1974.

Gamboa, A.M., and J. Garrett. "Re-Education: A Mental Health Service in an Educational Setting." *American Journal of Orthopsychiatry*, 4, no. 3 (April 1974): 450-53.

Gamboa, A.M., and T. Koltveit. "I-Level: A Differential Counseling Approach." *The Personnel and Guidance Journal*, October 1973, 83-99.

Gamboa, A.M. "Differential Education in the Inner-City." *Bureau of School Services Bulletin*, June 1973, 43-51.

Gamboa, A.M., W. Kelly, and T. Koltveit. "The Humanistic Counselor in a Technocratic Society." *The School Counselor*, January 1972, 160-66.

Gamboa, A.M. "Race and Counselor Climate As Selected Factors in the Counselor Preference of Delinquent Girls." Doctoral Dissertation, The Ohio State University, 1971.

## PROFESSIONAL ASSOCIATIONS:

American Law and Economics Association
American Psychological Association (1/70 to 12/90)
      Division of Counseling Psychology
      Division of Rehabilitation Psychology
American Counseling Association
National Employment Counselors Association

American Rehabilitation Counseling Association
National Rehabilitation Association

**SERVICE:**

| | |
|---|---|
| 9/87 to 6/88 | Appointed member of the Convention Program Committee, American Psychological Association, Division of Rehabilitation Psychology. |
| 1/83 to 12/85 | Appointed member of the Board of Advisors, Graduate Program in Rehabilitation Counseling, The Graduate School, University of Kentucky, Lexington, Kentucky. |
| 1/78 to 12/81 | Elected member of the Jefferson County Board of Education. Represented 100,000 people from the City of Louisville and Eastern Jefferson County, Kentucky. |

        Chairman of the Board, 1/81 to 12/81
        Vice-Chairman of the Board, 1/80 to 12/80
        Chairman of the Board's Superintendent Search Committee, 6/80 to 6/81
        Member of the Task Force on Legislation, 1/78 to 12/80
        Chairman of the Board - Finance Committee, 1/79 to 12/80
        Member of the Task Force on Educational Funding, 1/79 to 12/79
        Member of the Community Audit Committee, 1/79 to 12/79
        Chairman of the Reorganization Advisory Committee, 1/78 to 12/79
        Member of the Budget and Finance Committee, 1/78 to 12/79

Revised July, 2003