# Testimony Report  Anthony M. Gamboa

From 1/1/2000 Through 6/23/2004

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Adam, Scott** | | | | |
| 6/1/00 | Adam/Orleman | David Orleman v. Jumpking, Inc. and Wal Mart Stores [99-2522-CM] | Deposition | U.S. District Court, District of Kansas (KY) |
| **Allen, Kenneth J.** | | | | |
| 3/6/03 | Allen/Mesman | John & Judy Mesman v Crane Pro Services and John Doe [2:99 CV 428 JM] | Court | US District Court - Hammond Division (IN) |
| **Altman, Robert** | | | | |
| 2/26/02 | Altman/Bridges | Richard E. Bridges v. City of College Park et al [99vs157218D] | Video Deposition | State Court, Fulton Co, GA (KY) |
| 10/31/02 | McClure/Merritt | Katherine A. Merritt v State Farm, Donald Spires, James A Ritchey, Richard J Morris [01-VS-023598-J] | Deposition | State Court of Fulton County (GA) |
| **Anderson, Joseph** | | | | |
| 4/12/02 | Anderson/Gragg | Michael Andy Gragg v Charlotte Orthopedic Specialists, PA [01-CVS-0896] | Deposition | Davidson Co. Superior Court (NC) |
| 6/6/02 | Anderson/Harrison | | Video Deposition | () |
| **Bailey, Harry** | | | | |
| 8/12/02 | Bailey/Wiglesworth | James Wiglesworth vs CSX Transportation, Inc. [00 CI 07945] | Deposition | Jefferson Co. Circuit Court Div. 11 Louisville KY (KY) |
| 8/16/02 | Bailey/Wiglesworth | James Wiglesworth vs CSX Transportation, Inc. [00 CI 07945] | Court | Jefferson Co. Circuit Court Div. 11 Louisville KY (KY) |
| **Baker, Neal** | | | | |
| 2/24/00 | Baker/Glaser | John and Anita Glaser v. United Parcel Service, et al [CV990030535] | Deposition | Court of Common Pleas, Butler Co. Ohio (KY) |
| **Bakst, Jeffrey** | | | | |
| 10/22/02 | Bakst/Gibson | Robin Gibson, et al v Angela Brown [A0107695] | Video Deposition | Hamilton County Court of Common Pleas (OH) |
| 7/7/03 | Bakst/Gibson | Robin Gibson, et al v Angela Brown [A0107695] | Court | Hamilton County Court of Common Pleas (OH) |
| **Balesteri, Joseph** | | | | |
| 2/27/04 | Balesteri/Baseggio | Thomas Baseggio for Terri Baseggio v Sherman Hospital, et al [00 L 14977] | Deposition | Cook County Circuit Court (IL) |
| **Barnett, George** | | | | |
| 5/10/00 | Barnett/Eble | Dawn and Michael Eble v. Roland G. Camp [87D02-9606-CP-96] | Court | Superior Ct. #2, Warrick Co., IN (IN) |
| **Basilone, John** | | | | |
| 7/12/01 | Basilone/Nail | Teri Nail v CSXC Transportation [99 CI 07643] | Deposition | Jefferson Circuit Co - Division 11 (KY) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Bizios, Liana** | | | | |
| 1/21/02 | Bizios / Baltis | Joanne Mascaro Baltis vs. National Messenger System, Inc., et al [99 L 08296] | Deposition | Court of Cook County (IL) |
| **Blake, Brad** | | | | |
| 6/29/00 | Blake/Tanner | Lynisha Tanner v. Dr. Tony Lam [962-8630] | Deposition | Circuit Court, City of St. Louis, MO (KY) |
| 4/11/01 | Blake/Moore | Asaan Moore through Carolyn and Antonio Moore v Dr. Vernon Johnson [982-09747] | Deposition | Circuit Court 22 of the city of St. Louis (MO) |
| 12/12/01 | Blake/Hammer | Scott Hammer v Gary Cook et al [0020059BA] | Deposition | Circuit Court, St. Louis City, MO (KY) |
| **Blaske, E. Robert** | | | | |
| 1/22/01 | Blaske/Rulewicz | Melanie Rulewicz vs. Askins, Jani, Doctors Hospital, Scott, Care Center and Judy Kammer [99-93135] | Deposition | Circuit Court for the County of Jackson (MI) |
| 9/5/03 | Blaske/Gibson | Cody Gibson by Sharie & Michael Gibson v Mark A. Walker, M.D. and Mansion St. OB/GYN [00-3109-NH] | Court | Circuit Court for County of Calhoun (MI) |
