| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Kwass, David** | | | | |
| 9/3/03 | Lybarger/Smith | Barry Smith v Shorkel International [A429794] | Deposition | District Court of Clark County (NV) |
| **LaRocca, Frank** | | | | |
| 3/12/02 | LaRocca/Kimerling | Estate of Linda J Kimerling v Donald Samuel MD [00 0132 NM] | Deposition | Circuit Court, Lenawee Co., MI (KY) |
| **Lawlor, James** | | | | |
| 8/24/01 | Lawlor/Kane | Steven Kane vs. David Levine, M.D. and North Suburban Clinic, LTD [97 L 11606] | Deposition | Circuit Court, Cook County (IL) |
| 10/24/01 | Lawlor/Fotos | Lynda Fotos et. al. V. Crystal Lake HS and School District and Patricia Boyland [96 LA 322] | Deposition | 19th Circuit Court, McHenry County, IL (IL) |
| **Lindsey, Mike** | | | | |
| 3/2/00 | Lindsey/Harper | Harper v. Healthsouth [97-CI 06285] | Court | Jefferson Co. KY Circuit Court (KY) |
| 7/29/03 | Lindsey/Harper | Harper v. Winn Dixie Stores and Special Fund [97 84920] | Deposition | Commonwealth of KY Dept of WC (KY) |
| **Loftus, Mark** | | | | |
| 2/8/00 | Loftus/Kramer | Susan and Richard Kramer v. B.A. Jagodzinski, M.D. and Omnibus Medical Ctr. [98L 12324] | Deposition | Circuit Court Cook County Illinois (IL) |
| **Lucaccioni, Kent** | | | | |
| 4/27/00 | Lucaccioni/Zika | Nicholas F. and Gayle L. Zika v The Raymond Corporation [96 L 13814] | Deposition | Circuit Court, Cook Co. Illinois (IL) |
| 6/21/00 | Lucaccioni/Pirozzoli | Frank Pirozzoli v. Carolina Freight, et al [95 L 2924] | Deposition | Circuit Court, Cook Co., Illinois (IL) |
| 8/15/00 | Lucaccioni/Pirozzoli | Frank Pirozzoli v. Carolina Freight, et al. [95 L 2924] | Court | Circuit Court, Cook Co. Illinois (IL) |
| 6/20/01 | Lucaccioni/Baricza | Richard Baricza vs. ATF Inc. dba Accurate Threaded Fastener, et al. [98L5007] | Deposition | Circuit Court  Cook County (IL) |
| 8/15/03 | Lucaccioni/Sheth | Jawahar & Veena Sheth v Northwest Community Hospital, et al [99-L-1501] | Deposition | Circuit Court  Cook County (IL) |
| 11/12/03 | Lucaccioni/Taylor | John & Elsa Taylor v C & D Excavating Inc, et al [00 L 2206] | Deposition | Cook County Circuit Court (IL) |
| 3/18/04 | Lucaccioni/Perez | Daniel Perez v Safeco [24A-9828-9618] | Court | Cook Co Circuit Co. (IL) |
| **Mainor, W. Randall** | | | | |
| 8/30/01 | Mainor/Flick | Sherry Flick vs Kenneth De Jesus, Julie Flick and Does I-X, inclusive [A334327] | Deposition | District Court   Clark County (NV) |
| 11/5/01 | Mainor/Flick | Sherry Flick vs. Kenneth DeJesus et al [A 334327] | Court | District Ct Clark County NV (KY) |
| **Malone, Dean** | | | | |
| 3/5/03 | Malone/House | Eddie House v John M. Conatser [90 CI 00235] | Court | Jefferson Circuit Court Division Two (KY) |
| **Manley, James** | | | | |
| 11/17/03 | Manley/Nelson | Glenna & Dannael Nelson v Jeffrey J. Gonda, Personal Rep of the Estate of Sonia J. Fisher [03CV036D] | Deposition | US District Court (WY) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Manley, James** | | | | |
| 1/21/04 | Manley/Nelson | Glenna F. and Dannael Nelson v Jeffrey Gonda and Estate of Sonia Fisher [03-CV-036D] | Court | US District Court (WY) |
| **Markle, Spencer** | | | | |
| 1/16/03 | Dann/Rose | Cheree Rose et al v Glenn L Morgan, MD [2001-39917] | Court | 61st Judicial Court, Harris County, TX (TX) |
| **McCloskey, Mark** | | | | |
| 4/10/01 | McCloskey/Bennett | Breanne Bennett v Hidden Valley Golf & Ski [00-CV-01765-CDP] | Deposition | US District Court Eastern District (MO) |
