Page 21 of 22

| Date | VIT Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Tolin, Josh** | | | | |
| 1/29/02 | Tolin/McDonald, Helen | Helen McDonald v. St. John's Mercy Health Center [00CC-003987] | Deposition | Circuit Court, St. Louis Co., MO (KY) |
| **Travelsted, Brent** | | | | |
| 2/3/00 | Travelsted/Carson | Prince C. Carson v. Transit Authority of River City [98 CI 05302] | Video Deposition | Jefferson Circuit Court, Louisville, KY (KY) |
| **Walters, Lon** | | | | |
| 4/20/00 | Walters/Kephart | Kolten, Julie and Donald Kephart v. Gutknecht, M.D., Ind. Women's Clinic and Med. Ctr. Independence [CV97-30234] | Court | Circuit Court, Jackson County, MO (MO) |
| 4/25/00 | Walters/Turner | Tarakyn, Sheila and Delon Turner v Patrick Freune, M.D. & N. Spokane Women's Clinic [99201433-7] | Deposition | Superior Court, Spokane, WA (KY) |
| 7/20/00 | Walters/Phillips | William, Melissa and John Phillips vs. David Cook MD, James Rainey, MD and Easley OB/GYN [8:99:3627-24] | Deposition | US District Court, South Carolina Anderson Divisio (KY) |
| 1/30/01 | Walters/Phillips | William Phillips vs David Cook, M.D., James Rainey, M.D.& Easley OB/GYN Assoc. [8:99-3627-24] | Court | US District Court - Anderson Division (SC) |
| 2/16/01 | Walters/McDermott | | Deposition | (MD) |
| 6/25/02 | Walters/McDermott | | Court | (MD) |
| **Ward, Donald** | | | | |
| 3/31/04 | Ward/Landis | Sheryl D. Landis for Estate of Timothy Landis v. UPS and Rex T. Johnson [49002-0304-CT-000695] | Deposition | Marion County Superior Court (IN) |
| **Wegner, Dennis** | | | | |
| 2/4/04 | Wegner/Lucas | Steve Lucas v. Paul Schoeff, Shawn Williams, et al [49D11-0012-CT-001785] | Deposition | Marion Superior Court (IN) |
| **Witherite, Amy** | | | | |
| 4/7/04 | Witherite/Champion | Marcus Champion et al v. Cheryl Potter, M.D. et al [02-15061-E] | Deposition | Dallas County, Court at Law 5 (TX) |
| 5/18/04 | Witherite/Brightmon, Mackenzie | Brightmon et al vs. Kimberly Lefholz, MD et al [017-195366-02] | Deposition | 17th Judicial District Ct of Tarrant Co. Texas (TX) |
| **Wood, Robert** | | | | |
| 5/17/04 | Wood/Southerland | David Monroe Southerland v Thomas Matthew Pursley [03-2596-24] | Deposition | US District Court, Rock Hill Division (SC) |
| **Wright, Chris** | | | | |
| 7/1/02 | Wright/Long, Rachel | Rachel Long by Beth Long v. Alphin MD and Regional Ear Nose & Throat Ctr. Inc. [198CC1321] | Deposition | Circuit Court, Div 2, Greene Co., MO (KY) |
| **Wunderlich, William** | | | | |
| 11/26/02 | Wunderlich/Garrett | Shelley Garrett v Bazant Wieslaw and BLZ Transport, Inc [97CC02479] | Deposition | Circuit Co. of St Louis County (MO) |
| **Yosha, Louis B** | | | | |
| 10/17/02 | Yosha/Miller | Harry L. & Rhoda Miller v. Westfield Ins. Co. [29D01-0011-CT-0722] | Deposition | Hamilton Co. Superior Court (IN) |

