1    A       To work and earn money.

2    Q       Thank you.

3    A       I also was asked to do a present

4    value calculation on a life care plan and then

5    the firm was asked also to our psychiatrist

6    involved in producing a life care plan.

7    Q       Okay.  So as far as the firm,

8    meaning Vocational Economics, is concerned,

9    Vocational Economics was retained to do three

10   things.  One was to define what effect the

11   injuries that Shawn Pouliot sustained would

12   have on his ability to work and earn money in

13   the future.

14   A       Yes.

15   Q       The second was to provide a

16   present value calculation based on a life care

17   plan, correct?

18   A       Yes.

19   Q       And third was to actually provide

20   or prepare a life care plan - -

21   A       Yes.

22   Q       - - just in kind of plain English.

23   A       Yes.

24   Q       And you, yourself, not the firm,

25   you were involved in only the first two of

```
1    those aspects, correct?
2           A      That is correct.
3           Q      And it's Dr. Thompson who handled
4    the third aspect of that.
5           A      Yes.
6           Q      Now, with respect to the second
7    piece of what either you or the firm was
8    doing, that is to provide the present value
9    calculation on a life care plan, that is a
10   present value calculation on the life care
11   plan that was prepared by Dr. Thompson, the
12   third aspect of what you were asked to do,
13   correct?
14          A      Yes.
15          Q      You, the firm, asked to do,
16   correct?
17          A      Yes.
18          Q      Okay.  And, very briefly, your
19   expert opinion on the effect of the injuries
20   that Shawn Pouliot sustained on his ability to
21   work and earn money is what?
22          A      My opinion is that he sustained
23   the lifetime loss of ability to earn money
24   within a range of $1,738,530.00 to
25   $1,774,398.00, and those two figures are
```

1    stated in terms of present value.

2         Q    Okay.  So is the second aspect of

3    what you and your firm were retained to do,

4    that is providing a present value calculation

5    on the life care plan prepared by Dr. Thompson

6    - - is that different from the figures of

7    1.738 million to 1.774 million that you just

8    gave us?

9         A    Yes.

10        Q    In what sense, sir?

11        A    The figures that I just gave you

12   are specific only to the loss of expected

13   earnings.  The figures are not specific to the

14   present value of the future health and medical

15   care costs.

16        Q    So the present value calculation

17   in the second aspect that you were referring

18   to was a present value calculation of the

19   future health and medical costs, correct?

20        A    Yes.

21        Q    And what was your conclusion with

22   respect to that second aspect?

23        A    With regard to the present value

24   specific to the future health and medical care

25   costs?

1    Q    Yes.

2    A    The present value of the future

3    health and medical care costs are in a range

4    of $5,256,812.00 to $6,550,446.00.  That

5    present value sum takes into consideration or

6    utilizes, I should say, a pure

7    offset.  In other words, that

8    calculation assumes that future escalation or

9    future increases in health and medical care

10   costs and other related services will be

11   comparable to the average return on a

12   risk-free investment which is defined as a

13   91-day treasury bill.

14           I also produced a second set of

15   numbers which are surprisingly close to the

16   first set.  That's normally not the case in a

17   life care plan, but it is in this particular

18   instance.

19           The second analysis makes use of

20   historical trends if we assume that past

21   historical trends, in terms of increases

22   associated with health and medical care, both

23   short-term and long-term, prevail into the

24   future.

25           If that assumption is made, then

1    the present value of the loss is in a range of

2    5.2 to 6.6 million, very, very similar to what

3    we have using a pure offset.

4                    The actual numbers are

5    $5,270,964.00 to $6,615,283.00.

6        Q    So when you're answering this

7    question, you're referring to a piece of

8    paper.  Could I see what it is you're

9    referring to?

10       A    Yes.

11       Q    Thanks.  I see.  You're referring

12   to your July 30th, 2004, letter to Michael

13   Stratton, correct?

14       A    Yes.

15       Q    With respect to the second aspect

16   of what Vocational Economics was retained to

17   do and then your role in, that is to say the

18   present value calculation of the life care

19   plan, again you're working off the life care

20   plan that Dr. Thompson prepared, right?

21       A    Yes.

22       Q    So the report that's been

23   produced that Dr. Thompson/Vocational

24   Economics produced to Michael Stratton's

25   office which was produced to us, that's the

1    report that we're talking about here.

2          A      Yes.

3          Q      Is it fair to say that you,

4    yourself, Gamboa, did not participate in the

5    preparation of the life care plan to the

6    extent it deals with the kinds or degrees or

7    quantities of medical services, et cetera that

8    might need to be provided to Shawn in the

9    future?

