```
 1   that's correct.  I don't know.
 2        Q    And generally, with respect to
 3   paraplegics, your same answer, you don't know.
 4        A    Again, going back to the
 5   paraplegic basket, I guarantee you that basket
 6   - - if we went out and - -
 7        Q    I'm talking the big basket here.
 8   I'm talking - -
 9        A    Oh, okay.
10        Q    - - I'm talking everybody.
11        A    The big basket.
12        Q    Because that's what 42.5 is - -
13        A    Right.
14        Q    - - the big basket.
15        A    Right.  That's comprised of
16   people with no disabilities - -
17        Q    Comprised of all males, like
18   yourself.
19        A    That's right.
20        Q    Right, okay.  Do you believe it's
21   up to the trier of fact to determine whether
22   that number should be 42.5 or some lower
23   number?
24        A    Who else would decide it?  I
25   mean, I think that the trier of fact would
```

1   need to listen to what a medical doctor said
2   about a specific person that's been examined.
3       Q    Well, the number 42.5 doesn't
4   come from a trier of fact, does it?
5       A    No, it doesn't. It's simply
6   designed to serve as a guide. Let us assume
7   for a moment that Dr. Thompson will come in
8   and say to you, and I don't know what he's
9   going to say, but let's just assume for a
10  moment that he's going to come in and say to
11  you that this specific person, Shawn Pouliot,
12  if he receives the type of health and medical
13  care that has been identified as needed to
14  preserve his life, if that's provided, Dr.
15  Thompson may well say there's nothing to cause
16  me to conclude that he won't have a life
17  expectancy much like the statistical average,
18  given the fact that 10 to 15 percent of those
19  persons in the statistical average basket, you
20  know, the big basket, they have major
21  impairments that scan a wide spectrum that
22  shorten life.
23      Q    Did you look for, in this
24  specific case which you were asked to do,
25  statistics regarding the life expectancy of

```
 1   paraplegics - -
 2          A      No.
 3          Q      - - specifically?  The smaller
 4   basket number.  You - -
 5          A      No.  I don't believe it exists.  I
 6   believe it exists in the sense that insurance
 7   companies have their actuaries run numbers on
 8   probabilities of life with different types of
 9   afflictions and I have to assume, since
10   they're all still in business and they, you
11   know, put structured settlements together
12   based on, you know, an age-rated life
13   expectancy - - I have to assume that the data
14   that they have on average, on average, is good
15   data.
16                 Otherwise, they wouldn't be making
17   money on structures and the insurance
18   companies don't exist for any other reason
19   than to make money.
20          Q      So you'd like to get your hands
21   on that data.
22          A      I sure would.  I guarantee you.
23   I'd love to get my hands on that data.
24          Q      And, in fact, you'd like to get
25   your hands on that data because it would
```

1  provide you with a more accurate picture of a
2  particular individual that you are examining;
3  is that fair?
4        A    Yes and no.  The problem that
5  exists is this.  You take a data set, this
6  wide data set, and you apply it to a very
7  specific individual.  But the more you know
8  about that specific person, I think the better
9  off the trier of fact is in terms of making a
10 decision.
11            But, you know, the bottom line,
12 would I like that data?  Yes, I would.
13       Q    Why is that a decision by the
14 trier of fact?  I mean, you lost me there.
15 Why isn't that a decision by the - -
16       A    People - -
17       Q    Let me just finish my question.
18       A    Sure.
19       Q    Why isn't that a decision by the
20 forensic economist or the life care planner?
21       A    Because it's subjective.  That's
22 why.  In other words, a medical doctor might
23 have an opinion that a specific person who is
24 a paraplegic but who has the ability to get
25 out of the chair, who's at low risk for

