```
1         A      Yes.
2         Q      I'm just trying to understand the
3   numbers, just how they work.
4         A      Yes.
5         Q      Okay, fine.
6         A      And so that phase which you asked
7   earlier, that's, in effect, duration.
8         Q      Okay.
9         A      If his life expectancy is 42
10  years, it might be just for 10 years.
11        Q      Can we call phase cost cost over
12  time of the duration?
13        A      Sure.
14        Q      Okay.
15        A      Sure.
16        Q      I'm just trying to make sure we
17  understand what the numbers are.  All right.
18  If you look further in Dr. Thompson's report,
19  he kind of has a second landscape chart that
20  he presents.  The one that I'm looking at is
21  on page two of nine, a little further.
22        A      Page two of nine?
23        Q      Yeah.  Let me see if I can help
24  you.  No, it's beyond what you have here in
25  front of you.
```

1	A	If I could see that - -
2		MR. OSWALD:  Can we go off the
3	record just a second.
4		(OFF THE RECORD)
5		THE WITNESS:  So you're going to
6	what page of nine?
7		MR. OSWALD:  Let me refer you to
8	Exhibit Three.
9		THE WITNESS:  Yes.
10		MR. OSWALD:  Okay.  And I'm
11	referring you to another kind of
12	landscape chart that appears in the
13	back of Exhibit Three and I'm looking
14	at page two of nine.
15		THE WITNESS:  I'm with you.
16		MR. OSWALD:  Okay?
17	BY MR. OSWALD:
18	Q	Now, what is the relationship
19	between this chart that we're looking at on
20	page two of nine and the earlier charts that
21	we were looking at that was, I think, out of
22	14?
23	A	The easiest way to explain this
24	is to go to the very last page - -
25	Q	Okay.

1   A       - - page nine.
2   Q       Nine of nine?
3   A       Yes.
4   Q       Got it.
5   A       Now, in nine of nine you'll
6   notice that it says base case one - -
7   Q       Yeah, I had a question about
8   that, but maybe you can answer it.  Go ahead.
9   A       There's only one base case on
10  this.  Sometimes there are two or three, but
11  there's only one base case.  In other words,
12  in some plans there might be a - - a base
13  case one would be home care, base case two
14  would be institutional care.
15          So you have two different
16  scenarios.
17  Q       Okay.  And what is the base case
18  here?
19  A       There's only one.
20  Q       Okay.
21  A       Yeah.  Now, you recall that - -
22  Q       And the number one refers to the
23  fact that there is only one base case?
24  A       Yes.
25  Q       Okay.  If there were two base

```
 1    cases, we'd see base case, paren, two, close
 2    paren.
 3         A    Right.
 4         Q    Okay.
 5         A    Now, you may recall that we talked
 6    about 5.2 to 6.5 as present value if we're
 7    using a pure offset?
 8         Q    Right.
 9         A    Now, under current cost - - we use
10    current cost to differ - - current cost is the
11    same thing as present value and you probably
12    should call it present value one and present
13    value two.
14         Q    Can I ask you to stop right there
15    - -
16         A    Sure.
17         Q    - - because you're getting ahead
18    of where I'd like to go.  I do want to get
19    there, but I want to fill in a couple of
20    little stepping stones first.
21              A minute ago we were looking at a
22    landscape format chart as part of Dr.
23    Thompson's report where it was pages one, two,
24    et cetera, of 14.
25         A    Yes.
```

