1     page two of nine, thoracolumbar spine surgery

2     falls under the category of Hospital & Related

3     Services for purposes of this analysis.

4              A       Yes.

5              Q       The next word says MD fee, doctor

6     fee.  It says CMP; do you see that?

7              A       Yes.

8              Q       What is that referring to?

9              A       That refers to compensation.

10             Q       And again, what you're referring

11    to Table 1 which appears immediately before

12    page two of nine in Exhibit Three.

13             A       That's right.

14             Q       Okay.  I'm just trying, for

15    posterity's sake here, to make sure that this

16    is crystal clear.  Okay.  Do you see the next

17    column, ANALS?  What is that referring to?

18             A       It simply refers to all - - in

19    other words, all of those line items are

20    simply geared to the growth pattern and

21    hospital services and the discount factor

22    which would be long-term.

23             Q       What does ANALS stand for?

24             A       Analysis.  Do you recall how I

25    made reference to the fact that at the very

1    end of the report there's base case one,

2    sometimes there is a second option?

3         Q    Yes.

4         A    Okay.  This line item - -

5         Q    You're talking about spine

6    surgery in the first line item?

7         A    - - right - - is specifically to

8    the only analysis that was performed in this

9    case.  Sometimes - -

10        Q    I see.  So it's going to be all in

11   every case - -

12        A    Right.

13        Q    -- - because you only had one base

14   case.

15        A    Right.

16        Q    Fine.  Let's move on.  Duration,

17   now to life expectancy, for example, in the

18   thoracolumbar spine surgery, that again is

19   Thompson, not Gamboa.

20        A    Correct.

21        Q    Years, 42.5, again in that first

22   item, that's Thompson or Gamboa, or both?

23        A    Both.

24        Q    Okay.  When that number changes,

25   as you see it does further down, is that

1    Thompson or Gamboa or both?

2        A    It's Thompson.  He's saying,

3    like, for instance, he looked at a urine

4    analysis - -

5        Q    I understand.  So I should ask

6    Thompson about those numbers.

7        A    Yes.

8        Q    Okay.  I'm just trying to - -

9        A    He defined the frequency,

10    basically, is what it boils down to.

11        Q    Okay.  So the next column,

12    frequency, that's Thompson.

13        A    Right.

14        Q    Annual cost, that's Thompson.

15        A    Right.

16        Q    Current cost; is that Thompson?

17        A    It could be if he wanted it to be.

18    There's nothing magical about multiplication.

19    I mean, all we're doing is multiplying the

20    annual cost times the duration.

21        Q    But who did that multiplication?

22        A    We did it on a computer.

23        Q    No, but my question is is it

24    Gamboa or Thompson who did that?

25        A    I'm not even sure he's seen this

1    part of the life care plan.  I can tell you

2    that it was done by my case manager because

3    that's how we produce present value

4    calculations.

5         Q    Okay.  And then the final column,

6    present value, in the first case,

7    thoracolumbar spine surgery, you have a range

8    of 78,000 to 95,000, give or take.

9         A    Right.

10        Q    That last column, present value,

11   that's you, Gamboa, correct?

12        A    It is, but it's present value

13   Gamboa as one of two present value figures

14   that I'm going to give the trier of fact.

15        Q    Well, in this case where is the

16   second present value figure that you're going

17   to give the - - I mean, you're not talking

18   about the range as the two values, correct?

19        A    Right.  Yeah, I'm talking about

20   something different.  What I'm saying is that

21   the last two columns represent present value.

22        Q    Right.  The last two columns

23   represent - - current cost and present value

24   represent present value?

25        A    Yes.

1      Q      What's the difference between
2  those columns?
3      A      Excellent.  I'm going to show
4  you.  One second, sir.  That's a present value
5  figure - -
6      Q      You're looking at page nine of
7  nine now.
8      A      Right.  That's the summation of
9  all those rows.
10     Q      Right.
11     A      The first one where it says
12  current cost - -
13     Q      Right.
14     A      - - that's present value using a
15  pure offset.
16     Q      So current cost - -
17     A      Is the same as present value with
18  a pure offset.
19     Q      Equals present value using a pure
20  offset method.  And how does that differ from
21  the present value that's in the last column?
22     A      In the last column, when we look
23  at the line item, for instance - - we'll just
24  stay right here on - -
25     Q      The first one?

