UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT,<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:02 CV 1302 (DJS)<br>) |
| PAUL ARPIN VAN LINES, INC.<br>and ARPIN LOGISTICS, INC.,<br>　　Defendants and Third Party Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) DECEMBER 15, 2003<br>) |
| THE FESTO CORPORATION, MICHAEL<br>D. KOVAC, d/b/a TRANS-EXPO<br>INTERNATIONAL, ERICA RAMIREZ,<br>IN HER CAPACITY AS EMPLOYEE OF<br>TRANS-EXPO INTERNATIONAL,<br>　　Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS**

The plaintiff discloses the following expert witness who will testify in the above matter:

**IDENTITY OF EXPERT**

Dr. Lawrence J. Forman
8585 Sunset Drive
West Atrium
Miami, FL 33143

**SUBJECT MATTER OF TESTIMONY**

Mr. Forman is a rehabilitation expert who will testify as to the future cost of habilitation and rehabilitation of Shawn Pouliot concerning his needs for future care, treatment and living

assistance, and concerning the costs associated with these needs. Further, he will testify as to the loss of earnings, future employment options, and loss of services in the home.

### SUBSTANCE OF FACTS AND OPINIONS

Mr. Forman will testify concerning the future needs of Shawn Pouliot and the cost of his future needs as are more fully described in the continuing care report developed by Mr. Forman.

### BASIS OF OPINION

Mr. Forman will testify, based upon his education, training and experience in the field of rehabilitation and habilitation. He will further base his testimony on information obtained from the medical and other care providers for the plaintiff and upon his knowledge of the treatment and care options available for and appropriate to Shawn Pouliot based on his experience in the field of habilitation and rehabilitation.

He will further base his testimony on Mr. Pouliot's life expectancy, work life experience, education, past work experience, and future employment options.

The complete substance of Mr. Forman's opinions and grounds for his opinions are found in the attached reports. For the purposes of preparing this report, Mr. Forman reviewed the following documents:

- ❖ Interview of client by Comprehensive Rehabilitation Consultants, Inc.
- ❖ Interview of client by Lawrence S. Forman, M.Ed., J.D., C.R.A., C.R.C., C.V.E., C.C.M., C.D.M.S.

- <u>Dictionary of Occupational Titles</u>
- <u>Occupational Outlook Handbook,</u> 2002-2003
- <u>Classification of Jobs</u>
- <u>The Revised Handbook for Analyzing Jobs</u>
- Adjustment to Injury Scale completed by Shawn Pouliot
- Job Description completed by Shawn Pouliot
- Medical Needs & Physical Assessment form completed by Frederick Slezak, M.D., General Surgeon
- Medical Needs & Physical Assessment form completed by James Johnston, M.D., Family Practice
- Medical Needs & Physical Assessment form completed by Joseph S. Dankoff, M.D., Urology
- Medical Needs & Physical Assessment form completed by Steven A. Cremer, M.D., Physiatry
- Cost of Food at Home estimated for Food Plans at Four Cost Levels, October 2002, U.S. Average, United States Department of Agriculture
- <u>Guides to the Evaluation of Permanent ImpairmentGuides to the Evaluation of Permanent Impairment</u>, Fifth Edition. Chicago: American Medical Association, November, 2000
- <u>Physicians' Desk Reference</u>, 56th Edition, Medical Economics Company, 2002

Records and/or depositions:

- Edwin Shaw Rehabilitation Hospital (records)
- Income Tax Return (records)
- Interrogatories
- James Johnston, D.O. (records)
- Jeffrey S. Tharp, D.O., Orthopedic Spine Surgery (records)
- Joseph S. Dankoff, M.D., Urology (records)
- Muntzra K. Qadri, M.D., Psychiatry (records and deposition)
- Shawn L. Pouliot (deposition)
- Steven Cremer, M.D., Physiatry (records)
- Waterbury Hospital Health Center (records)
- Summa Health Systems/Akron City Hospital (records)

The attached reports are preliminary and may be amended.

