# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Support Care | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Attendant | After fusion surgery and decubitus ulcers surgery | 8-16 hrs/dy for 2-4 wks | $ 14.00 | $ 17.00 | Hr | |

DRAFT


HABILITATION AND
REHABILITATION SERVICES


HEALTHCARE
MANAGEMENT


RESEARCH AND
EVALUATION SERVICES


VOCATIONAL
REHABILITATION

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Ancillary Services | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Membership In National Spinal Cord Association | Life | Yearly | | $ 25.00 | Yr | |
| Subscriptions To Educational Materials: Paraplegia News | Life | 1 x yr | | $ 23.00 | Yr | |
| Sports And Spokes | Life | 1 x yr | | $ 21.00 | Yr | |

12






HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Residence Acquisition | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| 3 Bedroom 2 1/2 Bath | | | | | | |
| Sale Price | Life | 1 x | | $ 149,900.00 | | |
| Down Payment (10%) | | 1 x | | $ 14,990.00 | | |
| Amount Financed (Current Rate) | | | | $ 134,910.00 | | |
| Monthly Payment (PITI) | | Monthly | | $ 1,290.00 | Mo | |
| Offset For Current Or Estimated Reasonable Pre-Injury Monthly Payment | | Monthly | | $ 950.00 | Mo | |
| Difference In Monthly Payment | 30 yrs | Monthly | | $ 340.00 | Mo | |

DRAFT



HABITATION AND REHABILITATION SERVICES    HEALTHCARE MANAGEMENT    RESEARCH AND EVALUATION SERVICES    VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Home and/or Work Modifications | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Built-In Shower/ Roll-In Shower | Life | 1 x | $ 2,999.00 | $ 4,999.00 | | |
| Extended Driveways | Life | 1 x | | $ 600.00 | | |
| Extended Garage | Life | 1 x | $ 1,000.00 | $ 1,500.00 | | |
| Extended Walkways | Life | 1 x | | $ 600.00 | | |
| Extra Exit Door | Life | 1 x | | $ 949.00 | | |
| Garage Door Opener | Life | 1 ev 5-7 yrs | | $ 450.00 | | |
| Install Ramps | Life | 1 x | $ 240.00 | $ 2,000.00 | Ea | |
| Install Tile Floors | Life | 1 x | | $ 5,500.00 | | |
| Intercom | Life | 1 x | | $ 600.00 | | |
| Lower Light Switches | Life | 1 x | | $ 66.00 | Ea | |
| Modify Bathroom | Life | 1 x | $ 1,414.00 | $ 1,539.00 | | |
| Modify Closets | Life | 1 x | $ 320.00 | $ 1,300.00 | Ea | |
| Modify Kitchen | Life | 1 x | $ 2,965.00 | $ 8,065.00 | | |
| Ramp (Portable) | Life | 1 ev 10 yrs | | $ 159.00 | | |
| Security System | Life | 1 x | | $ 3,500.00 | | |
| Security System Monitoring | Life | Monthly | | $ 25.00 | | |

DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT



RESEARCH AND EVALUATION SERVICES



VOCATIONAL REHABILITATION



*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073



**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Home and/or Work Modifications | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Comments |
|---|---|---|---|---|---|---|
| Shower/Thermostat Control | Life | 1 x | | $ 320.00 | | |
| Tilt Mirrors | Life | 1 x | | $ 175.00 | | |
| Widen Doorways | Life | 1 x | $ 860.00 | $ 952.00 | | |

DRAFT

15

HABILITATION AND REHABILITATION SERVICES 

HEALTHCARE MANAGEMENT 

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

## COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Equipment for Activities for Daily Living | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Wheelchair Scale | Life | 1-2 x | | $ 427.14 | | Harrell Medical | |
| Hand Held Shower Spray | Life | 1 ev 5-7 yrs | | $ 26.95 | | Sammons/ Preston | |
| Long Handled Back Scrub Brush | Life | 1 x yr | | $ 16.95 | | Sammons/ Preston | |
| Safety Bath Chair | Life | 1 ev 5-7 yrs | | $ 64.95 | | Sammons/ Preston | |
| Raised Toilet Seat | Life | 1 ev 5-7 yrs | $ 17.95 | $ 64.95 | | Sammons/ Preston | |
| Toilet Safety (Versa) Frame | Now | 1 x | | $ 42.95 | | Sammons/ Preston | |
| Shoehorn (Long) | Life | 1 ev 5 yrs | | $ 6.95 | | Sammons/ Preston | |
| Reacher | Life | 1 ev 5 yrs | $ 11.95 | $ 14.95 | | Sammons/ Preston | |
| Dressing Stick | Life | 1 ev 5 yrs | $ 4.95 | $ 12.95 | | Sammons/ Preston | |



DRAFT


HABILITATION AND REHABILITATION SERVICES


HEALTHCARE MANAGEMENT


RESEARCH AND EVALUATION SERVICES


VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016  16
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

**Research and Evaluation Services Pertaining to the Needs of the Disabled**
**Continuum of Care for Shawn Pouliot**

| Equipment for Activities for Daily Living | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Alternating Pressure Mattress | Life | 1 ev 7-10 yrs | | $ 5,040.00 | | Invacare | |
| Adult Standing Table | Adult | 1 x | $ 945.00 | $ 1,095.00 | | Sammons/ Preston | |
| Inspection Mirror (Para) | Life | 1 ev 5-7 yrs | | $ 20.95 | | Sammons/ Preston | |

