Research and Evaluation Services
Pertaining to the Needs of the Disabled
## Continuum of Care for Shawn Pouliot

**COMPREHENSIVE REHABILITATION CONSULTANTS, INC.**

| Personal Items | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Betadine Solution | Life | 1 btl/mo | | $ 20.00 | Btl | Klein Pharmacy | |
| Intermittent Catheter | Life | 1 bx ev 6 wks | | $ 400.00 | Bx (200) | Klein Pharmacy | |
| NS Powder | Life | 1 x mo | | $ 15.00 | | Klein Pharmacy | |
| Ensure Plus | Until reaches desirable weight | 1 case/mo | | $ 72.00 | Cs (48) | Klein Pharmacy | |
| | Then-life | As needed | | $ 72.00 | Cs (48) | Klein Pharmacy | |
| Leg Bags | Life | 1 bag/wk | | $ 28.00 | 4 | Klein Pharmacy | |
| Waterproof Tape | Life | 1 bx/mo | | $ 60.00 | Bx (12) | Klein Pharmacy | |
| Extension Tubing for Leg Bag | Life | 2 rolls ev 2 mos | | $ 12.00 | 2 | Klein Pharmacy | |
| Stomahesive Wafer | Life | 1 wafer ev 5 dys | | $ 68.70 | Bx (10) | Klein Pharmacy | |





VOCATIONAL REHABILITATION


RESEARCH AND EVALUATION SERVICES




HEALTHCARE MANAGEMENT


HABILITATION AND REHABILITATION SERVICES

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016 24
(212) 370-5564
Fax: (212) 906-2757

COMPREHENSIVE
REHABILITATION
CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Personal Items | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | From | To | Per | | |
| Drainage Bag | Life | 1 bag ev 5 dys | | $ 32.10 | Bx (10) | Klein Pharmacy | |
| Adhesive Wipe | Life | 1 bx/mo | | $ 10.95 | Bx (54) | Klein Pharmacy | |

DRAFT


VOCATIONAL REHABILITATION


RESEARCH AND EVALUATION SERVICES


HEALTHCARE MANAGEMENT




HABILITATION AND REHABILITATION SERVICES

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 906-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Prescription Medications (These or other similar medications as prescribed) | Age Over Which Services Will Be Provided | Frequency | Cost | | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | | | |
| Celexa 20 mg | Life | 1 x dy | | $ 81.45 | 30 | Klein Pharmacy | |
| Ultracet 200 mg | Life | 3 x dy | | $ 97.84 | 90 | Klein Pharmacy | |
| Neurontin 400 mg | Life | 2 tabs 3 x dy | | $ 305.71 | 180 | Klein Pharmacy | |
| Prilosec 40 mg | Life | 1 x dy | | $ 214.07 | 30 | Klein Pharmacy | |
| Xanax .5 mg | Life | 2 x dy | $ 10.99 | $ 69.99 | 60 | Walgreens | |
| Zanaflex 50 mg | Life | 2 x dy | | $ 108.06 | 60 | Klein Pharmacy | |
| Alprazolam 0.5 mg | Life | 1/2 tab/dy | | $ 36.66 | 15 | Klein Pharmacy | |
| SSD 1% Cream 50 gm | Life | 1 tube ev 2 mos | | $ 12.01 | Tube | Klein Pharmacy | . |
| Lioderm Patch 5% | Life | Monthly | | $ 83.07 | | Klein Pharmacy | |

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016 26
(212) 370-5544
Fax: (212) 986-2757











HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Prescription Medications (These or other similar medications as prescribed) | Age Over Which Services Will Be Provided | Frequency | Cost | | | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | Per | | |
| Hydrocodone/APP 5/500 | For 3 mos | 2 x dy | | $ 34.78 | 60 | Klein Pharmacy | |
| Roxicet 5/325 | Life | As needed | | $ 19.01 | | Klein Pharmacy | |




VOCATIONAL REHABILITATION


RESEARCH AND EVALUATION SERVICES


HEALTHCARE MANAGEMENT




HABILITATION AND REHABILITATION SERVICES

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 596-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016 27
(212) 376-5544
Fax: (212) 596-2757

COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
**Continuum of Care for Shawn Pouliot**

| Leisure/Recreation/ Exercise Equipment | Age Over Which Services Will Be Provided | Frequency | Cost From | Cost To | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| Adaptive Recreation Program | Life | 1 x yr | $ 125.00 | $ 900.00 | | | |
| ERGYS II Home Rehab System | Life | Ev 10 yrs | | $ 12,750.00 | | Therapeutic Alliances | |
| Cartridge for ERGYS II | Life | 1 x yr | | $ - | | Therapeutic Alliances | Cost included in system, if clinically appropriate |
| Cartridge Reprogrammed For ERGYS II | Life | 3 x yr | | $ - | | Therapeutic Alliances | Cost included in system, if clinically appropriate |
| Electrode Kit (Electrode Patches, Electrodes, Transpore Tape And Buffered Gel) | Life | 1-3 x yr | | $ 247.00 | Kit | Therapeutic Alliances | If clinically appropriate |
| Stimwear | Life | 2 sets/yr | | $ 395.00 | Set | Therapeutic Alliances | If clinically appropriate |



