# PROFESSIONAL RESUME

## LAWRENCE S. FORMAN

**MAIN BUSINESS ADDRESS**
8585 Sunset Drive, W. Atrium
Miami, Florida 33143
(305) 595-8232

**NEW YORK BUSINESS ADDRESS**
275 Madison Avenue, #1714
New York, New York  10016
(212) 370-5544

**PERSONAL DATA**

| | |
|---|---|
| Date of Birth: | July 4, 1947 |
| Marital Status: | Married |
| Children: | Three |

## PROFESSIONAL OBJECTIVE:

Working in an area of great interest to me with the hope of being beneficial to others as well as to myself.

## EDUCATIONAL BACKGROUND:

| | |
|---|---|
| 1963-1965 | Milford Academy, Milford, Connecticut<br>High School - College Preparatory |
| 1965-1970 | Long Island University, Southhampton, New York<br>Major: Sociology<br>Minor: Education, B.A. 1970 |
| 1970-1971 | Adelphi University Graduate School, Garden City, New York<br>12 credits - Education of the Emotionally Disturbed |
| 1971-1974 | University of Miami Graduate School, Coral Gables, Florida<br>Major: Mental Retardation, Masters Degree: M.Ed. May, 1974<br>Minor: Physically Handicapped |
| 1974 | Miami-Dade Community College, North Campus, Miami, Florida<br>2 credits - Learning Disabilities |

Professional Resume - L. Forman
Page 2

## EDUCATIONAL BACKGROUND (continued):

| 1974 | Florida International University, Miami, Florida | |
|---|---|---|
| | 5 credits | Educational Planning, Children with Behavioral Disorders |
| | 4 credits | Small Business Management |
| | 5 credits | Staff Development Program, Urban School Systems |
| | 5 credits | Organization and Operation of Public School Systems |

| 1977 | University of Miami Post Masters | |
|---|---|---|
| | 3 credits | Community Counseling |
| | 3 credits | Individual and Group Development |
| | 3 credits | Individual Data in Counseling |

| 1985 | Nova Law Center, J.D., Ft. Lauderdale, Florida |
|---|---|

## CERTIFICATION AND LICENSES:

Association of Medical Rehabilitation Administrators, 9/5/87, No. 8704, C.R.A.

Certified Rehabilitation Counselor, Commission on Rehabilitation, 12/89, No. C-23645, C.R.C.

Certified Vocational Evaluation Specialist, C.V.E., from the Commission on Certification of Work Adjustment and Vocational Evaluation Specialists, 4/92, No. 02857.

Certified for Case Manager, 5/22/93, No. M-04241, C.C.M.

Certified Disability Management Specialist, 4/30/94, No. 07609, C.D.M.S.

The Florida Bar, 6/22/90, No. 850144

Senior Disability Analyst and Diplomate, American Board of Disability Analysts, 1996

Department of Labor and Employment Security, Division of Workers' Compensation, Approved Rehabilitation Service Provider #WC 1000057; Approved Qualified Vocational Evaluator, #WC 1000057

Professional Resume - L. Forman
Page 3

# CERTIFICATION AND LICENSES (continued):

United States Social Security Administration, Panel of Vocational Experts for Disability Determination, B.P.A. #7086

Dade County

Occupational License - Vocational Rehabilitation Counselor

Appointed by Board of County Commissioners to the Commission for the Advancement of the Physically Handicapped, 1978-1984

Teaching Certifications

Mental Retardation - Florida
Early Childhood Education - Florida
Elementary Education - Florida
Secondary Sociology - Florida
Community College - Florida
Socially Maladjusted - Florida
Emotionally Disturbed - Florida

Military Services

Active Duty already served:  SP 4 587th Transportation Unit - 324th Medical Battalion, Social Worker
Date of Separation - January 26, 1975

# SUMMER EMPLOYMENT:

| | |
|---|---|
| 1963-1971 | Volunteer counselor, recreation supervisor, supervisor audio-visual services, coordinator of volunteers, Town of Islip Program for Exceptional Children, Islip, New York |
| 1972 | Participant in developing and supervising a manual dexterity summer quinmester for adolescents with multi-handicaps or varying exceptionalities, Dade County Schools, Miami, Florida |
| 1973 | Founder and Director - Earn and Learn, a prevocational personal adjustment program for handicapped adults, Miami Dade Community College, North Campus, Miami, Florida |

