**Professional Resume - L. Forman**
Page 14

## EXPERIENCES (continued):

| | |
|---|---|
| 1996 | Presented on Advanced ADA: Reasonable Accommodation from A to Z at the Personnel Law Update 1996 Conference for the Council on Education in Management |
| 1997 | Presented at Rehabilitation: Transitioning into the 21st Century for NARPPS Florida Chapter. Topics: "Panel Discussion on Projected Medical Costs, and Ethics" |
| 1997 | Speaker, Recognizing, Evaluating, and Proving Traumatic Brain Injuries. Topics: "Neurorehabilitation and Life Care Planning, and Ingredients of a Credible Life Care Plan" |
| 1997 | Speaker, Hian Symposium '97 - "Step-By-Step", for the Head Injury Association of Niagara. Topic: "Developing a Continuum of Care" |
| 1998 | Speaker, National Association of Rehabilitation Professionals in the Private Sector, Continuums of Care/Guardianship Planning |
| 1998 | Speaker, Facing the Future - New Directions in TBI Services, Presented by Professional Committee of the Brain Injury Association of Florida, Inc. |
| 1998 | Attended the 15th Annual State Conference, National Association of Rehabilitation Professionals in the Private Sector (NARPPS); Topic: "Life Care Planning and your Practice" |
| 1998 | Speaker, National Association of Rehabilitation Professionals in the Private Sector, Tampa, Florida. Conference Topic: "Rehabilitation Counselors' Responsibilities and Practices" |
| 1999 | Speaker, Greater Miami Chamber of Commerce, Small Business Groups' Finance Seminar. Topic: "Analyzing the Feasibility of a New Business Product or Service" |
| 1999 | Attended Pinecrest Rehabilitation Hospital Workshop. Topic: "Complex Regional Pain Syndrome and Reflex Sympathetic Dystrophy" |
| 1999 | Speaker, National Association of Rehabilitation Professionals in the Private Sector and South Florida Case Management Network, on Disability Management |

**Professional Resume - L. Forman**
Page 15

## EXPERIENCES (continued):

| | |
|---|---|
| 1999 | Attended Seminar on Topics: "Overview of Neuropsychological Tests, Understanding Neuropsychological Reports, Norming and Validity Issues, Post-Traumatic Stress Disorder, and Malingering" |
| 2000 | Speaker, Greater Miami Jewish Federation Community Service Board on the Needs of Disabled Individuals Now and in the Future from a Rehabilitative and Psychosocial Perspective |
| 2001 | Speaker, Park City, Utah Guardianship Conference, Topic: "How Do You Plan for the Future of a Severely Disabled Individual Who Will Need Guardianship Over the Rest of their Life" |
| 2001 | Attended International Association of Rehabilitation Professionals Annual Conference on Topics: "Long Term Disability Management and Florida's Division of Workers Compensation" |

## ADVISORY BOARDS AND COMMITTEES:

| | |
|---|---|
| 1972 | Chairman of the Committee to Describe and Elaborate on the Programs for Socially Maladjusted Pupils Attending Dade County Public Schools, Miami, Florida |
| 1973-1974 | Member, Dade County Curriculum Committee on Public Education for Trainable Mentally Retarded School-Age Children |
| 1974 | State of Florida, Division of Retardation Committee to Review and Develop Guidelines on Behavior Management |
| 1974 | Member, Division of Retardation District XI Committee for Designing and Implementing Programs and Services for Delinquent Retarded Individuals |
| 1975 | State of Florida, Division of Retardation District XI Task Force on the Implementation of the Bill of Rights for Retarded Persons |
| 1975 | State of Florida, Division of Retardation District XI Task Force on Statewide Client Assessment Instrument and Information System |

