UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>**Plaintiff** | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>**Defendants** | )<br>)<br>)<br>) | SEPTEMBER 8, 2005 |

## OBJECTION TO DEFENDANT'S OFFER OF
## CERTAIN INTERROGATORIES AND REQUESTS TO ADMIT

The defendant has offered answers from nine different sets of discovery compliance.

Several of the offerings come from answers to discovery made by persons not parties to the current action. There is no exception to the hearsay rule which allows statements made in discovery answers by non-parties admissible. This includes all of the discovery compliance offered by the defendant from Festo on May 23, 2003; from Festo on August 22, 2003; from Festo on May 12, 2003; from Trans Expo on February 21, 2003; from Trans Expo on August 18, 2003; and Ramires on August 18, 2003.

The remaining items come from discovery compliance produced by the plaintiff and are admissible with the exception of the following:

### September 19, 2003 Compliance:

Answer #82: The plaintiff objects in that the plaintiff's receipt of social security disability payments before or after this event is irrelevant under Rule 401 of the FRE, and, in any event, is more prejudicial than probative. There is no issue to which such eligibility or payments are germane.

### March 11, 2004 Compliance:

Answer #61: The issue of contract interpretation as to whether the plaintiff is an independent contractor or employee has been resolved by the Court. The plaintiff's interpretation of what an independent contractor "is" is irrelevant under Rule 401.

THE PLAINTIFF,

By:_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.