UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
|     Plaintiff | ) | 3:02 CV 1302 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | |
|     Defendants | ) | |
| | ) | SEPTEMBER 8, 2005 |

**PLAINTIFF'S MEMORANDUM RE:
OBJECTION TO THE DEFENDANT'S EXHIBITS**

The plaintiff has already stated his objection to various exhibits in the Pretrial Order Compliance. The objections are as follows:

As to Exhibits 34, 35, 40, 53, 54, 56-59: These are all shipment documents that contain information that has not yet been authenticated. In addition, Exhibit 53 is from an entirely different shipment unrelated to the one at hand.

As to Exhibit 64: There is no foundation for the admission of a job description from Festo, and it is hearsay.

As to Exhibits 65-70: These are all answers to requests to admit or interrogatories and are dealt with in the plaintiff's objections to those offerings per Section 10 of the Final Pretrial Order.

As to Exhibits 71-72: The issue of contract interpretation is for the Court, not the jury, and the admission of these contract documents is likely to confuse and prejudice the jury under Rule 403.

As to Exhibit 73-74: There is no foundation for the admission of such documents.

As to Exhibits 75, 76, 86, 95, 96, 97, and 98: These are standards, customs and regulations which have no foundation; invade the province of the court to state the law that applies; and are more prejudicial than probative under Rule 403.

As to Exhibit 80-81: These are reports of experts which should be inadmissible hearsay, and cumulative of their expected testimony.

As to Exhibit 85: This is the defendant's own website. It is hearsay and self-serving.

As to exhibit 99: This was created by the defendant's lawyers and has no foundation.

As to Exhibit 100 and 138: These have not been authenticated.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

Michael A. Stratton, Esq.