UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | : | |
|    Plaintiff, | : | |
|        v. | : | C.A. No. 3:02 CV1302 (DJS) |
| | : | |
| PAUL ARPIN VAN LINES, INC. | : | |
| AND ARPIN LOGISTICS, INC., | : | |
| THE FESTO CORPORATION, MICHAEL | : | |
| D. KOVAC, D/B/A TRANS-EXPO | : | |
| INTERNATIONAL AND ERICA | : | |
| RAMIREZ, IN HER CAPACITY AS | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL, | : | |
|    Defendants. | : | September 9, 2005 |

**FESTO CORPORATION'S MOTION TO DISMISS THIRD-PARTY CLAIMS ASSERTED BY PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.**

Pursuant to Fed.R.Civ.P. 41(c), Third-Party Defendant The Festo Corporation ("Festo") respectfully moves for an Order dismissing any remaining claims made against them by Defendants/Third-Party Plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (collectively, "Arpin").

The third-party claims made by Arpin against Festo included claims sounding in (1) apportionment, (2) equitable indemnification, (3) common law indemnification and (4) contribution. Arpin's claims for apportionment were dismissed by Order of this Court dated January 14, 2004. Arpin's claims for equitable indemnification were also dismissed by this Court's Order of January 14, 2004. Arpin's claims for common law indemnification were dismissed by the Court's May 2, 2005 ruling on Festo's Motion for Summary Judgment.

Arpin's only remaining third-party claim against Festo, sounding in common law contribution, was extinguished by virtue of Plaintiff's settlement with Festo and should be dismissed.  Plaintiff has settled all of his direct claims against Festo and, on July 12, 2005, this Court granted Plaintiff's Motion to Dismiss all of his claims against Festo.  The Order dismissing Plaintiff's claims against Festo was reiterated in a second Order dated August 16, 2005.  Connecticut General Statutes Section 52-572h(n) provides that "[a] release, settlement or similar agreement entered into by a claimant and a person discharges that person from all liability for contribution."  See also Stefano v. Smith, 705 F. Supp. 733 (D. Conn. 1989).  Indeed, Arpin appears to have acknowledged that there are no remaining viable third-party claims against Festo in the Final Pretrial Memorandum signed by Arpin's counsel and filed with this Court dated August 1, 2005 (Sec. 6, pgs. 3-14).  Arpin has put this Court and Plaintiff on notice of the intention to introduce evidence in order to retain its right to have the fault of the settled co-defendants apportioned by the jury, pursuant to Conn. Gen. Stat. § 52-572h(n).  See Arpin's Submission Regarding Dismissal of Co-Defendants, dated July 20, 2005.  However, Arpin's right to possible apportionment of its own liability does not affect the clear and unambiguous extinguishment of its third-party claim for contribution against Festo under Conn. Gen. Stat. § 52-572h(n).

For the reasons stated above, Festo respectfully requests that any and all remaining third-party claims made against it by Arpin be dismissed.

                    Defendant,
                    THE FESTO CORPORATION,
                    By Its Attorneys,

                    _____
                    JOHN A. TARANTINO, #15980
                    JAMES R. OSWALD, #20936
                    ADLER POLLOCK & SHEEHAN P.C.
                    2300 Citizens Plaza, 8th Floor
                    Providence, RI  02903-2443
                    Tel:  (401) 274-7200
                    Fax: (401) 751-0604/351-4607
                    Dated:  September 9, 2005

## CERTIFICATION

TO:   Michael A. Stratton, Esq.         Thomas J. Grady, Esq.
      Stratton Faxon                    Lenihan, Grady & Steele
      59 Elm Street                     6 Canal Street
      New Haven, CT 06510               P.O. Box 541
                                        Westerly, RI 02891

      Roland F. Moots, Jr., Esq.
      Moots, Pellegrini, Mannion, Martindale    Susan O'Donnell, Esq.
         & Dratch                       Halloran & Sage
      46 Main Street                    One Goodwin Square
      New Milford, CT 06776             225 Asylum Street
                                        Hartford, CT 06103

      Harold J. Friedman, Esq.          Daniel J. Krisch, Esquire
      Karen Frink Wolf, Esq.            Michael S. Taylor, Esquire
      Friedman Gaythwaite Wolf & Leavitt    Horton, Shields & Knox PC
      Six City Center                   90 Gillett Street
      P.O. Box 4726                     Hartford, CT 06105
      Portland, ME  04112

   I hereby certify that I caused a true copy of the within, to be mailed, via regular First Class mail, to the above-named counsel of record on this 9th day of September, 2005.

   _____

*FESTO MOTION TO DISMISS CLAIMS.DOC*