**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION |
| | : | NO. 3:02 CV1302 (JCH) |
| V. | : | |
| | : | |
| PAUL ARPIN VAN LINES AND; | : | |
| ARPIN LOGISTICS INC. | : | SEPTEMBER 9, 2005 |

**MOTION TO DISMISS CLAIMS AGAINST THIRD-PARTY DEFENDANTS MICHAEL D. KOVAC D/B/A TRANS-EXPO INTERNATIONAL AND ERICA RAMIREZ**

Pursuant to F.R.C.P. 41(c), the defendants/third-party defendants, Michael Kovac d/b/a Trans-Expo International and Erica Ramirez (hereinafter "Trans-Expo and Ramirez", respectfully move that any remaining claims made against them by the defendants/third-party plaintiffs Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") be dismissed.

The third-party claims made by Arpin against Trans-Expo and Ramirez included claims sounding in apportionment, equitable indemnification, common law indemnification and contribution.  Arpin's claims for apportionment were dismissed by Order of this Court dated January 14, 2004 (doc. #240).  Arpin's claims for equitable indemnification were also dismissed by this Court's Order of January 14, 2004 (doc. #240).  Arpin's claims for common law indemnification were dismissed by the Court's May 2, 2005 ruling on Trans-Expo and Ramirez's Motion for Summary Judgment (doc. #404).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Arpin's remaining third-party claim, sounding in common law contribution, was extinguished by virtue of the plaintiff's settlement with Trans-Expo and Ramirez and should be dismissed. Plaintiff settled his direct claims against Trans-Expo and Ramirez and, on August 15, 2005 this Court granted plaintiff's Motion to Dismiss all of his claims against these defendants (doc. #428). Connecticut General Statutes Section 52-572h(n) provides that "[a] release, settlement or similar agreement entered into by a claimant and a person discharges that person from all liability for contribution. . . . However, the total award of damages is reduced by the amount of the released person's percentage of negligence determined in accordance with subsection (f) of this section." See also Stefano v. Smith, 705 F. Supp. 733 (D. Conn. 1989). Arpin appears to have acknowledged that there are no remaining viable third-party claims against Trans-Expo and Ramirez in the Final Pretrial Memorandum signed by Arpin's counsel and filed with this Court dated August 1, 2005 (Sec. 6, pgs. 3-14). Arpin has put this Court and the plaintiff on notice of the intention to introduce evidence in order to retain its right to have the fault of the settled co-defendants apportioned by the jury. See Arpin's Submission Regarding Dismissal of Co-Defendants, dated July 20, 2005 (doc. #423).

For the reasons stated above, the defendants/third-party defendants Michael D. Kovac d/b/a Trans-Expo International and Erica Ramirez move that

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

any and all remaining third-party claims made against them by Arpin be

dismissed.

        THIRD PARTY DEFENDANTS,
MICHAEL D. KOVAC D/B/A
TRANS-EXPO INTERNATIONAL AND
ERICA RAMIREZ, IN HER CAPACITY AS
EMPLOYEE OF TRANS-EXPO INT'L.

BY: _____/S/_____
     Susan O'Donnell of
     **HALLORAN & SAGE LLP**
     Fed. Bar No. ct07539
     One Goodwin Square
     Hartford, CT  06103
     Tel. No. (860) 522-6103
     Fax No. (860) 548-0006
     email: odonnell@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on September 9, 2005, a copy of the foregoing was either mailed postpaid, or hand-delivered to:

| | |
|---|---|
| **Shawn Pouliot**<br>Michael A. Stratton, Esquire<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510<br>Tel No. (203) 624-9500<br>Fax No. (203) 624-9100 | **Paul Arpin Van Lines, Inc and Arpin Logistics, Inc.**<br>Thomas J. Grady, Esquire<br>Lenihan, Moone, Gallogly & Grady<br>6 Canal Street<br>Westerly, RI 02891-0541<br>Tel. No. (401) 596-0183<br>Fax No. (401) 596-6845 |
| Roland F. Moots, Jr., Esquire<br>Moots, Pellegrini, Mannion, Martindale<br>   & Dratch, P.C.<br>46 Main Street, P.O. Box 1319<br>New Milford, CT 06776-1319<br>Tel. No. (860) 355-4191<br>Fax No. (860) 355-8487 | Harold J. Friedman, Esquire; and<br>Attorney Karen Frink Wolf<br>Friedman Gaythwaite Wolf & Leavitt<br>Six City Center, P.O. Box 4726<br>Portland, ME 04112<br>Tel. No. (207) 761-0900<br>Fax No. (207) 761-0186 |
| **The Festo Corporation**<br>John A. Tarantino, Esquire<br>James R. Oswald, Esquire<br>Adler, Pollock & Sheehan<br>One Citizens Plaza, 8th Floor<br>Providence, RI  02903<br>Tel: (401) 274-7200<br>Fax: (401) 751-0604 | Daniel J. Krisch, Esquire<br>Michael S. Taylor, Esquire<br>Horton, Shields & Knox PC<br>90 Gillett Street<br>Hartford, CT 06105<br>Tel:  860-522-8338<br>Fax: 860-728-0401 |

                                                           /S/
                                                     Susan O'Donnell

One Goodwin Square　　　HALLORAN　　　Phone (860) 522-6103
225 Asylum Street　　　　& SAGE LLP　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　Juris No. 26105