UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1302 (JCH) |
| | ) | |
| v. | ) | JUDGE JANET C. HALL |
| | ) | |
| | ) | |
| PAUL ARPIN VAN LINES, INC. et al. | ) | September 13, 2005 |
| Defendants | ) | |
| | ) | |

### DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION *IN LIMINE* REGARDING WITHDRAWN FRAUD DEFENSE

Plaintiff cites language from *State v. Woodson*, 227 Conn. 1, 629 A.2d 386 (1993) as the only support for his opposition to Defendants' motion to preclude evidence of the withdrawn fraud defense. *See* Plaintiff's Memorandum in Opposition to Motion *in Limine* re: Withdrawn Defense of Fraud ("Plaintiff's Opposition"), at p. 1. In *Woodson*, a criminal arson case, the court held that the defendant's threats, made to a business associate, to burn down his other properties, were admissible as admissions, defined by the court as an "avowal or acknowledgement…of a fact or of circumstances from which guilt *may* be inferred." *Woodson*, 227 Conn. at 15, 629 A.2d at 394 (emphasis in original). *Woodson* cannot assist the Court in deciding Defendants' motion *in limine* on the withdrawn fraud defense because the fraud defense was not an admission but, rather, a defense.

For this reason, and for the other reasons set forth in Arpin's motion *in limine*, Arpin respectfully requests that this Court grant its motion and rule that any evidence of, testimony concerning, or reference to the withdrawn fraud defense shall be precluded at trial.

2

Dated September 13, 2005.

          Respectfully submitted,

          /s/ Karen Frink Wolf
          Harold J. Friedman, Esq. CT 23785
          Karen Frink Wolf, Esq. CT 26494
          FRIEDMAN GAYTHWAITE WOLF & LEAVITT
          Six City Center, P.O. Box 4726
          Portland, ME  04112-4726
          (207) 761-0900
          (207) 761-0186 (Fax)
          hfriedman@fgwl-law.com
          kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via overnight mail this 13th day of September, 2005 to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

/s/ Karen Frink Wolf
Karen Frink Wolf, Esq. # 26494