UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | September 13, 2005 |
| Defendants | : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE: PLAINTIFF'S EMPLOYMENT STATUS*

Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter collectively "Arpin") hereby submit the following Reply to Plaintiff's Memorandum in Opposition to Arpin's Motion *in Limine* to Preclude Evidence of, Reference to, or Suggestion that Plaintiff is an Employee of Defendants.

In his Memorandum in Opposition to Motion *in Limine* re: Plaintiff's Employment Status ("Plaintiff's Opposition"), Plaintiff asserts that "the Code of Federal Regulations does impose safety requirements on motor carriers regardless as to whether they are dealing with a (sic) 'employee' or an 'independent contractor'." *See* Plaintiff's Opposition, at p. 1. Plaintiff fails to identify or reference the particular federal regulations to which he is referring, so Arpin is unable to set forth any position regarding whether those regulations are or are not applicable in this case.

By this Reply, Arpin respectfully requests that this Court instruct Plaintiff to

specify which regulations he is referring to in his Opposition so that Arpin may formulate and provide a response to Plaintiff's Opposition.

    Dated September 13, 2005.

                                Respectfully submitted,

                                /s/ Karen Frink Wolf
                              arold J. Friedman, Esq. CT 23785
                              Karen Frink Wolf, Esq. CT 26494
                              FRIEDMAN GAYTHWAITE WOLF &
                              LEAVITT
                              Six City Center, P.O. Box 4726
                              Portland, ME  04112-4726
                              (207) 761-0900
                              (207) 761-0186 (Fax)
                              hfriedman@fgwl-law.com
                              kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via overnight mail this 13th day of September, 2005 to the following:

Michael A. Stratton, Esq.  
Stratton Faxon  
59 Elm Street  
New Haven, CT  06510

Roland F. Moots, Jr., Esq.  
Moots, Pellegrini, Spillane & Mannion  
46 Main Street, PO BOX 1319  
New Milford, CT 06776-1319

Thomas J. Grady, Esq.  
Lenihan Grady & Steele  
6 Canal Street  
PO Box 541  
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.  
Horton, Shields & Knox, P.C.  
90 Gillett Street  
Hartford, CT 06105

/s/ Karen Frink Wolf  
Karen Frink Wolf, Esq. # 26494