## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>        Plaintiff | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>        Defendants | )<br>)<br>)<br>) | September 13, 2005 |

## **MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel pursuant to D.Conn.L.Civ.R. 7 (e) moves that the appearance for Sandra Snaden, Esq. (Federal Bar No. CT 18586) be withdrawn as counsel for the Plaintiff, Shawn Pouliot in the above matter. Appearances have previously been filed for the Plaintiff by Michael A. Stratton and Joel T. Faxon, and the appearance of Attorney Snaden is no longer necessary. Ms. Snaden is no longer with the Stratton Faxon Law Firm.

THE PLAINTIFF,

By_____
Joel T. Faxon, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No. CT 16255
203-624-9500 t
203-624-9100 f
jfaxon@strattonfaxon.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

Karen Frink Wolf, Esq.
Harold J. Friedman, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI  02891

Roland F. Moots, Esq.
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

Susan O'Donnell, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT  06103

James R. Oswald, Esq.
Adler, Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI  02903-2443

                                                    _____
                                                    Joel T. Faxon, Esq.