UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | September 20, 2005 |
| Defendants | : | |

## *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S MOTION TO CONTINUE SETTLEMENT CONFERENCE*

NOW COME Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., (hereinafter "Arpin") and hereby request that the Settlement Conference scheduled for September 23, 2005, be continued to the next available Monday on Magistrate Judge Smith's calendar. In support of this Motion, Arpin states as follows:

1.  This matter was subject to a first Pretrial Conference on September 15, 2005. A second Pretrial Conference has been scheduled for October 31, 2005.

2.  At the Pretrial Conference, Judge Hall discussed availability of the Magistrate Judge for a Settlement Conference on September 23 and September 30, 2005. At that time, while Plaintiff's counsel was available, defense counsel indicated that she was not certain whether a representative of the insurance carrier for the Defendants was available.

3.  The Representative of the insurance carrier with settlement authority is involved in a trial currently proceeding in the Superior Court, Hammond, Indiana entitled *Deanna Paras, a minor, by her Parents, and Next Friends, George C. Paras and Helen Vincent, Individually, v. Curtis R. Parrish, Acosta-PMI and Acosta, Inc*, Docket No.

45D05-0209-CT-225. The representative will therefore be in Indiana on Friday, September 23. The trial will be continuing at least into the week of September 26.

      4.      Following the Pretrial Conference in this matter, counsel for the parties discussed the possibility of scheduling the Settlement Conference for a Monday. Plaintiff's counsel Roland Moots has jury trial starting in the next two weeks and defense co-trial counsel Harold Friedman is currently in jury trial in the matter of *Wilma Snowberger, et al v. Getty Petroleum Marketing, Inc., et al,* Docket No. X06-CV-01-0167144S, pending in the Connecticut Superior Court Complex Trial Division at Waterbury. The *Snowberger* matter is anticipated to last until at least October 21. Both Mr. Moots' trial and Mr. Friedman's trial are pending in Connecticut state courts in Danbury and Waterbury, which do not call in juries on Mondays. The *Snowberger* trial is anticipated to last until at least October 21. The likelihood of a fruitful settlement conference in the *Pouliot* matter is increased if all case and trial participants are able to attend.

      5.      Defendant Arpin will submit its *ex parte* settlement statement as required by September 21, 2005 in anticipation of the requested rescheduled conference.

      WHEREFORE, Defendant Arpin respectfully requests that the settlement conference scheduled for September 23, 2005 be continued and be reset, if at all possible, for a Monday prior to the next Pretrial Conference in this matter.

Respectfully submitted,

_____
Daniel J. Krisch
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105
(860) 522-8338  *fax* (860) 728-0401
Fed. Bar ID#CT 21994
dkrisch@hsklawfirm.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900,  *fax* (207) 761-0186
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was faxed and mailed via U.S. First Class Mail this 20th day of September, 2005 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |
| Thomas J. Grady, Esq.<br>Lenihan Grady & Steele<br>6 Canal Street<br>PO Box 541<br>Westerly, RI 02891-0541 | Karen Frink Wolf, Esq.<br>Friedman Gaythwaite Wolf & Leavitt<br>P.O. Box 4726 ~ Six City Center<br>Portland, ME  04112-4726 |

                                                      _____
                                                      Daniel J. Krisch