**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-cv-1302 (JCH) |
| | : | |
| PAUL ARPIN VAN LINES, INC.,E T AL | : | |
|     Defendants | : | SEPTEMBER 20, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Thomas P. Smith for the following purpose:

_____     All purposes

\_\_\_\_\_     A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_     To supervise discovery and resolve discovery disputes

_____√\_\_     A ruling on the following motion(s) which are currently pending:
**Motion to Continue Settlement Conference [Dkt. No. 492]**

\_\_\_\_\_     A Rule 26(f) Conference [See Dkt. \_\_\_ ]

_____     A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of September, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge