UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, ) | | CIVIL ACTION NO. |
|     Plaintiff ) | | 3:02 CV 1302 (JCH) |
| ) | | |
| v. ) | | |
| ) | | |
| PAUL ARPIN VAN LINES, INC. et al. ) | | |
|     Defendants ) | | |
| ) | | SEPTEMBER 28, 2005 |

**PLAINTIFF'S MOTION REQUESTING THREE ADDITIONAL WEEKS TO COMPLY WITH THIS COURT'S ORDER RE: DESIGNATION OF DEPOSITION TESTIMONY**

The parties have consulted and request that the designation of deposition transcripts be moved out three weeks to October 19, 2005. The defendants consent to this request. This task requires a great deal of cooperation between counsel and both counsel have been unable to do this task within the short time frame. Three weeks should be sufficient for completion.

THE PLAINTIFF,

By/_____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

**Daniel J. Krisch, Esq.**
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

_____
Michael A. Stratton, Esq.