UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | December 14, 2005 |
| Defendants | : | |

### *DEFENDANTS PAUL ARPIN VAN LINES, INC.'S AND ARPIN LOGISTICS, INC.'S UNOPPOSED MOTION TO EXCUSE CO-TRIAL COUNSEL FROM ATTENDANCE AT PRETRIAL CONFERENCE*

NOW COME Defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. (hereinafter "Arpin") and request that co-trial counsel Harold J. Friedman be excused from attendance at the Pretrial Conference on December 19, 2005. Attorney Friedman has plans to be on vacation out of state with his son on that day. Arpin's co-trial counsel Karen Frink Wolf, along with Arpin's co-counsel from the law firm of Horton, Shields & Knox, will be in attendance at the Pretrial Conference and are prepared to handle all outstanding issues pending before the Court. Arpin's counsel has spoken with Plaintiff's counsel, who has confirmed that Plaintiff does not oppose this Motion.

Respectfully submitted,

     /s/ Harold J. Friedman
Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME 04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 14th day of December 2005 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |
| Thomas J. Grady, Esq.<br>Lenihan Grady & Steele<br>6 Canal Street<br>PO Box 541<br>Westerly, RI 02891-0541 | |
| Daniel J. Krisch, Esq.<br>Horton, Shields & Knox, P.C.<br>90 Gillett Street<br>Hartford, CT 06105 | |

                                                    /s/ Harold J. Friedman
                                            Harold J. Friedman, Esq., CT 23785