UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1302 (JCH) |
| v. | )<br>)<br>) | |
| PAUL ARPIN VAN LINES, INC. et al.<br>    Defendants | )<br>)<br>)<br>) | DECEMBER 21, 2005 |

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

The plaintiff in the above matter supplements his witness list by adding the following individuals:

23. Heather Holland and EMS Crew
    American Medical Response of CT
    55 Church Street
    New Haven, CT 06510

This information has been provided to all counsel of record.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

Karen Frink Wolf, Esq.
Harold J. Friedman, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Roland F. Moots, Esq.
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.

# SHAWN POULIOT V. ARPIN VAN LINES
## 3:02 CV 1302 (JCH)

## PLAINTIFF'S LIST OF DEFINITE WITNESSES AT TRIAL

|     | Name and Address | Brief Summary of Testimony |
| --- | --- | --- |
| 1.  | Shawn Pouliot<br>717 Danner Road<br>Tallmage, OH 44278 | Pre-accident/Post-accident/Effect of Injuries |
| 2.  | Shawn's Mother<br>559 Park Hill Drive, Apt. 8<br>Fairlawn, OH 44333 | Effect of Injuries |
| 3.  | Shawn's Father | Effect of Injuries |
| 4.  | William Mottla<br>75 Yew Street<br>Douglas, MA 01516 | Arpin customer service representative/Took order/Standard operating procedure/Pricing/Relevance of weight |
| 5.  | Joseph Rocha<br>S&M Moving<br>120 Quarry Drive<br>Milford, MA 01757 | Loaded truck/selected truck/Arpin employee – truck condition |
| 6.  | William Tweedy<br>96 Sheffield Street<br>West Warwick, RI 02889 | Arpin dispatcher/Assigned job/Communications with plaintiff/ Truck condition |
| 7.  | Michael Montgomery<br>237 Lake Drive<br>Chepachet, RI 02814 | Arpin supervisor/Standard operating procedure |
| 8.  | Heidi Kern (Hopkins)<br>Arpin Logistics, Inc.<br>1485 South County Trail<br>East Greenwich, RI 02818 | Customer service rep at Arpin; importance of obtaining and inputting all information for shipments; other shipments with Ramirez/Festo |
| 9.  | Arnold Kowal<br>Maxon<br>11921 Slauson Avenue<br>Santa Fe Springs, CA 90670 | Maxon employer/Maintenance requirements for Liftgates |
| 10. | Irving Ojalvo<br>CT Tech Associates<br>1011 High Ridge Road, 2nd Fl<br>Stamford, CT 06905 | Arpin's Expert; maintenance protocol re: Liftgates |

| 11. | James Blalock<br>Naugatuck Valley Community College<br>Public Safety Department<br>750 Chase Parkway<br>Waterbury, CT 06708 | Police officer at accident scene, photos, measurements |
|---|---|---|
| 12. | Ralph Harvey<br>46 Woodcrest Avenue<br>Trumbull, CT 06611 | At scene witness |
| 13. | Barry Groman<br>302 Southford Road<br>Southbury, CT 06488 | At scene witness |
| 14. | Petra Milks<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Festo Product Coordinator; hiring history with Arpin; standard operating procedure for shipping Learnline Units; this shipment |
| 15. | Erica Ramirez<br>26 Abilene Drive<br>Trabuco Canyon, CA 92679 | Trans Expo employee; pricing protocol; placing this order; communications with Arpin/Festo; how the shipment was priced, estimated |
| 16. | Agatha Devito<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Festo traffic manager; communication with Ramirez/Milks Re: this shipment; trolley being shipped by dimensions not weight |
| 17. | Roland Ruhl, Ph.D.<br>2025 N 3rd Street, Ste. 205<br>Phoenix, AZ 85004 | Plaintiff's liability expert; accident reconstruction, defective maintenance on Liftgate and causation |
| 18. | Jarob Mushaweh<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Injuries/permanency/causation (neurosurgeon at Waterbury hospital) |
| 19. | Glenn Taylor<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Injuries/permanence/causation (orthopedist at Waterbury Hospital) |
| 20. | Anthony Gamboa<br>11933 Brinley Avenue<br>Louisville, KY 40243 | Vocational Expert; impact of injuries |
| 21. | Lawrence Foreman<br>8585 Sunset Drive<br>West Atrium<br>Miami, FL 33143 | Life Care Plan Expert |
| 22. | Gary Crakes<br>Maher, Crakes & Associates | Economist Expert |

|     | 860 Ward Lande<br>Cheshire, CT 06410 |                   |
| --- | --- | --- |
| 23. | Heather Holland and EMS Crew<br>American Medical Response of CT<br>55 Church Street<br>New Haven, CT 06510 | EMS Crew on Scene |

## PLAINTIFF'S LIST OF WITNESSES WHO MAY BE CALLED AT TRIAL

| 1. | Mark Pouliot | Brother; impact of injuries |
|---|---|---|
| 2. | Dr. Frederick Slezak | Colorectal surgeon; operation performed on plaintiff/impact of injuries |
| 3. | Dr. Steven Cremer | Orthopedist/impact of injuries: skin lesions, sexual function, bowel function, rodding; osteoporosis; future medical needs/costs |
| 4. | Kari Lane<br>717 Danner Road<br>Tallmage, OH 44278 | Girlfriend, impact of injuries |