UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT, <br>     Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. <br> 3:02 CV 1302 (JCH) |
| v. | ) <br> ) <br> ) <br> ) | |
| PAUL ARPIN VAN LINES, INC. et al. <br>     Defendants | ) <br> ) <br> ) | DECEMBER 21, 2005 |

## PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBIT LIST

The plaintiff in the above matter supplements his exhibit list by adding the following documents:

| | |
|---|---|
| Exhibit 3w. | Curriculum Vitae of Dr. Steven Cremer. |
| Exhibit 3x. | Anatomy of the Lumbosacral Spine, poster. |
| Exhibit 3y. | Anatomy of the Spinal Cord, poster. |
| Exhibit 3z. | Continuum of Care for Shawn Pouliot. |
| Exhibit 3aa. | V.A.C. Canister. |
| Exhibit 3bb. | Urinary Leg Bag. |
| Exhibit 3cc. | Foley Catheter Insertion Tray. |
| Exhibit 3dd. | Stoma Plug. |
| Exhibit 3ee. | Colostomy Bag. |
| Exhibit 3ff. | V.A.C. Foam Medium Dressing. |
| Exhibit 3gg. | Stool Bag Disposal. |
| Exhibit 3hh. | Foley Catheter. |

In addition, Exhibit 30 has been changed from Arpin's Admission Dated August 7, 2003 to Video of Liftgate Testimony of Dr. Ruhl. Exhibits 31 and 32 have been removed from the list and are now open.

This material has been provided to all counsel of record.

THE PLAINTIFF,

By: _____
Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Federal Bar No: ct08166
Telephone: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

Karen Frink Wolf, Esq.
Harold J. Friedman, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Roland F. Moots, Esq.
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

_____
Michael A. Stratton, Esq.

# SHAWN POULIOT V. ARPIN VAN LINES
## 3:02 CV 1302 (JCH)

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

1a. – 1bbb..............MRI films dated October 23, 2001 and October 30, 2001

2........................Pharmacy Records

3a. – 3hh...............Medical Records
- a. American Medical Response
- b. Waterbury Hospital
- c. Shaw Rehabilitation
- d. Consultation and Notes from Cremer and Tharp
- e. Office notes from Johnston, Dankoff and Cremer
- f. Summa Health System Admissions
- g. Offices Notes from Cremer 01/29/04 – 06/22/04
- h. Office Notes from Slezak
- i. Notes from Dankoff and Johnston
- j. Emergency Records of Tharp
- k. EMS Report
- l. Summa Health System Discharge Summary
- m. Office Notes of Dellinger
- n. Surgical/Office Notes
- o. Surgical/Office Notes of Dellinger
- p. Cuyahoga Falls Admission Records
- q. Office Notes of Dellinger
- r. Cuyahoga Falls Admission Records 02/04/04
- s. Cuyahoga Falls Admission Records 05/19/04
- t. Cuyahoga Falls Admission Records 04/08/05
- u. Cuyahoga Falls Admission Records 04/17/05
- v. Office Notes of Dr. Johnston
- w. Curriculum Vitae of Dr. Steven Cremer
- x. Anatomy of the Lumbosacral Spine, poster
- y. Anatomy of the Spinal Cord, poster
- z. Continuum of Care for Shawn Pouliot
- aa. V.A.C. Canister
- bb. Urinary Leg Bag
- cc. Foley Catheter Insertion Tray
- dd. Stoma Plug
- ee. Colostomy Bag
- ff. V.A.C. Foam Medium Dressing
- gg. Stool Bag Disposal
- hh. Foley Catheter

4..........................Life Expectancy Chart

5..........................Arpin Corporate Overview

6..........................Arpin Corporate Brochure

7..........................William Tweedy Statement

8a. – 8b..................Ruhl Forensics
    a.    Arpin Inspection Photos from Ruhl
    b.    AutoCAD from Ruhl

9a. – 9d..................Photos of Learnline Unit and Videotape of Liftgate taken by Mark Pouliot

10.........................Invoice Manifest

11.........................Shipment Booking Orders

12.........................Bills of Lading

13.........................Invoices and Orders

14.........................Computer Inputs

15.........................Computer Outputs

16.........................Emails Re: Shipment

17a. – 17j...............Photos at Scene

18a. – 18p..............Blalock Investigative Photos

19.........................Ruhl Angles When Loaded

20.........................Liftgate with Cart Retention System

21.........................Blalock Diagram of Site

22.........................Maxon Warnings Re: Maintenance

23.........................Photo of Ulcer

24.........................Day in the Life Video

25.........................Arpin Corporate Facts

26.........................Liftgate Warning

27.........................Liftgate Warning 2

28.........................72-25A Installation

29.........................Notice of Duty to Preserve

30.........................Video of Liftgate Testimony by Dr. Ruhl

31.........................(open)

32.........................(open)

33.........................Video of Liftgate After Accident