UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (JCH) |
| | : | |
| PAUL ARPIN VAN LINES, INC.; | : | |
| ARPIN LOGISTICS, INC.; THE FESTO | : | |
| CORPORATION; MICHAEL D. KOVAC | : | |
| d/b/a TRANS-EXPO INTERNATIONAL, | : | |
| ERICA RAMIREZ, IN HER CAPACITY AS | : | |
| EMPLOYEE OF TRANS-EXPO | : | |
| INTERNATIONAL | : | January 3, 2006 |
| | : | |
| Defendants | : | |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. have manually filed the following documents:

Transcript of the videotape deposition of Steven A. Cremer, M.D., taken on December 16, 2005.

Videotape of the deposition of Steven A. Cremer, M.D., Edited 9 mins.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

Dated this 3rd day of January, 2006.

                                                                                            /s/ Karen Frink Wolf
                                                     Harold J. Friedman, Esq. CT 23785
                                                     Karen Frink Wolf, Esq. CT 26494
                                                     FRIEDMAN GAYTHWAITE WOLF & LEAVITT
                                                     Six City Center, P.O. Box 4726
                                                     Portland, ME  04112-4726
                                                     (207) 761-0900
                                                     (207) 761-0186 (Fax)
                                                   hfriedman@fgwl-law.com
                                                   kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 3rd day of January, 2006 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT  06105

                                                          /s/ Karen Frink Wolf
                                         Harold J. Friedman, Esq. CT 23785
                                         Karen Frink Wolf, CT 26494