UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT,                    )        CIVIL ACTION NO.
        Plaintiff              )        3:02 CV 1302 (JCH)
                       )
        v.                      )
                       )
                       )
PAUL ARPIN VAN LINES, INC. et al.   )
        Defendants              )        JANUARY 5, 2006

## APPEARANCE

Please enter my appearance for the plaintiff in the above-entitled matter.

THE PLAINTIFF,

By:_____
     Michael L. Oh, Esq.
     STRATTON FAXON
     59 Elm Street
     New Haven, CT 06510
     Federal Bar No: ct24532
     Telephone: 203-624-9500
     Fax: 203-624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail,

postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI  02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT  06776-1319

_____
Michael L. Oh, Esq.