UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02 CV 1302 (JCH) |
| : | |
| PAUL ARPIN VAN LINES, INC. et al. : | |
| : | January 3, 2006 |
| Defendants : | |

### PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO ADMIT A VISITING ATTORNEY PURSUANT TO LOCAL RULES 83.1(d)(1)

Pursuant to Local Rule 83.1(d)(1), Paul Arpin Van Lines and Arpin Logistics, Inc. ("Arpin") move this court to permit the admission of Roger F. Brunelle, Jr., Esquire for purposes of conducting certain trial-related functions in this matter. Trial counsel will continue to be Harold J. Friedman and Karen Frink Wolf.

An affidavit from Attorney Brunelle has been submitted in compliance with Local Rule 83.1(d)(1).

Attorney Brunelle is a member of the law firm of Friedman Gaythwaite Wolf & Leavitt, LLP located in Portland, Maine. Attorney Brunelle is a graduate of the University of Connecticut School of Law.

Attorney Brunelle is admitted to practice law in the State of Massachusetts, the State of Maine, the State of Wisconsin and the United States District Court of Maine.

Attorney Brunelle has not been denied admission or disciplined by this Court or any other Court. Attorney Brunelle has also reviewed and is familiar with the United States District Court of Connecticut Local Rules.

Arpin hereby moves for the admission of Attorney Roger F. Brunelle, Jr., as an attorney of record for Arpin in this matter.

Dated this 3rd day of January, 2006.

        Defendants Paul Arpin Van Lines, Inc. and
Arpin Logistics, Inc.,
By their attorneys:


      /s/ Harold J. Friedman
Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
FRIEDMAN GAYTHWAITE WOLF &
LEAVITT
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail this 3rd day of January, 2006 to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>Moots, Pellegrini, Spillane & Mannion<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Daniel J. Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT  06105


                          /s/Harold J. Friedman
                        Harold J. Friedman, Esq. CT 23785
                        Karen Frink Wolf, Esq. CT 26494

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02 CV 1302 (JCH) |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | January 3, 2006 |
| Defendants | : | |

### *AFFIDAVIT IN SUPPORT OF PAUL ARPIN VAN LINES, INC. AND ARPIN LOGISTICS, INC.'S MOTION TO ADMIT A VISITING ATTORNEY PURSUANT TO LOCAL RULES 83.1(d)(1)*

I, Roger F. Brunelle, Jr., Esquire, upon oath being duly sworn as follows:

1. My office address is:

   Friedman Gaythwaite Wolf & Leavitt
   Suite 400, Six City Center, P.O. Box 4726
   Portland, Maine 04112-4726

2. My office telephone number is (207) 761-0900.

3. My office facsimile number is (207) 761-0186.

4. My e-mail address is RBrunelle@fgwl-law.com

5. I am admitted to practice in the following courts:

   (a) State of Maine

   (b) State of Massachusetts

   (c) State of Wisconsin

   (d) United States District Court for the District of Maine

6. I have not been denied admission or disciplined by the United States

District Court of the District of Connecticut, or any other court.

      7.    I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

      IN WITNESS THEREOF, I hereunto set my hand and seal this 3rd day of January, 2006.

                                           /s/Roger F. Brunelle, Jr.
                                           Roger F. Brunelle, Jr.

STATE OF MAINE
COUNTY OF CUMBERLAND

      In Portland, Maine on the 3rd day of January, 2006 before me personally appeared Roger F. Brunelle, Jr. to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him so executed to be his free act and deed.

                                           Notary Public: