January 20, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Krystini O. Coy
Deputy Clerk

| | | |
|---|---|---|
| SHAWN POULIOT<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02-cv-1302 (JCH) |
| v. | : | |
| PAUL ARPIN VAN LINES, INC. and<br>ARPIN LOGISTICS, INC.,<br>Defendants. | : | January 18, 2006 |

## VERDICT FORM

1. Has Shawn Pouliot proven by a preponderance of the evidence that Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. were negligent, which negligence was a proximate cause of Mr. Pouliot's injuries?

    Yes __✓__    No_____

    If your answer is "no," please proceed to the end of the form and have the foreperson sign it and date it. If your answer is "yes," go on to question 2.

2. Have Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. proven by a preponderance of the evidence their special defense that Shawn Pouliot was negligent, which negligence was a proximate cause of Mr. Pouliot's injuries?

    Yes_____    No __✓__

    Please proceed to question 3.

3. Have Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. proven by a preponderance of the evidence that Festo Corporation was negligent, which negligence was a proximate cause of Mr. Pouliot's injuries?

    Yes_____    No __✓__

    If you answered "no" to both questions 2 and 3, please proceed to question 5. If you answered "yes" to either question 2 or 3, or to both, please proceed to question 4.

- page 1 of 3 -

4. Determine what percentage of negligence is attributable to each of the following: (If you answered "no" to question 2, you must write a zero in the line next to Shawn Pouliot's name. If you answered "no" to question 3, you must write a zero on the line next to Festo Corporation's name. When you add up all of the percentages you list below, the percentages must equal 100%.)

    (a) PAUL ARPIN VAN LINES, INC. and ARPIN LOGISTICS, INC. _____%

    (b) FESTO CORPORATION _____%

    (c) SHAWN POULIOT _____%

**Total Percentage**          100%

If the percentage of negligence you have attributed to Shawn Pouliot in question 4(c) is greater than 50%, please proceed to the end of this form and have the foreperson sign it and date it.

If the percentage of negligence you have attributed to Shawn Pouliot in question 4(c) is 50% or less, please proceed to question 5.

5. What is the total amount of damages Shawn Pouliot has proven by a preponderance of the evidence fairly compensate him?
(In answering this question, you should determine Mr. Pouliot's total damages, without regard to reduction for the negligence of Mr. Pouliot or Festo, if any.)

    (a) Economic Damages

        (i) Past Economic Damages: $ *993,100*

        (ii) Future Economic Damages: $ *5,313,276*

    (b) Non-economic damages:

        (i) Past Non-economic Damages: $ *4,000,000*

        (ii) Future Non-economic Damages: $ *16,000,000*

TOTAL DAMAGES: $ *26,306,376*

You have now completed the verdict form for plaintiff Shawn Pouliot. The foreperson should now sign and date this form, and return the form to the courtroom deputy.

_1/20/06_
Date

_[signature]_
Jury Foreperson