# United States District Court

Pouliot

v.

Paul Arpin Van Lines, et al

DISTRICT OF Connecticut

FILED 2006 JAN 19 P 5:18

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV1302(JCH)

PRESIDING JUDGE: Janet C. Hall
PLAINTIFF'S ATTORNEY: Michael Stratton
DEFENDANT'S ATTORNEY: Karen Wolf, Daniel Krisch
TRIAL DATE(S):
COURT REPORTER: T. Fidanza
COURTROOM DEPUTY: D. Candee

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1-11-06 | | | Heather Baery, 180 Avalon Circle Waterbury, Ct |
| ✓ | | " | | | William Mottla, 75 Yew Street Douglas MA |
| ✓ | | " | | | Roland L. Ruhl, Lancaster, Champagne Il (exp) |
| ✓ | | 1-12-06 | | | Michael Montgomery, 5095 Ginger Lane Pinckney, Michigan |
| ✓ | | " | | | Dr. Jacob Mushaweh, 500 Parkway Waterbury Ct (exp) |
| ✓ | | " | | | James Blaloch 79 Todd Hollow Road Wolcott |
| ✓ | | " | | | Ralph Harvey 46 Woodcrest Trumbull Ct |
| ✓ | | " | | | William Tweedy 18 Sheffield Drive Johnston RI |
| ✓ | | " | by video | | Dr. Steven Cremer One Park Centre, Wadsworth OH |
| ✓ | | " | | | Joseph Rocha, 120 Quary Drive, Milford MA |
| ✓ | | 1-13-06 | | | Mark Pouliot, 25 Frederick Ave Akron Oh |
| ✓ | | " | | | Lawrence Forman 8585 Sunset Drive Miami Florida (exp) |
| ✓ | | " | | | Anthony Gamboa 105 Crane Blvd Key Biscayne Florida (exp) |
| ✓ | | " | | | Shawn Pouliot 717 Danner Road Tallmage OH |
| | ✓ | 1-17-06 | | | Joseph Rocha 30 Columbus Ave. Barrington RI |
| | ✓ | " | | | Dr. Allen McCausland 834 Main St Contoocock N.H. (exp) |
| | ✓ | " | | | Daniel McCarthy 5 Cedar Trail Southbury Ct |
| | ✓ | " | | | Petra Milks, 137 Pennsylvania Ave Medford N.C. |
| | ✓ | " | | | Jay Johnson 362 Quaker Rd Thompson Ct |
| | ✓ | " | | | Erica Ramirez, 26 Abilene Drive Trabuco Canyon CA (read dep) |
| | ✓ | 1-18-06 | | | Paul Herbert, 954 Butterfly Valley Rd Quincy CA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of     Pages

## SHAWN POULIOT V. ARPIN VAN LINES
### 3:02 CV 1302 (JCH)
### Combined Witness List



FILED
2006 JAN 19 P 5:18
U.S. DISTRICT COURT

| Witness | Party | Area of Testimony |
|---|---|---|
| Blalock, James<br>79 Todd Hollow Road<br>Wolcott, CT 06716 | Plaintiff<br>Defendant | Police officer at accident scene, photos, measurements<br>Layout of scene and area/investigation of accident |
| Burke, William<br>William H. Burke & Associates, Inc.<br>Noble's Island #7<br>500 Market Street<br>Portsmouth, NH 03801 | Defendant | Rehabilitation/lifecare Expert/Plaintiff's care needs/Plaintiff's medical and rehabilitation status and limitations |
| Castellani, Raymond<br>3 Sunset Lane<br>Augusta, NJ 07822 | Defendant | Ordering and delivery of Learnline/use of Learnline/instructions to Plaintiff/layout of scene and area |
| Cremer, Steven, MD<br>North Hill Orthopaedic Surgery<br>One Park Centre<br>Wadsworth, OH 44281 | Plaintiff | Orthopedist/impact of injuries: skin lesions, sexual function, bowel function, rodding; osteoporosis; future medical needs/costs |
| Devito, Agatha<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Plaintiff<br>Defendant | Festo traffic manager; communication with Ramirez/Milks Re: this shipment; trolley being shipped by dimensions not weight. Festo company background/Learnline units/shipping of cargo/preparation of cargo/weights/history of unit/history of shipping units/Festo safety procedures/documentation regarding shipment |
| Forman, Lawrence<br>8585 Sunset Drive<br>West Atrium<br>Miami, FL 33143 | Plaintiff | Life Care Plan Expert |
| Gamboa, Anthony<br>11933 Brinley Avenue<br>Louisville, KY 40243 | Plaintiff | Vocational Expert; impact of injuries |
| Groman, Barry<br>302 Southford Road<br>Southbury, CT 06488 | Plaintiff<br>Defendant | At scene witness. Happening of accident/layout of scene and area/actions of Plaintiff/Learnline unit |

