AO 187 (Rev. 7/87) Exhibit and Witness List

*COURT EXHIBITS*

# United States District Court

DISTRICT OF CONNECTICUT

POULIOT
v.
ARPIN VAN LINES

**EXHIBIT AND WITNESS LIST**
2006 JAN 23    :50
CASE NUMBER: 3:02CV1302JCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | M. STRATTON, M. OH | H. FRIEDMAN, K. WOLFE |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 1-19-06 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1-19-06 | CT EX | 1 | NOTE FROM JURY |
| | | " | " " | 2 | NOTE FROM JURY |
| | | 1-20-06 | " | 3 | NOTE FROM JURY |
| | | " | " | 4 | NOTE FROM JURY |
| | | " | " | 5 | Note from Jury @ 4:37 pm. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages