UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAWN POULIOT

v.   3:02CV1302JCH

PAUL ARPIN VAN LINES, INC.,
ARPIN LOGISTICS, INC.,
THE FESTO CORPORATION,
MICHAEL KOVAC, d/b/a TRANS EXPO
INTERNATIONAL and ERICA RAMIREZ

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On January 20, 2006, after deliberation, the jury returned a verdict in favor of the plaintiff and against the defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. in the amount of $993,100.00 for past economic damages, $5,313,276.00 for future economic damages, $4,000,000.00 for past non-economic damages, and $16,000,000.00 for future non-economic damages. The jury did not find The Festo Corporation negligent under C.G.S. § 52-572(h). In pretrial rulings all other claims against The Festo Corporation, Michael Kovac, d/b/a Trans Expo International and Erica Ramirez were dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, Shawn Pouliot against defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc. in the amount of $26,306,376.00 and the case is closed.

Dated at Bridgeport, Connecticut, this 26th day of January, 2006.

KEVIN F. ROWE, Clerk

By____/s/Chrystine W. Cody_____
        Deputy-in-Charge

Entered on Docket _____