*ALL FULL EXHIBITS TO JURY*

Shawn Pouliot v. Arpin Van Lines, et al.
Civil Action No. 3-02-cv-1302 (JCH)
EXHIBITS ADMITTED

1-20-06
C. Borzek

PLAINTIFF'S EXHIBITS

| Exhibit No. | Description |
|---|---|
| 3a. | American Medical Response |
| 3b. | Waterbury Hospital |
| 3c. | Shaw Rehabilitation |
| 3d. | Consultation and Notes from Cremer and Tharp |
| 3e. | Office notes from Johnston, Dankoff and Cremer |
| 3f. | Summa Health System Admissions |
| 3g. | Offices Notes from Cremer 01/29/04 – 06/22/04 |
| 3h. | Office Notes from Slezak |
| 3i. | Notes from Dankoff and Johnston |
| 3j. | Emergency Records of Tharp |
| 3k. | EMS Report |
| 3l. | Summa Health System Discharge Summary |
| 3m. | Office Notes of Dellinger |
| 3n. | Surgical/Office Notes |
| 3o. | Surgical Office Notes of Dellinger |
| 3p. | Cuyahoga Falls Admission Records |
| 3q. | Office Notes of Dellinger |
| 3r. | Cuyahoga Falls Admission Records 02/04/04 |
| 3s. | Cuyahoga Falls Admission Records 05/19/04 |
| 3t. | Cuyahoga Falls Admission Records 04/08/05 |
| 3u. | Cuyahoga Falls Admission Records 04/17/05 |
| 3v. | Office Notes of Dr. Johnston |
| 4. | Life Expectancy Chart |
| 5. | Arpin Corporate Overview |
| 8a1–8a29 8a33. | Ruhl Forensics – Arpin Inspection Photos from Ruhl |
| 10. | Invoice Manifest |
| 11-a & 11-c | Shipment Booking Orders |
| 12a-12c 12e-12g. | Bills of Lading |
| 12d. | Original Bill of Lading |
| 14a. | Computer Inputs |
| 15b. | Computer Outputs |
| 17a. | Treatment photo at scene |
| 17b.-17j. | Photos at Scene |
| 18i & 18l | Blalock Investigative Photos |

| 23. | Photo of Ulcer |
|---|---|
| 27. | Liftgate Warning 2 |
| 28. | 72-25A Installation |
| 30. | Video of Liftgate – Roland Ruhl |
| 34l, 34m, 34n | Photographs at college taken 1/16/06 |
| 34o | DIAGRAM W/ HERBERT'S NOTES |
| | |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Description |
|---|---|
| 72. | Arpin Logistics Owner Operator Agreement (Redacted) |
| 83. | Diagram |
| 100. | Strap |
| 107. | Photograph |
| 116. | Photograph |
| 118l | Photograph |
| 134. | Photograph of Truck |
| 138. | DVD of Lift – Jay Johnson |

Shawn Pouliot v. Arpin Van Lines, et al.
Civil Action No. 3-02-cv-1302 (JCH)
Second Amended Combined Exhibit List  *(new as of 1/6/06)*

| Exhibit No. | Date of Exhibit | Description | Objection |
|---|---|---|---|
| **PLAINTIFF'S EXHIBITS 1 THROUGH 33** | | | |
| 1a. – 1bbb | | MRI films dated October 23, 2001 and October 30, 2001 | w/ D |
| 2. | | WITHDRAWN | |
| 3a. – 3jj. | | Medical Records | 3A to 3V full |
| 3a. | | American Medical Response | |
| 3b. | | Waterbury Hospital | |
| 3c. | | Shaw Rehabilitation | |
| 3d. | | Consultation and Notes from Cremer and Tharp | |
| 3e. | | Office notes from Johnston, Dankoff and Cremer | |
| 3f. | | Summa Health System Admissions | |
| 3g. | | Offices Notes from Cremer 01/29/04 – 06/22/04 | |
| 3h. | | Office Notes from Slezak | |
| 3i. | | Notes from Dankoff and Johnston | |
| 3j. | | Emergency Records of Tharp | |
| 3k. | | EMS Report | |
| 3l. | | Summa Health System Discharge Summary | |
| 3m. | | Office Notes of Dellinger | |
| 3n. | | Surgical/Office Notes | |
| 3o. | | Surgical Office Notes of Dellinger | |
| 3p. | | Cuyahoga Falls Admission Records | Undisclosed |

