United States District Court
District of Connecticut
FILED AT
1-23-06
By C. Bonsly
Deputy Clerk

Shawn Pouliot v. Arpin Van Lines, et al.
Civil Action No. 3-02-cv-1302 (JCH)
EXHIBITS ADMITTED

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description |
|---|---|
| 3a. | American Medical Response |
| 3b. | Waterbury Hospital |
| 3c. | Shaw Rehabilitation |
| 3d. | Consultation and Notes from Cremer and Tharp |
| 3e. | Office notes from Johnston, Dankoff and Cremer |
| 3f. | Summa Health System Admissions |
| 3g. | Offices Notes from Cremer 01/29/04 – 06/22/04 |
| 3h. | Office Notes from Slezak |
| 3i. | Notes from Dankoff and Johnston |
| 3j. | Emergency Records of Tharp |
| 3k. | EMS Report |
| 3l. | Summa Health System Discharge Summary |
| 3m. | Office Notes of Dellinger |
| 3n. | Surgical/Office Notes |
| 3o. | Surgical Office Notes of Dellinger |
| 3p. | Cuyahoga Falls Admission Records |
| 3q. | Office Notes of Dellinger |
| 3r. | Cuyahoga Falls Admission Records 02/04/04 |
| 3s. | Cuyahoga Falls Admission Records 05/19/04 |
| 3t. | Cuyahoga Falls Admission Records 04/08/05 |
| 3u. | Cuyahoga Falls Admission Records 04/17/05 |
| 3v. | Office Notes of Dr. Johnston |
| 4. | Life Expectancy Chart |
| 5. | Arpin Corporate Overview |
| 8a1–8a29 8a33. | Ruhl Forensics – Arpin Inspection Photos from Ruhl |
| 10. | Invoice Manifest |
| 11-a & 11-c | Shipment Booking Orders |
| 12a-12c 12e-12g. | Bills of Lading |
| 12d. | Original Bill of Lading |
| 14a. | Computer Inputs |
| 15b. | Computer Outputs |
| 17a. | Treatment photo at scene |
| 17b.-17j. | Photos at Scene |
| 18i & 18l | Blalock Investigative Photos |

Rec by: [signature]
Date: 1/23/05

| | | |
|---|---|---|
| 23. | Photo of Ulcer | |
| 27. | Liftgate Warning 2 | |
| 28. | 72-25A Installation | |
| 30. | Video of Liftgate – Roland Ruhl | |
| 34l, 34m, 34n | Photographs at college taken 1/16/06 | |
| 840 | DIAGRAM W/ HERBERT'S NOTES | |
| | | |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Description | |
|---|---|---|
| 72. | Arpin Logistics Owner Operator Agreement (Redacted) | |
| 83. | Diagram | |
| 100. | Strap | |
| 107. | Photograph | |
| 116. | Photograph | |
| 118l | Photograph | |
| 134. | Photograph of Truck | |
| 138. | DVD of Lift – Jay Johnson | |
| | | |
| | | |