UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | February 8, 2006 |

## DEFENDANTS' MOTION FOR JUDGMENT ON/INVOLUNTARY DISMISSAL OF PLAINTIFF'S WITHDRAWN RECKLESSNESS CLAIM

Pursuant to Rules 41(b) & 50 of the Federal Rules of Civil Procedure, the defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., hereby move for judgment as a matter of law on, or involuntary dismissal of, the plaintiff's withdrawn recklessness claim. In support of this motion, the defendants state:

On the first day of trial, the following colloquy occurred between plaintiff's counsel and the Court:

> THE COURT: The plaintiff made no request to charge on the reckless count.
>
> MR. STRATTON: Reckless count should be out, your Honor.
>
> THE COURT: I'm so glad I spent 30 hours drafting a charge on recklessness that's in our complaint.
>
> MR. STRATTON: I thought we pulled that out of the initial pretrial. I heard it yesterday.
>
> THE COURT: You are going to see it in the draft charge because I don't think we'll get it out before you get it. So that I guess moots the issue of whether there's joint and several liability on recklessness.

(Tr., 1/11/05, Excerpt Before Start of Trial, 11).

In spite of this withdrawal by the plaintiff, and his subsequent choice not to prosecute the recklessness claim – by way of any evidence or argument – there is no official disposition on the record with regard to the plaintiff's recklessness claims.  In order to close this gap, either entry of judgment as a matter of law, or an involuntary dismissal with prejudice, is the appropriate remedy.

WHEREFORE, the defendants move for the entry of either judgment as a matter of law, or an involuntary dismissal with prejudice, of the plaintiff's withdrawn recklessness claim.

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on February 8, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726


                                          Daniel J. Krisch