One Tower Square, Hartford, Connecticut 06183          TravelersPropertyCasualty
                                                       A Member of TravelersGroup

                                          TRUCKERS
                                          COVERAGE PART DECLARATIONS
                                          Issue Date: 02-19-01   AU

ITEM ONE:            Policy Number: TJ-LHT-11605714-TIL-01

Declarations Period: From: 01-01-01 to 01-01-02 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Truckers Coverage Form shown below.

ITEM TWO:
 A. COVERAGE AND LIMITS OF INSURANCE:

    Coverage applies only to those Autos shown as Covered Autos by entry
    of one or more Symbols from SECTION 1 - Covered Auto of the
    TRUCKERS COVERAGE FORM

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
|  |  | The most we will pay for any one accident or loss. |
| LIABILITY | 41 | $ 1,000,000 |
| COMPULSORY BODILY INJURY (Massachusetts Only) | 41 | $20,000 EACH PERSON<br>$40,000 EACH ACCIDENT |
| PERSONAL INJURY PROTECTION (No Fault) | 44 | Separately stated in each PIP endorsement minus deductible shown in SCHEDULE OF COVERED AUTOS YOU OWN. |
| PERSONAL INJURY PROTECTION (Massachusetts Only) | 44 | $8,000 |
| PROPERTY PROTECTION (COVERAGE) (Michigan Only) | 44 | Separately stated in the Endorsement Minus $ 0 deductible. |
| AUTO MEDICAL PAYMENTS | 42 | $ 5,000 EACH PERSON |

CA TO 13 01 87                                    PAGE (CONTINUED)
PRODUCER SUMMIT INS ADVISORS LLC   NA188          OFFICE MPLN/SJ 120

0122045 143

                                                  ** TOTAL PAGE.03 **

**RECORDS RETENTION**

One Tower Square, Hartford, Connecticut 06183

Travelers Property Casualty
A member of Travelers Group

COMMON POLICY DECLARATIONS
ISSUE DATE: 02/19/01

POLICY NUMBER: TJ-LHT-116D5714-TIL-01

1. NAMED INSURED AND MAILING ADDRESS:
   PAUL ARPIN VAN LINES INC
   AS PER IL T3 40 03 95
   PO BOX 1302
   EAST GREENWICH, RI 02818

2. POLICY PERIOD: From 01/01/01 to 01/01/02 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No:  Occupancy           Address

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   TRUCKERS COV PART DECLARATIONS                          CA T0 13 01 87 TIL

5. NUMBERS OF INTERLINE FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 01 01

6. SUPPLEMENTAL POLICIES. Each of the following is a separate policy containing its complete provisions:
   Policy                    Policy No.              Insuring Company

   *AMS BINDER BILLED # 206758          SEE CALCULATION OF PREMIUM
                                         COMPOSITE RATES ENDORSEMENT
7. PREMIUM SUMMARY:
   Provisional Premium    $
   Due at Inception       $
   Due at Each            $

NAME AND ADDRESS OF AGENT OR BROKER           COUNTERSIGNED BY:
   SUMMIT INS ADVISORS LLC (NA188)
   PO BOX 10335
   FAIRFIELD, NJ 070042006                    Authorized Representative
                                               DATE:

IL T0 02 11 89    PAGE 1 OF 1                 OFFICE: MORRIS PLN/S JERS

0122045 143