**AIG**    COMMERCIAL UMBRELLA DECLARATIONS

# NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

A CAPITAL STOCK COMPANY
ADMINISTRATIVE OFFICES
70 PINE STREET, NEW YORK, N.Y. 10270-0150

**POLICY NUMBER:** BE 7408944    **RENEWAL OF:** 7019084

**PRODUCER NAME:** SUMMIT INSURANCE ADVISORS

**ADDRESS:** 350 PASSAIC AVE., P.O.BOX 10335
FAIRFIELD, NJ 07004

**ITEM 1.    NAMED INSURED:** PAUL ARPIN VAN LINES INC. ETAL

**ADDRESS:** P.O. BOX 1302
EAST GREENWICH, RI 02818

**ITEM 2.    POLICY PERIOD: FROM:** February 1, 2001    **TO:** January 1, 2002
AT 12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED SHOWN ABOVE

**ITEM 3.    LIMITS OF INSURANCE:**

The Limits of Insurance, subject to all the terms of this policy, are:

| | | |
|---|---|---|
| A. | $25,000,000 | Each Occurrence |
| B. | $25,000,000 | General Aggregate (in accordance with Section III, Limits of Insurance) |
| C. | $25,000,000 | Products-Completed Operations Aggregate (in accordance with Section III, Limits of Insurance) |
| D. | $10,000 | Self Insured Retention |

**ITEM 4.    PREMIUM COMPUTATION**

| ESTIMATED EXPOSURE | RATE / PER | ADVANCE PREMIUM | MINIMUM PREMIUM |
|---|---|---|---|
| | FLAT | $366,000 | $366,000 |

**ITEM 5.    ENDORSEMENTS ATTACHED:** SEE ATTACHED SCHEDULE

COUNTERSIGNED _____    BY _____
            DATE                                       AUTHORIZED REPRESENTATIVE

57696 (6/93)

## GULF INSURANCE COMPANY
### St. Louis, Missouri
(Herein, the "Company")

Policy Number: <u>GB0719386</u>

Named Insured: Paul Arpin Van Lines, Inc.
Address: P.O. Box 1302
East Greenwich, Rhode Island 02818

### DECLARATIONS – EXCESS LIABILITY POLICY

**SECTION I – EXCESS INSURANCE**
(A) Policy Period
From: <u>February 1, 2001</u> To: <u>January 1, 2002</u>
12:01 a.m. Standard Time at the Address of the Insured stated herein.
(B) Coverage: Excess Umbrella Liability
(C) Limits of Liability: $25,000,000 each occurrence/aggregate where applicable
(D) Premium: $32,500.00
Minimum Premium: N/A   Rating Base: Flat Charge   Rate: N/A
Audit Period: Not Applicable

**SECTION II – UNDERLYING INSURANCE**
(A) Underlying Carrier:  National Union Fire Insurance Company of Pittsburgh, PA
    Coverage:           Umbrella Liability
    Policy No.:         BE7408944
    Policy Limit:       $25,000,000 each occurrence/aggregate where applicable excess
                        primary and/or Self Insured Retention
    Policy Period:      02-01-2001 to 01-01-2002

(B) Total Limits of all underlying insurance including the underlying policy/policies in excess of which this policy applies:
    $25,000,000 each occurrence/aggregate where applicable excess primary and/or Self Insured Retention

Endorsements Made Part of This Policy:   CIRI47000 (1/83)   CU49013 (3/98)   CU49022 (1/92)
CU49052 (1/92)   CU49061 (1/92)   CU49071 (1/92)   CU49148 (1/92)   CU49138 (1/92)
CU49190 (1/92)   CU49263 (3/98)   Endorsement No. 10

Countersigned On: _____ By: _____
                                              Authorized Representative

Form CIRI 47001 (11/97)

NAME & ADDRESS OF AGENT OR BROKER:
Summit Insurance Advisors
350 Passaic Avenue
P.O. Box 10335
Fairfield, New Jersey 07004

original


Gulf Insurance Group