UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | February 8, 2006 |

## DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50 of the Federal Rules of Civil Procedure, the defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., hereby move for judgment as a matter of law on the following grounds: (1) the owner-operator agreement between the plaintiff and the defendants bars any liability for the defendants for injuries arising out of the performance of that agreement; and (2) the plaintiff was an employee of the defendants.

Pursuant to Local Rule 7(a), a memorandum of law in support of the defendants' motion is submitted herewith.

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on February 8, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |
| Thomas J. Grady, Esq.<br>**Lenihan Grady & Steele**<br>6 Canal Street<br>PO Box 541<br>Westerly, RI 02891-0541 | |
| Harold J. Friedman, Esq.<br>Karen Frink Wolf, Esq.<br>**Friedman Gaythwaite Wolf & Leavitt**<br>Six City Center, P.O. Box 4726<br>Portland, ME  04112-4726 | |

                                                                                                        _____

                                                                                                              Daniel J. Krisch