UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT : | |
| : | CIVIL ACTION NO. |
| Plaintiff : | 3:02 CV 1302 (JCH) |
| : | |
| v. : | JUDGE JANET C. HALL |
| : | |
| PAUL ARPIN VAN LINES, INC. et al. : | |
| : | |
| Defendants : | February 8, 2006 |

## MOTION FOR NEW TRIAL

Pursuant to Rule 59 of the Federal Rules of Civil Procedure, the defendants Paul Arpin Van Lines, Inc. and Arpin Logistics, Inc., hereby move for a new trial on the following grounds: (1) the Court improperly refused to bifurcate the trial; (2) the Court improperly refused to give a curative instruction on the inapplicability of the Federal Motor Carrier Safety Act (FMCSA) Regulations to the issues in the case; (3) the Court improperly refused to give a curative instruction following the "Golden Rule" argument made during summation by plaintiff's counsel; (4) the Court improperly admitted a shocking portion of Dr. Cremer's video deposition; (5) there was insufficient evidence to support the jury's verdict as to apportionment of liability; and (6) the jury's verdict is excessive.

Pursuant to Local Rule 7(a), a memorandum of law in support of the defendants' motion is submitted herewith.

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

2

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on February 8, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

                                                _____
                                                Daniel J. Krisch