## Curative Jury Instruction:  FMCSA

You have heard argument by counsel and testimony by some witnesses regarding certain Federal Motor Carrier Safety Act regulations, and the application of those regulations to the conduct of the parties.  I instruct you now as matter of law that those regulations have no bearing or relevance to your consideration of the parties' conduct.  You should therefore not consider those regulations in any manner in your deliberations.