Shawn Pouliot v. Arpin Van Lines, et al.
Civil Action No. 3-02-cv-1302 (JCH)
EXHIBITS ADMITTED

FILED
2006 FEB -8  A 9: 18
U.S. DISTRICT COURT

PLAINTIFF'S EXHIBITS

| Exhibit No. | Description |
|---|---|
| 3a. | American Medical Response |
| 3b. | Waterbury Hospital |
| 3c. | Shaw Rehabilitation |
| 3d. | Consultation and Notes from Cremer and Tharp |
| 3e. | Office notes from Johnston, Dankoff and Cremer |
| 3f. | Summa Health System Admissions |
| 3g. | Offices Notes from Cremer 01/29/04 – 06/22/04 |
| 3h. | Office Notes from Slezak |
| 3i. | Notes from Dankoff and Johnston |
| 3j. | Emergency Records of Tharp |
| 3k. | EMS Report |
| 3l. | Summa Health System Discharge Summary |
| 3m. | Office Notes of Dellinger |
| 3n. | Surgical/Office Notes |
| 3o. | Surgical Office Notes of Dellinger |
| 3p. | Cuyahoga Falls Admission Records |
| 3q. | Office Notes of Dellinger |
| 3r. | Cuyahoga Falls Admission Records 02/04/04 |
| 3s. | Cuyahoga Falls Admission Records 05/19/04 |
| 3t. | Cuyahoga Falls Admission Records 04/08/05 |
| 3u. | Cuyahoga Falls Admission Records 04/17/05 |
| 3v. | Office Notes of Dr. Johnston |
| 4. | Life Expectancy Chart |
| 5. | Arpin Corporate Overview |
| 8a1–8a29 8a33. | Ruhl Forensics – Arpin Inspection Photos from Ruhl |
| 10. | Invoice Manifest |
| 11-a & 11-c | Shipment Booking Orders |
| 12a-12c 12e-12g. | Bills of Lading |
| 12d. | Original Bill of Lading |
| 14a. | Computer Inputs |
| 15b. | Computer Outputs |
| 17a. | Treatment photo at scene |
| 17b.-17j. | Photos at Scene |
| 18i & 18l | Blalock Investigative Photos |

Rec. by:

Gary Field

Date: 2-7-06

| | |
|---|---|
| 23. | Photo of Ulcer |
| 27. | Liftgate Warning 2 |
| 28. | 72-25A Installation |
| 30. | Video of Liftgate – Roland Ruhl |
| 34l, 34m, 34n | Photographs at college taken 1/16/06 |
| 84o | DIAGRAM W/ HERBERT'S NOTES |
| | |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Description |
|---|---|
| 72. | Arpin Logistics Owner Operator Agreement (Redacted) |
| 83. | Diagram |
| 100. | Strap |
| 107. | Photograph |
| 116. | Photograph |
| 118L | Photograph |
| 134. | Photograph of Truck |
| 138. | DVD of Lift – Jay Johnson |
| | |
| | |