No. X06-CV95-0155184S     SUPERIOR COURT

NORMAN PELLETIER, ET AL     COMPLEX LITIGATION DOCKET

V.     AT WATERBURY

SORDONI/SKANSKA CONSTRUCTION COMPANY, ET AL     DECEMBER 6, 2005

## PLAINTIFF'S VERDICT

### I. THE PLAINTIFF NORMAN PELLETIER'S CLAIM OF NEGLIGENCE

We, the jury, unanimously find the issues in favor of the plaintiff Norman Pelletier against the defendant and we award fair, just and reasonable damages to the plaintiff in accordance with the following calculations:

1. THE PERCENTAGE OF NEGLIGENCE OF THE PARTIES:

    A. The defendant Sordoni/Skanska     % 100

    B. The plaintiff Norman Pelletier     % 0

             TOTAL:     % 100

2. DAMAGES

    A. Economic Damages     $ 5,645,834.74

    B. Non-economic Damages     $ 22,710,000.00

    C. Total Damages     $ 28,355,834.74

    (Add 2A & 2B)

3. NET TOTAL DAMAGES ON FIRST COUNT     $ 28,355,834.74

    (Multiply #2C by #1A)

*Accepted and recorded 4:00 p.m. 12/08/05 by Alander, J.*

## II. THE PLAINTIFF REINE PELLETIER'S CLAIM OF LOSS OF CONSORTIUM

We, the jury, unanimously find the issues in favor of the plaintiff Reine Pelletier against the defendant and we award fair, just and reasonable damages to the plaintiff in accordance with the following calculations:

1. THE PERCENTAGE OF NEGLIGENCE OF THE PARTIES:

    A.   The defendant Sordoni/Skanska          % 100

    B.   The plaintiff Norman Pelletier         % 0

                     TOTAL:                     % 100

2. DAMAGES ON THE SECOND COUNT

    A.   Total damages    $ 3,800,000.00

3. NET TOTAL DAMAGES ON SECOND COUNT  $ 3,800,000.00

    (Multiply #2A by #1A)

_____
Jury Foreperson

12/8/2005
Date