

| | | |
|---|---|---|
| DOCKET NO. X01 CV-02-179481S | : | SUPERIOR COURT |
| CORNELIA STREETER | : | COMPLEX LITIGATION DOCKET |
| V. | : | AT WATERBURY |
| EXECUTIVE JET MANAGEMENT, INC. a/k/a AMERICAN AIR SERVICES INC. | : | |

## VERDICT

1) In the **First Count** (Aiding and Abetting Interference With Custodial Relations), we find the issues in favor of the

   __X__ Plaintiff    _____ Defendant

   and we award damages in the total amount of

   $10,000,000
   Ten Million

2) In the **Second Count** (Negligence), we find the issues in favor of the

   __X__ Plaintiff    _____ Defendant

   and we award damages in the total amount of

   SAME

3) In the **Third Count** (Loss of Filial Consortium), we find the issues in favor of the

__X__ Plaintiff  _____ Defendant

and we award damages in the total amount of

$17,000,000
Seventeen million

(Foreperson) _[signature]_
(Date) 4/28/05

-2-