UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                          :

                        Plaintiff      :       CIVIL ACTION NO.
                                       :       3:02 CV 1302 (JCH)
                                       :
v.                                     :       JUDGE JANET C. HALL
                                       :
PAUL ARPIN VAN LINES, INC. et al.      :
                                       :
                        Defendants     :       February 15, 2006

## A F F I D A V I T

1.      I, **Barry A. Bartholomew**, being duly sworn, depose and state that I am over the age of eighteen years and believe in the obligations of an oath.

2.      I am a **Director, Claim Services** for **St. Paul Travelers**

3.      Paul Arpin Van Lines, Inc., has a policy of insurance with the **Travelers Property Casualty Company of America (Formerly, The Travelers Indemnity Company of Illinois)**, policy number **TJ-LHT-116D5714-TIL-01** in the amount of **$1,000,000.00 (one million dollars) any one accident or loss**.

4.      A true and accurate copy of the declaration pages of policy number **TJ-LHT-116D5714-TIL-01** is attached hereto as Exhibit A.

5.      The amount of insurance coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH) under the policy of insurance number **TJ-LHT-116D5714-TIL-01** is in the sum of **$1,000,000.00 (one million dollars)**.

6.      There are currently no Reservation of Rights letters which affect the amount of coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH).

[signature of affiant]

Subscribed and sworn to before me

This 15th day of February, 2006.

Notary Public

My Commission Expires:

**MARGARET A. DURINSKY**
NOTARY PUBLIC, STATE OF OHIO
Recorded in Lorain County
My Comm. Expires February 14, 2009

One Tower Square, Hartford, Connecticut 06183

**Travelers Property Casualty**
A Member of Travelers Group

TRUCKERS
COVERAGE PART DECLARATIONS
Issue Date: 02-19-01 AU

ITEM ONE:

Policy Number: TJ-LHT-11605714-TIL-01

Declarations Period: From: 01-01-01 to 01-01-02 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these Declarations and the Truckers Coverage Form shown below.

ITEM TWO:
A. COVERAGE AND LIMITS OF INSURANCE:

Coverage applies only to those Autos shown as Covered Autos by entry of one or more Symbols from SECTION 1 - Covered Auto of the TRUCKERS COVERAGE FORM

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| LIABILITY | 41 | $ 1,000,000 |
| COMPULSORY BODILY INJURY (Massachusetts Only) | 41 | $20,000 EACH PERSON $40,000 EACH ACCIDENT |
| PERSONAL INJURY PROTECTION (No Fault) | 44 | Separately stated in each PIP endorsement minus deductible shown in SCHEDULE OF COVERED AUTOS YOU OWN. |
| PERSONAL INJURY PROTECTION (Massachusetts Only) | 44 | $8,000 |
| PROPERTY PROTECTION (COVERAGE) (Michigan Only) | 44 | Separately stated in the Endorsement Minus $ 0 deductible. |
| AUTO MEDICAL PAYMENTS | 42 | $ 5,000 EACH PERSON |

CA TO 13 01 87
PRODUCER SUMMIT INS ADVISORS LLC     NA188

PAGE (CONTINUED)
OFFICE MPLN/SJ 120

012204 5 11J

RECORDS RETENTION

One Tower Square, Hartford, Connecticut 06183

Travelers Property Casualty
a member of Citigroup

### COMMON POLICY DECLARATIONS
ISSUE DATE: 02/19/01

POLICY NUMBER: TJ-LHT-116D5714-TIL-01

1. NAMED INSURED AND MAILING ADDRESS:
   PAUL ARPIN VAN LINES INC
   AS PER IL T3 40 03 95
   PO BOX 1302
   EAST GREENWICH, RI 02818

2. POLICY PERIOD: From 01/01/01 to 01/01/02 12:01 A.M. Standard Time at
   your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No:  Occupancy              Address

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   TRUCKERS COV PART DECLARATIONS
                                        CA TO 13 01 87 TIL

5. NUMBERS OF INTERLINE FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 01 01

6. SUPPLEMENTAL POLICIES. Each of the following is a separate policy
   containing its complete provisions:
   Policy                  Policy No.              Insuring Company

   *AMS BINDER BILLED # 206758

7. PREMIUM SUMMARY:                    SEE CALCULATION OF PREMIUM
   Provisional Premium    $           COMPOSITE RATES ENDORSEMENT
   Due at Inception       $
   Due at Each            $

NAME AND ADDRESS OF AGENT OR BROKER        COUNTERSIGNED BY:
   SUMMIT INS ADVISORS LLC (NA188)
   PO BOX 10335
   FAIRFIELD, NJ 070042006                  _____
                                            Authorized Representative
IL TO 02 11 89     PAGE 1 OF 1             DATE: _____

                                          OFFICE: MORRIS PLN/S JERS

0122045 143

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN POULIOT                              :

          Plaintiff          :          CIVIL ACTION NO.
                              :          3:02 CV 1302 (JCH)

v.                                         :

                              :          JUDGE JANET C. HALL

PAUL ARPIN VAN LINES, INC. et al.          :

          Defendants         :          February x, 2006

## **A F F I D A V I T**

1.     I, **Gary Mann**, being duly sworn, depose and state that I am over the age of eighteen years and believe in the obligations of an oath.

