UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO. 3:02CV1302(JCH) |
| V. | : | |
| PAUL ARPIN VAN LINES, INC. ARPIN LOGISTICS, INC., THE FESTO CORPORATION, MICHAEL KOVAC, d/b/a TRANS EXPO INTERNATIONAL and ERICA RAMIREZ | : : : : : : | |
| | : | FEBRUARY 27, 2006 |

## BILL OF COSTS

The plaintiff, Shawn Pouliot, pursuant to 28 U.S.C. § 1821, 1920, 1923 and 1924, hereby submits the following Bill of Costs:

1. Fees of the Clerk and Marshal:

   a. Filing fee of complaint  $190.00

   b. Service of Process:
   Complaint  $123.00

   Subpoenas re:Trial  $1,327.20

2. Fees of the Court Reporter:

   Depositions:

   Subpoena Service  $911.35

   Transcript Fees  $13,235.77

   Video Fees  $515.00

3. Fees for Exemplification and Copies of Papers

   Exhibits:  $9,316.79

4. Fees for Witnesses

Witness Fees:

### Dr. Mushaweh

| | | |
|---|---|---|
| | Mileage | $30.31 |
| | Attendance | $40.00 |
| | Fee | $13000.00 |

### Dr. Cremer

| | | |
|---|---|---|
| | Fee | $1000.00 |

### Heather Bearz

| | | |
|---|---|---|
| | Mileage | $50.00 |
| | Fee | $40.00 |

### Bill Mottla

| | | |
|---|---|---|
| | Mileage | $288.14 |
| | Fee | $40.00 |

### Ralph Harvey

| | | |
|---|---|---|
| | Mileage | $7.28 |
| | Fee | $40.00 |

### Michael Montgomery

| | | |
|---|---|---|
| | Mileage | $230.05 |
| | Fee(s) | $190.00 |

### Officer James Blalock

| | | |
|---|---|---|
| | Mileage | $30.07 |
| | Fee | $40.00 |

**William Tweedy**

| | |
|---|---|
| Mileage | $621.36 |
| Fee | $40.00 |

**Joseph Rocha**

| | |
|---|---|
| Mileage | $296.35 |
| Fee(s) | $190.00 |

**Heidi Kern**

| | |
|---|---|
| Mileage | $145.54 |
| Fee | $40.00 |

**Petra Milks**

| | |
|---|---|
| Mileage | $77.60 |
| Fee | $40.00 |

**TOTAL**     $42,095.81

THE PLAINTIFF,
SHAWN L. POULIOT

By /s/ Joel T. Faxon
Joel T. Faxon
Ct16255
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
jfaxon@strattonfaxon.com
Tel: 203-624-9500
Fax: 203-624-9100

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed to all counsel and pro se parties of record on the above date:

Karen Frink Wolf, Esq.
Harold J. Friedman, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Roland F. Moots, Esq.
Moots, Pellegrini, Mannion, Martindale & Dratch, PC
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

Daniel J. Krisch, Esq.
Horton Shields & Knox PC
90 Gillett Street
Hartford, CT 06105

_____
Joel T. Faxon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | CIVIL ACTION NO. 3:02CV1302(JCH) |
| V. | : | |
| PAUL ARPIN VAN LINES, INC.<br>ARPIN LOGISTICS, INC.,<br>THE FESTO CORPORATION,<br>MICHAEL KOVAC, d/b/a TRANS EXPO<br>INTERNATIONAL and ERICA RAMIREZ | :<br>:<br>:<br>:<br>: | |
| | : | FEBRUARY 27, 2006 |

## AFFIDAVIT OF JOEL T. FAXON

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I file this affidavit in accordance with 28 U.S.C. § 1924.

3. I have knowledge of the facts contained in this bill of costs, and that such item(s) listed are correct and have been necessarily incurred in this case.

4. The fees that have been charged were actually and necessarily performed.

_____
Joel T. Faxon, Esq.

Subscribed and sworn to me this __27th__ day of February, 2006.

_____
Notary Public
My Commission Expires:

JASON K. GAMSBY
NOTARY PUBLIC
MY COMMISSION EXPIRES APR 30, 2009