UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 10 A 9: 49

| | |
|---|---|
| SHAWN POULIOT | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) 3:02 CV 1302(JCH) |
| | ) |
| PAUL ARPIN VAN LINES, INC., ET AL. | ) MARCH 9, 2006 |

## SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR NEW TRIAL ON THE ISSUE OF REMITTITUR

The plaintiff files this supplemental memorandum of law in opposition to the Arpin defendants' motion for a new trial under Fed. R. Civ. P. 59, as it relates to the issue of remittitur to bring to the court's attention the decision by Judge Alander denying the defendant's motion for remittitur in a case involving a plaintiff's verdict of over $28,000,000 in the paraplegia case of Pelletier v. Sordoni/Skanska Construction Co., Superior Court, Complex Litigation Docket at Waterbury, Doc. no. X06-CV-95-0155184 S (March 9, 2006, Alander, J.) (Exhibit A). In Pelletier, Judge Alander ruled that "[p]ut simply, the enormity of the award is matched by the enormity of the plaintiff's damages", thus the motion for remittitur was denied. Id. at 8. The reasoning of Pelletier applies equally in this case and supports the denial of the defendants' motion.

THE PLAINTIFF

By_____
Michael A. Stratton CT 08166
Joel T. Faxon CT 16255
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Tel: (203) 624-9500
Fax: (203) 624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

**Karen Frink Wolf, Esq.**
**Harold J. Friedman, Esq.**
Friedman, Gaythwaite, Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

**Daniel Krisch**
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

**Thomas J. Grady, Esq.**
**Lenihan, Grady & Steele**
Six Canal Street
P.O. Box 541
Westerly, RI 02891

**Roland F. Moots, Esq.**
**Moots, Pellegrini, Mannion, Martindale & Dratch, PC**
46 Main Street
P.O. Box 1319
New Milford, CT 06776-1319

Joel T. Faxon

2