# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHAWN POULIOT

**APPEARANCE**

v

PAUL ARPIN VAN LINES, et al.

**CASE NUMBER:** 3:02cv01302 (JCH)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: plaintiff Shawn Pouliot.

| | |
|---|---|
| 3/23/03 | _[signature]_ |
| **Date** | **Signature** |
| | |
| ct03762 | Steven D. Ecker |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Cowdery, Ecker & Murphy, L.L.C. |
| (860) 278-5555 | 750 Main Street |
| **Telephone Number** | **Address** |
| | |
| (860) 249-0012 | Hartford, CT 06103 |
| **Fax Number** | **Address** |
| | |
| ecker@cemlaw.com | |
| **E-mail Address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

_[signature]_
Steven D. Ecker

## CERTIFICATION

I hereby certify that a true copy of the foregoing Appearance of was mailed, postage prepaid, this 23rd day of March, 2006, to:

Roger F. Brunelle, Jr., Esq.
Friedman Gaythwaite Wolf & Leavitt
Suite 400, Six City Center
P. O. Box 4726
Portland, ME 04112-4726

Matthew J. Corcoran, Esq.
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Michael Robert Denison, Esq.
State's Attorneys Office
121 Elm St., GA 23
New Haven, CT 06510

Michael A. Stratton, Esq.
Joel Thomas Faxon, Esq.
Michael L. Oh, Esq.
Stratton Faxon
59 Elm St.
New Haven, CT 06510

Harold J. Friedman, Esq.
Karen F. Wolf, Esq.
Friedman, Gaythwaite, Wolf & Leavitt
6 City Center, P.O. Box 4726
Portland, ME 04101-4726

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal St.
Westerly, RI 02891

Daniel J. Krisch, Esq.
Michael S. Taylor, Esq.
Horton, Shields & Knox
90 Gillett St.
Hartford, CT 06105

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main St.
P.O. Box 1319
New Milford, CT 06776-1319

_____
Steven D. Ecker