UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | March 31, 2006 |

## NOTICE OF FILING SUPERSEDEAS BONDS

Pursuant to Fed. R. Civ. P. 62(d), and the order entered by this Court on March 24, 2006, the defendants, Paul Arpin Van Lines, Inc., and Arpin Logistics, Inc., hereby give notice that they have today filed two supersedeas surety bonds totaling $28,800,000.

The first surety bond (attached hereto as Exhibit "A") is in the amount of $28,400,000, and was issued by the American Home Assurance Company, a corporate surety licensed by the Secretary of the Treasury to issue surety bonds.

The first second surety bond (attached hereto as Exhibit "B") is in the amount of $400,000, and was issued by Travelers Casualty and Surety Company of America, a corporate surety licensed by the Secretary of the Treasury to issue surety bonds.

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

## ACCEPTANCE AND FILING OF BONDS

On behalf of the United States District Court for the District of Connecticut, I have accepted and filed the above-recited surety bonds on _____.

                                                                _____
                                                                 Clerk/Deputy Clerk
                                                                 United States District Court
                                                                for the District of Connecticut

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on March 31, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |
| Thomas J. Grady, Esq.<br>**Lenihan, Grady & Steele**<br>6 Canal Street<br>PO Box 541<br>Westerly, RI 02891-0541 | Steven D. Ecker, Esq.<br>**Cowdery, Ecker & Murphy**<br>750 Main Street, #910<br>Hartford, CT  06103-2703 |
| Harold J. Friedman, Esq.<br>Karen Frink Wolf, Esq.<br>**Friedman, Gaythwaite, Wolf & Leavitt**<br>Six City Center, P.O. Box 4726<br>Portland, ME  04112-4726 | |

 

                                              _____
                                              Daniel J. Krisch