UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT | : CIVIL ACTION NO. |
| | : 3:02-CV-01302-JCH |
| VS. | : |
| | : |
| PAUL ARPIN VAN LINES, ET AL | : MAY 25, 2006 |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel pursuant to D.Conn.L.Civ.R. 7 (e) moves that the appearance for Michael L. Oh, Esq. (Federal Bar No. CT 24532) be withdrawn as counsel for the Plaintiff, Shawn Pouliot in the above matter. Appearances have previously been filed for the Plaintiff by Joel T. Faxon and Michael A. Stratton, and the appearance of Attorney Oh is no longer necessary. Mr. Oh is no longer with the Stratton Faxon Law Firm.

THE PLAINTIFF,

By /s/ Michael A. Stratton
Michael A. Stratton
CT 08166
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Tel: 203-624-9500
Fax: 203-624-9100
mstratton@strattonfaxon.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this day to:

Roland F. Moots, Jr.
Moots, Pellegrini, Spillane & Mannion
46 Main St., PO Box 1319
New Milford, CT 06776-1319

Steven David Ecker
Cowdery, Ecker & Murphy, L.L.C.
750 Main St.
Hartford, CT 06103

Daniel J. Krisch
Michael S. Taylor
Karen F. Wolf
Horton, Shields & Knox
90 Gillett St.
Hartford, CT 06105

Harold J. Friedman
Roger F. Brunelle, Jr.
Friedman, Gaythwaite, Wolf & Leavitt
6 City Center
P.O. Box 4726
Portland, ME 04101-4726

Matthew J. Corcoran
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Thomas J. Grady
Lenihan, Grady & Steele
6 Canal St.
Westerly, RI 02891

_____
Michael A. Stratton, Esq.