UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| SHAWN POULIOT | : | | |
| | : | CIVIL ACTION NO. | |
| Plaintiff | : | 3:02 CV 1302 (JCH) | |
| | : | | |
| v. | : | JUDGE JANET C. HALL | |
| | : | | |
| PAUL ARPIN VAN LINES, INC. et al. | : | | |
| | : | | |
| Defendants | : | July 13, 2006 | |

## INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 7/29/02 | 1 | NOTICE OF REMOVAL | 1 |
| 8/1/02 | 7 | CORPORATE DISCLOSURE STATEMENT | 2 |
| 8/1/02 | 9 | MOTION FOR MORE DEFINITE STATEMENT | 3 |
| 8/9/02 | 13 | AMENDED COMPLAINT | 4 |
| 8/14/02 | 14 | THIRD AMENDED COMPLAINT | 5 |
| 8/19/02 | 15 | MOTION TO DISMISS | 6 |
| 8/19/02 | 16 | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS | 7 |
| 9/4/02 | 20 | REPLY | 8 |

| Date | Docket No. | Description | Page |
|---|---|---|---|
| 9/16/02 | 23 | MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS | 9 |
| 10/31/02 | NO DOCKET NO. LISTED | ENDORSEMENT DENYING MOTION FOR MORE DEFINITE STATEMENT | 10 |
| 11/5/02 | 35 | ANSWER & SPECIAL DEFENSES | 11 |
| 11/5/02 | 36 | THIRD-PARTY COMPLAINT & SUMMONSES | 12 |
| 11/22/02 | 43 | AFFIDAVIT RE: THIRD-PARTY COMPLAINT | 13 |
| 12/17/02 | 51 | EXECUTED SUMMONS | 14 |
| 12/17/02 | 52 | EXECUTED SUMMONS | 15 |
| 12/23/02 | 53 | AMENDED THIRD-PARTY COMPLAINT | 16 |
| 12/23/02 | 54 | ANSWER & AFFIRMATIVE DEFENSES TO THIRD-PARTY COMPLAINT | 17 |
| 12/26/02 | 56 | ANSWER TO THIRD-PARTY COMPLAINT | 18 |

| | | | |
|---|---|---|---|
| 1/27/03 | 58 | MOTION TO DISMISS THIRD-PARTY COMPLAINT | 19 |
| 1/27/03 | 59 | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THIRD-PARTY COMPLAINT | 20 |
| 2/13/03 | 62 | MOTION TO AMEND THIRD-PARTY COMPLAINT | 21 |
| 2/13/03 | 63 | MEMORANDUM IN SUPPORT OF MOTION TO AMEND THIRD-PARTY COMPLAINT | 22 |
| 2/24/03 | 64 | SECOND AMENDED COMPLAINT | 23 |
| 3/4/03 | 65 | OBJECTIONS TO MOTION TO AMEND THIRD-PARTY COMPLAINT | 24 |
| 3/4/03 | 66 | MEMORANDUM IN SUPPORT OF OBJECTION | 25 |
| 3/10/03 | 69 | REPLY | 26 |
| 3/10/03 | 70 | ANSWER & AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT | 27 |

| Date | No. | Description | Page |
|---|---|---|---|
| 3/10/03 | 72 | OBJECTION TO MOTION TO DISMISS | 28 |
| 3/21/03 | 78 | REPLY | 29 |
| 4/3/03 | 84 | OBJECTION TO MOTION TO AMEND THIRD-PARTY COMPLAINT | 30 |
| 4/3/03 | 85 | MEMORANDUM IN SUPPORT OF OBJECTION | 31 |
| 4/10/03 | 86 | REPLY | 32 |
| 4/16/03 | 87 | REPLY | 33 |
| 5/13/03 | 89 | MOTION TO DISMISS | 34 |
| 5/13/03 | 90 | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS | 35 |
| 5/23/03 | 93 | MOTION TO ADD ADDITIONAL PARTIES | 36 |
| 5/23/03 | 94 | MOTION TO AMEND COMPLAINT | 37 |
| 5/30/03 | 97 | MEMORANDUM OF DECISION | 38 |
| 5/30/03 | 98 | SECOND AMENDED THIRD-PARTY COMPLAINT | 39 |
| 6/2/03 | 100 | RULING | 40 |

