UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | July 24, 2006 |

## SUPPLEMENTAL INDEX TO RECORD ON APPEAL

Pursuant to FRAP 10, the parties hereby designate the following additional items to be included in the record on appeal, in addition to those items designated in the Record Index filed on July 13, 2006:

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 7/31/02 | 6 | AFFIDAVIT | -- |
| 8/1/02 | 10 | MEMORANDUM IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT | -- |
| 8/9/02 | 12 | DEMAND FOR JURY TRIAL | -- |
| 9/30/02 | 24 | MOTION FOR INSPECTION | -- |
| 10/18/02 | 27 | MOTION FOR PROTECTIVE ORDER | -- |
| 10/18/02 | 28 | OBJECTION | -- |
| 10/30/02 | 30 | MOTION | -- |

| Date | Docket No. | Type | |
|---|---|---|---|
| 10/29/02 | 31 | OBJECTION | -- |
| 10/31/02 | 34 | RULING | -- |
| 11/5/02 | NO DOCKET NO. LISTED | SUMMMONSES FOR FESTO CORP., MICHAEL KOVAC & ERICA RAMIREZ | -- |
| 1/17/03 | 57 | DISCLOSURE STATEMENT | -- |
| 2/4/03 | NO DOCKET NO. LISTED | REISSUED SUMMONS FOR ERICA RAMIREZ | -- |
| 3/5/03 | 67 | EXECUTED SUMMONS FOR ERICA RAMIREZ | -- |
| 3/10/03 | 71 | MOTION | -- |
| 3/17/03 | 73 | MOTION | -- |
| 3/17/03 | 74 | MEMORANDUM | -- |
| 3/24/03 | 79 | OBJECTION | -- |
| 3/26/03 | 80 | OBJECTION | -- |
| 3/26/03 | 81 | MEMORANDUM | -- |
| 3/28/03 | 83 | REPLY | -- |
| 6/2/03 | 99 | RULING | -- |
| 6/12/03 | 109 | MOTION | -- |
| 6/13/03 | 110 | MEMORANDUM | -- |
| 6/19/03 | 119 | OBJECTION | -- |

| | | | |
|---|---|---|---|
| 6/19/03 | 120 | MEMORANDUM IN SUPPORT OF OBJECTION | -- |
| 7/1/03 | NO DOCKET NO. LISTED | ENDORSEMENT GRANTING MOTION FOR RECONSIDERATION | -- |
| 7/1/03 | 126 | MEMORANDUM | -- |
| 7/1/03 | 127 | MEMORANDUM | -- |
| 7/9/03 | 128 | MOTION | -- |
| 7/9/03 | 129 | MOTION | -- |
| 7/17/03 | NO DOCKET NO. LISTED | ENDORSEMENT GRANTING MOTION TO JOIN | -- |
| 7/17/03 | NO DOCKET NO. LISTED | ENDORSEMENT GRANTING MOTION TO AMEND | -- |
| 8/15/03 | 152 | MOTION | -- |
| 8/18/03 | NO DOCKET NO. LISTED | ENDORSEMENT GRANTING MOTION TO AMEND | -- |
| 9/3/03 | 164 | MOTION | -- |
| 9/15/03 | 168 | MOTION | -- |
| 9/15/03 | 169 | MEMORANDUM | -- |
| 10/6/03 | 173 | OBJECTION | -- |
| 10/6/03 | 174 | MEMORANDUM | -- |
| 10/9/03 | 175 | MOTION | -- |

