UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN POULIOT | : |
| | : CIVIL ACTION NO. |
| Plaintiff | : 3:02 CV 1302 (JCH) |
| | : (06-2842) |
| | : |
| v. | : JUDGE JANET C. HALL |
| | : |
| PAUL ARPIN VAN LINES, INC. et al. | : |
| | : |
| Defendants | : September 8, 2006 |

## STIPULATION AND ORDER TO ADD DOCUMENT TO RECORD ON APPEAL PURSUANT TO FED. R. APP. P. 10(e)(2)(A)

WHEREAS the Arpin Defendants have appealed from the judgment of this Court, and a certain document that is material to the appeal is not included in the record on appeal because it was not docketed and made part of the record by the Clerk of the Court for the District of Connecticut;

IT IS HEREBY STIPULATED by the parties, through their attorneys, that pursuant to Fed. R. App. P. 10(e)(2)(A), the parties in the above matter hereby stipulate that the defendants' request for a curative instruction (attached hereto as Exhibit "A") was inadvertently omitted from the record and should be added to the record on appeal. The request, in the form attached hereto, was electronically sent by defendants counsel to the District Court on January 17, 2006.

IT IS SO STIPULATED.

Dated: September 8, 2006

HORTON, SHIELDS & KNOX, P.C.
Counsel for the Arpin Defendants

By: _____
Daniel J. Krisch, Esq. (ct-21994)
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
fax (860) 728-0401
dkrisch@hortonshieldsknox.com

Dated: September 8, 2006               COWDERY, ECKER & MURPHY, L.L.C.
                                       Counsel for Plaintiff


                                       By: _____
                                       Steven D. Ecker, Esq. (ct-03762)
                                       750 Main Street
                                       Hartford, CT 06103
                                       Tel.: (860) 278-5555
                                       Fax: (860) 249-0012
                                       Email: ecker@cemlaw.com


IT IS SO ORDERED.


                       _____
                       JANET HALL
                       United States District Judge

Dated at Bridgeport, Connecticut: September ____, 2006.

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on September 8, 2006, to the following:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT  06510

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
Friedman Gaythwaite Wolf & Leavitt
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

Steven D. Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street, #910
Hartford, CT  06103-2703

Roland F. Moots, Jr., Esq.
Moots, Pellegrini, Spillane & Mannion
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

_____
Daniel J. Krisch