UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 SEP 11  A 10:15

| | |
|---|---|
| SHAWN POULIOT | : |
|     Plaintiff | : CIVIL ACTION NO.<br>: 3:02 CV 1302 (JCH)<br>: (06-2842) |
| v. | : JUDGE JANET C. HALL |
| PAUL ARPIN VAN LINES, INC. et al. | : |
|     Defendants | : September 8, 2006 |

### STIPULATION AND ORDER TO ADD DOCUMENT TO RECORD ON APPEAL PURSUANT TO FED. R. APP. P. 10(e)(2)(A)

WHEREAS the Arpin Defendants have appealed from the judgment of this Court, and a certain document that is material to the appeal is not included in the record on appeal because it was not docketed and made part of the record by the Clerk of the Court for the District of Connecticut;

IT IS HEREBY STIPULATED by the parties, through their attorneys, that pursuant to Fed. R. App. P. 10(e)(2)(A), the parties in the above matter hereby stipulate that the defendants' request for a curative instruction (attached hereto as Exhibit "A") was inadvertently omitted from the record and should be added to the record on appeal. The request, in the form attached hereto, was electronically sent by defendants counsel to the District Court on January 17, 2006.

IT IS SO STIPULATED.

Dated: September 8, 2006

HORTON, SHIELDS & KNOX, P.C.
Counsel for the Arpin Defendants

By: _____
Daniel J. Krisch, Esq. (ct-21994)
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
fax (860) 728-0401
dkrisch@hortonshieldsknox.com

FILED

2006 SEP 19 P 1: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dated: September 8, 2006    COWDERY, ECKER & MURPHY, L.L.C.
Counsel for Plaintiff

By: _____
Steven D. Ecker, Esq. (ct-03762)
750 Main Street
Hartford, CT 06103
Tel.: (860) 278-5555
Fax: (860) 249-0012
Email: ecker@cemlaw.com

IT IS SO ORDERED.

_____
JANET HALL
United States District Judge

Dated at Bridgeport, Connecticut: September 19, 2006.