UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN POULIOT | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1302 (JCH) |
| | : | |
| v. | : | JUDGE JANET C. HALL |
| | : | |
| PAUL ARPIN VAN LINES, INC. et al. | : | |
| | : | |
| Defendants | : | September 11, 2006 |

## SECOND SUPPLEMENTAL INDEX TO RECORD ON APPEAL

Pursuant to FRAP 10, the parties hereby designate the following additional items to be included in the record on appeal:

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 8/22/06 | 575 | TRANSCRIPT OF PROCEEDINGS ON 10/31/05 | -- |
| 8/22/06 | 576 | TRANSCRIPT OF PROCEEDINGS ON 12/22/05 | -- |
| 8/22/06 | 577 | TRANSCRIPT OF PROCEEDINGS ON 3/24/06 | -- |

Respectfully submitted,

    /s/
_____
Daniel J. Krisch, Esq.  CT 21994
Michael S. Taylor, Esq.  CT 14650
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com
mtaylor@hortonshieldsknox.com

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on September 11, 2006, to the following:

Michael A. Stratton, Esq.
**Stratton Faxon**
59 Elm Street
New Haven, CT  06510

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

Steven D. Ecker, Esq.
**Cowdery, Ecker & Murphy**
750 Main Street, #910
Hartford, CT  06103-2703

Roland F. Moots, Jr., Esq.
**Moots, Pellegrini, Spillane & Mannion**
46 Main Street, PO BOX 1319
New Milford, CT 06776-1319

/s/
Daniel J. Krisch