



CTDC/NHCT
02-CV-1302
HALL
ORI...

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

SHAWN POULIOT,                          :
                                        :
    Plaintiff-Appellee,             :
                                        :
            v.                :        Docket No. 06-2842-cv
                                        :
PAUL ARPIN VAN LINES, INC.              :
and ARPIN LOGISTICS, INC.,              :
                                        :
    Defendants-Appellants.          :

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal, currently scheduled for oral argument on April 17, 2007, is hereby withdrawn without costs and without attorneys' fees and **WITHOUT PREJUDICE**, subject to reactivation of the appeal by appellants' counsel by written notice to the Clerk of this Court by **OCTOBER 31, 2007**.

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal shall not operate as a dismissal of the appeal under F.R.A.P. 42(b).

CERTIFIED:
1/16/08

*Counsel for the Appellants*

Dated: March 5, 2007

Daniel J. Krisch, Esq.  (ct21994)
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
*fax* (860) 728-0401
dkrisch@hortonshieldsknox.com

*Counsel for the Appellee*

Dated: March 1, 2007

Steven D. Ecker, Esq.  (ct03762)
**Cowdery, Ecker & Murphy, L.L.C.**
750 Main Street, #910
Hartford, CT  06103-2703
(860) 278-5555
*fax* (860) 249-0012
ecker@cemlaw.com

UNITED STATES COURT OF APPEALS
FILED
MAR 1 2 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

SO ORDERED:
FOR THE COURT:
Thomas Asreen, Acting Clerk
By:
Deputy Clerk            3/12/07.
                        (Date)

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Tammy Martinez*
DEPUTY CLERK

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. First Class Mail on March 6, 2007, to the following:

Michael A. Stratton, Esq.
Joel Faxon, Esq.
**Stratton Faxon**
59 Elm Street
New Haven, CT  06510

Roland F. Moots, Jr., Esq.
**Moots, Pellegrini, Spillane & Mannion**
46 Main Street, P.O. Box 1319
New Milford, CT 06776-1319

Steven D. Ecker, Esq.
**Cowdery, Ecker & Murphy**
750 Main Street, #910
Hartford, CT  06103-2703

Thomas J. Grady, Esq.
**Lenihan Grady & Steele**
6 Canal Street
PO Box 541
Westerly, RI 02891-0541

Harold J. Friedman, Esq.
Karen Frink Wolf, Esq.
**Friedman Gaythwaite Wolf & Leavitt**
Six City Center, P.O. Box 4726
Portland, ME  04112-4726

Daniel J. Krisch