| **Blaske, Robert** | | | | |
| 7/14/00 | Blaske/Hamilton | Matthew D. & Kristie J. Hamilton vs. Pepsico, Pizza Hut & K. G. Manley [98-882-NO] | Deposition | Circuit Court for Calhoun Co. Michigan (IL) |
| 7/14/00 | Blaske/Hamilton | Matthew & Kristie Hamilton V Pepsico dba Pizza Hut and Ken George Manley [98 882 NO] | Deposition | Circuit court, County of Calhoun (IL) |
| **Blaske, Thomas** | | | | |
| 8/21/02 | Blaske/Barnes | Michael Barnes v Coca Cola and Briskey | Deposition | (KY) |
| 1/30/03 | Blaske/Adams | Adams v Klenn and Harmon, et al [00-1051- NM] | Deposition | Washtenaw County Circuit Court (MI) |
| **Bonebrake, James** | | | | |
| 5/15/01 | Bonebrake/Charleston | Vincent and Pamela Charleston v Citicorp North America, Inc. et al [98 L 00127] | Deposition | Circuit Court of Cook County (IL) |
| 10/9/03 | Bonebrake/Westfall | Kendra & Dennis Westfall v Vathlar A Tazudeen, M.D., Neurology Clinic of Danville, Provena Hospitals [01-L07] | Deposition | Vermilion County Circuit Court (IL) |
| **Boone, David** | | | | |
| 4/25/01 | Boone/Miller | Sherry A. Miller for Meghan Faye Miller [95-CI-04855] | Deposition | Jefferson Circuit Court, Division 2 (KY) |
| **Bradley, Bryan** | | | | |
| 3/26/04 | Bradley/Berrier | Christopher Berrier v QIC Holding Corp & Reliable Development dba The Fitness Barn [64D01-9910-CT-2353] | Deposition | Porter Superior Court at Valparaiso (IN) |
| 4/22/04 | Bradley/Berrier | Christopher Berrier v QIC Holding Corp & Reliable Development dba The Fitness Barn [64D01-9910-CT-2353] | Court | Porter Superior Court at Valparaiso (IN) |
| **Brooks, Patrick** | | | | |
| 7/11/03 | Brooks/Vucinic | Theodore Vucinic v Hartmann Homes [01-LK-171] | Deposition | 16th Judicial Court of Kane County (IL) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Brown, Daniel C.** | | | | |
| 4/4/03 | Brown/Honeysett | Kevin & Eilene Honeysett vs Robert Williams, Swift Transport, And M.S. Carriers, Inc. [3:02CV7247] | Deposition | US Dist. Court, Northern District of Ohio, Toledo (KY) |
| **Buls, David** | | | | |
| 11/20/00 | Buls/Maicki | Gregory and Margaret Maicki v. GA Johnson and Sons [2:99 CV 337 RL3] | Video Deposition | US District Ct. Northern Indiana Hammond Div (KY) |
| **Burkett, Julie** | | | | |
| 4/8/03 | Burkett/Hoffman | Jon Hoffman vs. Missouri Institute of Orthopedics & Sports Medicine [002-07257] | Deposition | Circuit Court, St. Louis County, Missouri (KY) |
| 9/8/03 | Burkett/Reichle | Jessica Reichle by Wendy Reichle v Physicians Group and Gary Wasserman [0022-1029] | Deposition | Circuit Court of the City of St. Louis (MO) |
| 5/6/04 | Burkett/Hoffman | Jon Hoffman vs. Missouri Institute of Orthopedics & Sports Medicine [002-07257] | Court | Circuit Court, St. Louis County, Missouri (KY) |
| **Cannon, Steven** | | | | |
| 5/24/01 | Cannon/Grabowski | Debra Ann & William Joseph Grabowski v. Semantodontics, Inc. [95 L 4204] | Deposition | Circuit Court of Cook County (IL) |
| **Caress, Tim** | | | | |
| 5/8/02 | Caress / Ayres | John D. Ayres v. Steven A. Bauer, et Al. [29D03-00007-CT000499] | Court | Hamilton Superior Court (IN) |
| **Carluccio, Dan** | | | | |
| 3/10/03 | Carluccio/Trotter | | Court | Ocean County (NJ) |
| **Carr, Rex** | | | | |
| 11/2/00 | Carr/Perry | Carol and James Perry v. Ana Migone, Kendra Smith, Robert Holmes and Stacey Leithiller [98 L 53] | Deposition | First Circuit Court, Jackson Co, IL (KY) |
| **Cavenagh, Tim** | | | | |