| 5/10/01 | McCloskey/Cross | Linda and Joseph Cross v Drury Inn et al [972-000653] | Court | Circuit Court, Division 1, City of St. Louis (MO) |
| 7/9/01 | McClosky/Hibbs | John Hibbs v Western Kentucky Navigation [992-7428] | Deposition | Circuit Court of the City of St. Louis (MO) |
| 7/11/01 | McClosky/Davolt | | Court | (MO) |
| 10/9/01 | McCloskey/Bennett | Breanne Bennett v Hidden Valley Golf & Ski [00-CV-01765-CDP] | Court | US District Court Eastern District (MO) |
| 11/19/03 | McCloskey/Mize | Brian & Star Mize v Washington University School of Medicine, et al [012-1628] | Deposition | St. Louis Circuit Court (MO) |
| **McGinty, Kathleen** | | | | |
| 5/16/03 | McGinty/Ramirez | Elba Ramirez as Administrator and Juan Ramirez, deceased v Holy Family Medical Center, James Karribol [01-L-2083] | Deposition | Circuit Court, Cook County (IL) |
| 8/15/03 | McGinty/Grant | Betty & Ernest Grant II, Guardians for Ernest Grant III v SSM Heath Care [00-L-6780] | Deposition | Circuit Court of Cook County (IL) |
| 10/10/03 | McGinty/Arrendondo | Diego Arrendondo by Elizabeth Arrendondo v Resurrection Health Care Corp [00-L-13977] | Deposition | Cook County Circuit Court (IL) |
| **McGuire, Joseph** | | | | |
| 3/1/02 | McGuire/McLendon, Jeannette | Underwood v Boyer [99 CVS 3626] | Deposition | Superior Court, Buncombe Co., NC (KY) |
| **McNamire, Connie** | | | | |
| 6/18/02 | McNamire/Okhuozagbon | Okhuozagbon v. Brian E. Monks, et al [GN-101671] | Deposition | 98th Judicial District, Travis Co, TX (TX) |
| 1/23/04 | McNamire/Hayes, Diamond | Kinnetta Hayes et al vs Christopher Seeker, MD et al [GN200649] | Deposition | 200th Judicial District Travis County, TX (TX) |
| **Moore, Charles** | | | | |
| 3/16/04 | Moore/Payne | Joseph Scott Payne v Tri-State Broadcasting, Inc. [02CV-299-MJ] | Deposition | US District Court Owensboro Division (KY) |
| **Moore, Michael** | | | | |
| 1/12/00 | Moore/Bourland | Jeremy and Rosa Bourland v Bestway Express, Inc. and John Osmon [97 CI 00422] | Court | Hopkins Co. (KY) Circuit Court (KY) |
| **Marowitz, David** | | | | |
| 2/26/04 | Morowitz/Machado | Joan & Joaquim Machado v Michael Ryvicker, M.D & Patricia Kearney, M.D [PC-01-6150] | Deposition | Providence Superior Court (RI) |

| Date | VTT Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Mueller, Gregory** | | | | |
| 12/2/03 | Mueller/Diven | Patrick W. Diven through his mother Connie Diven v. Rebecca Bierman, UBH and Thomas Chida, M.D. [02CC-05122] | Deposition | St. Louis Circuit Court (MO) |
| **Muir, John** | | | | |
| 10/9/03 | Muir/Lawson | Jasmine Lawson by Pamella & Elliott Lawson v. Nell M. Levie, MD & SSM [01-L-13146] | Deposition | Cook County Circuit Court (IL) |
| 11/13/03 | Muir/Garcia | Jocelyn Garcia by Brenda Garcia v Alexion Brothers Medical Center and Rudraraju Raju, M.D. [01-L-4531] | Deposition | Cook Co Circuit Court (IL) |
| **Murgatroyd, George** | | | | |
| 8/9/01 | Murgatroyd/Motus | Motus v. Pfizer Inc [CV-00-298] | Deposition | (CA) |
| **Myers, W. Douglas** | | | | |
| 9/29/00 | Myers/Kinkade | Mitchell & Coletta Kinkade v. KY Farm Bureau Ins. Co. & Southeastern United Medigroup [96-CI-00024] | Deposition | Muhlenberg Circuit Court, Kentucky (KY) |
| **Nalick, Dennis** | | | | |
| 4/19/00 | Nalick/Hughes | Michael Hughes v. National Marine, Inc. [96 CV 4148 DRH] | Deposition | US Dist. Ct., So. Dist of Illinois, E.St. Louis (KY) |
| **Netemeyer, Kon** | | | | |
| 4/14/04 | Netemeyer/Keen | William W. Keen v Farrell Garrett [CV303-39CC] | Deposition | Phelps County Circuit Court (MO) |
| **Nisivaco, John L.** | | | | |