Wednesday, June 23, 2004

| Date | VII Case Name | Case Name | Testimony Type | Court |
|---|---|---|---|---|
| **Yosha, Louis B** | | | | |
| 10/17/02 | Yosha/Miller | Josh & Erin Moore v Westfield Ins. Co. [29D01-0011-CT-0722] | Deposition | Hamilton Co. Superior Court (IN) |
| **Young, Robert** | | | | |
| 1/7/03 | Young/Wilson; Mike | Mike & Cindy Wilson v. Elizabeth Price & Ferrell Price [00-CI-01548] | Deposition | Warren Circuit Court of Kentucky (KY) |
| **Zavodnyik, Peter** | | | | |
| 5/16/01 | Zavodnyik/Perger | Michael Perger v American Limousine, Inc. Carey INTL and Danuta Brooks [00 L 2697] | Deposition | Circuit Court of Cook County, Illinois (IL) |
| 7/13/01 | Zavodnyik/Perger | Michael Perger v American Limousine, Inc. Carey INTL and Danuta Brooks [00 L 2697] | Video Deposition | Circuit Court of Cook County, IL (IL) |
| **Zwibelman, Myron** | | | | |
| 10/18/01 | Zwibelman/Philpot | Rebecca Philpot v Fry-Wagner Moving & Storage, Olson III, Wybeirala & United Van Lines, Inc. [992-04467] | Deposition | Circuit Court, City of St. Louis, MO (KY) |
| 8/8/02 | Zwibelman/Hoskins | Lamontae Hoskins, etc et al v St. Louis Regional Healthcare Corp et al [002-1289] | Deposition | Circuit Court City of St. Louis (MO) |
| 3/3/03 | Zwibelman/Verheecke | Ayden Verheecke et al v St. John's Mercy Health System [01-CC-4067] | Deposition | Circuit Court County of St. Louis (MO) |
| 5/27/03 | Zwibelman/Mostafavifar | Mairlan Mostafavifar etc v Barnes-Jewish Hospital et al [012-9612] | Deposition | Circuit Court City of St Louis (MO) |
| 9/22/03 | Zwibelman/Hughes | Harley Hughes v Deaconess Health Services Corp [022-09627] | Deposition | Circuit Court, City of St. Louis (MO) |
| 1/6/04 | Zwibelman/Ragland | Nebria Ragland v St. Louis Regional Healthcare Corp [022-10769] | Deposition | St. Louis Circuit Court (MO) |
| 1/14/04 | Zwibelman/Allen | Deandre Allen, et al v Barnes Jewish Hospital et al [022-012274] | Deposition | St. Louis Circuit Court (MO) |
| 4/21/04 | Zwibelman/Allen | Deandre Allen, et al v Barnes Jewish Hospital et al [022-012274] | Court | St. Louis Circuit Court (MO) |
| **Zwibelman, Myron S.** | | | | |
| 10/18/01 | Zwibelman/Sykes | Derrick Sykes v. St. Joseph Hospital [992-08520] | Deposition | Circuit Court, City of St. Louis, MO (KY) |

# DATES AVAILABLE FOR DEPOSITIONS

Anthony Gamboa, Jr., Ph.D., M.B.A.
11933 Brinley Avenue
Louisville, KY 40243-1092


Anytime the week of August 16, 2004 @ 9:00 a.m. or 1:00 p.m.
Anytime the week of August 23, 2004 @ 9:00 a.m. or 1:00 p.m.

# FEE SCHEDULE

Anthony Gamboa, Jr., Ph.D., M.B.A.
11933 Brinley Avenue
Louisville, KY 40243-1092

Court and Deposition time billed at $450.00 per hour (minimum 2 hours)
Consultation time (including travel and wait time) billed at $300.00 per hour

Curriculum Vitae

Robert L. Thompson, M.D.

**BUSINESS ADDRESS**

Vocational Economics, Inc.
11933 Brinley Avenue
Louisville, KY 40243-1092
Phone: (502) 489-8130
FAX: (502) 489-8160

**DATE OF BIRTH:** January 23, 1956

**EDUCATION:** Madison Central High School
Richmond, Kentucky

Transylvania University
Lexington, Kentucky
B.S. 1979

University of Louisville School of Medicine
Louisville, KY
M.D. 1987

**RESIDENCY:** Frazier Rehab Center
Louisville, KY
Physical Medicine and Rehabilitation Residency
1988-1992

**BOARD CERTIFICATION:** American Board of Physical Medicine and Rehabilitation
1992, Part I

**AWARDS and HONORS:** Honorable Mention, Frazier Rehab Center
Third Annual Resident's Research Day
1992

Third Place, Frazier Rehab Center
Second Annual Resident's Research Day
1991

|  |  |
|---|---|
|  | First Place, Frazier Rehab Center<br>First Annual Resident's Research Day<br>1990 |
| **MEDICAL LICENSURE:** | State of Kentucky (27076) 1989<br>State of Indiana   (01042462) |
| **PROFESSIONAL AFFILIATIONS:** | American Academy of Physical Medicine and Rehabilitation<br><br>American Association of Electrodiagnostic Medicine<br><br>American Congress of Physical Medicine and Rehabilitation<br><br>American Medical Association<br><br>Association of Academic Physiatrists<br><br>Jefferson County Medical Society<br><br>Kentucky Academy of Physical Medicine and Rehabilitation<br><br>Kentucky Medical Association |
| **STAFF APPOINTMENTS:** | **Active Staff**<br>Baptist Hospital East<br>Louisville, KY      1992-Present<br><br>Frazier Rehab Center<br>Louisville, KY      1992-Present<br><br>Healthsouth Rehab Center<br>Louisville, KY      1998-Present<br><br>Southern Indiana Rehab Center<br>New Albany, IN      1992-Present<br><br>Vencor Hospital<br>Louisville, KY      1998-Present<br><br>**Consulting Staff**<br>Alliant Medical Pavilion<br>CARITAS Medical Center |