10         A      That's correct.

11         Q      Okay.   That was under the

12   jurisdiction of Dr. Thompson.

13         A      Yes.

14         Q      You're the numbers guy, the

15   dollars guy with respect to that aspect of

16   things; is that fair to say?

17         A      Yes, but only in the sense of

18   arriving at present value.  Dr. Thompson is

19   actually defining what the cost is - -

20         Q      Okay.   Fair enough.   So when Dr.

21   Thompson - - I'm not looking at his report

22   right now, but just as a hypothetical, I

23   guess, or maybe it's not depending upon

24   whether it's in the report.

25                If Dr. Thompson says it costs

1    $30,000.00 to have a particular kind of surgery

2    performed in the future and he believes that

3    that surgery is going to be part of Shawn's

4    medical care, that determination either that

5    that should be part of Shawn's medical care or

6    that it costs 30 thousand bucks, that's not

7    Gamboa, that's Thompson.

8        A    Yes, that is correct.

9        Q    And - -

10            MS. REPORTER:  Can we stop for

11       just a second?

12            MR. OSWALD:  Sure, sure.

13            (OFF THE RECORD)

14   BY MR. OSWALD:

15        Q    Mr. Gamboa, let me show what has

16   been premarked as Defendant's Exhibit Two.

17   You can just take my word for it that this is

18   a copy of the report produced to us from

19   Michael Stratton's office for Dr. Thompson.

20            Do you recognize it as such, by

21   the way?

22        A    It is.

23        Q    Okay.

24            MS. REPORTER:  Did you mean to

25       say Three?  You said Two.

1            MR. OSWALD:  Oh, I did say Two.

2        Sorry.  I saw that little flourish.  I

3        thought it was a Two.   Three, yeah, if

4        you could change it.  Thanks.

5    BY MR. OSWALD:

6        Q    I'd like to just take a little

7    bit of time to check out some things on this

8    report, and what I'm really concerned about

9    here is showing up tomorrow with Dr. Thompson.

10       I just want to make sure that Dr.

11   Thompson is not going to say you should have

12   asked Gamboa that question.  I just want to

13   make sure that - -

14       A    Sure.

15       Q    - - I'm covering what I need to

16   cover.  The first part of Dr. Thompson's

17   report is a textual kind of summary that goes

18   for some - - I guess I'm counting about seven

19   or eight pages.

20       Are you with me so far?

21       A    I am.

22       Q    Did you have any input into the

23   first, let's say, seven pages of Dr.

24   Thompson's report?

25       A    No, I did not.

```
 1          Q      That's all him?

 2          A      Yes.

 3          Q      Okay.

 4          A      And Ms. Petruska - -

 5          Q      Fair enough.  Okay.

 6          A      - - who worked with him on the

 7   plan.

 8          Q      Right.  Page eight would be the

 9   same thing, no input by you, correct?

10          A      Correct.

11          Q      Nine, the same, correct?

12          A      Correct.

13          Q      Okay.  If you look at the next

14   page, which on the bottom at least is numbered

15   page 1 of 14, it switches to a landscape

16   format.

17          A      Yes.

18          Q      You with me?

19          A      I am.

20          Q      Did you have any input into any

21   of the information on that page?

22          A      No.

23          Q      All right.  Let me ask you a

24   follow-up question nonetheless.  So when Dr.

25   Thompson and/or Ms. Petruska are talking about
```

1    the frequency of medical care, for example, on

2    that page and the amount of money for that,

3    that's not yours, correct?  You, Gamboa.

4         A     Correct.

5         Q     The annual cost for that, you

6    didn't do.

7         A     Correct.

8         Q     And the phase cost for that, you

9    didn't do.

10        A     Correct.

11        Q     Do you understand what's meant by

12   phase cost in this?

13        A     Yes.

14        Q     What does that mean?

15        A     Just the period of time that it's

16   being discussed.  Let's say an item such as

17   MRIs from the date of the report to age 35

18   occurring once a year, that would be the phase.

19        Q     So if you could look on page one

20   of 14, just so that it's clear for me - -

21        A     Okay.  Let me just get one thing

22   before we do that - -

23        Q     Sure.

24        A     - - because I have a slightly

25   different format that I use.  Okay.  What page

1    do you want me on?

2           Q       It's page one of 14, which is the

3    first kind of landscape format page that

4    follows those initial nine pages.  You're

5    there.