1  decubitus ulcers, who's capable of some
2  movement might conclude that there would be no
3  reason for this person to have a reduced
4  worklife expectancy when compared to that
5  large basket.
6          I'm talking specifically about a
7  paraplegic and I'm talking specifically about a
8  paraplegic that can do some things for himself
9  or herself.
10         I'm talking about transferring.
11 I'm talking about getting out of the chair.
12 I'm talking about things that would cause them
13 to be less likely to experience decubitus
14 ulcers which, as I understand it, will take
15 the life of many persons who are severely
16 impaired.
17     Q    But you're saying that those
18 things are subjective and, because those
19 things are subjective, they should be left to
20 the trier of fact; is that - -
21     A    Basically, yeah.  In other words
22 - -
23     Q    Let me follow up then.
24     A    Sure.
25     Q    If you've got more to say, go

```
 1    ahead.  I don't mean to cut you off.  Go
 2    ahead.
 3         A      No, basically what I'm saying is
 4    it should be left up to the trier of fact
 5    because the trier of fact is going to hear all
 6    sides of that issue.  You know, if you have a
 7    physician who's evaluated a person and has
 8    detailed knowledge of the issues that that
 9    person has -- - in other words, not all
10    paraplegics are the same.
11              And so what I'm saying is is that
12    the trier of fact would consider what the
13    physician had to say about this specific
14    individual.
15         Q      Well, for example, you would
16    agree with me that the determinations that are
17    made in Dr. Thompson's report as to the kinds
18    of medical care and the frequency of medical
19    care, those are subjective as well, right?
20         A      You better ask him that question.
21         Q      I will.  Believe me, I will.
22         A      The assumption that I'm making - -
23         Q      Let me just ask it.  Wouldn't you
24    agree with me that the determination by a
25    person like Dr. Thompson of the types of
```

```
 1   medical care and the frequency of that medical
 2   care for an individual like Shawn Pouliot is,
 3   by necessity, subjective?
 4        A    I don't know whether it is or
 5   isn't.
 6        Q    You really have no opinion on that
 7   whatsoever?
 8        A    No, because the first question
 9   that popped into my mind when you asked the
10   question was is clinical judgment - - is that
11   subjective or objective?
12        Q    You really, honestly can't
13   testify that the determination of the kind of
14   medical care and the frequency of the medical
15   care that Shawn Pouliot is going to need is
16   determined by Dr. Thompson, that that's not
17   subjective?
18        A    I think that needs to be answered
19   by the medical doctor.
20        Q    I will ask him - -
21        A    Yeah.
22        Q    - - but I'm asking you.
23        A    I see it as clinical judgment and
24   I would not put that in the same basket as,
25   if you will, as a subjective judgment.  Now,
```

```
 1   if I'm making some type of a call as to
 2   whether or not something is needed, I'm not a
 3   medical doctor.
 4           And I guess what I'm saying is I'm
 5   differentiating between a clinical judgment
 6   and a subjective judgment.
 7      Q    Wouldn't you agree with me that
 8   the conclusions that you reach in your expert
 9   opinion are subjective?
10      A    Well, in one sense, everything is
11   subjective, you know.  Someone had to
12   formulate the questions for the survey
13   research that was conducted by the Census
14   Bureau and, in one sense, those questions that
15   were formulated, they represent a subjectivity.
16           So, in one sense, everything is
17   subjective, particularly in a social science.
18   So what I'm saying to you is, yeah, there
19   certainly is an element of subjectivity, you
20   know, in the survey questions and in the
21   results produced, but that's as objective as a
22   social scientist can get who's doing what I'm
23   doing.
24           There's no other way for me to be
25   more objective about it than doing what I'm
```

```
 1    doing.
 2         Q     So if that's subjective, why
 3    shouldn't that also be left to the trier of
 4    fact?
 5         A     It is.  I'm not saying - -
 6         Q     Then why do we even have your
 7    report?
 8         A     Because my role and function, as
 9    I see it, is to aid the trier of fact.  I
10    have a body of knowledge that the trier of
11    fact generally doesn't have.
12               I have a body of knowledge that
13    many people don't have.  And all I'm doing is
14    I'm sharing that data with the trier of fact.
15         Q     You would agree with me that
16    reasonable minds can differ - -
17         A     Sure.
18         Q     - - as to your - - your numbers
19    - - whatever your numbers were with respect to
20    the first aspect, the - - the - -
21         A     Loss of earning capacity?
22         Q     - - the loss of earning capacity.
23    Certainly, reasonable minds can differ as to
24    that.
25         A     Yes.
```

```
 1        Q    And so it's certainly subjective
 2   to that extent, correct?
 3        A    Yes.
 4        Q    And you would agree with me as
 5   well that reasonable minds can differ with
 6   respect to the kind of medical care, the
 7   frequency of that medical care for Shawn
 8   Pouliot as determined by Dr. Thompson.
 9        A    I'm assuming that's correct.  You
10   know, but again, I'm out of my realm right now.
11        Q    I'm not asking you to make a
12   determination as to the medical care or the
13   frequency, but one of the things that
14   Vocational Economics, Inc.  does is provide
15   when requested life care plans.
16        A    Yes.
17        Q    And you're the boss - - one of the
18   bosses of Vocational Economics, Inc., right?
19        A    Yes.
20        Q    And so would you agree with me
21   then that in doing that kind of thing that
22   Vocational Economics, Inc. does, even if
23   Gamboa himself is not doing that, because
24   you're not the doc, that there is -- that
25   reasonable minds can differ with respect to
```

```
 1    what those numbers are in a life care plan?
 2          A     Sure.
 3          Q     Okay.  Let me take you back to
 4    page one of 14 of Dr. Thompson's report.
 5    Again, I just want to be clear.  We had
 6    gotten off into a discussion of life
 7    expectancies.
 8                If you look at the second entry
 9    on one of 14, see where it says physiatrist
10    pain management?
11          A     Yes.
12          Q     Dr. Thompson said that that's
13    needed now to life expectancy and life
14    expectancy, 42.5 years.
15          A     Right.
16          Q     He pegs the annual cost of that at
17    $654.00, I think, to - - or a range between
18    $654.00 and fourteen twenty-two.  Do you see
19    that?
20          A     I do.
21          Q     And is the phase cost simply the
22    $654.00 times 42.5 to arrive at the overall
23    cost over the time?
24          A     Give me one minute and I can
25    answer that for you.
```

```
 1          Q      And I'm not trying to be cute
 2   with you.  I can tell you I actually did the
 3   math on that particularly one.
 4          A      I love it when we save time.
 5          Q      Well, I did the math and 654
 6   times 42.5 - -
 7          A      Yes.
 8          Q      - - is 27,795, which is the
 9   bottom part of his range in the phase cost.
10          A      Yes.
11          Q      Okay.  So you'd agree with me
12   that the phase cost is simply, at least on
13   this chart, the annual cost times the 42.5
14   years of life expectancy.
15          A      Yes, on that particular item.
16   Sometimes the phase is less than the life
17   expectancy.
18          Q      That's a fair point.  If the
19   duration of the medical care called for by Dr.
20   Thompson is the life expectancy - - is needed
21   from now till life expectancy, it's the annual
22   cost times 42.5.
23                 If it's something less than life
24   expectancy, it's going to be multiplied by
25   something less than 42.5.
```