1  Q    I'm now referring you - - and we
2  talked about that a little bit.  I'm now
3  referring you to a second landscape chart
4  which is apparently pages one out of nine, and
5  the page we're looking at, in fact, is page
6  two of nine.
7  A    Yes.
8  Q    All I'm asking you, a very simple
9  question, what is the relationship between
10 those two charts?  Is one of the charts kind
11 of a working chart that then gets transposed
12 into a final chart?
13 A    Almost.  It's half and half.  In
14 other words - -
15 Q    Okay.  Again, to make things
16 clear, which is which and how does it work?
17 There's two charts in Dr. Thompson's report.
18 I'm just trying to figure out what the heck's
19 going on.
20 A    Sure.
21 Q    Okay.  And if I could ask you
22 actually to refer to Dr. Thompson's report,
23 which is Exhibit Three.
24 A    Yes.  You'll notice in Dr.
25 Thompson's report - - ahh, I see.  We did

```
 1    something a little unusual in this case.
 2    There is no difference between this document
 3    and one of nine in this document. They're one
 4    in the same.
 5         Q    Hang on a second. We're losing
 6    each other. Let me back up.
 7         A    Okay.
 8         Q    I don't think I'm being clear.
 9    Let me refer you just to Exhibit Three, okay?
10         A    Yes.
11         Q    Earlier on in Exhibit Three we
12    were looking at - - you said you nothing - -
13    you, Gamboa, had nothing to do with pages one
14    through nine, that was Thompson.
15         A    I shouldn't have said that.
16         Q    Okay. Well, we'll correct that
17    in a second.
18         A    Okay.
19         Q    In any event, pages one through
20    nine, you agree with me, are the narrative - -
21         A    Let me just make sure that I spoke
22    correctly just then. Were you - - oh, this is
23    pages one through 14. Now I'm confused. You
24    just referred to pages one through nine.
25         A    Correct.
```

```
1        Q      Okay.
2        A      And if I said that I had nothing
3  to do with pages one through nine - -
4        Q      No, sir.  Perhaps this is me.
5  Let's back up a step and take a deep breath.
6  We spoke in Exhibit Three - - back up even
7  one more step.  Exhibit Three is Dr.
8  Thompson's report, we agree.
9        A      Yes.
10       Q      The first nine or so pages of that
11 document is text and you testified that you,
12 Gamboa, didn't have any input into that text,
13 that that text was Dr. Thompson, right?
14       A      That is correct.
15       Q      Now, immediately after those nine
16 pages we see a chart entitled Life Care Plan
17 for Shawn Pouliot - -
18       A      Yes.
19       Q      - - with the first page marked
20 page one of 14.
21       A      Yes.
22       Q      You with me?
23       A      I am.
24       Q      I'm going to ask you not to look
25 at anything else - -
```

```
1         A    Okay.
2         Q    - - because I think it's going to
3    be clearer if you'll stick with me.  We spoke
4    a little bit about annual costs and phase
5    costs a minute ago and you - -
6         A    Yes.
7         Q    - - explained that to me.  If
8    you go further into Dr. Thompson's report, you
9    come to a second landscape format chart, the
10   first page of which actually says two of nine.
11             Do you see where I'm indicating?
12        A    I do.
13        Q    And this is a landscape format
14   that says Life Care Plan for Shawn Pouliot,
15   also, okay?
16        A    Yes.
17        Q    Just like the first chart that we
18   saw, pages one to 14.
19        A    Yes.
20        Q    My simple question to you is what
21   is the interrelationship between the first
22   chart we saw, page one through 14, and the
23   second chart as part of the report, which is
24   pages apparently two through nine?
25             What's the relationship between
```

```
1    these two charts?
2         A     They're identical except for one
3    column.
4         Q     Okay.
5         A     It's the last column.
6         Q     That is to say the last column on
7    the chart numbered pages two through nine.
8         A     Yes.
9         Q     And that column is for present
10   value.
11        A     Calculation.
12        Q     I see.
13        A     And Dr. Thompson had nothing to
14   do with that.  He did have something to do
15   with the next to last column.
16        Q     The current cost column?
17        A     Yes.
18        Q     Okay.  Let me just back you up a
19   second.  When you say that those two charts,
20   that is to say the one through 14, on the one
21   hand, and the two through nine, on the other
22   hand, they're identical, in fact, they're not
23   identical, are they?
24              If you actually examine the
25   charts, they have different columns and
```

```
 1    somewhat different information; is that
 2    correct?
 3         A     Not really.  What would happen
 4    was that it was formatted on a computer, items
 5    were put in and you received, as a part of
 6    the life care plan, information that you
 7    shouldn't have received.
 8               You'll notice how this is now
 9    marked Gamboa, Jones.
10         Q     And you're referring to a
11    document that is a July 30th, 2004, letter to
12    Michael Stratton?
13         A     Right, which is identical to this.
14         Q     That you're referring to a
15    different letter - -
16         A     No, it's the same letter.
17         Q     Okay.  Go ahead.
18         A     Yeah.  In other words, this
19    information - -
20         Q     That is to say the information on
21    the chart from pages two through nine.
22         A     Yes, everything from July 30,
23    2004 to the end, all of that should not have
24    been given to you.  That was a mistake.
25         Q     Why not?
```

```
 1        A      Because that has nothing to do
 2   with Dr. Thompson.  That has to do with the
 3   present value calculation that I performed.
 4        Q      Okay.  It should not have been
 5   given to us as part of Dr. Thompson's report,
 6   but it still should have been given to us as
 7   part of what you did.
 8        A      Precisely.
 9        Q      Okay.
10        A      Otherwise, it gets confusing.
11        Q      You might say.  So then the chart
12   that we see, pages two through nine, is that a
13   chart that you, Gamboa, worked with as opposed
14   to a chart that Thompson worked it?
15        A      That's right.
16        Q      Got it.
17        A      And, in fact, if you asked Dr.
18   Thompson, what does current cost mean and what
19   does present value mean, he might not even
20   know.
21        Q      That's why I'm asking you.
22        A      Yeah.  He's responsible for the
23   annual cost information.
24        Q      Okay.  Let's focus then, if we can
25   now - - seeing as we've made an adequate
```

```
 1    massacre of that, let's see if I can simplify
 2    a little bit.  Let me focus your attention on
 3    the chart that goes from pages two through
 4    nine --
 5         A     Okay.
 6         Q     -- and one I'm looking at is, in
 7    fact, page two of nine.
 8         A     Okay.
 9         Q     You with me?
10         A     Yes.
11         Q     And I'm on Exhibit Three.  The
12    first column is under item, correct?
13         A     Yes.
14         Q     You, Gamboa, had nothing to do
15    with that column.
16         A     Right.
17         Q     That's all Thompson.
18         A     Right.
19         Q     Second column is rate.  That is
20    all Thompson.
21         A     No.
22         Q     That's Gamboa.
23         A     Yes.
24         Q     Okay.  What does that column
25    indicate?
```

```
 1         A      That column indicates that
 2   historical trends for various types of items,
 3   health and medical care items, as well as
 4   inflation, that the growth rate for those
 5   items varies.
 6         Q      So let me take you back to page
 7   two of nine.  Under the first item, rate, it
 8   says HS.  HS refers to what?
 9         A      HS refers to - -
10         Q      What does HS stand for?  Simple
11   question.
12         A      I'm going to give you a simple
13   answer.
14         Q      High school.
15         A      No.  Good guess.
16         Q      Herbert Schwartz.
17         A      HS refers to Hospital & Related
18   Services.
19         Q      Okay.  And you're referring to the
20   column in Table 1 - -
21         A      Yes.
22         Q      - - entitled Hospital & Related
23   Services.
24         A      Yes.
25         Q      I see.  So if you go back to
```