1    A    Yes.

2    Q    Thoracolumbar spine surgery?

3    A    Thoracolumbar - -

4         MS. O'DONNELL:  Thoracolumbar.

5         MR. OSWALD:  Thank you.

6         THE WITNESS:  Thoracolumbar spine

7    surgery.  This is something that will

8    require some hospitalization.  So we're

9    growing the ABM, okay, you know, in

10   terms of - - we're growing the item in

11   terms of the long-term cost of - - in

12   terms of the growth.

13        I'm not saying that very

14   artfully.  Let me start all over again.

15        MR. OSWALD:  Okay.  But let's be

16   concrete and let's focus on - -

17        THE WITNESS:  Sure.

18        MR. OSWALD:  - - that first

19   entry.  I think that's a good idea.

20        THE WITNESS:  Absolutely.  You'll

21   notice that present value in the very

22   last column on that spine surgery - -

23        MR. OSWALD:  Yes.

24        THE WITNESS:  - - you'll notice

25   that it's greater than the present

1          value using a pure offset.

2                    MR. OSWALD:  Yes.

3                    THE WITNESS:  Now, the reason

4          that it's greater is that if you

5          examine the escalation or the increase

6          on average over the long haul, over a

7          42 and a half year period of time, the

8          Hospital & Related Services, you'll

9          notice that it comes in at 7.5 percent.

10                   MR. OSWALD:  Okay.

11                   THE WITNESS:  That's long-term.

12    BY MR. OSWALD:

13         Q     And you're referring to Table 1

14    here again.

15         A     Yes.

16         Q     Okay.

17         A     Now, you'll notice that also

18    during that same period of time the discount

19    rate or the return on a risk-free investment

20    defined as a 91-day treasury bill - -

21         Q     T-bill, right, okay.

22         A     - - that comes in at five percent.

23         Q     So you've got a difference of two

24    and a half percent - -

25         A     Right.

```
1            Q       - - more or less.
2            A       Right.  Now, that - -
3            Q       Are you saying that the present
4    value in that last column represents 2.5 times
5    the current cost?
6            A       No, not exactly, but that's pretty
7    close.  The present value formula, okay,
8    without getting into the intricacies of the
9    formula because I'm sure you're not really
10   into that, but if you just conceptualize it
11   for a second, the numerator, okay, the
12   numerator on the item, the annual cost item,
13   the numerator is 7.5 percent.  That's the
14   increase in hospital services, 7.5 percent.
15               The discount factor, which is the
16   denominator in the formula, is five percent.
17   Now, you're running this out over a forty
18   some-odd year period of time, so you're
19   growing and discounting by year.
20               But if the growth factor is
21   greater than the discount factor, the present
22   value is going to be greater than what it
23   would be if you're using a pure offset because
24   with a pure offset, the growth factor is
25   identical to the discount factor.
```

1          Q      And it doesn't have an effect.

2          A        That's right.  But when you're

3    doing this, it has a profound effect.  Look at

4    how profound we're talking about with a

5    present value difference between 45,000 and

6    55,000 as opposed to 78,000 to 95,000.

7          Q      Well, let me ask you about that

8    profound effect there because I have a couple

9    of questions with respect to that.

10               I'm not trying to put words in Dr.

11    Thompson's mouth, but he's basically saying

12    here, would you agree, that Shawn Pouliot

13    needs thoracolumbar spine surgery once?  He's

14    going to need this kind of spine surgery,

15    right?  That's what he's saying, right?

16         A      Yes.

17         Q      And that if he were to get this

18    surgery tomorrow, it would cost between 45

19    thousand and 55 thousand bucks.

20         A        That's right.

21         Q      So why do you, Gamboa, in

22    calculating the present value, extend out a

23    surgery over 42.5 years - - let me ask a

24    better question.

25               If Shawn Pouliot gets this surgery

1    that's recommended by Dr. Thompson tomorrow,

2    the cost is 45 to 55 thousand dollars,

3    correct, not 78 to 95 thousand dollars?

4          A      That's correct.

5          Q      So how can you justify a 78

6    thousand to 95 thousand dollar present value?

7          A      Because it's an unknown in terms

8    of when the surgery will occur and short-term

9    versus long-term is the way in which we look

10   at the historical patterns.

11         Q      So are you saying that, for

12   example, the high end of your range, the 95

13   thousand and change number, that would be the

14   amount if he were to get this spine surgery

15   done 42 years from now?

16         A      No, not exactly.  What we're

17   doing with that line item is this.  One, if he

18   has the surgery tomorrow - -

19         Q      Correct.

20         A      - - the cost would be in the

21   range of 45 to 55 thousand dollars.