THE PLAINTIFF

By: _____
Michael A. Stratton (CT 08166)
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Phone: (203) 624-9500
Fax:   (203) 624-9100
E-mail: mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via Federal Express, on this 17th day of December, 2003, to:

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

**Susan O'Donnell, Esq.**
**Halloran & Sage, LLP**
One Goodwin Square
Hartford, CT 06103

**James R. Oswald, Esq.**
**Adler, Pollock & Sheehan, PC**
2300 Financial Plaza
Providence, RI 02903-2443

_____
Michael A. Stratton



**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

# Shawn Pouliot

| | |
|---|---|
| Disability: | Spinal Cord Injury |
| Sex: | Male |
| Date of Injury: | 10/23/01 |
| Date of Birth: | 5/21/70 |
| Work Life Expectancy: | 34 Yrs |
| Age at Time Of Injury: | 31 Yrs |
| Age at Time Report Prepared: | 33 Yrs |

The following report on Shawn Pouliot is based on the information available to Comprehensive Rehabilitation Consultants, Inc. as of May 29, 2003.

Any additional information or documentation received that is not currently available may alter the report.

**DRAFT**

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

HABILITATION AND
REHABILITATION SERVICES

HEALTHCARE
MANAGEMENT

RESEARCH AND
EVALUATION SERVICES

VOCATIONAL
REHABILITATION






# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES
## PERTAINING TO THE NEEDS OF THE DISABLED

### DEFINITIONS

**As Needed** — Indicates an item or service more likely than not (more than 50% chance) will be required. The time the item or service will be needed and the frequency cannot be determined.

**If Needed** — Indicates an item or service may (less than 50% chance) be required, but the frequency cannot be determined.

**If Able** — Indicates the viewpoint that with optimum care, the individual may be able to use or benefit from a particular item or service.

**Life 1 x** — Indicates that an item or service must be purchased only one time, however, the age when the item or service will be purchased or provided cannot be determined.

**If/when Wife/Husband no longer able or available** — Indicates a service will be required at the time when spouse is no longer physically or psychologically able, or unavailable due to death, divorce or another circumstance. the services for which this has been written can include the cost beginning approximately at the spouse's normal life expectancy

**Cost** — All costs are listed as cost per item (unless otherwise stated.) for example:

"Platelet Count Life 2 x Yr $72"
Indicates each Platelet Count costs $72,
And therefore an annual cost will total $144.00


DRAFT



HABILITATION AND
REHABILITATION SERVICES

HEALTHCARE
MANAGEMENT



RESEARCH AND
EVALUATION SERVICES




VOCATIONAL
REHABILITATION




*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES PERTAINING TO THE NEEDS OF THE DISABLED

### DEFINITIONS (CONTINUED)

Annual Evaluation — A multi-interdisciplinary approach to evaluating an individual from a medical, therapeutic, and equipment perspective. All the required evaluations will be performed in one setting and will be conducted on either an inpatient or outpatient basis. The numerous professionals involved will meet with each other in order to best prepare recommendations for the individual. They will present these recommendations to the family and to others involved with providing treatment to the individual.

Medical Evaluation — Visit by a new or established patient for evaluation and management services, to include taking a comprehensive history, performing a comprehensive examination, and making either straightforward, moderately complex, or highly complex medical decisions. Visit may also include identification of risk factors, and ordering of appropriate laboratory and/or diagnostic procedures.

Medical Care — Visit to a medical practitioner for the purposes of discussing a problem, receiving prophylactic vaccination, receiving specific treatment of a disease, injury or residual state, or to prevent recurrence of disease or injury.

Household Services — An individual who provides assistance with activities such as grocery shopping, meal planning, meal preparation and clean up. These services also include light day-to-day tasks, such as laundry and ironing, vacuuming, cleaning bathroom and kitchen, dusting, and changing bed linens, etc.



DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION





*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES
### PERTAINING TO THE NEEDS OF THE DISABLED

## DEFINITIONS (CONTINUED)

**Housekeeper** — An individual who provides assistance with activities requiring heavy cleaning, i.e., washing windows, mopping floors, heavy dusting, cleaning refrigerator, cupboards, scrubbing showers/tubs, etc.

**Level of Care** — The Continuum of Care attempts to reflect those needs over and above what the individual would have needed had he/she not been in his/her present condition.