DRAFT

17


VOCATIONAL REHABILITATION


RESEARCH AND EVALUATION SERVICES


HEALTHCARE MANAGEMENT

HABILITATION AND REHABILITATION SERVICES

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Orthopedic Equipment | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Back Brace/Corset | Life | Yearly | | $ 33.31 | | Alimed | |
| Bunny Boot Foot Support | Life | 1 ev 3-5 yrs | | $ 29.99 | Ea | Alimed | |
| Jobst Stockings (Thigh High) | Life | 4 prs/yr | | $ 104.00 | | Klein Pharmacy | |
| Heel Protectors (Pads) | Life | As needed | | $ 22.99 | Ea | Alimed | |
| Cervical Pillow | Life | 1 x yr | | $ 34.95 | | Klein Pharmacy | |

DRAFT

HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION








*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Mobility Equipment/ Accessories | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Quickie | Life | 1 ev 2-3 yrs | $ 1,395.00 | $ 3,400.00 | | Sunrise Medical | |
| E Motion Power Assisted Wheel System | Life | 1 ev 10 yrs | | $ 5,999.00 | | Frank Mobility Systems | |
| Batteries for E Motion Power Assist Wheel System | Life | 1 pr ev 2 yrs | | $ 395.00 | Pr | Frank Mobility Systems | |
| Battery Charger for E Motion Power Assist Wheel System | Life | 1-2 x | | $ 750.00 | | Frank Mobility Systems | |
| Anti-Tip Tubes | Life | As needed | | $ 85.00 | Pr | Sunrise Medical | |
| Backpack | Life | 1 x yr | | $ 50.00 | Ea | Sunrise Medical | |
| Spoke Guards | Life | 1 pr/yr | | $ 90.00 | Pr | Sunrise Medical | |

HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757







## COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot.

| Mobility Equipment/ Accessories | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Tool Kit | Life | 1 x yr | | $ 25.00 | | Sunrise Medical | |
| Tires | Life | 2 x yr | | $ 55.00 | Ea | Sunrise Medical | |
| Transfer Board | Life | 1 ev 5 yrs | $ 24.95 | $ 99.00 | | Sears | |
| Ro-Ho Air Cushion W/Pump & Cushion Cover | Life | 1 ev 2 yrs | | $ 309.00 | | Medship Direct | |
| Upholstery | Life | Yearly | $ 50.00 | $ 100.00 | Yr | Health Care Solutions | |
| Service For Power Wheelchair | Age 61-life | 4-6 hrs/yr | | $ 45.00 | Hr | Health Care Solutions | |
| Service For Manual Wheelchair | Life | 2-4 hrs/yr | | $ 45.00 | Hr | Health Care Solutions | |

DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION








# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

**Research and Evaluation Services Pertaining to the Needs of the Disabled**
**Continuum of Care for Shawn Pouliot**

| Transportation | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Emergency Roadside Assistance | Life | Yearly | | $ 56.00 | Yr | AAA | |
| Celluiar Phone | Life | 1 ev 5 yrs | | $ 49.00 | | Alltel | |
| Cellular Phone Service | Life | Monthly | | $ 19.95 | Mo | Alltel | |
| Van Lift Maintenance | Life | Yearly | $ 150.00 | $ 250.00 | Yr | Advantage Mobility | |
| Handicapped Parking Permit | Life | Ev 5 yrs | | $2.75 | | Bureau of Motor Vehicles | |
| Van W/Conversions & Modifications (Driver) | Life | Ev 5-7 yrs | $ 48,000.00 | $ 60,000.00 | | Ocean Conversions | The value of a vehicle that the client had or would have had, if one purchased, is to be subtracted from this figure. |

DRAFT




HABILITATION AND REHABILITATION SERVICES


HEALTHCARE MANAGEMENT


RESEARCH AND EVALUATION SERVICES


VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

### Research and Evaluation Services Pertaining to the Needs of the Disabled
### Continuum of Care for Shawn Pouliot

| Transportation | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Insurance Coverage (Difference From A Non-Converted Car/Van) | Life | Yearly | $ 100.00 | $ 200.00 | Yr | State Farm | |

DRAFT

HABILITATION AND REHABILITATION SERVICES 

HEALTHCARE MANAGEMENT 

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Personal Items | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Aloe Vesta | Life | Monthly | | $ 4.75 | | Klein Pharmacy | |
| Blood Pressure Monitor | Life | 1 ev 5-7 yrs | | $ 89.95 | | Klein Pharmacy | |
| Stethoscope | Life | 1 ev 5-7 yrs | | $ 200.00 | | Klein Pharmacy | |
| Purell Hand Sanitizer | Life | 2 btls/mo | | $ 7.90 | Ea | Klein Pharmacy | |
| Baby Wipes | Life | 1 bx/mo | | $ 12.00 | Bx (240) | Klein Pharmacy | |
| Male Urinals | Life | 2 x yr | | $ 20.00 | Ea | Klein Pharmacy | |
| Surgilube | Life | 1 bx/mo | | $ 28.00 | Bx (144) | Klein Pharmacy | |
| Non-Sterile Gloves | Life | 1 bx/mo | | $ 60.00 | Bx (60) | Klein Pharmacy | |
| Sterile Gloves | Life | 1 bx/mo | | $ 60.00 | Bx (60) | Klein Pharmacy | |

DRAFT



HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757