DRAFT

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016-2B
(212) 376-5544
Fax: (212) 986-2757










VOCATIONAL REHABILITATION

RESEARCH AND EVALUATION SERVICES

HEALTHCARE MANAGEMENT

HABILITATION AND REHABILITATION SERVICES

COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Research and Evaluation Services
Pertaining to the Needs of the Disabled
Continuum of Care for Shawn Pouliot

| Leisure/Recreation/ Exercise Equipment | Age Over Which Services Will Be Provided | Frequency | Cost | | Per | Vendor | Comments |
|---|---|---|---|---|---|---|---|
| | | | From | To | | | |
| Mats | Life | Ev 3 yrs | $ 139.00 | $ 199.00 | | Sammons/ Preston | |
| Wet Vest | Life | 1 x yr | | $ 269.00 | | Flaghouse | |
| Pulley System | Life | Ev 7 yrs | $ 459.00 | $ 899.00 | | Sammons/ Preston | |
| Restorator | Life | Ev 7 yrs | $ 229.00 | $ 329.00 | | Sammons/ Preston | |
| Restorator Exercise Set | Life | Ev 7 yrs | | $ 79.00 | | Sammons/ Preston | |
| Bowling Adapters | Life | Ev 12 yrs | $ 93.00 | $ 245.00 | | Access To Recreation | |













HABILITATION AND REHABILITATION SERVICES

HEALTHCARE MANAGEMENT

RESEARCH AND EVALUATION SERVICES

VOCATIONAL REHABILITATION

*Florida*
*8585 Sunset Drive*
*West Atrium*
*Miami, Florida 33143*
*(305) 595-8232*
*Fax: (305) 598-1073*

*New York*
*275 Madison Avenue*
*Suite 2400*
*New York, New York 10016*
*(212) 370-5564*
*Fax: (212) 986-2757*

29

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## EMPLOYMENT SECTION: SHAWN POULIOT

### Pre-Injury Vocational Development Options

At the time of the injury, October 23, 2001, Mr. Pouliot was self-employed as owner/operator of a truck. Mr. Pouliot's business consisted of leasing his truck to trucking companies. He began this business in 1998. Mr. Pouliot worked eighty hours per week. Mr. Pouliot's job duties consisted of picking up and delivering freight across the country. Upon delivery, he had to set up the freight, which required him to lift fifty pounds or more. According to his 2000 tax return, his gross receipts were $160,328 with his net receipts $80,287. However, as Mr. Pouliot was self-employed, he would have incurred expenses in operating his truck. These would have included, but would not have limited to: gas, maintenance and repairs, insurance, supplies, taxes, and licenses. As with any new business, there were a number of start up costs. Some of these costs stop after a period of time and some of these costs eventually convert to assets. In addition, as the business continued and the start up costs diminish, the ability to draw a higher salary increases. It should also be noted that, as with any business, there were expenses that do not show up as salary, but can be taken as benefits. Individuals,



DRAFT




HABILITATION AND
REHABILITATION SERVICES

HEALTHCARE
MANAGEMENT



RESEARCH AND
EVALUATION SERVICES



VOCATIONAL
REHABILITATION



*Florida*
8505 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

1

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

who are self-employed will over a period of time, if successful, develop within the business a client base, goodwill and a business that can be sold.

According to information from the Classification of Jobs, the job of truck driver, heavy is considered to be medium with a Specific Vocational Preparation level of 4 (requiring over three months up to and including six months). This is considered semi-skilled work. The General Education Development for this job is as follows: Reasoning, level 3: apply commonsense understanding to carry out instructions furnished in written, oral or diagrammatic form; Mathematics, level 2: add, subtract, multiply, and divide all units of measure. Perform the four operations with like common and decimal fractions. Compute ratio, rate and percent. Draw and interpret bar graphs. Perform arithmetic operations involving all American monetary units; and Language, level 2: Reading: passive vocabulary of 5,000-6,000 words. Read at rate of 190-215 words per minute. Read adventure stories and comic books, looking up unfamiliar words in dictionary for meaning, spelling and pronunciation. Read instructions for assembling model cars and airplanes. Writing: write compound and complex sentences, using cursive style, proper end punctuation, and employing adjectives and adverbs. Speaking: speak



VOCATIONAL REHABILITATION



RESEARCH AND EVALUATION SERVICES

HEALTHCARE MANAGEMENT

HABILITATION AND REHABILITATION SERVICES

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5564
Fax: (212) 986-2757



# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

clearly and distinctly with appropriate pauses and emphasis, correct pronunciation, variations in word order, using present, perfect and future tenses.