Professional Resume - L. Forman
Page 4

## FULL AND PART-TIME EMPLOYMENT:

| | |
|---|---|
| 1967-1969 | Flight Dispatch Agent, American Airlines, Kennedy Airport, New York |
| 1969-1970 | Teacher, emotionally disturbed children, Board of Cooperative Educational Services II, Patchogue, New York |
| | Social Worker, Pilgrim State Hospital, Brentwood, New York |
| 1970-1972 | Resource Teacher, developing and implementing an integrated curriculum for socially maladjusted children, Dade County School, Miami, Florida |
| 1971-1972 | Part-Time Executive Program Director, Parents of Adult Retardates, Miami, Florida |
| | Instructor, Adult Evening Special Education, Ponce de Leon Junior High Community School, Miami, Florida |
| 1972-1973 | Part-Time Instructor, Special Education for Handicapped Adults, Miami-Dade Community College, North Campus, Division of Continuing Education, Miami, Florida |
| 1972-1975 | Consultant-Coordinator, Miami-Dade Community College, North Campus, Miami, Florida, Department of Continuing Education for the Development of Social, Academic, Recreational, Occupational, and Personal Adjustment Rehabilitation courses for Handicapped Adults |
| 1972-1973 | Co-Founder and Part-Time Executive Director, The Association for the Development of the Exceptional |
| 1972-1973 | Consultant, Coca-Cola of Miami and Vallone and Keenan Furniture Company of Miami, to develop training programs for the employment of handicapped adults |
| 1973-1974 | Part-Time Field Faculty, Goddard College, Plainfield, Vermont |
| 1973-1974 | Special Education Specialist, Dade County Schools, Exceptional Child Department, FLRS South |

Professional Resume - L. Forman
Page 5

## FULL AND PART-TIME EMPLOYMENT (continued):

| | |
|---|---|
| 1975-1976 | Diagnostic and Evaluator Coordinator - District XI, Department of Health and Rehabilitative Services, to develop and implement a service delivery system of intake and evaluation for 3,200 state clients |
| 1974-1976 | Programs and Services Director, Division of Retardation, Health and Rehabilitative Services, Sunland Center, Miami, District XI (Dade and Monroe Counties, Florida). Direct and coordinate all programs and services for 900 clients in a residential center (social services, psychology, education and training, volunteer services, religion, staff development, foster grandparents, behavioral program, occupational and physical therapy, television studio). Position was modified in November, 1975, to include responsibility for program content and evaluation for all retardation services in District XI. Served as Acting Superintendent during Superintendent's absence. In addition to Sunland, served as Acting Retardation Program Supervisor during Program Supervisor's absence. |
| 1975 | Part-Time Field Faculty, Indiana University, Adaptive Recreation Dept. |
| 1976 | Part-Time Instructor, Miami-Dade Community College, North Campus. Psychology and counseling the needs of handicapped adults |
| 1976-1977 | Retardation Program Supervisor, Health and Rehabilitative Services. Responsible for: |

1) the overall management of a $15 million budget
2) thirty-eight employees in the community, 692 in the institution
3) development and implementation of retardation programs in Dade and Monroe counties, Florida
4) coordination of the efforts of the other state departments and agencies (county, government, municipal and private agencies concerned with and providing services for the developmentally disabled)
5) supervision of administration and operation of a state operated 700 bed residential facility through the Superintendent

Professional Resume - L. Forman
Page 6

## FULL AND PART-TIME EMPLOYMENT (continued):

6)   establishing the requirements for supervision of fifty-four group homes, eleven foster homes, fourteen day care centers, three sheltered workshops, fifteen developmental programs and other facilities for the developmentally disabled. Develop and review policy and procedures. District Liaison with Central Admissions for all Health and Rehabilitative programs in District XI.

1977-1982     Executive Director, Association for Retarded Citizens, Dade County. Responsible for the implementation of policies, procedures and programs; worked closely with committees and the Board of Directors in the development of organizational policies, programs and services, preparation of annual budget and update annual operational plans. Develop plans for further expansion or modification of programs and services. Assist designated volunteers in implementing, coordinating and conducting association fund-raising activities. Increase public awareness and under-standing of the nature and problems of mentally retarded persons through preparation of special materials such as pamphlets, brochures, releases to newspapers, radio, television, and provide information to legislative members. When first employed by the association, the budget was approximately $525,000; as of 1982 the budget was $1,654,000.00. The total membership when first hired was 452 and as of 1982, the membership was 1,082.