**Professional Resume - L. Forman**
Page 16

## ADVISORY BOARDS AND COMMITTEES (continued):

| | |
|---|---|
| 1975-1982 | Member, Community Committee for Developmental Handicaps and Retardation, Dade and Monroe Counties, Florida |
| | 1) Task Force to Develop Guidelines for Community Alternatives to Institutional Living |
| | 2) Task Force on Continuum of Educational Services |
| | 3) Retardation Health Planning Council |
| 1976-1977 | Advisory Board, Infant, Toddler and Pre-School Research and Intervention Program, University of Miami, Mailman Center for Child Development |
| 1977 | Advisory Committee, Vocational Education for the Handicapped Program, Florida International University |
| 1977 | Member, Joint Florida House, Senate and Department of Health and Rehabilitative Services Survey Team visiting New York, Nebraska and Michigan for the development of community residences for the handicapped in Florida |
| 1977 | Easter Seal Society of Dade County, Inc., Policies Committee Member |
| 1977-1978 | Advisory Board, "Demonstration Project for the Mentally Retarded Offender in the Juvenile System", University of Miami Mailman Center for Child Development |
| 1977-1979 | National Committee, Arts for the Handicapped, Advisory Committee of the Very Special Arts Festival |
| 1977-1979 | Member, Dade County Advisory Board of Special Transportation |
| 1977-1979 | Board Member, Community Council for Developmental Handicaps and Retardation |
| 1978 | Member Southeast United States Accreditation Team to Survey McArthur Community School South |
| 1978-1980 | Member, Advisory Board, Dade County Public Schools, Occupational Training Center Programs for Handicapped Students between the ages of 16-21 |

**Professional Resume – L. Forman**
Page 17

## ADVISORY BOARDS AND COMMITTEES (continued):

| | |
|---|---|
| 1978-1980 | Member, City of Miami Ad Hoc Committee of Service Providers studying community based residential facilities |
| 1979-1980 | Board Member and Executive Board Member, Florida Association for Retarded Citizens |
| 1979-1980 | Comprehensive Employment and Training Act Advisory Committee on Employment and Training Services for the Handicapped |
| 1979-1982 | Vice Chairman, Dade County Public Schools District Advisory Panel for Exceptional Student Education. Purpose of Advisory Panel: 1) to advise the Superintendent of unmet needs within the Dade County School District in the area of the education of exceptional students; 2) to comment on the rules and procedures for the District's implementation of P.L. 94-142, Education for All Handicapped Children's Act, and the procedure for distribution of funds under this Act; 3) to assist the District in developing and reporting information and evaluation of exceptional student programs; and 4) to formulate legislation related to education for the handicapped and make recommendations to the Superintendent for submission to the Board as part of the Dade County Public School's Legislative package |
| 1979-1982 | Dade County Public School Section 504 Task Force, to insure compliance with federal regulations |
| 1979-1987 | Advisory Group to Superintendent, Sunland Center Miami |
| 1980 | Represented South Miami Kendall Chamber of Commerce at the First Citizens Action Conference on Education to form a statewide coalition in support of quality education in Florida and to develop a plan of action to achieve a level of educational excellence |
| 1980-1981 | Dade County Managers' Task Force to review problems of children who appear in Juvenile Court |
| 1980-1981 | Miami-Dade Community College Needs Assessment Committee |

**Professional Resume - L. Forman**
Page 18

## ADVISORY BOARDS AND COMMITTEES (continued):

| | |
|---|---|
| 1980-1982 | Dade County Public Schools Attendance Boundary Committee |
| 1980-1982 | Florida Close-Up Board |
| 1980-1982 | Upjohn Homemakers Advisory Board |
| 1980-1983 | Greater Miami Jewish Federation Community Relations Committee |
| 1981 | International Year of the Disabled Person Steering Committee, Metro Dade County |
| 1981-1982 | Chairperson, Professional Advisory Council to United Way of Dade County, Inc., to advise Executive Vice President of United Way |
| 1981-1982 | Member of Social Service Agency Subcommittee of the local review panel of the Dade County Transportation Administration |
| 1981-1986 | Dade County School Board, Ad Hoc Committee on Career Education |
| 1981-1987 | Member, Adult Basic Education Advisory Committee, Dade County Schools, to advise on academic and vocational courses |
| 1982 | Greater Miami Jewish Federation, South Dade Committee to establish meaningful communication, interaction and cooperation within the Jewish community in South Dade |
| 1982 | Chairman of Committee to determine the appropriateness and feasibility of changing the name of Sunland Training Center as requested by the Florida Legislature |
| 1982-1983 | Chairman, Health and Rehabilitative Services Citizens Coalition, concerned about housing for special citizens in Dade and Monroe counties; this coalition is part of a statewide effort to review housing needs of citizens and to develop a plan to meet those needs |
| 1982-1987 | District Committee on Vocational Education for the Handicapped |
| 1982-1988 | Home Health Agency Advisory Board of Professionals to advise, consult, give direction and input, generally representing the voice of the consumer and the public in the operation of the Agency |