Margin annotations:
- 1-12-06 plt (Blalock)
- 1-12-06 by video plt / @yp (Cremer)
- 1-13-06 plt / @yp (Forman)
- 1-13-06 plt / @yp (Gamboa)

| Witness | Party | Area of Testimony |
|---|---|---|
| Gulemi, Gary<br>21 Lindamir Ln.<br>Fairfield, CT 06430 | Defendant | Festo independent representative/ Learnline unit/shipping and transport of units/Festo company background |
| Harvey, Ralph<br>46 Woodcrest Avenue<br>Trumbull, CT 06611 | Plaintiff<br>Defendant | At scene witness. Happening of accident/layout of scene and area/actions of Plaintiff |
| Herbert, V. Paul<br>Western Motor Carrier Safety Institute, Inc.<br>954 Butterfly Valley Road<br>Quincy, CA 95971-9613 | Defendant | Trucking safety and industry expert/ safety practices/duties of driver and mover/Plaintiff's practices/regulations independent contractor drivers |
| ~~Holland,~~ Heather BAERZ<br>American Medical Response of CT<br>55 Church Street<br>New Haven, CT 06510 | Plaintiff | |
| Johnson, Jay<br>Coastal International Trucks<br>2 Szydlo Drive<br>West Warwick, RI 02893 | Defendant | Operation of truck and liftgate/driver and mover safety practices/loading and unloading procedure/work with Arpin on trucks |
| Kern, Heidi (Hopkins)<br>Arpin Logistics, Inc.<br>1485 South County Trail<br>East Greenwich, RI 02818 | Plaintiff | Customer service rep at Arpin; importance of obtaining and inputting all information for shipments; other shipments with Ramirez/Festo |
| Kovac, Michael<br>13667 Etude Rd<br>San Diego, CA 92128 | Defendant | Trans-Expo owner/pricing/ communications with Festo/ communications with Arpin/shipping of Learnline units |
| Kowal, Arnold<br>Maxon<br>11921 Slauson Avenue<br>Santa Fe Springs, CA 90670 | Plaintiff | Maxon employer/Maintenance requirements for Liftgates |
| Lane, Kari<br>717 Danner Road<br>Tallmage, OH 44278 | Plaintiff | Girlfriend, impact of injuries |
| McCarthy, Daniel<br>Naugatuck Valley Community College<br>750 Chase Parkway<br>Waterbury, CT 06708 | Defendant | College use of unit/use of unit/layout of site, scene and college/receipt of cargo |

Handwritten annotations in left margin:
- 1-12-06 plt (next to Harvey)
- 1-18-06 dft (next to Herbert)
- plf - 1-11-06 (next to Holland/Baerz)
- 1-17-06 dft (next to Johnson)
- 1-17-06 dft (next to McCarthy)

2

| Witness | Party | Area of Testimony |
|---|---|---|
| McCausland, Allan Ph.D.<br>McCausland Economic Associates<br>834 Main Street<br>P.O. Box 248<br>Contoocook, NH 03229-0248 | Defendant | Economist Expert/cost of Plaintiff's care plan/assessment and present valuation of lost earning capacity/labor market information/past lost earnings/past earnings |
| Milks, Petra<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Plaintiff<br>Defendant | Festo Product Coordinator; hiring history with Arpin; standard operating procedure for shipping Learnline Units; this shipment.<br>Festo company background/ Learnline units/shipping of cargo/preparation of cargo/ weights/history of unit/history of shipping units/Festo safety procedures/ documentation regarding shipments |
| Montgomery, Michael<br>5095 Ginger Dr.<br>Pinckney Michigan, 48169 | Plaintiff<br>Defendant | Arpin supervisor/Standard operating procedure.<br>Arpin practices and procedures/ driver and mover safety and responsibility/driver qualifications/ pricing/weight issues/ bills of lading and other moving documentation/ operation of liftgates/Maxon liftgate/independent contractor relationship between Arpin and Plaintiff/Plaintiff work history/ assignment of job and truck |
| Mottla, William<br>75 Yew Street<br>Douglas, MA 01516 | Plaintiff<br>Defendant | Arpin customer service representative/Took order/Standard operating procedure/Pricing/Relevance of weight.<br>Arpin customer service/company practices and procedures/intake of information/safe driving and moving practices |
| Mushaweh, Jarob<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Plaintiff | Injuries/permanency/causation (neurosurgeon at Waterbury hospital) |
| Niemann, Bob<br>Central Community College<br>4500 63RD Street<br>Columbus, NE 68601 | Defendant | Sale and shipping of Learnline units following accident/nature and condition of Learnline |