*Margin annotations:* 1-11-06 full H.B; full (repeated for each row 3a–3p)

| | | | | |
|---|---|---|---|---|
| 1-11-06 | 3q. | | Office Notes of Dellinger | Undisclosed |
| 1-13-06 full | 3r. | | Cuyahoga Falls Admission Records 02/04/04 | Undisclosed |
| 1-13-06 full | 3s. | | Cuyahoga Falls Admission Records 05/19/04 | Undisclosed |
| 1-12-06 full J.M | 3t. | | Cuyahoga Falls Admission Records 04/08/05 | Undisclosed |
| 1-13-06 full | 3u. | | Cuyahoga Falls Admission Records 04/17/05 | Undisclosed |
| 1-13-06 full | 3v. | | Office Notes of Dr. Johnston | Undisclosed |
| 1-13-06 full | 3w. | | Curriculum Vitae of Dr. Steven Cremer | Hearsay; I.D. only |
| 1-12-06 full ID S.M S.C | 3x. POSTER | | Anatomy of the Lumbosacral Spine, poster | Undisclosed; I.D. only |
| | 3y. | | Anatomy of the Spinal Cord, poster | Undisclosed, I.D. only |
| all ID 1-12-06 full SC | 3z. ID 3z-1 | | Continuum of Care for Shawn Pouliot | Should be for I.D. only |
| 1-12-06 full SC | 3aa. | | VAC Canister | Undisclosed; foundation |
| 1-12-06 full SC | 3bb. | | Urinary Leg Bag | Undisclosed; foundation |
| 1-12-06 full SC | 3cc. | | Foley Catheter Insertion Tray | Undisclosed; foundation |
| 1-12-06 full SC | 3dd. | | Stoma Plug | Undisclosed; foundation |
| 1-12-06 full SC | 3ee. | | Colostomy Bag | Undisclosed; foundation |
| 1-12-06 full SC | 3ff. | | VAC Foam Medium Dressing | Undisclosed; foundation |
| 1-12-06 full SC | 3gg. | | Stool Bag Disposal | Undisclosed; foundation |
| 1-12-06 full SC | 3hh. | | Foley Catheter | Undisclosed; foundation |
| 1-12-06 full SC | 3ii. | | Stoma Cone Irrigator Kit | Undisclosed; foundation |
| | 3jj. | | Soft Cloth Surgical Tape | Undisclosed; foundation |
| 1-13-06 ID full w.F. | 4. | | Life Expectancy Chart | Foundation; relevance |
| | 5. | | Arpin Corporate Overview | |
| 1-11-06 full | 6. | | Arpin Corporate Brochure | |