2.     I am a 2nd Vice President, Claim Department, for St Paul Travelers.

3.     Paul Arpin Van Lines, Inc., has a policy of excess insurance with The Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company, policy number 01-GB071-93-86 in the amount of $25,000,000.

4.     A true and accurate copy of the declaration pages of policy number 01-GB071-93-86 is attached hereto as Exhibit A.

5.     The amount of insurance coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH) under the policy of insurance number 01-GB071-93-86 is in the sum of $25,000,000 excess of $26,000,000.

6.     There are currently no Reservation of Rights letters which affect the amount of coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH).

_____
[signature of affiant]

Subscribed and sworn to before me

This _15th_ day of February, 2006.

Notary Public

My Commission Expires: _11/30/06_

# GULF INSURANCE COMPANY
### St. Louis, Missouri
### (Herein, the "Company")

Policy Number: **GB0719386**

Named Insured:  
Address:  
Paul Arpin Van Lines, Inc.  
P.O. Box 1302  
East Greenwich, Rhode Island 02818

## DECLARATIONS - EXCESS LIABILITY POLICY

**SECTION I - EXCESS INSURANCE**
(A)   Policy Period  
      From: February 1, 2001 To: January 1, 2002  
      12:01 a.m. Standard Time at the Address of the Insured stated herein.  
(B)   Coverage: Excess Umbrella Liability  
(C)   Limits of Liability: $25,000,000 each occurrence/aggregate where applicable  
(D)   Premium: $32,500.00  
      Minimum Premium: N/A   Rating Base: Flat Charge   Rate: N/A  
      Audit Period: Not Applicable

**SECTION II - UNDERLYING INSURANCE**
(A)   Underlying Carrier:       National Union Fire Insurance Company of Pittsburgh, PA  
      Coverage:                 Umbrella Liability  
      Policy No.:               BE7408044  
      Policy Limit:             $25,000,000 each occurrence/aggregate where applicable excess  
                                primary and/or Self Insured Retention  
      Policy Period             02-01-2001 to 01-01-2002

(B)   Total Limits of all underlying insurance including the underlying policy/policies in excess of which  
      this policy applies.  
      $25,000,000 each occurrence/aggregate where applicable excess primary and/or Self Insured  
      Retention

Endorsements Made Part of This Policy:   CIRI47000 (1/83)    CU49013 (3/98)   CU49022 (1/92)  
CU49052 (1/92)    CU49061 (1/92)    CU49071 (1/92)      CU49148 (1/92)   CU49138 (1/92)  
CU49190 (1/92)    CU49263 (3/98)    Endorsement No. 10

Countersigned On: _____   By: _____  
                                           Authorized Representative

Form CIRI 47001 (11/97)

NAME & ADDRESS OF AGENT OR BROKER  
Summit Insurance Advisors  
350 Passaic Avenue  
P.O Box 10335  
Fairfield, New Jersey 07004

original


**Gulf Insurance Group**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1302 (JCH) |
| v. | : | |
| | : | JUDGE JANET C. HALL |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | February 21, 2006 |

## A F F I D A V I T

1.     I, **Gila L. Schwartz**, being duly sworn, depose and state that I am over the age of eighteen years and believe in the obligations of an oath.

2.     I am a Complex Director for AIG Domestic Claims, Inc., the claims administrator on behalf of National Union Fire Insurance Company of Pittsburgh, PA.

3.     Paul Arpin Van Lines, Inc. has a commercial umbrella policy of insurance with the National Union Fire Insurance Company of Pittsburgh, PA., policy number BE 7408944 with limits of $25,000,000 per occurrence / aggregate for the period of February 1, 2001 to January 1, 2002, that is excess of the primary policy with Travelers Property Casualty Company of America, with a non-cost erosive single limit of $1,000,000.

4.     A true and accurate copy of the declaration page of policy number BE 7408944 is attached hereto as Exhibit A.

5.     The amount of insurance coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH) under the policy of insurance number BE 7408944 is in the sum of $25,000,000.

6.    There are currently no Reservation of Rights letters which affect the amount of coverage available for the damages alleged in *Pouliot v. Paul Arpin Van Lines, Inc.*, No. 3:02cv1302 (JCH).

Subscribed and sworn to before me

This __21st__ day of February, 2006.