| | | | |
|---|---|---|---|
| 6/10/03 | 102 | MOTION FOR PARTIAL JUDGMENT | 41 |
| 6/10/03 | 103 | MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT | 42 |
| 6/12/03 | 104 | OBJECTION | 43 |
| 6/12/03 | 105 | MEMORANDUM IN SUPPORT OF OBJECTION | 44 |
| 6/12/03 | 106 | OBJECTION | 45 |
| 6/12/03 | 107 | MEMORANDUM IN SUPPORT OF OBJECTION | 46 |
| 6/12/03 | 108 | SECOND AMENDED THIRD-PARTY COMPLAINT | 47 |
| 6/12/03 | 111 | OBJECTION | 48 |
| 6/12/03 | 112 | MEMORANDUM IN SUPPORT OF OBJECTION | 49 |
| 6/17/03 | 118 | REPLY | 50 |
| 6/23/03 | 123 | ANSWER & AFFIRMATIVE DEFENSES | 51 |
| 6/27/03 | 124 | RULING | 52 |
| 7/1/03 | 125 | MEMORANDUM IN OPPOSITION | 53 |
| 7/10/03 | 134 | REPLY | 54 |

| Date | No. | Description | Page |
|---|---|---|---|
| 7/10/03 | 135 | MEMORANDUM IN SUPPORT OF REPLY | 55 |
| 7/17/03 | 138 | AMENDED COMPLAINT | 56 |
| 7/28/03 | 144 | ANSWER & AFFIRMATIVE DEFENSES | 57 |
| 8/18/03 | 153 | ANSWER, AFFIRMATIVE DEFENSES & CROSS-CLAIM | 58 |
| 8/18/03 | 155 | THIRD AMENDED COMPLAINT | 59 |
| 8/26/03 | 159 | ANSWER, AFFIRMATIVE DEFENSES & CROSS-CLAIM | 60 |
| 9/18/03 | 171 | ANSWER & AFFIRMATIVE DEFENSES | 61 |
| 10/15/03 | 180 | MEMORANDUM IN OPPOSITION | 62 |
| 10/29/03 | 194 | REPLY | 63 |
| 10/31/03 | 200 | 4TH AMENDED COMPLAINT | 64 |
| 10/31/03 | 201 | 5TH AMENDED COMPLAINT | 65 |
| 12/8/03 | 226 | OFFER OF JUDGMENT | 66 |
| 12/19/03 | 230 | ANSWER & AFFIRMATIVE DEFENSES | 67 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 1/14/04 | 239 | MEMORANDUM OF DECISION | 68 |
| 1/15/04 | 240 | MEMORANDUM OF DECISION | 69 |
| 2/10/04 | 259 | MEMORANDUM OF DECISION | 70 |
| 10/7/04 | 309 | MOTION TO AMEND ANSWER | 71 |
| 10/7/04 | 310 | MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER | 72 |
| 10/18/04 | 313 | ORDER | 73 |
| 10/19/04 | 314 | AMENDED ANSWER | 74 |
| 12/13/04 | 355 | ANSWER & AFFIRMATIVE DEFENSES | 75 |
| 12/13/04 | 356 | ANSWER & AFFIRMATIVE DEFENSES | 76 |
| 12/13/04 | 357 | ANSWER | 77 |
| 12/15/04 | 359 | MOTION FOR SUMMARY JUDGMENT | 78 |
| 12/15/04 | 360 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 79 |
| 12/15/04 | 361 | STATEMENT OF MAT. FACTS | 80 |