| Date | No. | Type | |
|---|---|---|---|
| 10/9/03 | 176 | MEMORANDUM | -- |
| 10/22/03 | 184 | MOTION | -- |
| 10/22/03 | 185 | MEMORANDUM | -- |
| 10/22/03 | 186 | MEMORANDUM | -- |
| 10/22/03 | 187 | MEMORANDUM | -- |
| 10/23/03 | 188 | ENDORSEMENT DENYING MOTION TO CONTINUE SETTLEMENT CONFERENCE | -- |
| 10/29/03 | 193 | REPLY | -- |
| 10/29/03 | 195 | MEMORANDUM | -- |
| 10/29/03 | 196 | REPLY | -- |
| 10/31/03 | 197 | ORDER | -- |
| 11/6/03 | 204 | MOTION | -- |
| 11/6/03 | 205 | MEMORANDUM | -- |
| 11/7/03 | 207 | MEMORANDUM | -- |
| 11/17/03 | 212 | REPLY | -- |
| 11/17/03 | 213 | MEMORANDUM | -- |
| 12/1/03 | 217 | MEMORANDUM OF DECISION | -- |
| 12/4/03 | 222 | MOTION | -- |
| 12/4/03 | 223 | MEMORANDUM | -- |
| 12/24/03 | 231 | OBJECTION | -- |
| 12/24/03 | 232 | MEMORANDUM | -- |

| Date | No. | Type | |
|---|---|---|---|
| 12/30/03 | 233 | MOTION | -- |
| 12/30/03 | 234 | MEMORANDUM | -- |
| 1/5/04 | 235 | MEMORANDUM | -- |
| 1/9/04 | 237 | REPLY | -- |
| 1/12/04 | 238 | MOTION | -- |
| 1/15/04 | 241 | MOTION | -- |
| 1/15/04 | 242 | REPLY | -- |
| 1/16/04 | 243 | REPLY | -- |
| 1/20/04 | 244 | MEMORANDUM | -- |
| 1/29/04 | 253 | OBJECTION | -- |
| 2/9/04 | 257 | ORDER | -- |
| 9/7/04 | 293 | MOTION | -- |
| 9/8/04 | 295 | ENDORSEMENT ORDER | -- |
| 9/8/04 | 296 | SEALED DOCUMENT FILED BY DEFENDANTS | -- |
| 12/15/04 | 362 | AFFIDAVIT | -- |
| 1/20/04 | 244 | MEMORANDUM | -- |
| 1/5/05 | 374 | STATEMENT OF MATERIAL FACTS | -- |
| 1/5/05 | 376 | STATEMENT OF MATERIAL FACTS | -- |
| 2/18/05 | 391 | MOTION | -- |

| Date | No. | Type | |
|---|---|---|---|
| 2/18/05 | 392 | MEMORANDUM | -- |
| 3/14/05 | 399 | REPLY | -- |
| 4/15/05 | 400 | ORDER | -- |
| 5/2/05 | 402 | MOTION | -- |
| 5/5/05 | 405 | ORDER | -- |
| 5/5/05 | 407 | ORDER | -- |
| 5/5/05 | 408 | SUPPLEMENTAL MEMORANDUM | -- |
| 5/10/05 | 410 | FINAL PRETRIAL ORDER | -- |
| 6/23/05 | 416 | ORDER | -- |
| 7/1/05 | 418 | MOTION | -- |
| 7/12/05 | 420 | OBJECTION | -- |
| 7/20/05 | 421 | ORDER | -- |
| 7/21/05 | 422 | MEMORANDUM | -- |
| 7/21/05 | 423 | SUBMISSION RE: MOTION | -- |
| 7/21/05 | 424 | MOTION | -- |
| 8/1/05 | 425 | NOTICE | -- |
| 8/11/05 | 444 | OBJECTION | -- |
| 8/11/05 | 445 | MOTION | -- |
| 8/15/05 | 447 | OBJECTION | -- |
| 8/15/05 | 449 | MOTION | -- |
| 8/15/05 | 450 | JOINT MOTION | -- |
| 8/17/05 | 448 | ORDER | -- |