| 3/1/04 | Cavenagh/Bizzotto | Katherine Grace Bizzotto by Deborah Bizzotto v Depolo's Food & Liquors and Craig Feigenbaum [01-L-2665] | Deposition | Cook Co Circuit Court (IL) |
| **Cirignani, William** | | | | |
| 6/9/04 | Cirignani/Jeun | Ho Sig Jeun v Insun Kim, DDS, Dental Associates of Bryn Mawr, Ltd. [01 L 09849] | Deposition | Cook Co Circuit Court (IL) |
| **Clewis, Scott** | | | | |
| 4/10/03 | Clewis/McInerney | Margaret & Thomas McInerney v. Michael Socol, MD, & Northwestern Memorial Hospital [99 L 04213] | Deposition | Cook Co Circuit Court (IL) |
| 5/12/04 | Clewis/Guerrero | Xavier Guerrero v Rush Copley Medical Center [LK 99531] | Deposition | Kane Circuit Court (IL) |
| **Conway, F. Thomas** | | | | |
| 11/12/01 | Conway/Benham | Kevin Benham for Zachary T. Benham v Alliant Hospitals, Inc. dba Norton Hospital et al [00 CI 02628] | Deposition | Circuit Court, Div. 15, Jefferson Co., KY (KY) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Conway, F. Thomas** | | | | |
| 12/11/01 | Conway/Benham | Kevin Benham for Zachary T. Benham v Alliant Hospitals, Inc. dba Norton Hospital, et al [00-CI-02628] | Court | Circuit Court, Div. 15, Jefferson Co., KY (KY) |
| 1/15/03 | Conway/Hughes | Cecilia Winebrenner, et al. v Ryan L. Lackey [99-CI-04407] | Court | Jefferson Circuit Court (KY) |
| 2/18/03 | Conway/Benham | Kevin Benham for Angela and Zachary Benham vs Steven D. Skaggs, MD, et al [01-CI-04930] | Court | Jefferson (KY) Circuit Court, Div. 11 (KY) |
| **Cook, Marc** | | | | |
| 8/24/01 | Cook/Mosca | Lorraine, Lucille and Salvatore Mosca v Farallon Decatur Meadows LTD, et al. [A364698] | Deposition | District Court Clark County (NV) |
| 12/6/01 | Cook/Mosca | Lorraine, Lucille and Salvatore Mosca v Farallon Decatur Meadows LTD, et al. [A364698] | Court | District Court Clark County (NV) |
| **Costello, James** | | | | |
| 6/25/03 | Costello/Brewer | James and Debbie Brewer v Elmhurst Memorial Hospital, E. Nunez [00-L-11816] | Deposition | Cook County Law Division (IL) |
| 1/8/04 | Costello/Kalk | Richard & Renee Kalk v Beckstrom Enterprises Inc & Duey Carl Fowler, Jr. [02-L-2200] | Deposition | Cook County Circuit Court (IL) |
| **Coulter, Mark** | | | | |
| 3/27/02 | Coulter/Childs | Jesse F. Childs v CSX [01-C-30] | Deposition | Ohio Co Circuit Court (WV) |
| 9/17/02 | Coulter/Gardner | Darrell Gardner v CSX [01-C-59K] | Deposition | Marshall Co. Circuit Court (WV) |
| 9/17/02 | Coulter/Damron | Darrell Coulter v CSX Transportation [01-C-59K] | Deposition | Marshall County Circuit Court (WV) |
| 1/10/03 | Coulter/Letcher | Billy Ray Letcher v CSX Transportation, Inc [99-C-50W] | Video Deposition | Circuit Court of Ohio County (WV) |
| 10/22/03 | Coulter/Damron | Gary Damron v CSX Transportation, Inc. [01-C-59K] | Court | Marshall County Circuit Court (WV) |
| **Courtney, Rick** | | | | |
| 4/7/03 | Courtney/Christopher-Ehlmann | Falecia Christopher v The of St. Louis, et al. [002-07884] | Video Deposition | Circuit Court for the City of St. Louis (MO) |
| **Crick, Steve** | | | | |
| 8/11/03 | Crick/Smith Richard | Richard Smith v. AW Chesterton, Inc. et al. [03-L-169] | Deposition | (KY) |
| **Daley, Robert** | | | | |
| 2/25/03 | Daley/Hill | Michael Hill v CSX Transportation, Inc. [00-CI-182G] | Deposition | Circuit Court of Ohio County (WV) |
| 4/19/04 | Daley/Day | Larry W. Day v CSX Transportation, Inc. [01-C-214 K] | Deposition | Marshall County (WV) |
| **Daly, Paul** | | | | |
| 9/20/00 | Daly/Velez | David Velez v Palisade Park Limited [HUDL5453-99] | Video Deposition | Superior Ct. of NJ Law Div. Hudson Co. (KY) |