| 1/21/02 | Nisivaco/Wiederer | Wiederer v Ojibwa Enterprises [00 L 8776] | Deposition | (IL) |
| **Noffsinger, Terry** | | | | |
| 8/31/00 | Noffsinger/Boutwell | Thomas W. & Charlene Boutwell v. Reginald L. Quates [82D03-9908-CT-2545] | Deposition | Vanderburgh Superior Court Evansville IN (KY) |
| 9/6/00 | Noffsinger/Boutwell | Thomas W. and Charlene Boutwell v. Reginald Quates [82 D03 9907 ZT286] | Court | Vanderburgh Superior Court (IN) |
| **Nolan, Don** | | | | |
| 9/9/03 | Nolan/Pork | Roeup Pork, et al v Singapore Airlines Ltd [CV-01-09347-GAF] | Deposition | US District Court Central Division (CA) |
| **Norton, David** | | | | |
| 3/4/02 | Norton/Gillis | Caroline Gillis as next friend of Rachel Gillis v Dr. JP Montgomery & Wichita Falls Medical & Surgical [153,331- B] | Deposition | 79th Judicial District Wichita County (TX) |
| 12/12/02 | Norton/Gillis | Caroline Gillis as next friend of Rachel Gillis v Dr. JP Montgomery & Wichita Falls Medical & Surgical [153,331 - B] | Court | 79th Judicial District Wichita County (TX) |
| **O'Connor, Bryan** | | | | |
| 5/23/00 | O'Connor/Garza | Eleazar & Griselda Gonzalez v. Peter O'Brien & Co, NE Illinois Regional Railroad Corp. (METRA) [97 L 10364] | Deposition | Circuit Court Cook Co. Illinois (IL) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Oliphant, Jeff** | | | | |
| 5/31/00 | Oliphant/Horn | 29D02 9706 CT 367 | Deposition | Superior Court, Hamilton Co, Indiana (KY) |
| 6/22/00 | Oliphant/Horn | 29D02 9706 CT 367 | Court | Superior Court, Hamilton Co, Indiana (KY) |
| **O'Malley, Anthony** | | | | |
| 9/20/01 | O'Malley/Starr, Paul | Paula K. Starr, et al v Ryan Grahn, et al [00-CV-0061 BR2] | Deposition | (IL) |
| 10/23/01 | O'Malley/Starr, Paula | Paula K. Starr, et al v Ryan Grahn, et al [00-CV-0061 BR2] | Deposition | (IL) |
| 10/24/01 | O'Malley/Starr, Paul | Paula K. Starr et al v Ryan Grahn, et al [00-CV-0061 BR2] | Deposition | (IL) |
| 10/24/01 | O'Malley/Starr, Paula | Paula K. Starr et al v Ryan Grahn, et al [00-CV-0061 BR2] | Deposition | (IL) |
| **O'Toole, Paul** | | | | |
| 6/28/02 | O'Toole/Loehman | Richard and Rhonda Loehman v Trapani Construction Inc [98 L 04609] | Deposition | Circuit Court, Cook Co, IL (IL) |
| 3/11/03 | O'Toole/Avila | Miguel Avila v Vilas Development & Canfield Electric Inc [99-L-01212] | Deposition | Cook County Circuit Court (IL) |
| 6/23/03 | O'Toole/Eckart | Michael G. Eckart v Centrella Foods dba Central Grocers Cooperative [00L04538] | Deposition | Cook County Circuit Court (IL) |
| **Otubusin, Paul** | | | | |
| 9/7/00 | Otubusin/Egeonu | Sampson & Irene Egeonu v. Seema Elahi & Louis Weiss Memorial Hospital [96 L 12640] | Deposition | Circuit Court of Cook Co., Illinois (IL) |
| 9/21/00 | Otubusin/Egeonu | Sampson & Irene Egeonu v. Seema Elahi & Louis Weiss Memorial Hospital [96 L 12640] | Deposition | Circuit Court of Cook Co. Illinois (IL) |
| 1/10/01 | Otubusin/Egeonu | Sampson & Irene Egeonu v. Seema Elahi & Louis Weiss Memorial Hospital [96 L 12640] | Court | Circuit Court of Cook Co., Illinois (IL) |
| **Pancratz, James** | | | | |
| 9/10/03 | Pancratz/Brandon | Wendy & Jeff Brandon for Sam & Grace Brandon v Northwest Professional OB/GYN & Philip Gardner, MD [99L21631] | Deposition | Cook County Circuit Court (IL) |
| **Papin, Jon** | | | | |
| 7/1/03 | Willens/Remus | | Court | (I) |
| **Papin, Jon** | | | | |
| 10/22/02 | Papin/Lahti | John B. Lahti v. The United States of America [300 CV 557 DRH] | Deposition | US District Court Southern District (IL) |