                                Flaget Hospital- Bardstown
                                Hardin Memorial Hospital – Elizabethtown
                                Jewish Hospital
                                Kosair Children Hospital
                                Norton Audubon Hospital
                                Norton Southwest Hospital
                                Norton Suburban Hospital
                                Tri County Baptist Hospital

**FACULTY**
**APPOINTMENTS:**        Clinical Instructor of Medicine
                                (Physical Medicine and Rehabilitation)
                                University of Louisville School of Medicine
                                Louisville, KY        1993-Present

**PRACTICE**
**EXPERIENCE:**          Thompson and Chou
                                Center for Physical Medicine and Rehabilitation, PLLC
                                Louisville, KY        1998-Present

                                Rehabilitation Associates, PSC
                                Physical Medicine and Rehabilitation
                                Louisville, KY        1992-1998

                                Northwestern Mutual Insurance Co.
                                Physical examinations
                                Louisville, KY        1989-Present

                                St. Anthony Sports Medicine and Rehabilitation Center
                                Team physical examinations
                                Louisville, KY        1989-Present

                                Biometric Profiles
                                Medical examinations
                                Louisville, KY        1989-Present

                                ASB Meditest
                                Staff Physician
                                Louisville, KY        1987-Present

**SCHOLARLY**
**ACTIVITY:**              Jewish Hospital; "Lower Extremity Amputations/Prosthetics"
                                Louisville, KY        August 22, 1997

                                Jewish Hospital; "Lower Extremity Amputations/Prosthetics"
                                Louisville, KY        July 25, 1997

Patients"
                Jewish Hospital; "Respiratory Treatment for Spinal Cord Injury

                Louisville, KY       May 16, 1996

                Frazier Rehab Center; "Spinal Stenosis"
                Louisville, KY       March 22, 1996

Rehabilitation"
                7th Annual Review Course in Physical Medicine and

                Kessler Institute for Rehabilitation, Inc.
                New Jersey       March 11-19, 1995

                American Academy of Physical Medicine and Rehabilitation
                Annual Assembly
                Miami Beach, FL       October 31-November 4, 1993

                Thompson, R. "An Overview of Seizures" The Nurturing

Community
                for the Special Needs Student", Jefferson County Public Schools
                Louisville, KY       September 27, 1993

                Spinal Cord Injuries – Issues and Advances
                Contemporary Forums
                San Francisco, CA       September 22-24, 1993

                Thompson, R. "Team Building Strategies for Subacute Care"
                Subacute: The Future of Rehab Medicine.
                University of Kentucky, Department of Rehabilitation Medicine
                Sixth Annual Rehabilitation Conference
                Lexington, KY       August 26-28, 1993

                Thompson, R., True Incidence of Deep Vein Thrombosis Upon
                Admission in a Rehab Program. Ongoing Research Project.
                Louisville, KY       1992-Present

                Thompson, R., Sexuality After Stroke
                Frazier Rehab Center, Stroke Education Group
                Louisville, KY       Ongoing Presentation

                Thompson, R., Anatomy and Physiology in Spinal Cord Injury
                Frazier Rehab Center, Spinal Cord Injury Education Group
                Louisville, KY       Ongoing Presentation

                Thompson, R., Incidence of Infection in a Diabetic versus
                Non-diabetic Orthopedic Rehab Population
                Frazier Rehab Center, 3rd Annual Resident's Research Day

Louisville, KY        1992


Kentucky Educational Television (KET) "Sports Medicine",
Jefferson County Medical Society's "Medicine On-Line" series.
Louisville, KY        October 1991

Thompson, R. Relationship of Serum Albumin in a Stroke
Population to Length of Stay.
Frazier Rehab Center, 2nd Annual Resident's Research Day
Louisville, KY        1991

Comprehensive Review Course in Physical Medicine and
Rehabilitation
Baylor College of Medicine
Houston, TX        1991

## DATES AVAILABLE FOR DEPOSITIONS

Robert L. Thompson, M.D.
11933 Brinley Avenue
Louisville, KY 40243-1092

August 3, 2004 @ 12:30 p.m.
August 10, 2004 @ 12:30 p.m.
August 17, 2004 @ 12:30 p.m.
August 24, 2004 @ 12:30 p.m.

## **FEE SCHEDULE**

Robert L. Thompson, M.D.
11933 Brinley Avenue
Louisville, KY 40243-1092

Court and deposition time billed at a range of $325.00 to $550.00 per hour (minimum 2 hours)
Consultation time (including travel and wait time) billed at a range of $200.00 to $350.00 per hour