6           A       I'm with you.

7           Q       Okay.  Again, just for clarity

8    purposes, if we take, for example - - you see

9    the second entry for physiatrist pain

10   management?

11          A       Yes.

12          Q       Dr. Thompson says that that's

13   needed now to life expectancy.

14          A       Right.

15          Q       You with me?

16          A       I am.

17          Q       Now, Dr. Thompson, later in his

18   report, uses a life expectancy, I believe, of

19   42.5 years for Shawn.  And I'm happy to show

20   you in his report.

21          A       Okay.  That's correct, 42.5.

22          Q       Okay.

23          A       That's what I used, also.

24          Q       That was my next question.  You

25   used - - is that a standard operating

1    procedure, that both the life care planner and

2    the forensic economist would use the same life

3    expectancy in this situation?

4          A    Yes, that's the statistical life

5    expectancy.

6          Q    Okay.  Of what?  Of a white,

7    31-year-old male living in Ohio or of what?

8          A    That would be the statistical life

9    expectancy of a male Mr. Pouliot's age, but I

10   don't believe it's race specific.  I believe

11   that it includes all males.  There's no

12   differentiation between Caucasian,

13   African-American, et cetera.

14         Q    Does it take into account other

15   items?  It does not take into account race,

16   you said.  It does take into account age,

17   obviously.

18         A    Yes.

19         Q    That's the basis.  Does it take

20   into account other characteristics or other

21   factors?

22         A    Only to the extent that it's an

23   all-inclusive life expectancy, meaning it

24   includes persons who have no disability, it

25   includes persons who have disability, it

1    includes persons who have catastrophic

2    disability.

3               It's just all males beginning at

4    age 34 projecting out through, I believe it's,

5    99 or to a hundred.

6          Q     So this is not a subset of life -

7    - I'm sorry.  This life expectancy is not

8    particular to a subset of those individuals,

9    for example, paraplegics?

10         A       That's correct, it is not.

11         Q       It is not.  Is there a reason

12   that it is not?

13         A       To the best of my knowledge,

14   there are no data that exists specific to male

15   paraplegics or male quadriplegics.  Now, I am

16   told that the insurance industry has, through

17   their various actuaries, computed age rated

18   life expectancies so that they might consider

19   him to be 55 instead of 35.

20         Q     Now, there's a surprise, huh?

21         A       Yeah.  But we don't have access

22   to that data and they don't publish it.  It's

23   proprietary.

24         Q     So you said you're not aware of

25   kind of the subsets of data with respect to, I

1    guess, male paraplegics or quadriplegics.  Are

2    you aware of any subset of life expectancy

3    data with respect to either quadriplegics or

4    paraplegics?

5         A       Nothing that I've ever reviewed.

6    Nothing that I'm aware of that's peer reviewed.

7    Nothing that I'm aware that would constitute a

8    macrostudy.

9         Q       What do you mean by a macrostudy?

10        A       You know, a large sampling.  I am

11   aware that there are physicians around the

12   country who render opinions that the life

13   expectancy is X number of years for that

14   particular individual, but I've never seen a

15   physician render that opinion from a

16   statistical basis.

17              It's always an opinion that is

18   what they believe, you know, based on being

19   medical doctors and based on having worked

20   with persons who are severely and

21   catastrophically injured.

22        Q       So the only subset of data that

23   you're aware of is the data that you mentioned

24   with respect to the insurance industry; is

25   that correct?

1       A       Yes, which I've never been privy

2   to.

3       Q       Okay.  Would you agree with me

4   that if you had such data available to you

5   that it would be more accurate in terms of

6   life expectancy, whether it's up or down, just

7   that the more you have of a subset, the more

8   accurate that information is going to be?

9       A       Within limits.  You know,

10  whenever you get into a subset of data - - a

11  great example of a subset of data would be

12  persons with a disability.

13      Q       Well, for - - let me take a

14  different attack.  We all read in the paper

15  about Christopher Reeve this morning.  I

16  either read or heard on the radio, I can't

17  remember which, that the life expectancy of an

18  individual in Christopher Reeve's situation

19  was X number of years post-accident, okay?

20              Are you aware of any such data

21  regarding the life expectancy of paraplegics,

22  for example, in Mr. Pouliot's situation?

23      A       I am not.

24      Q       Are you aware that it is generally

25  accepted that the life expectancy of a

1    paraplegic in Mr. Pouliot's situation is lower

2    than the general life expectancy of a person

3    in his situation if you take the paraplegia

4    out of the calculus?