22         Q      And you would agree with me that

23   the present value, if he were to get the

24   surgery tomorrow, would also be 45,000 to

25   55,000 dollars, correct?

1      A      That's what I'm saying, yes.

2      Q      Okay.

3      A      Okay.  So, because it's an

4  unknown and because we grow and discount based

5  on 10 years as the cutoff, we're simply

6  running this out in terms of the formula over

7  the entire 42 years.

8      Q      So what you're doing, just to be

9  clear, when something needs to be done once,

10  according to Dr. Thompson, you don't know

11  whether that one-time procedure, for example,

12  is going to take place tomorrow for Shawn

13  Pouliot or 42 and a half years from now, right?

14      A      That's right.

15      Q      And therefore, because you don't

16  know, you are saying that you, Gamboa, spread

17  it out over the 42 and a half years because

18  you don't know what year that single procedure

19  is going to fall in, correct?

20      A      That's correct.

21      Q      But you would agree with me that

22  if that procedure, for example, the spine

23  surgery we've been talking about, if that

24  happens tomorrow or the day after tomorrow or

25  in the near future, that the number, the

1    present value number is significantly less

2    than the 78 thousand to 95 thousand dollar

3    figure, correct?

4         A       That's right.  It's overstated in

5    the range of 30 dollars to - - 30 to 40

6    thousand dollars, it's overstated.

7         Q       Okay.  And that's true with

8    respect to any of the items on this particular

9    chart, pages two through nine; is that correct

10   to say?

11        A       That would be true for any of the

12   one-time items that are on this chart.  I

13   think it is important to point out that if the

14   surgery were to take place, instead of

15   tomorrow, 10 years from now or let's say nine

16   years from now, that I'd be growing using the

17   short-term rate of 5.5 and discounting at 4.2.

18                So the present value would be

19   still be slightly greater - -

20        Q       But it would be significant even

21   10 years from now.  In the case of the spine

22   surgery, the present value for the cost of

23   that surgery would be significantly lower than

24   the 78,000 to 95,000 dollar range that you

25   give.

1          A       That's correct.

2          Q       Okay.  So - - I'm just trying to

3     put plain English language onto this - - the

4     present value calculation that you do is, in

5     fact, a scenario that tries to take into

6     account all possibilities in terms of timing

7     of these procedures because you don't know

8     when they are going to occur.

9          A       That's right.

10          Q       Isn't it fair to say, though,

11     that Dr. Thompson wants this spine surgery - -

12     doesn't he, in fact, say in his report that

13     this spine surgery should happen sooner rather

14     than later?

15          A       I don't recall that.

16          Q       Okay.  Isn't it fair to assume

17     that this spine surgery, if it happens, is

18     going to happen sooner rather than later in

19     order for Shawn Pouliot to get the purported,

20     you know, benefits of it?

21          A       That's a medical question.  But

22     let's just assume for a moment that he does

23     want this surgery to take place within the

24     next two years, okay?  Then those numbers are

25     overstated.

1           Q       Okay.  And then you would agree

2     with me that the final number, the total

3     number that you pointed out on page nine of

4     nine, in the present value calculation, those

5     numbers, again, would be significantly

6     overstated if, in fact, these procedures that

7     we were talking about take place on the

8     earlier side of things rather than on the

9     later side of things?

10          A       That would be true specifically

11    for that one-time item, yes, or any one-time

12    item, that's right.

13          Q       Okay.  For any one-time item.

14    Okay.  Let's take a different example if we

15    can.  Back to page two of nine.

16          A       Okay.

17          Q       If you look about one, two - -

18    if you look about 13, 14 items down.  Do you

19    see an entry for IVP?

20          A       Yes.

21          Q       Do you know what IVP stands for?

22          A       No.

23          Q       Let's not talk about that one

24    then.

25          A       I believe it's an intravenous

```
 1    type of thing, isn't it?
 2           Q      That's all right.  We'll talk
 3    about something else.
 4           A      We can go with that.  That's a
 5    medical service.
 6           Q      No, let me talk about something
 7    different just so that we can compare apples
 8    to apples.  Do you see the entry for urine
 9    culture and sensitivity?
10           A      Yes.
11           Q      About 10, 11 items down?
12           A      Yes.
13           Q      Again, the rate is MS.  All, we
14    talked about that.  That's says now to life
15    expectancy.  Again, life expectancy is listed
16    there at 42.5, right?
17           A      Yes.
18           Q      Now, that is something that needs
19    to be done annually.
20           A      Yes.
21           Q      Okay.  And the annual cost of
22    that is, according to Dr. Thompson, 91 bucks
23    and change.
24           A      No, you're - -
25           Q      I'm sorry, I skipped - -
```

1          A       Yeah, you're off a line.  One

2     twenty-one fifty.