DRAFT










HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Medical Evaluations | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Orthopedic Spine Specialist | For 2-3 yrs | 1 x yr | | $ 392.00 | | |
| | Then-life | As needed | | $ 392.00 | | |
| Orthopedic | Now | 1 x | | $ 100.00 | | |
| | Then-life | As needed | | $ 100.00 | | |
| Physiatric | Life | 1 x yr | | $ - | | Included in cost of annual assessment |
| Psychiatric | Now | 1 x | | $ 195.00 | | To evaluate need for medication |
| Registered Dietician | Life | 1 x yr | | $ - | | Included in cost of annual assessment |
| Urological | Life | 1 x yr | | $ - | | Included in cost of annual assessment |

DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

1



COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Diagnostic Tests | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Comments |
|---|---|---|---|---|---|
| Magnetic Resonance Imaging (MRI)-Thoracic Spine | Life | Ev 3-5 yrs | $1,350.00 | $1,642.00 | |
| Renal Ultrasound | Life | 1 x yr | | $ - | Included in cost of annual assessment |
| Urodynamics | Life | As needed | | $1,000.00 | |
| Magnetic Resonance Imaging (MRI)-Left Shoulder | Life | 1 x | $1,498.00 | $1,931.00 | |
| X-Ray (Left Shoulder) | Now | 1 x | $133.00 | $175.00 | |
| | Then-life | As needed | $133.00 | $175.00 | |

DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 



Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

2

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Therapeutic Evaluations | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Biofeedback (Neuro-Muscular Re-Education) | Now | 1 x | | $ 140.00 | | If clinically appropriate |
| Environment/Home Survey | Life | 1-2 x | | $ 275.00 | | |
| Functional Electrical Stimulation (FES) | Life | 1 x | | $ 140.00 | | If clinically appropriate |
| Occupational Therapy | Life | 1 x yr | | $ - | | Included in cost of annual assessment |
| Physical Therapy | Life | 1 x yr | | $ - | | Included in cost of annual assessment |
| Recreation Therapy | Life | 1-2 x | | $ 140.00 | | |
| Psycho-Social | Life | 1 x yr | | $ - | | Included in cost of annual assessment |
| Psychological | For 3-5 yrs Then-life | 1 x yr Ev 5 yrs | $ 1,135.00 $ 1,135.00 | $ 1,305.00 $ 1,305.00 | | |
| Annual Assessment At SCI Rehab Center | Life | 1-2 dys/yr outpatient | $ 1,455.00 | $ 1,475.00 | Yr | |
| Vocational Assessment | After he is released to work | 1 x | | $ 800.00 | | |

DRAFT

HABILITATION AND REHABILITATION SERVICES    HEALTHCARE MANAGEMENT    RESEARCH AND EVALUATION SERVICES    VOCATIONAL REHABILITATION

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

3







**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Medical Care | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Flu Vaccine | Now-50 | 1 x yr | | $ 16.00 | | |
| Pneumovax 23 | Now-65 | 1 x ev 7 yrs | $ 25.00 | $ 45.00 | | |
| General Surgeon | Life | As needed | | $ 60.00 | | |
| Hospitalization | Life | 2-4 dys/yr | $ 561.00 | $ 1,834.00 | Dy | Represents cost of room and board only. Additional charges may be added. |
| Internist | Life | 1 x yr | | $ 65.00 | | |
| Orthopedic Spine Surgeon | After fusion surgery | 10-12 x for 1-2 yrs | | $ 50.00 | | |
| Physiatrist | Life | 2 x yr | $ 80.00 | $ 101.00 | | |



DRAFT



HABITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

4



### Comprehensive Rehabilitation Consultants, Inc.

**Research and Evaluation Services Pertaining to the Needs of the Disabled**
**Continuum of Care for Shawn Pouliot**

| Laboratory Procedures | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Urinalysis | Life | 2-3 x yr | $ 23.00 | $ 39.00 | | |
| Urine Culture And Sensitivity | Life | 2-3 x yr | $ 67.00 | $ 87.00 | | |


HABILITATION AND
REHABILITATION SERVICES


HEALTHCARE
MANAGEMENT


RESEARCH AND
EVALUATION SERVICES


VOCATIONAL
REHABILITATION



DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

5

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Surgical Procedures | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Thoracolumbar Fusion & Removal Of Hardware | Now | 1 x | | $ 50,000.00 | | |
| Decubitus Ulcers | Life | As needed | $ 15,876.00 | $ 45,360.00 | | |
| Contractive Deformities | Life | If needed | $ 20,475.00 | $ 27,825.00 | | |
| Penile Implant | Life | 1 x | | $ 17,500.00 | | If needed due to injury |