Mr. Pouliot left school during the tenth grade and later obtained his General Education Diploma in 1986. In 1995, he attended Career Driving and Learning and obtained his CDL. Mr. Pouliot enjoyed working as a truck driver and was interested in doing this line of work until he retired at age 67 in May 2037.



**HABILITATION AND REHABILITATION SERVICES**



**HEALTHCARE MANAGEMENT**



**RESEARCH AND EVALUATION SERVICES**



**VOCATIONAL REHABILITATION**



*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5564
Fax: (212) 986-2757

3



# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## Post-Injury Vocational Development Options and Recommendations

Shawn Pouliot has not sought employment since the date of his injury October 23, 2001.

Glenn Taylor, M.D., diagnosed Mr. Pouliot on November 7, 2001:

- Burst fracture L1 with complete spinal cord injury and paraplegia.

James Johnston, D.O., Family Practice, stated in the Medical Needs and Physical Assessment form dated February 20, 2003:

- Mr. Pouliot has not reached maximum medical improvement.
- Mr. Pouliot is not released to work at this time.
- Patient is unable to do sedentary type work as defined on the Medical Needs and Physical Assessment form.
- He is unable to walk, bend, squat, climb, kneel, twist, stand, balance, crawl, and stoop.
- He is able to lift up to five for two hours.
- He can push, pull, and reach or work above his shoulders from a seated position for two hours each.
- He can sit up to eight hours.
- He is restricted from working outdoors and in the cold.
- He has partial restriction from working indoors, heat, wet/humidity, noise, fumes and odors.
- Recommends going to college when mentally capable.



**HABILITATION AND REHABILITATION SERVICES**



**HEALTHCARE MANAGEMENT**



**RESEARCH AND EVALUATION SERVICES**



**VOCATIONAL REHABILITATION**



*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 596-1073

4

COMPREHENSIVE
REHABILITATION
CONSULTANTS, INC.

Steven Cremer, M.D., Physiatry, stated in the Medical Needs and Physical Assessment form dated February 28, 2003:

- Mr. Pouliot has not reached maximum medical improvement, however, it is anticipated that he will reach it in June 2004.
- Mr. Pouliot has a 92% disability rating to his body as a whole.
- He is not released to work at this time. It is anticipated that he will be released to full-time sedentary type work on June 1, 2004.
- He is unable to walk, bend, squat, climb, kneel, twist, stand, balance, crawl, and stoop.
- He can reach or work above his shoulders for one hour.
- He can lift up to ten pounds, push and pull (based on wheelchair accessibility) up to two hours each.
- He can sit up to eight hours with breaks.
- He has partial restriction to working indoors, working outdoors, cold, heat, wet, humid and noise.

His physicians have not released Mr. Pouliot to work at this time. He will need to be reassessed in June 2004 to determine if he is able to return to work at that time. If he is able to return to work at that time, he will need to work in a sedentary position. Having worked as a truck driver, Mr. Pouliot could use his knowledge as a truck driver to work as a dispatcher. According to Occupational Employment Statistics Bureau of Labor Statistics, 2000, Ohio Statewide, the annual salary for Dispatcher, Motor Vehicle, is $30,180. According to information from the Classification of Jobs, the job of dispatcher, motor vehicle is considered to be sedentary with a Specific Vocational Preparation level of 4 (requiring over three months up to and including six months). This is considered semi-skilled work. The General Education Development



HABILITATION AND
REHABILITATION SERVICES



HEALTHCARE
MANAGEMENT



RESEARCH AND
EVALUATION SERVICES



VOCATIONAL
REHABILITATION




DRAFT

Florida
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

New York
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5554
Fax: (212) 966-2757

## COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

for this job is as follows: Reasoning, level 3: apply commonsense understanding to carry out instructions furnished in written, oral or diagrammatic form; Mathematics, level 2: add, subtract, multiply, and divide all units of measure. Perform the four operations with like common and decimal fractions. Compute ratio, rate and percent. Draw and interpret bar graphs. Perform arithmetic operations involving all American monetary units; and Language, level 3, Reading: read a variety of novels, magazines and encyclopedias. Read safety rules, instructions in the use and maintenance of shop tools and equipment, and methods and procedures in mechanical drawing and layout work. Writing: write reports and essays with proper format, punctuation, spelling, and grammar, using all parts of speech. Speaking: speak before an audience with poise, voice control, and confidence, using correct English and well-modulated voice.