1980-1982     Adjunct Professor Psycho-Educational Services Department, Florida International University

1977-1990     Partner - The Learning Workshop, Inc., an educational, rehabilitation, habilitation, vocational, counseling, evaluation and planning center staffed by certified teachers, psychologists, rehabilitation counselors, speech, occupational, physical and recreational therapists. The Learning Workshop, Inc., provided services to individual clients, individuals in private and public schools and worker's compensation recipients.

**Professional Resume - L. Forman**
Page 7

## FULL AND PART-TIME EMPLOYMENT (continued):

| | |
|---|---|
| 1979-Present | President/Founder - Rehabilitation and habilitation consulting firm for the disabled, providing research and information to hospitals, nursing homes, insurance companies and others interested in the needs of disabled persons on the development and operation of rehabilitation and habilitation programs and services, and client needs such as: types of services or equipment needed, age over which services or equipment will be provided, frequency, present cost, possible government and private vendors, living alternatives and support care (i.e., nurses, attendants, etc.). Provides plan and implementation strategies for guardianships, works with families in case management and discharge planning, coordinates diagnosis and evaluation teams and vocational assessment, job development and job placement. Have testified for plaintiff and defense attorneys and at the request of the courts. |
| 1986-1994 | President/Founder - Management firm to consult on the development and operation of rehabilitation programs and services. |
| 1989-Present | Consultant/Board Member - The Children's Rehab Network, an outpatient rehabilitation and habilitation center for medically fragile children. |

## EXPERIENCES:

| | |
|---|---|
| 1972 | Florida Delegate, Fifth International Seminar on Special Education, Melbourne, Australia |
| 1972 | Florida Delegate, Twelfth World Rehabilitation Congress, Sydney, Australia |
| 1972 | Delegate, Florida Council for Exceptional Children |
| 1972 | Author of Personal Adjustment Rehabilitation Grant, Division of Mental Retardation, State of Florida |
| 1973 1974 1981 | Florida Delegate, President's Committee on Employment of the Handicapped |

**Professional Resume - L. Forman**
Page 8

## EXPERIENCES (continued):

| | |
|---|---|
| 1973 | Co-author, grant for the development of a sound strip and curriculum on Independent Travel Training for Handicapped Individuals. Submitted to and funded by the State of Florida, Division of Retardation |
| 1973 | Speaker, Florida Council for Exceptional Children Convention. Topic: "Therapeutic Recreation" |
| 1973 | Participant, representing Dade County Public Schools, Media Analysis and Retrieval System Workshop, Atlanta, Georgia (Southeast Learning Resources Systems) |
| 1974 | Speaker, Florida Council for Exceptional Children Convention Topic #1: "Continuing Education for Exceptional Adults" Topic #2: "In Factory High School Work Study for the Educable Mentally Retarded" |
| 1974 | Session Leader, 52nd Annual International Convention, The Council for Exceptional Children, New York, April 9, 1974; Topic: Elementary Resource Classes for Socially Maladjusted Children" |
| 1974 | Representative of Dade County Public Schools at Workshop on Instructional Materials Development, Teacher Education, Division Council for Exceptional Children, New York, April 15-18, 1974 |
| 1974 | FLRS South. Representative, Educational Information Consultant In-Services Training Institute, Ft. Lauderdale, Florida, May 20-23, 1974 |
| 1972-1974 | Experience Supervisor of college students as follows: |

1972, Supervisor, Junior Block Student, University of Miami
1973, Supervisor, Junior Block Student, University of Miami
1974, Supervisor, Graduate Intern Student, University of Miami
1974, Supervisor, B.A. Intern Student, Florida International University
1974, Supervisor, Field Experience Student, Barry College

Professional Resume - L. Forman
Page 9

## EXPERIENCES (continued):

1975    Speaker, University of Miami, Religion Department Presentation.
        Topic: "Mental Retardation and a Concept in Normalization"