**Professional Resume - L. Forman**
Page 19

## ADVISORY BOARDS AND COMMITTEES (continued):

| | |
|---|---|
| 1984 | Florida Association of Rehabilitation Facilities, Inc., Projects with Industry (PWI) Advisory Council |
| 1987-Present | Member, Miami Project to Cure Paralysis |
| 1988-1989 | Member of the Legislative and Public Awareness Committee of the Head Injury Support Group of the National Head Injury Foundation for the State of Florida |
| 1989-1990 | Chairman of the Genetic Research Foundation Support Committee, Mailman Center for Child Development, University of Miami |
| 1989-1990 | Board of Directors Member and Co-Chairperson on Building Committee, Miami Youth Museum |
| 1989-Present | Association of Medical Rehabilitation Administrators, Panel of Experts, related to Case Management |
| 1990-Present | Advisor to the Shake-A-Leg water sports program for physically challenged individuals |
| 1990-1997 | Member of the National Association of Rehabilitation Professionals in the Private Sector (NARPPS), Research and Training Committee |
| 1990-1997 | Member of the Board of Directors of the Epilepsy Society of South Florida |
| 1991-1993 | President, Board of Directors, Miami Youth Museum |
| 1991-1997 | Appointed by Governor of State of Florida to Governor's Alliance for Employment of Disabled Citizens |
| 1991-Present | Appointed to the National Board of Governors for the Miami Project to Cure Paralysis, University of Miami School of Medicine |
| 1993-Present | Honorary Board of Trustees, Miami Youth Museum |
| 1993-1995 | Board of Directors, Miami Youth Museum |
| 1994-1997 | Chairperson, Vocational Advisory Board, for South Florida Epilepsy Society |

**Professional Resume - L. Forman**
Page 20

## ADVISORY BOARDS AND COMMITTEES (continued):

| | |
|---|---|
| 1995-1997 | Member of the Task Force on Persons with Disabilities, Florida Developmental Disabilities Council, State of Florida |
| 1995-Present | Member of the Board of Directors for Florida Brain Injury Association |
| 1995-Present | Executive Advisory Board, Biscayne Rehabilitation Institute |
| 1996-1997 | Board of Directors, Southeast Florida Association of Rehabilitation Professionals in the Private Sector |
| 1996-Present | Special Needs Task Force for the Dave and Mary Alper Jewish Community Center |
| 1996-1997 | President-Elect of the National Association of Rehabilitation Professionals in the Private Sector (NARPPS), Florida Chapter Board of Directors |
| 1997-Present | President of the National Association of Rehabilitation Professionals in the Private Sector (NARPPS), Florida Chapter Board of Directors |
| 1997-Present | Member of the Case Management Society of America, Governmental Affairs Committee |
| 1997-2000 | Vice Chair of the Florida Bar Probate Rules Committee |
| 1997-Present | Member, Florida Bar Speakers Committee |
| 1998 | Co-Chairman for the Small Business Group's Finance Committee, Greater Miami Chamber of Commerce |
| 1999-2000 | Member, Florida Bar Probate Rules Committee |
| 2000-Present | Member, Health Industry Group Committee, Children's Issues and Health Care, Greater Miami Chamber of Commerce |
| 2001 | Member, Board of Directors and Legislative Committee, International Association of Rehabilitation Professionals (IARP) |

**Professional Resume - L. Forman**
Page 21

## ORGANIZATIONS:

Inter-Agency Council for Planning and Coordinating Developmental Disability Services in Region XI, Florida

Association for Retarded Citizens, Dade County

Coalition on Funding for Public Schools

National Spinal Cord Injury Foundation

Brain Injury Association

Brain Injury Association, Inc., Florida Chapter

Florida Council for Exceptional Children, Division of Mental Retardation, State President, 1975-1977

National Council for Exceptional Children, Division of Mental Retardation

National Rehabilitation Counseling Association, "Professional Member"

Coma Recovery Association of South Florida, Inc.

Florida Council of Executives of the Association for Retarded Citizens, President, 1979-1980

Committee on Total Employment of the Handicapped; a project of the Florida State Chamber of Commerce, cooperating with the Governor's Committee on Employment of the Handicapped

Phi Delta Kappa

American Association on Mental Deficiency

Parents and Friends of Sunland Centers, 1970-1980

Southwest Miami - Kendall Area Chamber of Commerce, 1975-1985

Partners of the Americas

National Association of Rehabilitation Professionals in the Private Sector

**Professional Resume – L. Forman**
Page 22

## ORGANIZATIONS (continued):

American Hospital Association

Project Action Resource Council of the National Easter Seal Society assessing accessible community transportation in our nation, 1990-1993

American Society of Neurorehabilitation

American Academy for Cerebral Palsy and Developmental Medicine

Florida Head Injury Association, Professional Council, 1992-1994

South Florida Healthcare Executive Forum, Inc.