3

| Witness | Party | Area of Testimony |
|---|---|---|
| Ojalvo, Irving<br>CT Tech Associates<br>1011 High Ridge Rd, 2nd Fl<br>Stamford, CT 06905 | Plaintiff<br>Defendant | Arpin's Engineering Expert; maintenance protocol re: Liftgates. Engineering principles involved in liftgate mechanics/safety/how accident happened |
| Ortiz, Raoul<br>154 Scoles Ave<br>Clifton, NJ 07012 | Defendant | Transport of Learnline unit after accident |
| Pouliot, Mark<br>25 Frederick Avenue<br>Akron, OH 44310 | Plaintiff<br>Defendant | Brother; impact of injuries. Events in days surrounding accident, making of videotape, business with plaintiff |
| Pouliot, Shawn<br>717 Danner Road<br>Tallmage, OH 44278 | Plaintiff | Pre-accident/Post-accident/Effect of Injuries. Driving and loading practices/history as driver and mover/independent contractor contract with Arpin/actions surrounding loading and unloading and happening of accident/safety practices in driving and moving |
| Pouliot, Shawn's Father | Plaintiff | Effect of Injuries |
| Pouliot, Shawn's Mother Ruth<br>559 Park Hill Drive, Apt. 8<br>Fairlawn, OH 44333 | Plaintiff | Effect of Injuries |
| Ramires, Erica<br>26 Abilene Drive<br>Trabuco Canyon, CA 92679 | Plaintiff<br>Defendant | Trans-Expo employee/pricing/ communications with Festo/ communications with Arpin/shipping of Learnline units.<br>pricing protocol; placing this order; communications with Arpin/Festo; how the shipment was priced, estimated |

Handwritten annotations in left margin:
- 1-13-06 plty (next to Pouliot, Mark)
- 1-13-06 plty (next to Pouliot, Shawn's Mother)
- 1-17-06 plty def by reading depositions (next to Ramires, Erica)

pl/f 1-12-06
2f< 1-17-06

p/f 1-11-06

| Witness | Party | Area of Testimony |
|---|---|---|
| Rocha, Joseph<br>Gallo Moving & Storage<br>120 Quarry Drive<br>Milford, MA 01757 | Plaintiff<br>Defendant | Loaded truck/selected truck/Arpin employee – truck condition. Arpin background and history/Arpin practices and procedures/driver and mover safety and responsibility/driver qualification/ pricing/weight issues/ bills of lading and other moving documentation/ operation of liftgate/Maxon liftgate/ truck/ application of Plaintiff/ Plaintiff's work history/independent contractor relationship between Arpin and Plaintiff/assignment of job and truck/ equipment on truck |
| Ruhl, Roland Ph.D.<br>2025 N 3rd Street, Ste. 205<br>Phoenix, AZ 85004 | Plaintiff | Plaintiff's liability expert; accident reconstruction, defective maintenance on Liftgate and causation |
| Sabatelli, Cheryl<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Defendant | Festo company background/ Learnline units/shipping of cargo/preparation of cargo/ weights/history of unit/history of shipping units/Festo safety procedures/documentation regarding shipments |
| Sears, Jessie<br>Gallo Moving & Storage<br>120 Quarry Drive<br>Milford, MA 01757 | Defendant | Plaintiff's independent contractor account, payments, advances/work hours |
| Slezak, Frederick, MD<br>Associated Surgical Specialists<br>55 Arch Street<br>Akron, OH 44304 | Plaintiff | Colorectal surgeon; operation performed on plaintiff/impact of injuries |
| Swanson, Conrad<br>Paul Arpin Van Lines, Inc.<br>P.O. Box 1302<br>East Greenwich, RI 02818 | Defendant | Arpin company background/company practices and procedures |
| Taylor, Glenn<br>Waterbury Hospital<br>64 Robbins Street<br>Waterbury, CT 06708 | Plaintiff | Injuries/permanence/causation (orthopedist at Waterbury Hospital) |

5

1-02-06 plt

| Witness | Party | Area of Testimony |
|---|---|---|
| Tweedy, William<br>96 Sheffield Street<br>West Warwick, RI 02889 | Plaintiff<br>Defendant | Arpin dispatcher/Communications with plaintiff/ Truck condition/ assignment of Plaintiff to job |
| Zireau, Fred<br>Festo Corporation<br>395 Moreland Road<br>Hauppauge, NY 11788 | Defendant | Festo company background/ Learnline units/shipping of cargo/preparation of cargo/ weights/history of unit/history of shipping units/Festo safety procedures |