| | | | | |
|---|---|---|---|---|
| | 7. | | William Tweedy Statement (id only) | Hearsay, foundation, not sworn, authentication |
| 1-11-06 full R.R | 8a. | | Ruhl Forensics – Arpin Inspection Photos from Ruhl | 8A1, #2, A3, A4, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, A15, A-16, A17, A18, A19, A20, A21, A22, A23, A24, A25, A26, A27, A28, A29, A33 |
| | 8b. | | Ruhl Forensics – AutoCAD from Ruhl | Foundation W/D |
| | 9a-c. | | Photos of Learnline Unit | W/D |
| 1-13-06 full<br>1-11-06 full WM | 10. 10A blowup | | Invoice Manifest | |
| | 11. 11A blowup | | Shipment Booking Orders | 11C, 11A |
| 1-11-06 full WM<br>1-11-06 ID WM | 12. 12D-A blowup<br>12B-1<br>13. 12-A10 blowup | | Bills of Lading<br>BLOW UP ON 12<br>Invoices and Orders | 12A, 12C, 12D, 12E, 12F mm, 12B1 17a<br>all 12D m |
| 1-11-06 full WM | 14a.-14b. | | Computer Inputs | 14A only |
| 1-11-06 full WM | 15. | | Computer Outputs | 15b |
| | 16. | | E-mails re: Shipment | |
| 1-11-06 full H.B. J.B | 17a. m | | Treatment photo at scene | Prejudice; relevance |
| 1-11-06 full H.B. J.B. | 17b.-17j. | | Photos at Scene | 17A, 17b, 17B, 17c, 17e, 17e, 17F, 17g, 17H, 17I, 17J |
| | 18a.-18b. | | Blalock Investigative Photos | |
| | 18c. | | WITHDRAWN | |
| 1-17-06 full D.M | 18d.-18f.<br>18I-A Blow up ID | | Blalock Investigative Photos | 18I (Au ten by dft) |
| | 18g. | | WITHDRAWN | |
| ID | 18h.-18p.<br>18L-I Blow up (J.B) | | Blalock Investigative Photos | WT.<br>BL only |
| | 19. | | Ruhl Angles When Loaded | |
| | 20. | | Liftgate with Cart Retention | Foundation |
| | 21. | | Blalock Diagram of Site | |
| 1-13-06<br>1-18-06 ID AH. | 22. | | Maxon Warnings re: Maintenance | Foundation |
| 1-12-06 full JM | 23. | | Photo of Ulcer | Prejudice (must be cropped) |
| | 24. | | WITHDRAWN | |
| | 25. | | Arpin Corporate Facts | Foundation |
| 1-11-06 full RR | 26. | | Liftgate Warning | Foundation |
| 1-11-06 full RR<br>1-11-06 full RR. | 27. blow up 27A | | Liftgate Warning 2 | Foundation - put in by dft |
| | 28. | | 72-25A Installation | |

ADDED PLTF EXHIBITS

ID  1-11-06  34A - flip chart pg of what department in form deal
✓   1-11-06  34B(14)  "   " of what did not get into computer from slipnail body
✓   1-11-06  34C      "   " what procedures Ruhl uses
✓   1-11-06  34D      "   " bed height - platform tilt
✓   1-13-06  34E      "   " Formons cost of care chart
✓   1-13-06  34F      "   " Graph for income / Garbon
✓   1-17-06  34G      "   " medical inflation - McCauderil
    1-17-06  34H      bureau of labor statistics data
✓   1-17-06  34I      "   "  40 yrs x 100,000
✓   1-17-06  34J      "   "  yr 1   100,000
✓   1-17-06  34K      "   "  2003   23  -4%
full 1-17-06 34L      photo of loading dock (D.M)
full 1-17-06 34M      photo of garbage dock
full 1-17-06 34N      photo of loading dock from other side
ID full 1-18-06 34O   diagram of truck inspection notes from Herbert
ID  1-17-06  34P      flip 1%  4,860,000 +
    1-18-06  34Q      "  SHAWN'S medical care
             34R      "       lost income
             34S      3 pie charts
             34T      3:1 Balance
ID  1-18-06  34U      flip jobanalysis