Notary Public

My Commission Expires:

EDWARD J. KENNELLY
Notary Public, State of New York
No. 02KE4946528
Qualified in Westchester County
Commission Expires Feb. 6, 2007
Cert. Fiction File in N.Y.C —

# **AIG** COMMERCIAL UMBRELLA DECLARATIONS

# NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

### A CAPITAL STOCK COMPANY

ADMINISTRATIVE OFFICES
70 PINE STREET, NEW YORK, N.Y. 10270-0150

**POLICY NUMBER:** BE  7408944

**RENEWAL OF:** 7019084

**PRODUCER NAME:** SUMMIT INSURANCE ADVISORS

**ADDRESS:**  350 PASSAIC AVE., P.O.BOX 10335
FAIRFIELD, NJ 07004

**ITEM 1.  NAMED INSURED:**  PAUL ARPIN VAN LINES INC. ETAL

**ADDRESS:**  P.O. BOX 1302
EAST GREENWICH, RI 02818

**ITEM 2.  POLICY PERIOD:  FROM:** February 1, 2001 **TO:** January 1, 2002
AT 12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED SHOWN ABOVE

**ITEM 3.  LIMITS OF INSURANCE:**

The Limits of Insurance, subject to all the terms of this policy, are:

| | | |
|---|---|---|
| A. | $25,000,000 | Each Occurrence |
| B. | $25,000,000 | General Aggregate (in accordance with Section III, Limits of Insurance) |
| C. | $25,000,000 | Products-Completed Operations Aggregate (in accordance with Section III, Limits of Insurance) |
| D. | $10,000 | Self Insured Retention |

**ITEM 4.  PREMIUM COMPUTATION**

| ESTIMATED EXPOSURE | RATE / PER | ADVANCE PREMIUM | MINIMUM PREMIUM |
|---|---|---|---|
| | FLAT | $366,000 | $366,000 |

**ITEM 5.  ENDORSEMENTS ATTACHED:  SEE ATTACHED SCHEDULE**

COUNTERSIGNED _____

DATE

BY _____

AUTHORIZED REPRESENTATIVE

57696 (6/93)



# American International Group, Inc.

# Supplementary Financial Data

# Third Quarter 2005

This report should be read in conjunction with AIG's Quarterly Report on Form 10-Q
for the quarter ended September 30, 2005 filed with the Securities and Exchange Commission.

# American International Group, Inc.
## Supplementary Restated Financial Data

## Table of Contents

**Consolidated**

Consolidated Statement of Income .................................................................................................1

Consolidated Statement of Segment Operations..............................................................2 - 4

Consolidated Balance Sheet.........................................................................................................5

**General Insurance**

General Insurance Operating Statistics .................................................................................6 - 7

Domestic Brokerage Group Insurance Operating Statistics.................................................8

Personal Lines Insurance Operating Statistics ........................................................................9

Mortgage Guaranty (UGC) Insurance Operating Statistics ...............................................10

Transatlantic Holdings, Inc. Insurance Operating Statistics ..............................................11

Foreign General Insurance Operating Statistics.....................................................................12

Foreign General Insurance Gross Premiums Written...........................................................13

**Life Insurance & Retirement Services**

Life Insurance & Retirement Services Operating Statistics.................................................14

Domestic Life Insurance & Retirement Services Operating Statistics..............................15

Domestic Life Insurance & Retirement Services Product Statistics ..................................16

Domestic Life Insurance & Retirement Services Other Data...........................................17 - 18

Foreign Life Insurance & Retirement Services Operating Statistics.................................19

Foreign Life Insurance & Retirement Services Product Statistics .....................................20

Foreign Life Insurance & Retirement Services Other Data .................................................21

**Financial Services**

Financial Services Operating Statistics.....................................................................................22

International Lease Finance Corporation Aircraft Leases, Orders and Options..............................23

**Asset Management**

Asset Management Operating Statistics.............................................................................24 - 25

**Other Income (Deductions) - net**

Other Income (Deductions) - net ..............................................................................................26

**Investments**

Cash and Invested Assets by Segment.............................................................................27 - 30

Worldwide Insurance and Asset Management Bond Portfolio Ratings.........................31

Domestic Insurance and Asset Management Bond Portfolio Ratings.............................32

**Comment on Regulation G**.........................................................................................33

*Notice – Restatement. American International Group, Inc. (AIG) has restated its financial statements for the quarter and nine months ended September 30, 2004, and will restate the years ended December 31, 2004, 2003 and 2002, along with 2001 and 2000 for purposes of preparation of the Selected Consolidated Financial Data for 2001 and 2000, and quarterly financial information for 2004 and 2003 and the first two quarters of 2005.*