| | | | |
|---|---|---|---|
| 12/15/04 | 364 | MOTION FOR SUMMARY JUDGMENT | 81 |
| 12/15/04 | 365 | MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 82 |
| 12/15/04 | 366 | MOTION FOR PARTIAL SUMMARY JUDGMENT | 83 |
| 12/15/04 | 367 | MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT | 84 |
| 12/15/04 | 368 | STATEMENT OF MAT. FACTS | 85 |
| 12/15/04 | 369 | STATEMENT OF MAT. FACTS | 86 |
| 1/5/05 | 373 | MEMORANDUM IN OPPOSITION | 87 |
| 1/5/05 | 375 | MEMORANDUM IN OPPOSITION | 88 |
| 1/11/05 | 378 | MEMORANDUM IN OPPOSITION | 89 |
| 1/11/05 | 379 | STATEMENT OF MAT. FACTS | 90 |
| 1/25/05 | 388 | REPLY | 91 |
| 2/2/05 | 389 | REPLY | 92 |
| 2/4/05 | 390 | REPLY | 93 |

| Date | Doc# | Description | Page |
|---|---|---|---|
| 5/3/05 | 404 | RULING ON SUMMARY JUDGMENT | 94 |
| 6/17/05 | 413 | MOTION TO WITHDRAW AFFIRMATIVE DEFENSE | 95 |
| 6/17/05 | 414 | MOTION IN LIMINE | 96 |
| 6/23/05 | 415 | ORDER | 97 |
| 6/30/05 | 417 | MOTION TO DISMISS CLAIMS AGAINST THIRD-PARTY DEFENDANTS | 98 |
| 7/12/05 | 419 | ORDER | 99 |
| 8/1/05 | 428 | MOTION TO DISMISS | 100 |
| 8/1/05 | 429 | MOTION TO BIFURCATE | 101 |
| 8/1/05 | 430 | MOTION IN LIMINE | 102 |
| 8/1/05 | 431 | MOTION IN LIMINE | 103 |
| 8/1/05 | 432 | MOTION IN LIMINE | 104 |
| 8/1/05 | 433 | MOTION IN LIMINE | 105 |
| 8/1/05 | 434 | MOTION IN LIMINE | 106 |
| 8/1/05 | 435 | MOTION IN LIMINE | 107 |

| Date | No. | Description | Page |
|---|---|---|---|
| 8/1/05 | 436 | MOTION IN LIMINE | 108 |
| 8/1/05 | 437 | MOTION IN LIMINE | 109 |
| 8/1/05 | 438 | MOTION IN LIMINE | 110 |
| 8/1/05 | 439 | MOTION IN LIMINE | 111 |
| 8/1/05 | 440 | MOTION IN LIMINE | 112 |
| 8/1/05 | 441 | MOTION IN LIMINE | 113 |
| 8/1/05 | 442 | MOTION IN LIMINE | 114 |
| 8/1/05 | 443 | FINAL PRETRIAL MEMORANDUM | 115 |
| 8/16/05 | 446 | ORDER | 116 |
| 9/6/05 | 460 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 117 |
| 9/6/05 | 461 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 118 |
| 9/6/05 | 462 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 119 |
| 9/6/05 | 463 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 120 |

| Date | No. | Description | Page |
|---|---|---|---|
| 9/6/05 | 464 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 121 |
| 9/6/05 | 465 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 122 |
| 9/6/05 | 466 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 123 |
| 9/6/05 | 467 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 124 |
| 9/6/05 | 468 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 125 |
| 9/6/05 | 469 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 126 |
| 9/6/05 | 470 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 127 |
| 9/6/05 | 471 | MEMORANDUM IN ASSENT TO MOTION IN LIMINE | 128 |
| 9/8/05 | 472 | MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE | 129 |