| Date | No. | Type | |
|---|---|---|---|
| 8/19/05 | 451 | MOTION | -- |
| 8/19/05 | 452 | SUBMISSION RE: MOTION | -- |
| 8/23/05 | 453 | ORDER | -- |
| 8/24/05 | 454 | ORDER | -- |
| 8/25/05 | 455 | SUPPLEMENTAL MEMORANDUM | -- |
| 8/29/05 | 456 | SUPPLEMENTAL MEMORANDUM | -- |
| 8/30/05 | 457 | RESPONSE | -- |
| 8/31/05 | 459 | OBJECTION | -- |
| 9/1/05 | 458 | RULING | -- |
| 9/9/05 | 474 | OBJECTION | -- |
| 9/9/05 | 475 | NOTICE | -- |
| 9/9/05 | 476 | PLAINTIFF'S EXPERT WITNESSES | -- |
| 9/9/05 | 477 | OBJECTION | -- |
| 9/9/05 | 478 | OBJECTION | -- |
| 9/12/05 | 480 | MEMORANDUM | -- |
| 9/16/05 | 488 | MINUTE ENTRY | -- |
| 9/16/05 | 490 | ORDER | -- |
| 9/16/05 | 491 | NOTICE | -- |
| 9/28/05 | 498 | MOTION | -- |
| 10/4/05 | 499 | ORDER | -- |
| 10/26/05 | 501 | NOTICE | -- |

| Date | No. | Description | |
|---|---|---|---|
| 10/26/05 | 502 | SUBMISSION | -- |
| 10/31/05 | 503 | MINUTE ENTRY | -- |
| 11/1/05 | 504 | NOTICE | -- |
| 11/21/05 | 505 | SUPPLEMENT TO OPPOSITION | -- |
| 12/13/05 | 508 | SUPPLEMENT (LETTER) | -- |
| 12/13/05 | 509 | PROPOSED JURY INTERROGATORIES | -- |
| 12/21/05 | 513 | SUPPLEMENTAL MEMORANDUM | -- |
| 12/21/05 | 514 | SUPPLEMENTAL WITNESS LIST | -- |
| 12/21/05 | 515 | SUPPLEMENTAL EXHIBIT LIST | -- |
| 12/21/05 | 516 | SUPPLEMENTAL REQUEST TO CHARGE | -- |
| 12/22/05 | 517 | MINUTE ENTRY | -- |
| 1/4/06 | 519 | BRIEF | -- |
| 1/5/06 | 523 | FURTHER SUBMISSION | -- |
| 1/10/06 | 525 | MINUTE ENTRY | -- |
| 1/11/06 | 526 | MINUTE ENTRY | -- |
| 1/11/06 | 527 | ORAL MOTION TO DISMISS | -- |
| 1/12/06 | 528 | MINUTE ENTRY | -- |

| Date | No. | Description | |
|---|---|---|---|
| 1/13/06 | 529 | MINUTE ENTRY | -- |
| 1/17/06 | 530 | MINUTE ENTRY | -- |
| 1/19/06 | 540 | MINUTE ENTRY | -- |
| 1/19/06 | 543 | PARTIES' MARKED WITNESS LIST | -- |
| 1/20/06 | 541 | MINUTE ENTRY | -- |
| 1/23/06 | 548 | ACKNOWLEDGMENT OF RECEIPT OF EXHIBITS | -- |
| 2/8/06 | 553 | ACKNOWLEDGMENT OF RECEIPT OF EXHIBITS | -- |
| 3/24/06 | 563 | MINUTE ENTRY | -- |

Respectfully submitted,

_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

Harold J. Friedman, Esq. CT 23785
Karen Frink Wolf, Esq. CT 26494
**Friedman. Gaythwaite, Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900
(207) 761-0186 (Fax)
hfriedman@fgwl-law.com
kwolf@fgwl-law.com

9

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on July 24, 2006, to the following:

| | |
|---|---|
| Michael A. Stratton, Esq.<br>**Stratton Faxon**<br>59 Elm Street<br>New Haven, CT  06510 | Roland F. Moots, Jr., Esq.<br>**Moots, Pellegrini, Spillane & Mannion**<br>46 Main Street, PO BOX 1319<br>New Milford, CT 06776-1319 |

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

Steven D. Ecker, Esq.
**Cowdery, Ecker & Murphy**
750 Main Street, #910
Hartford, CT  06103-2703

 

                                                            _____
                                                            Daniel J. Krisch