| 8/23/01 | Daly/Eick | Amy M. Eick v Hartz 707 Urban Renewal Associates [ESX-L-846-00] | Deposition | Essex Co (NJ) |
| 11/6/02 | Daly/Eick | Amy M. Eick v Hartz 707 Urban Renewal Associates [ESX-L-846-00] | Video Deposition | Essex Co (NJ) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Dann, Janet** | | | | |
| 5/10/02 | Dann/Rose | Cheree Rose et al v. Glenn L. Morgan, MD [2001-39917] | Deposition | 61st Judicial Ct, Harris County, TX (KY) |
| 5/14/02 | Dann/Onwuzurike | Nabuife v. Molina et al [1999-63355] | Deposition | Judicial District Ct of Harris Co, Texas (KY) |
| **Dell'Osso, Dun** | | | | |
| 9/18/02 | Dell'Osso/Murthy | Murthy v. America West Airlines [CV2001-006379] | Deposition | Maricopa County Superior Court (AZ) |
| 11/7/02 | Dell'Osso/Busch | Busch v Caterpillar, Inc [000-909139] | Court | Multnomah Co. Circuit Court (OR) |
| 2/14/03 | Dell'Osso/Allen, Maria | Maria & Ryan Allen v GM, Walker Chevrolet Dennis Hall Towing & Black Point Auto Sales [CV-02-61] | Deposition | Cumberland County Maine (ME) |
| 5/22/03 | Dell'Osso/Murthy | Murthy v America West Airlines [CV2001-006379] | Court | Maricopa County Superior Court (AZ) |
| 6/6/03 | Dell'Osso/Allen, Maria | Maria & Ryan Allen v GM, Walker Chevrolet Dennis Hall Towing & Black Point Auto Sales [CV-02-61] | Court | Cumberland County Maine (ME) |
| **Djordjevic, Michael M.** | | | | |
| 11/5/03 | Djordjevic/Thieroff, Jenna | Jenna Thieroff et al v. Fredric Cohen, MD; et al [02-02230] | Court | Court of Common Pleas of Chester County (PA) |
| **Doherty, Paul** | | | | |
| 7/19/00 | Doherty/Enright | Nancy L. Enright v. Gordon Food Service and GFSP Leasing [99-016427-NI] | Deposition | Circuit Court, Oakland County, MI (KY) |
| 2/19/02 | Doherty/Banks | Leon Banks v Angelo Iafrate Construction & Angelo Iafrate Companies [01-895-01 NO] | Deposition | Macomb County (MI) |
| 3/26/03 | Doherty/Banks | Leon Banks v Angelo Iafrate Construction & Angelo Iafrate Companies [01-895-01 NO] | Court | Macomb County (MI) |
| **Dolan, David** | | | | |
| 4/2/03 | Dolan/Patterson | Jeremy Patterson by James Patterson v SSM Cardinal Glennon Children's Hosp. & St. Louis University | Deposition | Circuit Court St. Louis Missouri (MO) |
| **Doskocil, Chris** | | | | |
| 3/8/00 | Doskocil/Grabowski | Robert & Wanda Doskocil v. First Class Auto Glass and Aaron G. Cleveland [4:99CV00285 ERW] | Court | US District Court, Eastern Dist of Mo, Eastern Div (MO) |
| **Driggs, Warren** | | | | |
| 5/25/00 | Driggs/Ramirez | Francisco Ramirez v. Economy Steel & Pipe, Inc. [980406316] | Court | 4th Judicial Dist. Ct. Utah Co, Utah (UT) |
| **Durkin, Albert** | | | | |
| 5/18/00 | Durkin/Sanchez | Sanchez v. Hyman-Power [96 L 596] | Deposition | Circuit Court Cook Co, Illinois (IL) |
| 2/22/02 | Durkin/Celarek, Emily | Emily Celariek v. Rutland and Dundee Townships, Rutland/Dundee Fire Protection Dist. & Dennis Demes [L KA 99 0140] | Deposition | Circuit Court, Kane Co., IL (IL) |
| 1/13/03 | Durkin/Celarek | Celarek v Rutland/Dundee Township Fire Protection District et al [L KA 990140] | Court | Circuit Court of Kane County, Illinois (IL) |
| 6/14/04 | Durkin/Connelly | Connelly v Home Depot, Henry Brothers & Bradley Operating Partnership [OO L 12104] | Deposition | Cook County (IL) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Ellenberg, Andrew** | | | | |
| 1/29/01 | Ellenberg/Gonzalez | Aida and Gustavo Gonzalez vs Kidz Medical Services d/b/a Palmetto General Hospital [00-17493-CA 27] | Video Deposition | 11th Judical Circuit Ct of Dade County (FL) |