| 7/10/03 | Papin/Conder | William Conder v Cassens Transport Co and Lawrence E. Haislar, Jr. [01-L-450] | Deposition | 12th Circuit Court Will County (IL) |
| 1/9/04 | Papin/Conway | Edward Conway for Tangula Conway v Tunji Ladipo, St. Anthony Hospital [02-L-007630] | Deposition | Cook County Circuit Court (IL) |
| 5/13/04 | Papin/Barrera | Andres Barrera v Stanley M. Freehling [03-L-0487] | Deposition | Lake County Circuit Court (IL) |
| **Patterson, Tony** | | | | |
| 4/18/03 | Patterson/Smith, Debra | Debra Smith v. Monroe Guaranty Insurance Company [49D07-0204-CT-688] | Deposition | Marion County Superior Court (IN) |

| Date | VTI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Petrucelli, Vincent** | | | | |
| 3/22/01 | Petrucelli/Ferdon | Matthew Ferdon by Cynthia and Dennis Ferdon v Wisconsin Patients Compensation [00 CV 247] | Deposition | Brown County Circuit Court (WI) |
| 11/2/01 | Petrucelli/Nordberg | Hollie Nordberg for Suzanne Nordberg v Suzanne Clarke MD er al [00 138 NH] | Deposition | Circuit Court, Gogebic Co. (Bessemer), MI () |
| 1/24/02 | Petrucelli/Kobishop | Lori Kobishop and Jerome W. Kobishop et al v Bruce Brogonier MD et al [99-CV-128] | Deposition | () |
| 2/13/02 | Petrucelli/Kobishop | Lori Kobishop and Jerome W. Kobishop et al v Bruce Brogonier MD et al [99-CV-128] | Court | () |
| 7/24/02 | Petrucelli/Ferdon | Matthew Ferdon by Cynthia and Dennis Ferdon v Michael J. Brockman MD et al [00 CV 30104] | Court | Circuit Court, Brown Co., WI (WI) |
| 12/18/02 | Petrucelli/Ferdon | Matthew Ferdon by Cynthia and Dennis Ferdon v Michael J. Brockman MD et al [00 CV 30104] | Court | Circuit Court, Brown Co, WI (WI) |
| 5/28/03 | Petrucelli/Haynes | James Haynes, Jr v David Behrens, Behrens Construction and Acuity Ins. Co [02-CV-47] | Deposition | Marinette Co Circuit Court (WI) |
| **Pirtle, Alan** | | | | |
| 10/4/00 | Pirtle/Bohanon | April Riveria, Mother of Akia Bohanon, v. St. Elizabeth's, Perryman, Garchitorena and Midwest EDS [97 L 445 A] | Deposition | 20th Judicial Circuit Court, St. Claire Co. IL (KY) |
| **Porter, Ralph** | | | | |
| 4/17/01 | Porter/Mecca | Rosemarie Mecca, a minor and Patricia Ambrouso v Ricky Wayne, Maurice and Marjorie Crandell [A400587] | Deposition | District Court of Clark County (NV) |
| **Poses, Mark** | | | | |
| 1/28/03 | Poses/Balkis | Christina Balkis et al vs. Palasan Properties, Inc., et al [01-001434(13)] | Deposition | Cir Ct of 17th Jud Cir in & for Broward Co, FL (FL) |
| 2/2/04 | Poses/Fisher, Robert | Robert Fisher, et al vs Florida Power & Light Company, et al [02-09867 CA 06] | Deposition | 11th Judicial Circuit in & for Miami-Dade Co, FL (FL) |
| **Poses, Todd** | | | | |
| 12/17/03 | Poses/Erhard, Jeffrey | Jeffrey Erhard vs. Barron Development Corporation [CACE 02-011004(07)] | Deposition | Circuit Ct of the 17th Judicial Ct, Broward Co, FL (FL) |
| **Presley, Kirk** | | | | |
| 2/10/00 | Presley/Dobbs | | Court | (MO) |
| **Pribyl, David** | | | | |
| 2/8/01 | Pribyl/Schlapper | Peggy Schlapper v. U.S. Xpress Leasing, et al [99 L 159] | Deposition | 19th Judicial Circuit, Lake County (IL) |
| 2/8/01 | Pribyl/Schlapper | Linda Schlapper v. U.S. Xpress Leasing, et al [99 L 159] | Deposition | 19th Judicial Circuit, Lake County (IL) |
| 9/19/02 | Pribyl/Christofer, Brice | Brice Christoffer by Victoria Christoffer v Quincy Physicians & Surgeons Clinic, & L.E. Degreeff MD [99 L 41] | Deposition | Circuit Court, 8th Circuit IL, Adams Co, IL (IL) |
| 1/23/03 | Pribyl/Allen | Dyanne Leach and Sylvia Allen v Excel Corporation & Michael Barden [00 L 1952] | Deposition | Cook County () |