5         A       In other words, if we were to put

6    together a large data set of persons with

7    paraplegia, do I think that life expectancy

8    would be less than the male population as a

9    whole?

10        Q       You can answer that question.

11   Mine was slightly different, but go ahead.

12        A       I think that if you had that

13   macro data set that the life expectancy would

14   be less than the general male population as a

15   whole.  However, after having said that, it's

16   important to note that, much like the whole

17   issue of work disability and worklife

18   expectancy, it's important to understand and

19   to recognize that the quality of the medical

20   care that's received for a paraplegic will

21   significantly increase the life expectancy, so

22   that if you have top notch medical care you

23   would not expect the individual, if they're

24   receiving all of the health and medical care

25   that's been defined medically, you would

1    expect that person not to come out with a

2    worklife - - with - - excuse me - -

3         Q    Life expectancy?

4         A    - - not to come out with a life

5    expectancy that would be like of the

6    statistical average, you would expect it to be

7    significantly greater.

8         Q    Just so that I'm clear, are you

9    saying that you would expect or one would

10   expect, I guess, that if a paraplegic in Mr.

11   Pouliot's situation was receiving the care,

12   for example, that's laid out in the life care

13   plan here that his life expectancy would be

14   significantly greater than that of a similarly

15   situated individual like Mr. Pouliot minus the

16   paraplegia?  Is that what I heard you say?

17        A    No.  I'm not saying that at all.

18        Q    I didn't think so and that's why

19   I'm asking the question.

20        A    What I'm saying is - - let's just

21   assume for a moment that we have a basket of

22   data, it's comprised of males with paraplegia

23   here in this basket, and we examine the life

24   expectancy for that basket of, let's say, a

25   30-year-old.

```
1              That life expectancy for that
2    basket of paraplegics would be less than the
3    basket that's comprised of all males in the
4    population.
5         Q    Okay.
6         A    Now, within that basket you have
7    variability in terms of the quality of the
8    health and medical care that's received.
9         Q    Correct.
10        A    Those who get top notch health and
11   medical care, I believe, have life
12   expectancies greater than that statistical
13   average for that basket of - -
14        Q    For that basket, but not the
15   bigger basket.
16        A    That's right.
17        Q    I thought you were talking about
18   the bigger basket.
19        A    No.
20        Q    Okay.  All right.  Isn't it fair
21   to say, I guess, though, that when you compare
22   the baskets, the basket of the general
23   population, all paraplegics and all
24   non-paraplegics, to the - - and again, males -
25   - I'm trying to compare apples to apples here.
```

1          Isn't it fair to say that with his

2   paraplegia, Mr. Pouliot has a lower life

3   expectancy than the 42.5 years that you and

4   Dr. Thompson use in your reports?

5          A     If he is most like an average male

6   paraplegic, yes.  The average male paraplegic

7   of this age isn't going to have six million

8   dollars spent on their future health and

9   medical care.

10         Q     So you think - - is it your

11  opinion then that if Mr. Pouliot receives the

12  six million dollars of care that you just

13  referred to that his life expectancy is, in

14  fact, the same as the life expectancy as

15  everybody in the big basket, that is to say

16  all males, paraplegics and non-paraplegics?

17         A     I don't have the answer to that

18  question.  My answer is I don't know.

19         Q     Okay.

20         A     But I can - -

21         Q     Who - - I'm sorry.  Who would

22  have the answer?  Would Dr. Thompson have the

23  answer to that?

24         A     He may.  What I can say to you

25  is this, is that I can say to you with a high

1    degree of confidence that with the health and

2    medical care that's been defined, if he

3    receives that - -

4         Q      In Dr. Thompson's life care plan.

5         A      Right.

6         Q      Okay.

7         A      If he receives all of that, then

8    his life expectancy, I believe, will be

9    significantly greater than that statistical

10   average because what I'm saying is that all of

11   those paraplegics in that basket, they don't

12   have put aside for them the kind of monies to

13   promote and sustain life.

14        Q      I'm with you, but let's make sure

15   we're talking about the same baskets.  What

16   you're saying, I think, is that within the

17   basket of male paraplegics, if Mr. Pouliot

18   receives six million dollars worth of medical

19   care as set forth in Dr. Thompson's life care

20   plan, he is going to better off from a life

21   expectancy standpoint than other male

22   paraplegics, correct?

23        A      Correct.

24        Q      But my question is not referring

25   to that basket.  My question is referring to

1    the big basket.  In other words, is it your

2    opinion that if Mr. Pouliot receives the six

3    million dollars of medical care set forth in

4    Dr. Thompson's life care report that his life

5    expectancy is the same as everybody in the big

6    basket, males, paraplegics and non-paraplegics?