3          Q       Is 121.50.

4          A       Right.

5          Q       Okay.  The current cost of 5,164

6     represents - - does it represent $121.50 times

7     42.5?

8          A       Yes.

9          Q       Okay.  And then what does the

10    present value of 4,736 represent?

11                 MS. O'DONNELL:  No, you're down

12          one.

13                 MR. OSWALD:  I'm sorry.  I

14          apologize.

15    BY MR. OSWALD:

16          Q       Of 6,536, what does that present

17    value represent?

18          A       That present value represents the

19    present value, if it's assumed that past

20    patterns of growth long-term for medical

21    services which come in at 6.1 percent, and I'm

22    getting that from the previous page, occurs

23    into the future and the discount rate

24    long-term is five percent.

25                 So we're growing at six percent,

1    discounting by five percent.  The present

2    value is greater than if use a pure offset.

3            Q        Okay.  Fair enough.  Okay.  In the

4    frequency column on that chart, again that's

5    not you, that's Dr. Thompson, right?

6            A        Right.

7            Q        Do you know why in certain of the

8    entries under frequency he calls for things,

9    for example, a - -

10           A        Cystoscopy?

11           Q        - - a cystoscopy - - thank you -

12    - at four-year intervals or annually?  Do you

13    know why he does that?

14           A        You really need to ask him that

15    question.

16           Q        I will, sir, and I'm not trying

17    to be cute or difficult, but do you have an

18    understanding of why he does that?

19           A        No.

20           Q        Okay.  Fair enough.

21           MR. OSWALD:  Do you want to just

22           take a short break?

23                (OFF THE RECORD)

24    BY MR. OSWALD:

25           Q        Mr. Gamboa, I'd like to turn your

1    attention back to your vocational economic

2    assessment for Shawn Pouliot, your report.

3              Attorney Grady had asked you

4    several questions about the Vocational

5    Economic Rationale that appears, I believe,

6    some six pages into your report.  Can you turn

7    to that for a second?

8         A    Sure.

9         Q    Now, did I hear you - - and that

10    Vocational Economic Rationale covers some 11

11    or 12 pages; is that correct?

12        A    Yes, I believe that's right.

13        Q    Okay.  Did I hear you say

14    correctly that the firm of Vocational

15    Economics, Inc. has been using that Vocational

16    Economic Rationale for about the past year?

17        A    The - -

18        Q    In this form, I mean.

19        A    The specific narrative that you're

20    looking at - -

21        Q    Correct.

22        A    - - I believe was revised somewhat

23    about a year ago.

24        Q    Okay.

25        A    But we had been using a rationale

1    for 10, 12 years.

2         Q        Right.  And I think that you said

3    that you were the one who took the first - -

4    drafted the first rationale and it's been

5    updated or it's been modified since that time

6    some years ago when you first did it; is that

7    right?

8         A        Yes, it's been expanded to

9    include more information.

10        Q        Okay.  Now, the - - so, in other

11   words, this Vocational Economic Rationale that

12   appears here, the 12 pages, that is not

13   something specific to your case study of Shawn

14   Pouliot, that is something that you include in

15   any vocational economic assessment that you

16   are asked to perform; is that fair to say?

17        A        Yes.

18        Q        So another attorney who asked you

19   to perform one of these vocational economic

20   assessments in a different case, at least

21   right now, would get the same 12 pages as we

22   see here as part of your Vocational Economic

23   Rationale.

24        A        Yes.

25        Q        Okay.  Now, the first five pages

1    of your vocational economic assessment, the

2    full report, are the first five pages specific

3    to this case that you've been asked to give an

4    expert opinion on?

5            A    Yes.

6            Q    Okay.  Now, certainly the

7    information contained in that is specific

8    because not every plaintiff is named Shawn

9    Pouliot, I mean, to state the obvious, but do

10   you use the same format for other vocational

11   economic assessments that you perform for

12   other individuals?

13           A    Yes.

14           Q    Okay.  So if you look at the first

15   page, not the cover letter but the first page,

16   other cases have the same format with date of

17   report, date of birth, date of interview, et

18   cetera, et cetera.