DRAFT

6

HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION








*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| **In-Patient Rehabilitation** | | | | | | |
| Intensive Rehabilitation At SCI Program | In a yr | For 2-4 wks | | $ 1,500.00 | Dy | To upgrade his independent skills |
| Airfare-Client To/From: Stow, OH | In a yr | 1 x | $ 243.00 | $ 273.00 | Rt | |

DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

7

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Therapy (All Therapies 50 Wks/Yr Unless Otherwise Stated) | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Functional Electrical Stimulation (FES) | After eval | 3 hrs/wk for 10-12 wks | | $ 140.00 | Hr | If appropriate |
| Physical Therapy | 4 mos | 2-3 hrs/wk | $ 142.00 | $ 150.00 | Hr | |
| | Then-life | 4-6 hrs/yr | $ 142.00 | $ 150.00 | Hr. | |
| Physical Therapy | After fusion surgery | 2-3 hrs/wk for 6 wks | $ 142.00 | $ 150.00 | Hr | |
| Occupational Therapy | 2-3 mos | 1-2 hrs/wk | $ 142.00 | $ 150.00 | Hr | |
| Recreation Therapy | After ea eval | 4-6 hrs | | $ 140.00 | Hr | |
| Individual Counseling | 1-2 yrs | 2-4 hrs/mo | $ 100.00 | $ 110.00 | Hr | |
| | Then-life | 80-120 hrs | $ 100.00 | $ 110.00 | Hr | |
| Swimming/Aquatic Therapy | 1 yr | 3 hrs/wk for 3 mos | | $ 180.00 | Hr | |
| | Then-life | 6-8 hrs/yr | | $ 180.00 | Hr | |
| Vocational Counseling | After eval | 1 hr/wk for 4-6 wks | | $ 75.00 | Hr | |
| Group Counseling | 1-2 yrs | 1-2 hrs/mo | | $ - | | Local support group for individuals with spinal cord injury. Provided at no cost. |

HABILITATION AND REHABILITATION SERVICES 

HEALTHCARE MANAGEMENT 

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 

DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

8

## COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Support Care | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Attendant | Now-50 | 12-15 hrs/wk | $ 14.00 | $ 17.00 | Hr | |
| | 51-60 | 4-6 hrs/dy | $ 14.00 | $ 17.00 | Hr | |
| | 61-70 | 6-8 hrs/dy | $ 14.00 | $ 17.00 | Hr | |
| Attendant/Live-in | 71-life | 5 dys/wk 50 wks/yr | | $ 44,375.00 | Yr | |
| Attendant/Relief Live-in | 71-life | 2 dys/wk 50 wks/yr plus 15 dys | | $ 20,470.00 | Yr | If single/widowed |
| Food And Related Expenses For Live-In | 71-life | 52 wks/yr | $ 45.76 | $ 53.57 | Wk | |
| Automobile Maintenance | Life | 2 hrs/mo | $ 30.00 | $ 45.00 | Mo | |
| Case Manager | Life | 2-4 hrs/mo | | $ 85.00 | Hr | |

DRAFT

HABILITATION AND REHABILITATION SERVICES 

HEALTHCARE MANAGEMENT 

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 



Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

9

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Support Care | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Housekeeper | Until youngest child's 12th birthday | 26 wks/yr 2 dys/mo | $ 65.00 | $ 75.00 | Dy | Not needed when live-in housekeeper is present. Child's D.O.B.: 8/2/00 |
|  | Then-life | 4-6 hrs/dy 2-4 dys/mo | $ 65.00 | $ 75.00 | Dy |  |
| Live-in Housekeeper/ Child Care Specialist | Until youngest child's 12th birthday | 7 dys/wk 26 wks/yr | $ 11,000.00 | $ 13,000.00 | Yr | Child's D.O.B.: 8/2/00 This is based on the assumption that joint custody will be granted and the children will be living with him. Frequency could change pending custody outcome. |
| Home Maintenance | Life | 2-4 hrs/mo |  | $ 30.00 | Hr |  |
| Lawn Maintenance/ Snow Removal | Life | Monthly | $ 100.00 | $ 140.00 | Mo |  |



DRAFT

HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT



RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION



*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757