Society does not easily accept people with disabilities and many handicapped people such as Mr. Pouliot encounter prejudicial attitudes when looking for a job. Handicapped individuals such as Mr. Pouliot have a harder time finding and keeping suitable employment because employers are afraid that the handicapped employee will re-injure themselves on the job and/or not be able to work to an acceptable speed.



HABILITATION AND
REHABILITATION SERVICES



HEALTHCARE
MANAGEMENT



RESEARCH AND
EVALUATION SERVICES




VOCATIONAL
REHABILITATION

DRAFT

6

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5564
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

Dr. Johnston recommended Mr. Pouliot attend college when mentally capable. It is unknown at this time whether or not Mr. Pouliot would be successful in a community college setting. He could attempt to attend and obtain a two-year associate degree. According to the Digest of Education Statistics, 2001, a male with an associate degree earns $41,638 per year.

If and when Mr. Pouliot is released to work, he could attempt to find employment as a dispatcher or similar position. He could attempt to work until age 67 in May 2037. He may find it necessary to retire five to seven years earlier if medical complications set in.



7





VOCATIONAL REHABILITATION



RESEARCH AND EVALUATION SERVICES



HEALTHCARE MANAGEMENT



HABILITATION AND REHABILITATION SERVICES

*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES
### PERTAINING TO THE NEEDS OF THE DISABLED

RE:  **Shawn Pouliot**

## INFORMATION REVIEWED TO PREPARE THIS REPORT

Interview of Client by Comprehensive Rehabilitation Consultants, Inc.

Interview of Client by Lawrence S. Forman, M.Ed., J.D., C.R.A., C.R.C., C.V.E., C.C.M., C.D.M.S.

Dictionary of Occupational Titles

Occupational Outlook Handbook, 2002-2003

Classification of Jobs

The Revised Handbook for Analyzing Jobs

Adjustment to Injury Scale completed by Shawn Pouliot

Job Description completed by Shawn Pouliot




**HABILITATION AND REHABILITATION SERVICES**


**HEALTHCARE MANAGEMENT**


**RESEARCH AND EVALUATION SERVICES**


**VOCATIONAL REHABILITATION**

**Florida**
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

**New York**
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5564
Fax: (212) 986-2757

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES PERTAINING TO THE NEEDS OF THE DISABLED

### RE: __Shawn Pouliot__

## INFORMATION REVIEWED TO PREPARE THIS REPORT (CONT'D)

Medical Needs & Physical Assessment form completed by Frederick Slezak, M.D., General Surgeon

Medical Needs & Physical Assessment form completed by James Johnson, D.O., Family Practice

Medical Needs & Physical Assessment form completed by Joseph S. Dankoff, M.D., Urology

Medical Needs & Physical Assessment form completed by Steven A. Cremer, M.D., Physiatry

Cost of Food at Home estimated for Food Plans at Four Cost Levels, October 2002, U.S. Average, United States Department of Agriculture

Guides to the Evaluation of Permanent Impairment, Fifth Edition. Chicago: American Medical Association, November, 2000.

Physicians' Desk Reference, 56th Edition, Medical Economics Company, 2002



**New York**
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757

**Florida**
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

HABILITATION AND REHABILITATION SERVICES 

HEALTHCARE MANAGEMENT 

RESEARCH AND EVALUATION SERVICES 

VOCATIONAL REHABILITATION 

# COMPREHENSIVE REHABILITATION CONSULTANTS, INC.

## RESEARCH AND EVALUATION SERVICES PERTAINING TO THE NEEDS OF THE DISABLED

RE:   **Shawn Pouliot**

## INFORMATION REVIEWED TO PREPARE THIS REPORT (CONT'D)

### Records and/or Depositions

Edwin Shaw Rehabilitation Hospital (records)
Income Tax Return (records)
Interrogatories
James Johnson, D.O. (records)
Jeffrey S. Tharp, D.O., Orthopedic Spine Surgery (records)
Joseph S. Dankoff, M.D., Urology (records)
Muntzra K. Qadri, M.D., Psychiatry (records & deposition)
Shawn L. Pouliot (deposition)
Steven Cremer, M.D., Physiatry (records)
Waterbury Hospital Health Center (records)
Summa Health Systems/Akron City Hospital (records)

### Review of Report by:

Steven A. Cremer, M.D., Physiatry

**HABILITATION AND REHABILITATION SERVICES**



**HEALTHCARE MANAGEMENT**



**RESEARCH AND EVALUATION SERVICES**



**VOCATIONAL REHABILITATION**











*Florida*
8585 Sunset Drive
West Atrium
Miami, Florida 33143
(305) 595-8232
Fax: (305) 598-1073

*New York*
275 Madison Avenue
Suite 2400
New York, New York 10016
(212) 370-5544
Fax: (212) 986-2757