1975    Speaker, 53rd Annual International Convention, the Council for
        Exceptional Children, California. Topic: "Community Adjustment
        for Retarded Adults - How to Help Bridge the Gap"

1975    Staff Writer of position papers for the State of Florida, Department
        of Health and Rehabilitative Services, Special Reorganization Task
        Force Committee

1975    Speaker, Second Annual Miami International Conference on Progress
        and Prospects in Health Care Distribution Systems. Topic: "Pressure
        from the Future on Health: Production, Profits and Popularism"

1976    Speaker, 54th Annual International Convention, The Council for
        Exceptional Children, Chicago, Illinois
        Topic #1: "Alternatives to Isolation - What Can Be Done By State
                  And Family"
        Topic #2: "Adaptive Behavior Assessment - How Can It Be Used"

1976    Speaker, Dade County Library Association. Topic: "The Invisible
        Minorities"

1976    Speaker, National Community Education Association, Eleventh Annual
        Convention. Topic: "Community Education for Exceptional Adults"

1977    Speaker, United Cerebral Palsy Association Curriculum Conference
        "Problems Implementing Programs for the Developmentally Disabled"

1979    Keynote Luncheon Speaker, National Council of Executives of the
        Association for Retarded Citizens, Annual Training Conference,
        University of Wisconsin

1979    Speaker, Dade County Youth Advisory Board, on Programs for
        Retarded Delinquents

Professional Resume - L. Forman
Page 10

## EXPERIENCES (continued):

| | |
|---|---|
| 1980 | Dade County School Board Candidate, county-wide at large, group 2 seat |
| 1981 | Opening Speaker, 4th National Conference on Mental Retardation, Cartagena, Colombia. Topic: "Rehabilitation of the Mentally Retarded" |
| 1981 | Speaker, Florida Association for Supervision and Curriculum Development Conference. Topic: "Educating Exceptional Students During the Year 2001" |
| 1981 | Speaker, Florida's Governor's Commission on Advocacy for Persons with Developmental Disabilities. Topic: "Housing and Community Living for Disabled Persons" |
| 1983 | Dade County Trial Lawyers Association, Participant in "Direct and Cross Examination of a Rehabilitation Expert in a Catastrophic Case" |
| 1986 | Speaker, Florida Association of Rehabilitation Professionals in the Private Sector, Fourth Annual State Conference. Topic: "The Evaluation of Economic Loss in Rehabilitation Cases" |
| 1986 | Speaker, Private Industry Council of South Florida on Employment Alliances for the Handicapped, from an Employer's Perspective |
| 1987 | Speaker, Florida Physical Therapy Association, Spinal Cord Rehabilitation: A Practical Approach. Topic: "Family Dynamics and Lifetime Economic Impacts of SCI" |
| 1987 | Participant, Innovative and Controversial Strategies in Rehabilitation V: Technology and Practice - Spinal Cord Injury, University of Miami/ Jackson Memorial Rehabilitation Center |
| 1988 | Speaker, National Association of Rehabilitation Providers in the Private Sector, "Preparing to Represent Your Client's Condition and Needs" |
| 1988 | Speaker, Public Hearing of Florida State Study Commission on "Guardianship Law" |

**Professional Resume - L. Forman**
Page 11

## EXPERIENCES (continued):

| | |
|---|---|
| 1989 | National Conference, National Association of Rehabilitation Professionals in the Private Sector.  Presentation on Case Management: Linking Client Needs to Resources |
| 1989 | Speaker, The Committee on Total Employment of the Handicapped. Topic:  "Rehabilitation Redefined" |
| 1989 | Speaker, The Committee on Total Employment of the Handicapped. Topic:  "Rehabilitation Revisited - Care of the Catastrophically Injured" |
| 1989 | Speaker, Florida Association of Rehabilitation Professionals in the Private Sector Annual Conference.  Topics:  "Medical Case Management - The Spinal Cord Injured" and "Pediatric Case Management" |
| 1989 | Attended the 19th Annual Conference of the American Hospital Association on "Rewriting the Rehabilitation Agenda:  Matching Strategy with Reality" |
| 1989 | Speaker, The First International Head Injury Symposium:  Advances in Clinical Practice.  Topic:  "Head Injury Treatment Strategies" |
| 1990 | Speaker, First Annual Northwest Medical Case Management Conference. Topic:  "Linking Client Needs to Resources" |
| 1990 | Speaker, National Association of Rehab Professionals in the Private Sector (NARPPS) 1990 National Conference, Case Management:  The Next Generation.  Topic:  "Rehabilitation Professionals and the Legal System" |
| 1990 | Speaker, 5th Annual Casa Colina Case Management Conference, "Rehabilitation:  Separating the Fluff from the Stuff".  Topic:  "Cost Containment for the Catastrophically Impaired Child" |
| 1990 | Speaker, Florida Association of Rehabilitation Professionals in the Private Sector (FARPPS) Annual State Conference.  Topic:  "Rehabilitation Counselor Liability/Duty to your Client" |