National Rehabilitation Association

American Amputee Foundation

Florida Center for Children and Youth

American Foundation for the Blind

Greater Miami Chamber of Commerce, Leadership Miami

Greater Miami Chamber of Commerce, Business Section

National Parent Network on Disabilities

Business Coalition for Americans with Disabilities, Inc.

National Institute on Life Planning on Persons with Disabilities

Seaton Foundation

South Florida Epilepsy Society

South Florida Healthcare Executive Forum, Inc.

Alumni Club University of Miami

International Academy of Life Care Planners

**Professional Resume - L. Forman**
Page 23

## PUBLICATIONS:

"Independent Travel Training" 1973, co-authored the "ITT" Manual and Film for State of Florida, Division of Health and Rehabilitative Services. Disseminated throughout Florida to be used to encourage retarded adults to use public buses.

"Personal and Social Adjustment Resource Program for Socially Maladjusted Children in a Regular Elementary School" 1974 (Approximate date of publishing, August, 1976, Willis Publishing Company).

"Advanced ADA: Reasonable Accommodation From A to Z" 1996, written by Lawrence S. Forman and Elizabeth J. duFresne.

Florida Division of Retardation Guidelines on Behavior Management, written by: Lawrence S. Forman, C.R.A., C.R.C.; Tom Dillon, Ph.D., Regional Director, Region IV and VII, St. Petersburg, Florida; Charles Kimber, Regional Director, Region XI-B, Tallahassee, Florida; Andy Lorentzon, Behavioral Programs, Supervisor, St. Petersburg; John McFarland, Ph.D., Chief Psychologist.

"Computerized Prescriptive Programming" 1976, M. Levine, L. S. Forman and L. Leon. Council on Exceptional Children, MR Division, April Convention.

"Being a Guardian is a Big Responsibility" 1990, Lawrence S. Forman, C.R.A., C.R.C., and Darlene M. Carruthers, M.Ed.

"Florida Workers' Compensation Law" 1991, William P. Levens, Esquire; Jonathan L. Alpert, Esquire; David J. Weissman, Esquire; Lawrence S. Forman, C.R.A., C.R.C.; and Ira J. Druckman, Esquire.Lawrence S. Forman, M.Ed., C.R.A., C.R.C., C.V.E., Deborah Bidwell Manzie, R.N., MSN, CRRN, and Gayle C. Foster, C.I.R.S., Rehabilitation Services and Care in "CIRS Study Guide", Published by The Foundation for Rehabilitation Certification, Education and Research, 1993.

"Role of Rehabilitation Professionals in TMJ Cases", Lawrence S. Forman, M.Ed., C.R.A., C.R.C., C.I.R.S., C.V.E., C.C.M. and Darlene M. Carruthers, M.Ed., C.R.C., C.I.R.S., C.C.M., contributors, in Litigating TMJ Cases, The Personal Injury Library from Wiley Law Publications.

Drafted, edited and assisted with producing program entitled, "Making Life Work After A Head Injury", Living Skills Section, for the Brain Injury Association of Florida.

**PUBLICATIONS (continued):**

"CIRS Study Guide" 1995, co-authored manual for exam training, chapter, "Rehabilitation Services and Care".

**AWARDS:**

United Cerebral Palsy of Miami Humanitarian Award

Governor's Committee on Employment of the Handicapped Citation for Meritorious Service

Outstanding Service to Retarded Citizens in Dade and Monroe Counties from the Department of Health and Rehabilitative Services

Unit of the Year Award, Florida Association for Retarded Citizens

People First of Dade County Certificate in Recognition of Outstanding Service to Dade's Handicapped

City of Miami, Mayor's Commendation for Contributions to the Mentally Retarded

Metropolitan Dade County, Mayor's Certificate in Recognition of Contribution to Dade County Citizens Committee on Total Employment

Citation for Meritorious Service, in Recognition of Exceptional Efforts in Furthering Total Employment From State of Florida