*1-11-06 full RR*

| 29. | | WITHDRAWN | |
|---|---|---|---|
| 30. | | Video of Liftgate Testimony of Dr. Ruhl | Unknown what this exhibit is; late designation; undisclosed |
| 31. | | OPEN | |
| 32. | | OPEN | |
| 33. | | Video of Liftgate After Accident | Sound to be removed w/o |
| 34A | | ALL BLOW-UPS + *further exhibits* | |
| **DEFENDANTS' EXHIBITS 34 THROUGH 138** | | | |
| | | | |
| 34. | | WITHDRAWN | |
| 35. | | WITHDRAWN | |
| 36. | | Carbonless Short Form Bill of Lading | |
| 37. | | Carbonless Short Form Bill of Lading | |
| 38. | | Trans-Expo International Shipment Booking Form | |
| 39. | | Trans-Expo International Shipment Booking Form | |
| 40. | | Trans-Expo International Shipment Booking Form | |
| 41. | | Trans-Expo International Shipment Booking Form | |
| 42. | | Trans-Expo International Shipment Booking Form | |
| 43. | | Trans-Expo International Shipment Booking Form | |
| 44. | | Trans-Expo International Shipment Booking Form | |
| 45. | | Trans-Expo International Shipment Booking Form | |
| 46. | | Copy of "Original" Arpin Straight Bill of Lading | |
| 47. | | Copy of "Original" Arpin Straight Bill of Lading | |

| | | | |
|---|---|---|---|
| 48. | | Arpin Invoice/Manifest Form | |
| 49. | | Arpin Invoice/Manifest Form | |
| 50. | | Arpin Straight Bill of Lading | |
| 51. | | Arpin Straight Bill of Lading | |
| 52. | | Arpin Straight Bill of Lading | |
| 53. | | WITHDRAWN | |
| 54. | | WITHDRAWN | |
| 55. | | WITHDRAWN | |
| 56. | | WITHDRAWN | |
| 57. | | Arpin Logistics Straight Bill of Lading | |
| 58. | | Arpin Logistics Straight Bill of Lading | |
| 59. | | Arpin Logistics Straight Bill of Lading | |
| 60. | 10/12/01 | Festo Sales Order | |
| 61. | 12/04/01 | Festo Sales Order | |
| 62. | 8/24/01 | Festo Quotation | |
| 63. | 9/26/01 | Central Community College Requisition | |
| 64. | | Festo Corporation Job Description | Foundation |
| 65. | | | Actual pleading to be used per court ruling |
| 66. | | | Actual pleading to be used per court ruling |
| 67. | | | Actual pleading to be used per court ruling |
| 68. | | | Actual pleading to be used per court ruling |
| 69. | | | Actual pleading to be used per court ruling |
| 70. | | | Actual pleading to be used per court ruling |

| | | | |
|---|---|---|---|
| 71. | 9/20/01 | WITHDRAWN | |
| 72.A | 3/16/01 | Arpin Logistics Owner Operator Agreement | Foundation; relevance; legal issue |
| 73. | | Maxon Website Information | |
| 74. | | WITHDRAWN | |
| 75. | | Commercial Driver's License (CDL) Section 4506 of the Ohio Revised Code (I.D. only) | Relevance; foundation |
| 76. | 2000 | Operation Manual Tuk-A-Way Liftgate Series 72-25 LMV 72-30 LMV M-99-26 Rev. B. April 2000 | |
| 77. | 1999 | Installation Manual for Tuk-A-Way Liftgate Series 72-25 (B & LM) and 72-30 (B & LM) M-91-08 Rev. 6 Mar. 1999 | |
| 78. | | WITHDRAWN | |
| 79.a. | | Dr. Quadri records (I.D. only) | Foundation; hearsay |
| 79.b. | | Dr. Cremer records (I.D. only) | Foundation; hearsay |
| 80. | 5/3/04 | William H. Burke & Associates, Inc. Life Care Plan re: Shawn Pouliot (for I.D. only) | Hearsay (no objection if to be used for referral by expert) |
| 81. | | McCausland Economic Associates Summary of Costs and Economic Loss to Shawn Pouliot (for I.D. only) | Hearsay (no objection if to be used for referral by expert) |
| 82. | | Diagram | |
| 83. | | Diagram | |
| 84. | | Shawn Pouliot Arpin personnel file (I.D. only) | Relevancy |
| 85. | 2001 | Arpin website (I.D. only | Foundation; hearsay |
| 86. | | WITHDRAWN | |
| 87. | 1997 | IRS printout regarding Mr. Pouliot's 1997 tax return (I.D. only) | Relevancy |