**American International Group, Inc.**

**Investor Relations**

Charlene M. Hamrah, Vice President and Director

(212)770-6293

# American International Group, Inc.
## Consolidated Balance Sheet
(in millions)

| | September 30, 2005 | December 31, 2004 (Restated) |
|---|---:|---:|
| **Assets:** | | |
| **Investments, financial services assets and cash:** | | |
| Fixed maturities | $ 387,701 | $ 365,677 |
| Equity securities | 22,735 | 17,851 |
| Mortgage loans on real estate, policy, collateral and guaranteed loans - net of allowance | 23,541 | 22,463 |
| Financial services assets: | | |
| Flight equipment primarily under operating leases, net of accumulated depreciation | 35,535 | 32,130 |
| Securities available for sale, at market value | 37,872 | 32,768 |
| Trading securities, at market value | 6,667 | 3,142 |
| Spot commodities, at market value | 234 | 95 |
| Unrealized gain on swaps, options and forward transactions | 20,427 | 22,670 |
| Trading assets | 909 | 3,331 |
| Securities purchased under agreements to resell, at contract value | 12,129 | 26,272 |
| Finance receivables, net of allowance | 27,701 | 23,574 |
| Securities lending collateral, at cost (approximates market value) | 57,627 | 49,169 |
| Other invested assets | 24,808 | 22,471 |
| Short-term investments, at cost (approximates market value) | 16,238 | 16,102 |
| Cash | 2,108 | 2,009 |
| **Total investments, financial services assets and cash** | 676,232 | 639,724 |
| Investment income due and accrued | 5,955 | 5,556 |
| Premiums and insurance balances receivable, net of allowance | 15,177 | 14,788 |
| Reinsurance assets, net of allowance | 22,023 | 19,857 |
| Deferred policy acquisition costs | 32,083 | 29,740 |
| Investments in partially owned companies | 1,149 | 1,496 |
| Real estate and other fixed assets, net of accumulated depreciation | 6,841 | 6,192 |
| Separate and variable accounts | 61,157 | 57,741 |
| Goodwill | 8,354 | 8,556 |
| Income taxes receivable - current | - | 109 |
| Other assets | 14,426 | 16,283 |
| **Total assets** | $ 843,397 | $ 800,042 |
| **Liabilities:** | | |
| Reserve for losses and loss expenses | $ 71,161 | $ 62,371 |
| Reserve for unearned premiums | 24,228 | 23,094 |
| Future policy benefits for life and accident and health insurance contracts | 108,461 | 104,756 |
| Policyholders' contract deposits | 227,241 | 216,474 |
| Other policyholders' funds | 10,682 | 10,280 |
| Reserve for commissions, expenses and taxes | 5,096 | 4,539 |
| Insurance balances payable | 4,178 | 3,686 |
| Funds held by companies under reinsurance treaties | 3,948 | 3,404 |
| Income taxes payable | 8,551 | 6,768 |
| Financial services liabilities: | | |
| Borrowings under obligations of guaranteed investment agreements | 19,953 | 18,919 |
| Securities sold under agreements to repurchase, at contract value | 10,694 | 23,581 |
| Trading liabilities | 1,707 | 2,304 |
| Securities and spot commodities sold but not yet purchased, at market value | 5,223 | 4,866 |
| Unrealized loss on swaps, options and forward transactions | 15,721 | 17,611 |
| Trust deposits and deposits due to banks and other depositors | 4,255 | 4,248 |
| Commercial paper | 7,723 | 6,724 |
| Notes, bonds, loans and mortgages payable | 66,270 | 59,683 |
| Commercial paper | 1,978 | 2,969 |
| Notes, bonds, loans and mortgages payable | 7,411 | 5,502 |
| Liabilities connected to trust preferred stock | 1,489 | 1,489 |
| Separate and variable accounts | 61,157 | 57,741 |
| Minority interest | 5,120 | 4,584 |
| Securities lending payable | 58,430 | 49,972 |
| Other liabilities | 23,245 | 23,750 |
| **Total liabilities** | 753,922 | 719,315 |
| **Preferred shareholders' equity in subsidiary companies** | 193 | 199 |
| **Shareholders' equity:** | | |
| Common stock | 6,878 | 6,878 |
| Additional paid-in capital | 2,249 | 2,094 |
| Unrealized appreciation of investments, net of taxes | 10,660 | 10,419 |
| Cash flow hedging activities, net of taxes | (27) | (53) |
| Foreign currency translation adjustments, net of taxes | (1,259) | (724) |
| Retirement plan liabilities adjustment, net of taxes | (199) | (129) |
| Retained earnings | 73,246 | 64,254 |
| Treasury stock, at cost | (2,266) | (2,211) |
| **Total shareholders' equity** | 89,282 | 80,528 |
| **Total liabilities, preferred shareholders' equity in subsidiary companies and shareholders' equity** | $ 843,397 | $ 800,042 |

5