| Date | No. | Description | Page |
|---|---|---|---|
| 9/12/05 | 479 | MOTION TO DISMISS | 130 |
| 9/13/05 | 481 | MOTION TO DISMISS | 131 |
| 9/14/05 | 482 | REPLY | 132 |
| 9/14/05 | 483 | REPLY | 133 |
| 9/14/05 | 484 | REPLY | 134 |
| 9/14/05 | 485 | REPLY | 135 |
| 9/14/05 | 486 | REPLY | 136 |
| 9/15/05 | 496 | ORDER | 137 |
| 9/15/05 | 497 | ORDER | 138 |
| 10/13/05 | 500 | TRANSCRIPT OF 9/15/05 PRETRIAL CONFERENCE | 139 |
| 12/13/05 | 510 | PROPOSED JURY INSTRUCTION | 140 |
| 1/4/05 | 518 | MOTION TO EXCLUDE PORTIONS OF VIDEO DEPOSITION | 141 |
| 1/10/06 | 524 | OBJECTION | 142 |
| 1/18/06 | 531 | ORDER | 143 |
| 1/18/06 | 532 | ORDER | 144 |
| 1/18/06 | 533 | ORDER | 145 |
| 1/18/06 | 534 | JURY CHARGE | 146 |
| 1/19/06 | 535 | PARTIES' MARKED WITNESS LIST | 147 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 1/20/06 | 547 | PARTIES' MARKED EXHIBIT LIST | 148 |
| 1/23/06 | 542 | JURY VERDICT | 149 |
| 1/23/06 | 544 | MARKED COURT EXHIBITS | 150 |
| 1/26/06 | 546 | JUDGMENT | 151 |
| 2/8/06 | 549 | MOTION FOR JUDGMENT OR INVOLUNTARY DISMISSAL OF WITHDRAWN RECKLESSNESS CLAIM | 152 |
| 2/8/06 | 550 | MOTION FOR STAY & WAIVER OF BOND REQUIREMENT AND ATTACHMENTS | 153 |
| 2/8/06 | 551 | RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ATTACHMENTS | 154 |
| 2/8/06 | 552 | MOTION FOR NEW TRIAL AND ATTACHMENTS | 155 |
| 2/16/06 | 554 | MEMORANDUM IN OPPOSITION | 156 |
| 2/17/06 | 555 | MEMORANDUM IN OPPOSITION | 157 |
| 2/23/06 | 556 | REPLY | 158 |
| 2/27/06 | 557 | REPLY | 159 |

| Date | Doc No. | Description | Page |
|---|---|---|---|
| 2/27/06 | 558 | BILL OF COSTS | 160 |
| 3/8/06 | 559 | OBJECTION TO BILL OF COSTS | 161 |
| 3/10/06 | 560 | SUPPLEMENTAL MEMORANDUM IN OPPOSITION | 162 |
| 3/24/06 | 564 | ORDER | 163 |
| 3/24/06 | 565 | ORDER | 164 |
| 3/31/06 | 567 | SUPERSEDEAS BOND | 165 |
| 5/17/06 | 568 | RULING | 166 |
| 6/13/06 | 571 | NOTICE OF APPEAL | 167 |
| 7/6/06 | 572 | ORDER DENYING BILL OF COSTS | 168 |
| NO DATE YET (ORDERED FROM COURT REPORTER ON 6/13/06) | NO DOCKET NO. | TRANSCRIPTS FOR FOLLOWING TRIAL DATES: 1/11/06; 1/12/06; 1/13/06; 1/17/06; 1/18/06; 1/19/06; & 1/20/06 | |
| NO DATE | NO ENTRY NUMBER | VIDEO DEPOSITION OF DR. CREMER (VIDEO BEING HELD BY PLAINTIFF'S COUNSEL PURSUANT TO LOCAL RULE 11) | |

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

15

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on July 13, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

Steven D. Ecker, Esq.
**Cowdery, Ecker & Murphy**
750 Main Street, #910
Hartford, CT  06103-2703

                                                      _____
                                                      Daniel J. Krisch