| 1/29/01 | Ellenberg/Gonzalez | Aida and Gustavo Gonzalez vs Kidz Medical Services d/b/a Palmetto General Hospital [00-17493-CA 27] | Deposition | 11th Judical Circuit Ct of Dade County (FL) |
| 3/20/02 | Ellenberg/Clarke | Lori Kandilli-Clarke and Michael Clarke for Savannah Clarke v Joseph Clouser MD and Physicians to Wom [01-808-CA] | Deposition | 19th Judicial Court Martin County (FL) |
| 12/6/02 | Ellenberg/Colding | Candace & Allen Colding as parents of Ariel Colding v Monica Stone, Woman's Care of Brandon, PA [01-9399] | Deposition | Hillsborough Co. Judicial Circuit Court (FL) |
| 8/27/03 | Ellenberg/Remedor | Williamson & Sandra Remedor as guardians of Nyah Remedor v Raymond Mathews and New Life OB/GYN [02-20926-CACE 25] | Deposition | 17th Judicial Circuit Broward County (FL) |
| 9/9/03 | Ellenberg/Hart | Lovely Rose Williams as parent of Jermaine A. Hart v USA [8:03-cv-81-T-30MSS] | Deposition | Tampa Division US District Court (FL) |
| **Estep, Paul** | | | | |
| 2/27/02 | Estep/Goodwin | Robin Goodwin for Logan Brooke Goodwin v Tabitha Goodwin and WV Paving, Inc | Deposition | (WV) |
| **Fahrenkrog, Eugene** | | | | |
| 11/9/00 | Fahrenkrog/Warzel | Peter and Karen Warzel v. Dr. DeRosa, Dr. Blaskiewicz, Thomas Wendt, Obstetrical Associates Inc [99CC 000183] | Deposition | Circuit Court, St. Louis County Missouri (KY) |
| 1/30/03 | Fahrenkrog/Murray | Alton & Beverly Murray v Christian Hospital, Dr. Phyllis Chen and Dr. James St. Pierre [01CC-004066] | Deposition | Circuit Court of St. Louis (MO) |
| **Fahrenkrog, Jr., Eugene H.** | | | | |
| 8/28/00 | Fahrenkrog/Kelly, Peyton | Jackie Kelly et al v. Norton Healthcare Inc d/b/a Suburban Hosp et al [01-CI-05555] | Deposition | Jefferson Circuit Court Division 11 (KY) |
| **Ferris, Saul** | | | | |
| 5/14/03 | Ferris/Linares | Jose R. Linares v Gill Carpenter et al [01-L-62004] | Deposition | Cook County Circuit Court (IL) |
| **Flynn-Henry, Katherine** | | | | |
| 2/11/03 | Flynn-Henry/Carter | Pam Carter v. RHA Health Services, et al. [01-CVS-8774] | Deposition | Superior Court of Cumberland County NC (NC) |
| **Frank, Joe** | | | | |
| 5/29/03 | Frank/Dudash | Kevin Dudash v Multispecialty Surgical Consultants [012-8379] | Deposition | City of St. Louis Circuit Court (MO) |
| **Frank, Joseph** | | | | |
| 9/23/03 | Frank/Deloge | Ryan Deloge v Essent Healthcare of Missouri, Steven Scott, MD & Eashington University [022-679] | Deposition | Circuit Court of St. Louis (MO) |
| **Franklin, Larry** | | | | |
| 2/5/03 | Franklin/Mortberg | John J. Ford as conservator of Bethany A. Mortberg v Norton's Hospital, Watson & Spalding [00-CI-07814] | Deposition | Jefferson Circuit Court (KY) |
| 7/2/03 | Franklin/Smith, Andrew Logan | Andrew Logan Smith v. Hyman & Cassady PSC & Perry Brent Cassady, MD [99-c1-02142] | Deposition | Jefferson Circuit Court (KY) |

| Date | VLI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Frederick, Carl** | | | | |
| 8/6/02 | Frederick/Woods, Seth | Seth Woods by Tim Woods v Lois Thomas [00-CI-04790] | Deposition | Jefferson Circuit Court, Division Ten (KY) |
| 10/21/02 | Frederick/Nooning | Janine Nooning v Joseph Bilotta MD [01 CI 004230] | Deposition | Circuit Court Div. 11, Jefferson Co., KY (KY) |
| 5/13/03 | Frederick/Nguyen | Robert Le, et al v NKC, et al [00-CI-007456] | Deposition | Jefferson Circuit Court (KY) |
| 7/29/03 | Frederick/Woods | Melody Gillespie and Peggy Phelps, Co-Administrators for Katie Grace Woods v Michael Heit & Nortons [00-CI-02490] | Deposition | Jefferson Circuit Court, Division 8 (KY) |