| 1/24/03 | Pribyl/Andrews | Andrews v Haygood, et al [00-CVS-2145] | Deposition | North Carolina Superior Court (NC) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Pribyl, David** | | | | |
| 2/12/03 | Pribyl/Hartogh | Catherine and Daniel Hartogh as parents to Benjamin Hartogh v Aurora Heath Care dba Lakeland Medical [00-CV-00085] | Deposition | Circuit Court Walworth County (WI) |
| **Pritchard, David** | | | | |
| 12/10/02 | Pritchard/Reingold | Jonathan Reingold by Josh & Linda Reingold v NW Community Hospital [0017135] | Deposition | Cook Co Circuit Court (IL) |
| **Putney, Ray** | | | | |
| 4/20/01 | Putney/Peavy | Tommy Peavy v Wm E. Davis, Glazer's Wholesale Drug Co., Inc. [2000-00595] | Deposition | 189th Judicial Court of Harris Co. (TX) |
| 6/7/01 | Putney/Peavy | Tommy Peavy v Wm E. Davis, Glazer's Wholesale Drug Co., Inc. [2000-00595] | Court | 189th Judicial Court of Harris Co. (TX) |
| **Pyne, Christopher** | | | | |
| 8/2/01 | Pyne/Smith | | Court | (PA) |
| **Raymond, Douglas** | | | | |
| 6/2/02 | Raymond/Meyer | Hannah Meyer a minor & through her mother, Lysa Meyer v The Christ Hospital [A9807344] | Deposition | Court of Common Pleas Hamilton Co.(OH) |
| 4/13/04 | Raymond/Cannon | Mark McLeod, for the estate of Corey Cannon v Grant Medical Center, et al. [01CVA-09-8907] | Deposition | Common Pleas of Franklin County (OH) |
| **Richter, Paul** | | | | |
| 1/24/00 | Richter/Rivas | Julio Cesar Hernandez, adm. of estate of Catalina Rivas; v Gary S. Logsdon and Theodore L. Mussler [1:98 CV 179 M] | Deposition | US District Court, Western Dist., Bowling Green KY (KY) |
| 12/12/01 | Richter/Rivas | | Court | US District Court, Bowling Green, KY (KY) |
| 1/16/02 | Richter/McKinnis | | Court | () |
| **Ritter, David** | | | | |
| 4/5/04 | Ritter/Swiech | Shirley Swiech v Gottlieb Memorial Hospital [98-C-5749] | Deposition | US District Court Northern Distric (IL) |
| 4/9/04 | Ritter/Swiech | Shirley Swiech v Gottlieb Memorial Hospital [98-C-5749] | Court | US District Court Northern Distric (IL) |
| **Robbins, Elliott** | | | | |
| 11/14/03 | Robbins/Perlongo | Perlongo, deceased v David Noparstak, M.D. [00-L-13812] | Deposition | Cook County Circuit Court (IL) |
| **Robinson, Jon** | | | | |
| 2/3/03 | Robinson/Koby | Melvin M. Koby v Star Ammunition and Sigarms, Inc. [3-97 CV 96S] | Deposition | US District Court - Western Division (KY) |
| **Routh, Thomas** | | | | |
| 3/9/00 | Routh/Danar | Robin Danar v. United Parcel Service and James Mays [110415/96] | Court | Supreme Court of the State of New York (NY) |
| 1/22/03 | Routh/Buhle | Marvin Buhle v. Dennis Tingley [00 L 1888] | Deposition | Circuit Court of Cook County Illinois (IL) |

| Date | VI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Routh, Tom** | | | | |
| 3/3/00 | Routh/March | Bruce March, et al v. Menard, Inc. [96 L 14797] | Deposition | Circuit Court, Cook Co. IL |
| **Rowe, Bobby** | | | | |
| 3/30/00 | Rowe/Martin | Sarah J. Martin v. Ova G. Miller and RPS Inc. [99 CI 00147] | Video Deposition | Floyd Co. KY Circuit Court (KY) |
| **Russo, Anthony** | | | | |
| 9/22/00 | Russo/Camboni | Toni Camboni v. Nitsche Enterprise, Ltd., et al. [96 L 07576] | Deposition | Circuit Court of Cook Co. (IL) |
| **Sadd, James** | | | | |
| 5/13/03 | Sadd/Fischels | David and Sheila Fischels v Allen D. Bowns and DK Construction [00A09237 4] | Deposition | Gwinnett County Superior Court (GA) |
| 7/16/03 | Sadd/Fischels | David and Sheila Fischels v Allen D. Bowns and DK Construction [00A09237 4] | Court | Gwinnett County Superior Court (GA) |