7         A    That's a question that I believe

8    needs to be directed to Dr. Thompson.  That's

9    really a medical question.  He examined this

10   individual and he understands what this

11   individual needs.

12             He obviously understands the

13   difference between being a paraplegic and a

14   high vent quad, which is what Christopher

15   Reeve was.

16        Q    So you're not - - bottom line,

17   you, Gamboa, are not in a position to answer

18   that question.

19        A    That's right.

20        Q    Where did you, Gamboa, get the

21   42.5 year life expectancy figure from?

22        A    That figure comes from a

23   government document entitled Vital Statistics

24   of the United States.

25        Q    And again, that document refers

1   to the big basket of individuals, male,

2   paraplegic and non.

3          A       That's right.  And it refers to -

4   - the easiest way to define that is it refers

5   to all males.

6          Q       That's fine.

7          A       You have high vent quads in

8   there.  You have quadriplegics in there.  You

9   have paraplegics in there.

10         Q       You've got all males.

11         A       That's right.  You have people

12  with cancer in there.  You have people with

13  all kinds of infirmities in that basket.

14         Q       Isn't it a fact, though, in the

15  many different vocational assessments, et

16  cetera, that you've done, the many different

17  life care plans that you've seen - - isn't it

18  fact that it is generally accepted in the

19  medical community that the life expectancy of

20  a paraplegic is going to be less than the life

21  expectancy of, as you put it, all males in

22  this situation?

23         A       That's a medical question and you

24  need to ask Dr. Thompson that question.

25         Q       I'll ask him, but I'm asking, of

1    your knowledge and your awareness and your

2    understanding - -

3         A      I - -

4         Q      Let me just ask the question so

5    it's clear.

6         A      Sure.

7         Q      I'm not trying to cut you off, I'm

8    trying to - -

9         A      Sure.

10        Q      - - be clear for her.  Isn't it

11   a fact that, to your knowledge, it is accepted

12   in the medical community that the life

13   expectancy of a paraplegic is going to be

14   lower than the life expectancy of a similarly

15   situated non-paraplegic?

16        A      I don't know.  I've seen it go

17   both ways.  In other words, I've seen medical

18   doctors say yes and I've seen medical doctors

19   say no, not if they get the type of quality

20   care that has been defined as essential.

21               That will prolong this person's

22   life and there's no reason why he wouldn't

23   have a life expectancy comparable to the

24   statistical average of all men.  I've seen it

25   go both ways.

1      Q      So if I said - - if I made that

2   statement that, listen, it's generally

3   accepted that a paraplegic is going to have a

4   lower life expectancy than a non-paraplegic,

5   again, other things being equal, you couldn't

6   agree or disagree with me because you're just

7   not in a position to do so.

8      A      Yes, other than to the extent

9   that I already have differentiated based on

10  the two-basket analogy that we just had.

11     Q      Okay.  That's fine.  So the 42.5

12  life expectancy, you, at least, are just

13  taking that straight statistical, you are

14  making no discount, so to speak, for the fact

15  that Shawn Pouliot is a paraplegic.

16     A      That's right.

17     Q      And you don't believe that such a

18  discount is appropriate.

19     A      I don't know whether it is or

20  isn't appropriate.  That's something that I

21  see is truly an issue that should be

22  determined by the trier of fact.  And the

23  reason that I say that is that the question

24  you just asked me is an enormously complex

25  question that involves, really, issues of law,

1   as I see it.

2              In other words, should a credit be

3   given to the person who created the wrong?  I

4   mean, if that's so, wouldn't that then mean

5   that the joke that attorneys always tell about

6   somebody's hit in a crosswalk and if you think

7   they're badly, then you better stop the car

8   and go over them one more time.  That way

9   you'll get a credit because they're dead and,

10  you know, a dead person is not worth as much

11  as a partially disabled person.

12             So that's a question of law.

13  Should they get the credit for creating the

14  harm? I don't know the answer to that.

15         Q     Are you saying - - I just want

16  to make sure we're referring to the same

17  thing.  I'm not referring to whether someone

18  gets a credit or not.  I'm simply referring to

19  a number.

20         A     Okay.

21         Q     You would not agree with me that

22  the number 42.5 should be lower as far as a

23  life expectancy because Shawn Pouliot is a

24  paraplegic.

25         A     Specifically for Shawn Pouliot,