19           A    That's right.

20           Q    And is that true for all of the

21   different categories that are listed in the

22   first five pages?  I think that those

23   categories are listed in bold face on the

24   left-hand side.

25           A    That's right.

1          Q       Okay.   Now, in this particular

2     instance you did two analyses, the first

3     analysis listed on page two and there's a

4     second analysis listed on page three, correct?

5          A       Yes.

6          Q       In one sentence, what is the

7     difference between those first and second

8     analyses?

9          A       The first is a proxy and the

10    second represents his actual earnings for the

11    two years prior to injury.

12         Q       Okay.  When you say a proxy in

13    the - - you're referring to the first

14    analysis, right?

15         A       Yes.

16         Q       What do you mean by a proxy?

17         A       Something that is a good

18    representation of lifetime earning capacity.

19         Q       Okay.  And where did you get that

20    from?  Where does that proxy, so to speak,

21    come from?

22         A       The Occupational Outlook

23    Handbook.  It represents the average earnings

24    of truck drivers who are earning in the top 10

25    percent of the population.

1       Q       Okay.  And why did you choose the
2    top 10 percent of the population?
3       A       Because his actual earnings were
4    at that level.
5       Q       Well, when you say actual
6    earnings, you're referring then back to the
7    1999 and 2000 tax returns?
8       A       Yes.
9       Q       So, in fact, this first analysis
10   is, itself, somewhat dependent upon the 1999
11   and 2000 tax returns as well, just like the
12   second analysis is.
13      A       Somewhat, but I think I need to
14   give you some clarification on that.
15      Q       It is to the extent that you
16   place him in the 90th percentile, correct?
17      A       Not really.
18      Q       Well, I thought you just
19   testified that you placed him in the 90th
20   percentile based upon the 1999 and 2000 tax
21   returns; am I wrong?
22      A       I did.
23      Q       Okay.  Then isn't it dependent
24   upon the 1999 and 2000 tax returns?
25      A       I would do the same thing if I

1    had only the 1999 tax returns.

2         Q    You would agree with me that the

3    first analysis you put him in the 90th

4    percentile based upon the 1999 and 2000 tax

5    returns - -

6         A    Yes.

7         Q    - - correct?  Okay.  Would you

8    agree with me that in coming up with the

9    vocational economic assessment for Shawn

10   Pouliot that you did that you would try to get

11   as much information as you possibly could

12   about Shawn and about his circumstances to

13   render your opinion?

14        A    Yes.

15        Q    You'd agree with me, just as a

16   general matter, more information is better

17   than less information?

18        A    Generally speaking, yes.

19        Q    Is there any time that you can

20   think of more information being not better

21   than less information?

22        A    Well, as a matter of fact, yes.

23        Q    What?

24        A    I think there are some instances

25   where people become some inundated with

1  information that they render themselves

2  incapable of making a decision.

3       Q     In the vocational economic

4  assessments that you do, do you ever find

5  yourself so inundated with information that

6  you can't make the economic assessment that

7  you're being asked to?

8       A     That's never happened.

9       Q     Okay.  That's never happened.

10 How many vocational economic assessments have

11 you ever done?

12      A     Thousands.

13      Q     Literally - - more than 5,000?

14      A     Probably, yes.

15      Q     Between five and 10 thousand, do

16 you think?

17      A     Probably closer to 10,000.

18      Q     How many of those have done for

19 tractor-trailer drivers who were involved in a

20 catastrophic accident?

21      A     Those are - -

22      Q     Other than Shawn Pouliot.

23      A     I'd be hard pressed to give you a

24 number.  I'd be guessing.  I can tell you that

25 this is not the first over-the-road

1    tractor-trailer driver that's totally disabled

2    in an occupational sense and he's certainly

3    not the first to be severely or

4    catastrophically injured.

5         Q     And when you say that, you mean

6    that you have provided an economic assessment

7    for.

8         A     Right.

9         Q     He's clearly not the first guy to

10   get in an accident.  But how many do you

11   think you've done in circumstances similar to

12   Shawn Pouliot, of those five to 10 thousand?

13        A     I would really be guessing to

14   give you a number like that.

15        Q     Right, but are we talking two or

16   are we talking a dozen or are we talking - -

17        A     A dozen or more, I'd say.

18        Q     Okay.

19        A     I'm talking about catastrophically

20   injured over-the-road tractor-trailer drivers.

21        Q     Would one of the pieces of

22   information that you would like to have be

23   other - - similar type economic assessments

24   that other individuals have performed on a

25   particular individual?