**Professional Resume - L. Forman**
Page 12


## EXPERIENCES (continued):

| | |
|---|---|
| 1990 | Speaker, Florida Association of Rehabilitation Professionals in the Private Sector (FARPPS) Southeast Chapter, "Rehabilitation Counselor's Responsibilities, Who Do You Owe the Duty To?" |
| 1990 | Attended the Florida Department of Labor and Employment Security, Division of Workers' Compensation, Health Care Training Workshop on Voluntary Vocational Rehabilitation Utilizing Appropriate Training and Education to Return to Suitable Gainful Employment |
| 1990 | Attended the Florida Department of Labor and Employment Security, Division of Workers' Compensation Workshop on Rehabilitation and Health Care Rules and Statute 440 |
| 1991 | Speaker, "Visions Becoming Reality", a conference on Advances and Treatment in Pediatric Neurological Disorders", sponsored by the Mediplex Rehabilitation Centers. Topic: "Planning for a Lifetime" |
| 1991 | Speaker, Florida Workers' Compensation Law Seminar, sponsored by Professional Education Systems, Inc. Topic: "Rehabilitation of Injured Employees" |
| 1992 | Speaker, Eleventh Annual National Symposium, National Head Injury Foundation. Topic: "Guardianship, How to Plan for Your Disabled Family Member's Future" |
| 1992 | Speaker, The Bridge at Comprehensive Medical Rehabilitation Center, Second Annual Conference. Topic: "Doing it Better for Less", Cost Effectiveness in Head Injury Rehabilitation |
| 1992 | Attended State of Florida, Department of Labor and Employment Security, Division of Workers' Compensation Workshop |
| 1993 | Attended conference on Managed Care: The Winner in Health Care Reform |
| 1994 | CMR Home Study Course. Topic: "Medical Aspects" |

Professional Resume - L. Forman
Page 13

## EXPERIENCES (continued):

| | |
|---|---|
| 1994 | Attended Medical Case Management Conference VI; sponsored by the Individual Case Management Association |
| 1994 | Attended workshop on Aging with SCI; Sponsored by the National Spinal Cord Injury Association |
| 1995 | Speaker, Employment and Labor Law for Public Employers Seminar. Topic: "Americans with Disabilities Act Update: Work with Your Employees, not Against Them" |
| 1995 | Attended 13th Annual F.A.R.P.P.S. State Conference. Topics: "Spine Care - Getting on the Critical Path, Differentiating Psychiatric Disorders from Brain Impairments and The McKenzie Approach |
| 1995 | Attended The National Conference on Rehabilitation Management and Technology, Rehab Management Expo '95 Seminar. Topics: "Developing and Using Outcome Measures for Rehab Program Design and Evaluation, Building a Continuum of Care: Integrating Rehab Delivery Networks, and Using Data for Managing Rehab and Improved Outcomes" |
| 1995 | Attended National Convention of the National Spinal Cord Injury Association. Topics: "Symposium on Research, Historical Perspective on SCI Research, The Use of Methylprednisolone in Treating SCI, Enhancing Individuals Through the Role of the Nurse Case Manager, Symposium on Sexuality and Fertility, Psycho Social Adjustment in In-Patient Rehab, and Assistive Technology |
| 1996 | Presented on Questions that can be Asked on the Americans with Disability Act to a Potential Employee and What is a Reasonable Accommodation |
| 1996 | Presented on Ethical Issues for NARPPS Educational Seminar on Legal and Ethical Issues for Rehabilitation Case Managers Panel Discussion and Questions |