# LARRY FORMAN
## PARTIAL LIST OF CASES ACTED AS EXPERT WITNESS IN

| Case Name | Attorney | Plaintiff/ Defendant | Deposition/ Trial | State |
|---|---|---|---|---|
| Matthew Rapoport | Scott Schlesinger | Plaintiff | Deposition | FL |
| Morgan Evans | David Sales | Plaintiff | Deposition | FL |
| Mary J. Beagan | Kimberly Sands | Plaintiff | Deposition | FL |
| Ann Wright | Michael McLeod | Plaintiff | Deposition | FL |
| Kathelen Allocco | Tod Aronovitz | Plaintiff | Deposition | FL |
| Larry Santilli | Christopher Bernard | Plaintiff | Deposition | CT |
| Miles Neistat | Mark Brotman | Plaintiff | Deposition | FL |
| Richard Homer | Milton Blaut | Plaintiff | Deposition | FL |
| Mike Hoover | Robert Schuster | Plaintiff | Deposition | NV |
| O'Neill vs. Barry | L.A. Burns | Defendant | Deposition | FL |
| Tricia Noddin | Robert Switkes | Plaintiff | Deposition | FL |
| Alexander Pittock | Elizabeth Hernandez | Plaintiff | Deposition | FL |
| Robert Merrill | Alan Chipperfield | Plaintiff | Trial | FL |
| David Pierre | Marvin Weinstein | Plaintiff | Trial | FL |
| Millard/Schwitzer Vs. Baxter | Susan Eisenberg | Defendant | Deposition | FL |
| John Castillo | Ana Rivero | Plaintiff | Trial | FL |
| Joseph Cefola | Marc Kaufman | Plaintiff | Deposition | FL |
| Jean Sumner | Marcus Viles | Plaintiff | Deposition | FL |
| Pamela Horne | L.B. Chandler | Plaintiff | Deposition | NC |
| Charles Budris | Michael Stratton | Plaintiff | Trial | CT |
| Ernest Bennett | Robert Binstock | Plaintiff | Deposition | TX |
| Vincent Burdo | Clark Cone | Plaintiff | Deposition | FL |
| Diaz vs. Diaz | Robert Adler | Plaintiff | Deposition | FL |
| Vine vs. Vine | George Gelb | Plaintiff | Trial | FL |
| Adaris Menendez | Orlando Ruiz | Plaintiff | Deposition | FL |
| Bornstein vs. Bornstein | Albert Carvana | Defendant | Deposition | FL |

Larry Forman
<u>Partial List of Cases Acted As Expert Witness In</u>
Page 2

| Case Name | Attorney | Plaintiff/ Defendant | Deposition/ Trial | State |
|---|---|---|---|---|
| Jimmy Cheaver | Roy Jacobson | Plaintiff | Deposition | NM |
| Deborah Martin | Alex Alvarez | Plaintiff | Deposition | FL |
| Knecht vs. Knecht | Harold Knecht | Defendant | Trial | FL |
| Pedro Baquet | Larry Freshman | Plaintiff | Trial | FL |
| Rios vs. Rios | Charlott Karlan | Defendant | Deposition | FL |
| Sandra Linden | William Thompson | Plaintiff | Trial | OH |
| Yhovanni Oterro | Bruce Scheiner | Plaintiff | Trial | FL |
| John Bisbing | Roy Jacobson | Plaintiff | Deposition | CO |
| Thelonius Paige | Vincent Musto | Plaintiff | Trial | CT |
| Lori Parmenter | Tim Moore | Plaintiff | Trial | OK |
| Hans-Werner Kuhr | Ed Ratiner | Plaintiff | Deposition | FL |
| Halberg vs. Halberg | David Halberg | Defendant | Deposition | FL |
| Lazaro Estopian | Franklin Glinn | Plaintiff | Deposition | FL |
| Britney Norman | Scott Schlesinger | Plaintiff | Trial | FL |
| Joe Milan | Roy Jacobson | Plaintiff | Deposition | NM |
| Liliana Salcedo | Franklin Glinn | Plaintiff | Deposition | FL |
| Sand Dee Short | Robert Schuster | Plaintiff | Deposition | AZ |
| John Sweeney | Jeffrey Dickstein | Plaintiff | Deposition | FL |
| Juan Garcia | Jeffrey Dickstein | Plaintiff | Deposition | FL |
| Angela Iglesias | Jeffrey Dickstein | Plaintiff | Deposition | FL |