Handwritten annotations in margins:
- 1-12-06 10 m.m
- 1-17-06 input JR. marked #72 full input part marked [illegible] to jury, outlers redacted
- 1-13-06 full SA
- 1-12-06 full ID NM

| # | Year | Description | Objection |
|---|---|---|---|
| 88. | 1998 | IRS printout regarding Mr. Pouliot's 1998 tax return (id only) | Relevancy |
| 89. | 1999 | Tax return for Shawn Pouliot (id only) | Relevancy |
| 90. | 2000 | Tax return for Shawn Pouliot (id only) | Relevancy |
| 91. | 2001 | Tax return for Shawn Pouliot (id only) | Relevancy |
| 92. | 2003 | Tax return for Shawn Pouliot (id only) | Relevancy |
| 93. | 2004 | Tax return for Shawn Pouliot (id only) | Relevancy |
| 94. | | Emails re: shipment | Relevancy |
| 95. | | U.S. Department of Transportation Regulations Section 391.11 (I.D. only) | Relevancy |
| 96. | | U.S. Department of Transportation Regulations Section 391.13 (I.D. only) | Relevancy |
| 97. | | Straight Truck Driver Handbook/Workbook (I.D. only) | Relevancy |
| 98. | | WITHDRAWN | |
| 99. | | Timeline | |
| 100. | | Strap | |
| 101. | | Map | |
| 102. | | Festo Learnline unit | |
| 103. | | Photograph | |
| 104. | | Photograph | |
| 105. | | Photograph | |
| 106. | | Photograph | |
| 107. [107A BLOWUP] | | Photograph | |
| 108. | | Photograph | |
| 109. | | Photograph | |
| 110. | | Photograph | |
| 111. | | Photograph | |

Handwritten margin notes: "1-10-06 full mm" (near row 100); "1-12-06 full mm" (near row 107)

| | | | |
|---|---|---|---|
| 112. | | Photograph | |
| 113. | | Photograph | |
| 114. | | Photograph | |
| 115. | | Photograph | |
| 116. | | Photograph | |
| 117. | | Photograph | |
| 118. | | Photograph | |
| 119. | | WITHDRAWN | |
| 120. | | Photograph | |
| 121. | | Photograph | |
| 122. | | Photograph | |
| 123. | | Photograph | |
| 124. | | Photograph | |
| 125. | | Photograph | |
| 126. | | Photograph | |
| 127. | | Photograph | |
| 128. | | Photograph | |
| 129. | | Photograph | |
| 130. | | Photograph | |
| 131. | | Photograph | |
| 132. | | Photograph | |
| 133. | | Photograph | |
| 134. | | Photograph of Truck | |
| 135. | | Photograph of Truck | |
| 136. | | Photograph of Truck | |
| 137. | | Photograph of Truck | |
| 138. | | DVD of Lift | |

Handwritten annotations (left margin):
- full 1-12-06 JB (next to 116)
- 116A blowup ID
- full 1-12-06 WT (next to 118)
- 118A blowup ID
- 1-12-06 full W.T. / 134A ID (next to 134)
- 1-17-06 full JJ (next to 138)

Handwritten entries below table:
- ✓ ID 139  FLIP "MISTAKE"
- ✓ ID 140  1-17-06  FLIP - MCCAUSLAND FORMULA PRESENT VALUE
- ✓ ID 141  1-17-06  SUMMARY FOR MCCAUSLAND FOR AID IN TESTIMONY ONLY
- ID 142  1-17-06  LIFE CARE PLAN
- ✓ ID 143  1-17-06  FLIP - EARNINGS LOSS -
- ID 144  1-17-06  photo
- ID 145  1-17-06  photo
- ID 146  1-17-06  photo