| 3/4/04 | Frederick/Lovelace | Richard Lovelace v Holiday Inn Hurstbourne [01-CI-06719] | Court | Jefferson Circuit Court (KY) |
| 3/24/04 | Frederick/Woods | Melody N. Gillespie & Peggy Phelps for Katie Woods deceased v Michael Heit, M.D. et al [00 CI 02490] | Court | Jefferson Circuit Court, Division 8 (KY) |
| **Friedman, Matthew** | | | | |
| 6/26/01 | Friedman/Montgomery | Yonetta Montgomery v Dr. Manuel Blas [98 L 8253] | Deposition | Circuit Court of Cook County (IL) |
| 11/2/02 | Friedman/Saulsberry | Paul Saulsberry v VCH Park District & Guse Erikson Co. [99-L-10803] | Deposition | Cook Co. Circuit Court (IL) |
| 3/25/04 | Friedman/Montgomery | Yonetta Montgomery v Dr. Manuel Blas [98-L-8253] | Court | Cook Co Circuit Court (IL) |
| **Gagleard, Michael** | | | | |
| 12/11/03 | Gagleard/ Steeby | Gagleard/ Steeby | Video Deposition | (MI) |
| 6/4/04 | Gagleard/Rowe | Lori Rowe for the Estate of Kelly Rowe v Hurley Medical Center, Francis Harbin, RN [03-075730-NH] | Deposition | Genesee County Circuit Court (MI) |
| **Gallagher, Janice** | | | | |
| 12/9/02 | Gallagher/Lacey | Kristopher Lacey, a minor, Marilyn Smith and Kirk Lacey v USA, et al [01-1353-CIV-Moore/Dube] | Deposition | US District Court Wester District (KY) |
| 6/24/03 | Gallagher/Holton | Octavia Laurencin & Dimitri Holton, parents of Dimitri Holton v Rufus Armstrong, Insignia Care [02-5443-DIV A] | Video Deposition | 13th Circuit Court for Hillsborough County (FL) |
| 6/24/03 | Gallagher/Holton | Octavia Laurencin & Dimitri Holton, parents of Dimitri Holton v Rufus Armstrong, Insignia Care [02-5443-DIV A] | Deposition | 13th Circuit Court for Hillsborough County (FL) |
| **Gardner, Chadwick N.** | | | | |
| 8/12/03 | Conway/Davis, Travis | Shannon Davis v. Ohio Valley Raceway, Inc [01 CI 05904] | Deposition | Jefferson Circuit Court, Div.1 (KY) |
| **Garrigan, Terrance** | | | | |
| 4/8/04 | Garrigan/Davis | Mamie Davis v Pilar M Abad [A0208335] | Court | Court of Common Pleas, Hamilton Co (OH) |
| **Gergely, Timothy** | | | | |
| 6/28/01 | Gergely/Jackson | Michael Duane Jackson v Brian Wilbur Doenges [00-866-NO] | Deposition | Circuit Court for the County of St. Joseph (MI) |
| 11/24/03 | Gergely/Leffert | Marvalean Leffert v Scot Louis Dailly & Kalamazoo Amusement [C 02-0000535] | Deposition | Kalamazoo Circuit Court (MI) |
| 5/13/04 | Gergely/O'Connor | Lori Beth O'Connor v Donald Scott Pastorick [C02-000659-NI] | Video Deposition | Kalamazoo Circuit Court (MI) |
| **Gilbreth, David** | | | | |
| 10/18/00 | Gilbreth/Stuckey | | Deposition | (IL) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Gilbreth, David** | | | | |
| 3/11/03 | Gilbreth/Santoya | Alberto Santoya v William C. Giotakis [00 L 10141] | Deposition | Cook Co Circuit Court (IL) |
| 7/10/03 | Gilbreth/Santoya | Alberto Santoya v William C. Giotakis [00 L 10141] | Court | Cook Co Circuit Court (IL) |
| **Gladdish, David** | | | | |
| 8/24/01 | Smith/Pasinski | Wally Pasinski and Delia M. Johnson v Andrea Bobbin; Michael Shendrick and Lake Co; IN [45D05-9803-CT591] | Court | Lake Superior Court (IN) |
| **Goheen, Brad** | | | | |
| 12/9/02 | Goheen/Gibson | Travis Gibson V. Gregory J. Kearney & Mercer Transportation Co, Inc [01-CI-00073] | Video Deposition | Livingston Circuit Court (KY) |
| **Goldblatt, Kenneth** | | | | |
| 11/16/00 | Goldblatt/Roness | Elizabeth Roness v Federal Express and Arsenio Perez | Court | New York County Supreme Court (NY) |