| **Salfi, Dominique** | | | | |
| 3/15/00 | Salfi/Sokhi | Surrinder S. Sokhi v. Orlando Waste Paper and Jerry L. Vestal [6:99 CV 42 Orl 99C] | Deposition | U.S. Dis. Ct., Middle Dist. Of FLA, Orlando Div. (KY) |
| **Salvato, Carl** | | | | |
| 11/13/03 | Salvato/Knusta | Donald Knusta v Trinidad Sandoval, J. Valdez Meats, Inc [01-L-10895"B"] | Deposition | Cook County Circuit Court (IL) |
| **Salvi, Patrick** | | | | |
| 3/28/02 | Salvi/O'Steen | Asley O'Steen through Joe. B. Stevenson v Margaret Pardee, Memorial Hospital [00-CVS-299] | Deposition | General Court of Justice Superior Court Division (NC) |
| 8/23/02 | Salvi | Lay v Simonton-Smith, et al [98-L-65] | Court | Jefferson Co. Circuit Court (IL) |
| 11/10/03 | Salvi / Donovan; Susan | Kevin Donovan v. American Airport Limousine, Inc [01L04242] | Deposition | Circuit Court of Cook County (IL) |
| **Sawusch, Bonnie** | | | | |
| 8/22/00 | Sawusch/Ireland | D. Kirkconnel & Travis Owen v. Lewis C. Howard [99-1004-NO] | Deposition | 45th Circuit Court for St. Joseph Co. MI (IL) |
| 8/22/00 | Sawusch/Owen | D. Kirkconnel & Travis Owen v. Lewis C. Howard [99-1004-NO] | Deposition | 45th Circuit Court for St. Joseph Co. MI (IL) |
| 8/22/00 | Sawusch/Gunderson | D. Kirkconnel & Travis Owen v. L.C. Howard [99-1004-NO] | Deposition | 45th Circuit Court for St. Joseph Co. MI (IL) |
| **Schostok, Michael** | | | | |
| 8/13/03 | Schostok/Stockert | | Deposition | () |
| **Schultz, James** | | | | |
| 1/14/03 | Schultz/Johnson | Johnson v CSX Transportation, Inc [4:01-CV-253] | Court | US District Court Northern District Rome Division (GA) |
| **Shannon, Wm. Kevin** | | | | |
| 9/10/02 | Shannon/Morris; Rodger | Morris v Ringstaff and U C Milk Company Inc [01-CI-00178] | Deposition | Circuit Court, Livingston Co., KY (KY) |
| 9/10/02 | Shannon/Morris, Rodger | Morris v Ringstaff and U C Milk Company Inc [01-CI-00178] | Video Deposition | Circuit Court, Livingston Co., KY (KY) |

| Date | VEI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Shannon, Wm. Kevin** | | | | |
| 2/27/03 | Shannon/Roberts | Stacy L. Roberts v. Christopher G. Downing [02-CI-00482] | Video Deposition | McCracken Circuit Court (KY) |
| **Shapiro, Donald** | | | | |
| 12/6/02 | Shapiro/Russ | The Estate of Anthony Russ v The City of Chicago, et al [99 L 6348] | Deposition | Cook County Circuit Court (IL) |
| **Shea, Joseph** | | | | |
| 11/1/02 | Shea / Shaheen | Matthew Shaheen v. Advantage Moving & Storage, Inc. [00 L 14264] | Deposition | Circuit Court of Cook County (IL) |
| 10/2/03 | Shea / Shaheen | Matthew Shaheen v. Advantage Moving & Storage, Inc. [00 L 14264] | Court | Circuit Court of Cook County (IL) |
| **Shelton, John** | | | | |
| 6/7/04 | Shelton/Woods | Wesley Woods v Louisville/Jeff Co Metro Government [03-CI-03636 Division 15] | Deposition | Jefferson Circuit Court (KY) |
| **Shroyer, David** | | | | |
| 11/5/02 | Shroyer/Webb | Matthew Webb v Mark Peters [01-CVH-04-3342] | Court | Common Pleas of Hamilton County (OH) |
| **Shroyer, Gray** | | | | |
| 4/12/01 | Shroyer/Jones | Dee Dee Jones v Norma Dellinger [99CVH-10-8606] | Court | Court of Common Pleas Franklin County (OH) |
| **Sinkins, Charles N.** | | | | |
| 2/3/00 | Sinkins/Burnett | Dawn M. Burnett v. Victor Maki, Star Truck Rentals, and Melitte [98-01-126-NI] | Deposition | Circuit Court, County of Kent Michigan (KY) |
| 2/15/00 | Sinkins/Forgette | William Forgette v. Dong-Whan and Kye Kyung Oh [98 005450 NI] | Deposition | Circuit Court Oakland County MI (KY) |