| **Gordon, John** | | | | |
| 7/11/02 | Gordon/Coffelt, Nancy | | Deposition | (KY) |
| 8/29/02 | Gordon/Coffelt, Nancy | | Court | (MT) |
| **Graddock, Chris** | | | | |
| 12/24/03 | Graddock/Ekperi | Boniface and Charity Ekperi for Kenneth Ekperi, deceased v Southern Regional Health System [2002 CV 02111 B] | Deposition | Clayton County State Court (GA) |
| **Graddock, Christopher** | | | | |
| 9/8/03 | Graddock/Jurado | Steven J. Jurado, et al. vs DeKalb Medical Center, Inc, et al [01A-80841-5] | Deposition | State Court of DeKalb County (GA) |
| **Hance, Michael** | | | | |
| 11/28/00 | Hance/Sperbeck | Sheila Sperbeck v. Paul Gerard MD [96 CI 01534] | Court | Hardin Co. Circuit Ct., Elizabethtown, KY (KY) |
| 5/23/01 | Hance/Cunningham | Matthew Cunningham v Schneider National Carriers Inc [99 CI 07784] | Deposition | Jefferson Circuit Court Sixth Division (KY) |
| 10/12/01 | Hance/Gunderson | Ronald Gunderson for Mary M. Gunderson v Sandoz Pharmaceuticals et al [94-CI-04680] | Deposition | Circuit Court, Div II, Jefferson Co., KY (KY) |
| 10/11/02 | Hance/Gunderson | Ronald Gunderson as administrator for Mary Marget Gunderson v Sandoz Pharmaceuticals Corp [94-CI-04680] | Deposition | Jefferson Circuit Court Division One (KY) |
| 2/13/04 | Hance/Gunderson | Ronald Gunderson as administrator for Mary Marget Gunderson V Sandoz Pharmaceuticals Corp [94-CI-04680] | Court | Jefferson Circuit Court Division One (KY) |
| **Hay, Richard** | | | | |
| 6/29/00 | Hay/Lewis | Heather Lewis V. Suzuki Motor Corp., American Suzuki, Cami-Automotive, General Motor and Don Marshall [97-CI-00619] | Deposition | Pulaski Circuit Court, Somerset, KY (KY) |
| **Heintz, Patrick** | | | | |
| 11/9/00 | Heintz/Konieczka | John and Suzanne Konieczka v Michigan Dept. of Transportation [99-17479-CM] | Deposition | Court of Claims State of Michigan (MI) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Holton, Walter** | | | | |
| 11/7/03 | Holton/Reedy-Anderson | Bronwyn Reedy-Anderson [02-CVS-3009] | Court | Superior Court Forsyth Co (NC) |
| **Howe, Peter** | | | | |
| 10/16/02 | Howe/VanSickle | Jeremy J. VanSickle v Bobcat of Detroit and Ingersoll Rand [01-18555-NI] | Deposition | Circuit Court, Livingston Co., MI (KY) |
| 2/28/03 | Howe/Okdie | Dion Okdie v Renaissance Precast, Inc [00-030360-CZ] | Video Deposition | Wayne Co Circuit Court (MI) |
| **Hunter, Keith** | | | | |
| 5/10/04 | Thompson/Presley | Presley v CCS of Conway, et al [3:03-CV-17-H] | Deposition | US District Court, Western District (KY) |
| **Idinopolus, David** | | | | |
| 3/10/04 | Idinopolus/Ryan | Ardith Ryan for the Estate of Angel Ryan v Alamo Hills Apartments, et al [03-000248-NO] | Deposition | Kalamazoo Circuit Court (MI) |
| **Inman, Luci** | | | | |
| 2/18/04 | Inman/Powell | Melissa Powell v Sandra Hoyle, et al [02 CVS 016253] | Deposition | Wake County (NC) |
| **Ipsaro, John** | | | | |
| 9/4/03 | Ipsaro/Arl | Kevin Arl v Bernard Wright aka Bernard Wright, Jr. et al [02-CV-59010] | Video Deposition | Court of Common Pleas of Warren County (OH) |
| **Jacobsen, Keith** | | | | |
| 8/26/03 | Jacobsen/Brigante | Paul & Sandra Brigante v TKM and William R. Russell [02-C-465] | Deposition | US District Court Northern District Eastern Div (IL) |
| **Kaiser, Dan** | | | | |
| 6/19/03 | Kaiser/Wojtluk | Michael J. Wojtluk v AIP Inland Trucking, Just Trucking LTD and Adam Ozon [98L24962 & 99L797] | Deposition | Cook County Circuit Court (IL) |
| **Kaiser, Daniel** | | | | |