| 4/6/00 | Sinkins/Rozin | Cynthia Jo and Izak Rozin v. Randall S. Blackman and Paul Murphy Plastics [98 010865 NZ] | Deposition | Circuit Court, Oakland Co. Michigan (KY) |
| 6/15/00 | Sinkins/Armstrong | Jerilynn Armstrong, et. Al, v. Joseph J. Brown, Jr., et al [96 cv 2000] | Court | Court of Common Pleas, Trumbull Co, OH (OH) |
| 7/14/00 | Sinkins/Beaune | Steven and Sheila Beaune vs HTSP Expressway Apts, Dba Stoneybrooke Apt [99-918517] | Deposition | Circuit Court, Wayne Co, MI (IL) |
| 9/21/00 | Sinkins/Hill | Robin Hill v. Ronald Eilgren & Turf Services [99-618-NZ] | Deposition | Circuit Court of Cass Co., Michigan (IL) |
| 10/17/01 | Sinkins/Jomaa | Emad Jomaa v. City of Detroit et al [00-000125-NI] | Deposition | Circuit Court of Wayne County (MI) |
| 10/17/01 | Sinkins/Jomaa | Emad Jomaa v City of Detroit et al [00-000125-NI] | Deposition | Circuit Court of Wayne County (MI) |
| 3/7/02 | Sinkins/Kechkaylo | Michael & Marjorie Kechkaylo v Lowell Bruce, County of Berrien [NZ] | Deposition | Circuit Court Berrien County (MI) |
| 6/7/02 | Sinkins/Mounts | | Court | (MI) |
| 7/18/02 | Sinkins/Najim | Najim v Brown et al [01-032725 NZ] | Deposition | Circuit Court, Oakland Co., MI (KY) |
| 8/8/02 | Sinkins/Murtha | Matthew Charles Murtha v George C. Fotineas [98-009278] | Court | Circuit Court for the County of Oakland (MI) |

| Date | VLI Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Smith, Terrance** | | | | |
| 10/4/02 | Smith/DeKock | Timothy A. DeKock v Bryan A. Morse et al [37D01-0108-CT-275] | Court | Jasper Superior Court (IN) |
| **Spinuzza, Charles** | | | | |
| 5/12/04 | Spinuzza/Joves | Lenora Joves v LaBaguette Bakery & Samuel Flores [01L010791] | Deposition | Cook Co. Circuit Court (IL) |
| **Stern, Bruce** | | | | |
| 1/24/00 | Stern/D'Anna | D'Anna v. Zhang [SOM L 001555-97] | Court | Superior Court of New Jersey (Somerset County) (NJ) |
| 3/23/00 | Stern/Rosenberg | Ted Rosenberg v. Clifford M. Weinhardt [BURL 02953 96] | Deposition | Superior Court of New Jersey, Burlington Co (NJ) |
| 3/24/00 | Stern/Chatham | Chatham V. Society Hill Condominium Assoc. [MER L004145 97] | Deposition | Superior Court of New Jersey, Mercer Co. (NJ) |
| 7/17/00 | Stern/Russamano | Gerard Russamano vs. Edward Mayer [OCH L 1939 97] | Court | Superior Court of New Jersey, Ocean County (NJ) |
| 3/22/01 | Stern/Chatham | | Court | () |
| 9/12/02 | Stern/DePaolantonio | John and Anne DePaolantonio v TCM Manufacturing USA [Cam-L-5078-00] | Deposition | Superior Court Camden County (NJ) |
| 1/20/04 | Stern/Greer | Brian Greer by Jeffrey Peterson v. Michael G. Naklicki [MER-L-1782-01] | Court | Mercer County Superior Court (NJ) |
| 3/3/04 | Stern/Mulligan | Mulligan v Essex Co Improvement Authority [ESX-L-7759-99] | Court | Essex Co Superior Court (NJ) |
| **Stevens, Lee** | | | | |
| 6/3/04 | Stevens/Auger | Edward Auger III vx. ABB Flexible Automation Inc. [98-75343] | Deposition | Michigan Eastern District, Southern Division (MI) |
| **Stickel, Tom A.** | | | | |
| 1/3/03 | Stickel/Garcia | Garcia v. Ford Motor Company [97-211] | Deposition | 6th Judicial District Parish of Madison (LA) |
| 8/6/03 | Stickel/Garcia | Garcia v. Ford Motor Company [97-211] | Court | 6th Judicial District Parish of Madison (LA) |
| **Stokes, Greg** | | | | |
| 1/24/01 | Stokes/Jones | Frank Jones vs Sandra Saltzman [2000A12-3] | Deposition | State Court of Cobb County (GA) |
| **Stokes, Gregory** | | | | |