| 3/22/01 | Kaiser/Patel | Mukeshkumar G. Patel & Pragna Patel v Woodfield Chevrolet GEO [97 L 008806] | Deposition | (IL) |
| **Kaish, Ron** | | | | |
| 6/9/04 | Kaish/Bielat | Michael Bielat v Matthew Leung [01 L 001744] | Deposition | Cook Co Circuit Court (IL) |
| **Kaplen, Michael** | | | | |
| 6/8/00 | Kaplen/Ludgin | Rebecca Ludgin v City of New York, Pabla Amarjit Singh, Gurmail Mann and Martin Ackley | Court | Supreme Court of the State of NY, County of NY (NY) |
| **Karavidas, Ted** | | | | |
| 3/7/00 | Karavidas/Leitner | John Leitner v Convention Services and Brackett, Inc. [95 L 15343] | Deposition | Circuit Court of Cook Co, IL (IL) |
| 4/19/00 | Karavidas, Stregel | Michel and Kristin Stregel vs. Duce Construction and Gary Ducey [95 L 287] | Deposition | Sixth Circuit Court County of Champaign IL (IL) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Karavidas, Ted** | | | | |
| 9/7/00 | Karavidas/Striegel | Michael & Kristin Striegel v. Duce Construction Co. & Gary Ducey [95 L 287] | Deposition | Sixth Judicial Circuit Ct, Co. of Champaign (IL) |
| 10/26/00 | Karavidas/Schneider | Michelle E. Schneider v. Dominick's Finer Foods, Inc. [97 L 3218] | Deposition | Cook County Circuit Court Illinois (IL) |
| 11/4/02 | Karavidas/McDonnell | Trisha McDonnell v City of Chicago, Kenny Construction & Robin Davenport [99-L09589B] | Deposition | Cook Co. Circuit Court (IL) |
| **Kelly, John** | | | | |
| 10/2/03 | Kelly/Ryan | Charles Ryan v US Bulk Transport, Inc. et al [99 L 08151] | Deposition | Cook Co Circuit Court (IL) |
| **Kelso, Lloyd** | | | | |
| 10/4/01 | Kelso/Hubbard | | Deposition | (KY) |
| 10/11/01 | Kelso/Guess | Johnny Guess v Parrott et al | Deposition | () |
| 1/18/02 | Kelso/Hubbard | | Deposition | (KY) |
| 2/6/02 | Kelso/Hubbard | | Court | (KY) |
| **Kendall-Sage, Heidi** | | | | |
| 5/29/03 | Kendall-Sage/Jackson | Stephen and Rebecca Jackson v Roadway Express, Inc. [NA-99-106-C S/H] | Deposition | US District - New Albany (IN) |
| 6/5/03 | Kendall-Sage/Jackson | Stephen and Rebecca Jackson v Roadway Express, Inc. [NA-99-106-C S/H] | Court | US District - New Albany (IN) |
| **Keyes, J. Andrew** | | | | |
| 6/24/02 | Keyes/Malesich | Malesich vs. Speedway Motorsports, Inc, et al [00 CVS 17519] | Deposition | General Court of Justice Superior Court Div. (KY) |
| **Koch, Christine** | | | | |
| 9/18/01 | Koch/McDonald | Jeremy McDonald by William McDonald v Freeport Hospital & Clinic, NW IL Mgt Services & Markhatton MD [99 L 17] | Deposition | 15th Judicial Circuit, Stephenson Co., IL (IL) |
| 8/16/02 | Koch/Washington, Talia | Talia Washington by Laquila Hayes v. E. Ladiad, MD, and Norwegian American Hospital [99 L 12951] | Deposition | Circuit Court, Cook Co., IL (IL) |
| 8/27/02 | Koch/Pedroza | Pedrozai v. MacNeal et al [99 L 14518] | Deposition | () |
| **Kornak, John A.** | | | | |
| 2/13/03 | Kornak/Hawkins | Banach et al vs. Zimmerman et al [01 L 621] | Deposition | Circuit Court of 19th Judicial Circuit, Lake Co IL (IL) |
| 2/26/03 | Kornak/Hawkins | Banach et al vs. Zimmerman et al [01 L 621] | Court | Circuit Court of 19th Judicial Circuit, Lake Co IL (IL) |
| **Kreindler, James** | | | | |
| 11/19/01 | Kreindler/Faryniarz, Deborah | Deborah A. Faryniarz, MD v Nike, Inc. [00CIV2623(NRB)] | Deposition | U.S. District Court, Southern District of NY (NY) |
| **Kurzweil, Robert** | | | | |
| 1/13/00 | Kurzweil/Sarmiento | Samuel J. and Evangelina Sarmiento V State of New Jersey and John Does I through XXX [L 8051 96] | Court | Superior Court of New Jersey (Camden Co.) (NJ) |