| 5/11/04 | Stokes/Underwood | Rodney M and Traci Underwood v James David Lanier, Condor Transport ZC Ins Co and John Doe [03-SV-00560] | Deposition | Henry County State Court (GA) |
| **Stone, Matt** | | | | |
| 11/17/00 | Stone/Pitts | Pitts v. Paul Motor Co. dba Conyers Mazda [98VS143618J] | Deposition | State Court of Fulton Co. GA (KY) |
| **Stovall, L. Maric** | | | | |
| 11/1/00 | Stovall/Kautter | Mary C. and John M. Kautter v. Las Vegas Women's Clinic, R. Marrero [A353401] | Deposition | District Court, Clark Co. Nevada (KY) |

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Stratton, Michael** | | | | |
| 12/22/03 | Stratton/Glynn | James Glynn v Clyde E. Miller, Jr. et al [CV 01 0342535 S] | Deposition | Danbury Superior Court (CT) |
| 1/26/04 | Stratton/Glynn | James Glynn v Clyde E. Miller, Jr. et al [CV 01 0342535 S] | Deposition | Danbury Superior Court (CT) |
| **Stuart, Flora T.** | | | | |
| 7/26/02 | Stuart/Langley, Timothy | Timothy Langley v Kenneth Smith; Yager Materials Inc, James Good, & Garden Gate Nursery, Inc. [99 CI 01262] | Deposition | Circuit Court Div. 1, Daviess Co., KY (KY) |
| **Sykes, Robert** | | | | |
| 2/18/03 | Sykes/Lopez | Victoria Lopez by and through her guardians v IHC Hospitals, LDS Hospital, Kent Farnsworth, MD. [010906008] | Deposition | 3rd Judicial Crt, Salt Lake County (UT) |
| **Talaska, Robert** | | | | |
| 1/3/03 | Talaska/Gamez | Amber L. Gamez, Ind v Robert A Pope, M.D., et al [02-000373-CV-272] | Deposition | District Court of Brazos Co Texas (TX) |
| 2/27/03 | Talaska/Gamez | Amber L. Gamez, Ind v Robert A Pope, M.D., et al [02-000373-CV-272] | Video Deposition | District Court of Brazos Co Texas (TX) |
| 5/26/04 | Talaska/Cutting | David & Robin Cutting for Emma Cutting v Carol Michele Storey, M.D. et al | Court | 151st Judicial District Court-- Harris Co (TX) |
| **Theiler, Charles E.** | | | | |
| 9/19/02 | Theiler/Stone, Desmond | Pamela J. Simpson for Desmond Stone v Baptist Healthcare System dba Baptist Hospital East [00 CI 01471] | Deposition | Circuit Court, Div. 6, Jefferson Co., KY (KY) |
| 10/21/02 | Theiler/Stone, Desmond | Pamela J. Simpson for Desmond Stone v Baptist Healthcare System dba Baptist Hospital East [00 CI 01471] | Video Deposition | Circuit Court, Div. 6, Jefferson Co., KY (KY) |
| **Theisen, Christopher** | | | | |
| 11/27/02 | Theisen/Battle | Battle v WLI Industries [00 L 008455] | Deposition | Cook County (IL) |
| **Tish, Allen** | | | | |
| 8/6/01 | Tish/Fausett | Cathy and David Fausett, parents of Sarah Fausett vs. Ana-Maria Soleanicov, M.D. [99L356] | Deposition | 17th Judicial Court of Winnebago County (IL) |
| **Titolo, Timothy** | | | | |
| 8/18/00 | Titolo/Loy | Mary Beth Loy vs. Southern Nevada Movers, Inc. [A396383] | Deposition | Clark Co. Nevada District Court (KY) |
| 10/13/00 | Titolo/Knee | Cheryl and James Knee v. G.B. Supply, Inc. [A564911] | Deposition | District Court, Clark Co. Nevada (KY) |
| 4/18/01 | Titolo/Damron | Gerry W and Debbie Damron v Carlos Guerra Torres, Mohave Concrete and Materials [A 401466 and A 402921] | Deposition | Clark County (NV) |
| 8/12/02 | Titolo/Maskunas-Fields | Gina Maskunas-Fields v Rodolfo Aldama, E. Aldama Trucking [A-435946] | Deposition | Clark Co District (NV) |
| 1/2/03 | Titolo/Walden | Justin Walden by Roger & Brandon Walden vs. United Rentals NW, Savage and Roe et al [A42057] | Deposition | District Court, Clark Co. Nevada (NV) |
| 4/22/03 | Titolo/DeWoody | Delano R. DeWoody for Robert A. Dewoody v PT's Pubs, LLC, Robert Durling, Steffen Albright [A446331] | Deposition | District Court Clark County (NV) |